KEKER, VAN NEST & PETERS LLP
SIMONA A. AGNOLUCCI - # 246943
sagnolucci@keker.com
JESSELYN K. FRILEY - # 319198
jfriley@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Defendants
UPCOUNSEL, INC.; ELIZABETH J. OLINER; SETH W. WIENER; and KANIKA RADHAKRISHNAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.; and LEGALFORCE, INC., <br><br>Plaintiffs, <br><br>v. <br><br>UPCOUNSEL, INC.; ELIZABETH J. OLINER; SETH W. WIENER; KANIKA RADHAKRISHNAN; and DOES 1-1000, INCLUSIVE, <br><br>Defendants. | Case No. 4:18-cv-02573-YGR <br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** <br><br>Judge: Hon. Yvonne Gonzalez Rogers <br><br>Date Filed: May 2, 2018 <br><br>Trial Date: None |

1 | Pursuant to Civil Local Rule 6-1(a), Plaintiffs LegalForce RAPC Worldwide, P.C. and LegalForce, Inc. ("Plaintiffs") and Defendants UpCounsel, Inc., Elizabeth J. Oliner. Seth W. Wiener, and Kanika Radhakrishnan ("Defendants"), by and through their counsel, hereby jointly stipulate as follows:

WHEREAS, Plaintiffs filed the Complaint in this matter on May 2, 2018;

WHEREAS, Plaintiffs served the Complaint on UpCounsel, Inc. on May 4, 2018;

WHEREAS, the deadline for UpCounsel, Inc. to serve a responsive pleading to Plaintiffs' Complaint is currently May 25, 2018;

WHEREAS, Plaintiffs and Defendants have agreed that Defendants shall have an extra month, or until and including June 25, 2018, to respond to the Complaint, so that the parties may discuss mediation;

WHEREAS, Plaintiffs and Defendants agree that this extension of Defendants' time to respond to the Complaint will not alter any other deadlines set by Court order in this action.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE that Defendants shall have an extension of time to and including June 25, 2018, to respond to Plaintiffs' Complaint.

IT IS SO STIPULATED.

Dated: May 23, 2018                         KEKER, VAN NEST & PETERS LLP

By:   */s/ Simona A. Agnolucci*
      SIMONA A. AGNOLUCCI
      JESSELYN K. FRILEY

      Attorneys for Defendants UPCOUNSEL, INC.; ELIZABETH J. OLINER; SETH W. WIENER; and KANIKA RADHAKRISHNAN

Dated: May 23, 2018                         LEGALFORCE RAPC WORLDWIDE, P.C.

By:   */s/ Raj V. Abhyanker*
      RAJ V. ABHYANKER
      WENSHENG MA

      Attorneys for Plaintiffs LEGALFORCE RAPC WORLDWIDE, P.C.; and LEGALFORCE, INC.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  May 23, 2018                                           */s/ Simona A. Agnolucci*
                                                                               SIMONA A. AGNOLUCCI

****

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____           _____
                                                                    HON. YVONNE GONZALEZ ROGERS
                                                                    UNITED STATES DISTRICT COURT