1   KEKER, VAN NEST & PETERS LLP
SIMONA A. AGNOLUCCI - # 246943
2   sagnolucci@keker.com
JESSELYN K. FRILEY - # 319198
3   jfriley@keker.com
633 Battery Street
4   San Francisco, CA 94111-1809
Telephone:    415 391 5400
5   Facsimile:    415 397 7188

6   Attorneys for Defendant
UPCOUNSEL, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11   LEGALFORCE RAPC WORLDWIDE,          Case No. 4:18-cv-02573-YGR
     P.C.; and LEGALFORCE, INC.,
12                                       **REQUEST FOR ORAL ARGUMENT RE:**
            Plaintiffs,                  **MOTION TO DISMISS**
13
                                         Hearing Date: August 28, 2018
14          v.
                                         Judge: Hon. Yvonne Gonzalez Rogers
15   UPCOUNSEL, INC.; and DOES 1-1000,
     INCLUSIVE,                          Date Filed:  May 2, 2018
16
            Defendants.                  Trial Date:  None
17

18

19

20

21

22

23

24

25

26

27

28

1293706

1    For the above-referenced case, Defendant UpCounsel, Inc. ("UpCounsel") hereby requests

2  oral argument on its Motion to Dismiss, currently set for hearing on August 28, 2018.  Pursuant to

3  the Court's Standing Order, Jesselyn K. Friley, a lawyer fewer than six years out of law school (a

4  2016 law school graduate), will conduct all or most of the oral argument.

5

6  Dated:  August 15, 2018                          KEKER, VAN NEST & PETERS LLP

7

8
                                          By:    */s/ Jesselyn K. Friley*
9                                                SIMONA A. AGNOLUCCI
                                                 JESSELYN K. FRILEY
10
                                                 Attorneys for Defendant
11                                               UPCOUNSEL, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR ORAL ARGUMENT RE: MOTION TO DISMISS
Case No. 4:18-cv-02573-YGR

1293706