UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 8/28/2018 | **Time:** 2:02pm-3:08pm<br>2:02pm-2:48pm; MTD<br>2:48pm-3:08pm; CMC | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 18-cv-02573-YGR | **Case Name:** LegalForce RAPC Worldwide, P.C., et.al v. UpCounsel, Inc. | |

**Attorney for Plaintiff:** Raj Abhyanker and Wensheng (Vincent) Ma
**Attorney for Defendant:** Simona Agnolucci and Jesselyn Friley

**Deputy Clerk:** Frances Stone         **Court Reporter:** Diane Skillman

### PROCEEDINGS
Motion to Dismiss [Dkt. No. 25]- HELD and SUBMITTED

INITIAL CMC- HELD
**Case Management Conference set 2/25/19 at 2:00 pm**
**Updated Joint CMC Statement filed by 2/18/19**

**REFERRED to a Magistrate Judge for Mandatory Settlement Conference to be completed by 12/14/18**

Discovery begins: 9/11/18
Join Parties or Amend Pleadings: Amended Complaint filed by 9/11/18; Defendant Response/Motion filed by 9/28/18 on 35-day notice

Non-Expert Discovery Cutoff: 2/25/19
Disclosure of Experts: All Experts, Retained and Non-Retained Must Provide Written Reports Compliant with FRCP 26(a)(2)(B):      Opening: 3/15/19
                                                                  Rebuttal: 4/5/19
Expert Discovery Cutoff: 4/19/19
Dispositive Motions heard 5/28/19; filed by 4/23/19
Compliance Hearing set Friday 8/23/19 at 9:01am
Joint statement filed by 8/16/19

Joint Pretrial Statement: 8/30/19
Pretrial Conference: Friday, 9/13/19 at 9:00am
Jury Trial set 9/30/19 at 8:30am

**Order to be prepared by: Court**

**cc: MagRef Email**