# EXHIBIT 1

 The State Bar *of California*

# Rule 1-320 Financial Arrangements With Non-Lawyers

*Rules of Professional Conduct*

## Rule 1-320 Financial Arrangements With Non-Lawyers

(A) Neither a member nor a law firm shall directly or indirectly share legal fees with a person who is not a lawyer, except that:

(1) An agreement between a member and a law firm, partner, or associate may provide for the payment of money after the member's death to the member's estate or to one or more specified persons over a reasonable period of time; or

(2) A member or law firm undertaking to complete unfinished legal business of a deceased member may pay to the estate of the deceased member or other person legally entitled thereto that proportion of the total compensation which fairly represents the services rendered by the deceased member; or

(3) A member or law firm may include non-member employees in a compensation, profit-sharing, or retirement plan even though the plan is based in whole or in part on a profit-sharing arrangement, if such plan does not circumvent these rules or Business and professions Code section 6000 et seq.; or

(4) A member may pay a prescribed registration, referral, or participation fee to a lawyer referral service established, sponsored, and operated in accordance with the State Bar of California's Minimum Standards for a Lawyer Referral Service in California.

(B) A member shall not compensate, give, or promise anything of value to any person or entity for the purpose of recommending or securing employment of the member or the member's law firm by a client, or as a reward for having made a recommendation resulting in employment of the member or the member's law firm by a client. A member's offering of or giving a gift or gratuity to any person or entity having made a recommendation resulting in the employment of the member or the member's law firm shall not of itself violate this rule, provided that the gift or gratuity was not offered or given in consideration of any promise, agreement, or understanding that such a gift or gratuity would be forthcoming or that referrals would be made or encouraged in the future.

(C) A member shall not compensate, give, or promise anything of value to any representative of the press, radio, television, or other communication medium in anticipation of or in return for publicity of the member, the law firm, or any other member as such in a news item, but the incidental provision of food or beverage shall not of itself violate this rule.

*Discussion:*

Rule 1-320(C) is not intended to preclude compensation to the communications media in exchange for advertising the member's or law firm's availability for professional employment.

Copyright © 2018 The State Bar of California

# EXHIBIT 2

# 37 CFR 11.504 - Professional independence of a practitioner.

eCFR     Authorities (U.S. Code)     Rulemaking

prev | next

## § 11.504 Professional independence of a practitioner.

(a) A practitioner or law firm shall not share legal fees with a non-practitioner, except that:

(1) An agreement by a practitioner with the practitioner's firm, partner, or associate may provide for the payment of money, over a reasonable period of time after the practitioner's death, to the practitioner's estate or to one or more specified persons;

(2) A practitioner who purchases the practice of a deceased, disabled, or disappeared practitioner may, pursuant to the provisions of § 11.117, pay to the estate or other representative of that practitioner the agreed-upon purchase price;

(3) A practitioner or law firm may include non-practitioner employees in a compensation or retirement plan, even though the plan is based in whole or in part on a profit-sharing arrangement; and

(4) A practitioner may share legal fees, whether awarded by a tribunal or received in settlement of a matter, with a nonprofit organization that employed, retained or recommended employment of the practitioner in the matter and that qualifies under Section 501(c)(3) of the Internal Revenue Code.

(b) A practitioner shall not form a partnership with a non-practitioner if any of the activities of the partnership consist of the practice of law.

(c) A practitioner shall not permit a person who recommends, employs, or pays the practitioner to render legal services for another to direct or regulate the practitioner's professional judgment in rendering such legal services.

(d) A practitioner shall not practice with or in the form of a professional corporation or association authorized to practice law for a profit, if:

(1) A non-practitioner owns any interest therein, except that a fiduciary representative of the estate of a practitioner may hold the stock or interest of the practitioner for a reasonable time during administration;

(2) A non-practitioner is a corporate director or officer thereof or occupies the position of similar responsibility in any form of association other than a corporation; or

(3) A non-practitioner has the right to direct or control the professional judgment of a practitioner.

# EXHIBIT 3

Trademark Attorneys #1 Lawyers for Hiring | UpCounsel



All Attorneys & Specialties   Trademark Attorneys

**Liz Oliner**   Licensed in CA    Get Proposal   View Profile

If you want someone who has gone through the trademark process over and over again, look no further than Liz Oliner. She has filed over 300 trademarks in the last year alone and has practically got the process down to a science. Small businesses and entrepreneurs frequently come to Ms. Oliner for their trademark and brand protection needs.

618 reviews   124 repeat hires   7 yrs experience   verified

"Liz was great!!! We chatted on the phone and after we hung up I knew I did not need to vet the other offers. Service was prompt and even ..."

**Seth Wiener**   Licensed in CA    View Profile   Get Proposal

As an experienced trial lawyer and litigator, Seth Wiener has resolved numerous federal and state litigations. His cases have included everything from family law to bankruptcy to fraud and more. Before Seth formed his own firm, the Law Office of Seth W. Wiener, he worked for several prominent law offices where he gained a great deal of experience.

527 reviews   97 repeat hires   19 yrs experience   verified

"Seth as been amazing from the beginning. Answered all questions quickly and completely and is a hard worker!"

**Kanika Radhakrishnan**   Licensed in CA, Patent Bar    View Profile   Get Proposal

Kanika is an experienced Patent Attorney and Managing Partner of Evergreen Valley Law Group in Silicon Valley, which serves innovative entrepreneurs with backgrounds in mechanical engineering, electrical engineering, and computer science. She has filed over 5,000 patent applications in the U.S. and worldwide with a successful track record of obtaining patents for clients.

274 reviews   36 repeat hires   18 yrs experience   verified

"She was very efficient"

**Gloria M. Steinberg**   Licensed in PA, Patent Bar    View Profile   Get Proposal

Gloria is a well-rounded patent attorney who runs her boutique law firm Steinberg Intellectual Property Law, LLP. She has filed hundreds of patent applications relating to software, telecommunications, biotech, and consumer products. During her free time, she is active in the legal community as a member of several intellectual property law associations and managing her blog IPRookie.com.

199 reviews   12 repeat hires   5 yrs experience   verified

"Great experience as always (after many projects with Gloria)"

**Alejandro Maher**   Licensed in NY    View Profile   Get Proposal

Alejandro Maher's firm specializes in domestic and international corporate transactions, commercial litigation, and arbitration. He has represented individual investors, entrepreneurs, and emerging-growth companies in matters of public and private offerings of equity, M&A, and real estate financing. Currently, Alejandro has over 50 domestic and international clients.

166 reviews   7 repeat hires   14 yrs experience   verified

"Great experience. Very timely and helpful. Would recommend to anyone and look forward to working with Alejandro again soon."

**Joshua Garber**   Licensed in CA    View Profile   Get Proposal

Representing notable clients like Tesla and the City of Los Angeles, Josh Garber excels at helping clients with employment and labor laws. Many of his past clients have had great success using Josh for employment agreements and Division of Labor Standards Enforcement (DLSE) hearings. With his practical advice, he has even helped clients avoid going to court.

169 reviews   29 repeat hires   9 yrs experience   verified

"Great communicator and very knowledgeable."

**Richard Gora**   Licensed in CT, NJ    View Profile   Get Proposal

Looking for an attorney with experience? Richard Gora is the exact attorney you want. Having defended over 100 cases both in state and federal courts and working with clients from around the globe, Richard has an array of different experiences. His services are wide-ranging and include business litigation, securities litigations, employment litigation, and business counsel. Prior to founding Gora LLC, he worked for Finn, Dixon & Herling LLP for eight years.

151 reviews   12 repeat hires   12 yrs experience   verified

"Great attorney, highly recommended"

**Seth Heyman**   Licensed in AZ, CA    View Profile   Get Proposal

Seth Heyman takes the saying, "the devil is in the details" to heart. As a corporate law attorney, he knows that being thorough and detail-oriented is extremely important in transactions and in every agreement. Mr. Heyman has over 20 years of experience with entity formation, advertising law, contracts, regulatory law, international law, and Internet law. He provides practical and cost-effective legal solutions.

134 reviews   12 repeat hires   23 yrs experience   verified

"Seth has been very quick in his response and on point at all times"

**Dan Shifrin**   Licensed in CO, Patent Bar    View Profile   Get Proposal

Dan Shifrin has over 25 years of experience in patent law. He has seen the rise of the technology sector and his experience allows him to aid clients nationwide. Whether you need a patent drafted or need to deal with patent litigation, Mr. Shifrin has the knowledge and skills to meet your needs. His experience also expands outside of the technology arena to electrical, fitness, consumer items, and so much more.

134 reviews   25 repeat hires   30 yrs experience   verified

"Dan continues to go above and beyond our expectations and is a true professional and expert in Patent law."

**David Yamaguchi**   Licensed in CA    View Profile   Get Proposal

Startups and small businesses sometimes need someone who can deal with complex transactions on an international playing field. David Yamaguchi specializes in content hosting issues and intellectual property. He concentrates his practice in the United States, Asia, India, and Europe. Whether you are a business giant or a startup, Mr. Yamaguchi can provide legal advice that fits your needs.

121 reviews   5 repeat hires   33 yrs experience   verified

"He is very knowledgeable, personable, and does what you ask in a timely manner!"

### Lauri Donahue    Licensed in CA

[View Profile] [Get Proposal]

Lauri Donahue has been practicing law for more than 25 years. She advises high-tech, media, and entertainment companies in the U.S., Israel, and the EU on matters including technology licensing, entertainment law, video game law, anti-piracy, antitrust, IP litigation, and patent monetization. Ms. Donahue also trains and manages multi-shore teams and teaches law in the U.S. and overseas.

141 reviews    36 repeat hires    31 yrs experience    verified

"Lauri was very responsive and attentive to my needs."

### Bradley Rothschild    Licensed in NJ, NY

[View Profile] [Get Proposal]

Creativity is key for Bradley Rothschild, a real estate, business, intellectual property, and entertainment attorney. When clients need an attorney who will think outside the box for them - Mr. Rothschild is the right person for the job. He focuses on not only solving problems, but also on serving the whole client and preventing problems.

111 reviews    13 repeat hires    11 yrs experience    verified

"Responds quickly to emails and is very knowledgeable."

### Scott Stram    Licensed in NY

[View Profile] [Get Proposal]

As a member of both the New York and New Jersey Bars, Scott Stram is an accomplished lawyer with experience in a range of legal and business areas. This includes corporate law, data security, compliance, real estate, and intellectual property. Before founding Stram Law, Scott was a compliance officer for a company that performed property audits, a director of a security consulting practice, and an operations officer for Viacom and CBS.

136 reviews    44 repeat hires    11 yrs experience    verified

"Scott was knowledgeable and set clear expectations. Will use him again!"

### Randy Michels    Licensed in TN

[View Profile] [Get Proposal]

Randy Michels is a trademark attorney with more than 15 years of experience. He also has experience in intellectual property law and copyright law. Randy has a license to practice law in Tennessee and has represented many large organizations, including Xero and Aria. He has a J.D. in law, which he obtained from the Vanderbilt University Law School. Randy started his own law firm, Trust Tree, in 2015, where he provides trademark services for corporate clients.

179 reviews    25 repeat hires    17 yrs experience    verified

"Randy provided a great experience with the work he performed for our company."

### Umar Farooq    Licensed in DC, NY

[View Profile] [Get Proposal]

Umar Farooq focuses on corporate legal matters that include commercial contracts, employment matters and business operation management. He has represented Vodafone, RBS, ExonMobil and various other large corporations. Umar graduated cum laude from the University of Buffalo School of Law in 2007. He also received an Adelbert Moot Scholarship while attending the University in 2006. Umar started his own law firm in 2012 and is currently the managing business attorney.

118 reviews    129 repeat hires    10 yrs experience    verified

"Good"

### Meaghan Zore    Licensed in CA

[View Profile] [Get Proposal]

Meaghan Zore is an attorney and certified information privacy professional (CIPP/US) who has served as an in-house counsel for dozens of companies. Meghan has demonstrated expertise in technology policy strategy, analysis, and advocacy, which is why her insights have been quoted in Time Magazine and San Diego Union Tribune. Her practice provides large firm services at a fraction of the cost.

81 reviews    1 repeat hire    9 yrs experience    verified

"Continuation of original job. Recommended!"

### Johnny Manriquez    Licensed in CA, Patent Bar

[View Profile] [Get Proposal]

Johnny Manriques is a patent attorney with extensive experience in dealing with cases that involves intellectual property law and related legal matters. He has more than 14 years of experience and is licensed to practice law in California. Johnny is registered with the State Bar of California. He has a Juris Doctor degree in law. Johnny recently started his own firm, but worked with Procopio Cory for three years prior to starting his own law office.

103 reviews    15 repeat hires    17 yrs experience    verified

"Great experience, would highly recommend!"

### Stacy Smith    Licensed in CA

[View Profile] [Get Proposal]

Stacy Smith is your go-to for your business and real estate needs. She can help with business sales and purchases, entity formation, contracts, and more. Whether your business needs help with vendor agreements or financing, Ms. Smith can help. She can also deal with things like zoning and separating or combining lots. She brings her 25 years of experience to every legal issue.

74 reviews    2 repeat hires    27 yrs experience    verified

"Stacy was stellar. She did everything promised and more. She is not a clock watcher. She was never concerned about time. She was only con..."

### Terry Brennan    Licensed in FL, NY

[View Profile] [Get Proposal]

Terry has thirty eight years of experience and practiced for many years as an associate and a partner at prominent Wall Street and national law firms before starting the Brennan Legal Group Pllc. His practice focuses primarily on business formation, commercial matters, mergers and acquisitions, securities, technology transactions, intellectual property and entertainment matters. Terry's goal is to provide practical, cost-effective legal assistance to entrepreneurs, investors, emerging and mid-size businesses which are focused on commercializing innovation and rewarding capital risk. Terry graduated from Georgetown University Law Center, where he was an Editor of the Georgetown Law Journal

88 reviews    12 repeat hires    39 yrs experience    verified

"Terry was great and very responsive."

### Jann Moorhead    Licensed in CA, NY

[View Profile] [Get Proposal]

Jann Moorhead is a global transactional attorney with 25 years of experience representing established international companies and startups. She was the lead attorney for the Star Wars franchise and was in charge of negotiating the licensing activities. She has also negotiated many agreements for licensing, distribution, business transactions, privacy, and



other commercial contracts across many industries such as consumer products, media, technology, software, and e-commerce.

69 reviews   1 repeat hire   30 yrs experience   verified

"Jann is Fantastic!"

## Luke Brean   Licensed in OR

View Profile   Get Proposal

Luke Brean's practice, Brean Law, is focused on one thing and one thing only: trademark registration and enforcement. Whereas many other lawyers often cover a spectrum of legal issues, Brean Law chooses to focus on just trademark issues so his firm can be the very best at it. Luke Brean recognizes the complexity of trademark law and how important it can be for a business. This is why he has made trademark registration and enforcement his sole focus.

90 reviews   21 repeat hires   8 yrs experience   verified

"n/a"

## Paul Spitz   Licensed in CA, OH

View Profile   Get Proposal

With an MBA in marketing from Indiana University, Paul Spitz offers business experience and legal expertise to companies ranging from startups to midsize organizations. He specializes in the areas of technology, marketing, e-commerce, and digital media. Unlike attorneys at large law firms, Mr. Spitz is able to provide affordable services in counseling, representation, and negotiation.

83 reviews   12 repeat hires   28 yrs experience   verified

"Knowledgeable and responsive."

## John Fallone   Licensed in CA, NC

View Profile   Get Proposal

John Fallone thinks big and gets it done. As an early-stage company attorney, John is also a co-founder of SendHub, the cloud-based phone system making it easier for today's businesses to communicate with customers and employees. A self-identified geek of processes and efficiency, John plans to get an MBA from Duke's Fuqua School of Business

70 reviews   7 repeat hires   4 yrs experience   verified

"Worked with Katelyn on a contract our startup was signing with a Big Company. She was prompt, she answered our questions, she knew her st..."

## Eric Leander   Licensed in NY

View Profile   Get Proposal

Securities law, capital formation, and financial regulation are extremely tricky, yet delicate, areas of the law. It takes a knowledgeable attorney to navigate these issues. Eric Leander has years of experience in these areas, particularly because he has worked with the U.S. Securities and Exchange Commission in the Division of Corporate Finance.

68 reviews   3 repeat hires   6 yrs experience   verified

"Eric is super. He really loves structuring companies, it is his passion therefore he studies it and really is knowledgeable in this area..."

## Kristin Diamond   Licensed in CA, CO

View Profile   Get Proposal

Kristin practiced law representing small and large companies for 20 years in Silicon Valley and Colorado's Front Range before starting her own practice, Diamond Legal Group. Her firm provides practical, cost effective legal advice to emerging and established businesses, including Fortune 500 clients. Outside of the office, she is an academic teacher and regular speaker on legal issues.

82 reviews   18 repeat hires   26 yrs experience   verified

"Thanks Kristin for taking time to work with us! This was a great consult and thanks for helping us with our documents. We are so grateful..."

## Tom Shnaider   Licensed in CA

View Profile   Get Proposal

Thomas has over 15 years of experience and is the founding partner of Shnaider, a corporate, business, and contracts & licensing law firm. He provides cost-effective service to clients, whether they are individuals or Fortune 100 companies in the US and internationally. In addition to law, he is a licensed real estate broker with expertise in real estate transactions and real estate law.

67 reviews   4 repeat hires   20 yrs experience   verified

"I had a very good experience working with Mr. Shnaider."

## Thomas Love   Licensed in CT

View Profile   Get Proposal

Holder of seven patents, Thomas Love has a work history spanning from a partnership in a major firm (specializing in international corporate finance) to working at a number of startups, including in software, global supply chain, and online education. Today, Mr. Love represents clients worldwide and has provided his services to non-profits in theater, women's empowerment, medical education, and more.

64 reviews   6 repeat hires   34 yrs experience   verified

"Tom is phenomenally patient, meticulous and reliable. He works quickly and effectively, and goes above and beyond to provide excellent le..."

## William Frenkel   Licensed in NY

View Profile   Get Proposal

William has over 28 years of experience as a corporate lawyer with leading New York law firms, in-house counsel for a U.S. multinational corporation, and as the founder of his own firm Frenkel Sukhman LLP. For the last 10 years, he has focused on serving the legal needs of the alternative investment funds industry, particularly clients that are emerging and established businesses.

61 reviews   50 repeat hires   30 yrs experience   verified

"Great communicator"

## Ashley Talbot   Licensed in CA

View Profile   Get Proposal

Ashley Talbot is a business attorney that has gained extensive experience while acting as an outside general counsel for various corporate clients. She primarily focuses on providing legal assistance to small business, startups and entrepreneurs. Ashley has a J.D. in law and a B.A. in Business Administration, which she obtained from the University of San Diego. She founded her own law office, Talbot Law Firm, in 2015.

58 reviews   6 yrs experience   verified

"Thank you"

## Ross Meador   Licensed in CA

View Profile   Get Proposal

Ross is a partner at TechLaw LLOP, a high caliber business, finance, and IP firm. During his long career, he spent 15 years with prestigious firms, including Morrison & Foerster. His high Avvo rating, "superb," is the result of his expertise in contract drafting, acquisitions and investments, business relationships, and intellectual property protection.

56 reviews   1 repeat hire   31 yrs experience   verified

Trademark Attorneys & Lawyers | Hire Top UpCounsel

"Ross is a very easy going lawyer who clearly explains law in a way that any layman can understand."

## Joshua Soloway    Licensed in NY

He has experience as an entrepreneur, investment banker, strategic adviser and corporate finance attorney. Joshua is currently a Managing Director of Soloway Group, PC Counselors at Law. His focus is on corporate finance, securities, capital raising and general corporate matters. His legal advice extends to private and public companies. He attended Boston University School of Law, where he earned a Juris Doctorate.

104 reviews　　44 repeat hires　　10 yrs experience　　verified

[View Profile]　[Get Proposal]

"It was a pleasure working with Joshua and his team!"

## Kaiser W ahab    Licensed in CT, NY

Complex corporate transactions in technology, media, and securities require a knowledgeable and experienced attorney. Kaiser Wahab brings those qualifications with him when he is counseling clients on corporate structuring, investor agreements, and equity incentive plans. Whether you are a Fortune 500 company or a start-up, Mr. Wahab has your complex business needs covered.

55 reviews　　1 repeat hire　　19 yrs experience　　verified

[View Profile]　[Get Proposal]

"Easy to work with and provided great insights!"

## Matt Googe    Licensed in TN, Patent Bar

Matt is a registered patent attorney whose practice includes trademark application preparation and prosecution, copyrights, and related litigation. He has worked with diverse sectors including aerospace technology and medical devices. Since 2013 Matt has worked with Robinson Law IP, a firm that has been managing patent and trademark portfolios in over 50 countries.

63 reviews　　23 repeat hires　　8 yrs experience　　verified

[View Profile]　[Get Proposal]

"Matt is very personable and responsive. I think he's knowledgeable about his field and we will work with him again."

## Sarvey Askarieh    Licensed in CA

Sarvey Askarieh is an award winning attorney, having been named Top Attorney in 2013 and 2014 by Pasadena Magazine and having been selected as the Super Lawyers Rising Star List in 2016. Her clients are numerous and varied, including individuals, small businesses, and even Fortune 500 companies. Her practice is dedicated to being client-focused and she aims to provide the highest quality legal services at all times.

47 reviews　　6 repeat hires　　14 yrs experience　　verified

[View Profile]　[Get Proposal]

"As always, great work."

## Mary Obidinski    Licensed in CA

Business owners often shudder at the idea of having to pay general counsel for legal advice. With Mary Obidinski, you know that you are getting straightforward, honest legal options that will not break the bank. Ms. Obidinski is worth every cent from her experience as general counsel for a large private corporation and work with small businesses and starts ups.

50 reviews　　8 repeat hires　　8 yrs experience　　verified

[View Profile]　[Get Proposal]

"I would highly recommend working with Mary! I was looking for a lawyer to review a real estate partnership agreement and Mary did a very..."

## Christopher Borders    Licensed in CA

The future is now and Christopher Borders not only envisioned it, but he made it happen. His practice provides practical and personal legal services for businesses in an ever-changing, tech-driven world. He is the co-founder and CEO of NOWArchive (24/7 real-time video uploads) and co-founder and Operations Director of Shestock (first and only female-centric imagery by female photographers).

44 reviews　　3 repeat hires　　30 yrs experience　　verified

[View Profile]　[Get Proposal]

"Thoughtful, accurate reviews. Very clear communication style."

## Sheheryar Sardar    Licensed in NY

Sheheryar Sardar has extensive experience analyzing, structuring, negotiating, and closing sophisticated commercial transactions. He is the trusted advisor of numerous boards of directors, investors, and executive teams throughout the tech world. Mr. Sardar was the winner of Martindale Hubbell's client service distinction and at Emory Law School received the dean's award for comparative law.

45 reviews　　1 repeat hire　　9 yrs experience　　verified

[View Profile]　[Get Proposal]

"Great engagement. Honest and speaks your language."

## Laura Drossman    Licensed in CA, NY

Clients can't say enough about Laura Drossman: "trustworthy," "tenacious," "responsive," "accountable," and "efficient." Since starting in private practice in 2004, Laura has moved on to found her own firm in 2011 which specializes in commercial real estate, business transactions, trademark law, and general legal counseling. Actively barred in California and New York, one client said it best: "Dross is the Boss."

44 reviews　　2 repeat hires　　14 yrs experience　　verified

[View Profile]　[Get Proposal]

"Great!"

## Jesko Onken    Licensed in CA

Licensed in California and Germany, Jesko Onken offers cost-effective legal advice to small and midsize companies. A speaker of German, French, and Italian, Mr. Onken provides services in business law and international legal management. He specializes in entity formation, business contracts, corporate compliance, immigration, licensing, and securities.

46 reviews　　2 repeat hires　　13 yrs experience　　verified

[View Profile]　[Get Proposal]

"Seems very thorough and thoughtful."

## Irvin T yan    Licensed in CA

Navigating the legal world as a startup can be intimidating and overwhelming. That is why experienced attorneys like Irvin Tyan are an absolute must-have. Mr. Tyan can help your startup with a variety of issues, including intellectual property, contract drafting, portfolio analysis, and commercial litigation. He can also help with employment issues and competitive landscape analysis.

43 reviews　　3 repeat hires　　15 yrs experience　　verified

[View Profile]　[Get Proposal]



"Extremely happy with process and result. You won't have post regrets with Irvin."

### Michael Brennan   Licensed in IL, MN, WI

Your legal question is important, regardless of whether it is big or small. Michael Brennan firmly believes that every business deserves a lawyer that is both responsive and dependable and he strives to provide that type of service to every client. Mr. Brennan can help with various business law issues, including business structuring and funding and general transactional issues.

43 reviews   6 repeat hires   8 yrs experience   verified

View Profile   Get Proposal

"He did a great job, was willing to answer any questions I had."

### Jeff Carson   Licensed in CO, OR

Jeff Greenblatt provides small to mid-size technology companies with effective legal counsel, but his clients will tell you that he responds as if he is your personal in-house counsel. Perhaps this is because of his experience as a general counsel for a variety of businesses. Mr. Greenblatt handles contracts and transactions, intellectual property issues, employment matters, and compliance and risk management.

42 reviews   5 repeat hires   31 yrs experience   verified

View Profile   Get Proposal

"Jeff is great and we enjoyed working with him."

### Jamie Davenport   Licensed in CA

Jamie Davenport is a business lawyer that specializes in drafting and negotiating commercial contracts. She primarily assists startup companies and entrepreneurs overcome legal hurdles, but she is able to assist clients of any size. Jamie is also experienced in dealing with legal matters that concerns trademark and copyright law. Jamie has over 17 years of experience and she is licensed to practice law in California. She has been acting as a solo practitioner since 2012.

38 reviews   5 repeat hires   18 yrs experience   verified

View Profile   Get Proposal

"Always professional and diligent in making sure we are satisfied with the work being done and updated on current policys"

### Audrey Kravets   Licensed in CA

Audrey Kravets started her legal career at the U.S. Securities and Exchange Commission, so she knows the ins and outs of complex issues involving securities governance and compliance. She deals with business formation and employment issues, including providing services to those businesses who operate on an international level. Her prior brokerage experience also serves her well in the financial and legal arenas.

29 reviews   2 repeat hires   8 yrs experience   verified

View Profile   Get Proposal

"Audrey is incredible. So knowledgable and so helpful. Don't know where we would be without her."

### Sunita Koneru   Licensed in CA

Sunita Koneru knows that your business transactions and intellectual property issues are important to you and your company. That is why she works hard for her clients to get every agreement just right. Her motivation, networking skills, and diligence make her a cut above the rest if your business or non-profit needs a strong commercial attorney.

27 reviews   15 yrs experience   verified

View Profile   Get Proposal

"Good attorney. She is knowledgeable and organized. Highly recommend."

### Sanjiv Dhawan   Licensed in CA

Sanjiv Dhawan is the managing attorney at InnovaTech Law Group based in Santa Clara, California. He focuses primarily on general corporate and business law. InnovaTech emerged when Sanjiv decided to start his own practice, seeing a need for uncomplicated, inexpensive legal advice. An entrepreneur himself with several startups under his belt, Sanjiv understands the needs of business owners.

26 reviews   1 repeat hire   28 yrs experience   verified

View Profile   Get Proposal

"Great job Edward."

### Edward Robinson   Licensed in CA

Edward Robinson is a patent attorney that mainly works with corporations to help them obtain patent protection for pharmaceutical products, medical devices and related inventions. He is registered with the U.S. Patent and Trademark Office. Edward has over 14 years of experience. He practices law in California and received a J.D in law from the University of San Diego School of Law. Edward has recently jointed Teck Law LLP, but have represented a large number of companies as a corporate counsel.

25 reviews   9 repeat hires   15 yrs experience   verified

View Profile   Get Proposal

"Great work."

### Jessica Holcombe   Licensed in CA

Jessica Holcombe founded the Holcombe Law Group to represent emerging and established companies in key aspects of operations and strategic goals. She draws on her experience from working with technology, clean energy, medical services, real estate, and telecom companies and from acting as first general counsel at Boyett Petroleum, the largest fuel retailer and distributor in Northern California.

24 reviews   15 yrs experience   verified

View Profile   Get Proposal

"Jessica is Great!"

### Joseph Gross   Licensed in CT, NY, Patent Bar

Joseph Gross deals with high-tech companies in their efforts to secure patents and trademarks. Whether you are a small company or a Fortune 500 company, Mr. Gross can provide legal services that meet your needs. He has experience with businesses that deal with software, electronics, mechanical devices, semiconductors, and material sciences. He can also deal with any disputes or issues in court as well.

29 reviews   4 repeat hires   14 yrs experience   verified

View Profile   Get Proposal

"Joe has been very helpful and knowledgeable during this process and I look forward to continuing to work with him as my provisional paten..."

### Radiance Harris   Licensed in DC, MD

Radiance Harris is a trademark attorney who also acts as a brand consultant. She has experience in numerous legal fields, including trademark law, advertising law and copyright law. Radiance also provides legal services for the compilation of business contracts and business licenses. She obtained her Juris Doctor degree in 2009 at the University of Maryland School of Law. Before starting her own law firm, Radiance IP Law, she worked as an associated at Kelly IP, LLP.

45 reviews   21 repeat hires   8 yrs experience   verified

View Profile   Get Proposal

"This is my second time working with Radiance and she has not left me any doubts about her abilities or work ethic. She responds p..."

### Glenn Manishin   Licensed in CA, DC, VA

View Profile   Get Proposal

Glenn Manishin is the managing partner at Paradigmshift Law LLP and founded the law firm in 2015. The focus of his law firm lies within Internet technology and business law. Attorney Manishin has a mission in place to help clients and companies find creative and efficient ways for their business models to navigate through legal and regulatory barriers. Attorney Manishin has worked with top companies including Sports Fans Coalition, Inc., Consumer Federation of America, and more.



64 reviews    10 repeat hires    36 yrs experience    verified

"Glenn is my go-to guy. He has helped me countless times in a matter of minutes sometimes. I am very grateful for his help as he was cruci..."

### Marina Warner   Licensed in NY

View Profile   Get Proposal

Marina Warner, the Attorney and Principal of The Warner Firm, provides legal services in the areas of trademark, copyright, business, employment and internet law. She works with both startups and freelancers. Previously, she provided legal insight to the global fashion industry while working for Brand Meets Creative. Marina attended The University of Virginia School of Law. She has also obtained her Master's degree in International Business Law from the Institut d'Etudes Politiques de Paris.



24 reviews    5 yrs experience    verified

"Marina is an absolute pleasure to work with. She's extremely thorough and professional. Would definitely work with her again and recommen..."

### Mark Appleberry   Licensed in PA

View Profile   Get Proposal

Mark Appleberry has more than 20 years of experience as a business attorney. He is also an experienced entrepreneur and a business executive. Mark has a license to practice law in Pennsylvania and has a J.D. in law, which he obtained from the Boston University School of Law. Mark is a startup attorney and a business consultant at his own legal firm, but also serves as an outside general counsel for numerous clients throughout the United States.

33 reviews    10 repeat hires    22 yrs experience    verified

"Was really great. Attentive, fast, and well informed."

### Brad Bertoglio   Licensed in AZ, CA, IL, Patent Bar

View Profile   Get Proposal

Intellectual property is especially important for businesses that are experiencing growth. Brad Bertoglio focuses his practice on obtaining intellectual property rights for businesses of all types, with emphasis on growth companies. He offers expert legal advice that fast-paced, growing companies can trust. High-quality service is important to Mr. Bertoglio and that is what he provides.



22 reviews    1 repeat hire    18 yrs experience    verified

"We had a consultation with Brad for one hour. Brad is definitely competent, good communicator, and generally the person you would like to..."

### Jessica Passman   Licensed in FL

View Profile   Get Proposal

Jessica Passman graduated cum laude with a Juris Doctor degree in law from the University of Miami School of Law in 2003. She is licensed to practice law in Florida. Jessica specializes in corporate law, commercial contracts, real estate law and employment related legal matters. She is the COO of Femfessionals. Prior to her current position, Jessica worked as the principal at Passman Law and as an associate at Katz Barron Squitero Faust.



18 reviews    5 repeat hires    15 yrs experience

"Jessica was very fast answering our questions, she keeps things very simple and clear. job was done smoothly and in the perfect time. We ..."

### Caleb St.-Jean   Licensed in IL, Patent Bar

View Profile   Get Proposal

After working for more than five years in software development and technology consulting, Caleb St.-Jean earned his JD from the Chicago-Kent College of Law. As a patent attorney at the Law Office of Caleb St.-Jean, he is committed to seeing long-term success for his clients. He provides small companies with individualized strategies and better business ideas at an affordable price.



22 reviews    7 repeat hires    4 yrs experience    verified

"Overall had a very positive experience with Caleb. He took longer than estimated in a couple phases of the project and over all took long..."

### Usman Shaikh   Licensed in CA, NY

View Profile   Get Proposal

Founder and managing attorney of U.S. Law Group, Usman Shaikh is also the executive vice president of business and legal affairs at UG Strategies. Beyond providing corporate, entertainment, and intellectual property transactional services for businesses across a range of sectors, Mr Shaikh shares his insight and experience through publications on the U.S. Law Group News website.

19 reviews    14 yrs experience    verified

"Usman was very easy to work with. He responded in a timely manner and clearly answered all of our questions."

### Matthew Fornaro   Licensed in FL

View Profile   Get Proposal

Matthew Fornaro handles business, condominium and real estate litigation, and the drafting of business law documents. He is active in volunteer work, holding the positions of vice president of Sawgrass Nature Center and Wildlife Hospital, commissioner of Broward County Historical Commission, volunteer attorney at Mission United Veteran's Project, and mentor at University of Florida Levin College.



19 reviews    2 repeat hires    15 yrs experience    verified

"Good attorney- unfortunate that we are dealing with bad business in other states so I have to hire an attorney there"

### Keidi Carrington   Licensed in MA, NY

View Profile   Get Proposal

Keidi is the founder of the boutique law firm Carrington Legal, LLC., which provides high quality legal representation to entrepreneurs, start-ups, and small to mid-sized businesses at accessible rates. Her experience as a former staff member for the SEC and State Street Bank & Trust has given her a wealth of knowledge in financial services and investment management.



19 reviews    1 repeat hire    20 yrs experience    verified

"Fast and professional work - made my life much easier as I try to start a business."

### Bryan Weber   Licensed in FL, NY

View Profile   Get Proposal

Bryan Weber is an attorney that specializes in business law. He has 12 years' experience and providelitigation, transactional and other legal services to corporate clients' in New York and Florida. He obtained a law degree from the Quinnipiac University School of Law. Bryan recently became a corporate counsel at SBA Communications. In the past, he has worked as an in-house attorney at a multi-billion-dollar company.

18 reviews    13 yrs experience    verified

"Accepted numerous amendements/recommendations. Upfront about cost and time frame."

### E. Jay Wilusz   Licensed in NJ, WA, Patent Bar

Edward Jay Eiluszz is an intellectual property attorney that also specializes in transactional law and related legal practice areas. He primarily focuses on providing his legal services to companies in the biotech, pharmaceutical and mechanical industries, but has experience in dealing with companies in other industries as well. Edward is a member of the Washing Patent Bar. He is licensed to practice law in Washington and New Jersey. Edward is the principal of the EJW Pharma Strategy LLC.

22 reviews | 16 repeat hires | 20 yrs experience



"I am pleased with the high quality of Jay's work."

### Brent Finley   Licensed in WA

Currently, Brent Finley is the Managing Attorney of Finley Legal PLLC, providing legal services to entrepreneurs, small businesses and startups. Brent worked as an Attorney for Acadia Law, PLLC for over 12 years. After that, Brent served in-house as the Policy Adviser for Environment International Ltd. Some of the services he performs include incorporation and formation, contracts and agreements. Brent obtained his Masters of Law from The University of Washington School of Law.

21 reviews | 5 repeat hires | 15 yrs experience | verified



"Brent has helped me set up our my LLC, including our operating agreement, review our new lease and other related documents and answered i..."

### Matt Lowe   Licensed in UT

Matt Lowe is a business attorney with extensive experience in numerous corporate legal practice areas including business formation, commercial contracts, licensing, telecommunications law, intellectual property law, employment law, and mergers and acquisitions. He has over ten years of experience, and he is licensed to provide legal services in Utah and Colorado. Matt has been a general counselor at Clearlink Technologies for the past seven years.

18 reviews | 11 yrs experience | verified



"Matt was great at determining what exactly needed done. Provided the required documents in an easy format. And delivered on time."

### Alan Engle   Licensed in CA, Patent Bar

Alan's practice focuses on intellectual property procurement, licensing, contracts, and litigation. He is a member of the United States Patent and Trademark Office patent bar and has counseled clients on hundreds of deals involving billions of dollars. He is committed to advising creative entrepreneurs and offers "big firm" service at reasonable rates.

16 reviews | 1 repeat hire | 15 yrs experience | verified



"Alan is a very knowledgeable attorney when it comes to IP Law. I was very impressed with his overall work experience and they way he carr..."

### Andrew Lachman   Licensed in CA, DC

If your business is engaging in corporate technology transactions, you will need an attorney who has experience in that area. This could include technology services, hardware, software, and content licensing. Andrew Lachman does it all, and he can help your business thrive in these areas. He also works with data privacy, trademarks, and business litigation.

27 reviews | 12 repeat hires | 19 yrs experience | verified



"Andrew understood our problems well and was very helpful."

### Dan Blomgren   Licensed in CA

Dan Blomgren co-founded Ceopio Legal with a simple objective: help small business and startups at all stages of their growth. He helps these business with all different types of legal needs including financing, operations, disputes, and entity formations. His passion for helping small businesses stems from his own business experience when he started a small catering business as a college student.

13 reviews | 6 yrs experience | verified



"I would use Dan again."

### Lara Slachta   Licensed in MA, NY

Lara Phimister specializes in representing fund managers and limited partners. She has significant experience advising startups on formation and venture capital financings. Before graduating from Yale, Ms. Phimister served in the Peace Corps, volunteering in Amman, Jordan. Her passion for charitable work survives through her work advising social enterprises.

14 reviews | 1 repeat hire | 13 yrs experience | verified



"Lara was super helpful reviewing my employment agreements, explaining what the terms meant, and advising how I should handle each situation."

### Tiffany Donaldson   Licensed in DC, MD, NY

Tiffany is an experienced trademark, small business and employment attorney. In the past she has done legal work for companies such as COSA and Goldman & Goldman, P.A. She is now the founding attorney of Donaldson Legal Counseling PLLC. Specializing in areas involving commercial law and business compliance. Graduating from University of Miami School of Law with a JD, Tiffany appeared on the Dean's list three times. She also received several scholarships and an Outstanding Achievement.

15 reviews | 10 yrs experience | verified



"Tiffany was an enormous help with reviewing a membership agreement and profit sharing agreement. I highly recommend her to anyone in need..."

### Simana Rao   Licensed in NJ, NY, Patent Bar

Simana Rao knows that startups do not have a lot of funds when they are just entering the market. That is why she prides herself on providing cost-effective intellectual property services for these small to medium businesses. Her background in Biomedical Engineering and Chemical Engineering has served her clients well. Whether you need to apply for a patent application or prosecute a trademark, Ms. Rao can help.

13 reviews | 1 repeat hire | 8 yrs experience | verified



"She has been a true pleasure to work with! Very professional and clear communication."

### Chad Starkey   Licensed in CA

Chad Starkey is a corporate attorney that has over 19 years of experience. He is licensed to practice law in California and obtained his J.D. in law from the Pepperdine University School of Law. Chad specializes in commercial contracts and has represented many corporate clients, including Fit Pay, FogLogic and Superflex. He founded his own legal firm, CES Legal services, in May 2017. Prior to this position, Chad was a legal advisor at JUMIO.

33 reviews | 30 repeat hires | 20 yrs experience | verified



"Chad was great - understood our requirements very well and was quick to turn around the feedback and edits to our document that we needed."

### Jonathan Grossman   Licensed in IL, NY, Patent Bar



View Profile | Get Proposal



Jonathan Grossman is a business attorney and an entrepreneur. He has eight years' experience and have worked with some of the leading law firms in the United States. He has a degree in law, which he obtained from the University of Kansas School of Law. Jonathan is licensed to practice law in Illinois and New York. He operates his own law firm and have also worked as a patent counsel at Fresenius Kabi USA for three years before starting his own business.



12 reviews    10 yrs experience    verified

"Jon was amazing. Very thorough and detailed. Extremely quick turnaround as promised on his delivery. His pricing was very fair. Can't wai..."

### Lauren Roberts, Esq.    Licensed in CA, CO

Lauren Roberts was the Senior Associate working for the Law Offices of Bovino & Associates. She is now a Corporate Attorney with plenty experience - handling Corporate Transactions, Intellectual Property, Business Matters and Legal Research. She is well-experienced in conducting of extensive due diligence reviews. Roberts attended the University of Colorado at Boulder in 2008 and graduated with her J.D. three years later. Just prior to that, she graduated cum laude from the New York University.

View Profile    Get Proposal



41 reviews    12 repeat hires    7 yrs experience    verified

"Great!"

### Matthew Wagoner    Licensed in NY

Matthew Wagoner is a corporate lawyer that has extensive experience in commercial litigation legal matters. He represents corporate clients of all sizes and have worked with various Fortune 100 companies. Some of his clients include casella, Chesapeake Energy and Odd Networks. Matthew studies business law at Albany School of Union University and has a license to practice law in New York. He is a managing partner at The Wagoner Firm PLLC.

View Profile    Get Proposal



12 reviews    3 repeat hires    12 yrs experience    verified

"Great service always a pleasure to work with."

### Joseph Leak    Licensed in TX

When you have a legal dispute, having an attorney who can both litigate and negotiate deals is an invaluable resource. Joseph Leak has both a litigation and a business practice that extends to individuals, startups, and regional and national businesses. He can deal with issues related to securities, real estate, business entity formation or selection, fundraising, and civil litigation.

View Profile    Get Proposal



9 reviews    9 yrs experience    verified

"Prompt, did as promised, was reasonable. You cant ask for more."

### Jared Stark    Licensed in DC, FL

Jared Stark is a business attorney that focuses on trademark matters and general business law. He primarily assists startups and small business overcome legal obstacles, but have also worked with larger corporations. Jared has extensive experience with negotiating and drafting legal documents. He has a license to practice law in Florida and the District of Columbia. Jared is currently the managing attorney at Stark Business Law PLLC.

View Profile    Get Proposal



11 reviews    5 yrs experience    verified

"It was a pleasure working with Jared, as he responds fast and communicates clearly."

### Andrew Morabito    Licensed in NY, Patent Bar

Andrew Morabito specializes in intellectual property law. He has more than four years' experience in dealing with trademarks, patents and copyright matters. Andrew also has experience in drafting appropriate legal contracts for small businesses that helps them protect their own brand. He is licensed to practice law in New York. Andrew obtained a Juris Doctor degree from the University of New Hampshire School of Law. He is currently working as an attorney at his own law office.

View Profile    Get Proposal



35 reviews    14 repeat hires    6 yrs experience    verified

"very good"

### Marshall Harris    Licensed in FL

Marshall Harris is a corporate attorney with more than three years of experience. He specializes in drafting and negotiating commercial contracts, and often works with clients in need of legal assistance related to mergers and acquisitions. Marshall has represented Presara Technologies, Laurentian Capital Corporation and many other corporate clients. He has been the principal attorney at his own legal firm since February 2017.

View Profile    Get Proposal



30 reviews    27 repeat hires    32 yrs experience    verified

"Marshall did fantastic work on our job needs. He was very knowledgeable, helpful and responsive. He quickly made small revisions and foll..."

### Brad Simon    Licensed in CA, MA

Brad Simon has been a corporate lawyer for the last 20 years. He primarily specializes in the technology sector, with a strong focus on licensing and transactional law. Brad also has extensive experience in dealing with commercial contracts. He is licensed to practice law in Massachusetts and California. Brad has been the principal attorney at his own law firm since January 2017. Prior to this position, he was the senior vice president at Mindspark Interactive Network.

View Profile    Get Proposal



12 reviews    8 repeat hires    21 yrs experience    verified

"Brad is excellent to work with and comes highly recommended. Very fast turnaround time and efficient, and does an exceptional job communi..."

### Wes Schwie    Licensed in PA, Patent Bar

Wes is a registered patent attorney with a unique mix of skills as a design engineer, inventor, entrepreneur, and business executive. His experience includes preparing many patents for a range of clients including mechanical, electrical, and medical device arts. The goal of his firm is not to only protect their intellectual property, but use it to increase profits.

View Profile    Get Proposal



8 reviews    9 yrs experience    verified

"Wes assisted me with a patentability search. He was responsive, knowledgeable, and completed the search in approximately within one week!"

### Mark Pearson    Licensed in CA

Mark Pearson, Partner at ARC Law Group, believes in vibrant, creative work atmospheres – and attorneys who aren't stuffy. Representing creatives, techs, startups, and sports clients, Mark has an insider's view to what his clients face. In his previous role as a TV journalist and producer, he covered the Iditarod and appeared in a client's indie horror movie. He podcasts too!

View Profile    Get Proposal



8 reviews    13 yrs experience    verified

"Mark is very professional, knowledgeable, and helpful. I highly recommend him."

### John Ray    Licensed in IL, MA, NY

View Profile    Get Proposal

John is the Principal of the Ray Legal Consulting Group and has over 12 years of complex class action litigation and appellate experience. He has special expertise in discrimination, First Amendment, and intellectual property/media litigation. John also takes on civil rights cases for individual clients, which can have a significant impact on the rights of women, racial minorities, and other groups.



8 reviews    7 repeat hires    17 yrs experience    verified

"John Ray was quick to respond to our inquiry and was very helpful in assisting us with a legal issue."

**Denis Shmidt** — Licensed in CA

View Profile    Get Proposal

Denis Shmidt is a litigator and corporate attorney with eight years of experience. He has represented Samsung, Philips, LG Electronics and many other corporate clients. Denis primarily focuses on lawsuits and disputes, but also has extensive experience in trademark and copyright law. He founded Orsus Gate Law in February 2017. Prior to founding his own law firm, Denis was a senior litigation associate at Lewis & Llewellyn LLP.



13 reviews    16 repeat hires    9 yrs experience    verified

"Professional, prompt and methodical. Denis guides you though available options, helps decide a course of action and executes on them pro..."

**Christopher Usrey** — Licensed in TX

View Profile    Get Proposal

Christopher Usrey has been licensed to provide corporate legal services in Texas for the past 16 years. He has extensive experience in commercial contracts, trademark law, business formation and employment law. Christopher obtained his legal degree from the Boston University School of Law. He has been a managing member at VCounsel since November 2011. Prior to this position, Christopher was a senior counselor at VCE and a corporate counselor at Huawei.



10 reviews    1 repeat hire    17 yrs experience    verified

"Was great!"

**Neil Park** — Licensed in CA

View Profile    Get Proposal

Neil Park is well-equipped in Private Practice - with over 7 years of experience acting as outside General Counsel for many of his business clients. For the past two years, Neil has been working as Counsel for an Intellectual Property boutique. His practice areas include Intellectual Property Counseling, Trademark Prosecution, Licensing, Trade Secret Management and Strategy, Business Transactions, Corporate Law and Regulatory Compliance. He attended Loyola Law School.



53 reviews    20 repeat hires    9 yrs experience    verified

"Neil was prompt, concise and easy to work with."

**Daniel Kennedy** — Licensed in TX, Patent Bar

View Profile    Get Proposal

Dan Kennedy is a licensed attorney in Texas. He is also a member of the Texas Patent Bar. He specializes in commercial contracts, mergers, acquisitions and other business-related legal matters. Dan has a Juris Doctorate degree in law, which he obtained after he graduated from the Baylor University School of Law. He has been an attorney at Bibby, McWilliams & Kearney since December 2016. Prior to this position, Dan was a contract negotiator at Conocophillips for more than four years.



7 reviews    9 yrs experience    verified

"Prompt contact; matter-of-fact discussion style; eager to help."

**Michael O'brien** — Licensed in CA, DC, MD, Patent Bar

View Profile    Get Proposal

Michael is a registered patent attorney who started the Law Office of Michael O'Brien in 2011 with the goal of providing top quality intellectual property services to clients. He has drafted hundreds of patent applications for individual inventors, small businesses, and entrepreneurs throughout the country. Michael also teaches Business Law to university students.



18 reviews    3 repeat hires    12 yrs experience    verified

"Was very helpful. Helped me out with information i needed to know and what i needed to do to get started."

**Julia Cheng** — Licensed in CA, NY

View Profile    Get Proposal

Many companies are outsourcing their legal needs today because it is more cost effective. Attorneys like Julia Cheng offer experience, talent, and knowledge for businesses who do not need full-time in-house counsel. Ms. Cheng works with internet-based businesses and technology companies to fulfill their legal needs. She specializes in digital entertainment areas and is fluent in Mandarin Chinese.



6 reviews    18 yrs experience    verified

"Julia was great - extremely responsive and was able to turn around the initial work almost immediately (which I've found to be rare in th..."

**Joshua M. Gold** — Licensed in MA, NY

View Profile    Get Proposal

Joshua M. Gold is a Corporate Counselor who has handled many legal aspects of growing a business. Currently, Joshua is the Cofounder and Principal of his own virtual legal practice. Previously, he was General Counsel for Bespoke Growth Partners, Inc. Joshua has studied many different things and in 1994 McGill University awarded him the Jean E. Launay Medal for excellence in French Literature. He also studied Law with the McGill University.



6 reviews    19 yrs experience    verified

"Great communication, very timely and knowledgeable about the subject matter, would definitely reccomend without any hesitation."

**Harish Mandyam** — Licensed in CA

View Profile    Get Proposal

Harish Mandyam has been licensed to practice law in California for the past eight years. He primarily specializes in cases related to intellectual property law, trademark applications and licensing, but has extensive experience in all corporate legal practice areas. Harish obtained his Juris Doctor degree in 2007, after he graduated from the University of Southern California Law School. He has been a sole practicing attorney since 2008.



6 reviews    2 repeat hires    10 yrs experience    verified

"I needed a document legalized right away and Harish delivered. I would certainly recommend his services."

**Elan Raffel** — Licensed in CA, NY

View Profile    Get Proposal

Elan Raffel finished law school from Benjamin N. Cardozo School of Law, Yeshiva University in 2012. He currently works as a Trademark Associate Attorney since October 2015 at Oliner Law. He was a Discovery Attorney in Cahill Gordon & Reindel from May 2014 – March 2015 and other prominent law firms. His areas of expertise include litigation, mediation, appeals, licensing, trademark infringement and others.

8 reviews    4 repeat hires    5 yrs experience    verified

"Elan was very knowledgeable about my issues and was very fast in delivering his work."

**Nate Kelly** — Licensed in CA

Nate Kelly can help with intellectual property, corporate organization and finance, contract drafting and negotiation, dispute resolution, and employment issues. He provides services to businesses that are designed to be a complete solution, regardless of their business law issue. His finance experience includes securities and collateralized debt obligations, alternative investments, and stock issuance.



7 reviews   |   1 repeat hire   |   9 yrs experience     verified

"Nate was very helpful in getting my business up and running and helping with getting contracts formed in the way I needed."

### Drew Whiting   Licensed in IL



View Profile    Get Proposal

Entrepreneurs face many unique challenges, and Drew Whiting understands that first hand because he is an entrepreneur himself. He loves sharing his legal knowledge and experience with up and coming businesses. He has experience working with mobile businesses, those who offer financial services, packaged good manufacturers, restaurants, bars, and taverns, and several technology-related enterprises.

5 reviews   |   7 yrs experience     verified

"I connected with Drew via Upcounsel over a year ago, and have continued working with him on a number of projects since then. I highly rec..."

### Garrett Churchill   Licensed in GA



View Profile    Get Proposal

Garrett Churchill has experience in dealing with health care and government related legal issues. He has been licensed to practice law in Georgia since 2010. Garrett is an associate at Murray Barnes Finister LLP and also worked at the District Attorney of Hall County for eight months. Garret received his Juris Doctor in law from the University of Georgia School of Law in 2010. He is also registered with the State Bar of Georgia and the National Association of Bond Lawyers.

6 reviews   |   1 repeat hire   |   8 yrs experience

"Completely met our needs and kept me informed along the way."

### Ayesha Chidolue   Licensed in FL, NY



View Profile    Get Proposal

Ayesha Chidolue is a business attorney with 11 years of experience in the legal field. She primarily assists startup businesses and growing companies with their legal issues. Ayesha has extensive experience in all legal matters related to business formation, as well as employment law and trademark law. She is licensed to practice law in New York and Floria. Ayesha attended the George Washington University Law School. She started her own law firm in September 2016.

7 reviews   |   1 repeat hire   |   12 yrs experience     verified

"Excellent, professional work. Would definitely recommend!"

### Roy Chan   Licensed in NY, Patent Bar



View Profile    Get Proposal

Roy Chan is a licensed attorney who focuses on patent and trademark cases. He is also registered at the United States Patent and Trademark Office and has more than 15 years' experience in his field. Roy first graduated from Tulane University in 1993, where he obtained his Bachelor of Science in Biochemistry. He obtained his Juris Doctor in Law from Loyola University New Orleans College of Law in 2000.

8 reviews   |   1 repeat hire   |   17 yrs experience

"My overall experience with Roy Chan was very positive. He is knowledgeable and has excellent communication skills. I found all of the a..."

### Pedro Fernandez   Licensed in FL



View Profile    Get Proposal

Pedro Fernandez has 17 years' experience in business law. He specializes in contract review, corporate transactions, employment cases and real estate matters. Pedro has represented LAN Airlines, American LaFrance, TB Financial Group and numerous other corporate clients. He practices law in Florida and graduated with a degree in law from the University of Miami School of Law in 1998. Pedro is currently the director at his own law firm.

5 reviews   |   19 yrs experience     verified

"Great resource with timeline deliveries. Will use again..."

### Jennifer Carroll   Licensed in DC, MD, OH, TX, Patent Bar



View Profile    Get Proposal

Your startup is important to you and Jennifer Carroll will help you fund it and protect it. Ms. Carroll specializes in angel, seed, or Series A round venture financing deals, so she can get your business started on the right foot with a solid financing framework. Ms. Carroll can also help your startup with patent and trademark issues as well as licensing and development agreements.

5 reviews   |   11 yrs experience     verified

"Very knowledgeable and helped draft the customer sales agreement promptly to meet our deadline."

### Jeremy Sussman   Licensed in MA, NY



View Profile    Get Proposal

Jeremy Sussman is the founding member and principal attorney of a boutique firm offering services for startups and in business law, bankruptcy, and financial restructuring. He has represented some of the most complex Chapter 11 cases in history. Mr. Sussman specializes in creating corporate structures to meet clients' long-term business goals, raising investment capital, and issuing equity.

6 reviews   |   12 yrs experience     verified

"Jeremy has been great to work with - and very professional and knowledgable."

### S. Claire Gibson   Licensed in NY



View Profile    Get Proposal

S. Claire Gibson, founder of Gibson Law, focuses her practice on intellectual property and trademark prosecution. Claire has worked for a few big-name companies including JPMorganChase, Dreamworks Classics, and NBCUniversal and also smaller companies like cosmetics companies and food distributors. In addition, she is extremely knowledgeable when it comes to legal matters involving the United States Patent and Trademark Office.

5 reviews   |   19 yrs experience     verified

"It is always a pleasure speaking to Claire, as she is patient, kind, thorough and understanding. I couldn't have asked for a better attor..."

### Anjali Nowakowski   Licensed in FL, NY



View Profile    Get Proposal

Anjali Sareen is not only a well-qualified Attorney, but she is also a freelance Writer and Editor. Currently, her focus is on legal services regarding Intellectual Property matters of individuals and small businesses. She started out as a Law Clerk for Garbarini FitzGerald P.C. Also included on her C.V. is her experience in representing Fortune 500 companies. Anjali attended The New York University School of Law and graduated with her J.D. in 2011.

19 reviews   |   7 repeat hires   |   6 yrs experience     verified

"She is a great professional. I hope to continue to work with her."

### Madhu Singh   Licensed in WA

View Profile    Get Proposal

Madhu Singh has a passion for the city of Seattle and, especially, helping entrepreneurs and small businesses in Seattle's community. She takes pride in working closely with her clients to find solutions for their entrepreneurial needs. Madhu is also a pioneer and takes a nontraditional approach to legal support in order to foster hands-on-collaboration, efficiency, and agility in handling her clients' legal matters.



4 reviews      9 yrs experience        verified

"Madhu was organized, knowledgeable and trustworthy, and experienced with my industry (Advertising and technology). I would definitely wor..."

## Melody Westfall   Licensed in NY



View Profile    Get Proposal

Based in the heart of Armory Square in New York is where you will find the talented and experienced Melody Scalfone. Specializing in real estate transactions, business development, and advising in regulatory compliance, Melody Scalfone has been attributed to being very knowledgeable and helpful with issues involving environmental impact in relation to housing development.

4 reviews      8 yrs experience        verified

"Melody has been very efficient and quick. Perfect !"

## James Cormier   Licensed in MA



View Profile    Get Proposal

James Cormier is an attorney at law with over nine years of experience. He mainly focuses on assisting startup companies and entrepreneurs with their legal issues. James has extensive experience in commercial contracts, trademark and copyrights, as well as in real estate legal practice areas. He has represented Crack Apps and InnLinkr, as well as numerous other corporate clients. James recently became the principal attorney at BeaconLegal LLC.

4 reviews      11 yrs experience        verified

".Jim has been an ideal attorney for us. Knowledgable, thoughtful and fair-minded. He provided not only the specific services we needed—doc..."

## Cliff Schneider   Licensed in NJ, NY



View Profile    Get Proposal

Cliff Schneider is a business attorney with extensive experience in internet and e-commerce law. He also assists companies and entrepreneurs in cases related to real estate law and corporate law. Cliff is licensed to provide legal services in New Jersey and in New York. He has more than 14 years' experience. Cliff has been operating as a managing partner at Cohen Schneider & O'Neill LLP for the past decade. Prior to this position, he was an associate general counsel at an educational company.

4 reviews      15 yrs experience        verified

"Super straightforward, and helped me be confident in the contractor agreement I was provided. Would recommend."

## Lois (Nuo Jia) Li   Licensed in MI



View Profile    Get Proposal

Lois Li is a commercial attorney with extensive experience in business law. She primarily focuses on assisting startup and small businesses. Lois served as an in-house and outside counsel in the past. She has a license to practice law in two countries, including the United States and Canada. Lois is able to assist clients in Chinese and English. She completed a degree in law at the University of Detroit Mercy School of Law. Lois is currently an attorney at Alpine Law PLLC.

23 reviews      33 repeat hires    4 yrs experience        verified

"super!"

## Mudit Kakar   Licensed in WA



View Profile    Get Proposal

Mudit Kakar is primarily an intellectual property attorney, but he also specializes in commercial contracts and copyright law. Mudit has represented numerous high-stake clients, including CoinMe, Bayer Healthcare and Bosch Healthcare. He has been practicing law for the past six years in Washington. Mudit obtained his J.D. from the University Of Washington School Of Law. He recently became a partner at Choi Capital Law PLLC.

4 reviews      7 yrs experience        verified

"Mudit gave an accurate estimate of the scope of my job, and he was responsive, patient, and thorough in his work. For example, the docume..."

## Ahaji Amos   Licensed in NC, TX, Patent Bar



View Profile    Get Proposal

Ahaji Amos has over 18 years of experience as a corporate attorney. She focuses on providing legal assistance to entrepreneurs and businesses in the startup stage, with exceptional experience in trademark and copyright law, as well as in dealing with patents. Ahaji is licensed to practice law in Texas, North Carolina and Missouri. She is also a member of the Texas Patent Bar. Ahaji has been an associate attorney at Poyner Spruill since February 2012.

11 reviews      10 repeat hires    18 yrs experience        verified

"Ahaji Amos did a great job with three tasks that I needed to complete: create a new LLC, file paperwork for a trademark and file a provi..."

## Alexander Popescu   Licensed in CA



View Profile    Get Proposal

Alexander Popescu has been practicing law in California for more than 10 years. His passion for IT helps him successfully engage in legal matters revolving around digital marketing, e-commerce, product development, and technology. Alexander's practice areas include commercial law, intellectual property, international law, internet and media law, technology and science, and contracts. Besides English, Alexander speaks French and Portuguese with professional working proficiency.

4 reviews      12 yrs experience        verified

"He did good job"

## Eric Goldman   Licensed in NY



View Profile    Get Proposal

For over 20 years, Eric has provided legal services to Emmy, Grammy, Oscar, and Tony award-winning talent in addition to technology and internet entrepreneurs. His clients thrive in careers that transcend the employer-employee model of wealth creation. In order to help his clients better transition in an innovation economy, he has expanded his services to include mediation and coaching.

12 reviews      3 repeat hires    27 yrs experience        verified

"A pleasure to work with. Easy communication. Reasonable response times and a good end product (Privacy Policy and Terms of Service for we..."

## Ashkon Cyrus   Licensed in CA, DC, VA, Patent Bar



View Profile    Get Proposal

Ashkon Cyrus is a business attorney that has been practicing law for the past five years. He is licensed in California, Virginia and the District of Columbia. Ashkon is also a member of the Virginia Patent Bar. He received his legal degree from the George Washington University Law School. Ashkon has worked with Google, Toyota, LG Electronics and many other corporate clients. In February 2017, Ashkon became the principal patent attorney at Select Patents.

13 reviews      2 repeat hires    6 yrs experience        verified

"Ash was extremely quick to respond to me and answer any questions I had. He is

well versed in technology and optimistic in his recommenda..."

### Andrea Lee   Licensed in NJ, NY

Andrea Lee is an attorney at law with over seven years of experience. She primarily specializes in providing legal assistance to startup companies, entrepreneurs and small businesses. Andrea is licensed to practice law in New York and New Jersey. She obtained her legal degree from the New York Law School. Andrea is skilled in drafting, negotiating and reviewing commercial contracts. She is currently a managing attorney at Lee Dantzler LLP.



[ View Profile ]   [ Get Proposal ]

16 reviews    2 repeat hires    8 yrs experience        verified

"Overall - great experience."

### Diana Palchik, Esq.   Licensed in TX

Diana Palchik is a Texas-based attorney at law. She primarily specializes in providing legal services to corporate clients, with a fundamental focus on trademark and copyright law. Diana is exceptionally skilled in drafting and negotiating commercial contracts. She has more than 16 years of experienced and has a Juris Doctor degree in law. Diana has been a counselor at Wright Connatser PLLC since May 2014. She also has her own law office.



[ View Profile ]   [ Get Proposal ]

37 reviews    8 repeat hires    17 yrs experience        verified

"My experience with her was very positive. I would work with her again."

### Sean Goodwin   Licensed in IL, Patent Bar

Sean Goodwin may be located in the Midwest, but he serves clients across the United States. He focuses on entrepreneurial needs and his practice areas include everything from patents to copyrights to IP strategy. A particular area of strength and expertise for Sean is intellectual property. He is also a registered U.S. Patent Attorney.



[ View Profile ]   [ Get Proposal ]

5 reviews    1 repeat hire    10 yrs experience        verified

"Choosing Mr. Goodwin to handle my case was one of the best decisions that I have ever made. He is one of the very best in his field and t..."

### Larissa Bodniowycz   Licensed in CA, FL

Larissa Bodniowycz has been providing corporate legal services for the past eight years. She fundamentally specializes in providing her legal expertise to small businesses, startup companies, freelancers, and entrepreneurs. She is licensed to practice law in California and Florida. Larissa obtained her legal degree from the Florida State University. She founded Bold City Legal in May 2017. Prior to this position, she was an attorney at the Law Office of Maggie Jo Hilliard.



[ View Profile ]   [ Get Proposal ]

4 reviews    9 yrs experience        verified

"Larissa has been wonderful. She is very knowledgeable, professional, personable and caring, and delivers on time. I will definitely be wo..."

### William A Price   Licensed in IL

Bill Price is an award-winning attorney who runs a private practice that offers a wide range of services including business litigation, international transactions, and non-profit law. His decades of experience working law has influenced state regulations. Even though most of his clients are around Illinois, he works for companies around the world including Germany and Japan.



[ View Profile ]   [ Get Proposal ]

3 reviews    40 yrs experience        verified

"Bill was knowledgeable and detailed in the contract he drafted for us. I would highly recommend."

### Peter Stasiewicz   Licensed in IL

Mr. Stasiewicz specializes in litigation, including breach of contract and warranty matters, fraud, and lender liability. He can also help with matters relating to business formation, employment, and intellectual property.



[ View Profile ]   [ Get Proposal ]

3 reviews    12 yrs experience        verified

"Another outstanding job! Highly recommend."

### Kevin Washburn   Licensed in MI

Kevin Washburn is an attorney at law with 13 years of experience. He has extensive experience in business law and is able to assist companies with all business-related legal matters. Kevin also has experience in dealing with trademark, litigation and real estate cases. He is licensed to practice law in Michigan and received a law degree from the Michigan State University College of Law. Since 2008, Kevin has worked as a senior attorney at Old Town Legal PLC.



[ View Profile ]   [ Get Proposal ]

3 reviews    15 yrs experience        verified

"Friendly and knowledgeable. Helped me with a trademark for my small business and walked me through the process without any problems. I'll..."

### Mark Koo   Licensed in CA

Mark Koo works with high technology companies on patent, trademark, and copyright related matters. He also helps companies file incorporation documents and provides other startup legal assistance. Mark has been involved in many of the hottest Silicon Valley's technologies. As a software technologist, Mark worked to help build the world's largest laser system.



[ View Profile ]   [ Get Proposal ]

3 reviews    1 repeat hire    7 yrs experience        verified

"fast, clear"

### Sandra Upegui   Licensed in FL

As a partner of Sandra M. Upegui, PA, Sandra has spent over 15 years practicing law - with six years as in-house counsel for the University of Miami and over 9 years as a litigator for Shutts & Bowen. Now she handles matters such as reviewing and negotiating many different agreements, providing legal counsel on employment matters, risk management, commercial disputes and many more. Sandra was in the top 11% when she graduated with a J.D. from Florida State University College of Law.



[ View Profile ]   [ Get Proposal ]

3 reviews    19 yrs experience        verified

"Sandra is outstanding. She takes the time to truly understand your needs, she's fast, communicates well, and has a tremendous amount of e..."

### Nupur Shah   Licensed in NY

Before starting her own law practice, Nupur Shah worked as an Attorney for the Feldman Law Group. She has experience working with startups and established businesses in many industries - including the fashion, jewelry, consumer goods, restaurant, interior design, graphic design and coaching industries. Nupur's education is extensive - she studied Law at three separate Universities. She now has her Master of Laws in Business Law, as well as her LLM in Banking, Corporate and Finance Law.



[ View Profile ]   [ Get Proposal ]

3 reviews    7 yrs experience        verified

"My attorney was very friendly and had full knowledge of the area in which I was



concerned with."

### Richard Harris   Licensed in CO, OK

Richard Harris is a litigation attorney that primarily focuses on commercial law, business law and construction law. He has more than 20 years of experience. Richard obtained a Juris Doctor degree from the Cornell Law School, where he graduated magna cum laude. He represents clients of all sizes, including startups and Fortune 500 companies. Richard holds a license to practice law in Colorado and Oklahoma. He is currently a partner in a legal firm that was founded in 2015.

3 reviews   |   23 yrs experience   |   verified



[ View Profile ]   [ Get Proposal ]

"He was great."

### Brian Frankel   Licensed in DC, FL

Brian Frankel is an established business lawyer who prides himself on helping tech startups, new businesses, and established businesses throughout the Washington D.C. area. Mr. Frankel has a love for the film industry and as an entrepreneur himself, he knows all of the requirements needed to start a business. Licensed to practice in both Florida and Washington D.C., Mr. Frankel is ready to help you fill out your business's paperwork.

3 reviews   |   11 yrs experience   |   verified



[ View Profile ]   [ Get Proposal ]

"Brian was great! He answered all of my questions thoroughly. I would definitely recommend him to others."

### Kenneth Gray   Licensed in DC, PA

Kenneth Gray, Jr. works as a managing partner at Alliance Law Firm International PLLC. He works specifically in estate planning, tax matters, venture capital journeys, and natural resources. His clients include both small and medium sized companies. He has over 10 years of experience to bring to the table and previously held a position in a private equity company, where he learned a lot of finance and uses that knowledge to help his clients.

3 reviews   |   1 repeat hire   |   12 yrs experience   |   verified



[ View Profile ]   [ Get Proposal ]

"Kenneth was an excellent match to my needs. Not only he was knowledgeable but he was also experienced in managing the exact type of busin..."

### Patrick Bello   Licensed in NJ, PA

Patrick Bello is the founder of Provisor Law. An entrepreneur himself, Patrick is passionate about revolutionizing law services so that they are affordable for all emerging businesses. He understands how important it is for new businesses to have access to legal counsel that can provide a grasp of both operational knowledge and the principles of business development.

8 reviews   |   2 repeat hires   |   6 yrs experience   |   verified



[ View Profile ]   [ Get Proposal ]

"One of the best I have worked with when it comes to IP and Software contracts"

### Curtis W olfe   Licensed in DE, FL

Curtis Wolfe, Founder & CEO at LegalGuru, LLC, has had some 20 years experience in large firm practice, academics and in-house corporate firms. He was president of Lobos Advisors for over 10 years. In 1995, Curtis achieved his J.D. from the University of Iowa College of Law. Ever since then he has practiced law in different matters - M&A, securities or finance, infrastructure, technology licensing, corporate governance and entertainment. Wolfe has received many recommendations - all good!

3 reviews   |   23 yrs experience   |   verified



[ View Profile ]   [ Get Proposal ]

"Very positive experience with Curtis Wolfe. Timely and knowledgeable."

### Charles Caldwell   Licensed in FL

Charles Caldwell is a transactional and litigation attorney. He has been providing legal services to corporate clients for the past seven years. Charles is licensed to practice law in Florida. Charles has extensive experience in dealing with real estate, bankruptcy and debt related legal matters. He often assists startup companies with overcoming legal obstacles. Charles has been a corporate counselor at Syniverse Technologies since May 2015.

8 reviews   |   5 repeat hires   |   8 yrs experience   |   verified



[ View Profile ]   [ Get Proposal ]

"Charles took care of the T&C's and privacy policy of my e-commerce enterprise. He was thorough, professional and prompt throughout the ..."

### Thomas V iew   Licensed in DC

Thomas View has experience as an attorney and an entrepreneur. He combines his expertise to provide effective legal services to corporate clients. Thomas has been practicing law in the District of Columbia for the past 18 years. He has represented Nu-Pulse, The American Red Cross, Black Entertainment Television and many other corporate clients. Thomas focuses on business formation, commercial contracts and all other business-related legal matters.

6 reviews   |   6 repeat hires   |   29 yrs experience   |   verified



[ View Profile ]   [ Get Proposal ]

"Was very pleased. Thomas was knowledgeable and did a lot of work to answer some unique/common product liability questions. I would defini..."

### Angelique B. Thomas   Licensed in DC, FL, GA, NY

Angelique B. Thomas is an intellectual property law attorney that has been practicing law for the past seven years. She has extensive experience in commercial real estate law and commercial contracts. Angelique is licensed to practice law in four states, including Florida, Georgia, the District of Columbia and New York. She has a J.D. in law, which she obtained from the University Of Georgia School Of Law.

6 reviews   |   5 repeat hires   |   8 yrs experience   |   verified



[ View Profile ]   [ Get Proposal ]

"Excellent knowledgeable attorney"

### Joshua Eichenstein   Licensed in CA

Joshua Eichenstein is an intellectual property attorney that provides his services to corporate clients in California. During his time at Southwestern Law School, he received the Dean's Merit Award. After graduating, he obtained a Juris Doctor in law. Joshua has represented many Fortune 500 companies during his time as an attorney. Some of his clients include Walgreens and Bernie Mev Medici. He has been an associate at Cohen IP Law Group PC since 2014.

3 reviews   |   4 yrs experience   |   verified



[ View Profile ]   [ Get Proposal ]

"Joshua Eichenstein is very knowledgeable of trademark laws and goes above and beyond to help you. I highly recommend using Mr. Eichenstein."

### John Buckman   Licensed in NJ

John Buckman has been a corporate attorney for over 21 years. He primarily focuses on legal matters related to technology law, intellectual property law, mergers and acquisitions, and commercial contracts. John is licensed to provide legal services in New Jersey. He has represented Verizon Wireless, John Allan Company, EZUniverse and numerous Fortune 500 companies. John founded his own legal office July 2004, where he now acts as the sole corporate counselor.

3 reviews   |   23 yrs experience   |   verified



[ View Profile ]   [ Get Proposal ]

"Fast and knowledgable."

### Timothy Leonard   Licensed in PA

[View Profile] [Get Proposal]

Timothy Leonard is a business attorney with more than three years experience. He is licensed to practice law in Pennsylvania. Timothy specializes in commercial contracts and has a strong background in assisting startup companies and entrepreneurs. He received his J.D. in law from the University of Pittsburgh School of Law. Timothy started his own general practice in April 2017, where he now acts as the principal attorney.



3 reviews    4 yrs experience    verified

"great experience, attorney knew his stuff and was flexible snd easy to work with. a good experience."

### Jennifer Rohleder   Licensed in DC, VA

[View Profile] [Get Proposal]

Jennifer is currently vice president and general counsel of the Diversified Advantage Group Inc. She was also an associate at Patton Boggs LLP for over two years. With a large amount of experience, she specializes in business consulting, regulatory strategy and compliance, and project development. She attained her JD from the American University Washington College of Law after attending the well-known Worcester Polytechnic Institute.



10 reviews    9 repeat hires    10 yrs experience    verified

"Was great. Quick and accurate."

### Kalyan Pokala   Licensed in CA

[View Profile] [Get Proposal]

Whether you are a business or an individual, you need an attorney you can count on. Kalyan Pokala practices in both general business law and immigration, a unique practice mix. He loves helping people through legal problems and prides himself on providing individualized service to everyone that walks into his office. Mr. Pokala takes the notion that the law is a serving profession to heart.

3 reviews    10 yrs experience    verified

"Great experience and assistance."

### Charlton Messer   Licensed in TX

[View Profile] [Get Proposal]

Currently an Attorney with his own Law Firm, Charlton Messer provides in-house and General Counsel services for startups, as well as medium-sized businesses. His experience also includes Estate Planning for Business Owners. He can form entities for all types of clients - from LLCs to S-corps to partnerships. In 2014, Charlton graduated from the University of St. Thomas School of Law with his J.D. He has also obtained his B.S.B.A. in Economics from the Oklahoma State University.

6 reviews    2 repeat hires    4 yrs experience    verified

"Very quick and professional answers"

### Joseph W aala   Licensed in DC, NY, OH, PA

[View Profile] [Get Proposal]

Joseph Waala is an Attorney, who has been licensed for 17 years. In the year 1999, he was an Associate with Baker & Hostetler. After that, he spent time working for Law Firms such as King & Spalding, LLP and Phillips Lyte, LLP. His focus areas include energy and utilities, oil and gas, contracts and agreements, as well as commercial real estate matters. Joseph attended The Georgetown University Law Center and graduated with his J.D. almost two decades ago.

32 reviews    35 repeat hires    19 yrs experience    verified

"Joe is helpful."

### Wesley Henderson   Licensed in SC

[View Profile] [Get Proposal]

Wesley Henderson mainly assists startup companies with their legal issues, but also has more than six years' experience in general business law, as well as employment law. Wesley is licensed to practice law in South Carolina. He received a Juris Doctor in law from the University of South Carolina School of Law. Wesley as an associate at Winters Law Firm for one year and associate at McAngus Goudelock & Courie for two years. He then moved on to start his own law firm in 2014.

3 reviews    8 yrs experience    verified

"Wesley provided a thorough review for us and made very material, beneficial comments."

### Leah Martin   Licensed in NV

[View Profile] [Get Proposal]

Leah Martin is the Managing Attorney and Owner at Leah Martin Law, providing legal services to those in need around Las Angeles. Her experience includes serving as an Attorney for companies such as The Powell Litigation Group and Glen J. Lerner & Associates. Her main focus area is business law, handling matters such as business formations, contract services, litigation, liens and collections. Leah graduated summa cum laude from William S. Boyd School of Law, University of Nevada, Las Vegas.



3 reviews    1 repeat hire    16 yrs experience    verified

"I worked with Leah very briefly. I needed services relating to the food franchise industry. She read and advised me on the Franchise Disc..."

### Christopher Greer   Licensed in TX

[View Profile] [Get Proposal]

Chris Greer is Partner of a well-established Law Practice. He is a professional Commercial Litigation Attorney with over 11 years worth of experience providing risk-adjusted, business-oriented solutions to both individuals and corporate clients in many commercial disputes and general business matters. Chris is the recipient of many awards - including the Texas "Rising Star" award, which he was awarded for 8 consecutive years. He obtained his J.D. from the Texas Tech University School of Law.



3 reviews    1 repeat hire    13 yrs experience    verified

"Very professional and responsive."

### Anastasios Garbis   Licensed in IL, Patent Bar

[View Profile] [Get Proposal]

As a registered patent attorney, Anastasios Garbis dedicates his time to advising entrepreneurs and small businesses on intellectual property matters. At his firm, Garbis Law, LLC, he supports clients in protecting their brands, inventions, and art through accessible and transparent legal services. Mr. Garbis speaks both English and Greek at a native level.



2 reviews    8 yrs experience    verified

"Taso was helpful, efficient, knowledgeable and timely with all of his services."

### Dmitry Lapin   Licensed in NJ, NY

[View Profile] [Get Proposal]

A trust and estates attorney, Dmitry Lapin creates customized real estate plans, wills, and trusts for people of all ages, professions, and income levels. He founded Lapin Law Firm to exceed his clients' expectations by executing real estate plans that take both the certainties and uncertainties of life into consideration. Mr. Lapin graduated with honors from New York Law School.

2 reviews    4 yrs experience

"He's very knowledgable and his work ethic is wonderful. He provided service in a fasting fast manner. I highly recommend him!"

### Valerie Uribe   Licensed in CA

Valerie Uribe strives to meet her goals and set the bar higher, basking in the glory of accomplishing a seemingly unattainable objective. She proved this by participating in the Aids Life Cycle in 2015, biking 545 miles in seven days from San Francisco to LA. Acting as a freelance attorney in probate and estate planning, Uribe drafts petitions for probate, demurrers, and Heggstad petitions for clients. She also works as the contracts and grants officer for UCSF.

2 reviews    7 yrs experience    verified



View Profile    Get Proposal

"The reason that my experience has been so good is that we are working with Valerie Uribe. She is the most knowledgeable, helpful, timely,..."

### Thomas Gray   Licensed in CA

Thomas Gray has had some 19 years of experience as a litigator. His experience working for a Boston commercial litigation firm for over five years has taught him many skills that allow him to handle cases relating to business litigation, construction law, equipment leasing and finance. He can write briefs, conduct discovery and depositions, as well as handle jury trials. Thomas attended Santa Clara University School of Law, graduating with honors.

2 reviews    21 yrs experience    verified



View Profile    Get Proposal

"We have a small, start up business and we were receiving unfair, improper and false reviews from a former employee that wanted to harass ..."

### Derek Hawkins   Licensed in WI

In just under two years, Derek Hawkins has grown Hawkins Law Offices into a premier boutique startup law firm and helped dozens of small businesses, startups, and entrepreneurs find success. Mr. Hawkins is also general counsel at Markable, where he is responsible for corporate strategy, tactical initiatives, and legal advice for all major business transactions.

2 reviews    4 yrs experience    verified



View Profile    Get Proposal

"Derek was very thorough with his advice and offered insight into all his recommendations."

### Matthew Erskine   Licensed in MA

Matthew Erskine specializes in providing corporate legal services to private companies. He primarily focuses on business planning, tax and integrating law. Matthew received his law degree from the Suffolk University Law School and has a license to practice law in Massachusetts. He has more than 29 years of experience. Matthew has represented numerous clients, including USALCO and EMC. He has been a partner at Erskine & Erskine LLC since 1994.

2 reviews    31 yrs experience    verified



View Profile    Get Proposal

"Matt helped sort through a complex business acquisition of a distressed private company. He identified a key colleague, and they put toge..."

### Sarah Holmes   Licensed in PA

Sarah Holmes is a business attorney with 10 years of experience. She focuses on business operations, commercial contracts and trademark matters. Sarah obtained her Juris Doctor from the Chicago Kent College of Law and is licensed to practice law in Pennsylvania. She is the founder of her own law firm, but was previously an associate at Marshall Dennehey Warner Coleman & Goggin for five years. She also gained experience while working at the Law Offices of Thomas More Holland.

2 reviews    12 yrs experience    verified



View Profile    Get Proposal

"Sarah is completely trustworthy and approachable. She is always prompt with her responses and kept me informed on the progress of our pa..."

### James Smedley   Licensed in NJ, NY, PA, Patent Bar

James is the managing member of the law firm, James M Smedley LLC, an intellectual property law boutique that focuses on intellectual property prosecution and corporate transactional matters. He has worked with clients of all sizes from startups to Fortune 500 companies. Outside of the office, he is a family man, wine lover, video gamer, and fitness fanatic.

6 reviews    19 repeat hires    10 yrs experience    verified



View Profile    Get Proposal

"Very helpful, and knowledgeable regarding patent matters. Communication was excellent."

### Richard Eldredge   Licensed in TX

Richard Eldredge is a corporate attorney and a professor of law. He has over seven years of experience and is licensed to practice law in Texas. Richard is experienced in patents and business formation, as well as trademark and copyright law. He received his degree in law from the La Verne College of Law. He has represented BNSF Railroad, Bell Helicopter and many other corporate clients. Richard has been a patent attorney and engineer at the Eldrege Law Firm since September 2005.

70 reviews    40 repeat hires    8 yrs experience    verified



View Profile    Get Proposal

"The first Attorney I have ever used and the best in my opinion, with response time and his readiness to get things started and done."

### Jonathan Young   Licensed in PA

Jonathan Young is both an entrepreneur and a business attorney. He has 25 years of experience in the legal field and primarily assists companies in the insurance, real estate, technology and telecommunications industries. Jonathan has extensive experience in mergers, commercial contracts, trademarks and business operations. He is licensed to practice law in Pennsylvania. Jonathan is the founding president of Kontract Solutions, which he started in 2011.

2 reviews    27 yrs experience    verified



View Profile    Get Proposal

"Jonathan worked with us from the earliest stages of our deal through the closing, helping us through the complicated process of buying ou..."

### Amy Oraefo   Licensed in GA

Amy Oraefo mainly specializes in reviewing and drafting contracts. She has more than four years' experience with commercial contracts and often also advises corporate clients on consulting agreements, software licensing agreements and management agreements. She is licensed to practice law in Georgia and obtained her degree in law from the North Carolina Central University School of Law. Amy started her own law office in 2012.

2 reviews    6 yrs experience    verified



View Profile    Get Proposal

"The contracts were well drafted & Amy performed all of the work in a timely, efficient manner."

### John Woods   Licensed in DC, MA, MD

John Woods is a business attorney that has practiced law for over 44 years. He is licensed to provide legal services in Maryland, the District of Columbia and Massachusetts. John has a J.D. in law, which he received after graduating from Harvard Law School. He specializes in all aspects of business law, including business formation and operations, trademarks, employment law, real estate law and corporate lawsuits. John started his own law firm in 2015.

View Profile    Get Proposal



2 reviews    45 yrs experience  |  verified

"Client No. 2: John represented my company, a designer of exhibits for trade shows and an online marketing adviser, in the sale of a clo..."

## Renata Ramsini   Licensed in OH



Renata Ramsini is a licensed attorney in Ohio. She has been providing corporate legal services in the area for the past four years. Renata primarily specializes in business formation, trademarks and copyright law. She is also an experienced legal researcher and writer. Renata recently became a contract associate at The Ruppert Co. She was a staff attorney at the Franklin County Court prior to this position.

View Profile    Get Proposal

2 reviews    5 yrs experience  |  verified

"On multiple occasions, Renata Ramsini has provided the help and expertise High Mountain Ventures needed to successfully launch and sustai..."

## Gavin Ganzkow   Licensed in FL, NY



Gavin Ganzkow has been providing legal services to corporate clients for more than three decades. He primarily focuses on trademark and copyright law, as well as commercial contracts. Gavin is licensed to practice law in Florida and New York. He has represented businesses of all sizes, including ones listed as Fortune 500 companies. In 2016, Gavin founded his own law office. Prior to this movement, Gavin was a legal consultant at National Compliance Services Inc.

View Profile    Get Proposal

3 reviews    35 yrs experience  |  verified

"Gavin was very professional and a good communicator."

## Justin Strane   Licensed in IL



Attorney Justin Strane is admitted to the Bar Admission in the Northern District of Illinois and Illinois. Strane has represented top clients and has had great success with the cases he has been faced with. Attorney Strane represented an investor in purchasing a multi-million-dollar property in downtown Chicago. With experience in commercial real estate and business law, you can rely on Justin to help you out.

View Profile    Get Proposal

2 reviews    8 yrs experience  |  verified

"I have used Justin's services on two separate occasions; once in civil court and another on a real estate purchase. In both instances he ..."

## Adam Urbanczyk   Licensed in DC, IL, MI, Patent Bar



Adam Urbanczyk is Principal Attorney at the law group Au, LLC in Chicago, Illinois. A successful litigator, he specializes in intellectual property, business law, and patent law, and has particular expertise in software, internet, and social media issues. Adam received his J.D. from the John Marshall Law School. He is admitted to the DC, Illinois, and Patent Bars, and is also Of Counsel at Progressive Law Group.

View Profile    Get Proposal

7 reviews    7 repeat hires  |  9 yrs experience  |  verified

"Adam Rocks!!"

## Sheila Seck   Licensed in KS, MO



Launching your business is an exciting time, but Sheila Seck also knows that it can be very stressful and confusing as well. Get peace of mind by allowing Ms. Seck and her team at Seck & Associates LLC to help with managing founder relationships, corporate governance, financing issues, intellectual property, and more. She knows that every business is different and tailors her services to meet your needs.

View Profile    Get Proposal

2 reviews    24 yrs experience  |  verified

"Seck & Associates served as buy-side counsel for Four Pillars Investors' recently closed acquisition. I liked working with the firm becau..."

## Scott Davenport   Licensed in AZ, TX



Scott Davenport is a well-known and experienced attorney who has been Board Certified in Personal Injury Trial Law from the Texas Board of Legal Specialization because of his hard work and success in the field. In addition, Attorney Davenport has maintained the highest rating of AV Preeminent since 2004. Named as a Top Lawyer and receiving many other awards, Attorney Davenport is ready to fight for all of his clients. In addition to personal injury law, Mr. Davenport also specializes in business law to include business formation, real estate, and litigation.

View Profile    Get Proposal

4 reviews    24 yrs experience  |  verified

"Excellent!!!"

## Steven Fairchild   Licensed in NJ, NY, Patent Bar



Sometimes a business just needs the occasional helping hand with various legal issues. Steven Fairchild does freelance legal work in the New York area and brings ten years of legal experience to every request. He can help your business with contract review, intellectual property issues, corporate law, and even litigation if necessary. Mr. Fairchild can help foster your business's growth.

View Profile    Get Proposal

2 reviews    2 repeat hires  |  12 yrs experience  |  verified

"Great experience. I found Steve to be a thoughtful and a caring advocate for my rights."

## Steven Enwright   Licensed in MI



Steven Enwright has 19 years' experience and specializes in transactional law, commercial agreements, securities, contracts, entertainment law and mergers. He also has experience in other corporate legal areas. Steven obtained a J.D. in law from the Wayne State University and was licensed to practice law in Michigan shortly after his graduation. Steven is the founder of Enwright Advisors and have also worked at Dickinson Wright and Clear!Blue.

View Profile    Get Proposal

2 reviews    21 yrs experience  |  verified

"Steve helped our small angel group with a seed round biotech investment. Without Steve's counsel, we would have been lost. He was very ef..."

## Senen Garcia   Licensed in DC, FL



Senan Gracia is the Managing Attorney of SG Law Group, as well as the Certified Counselor of SCORE - giving advice to small businesses on how to expand. He also has experience of assisting the Small Claims Clinic. His focus areas include real estate, property associations, and property insurance claims and he has spoken on a variety of topics. Garcia attended the St. Thomas University School of Law and graduated with his J.D. in 2008.

View Profile    Get Proposal

3 reviews    10 yrs experience  |  verified

"Great communication and support."

## Patrice Perkins   Licensed in IL

View Profile    Get Proposal

Patrice Perkins is a Transnational Business and Intellectual Property Attorney, working with creative entrepreneurs, innovators and change agents. Her experience is extensive and includes business formations, structures, drafts and negotiates talent deals, licensing agreements and more. Her legal career began when she worked as a Research Assistant to Susan Bandes, a distinguished professor at DePaul College of Law - which is also where she obtained her J.D. in 2008.



2 reviews    9 yrs experience    verified

"Thanks to Patrice I have a good handle on the process for trademarks and understanding how protecting my IP is an investment for the fut..."

### John Graves   Licensed in OK

John Graves has been a licensed Attorney for over 13 years and now owns his own law practice, he also serves as a Special Municipal Judge. Because of his vast experience, he is capable of providing strategic, efficient legal and business counsel. His main focus area is General Practice but he also handles legal matters in Bankruptcy, Business, Transactions, Outside Counsel, Compliance, Real Estate and Meditation. He attended the University of Oklahoma College of Law in 2003 and graduated with his J.D.



2 reviews    15 yrs experience    verified

"John Graves combines an excellent legal mind with vast knowledge of State and Federal laws. John is a reliable individual, responsive to ..."

### Joseph Schick   Licensed in NY

Joseph Schick has had experience in advising both corporations and individuals. His range of experience is impressive - handling cases involving disputes of less than $10,000 to more than $100 million. In many situations, Joseph has successfully avoided litigation and achieved a prompt resolution for his clients. For 10 years, he worked as an Attorney for Heller, Horowitz & Feit, P.C. In 1997, Joseph Schick graduated with his J.D. from Columbia Law School.



2 reviews    20 yrs experience    verified

"We are very satisfied with Joseph's efficient work providing agreements for two new employees."

### Shannon Pulaski   Licensed in FL, NJ, NY

Shannon Pulaski is a corporate attorney with extensive experience in dealing with cases that involve contracts, employment law, copyrights and trademarks. She started her career as an attorney at K&L Gates, but started her own law firm, The Law Office of Shannon Hennessy Pulaski, in 2010. Shannon is licensed to practice law in New Jersey, New York and Florida. She has a Bachelor of Arts and a Juris Doctor degree. Shannon is also a member of the American State Bar Association.



2 reviews    9 yrs experience    verified

"I'm writing to thank you for preparing a Terms of Use Agreement. The resulting document is very impressive, and there is no way we could ..."

### Trenton Roberts   Licensed in TX

Currently a partner at Roberts & Willie, PLLC, Trenton Roberts has previously worked at other law firms like Latham & Watkins when he was a transactional attorney for a year and a half. His focus is in the areas regarding commercial lending, private equity, energy and business clients. He graduated with his LLM from New York University School of Law, and he achieved his JD separately from the University of Chicago Law School. He can communicate in English, Spanish and Japanese.



2 reviews    6 yrs experience    verified

"The Roberts and Willie firm formed a company for me and my partners very quickly. They were really smart and had a lot to say about LLC v..."

### Linda A wkard   Licensed in DC, NY

Linda Awkard has a sum total of 37 years of experience in the legal world. Helping a variety of corporations, businesses, as well as individuals. She represents both international and national clients. Her main focus area is in contract law, including negotiation and dispute resolution. She has done legal work for corporations, start up and micro-businesses, trade associations, partnerships, high net worth individuals and more. Awkard studied with Fordham University Law School in New York City.



2 reviews    39 yrs experience    verified

"E&E ENTERPRISES GLOBAL INC. 101 RESEARCH DRIVE HAMPTON, VA 23666 IT SOLUTIONS FOR TODAY'S BUSINESS 20 JAN 2017 To: Whom..."

### Justin Sobodash   Licensed in CA

Justin Sobodash primarily specializes in litigation, trademarks, commercial contracts, legal documents and business formation. He has 15 years of experience as a business attorney and is licensed to practice law in California. Justin obtained a J.D. in law from the UCLA School of Law in 2001. He has represented GameWorks, Thor Halvorssen, Dustin Lance Black and other corporate clients in the past. Since 2010, Justin has been operating as the president of his own law office.



2 reviews    17 yrs experience    verified

"Justin is too modest to tell you that he recently won his art fraud case, which involved video depositions taken in Italy. I can without ..."

### Rocco Cozza   Licensed in PA

Rocco Cozza has been licensed to practice law in Pennsylvania for more than 14 years. He often assists startup companies in dealing with legal matters related to business formation, but he also has experience in contract drafting, employment law, intellectual property law and commercial transactions. Rocco attended the Duquesne University School of Law. He started his own law firm, the Law Office of Rocco E Cozza, in 2013.



2 reviews    15 yrs experience    verified

"I have engaged the services of Rocco Cozza in an advisory role multiple times over the past year. My latest engagement involved structuri..."

### Steve Chin   Licensed in NY, TN

Steve Chin is both an entrepreneur and a corporate attorney. He uses his expertise as an entrepreneur to help businesses overcome their legal issues. Steve has 11 years of experience and he is licensed to practice law in Tennessee, as well as in New York. He has experience in business formation matters, trademarks, commercial contracts and general corporate lawsuits. Since 2012, Steve has been a general counsel at Survature Inc. Prior to this position, he was a solo practitioner.

2 reviews    12 yrs experience    verified

"We are an early stage startup that received interest from an angel investor who was willing to invest $25,000 in our company. Steve expla..."

### L Stephen Mccready   Licensed in MA

Stephen McReady is a general business attorney who has been providing legal services to numerous corporate clients, including IBM, Polycom and Raytheon, for the past 36 years. He is licensed to practice law in Massachusetts and received his J.D. in law from Boston University School of Law. Stephen has exceptional experience in contract negotiation,

employment law and intellectual property related legal practice areas. He founded Puritan Faust in 2001.

2 reviews    37 yrs experience    verified



""My experience as Past CFO of Radi with Steve McCready was outstanding. His knowledge & expertise added value. By actively managing the c..."

### Brent Farese    Licensed in NJ, NY, Patent Bar

Brent Farese is experienced in patent applications, trademark applications, infringement and intellectual property laws. He has been licensed to practice law in New Jersey since 2010 and also applied for a license to practice law in New York two years later. Brent is an associate at Lerner, David, Littenberg, Krumholz & Mentlik LLP. He is also a student at the John Lifland Inn of Court. Brent graduated from the New York Law School in 2010, where he obtained his J.D. in law.

2 reviews    8 yrs experience    verified



"We are a young company and Brent helped us secure a trademark to our core brand. Thanks Brent!"

### Meredith Simpson    Licensed in NY

Meredith Simpson is a corporate law attorney with more than 23 years of experience. She primarily assists companies in the technology, entertainment, digital media and advertising industries. Meredith has represented Prehype, Taboola, Comedy Central and many other corporate bodies. She has extensive experience in trademark law and commercial contracts, and works with businesses of any size. Meredith has been the principal of her own legal firm since June 2010.

6 reviews    2 repeat hires    23 yrs experience    verified



"Meredith was very helpful in providing the guidance needed to resolve my issue"

### Scott W eisman    Licensed in IL

Scott Weisman is a business attorney that focuses on transactional law and general business law. He primarily assists companies in the technology industry. Scott has 12 years of experience as a lawyer and is able to assist with intellectual property matters, commercial contracts and business formation matters as well. He is licensed to practice law in Illinois. Scott has been the principal of his own law office since 2012.

2 reviews    13 yrs experience    verified



"Scott helped me setup a LLC for my business. He asked a lot of good questions and was easy to work with. I would definitely use Scott in ..."

### Robert Mckee    Licensed in CA, TX, Patent Bar

Robert Mckee is a business and patent attorney with a primary focus on data privacy law. He is also acquainted with commercial contracts and employment law. Robert has been licensed to practice law in Texas and California. Robert is also a member of the California Patent Bar Association. He has five years' experience as a lawyer. Robert obtained his legal degree from the University of Houston Law Center. He has been an attorney at Hulsey, PC since August 2016.

2 reviews    5 yrs experience    verified



"He made sure to explain my issues in a way that was easy to understand and provided me with options for how to handle it. I would recomma..."

### Serena Lai    Licensed in CA

Serena Lai is a commercial contract attorney with eight years' experience. She represents clients of all sizes, ranging from small business owners to companies listed as a Fortune 500. Apart from her expertise in drafting and negotiating commercial contracts, Serena also specializes in trademark and copyright law, and she has experience with general business-related legal matters. Serena is licensed to provide corporate legal services in California.

2 reviews    8 yrs experience    verified



"Efficient and reliable attorney - she helped create a comprehensive event and management agreement with a focus on non-disclosure and non..."

### Justin L ynch    Licensed in NY

Justin Lynch is a business attorney that has been practicing law in New York for the past 11 years. He specializes in commercial contracts, intellectual property law, as well as in all other areas related to corporate law. Justin attended the Columbia University School of Law, where he received his J.D. after graduating. He has been an attorney at Colby Law Office since October 2010. Prior to this position, Justin was the principal of his own law office.

2 reviews    12 yrs experience    verified



"Justin Lynch has advised and worked with me on a number of occasions since I founded my company. Working as a photographer with a wide ar..."

### Tony Stimson    Licensed in FL, MD

Tony Stimson is a business-focused lawyer with extensive experience in dealing with commercial contracts, labor and employment-related matters, mergers and acquisitions, and other business-related legal practice areas. Some of his clients include Kforce Inc, Blue-Grace Logistics LLC and Blocker & Wallace Service LLC. He is licensed to practice law in Maryland and Florida. Tony is also a member of the Florida Bar Association. He is currently a senior corporate counsel at Wilson HCG.

2 reviews    5 yrs experience



"Tony is a true professional that understands the nature of being an in-house attorney. He thinks like a business man first and a lawyer s..."

### Desarie Green    Licensed in CA

Desarie Green is a corporate law specialist who provides legal assistance to businesses in California. She has more than nine years of experience. Desarie obtained her J.D. in law from the Western State University College of Law in 2006. She has extensive experience in dealing with legal matters related to commercial contracts, business formation and general business operations. Desarie has gained experience during the past few years as an in-house counsel, compliance officer and attorney.

3 reviews    10 yrs experience    verified



"Desiree did a great job creating my documents! She answered all of my questions and gave me some valuable advice."

### Joseph M. Aliberti    Licensed in CA

Joseph M. Aliberti is a business attorney with experience in dealing with business, medical, litigation, criminal defense and family cases. He obtained his J.D. in law from the Western State University College of Law in 1992 and obtained his license for legal practice one year after graduating. Joseph is a member of the Orange County Bar Association and has been awarded the AV Peer Review Rating award in 2014.

2 reviews    24 yrs experience    verified



"Your Clients are in Great Hands"

### Sonja Keith   Licensed in NY

Sonja Keith is a corporate attorney with a strong background in dealing with legal matters related to intellectual property. He has over 26 years of experience and primarily focuses on copyright and trademark law. Sonja is licensed to practice law in New York and he obtained his J.D. in law from the New York Law School. Sonja has been an intellectual property counselor at Dreamworks Animation since September 2001.

View Profile   Get Proposal



2 reviews   27 yrs experience   verified

"I first met Sonja when we worked together ten years ago. At that time she was IP Counsel to Classic Media, LLC and I worked for her boss..."

### Rachel Stoermer   Licensed in WA

Rachel Stoermer has more than 14 years of experience as a corporate lawyer. She is based in Washington, and she attended the University of Washington School of Law, where she received a J.D. in law after graduating. Rachel specializes in commercial contracts, trademark and copyright law, and she also has experience in employment-related matters. Rachel has been a senior corporate counselor at Docusign Inc since November 2012.

View Profile   Get Proposal



2 reviews   14 yrs experience

"Rachel has been an invaluable business partner. She is flexible in working with our customer's documents, and helping them overcome conc..."

### Danny Jiminian   Licensed in NY

Danny Jiminian is a business law attorney with over three years' experience. He primarily focuses on copyright and trademark law, with a special interest in dealing with companies in the entertainment and sports industry. Danny also works with nonprofits and has extensive experience in all legal areas related to general business operations. He is licensed to practice law in New York. Danny obtained his legal degree from the New York Law School. He has been managing his own law firm since 2014.

View Profile   Get Proposal



3 reviews   1 repeat hire   4 yrs experience   verified

"Danny was great to work with. Answered the questions I had quickly and clearly, which is why I engaged a lawyer for the job, but didn't ..."

### Jorge A. Perez   Licensed in FL

Jorge A. Perez is a corporate attorney specializing in all legal practice areas related to business law. He has been licensed to practice law in Florida for more than three years and received his Juris Doctor degree in law after graduating from the Florida International University College of Law. Jorge has been a litigation associate attorney at Trujillo Vargaz Gonzalez and Hevia between 2014 and 2016. Prior to this position, he was a certified legal intern and a small business clinic.

View Profile   Get Proposal



2 reviews   4 yrs experience

"Thank you very much for your assistance. You are very persistent and you helped me very much in my case. Continue with great success in y..."

### Michael Wood   Licensed in NY

Michael Wood is a licensed corporate attorney in New York. He has more than a decade experience and primarily focuses on commercial contracts, mergers and acquisitions, and business formation. He obtained his legal degree after graduating from Brooklyn Law School. Since April 2016, Michael has a partner at Cermele & Wood LLP, where he focuses on real estate transactions. Prior to this position, he was a partner at Harrington Ocko & Monk.

View Profile   Get Proposal



2 reviews   11 yrs experience   verified

"Mike has helped my company with both brick-and-mortar and e-commerce issues - from negotiating leases to handling vendor issues and distr..."

### Eric Mausner   Licensed in DC, FL, NJ

Eric J. Mausner is licensed to practice law in three different states, including Florida, the District of Columbia and New Jersey. He has a J.D. in law and a B.A. in political science. Eric has over five years of experience. He is exceptionally skilled in dealing with all legal matters related to starting a business, with a strong focus on labor and employment law, as well as commercial contracts. Eric currently runs his own law practice in Downtown Miami.

View Profile   Get Proposal



2 reviews   6 yrs experience

"We had the opportunity to work with Mr. Mausner. Before we retained him, he went out of his way to learn the facts and issues and had a v..."

### Thomas West   Licensed in CO

Tommy West is a well-known lawyer who currently serves as a Legal Adviser and Consultant to several big companies such as Spaceteam Game Franchise and West Venture Law. He has experience in the legal, finance, design, manufacturing, construction and non-profit fields. West received a Letter of Commendation from the U.S Senator in 2014, as well as a feature in Colorado Biz Magazine as one of the Top 25 Most Influential Young Professionals in Colorado. He attended the University of Pittsburgh.

View Profile   Get Proposal



2 reviews   6 yrs experience   verified

"Mr. West provided advice and counsel for our organization and his assistance was invaluable. Before our first meeting, we had no idea how..."

### Jonathan Ward   Licensed in OR, Patent Bar

Jonathan Ward has over 12 years of experience as a corporate lawyer. He is licensed to practice law in Oregon and is also a member of the Oregon Patent Bar. Jonathan has represented numerous Fortune 500 companies, including Ford, Microsoft and Amazon.com. He specializes in commercial contracts, patents and trademark law. Since April 2014, Jonathan has been an attorney at MOHR Intellectual Property Law Solutions.

View Profile   Get Proposal



2 reviews   13 yrs experience   verified

"I contacted Jonathan after discovering a potential infringement issue relating to a product that I've had on the market (with a patent p..."

### Brian Pendergraft   Licensed in DC, MD

Brian Pendergraft is a licensed Property Lawyer and Owner of his own Law firm - working with both business and individuals. His practice areas, in order of his experience, are Landlord and Tennant, Probate, Guardianship, Estate Planning, Expungement and Real Estate matters. Brian attended the Florida Coastal School of Law, and graduated with his J.D. in 2013. He has also obtained his Bachelor of Science in Philosophy & Religion from the Florida Agricultural and Mechanical University.

View Profile   Get Proposal

2 reviews   5 yrs experience   verified

"Brian was awesome! He explained the law to me in every detail so I understood that being a tenant I have a lot of rights! He helped me st..."

### Bryan Tuk   Licensed in NJ, PA

Bryan Tuk has over 17 years of experience as a corporate attorney. He provides legal services in Pennsylvania and has a J.D. in law, which he obtained after he graduated from the James E. Beasley School of Law. Bryan primarily focuses on commercial contracts, securities and financial matters, but he also has experience with trademark and copyright law. In 2015, Bryan started his own law offices, where he provides legal services as a private practicing attorney.

View Profile   Get Proposal

2 reviews | 18 yrs experience | verified



"'I have been working with Bryan for over 4 years. He is very reliable and diligent at working through my legal concerns. I would recommen...'"

### Kristin Cass   Licensed in IL, NY

Kristin Cass has over 23 years of experience as a corporate attorney. She is licensed to practice law in Illinois and New York, and have worked with some of the top legal firms in the United States. Kristin graduated from the University Of Chicago Law School with a Juris Doctorate degree. She primarily focuses on business formations and company operations, but also has extensive experience in drafting and negotiating commercial contracts.

2 reviews | 22 yrs experience | verified



"Kristin Cass has provided ongoing legal services to Women in Focus/Chicago, a nonprofit organization. Ms. Cass provided counsel during th..."

### Cory Blitz   Licensed in NJ, NY

Cory Blitz is a corporate attorney that mainly specializes in providing legal assistance to companies in the digital, media and entertainment industries. He is exceptionally experienced in dealing with legal cases related to trademark and copyright law, as well as labor and employment law. He is licensed to practice law in New York. Between 2012 and 2016, Cory served as the senior director of business and legal affairs at Dreamworks Animation.

2 reviews | 12 yrs experience | verified



"Cory helped me with a severance agreement. Cory was very responsive given the deadlines imposed and managed his time extremely well. At t..."

### Alex Dorobantu   Licensed in SC

Alex Dorobantu is a corporate attorney with exceptional experience in dealing with legal cases related to trademark and copyright law, commercial contracts and tax law. He has been licensed to practice law in South Carolina for the past four years. Alex has a J.D. in law, which he obtained from the University of South Carolina School of Law. He also has a B.A. in Political Science. In June 2015, Alex founded his own legal firm, the Lowcountry Legacy Law Firm.

3 reviews | 5 yrs experience | verified



"Alex handled our situation very quickly. He explained each step and provided options."

### Kevin Keener   Licensed in IL, Patent Bar

Kevin Keener is an intellectual property attorney with almost a decade of experience. He is licensed to practice law in Illinois and he is also a member of the Illinois Patent Bar. Kevin holds a Juris Doctor in law, which he obtained after graduating from the Ohio State University Moritz College of Law. He specializes in commercial contracts, labor and employment law, and general IP-related matters. Keener is currently a partner attorney at Keener and Associates, P.C.

2 reviews | 10 yrs experience | verified



"'Kevin is very client centric and his value to my numerous requests were unmeasurable. He is very intelligent, personable, professional. ...'"

### Timothy Hadlock   Licensed in CA

Tim is a senior technology transactions and intellectual property attorney with over 23 years of experience. He worked as a Senior Counsel for Chevron for 18 years and a Patent Attorney for Shell for six years. He has developed an expertise in drafting and prosecuting patent applications, drafting and negotiating technology contracts, and advising on strategies.

2 reviews | 25 yrs experience | verified

"'I worked with Tim on many transactions and IP matters at Chevron. Tim is a brilliant attorney and an expert in all aspects of Intellectu...'"

### Mari Ribeiro   Licensed in FL

Mari Ribeiro is both a corporate attorney and a business woman. She specializes in providing legal services to small businesses and entrepreneurs. Mari is exceptionally experienced in dealing with commercial contracts, as well as mergers and acquisitions. She is licensed to practice law in Florida and received her legal degree from the Nova Southeastern University – Shepard Broad Law School. Since May 2016, Mari has been acting as the principal attorney at her own legal firm.

2 reviews | 6 yrs experience | verified

"The minute I talked to Attorney Ribeiro I knew we were on the same wavelength. She is extremely knowledgeable and professional, she commu..."

# EXHIBIT 4



**THE STATE BAR
OF CALIFORNIA**

OFFICE OF CHIEF TRIAL COUNSEL
INTAKE UNIT

845 SOUTH FIGUEROA STREET, LOS ANGELES, CALIFORNIA 90017-2515

TELEPHONE: (213) 765-1000
FAX: (213) 765-1168
http://www.calbar.ca.gov

September 13, 2016

**PERSONAL AND CONFIDENTIAL**

RE:    Inquiry Number:
       State Bar Initiated Inquiry

Dear                   :

The State Bar is in receipt of information raising issues regarding your conduct. We are directing this communication to you based on our information that you are not currently represented by counsel in this matter. If we are incorrect, please promptly advise the undersigned in writing so that future communications may be directed to your counsel.

The State Bar of California has received information regarding the operations of UpCounsel, Inc. Our review of the company's website shows that you have registered with UpCounsel, Inc., and currently maintain a profile on its website advertising your availability to provide legal services. We have opened this file in order to address our concern that your registration with UpCounsel, Inc., may result in a violation of the Rules of Professional Conduct. We are closing our file with the issuance of this letter to you informing you of our concern. Should we receive complaints or other information demonstrating possible misconduct, we will consider further action at that time.

It is our understanding that UpCounsel, Inc., offers an online service which allows those in need of legal assistance to connect with and possibly hire attorney(s) who have registered with the company. It is also our understanding that when a registered attorney is hired and legal services are rendered, the subsequent payment of fees by the client is processed by UpCounsel, Inc., and not the attorney. Fees owed to the attorney are transmitted via a standard cloud-based third-party service to the lawyer's account. Also, during the transmission process, a previously agreed upon processing fee (which is based on a percentage of billings) is deducted and remitted to the account of UpCounsel, Inc.

Rule 1-320 of the California Rules of Professional Conduct prohibits, with certain limited exceptions, the sharing of legal fees between a member of the State Bar of California and a non-attorney. The rule also prohibits a member from compensating a person or entity for the purpose of recommending or securing employment of the member by a client, or as a reward for having made a recommendation resulting in employment of the member.

While at this time there does not appear to be the level of conduct that would likely lead to the imposition of discipline in the State Bar Court, we are concerned that a percentage-based processing fee to be paid to UpCounsel, Inc., would constitute an improper sharing of legal fees. *(Cain v. Burns* (1955)

Inquiry
Page 2

_____

131 CA2d 439.  [Payment of a fixed percentage of legal fees received by attorney to investigator for investigative services held to be an impermissible fee-sharing].)  Specifically, the Terms of Use agreement between UpCounsel, Inc., and the registered attorney authorizes UpCounsel to charge lawyers a processing fee based on a percentage of fees charged to the clients.  Once services have been rendered and the client approves payment of legal fees to the registered attorney, UpCounsel, Inc., processes the client's payment.  At the same time, UpCounsel, Inc., is authorized to calculate its processing fee based on the total payments made by the client using UpCounsel's billing software.  This percentage-based processing fee is then deducted from the attorney's fees collected and directed to the account of UpCounsel, Inc.

We understand that business expenses, such as advertising and billing and collection services, are necessary expenses in the practice of law.  However, allowing UpCounsel, Inc., to take a percentage of the attorney's fees paid by the client as a "processing fee" does not change the fact that UpCounsel, Inc., is receiving a share of legal fees which have been earned by the attorney.  To insure that your conduct is in compliance with the ethical obligations of an attorney, please be sure that any fees/costs resulting from the services provided by UpCounsel, Inc., are not based on a percentage of your legal fees.

Likewise, the "processing fee" charged by UpCounsel, Inc., should not be a subterfuge for a referral fee.  To avoid an appearance of an improper referral fee, any fee charged by UpCounsel, Inc., should reflect the costs/expenses for services provided by the company to the attorney.

We would also like to bring the following resources to your attention in order to assist you to avoid complaints in the future:

1.  State Bar Ethics Hotline

    The Hotline provides research assistance to members facing professional responsibility and legal ethics questions.  The Hotline is available from 9:00 a.m. to 5:00 p.m. Monday through Friday, by calling 1-800-2-ETHICS or 1-800-238-4427.

2.  State Bar Act and Rules of Professional Conduct, Publication 250

    Publication 250 is a concise collection of the Rules of Professional Conduct, the California Business and Professions Code, Rules of Court, state statutes and other rules and regulations.

    Publication 250 is available from the State Bar by mailing your check for $15.00 to the State Bar of California, Professional Competence, 180 Howard Street, San Francisco, California, 94105-1639.

3.  The California Compendium of Professional Responsibility

    The Compendium is a comprehensive collection of advisory ethics opinions from the State Bar's Standing Committee on Professional Responsibility and local bar association ethics committees.  It contains a complete index to assist you in finding relevant cases, statutes, court rules and ethics opinions bearing on an issue.

Inquiry
Page 3
_____

The Compendium is also available from the State Bar by mailing your check to the State Bar of California, Professional Competence, 180 Howard Street, San Francisco, California, 94105-1639. The three-volume set is available for $157.33.  Annual updates may be obtained at a cost of $40.00.

4.   <u>State Bar Ethics School</u>

Ethics School is a six-hour course providing insight into the common issues faced by attorneys in the course of practice.  The course is approved for six hours of MCLE credit.  The cost of the course is $150.00.  Scheduling information is available by contacting Letty Ramos at (213) 765-1309.

We hope that you will find these resources helpful.

Very truly yours,

Cecilia Horton-Billard
Senior Trial Counsel

CMHB/

# EXHIBIT 5

← → ✕  🔒 Secure  https://web.archive.org/web/20080714094118/http://www.legalforce.com:80/                                    ⊕ ☆ ⬜ 

http://www.legalforce.com:80/                                                                           Go   APR  **JUL**  AUG        👤 ⓘ ✕
174 captures                                                                                            ◀  **14**  ▶                f  ✖
16 Feb 2002 - 21 Dec 2017                                                                               2007 **2008** 2010          ▼ About this capture

 **LegalForce**  Welcome! Sign in or register.

email address: [_____]
password: [_____] **GO**



## LEGAL EMPLOYER
- Hire a legal provider or firm from global talent pool.
- Search for qualified recruits for your legal project.
- Pay by the hour or by the project.

**Post a Job**  or  [Search for skills]
**GO**

## LEGAL PROVIDER
- Find Legal work all over the world.
- Earn hourly or by project. Payment Guaranteed.
- Join free. No provider fees.

▶Find a job  or  **Create Your Profile**

### Recent Posted Jobs

| Posted | Job Title | Job Type | # of Bids |
|---|---|---|---|
| 3 mins ago | large document review project involving a securities class action | Hourly (52wks) | 0 |
| 38 mins ago | Document Review Attorney Required for Contract Assignment | Hourly (12wks) | 0 |
| 45 mins ago | Asbestos Claims Analyst Consultant | Hourly (24wks) | 0 |
| 45 mins ago | Temporary Attorney - Spanish Document Review | Hourly (4wks) | 0 |
| 1 hr ago | Temporary-Tax Research and Analysis Attorney | Hourly | 0 |
| 1 hr ago | Junior Contract Attorney for Construction Litigation Practice | Hourly | 0 |
| 1 hr ago | Greek fluent contract attorneys | Hourly (4wks) | 0 |
| 1 hr ago | document review seeking securities litigation experience | Hourly | 0 |
| 1 hr ago | Temporary litigation assignment - long term | Hourly | 0 |
| 3 hrs ago | Review project requiring Greek fluency | Hourly | 0 |
| 14 hrs ago | Document Review | Hourly (12wks) | 1 |
| 2 days ago | Long Term Temp Paralegal | Hourly (24wks) | 0 |
| 2 days ago | Attorneys for Greek Document Review | Hourly | 0 |

Total 152 public job postings See Active Jobs | Post a job

### Top Providers

| Rating | Provider |
|---|---|
| ⭐ | Contract Paralegal |
| ⭐ | Law Office of Shange Petrini |
| ⭐ | Attorney |
| ⭐ | Chief Patent Illustrator |
| ⭐ | Attorney |
| ⭐ | Patent Illustrator |
| ⭐ | Attorney |
| ⭐ | Patent Illustrator |

See more providers

 ❶ **POST**  ❷ **HIRE**  ❸ **PAY**

### Get Rated!
### Build your reputation.

Sign up as a legal professional and ask previous employers to rate you.

★★★★☆

### Legal Recruiters Welcome

**Sign Up** for the LegalForce Preferred Legal Recruiter & Staffing Agency program

**Certify Free.** world class faculty
John White  Gene Quinn  Robert Barr

**Featured Legal Providers**

Waiting for web.archive.org...

← → X ▪ Secure | https://web.archive.org/web/20080820195824/http://www.legalforce.com/project/postproject.aspx

http://www.legalforce.com/project/postproject.aspx   Go   JUL **AUG** SEP

5 captures
20 Aug 2008 - 1 May 2010                                       2007 **2008** 2010   ▼ About this capture

email address:
password:   GO

Homepage | **Project Management** | My Referrals | Billing & Payments | Profile & Settings

**Get Started Now!**

LegalForce is the only online marketplace for legal employers and legal professionals.

Our unique solution lets legal employers:

- Hire the best from around the world
- Manage them as if they were in the same office
- Pay only for work performed

**Post a Job**

**Post a Profile**

**Find a Job**

**Find Professionals**

**Video Tour**

## Post Your Job   Posting, interviewing and hiring is free. Pay only for hours worked.

\* Which group of legal providers do you want to make this job available to?   **Continue >>**

☐ **United States**
☐ San Francisco bay area ☐ DC metro area
☐ New York City metro area ☐ Los Angeles metro area
☐ Chicago area ☐ Boston area
☐ Alabama ☐ Arizona
☐ Atlanta ☐ Baltimore
☐ Charleston ☐ Charlotte
☐ Connecticut ☐ Dallas
☐ Delaware ☐ Denver
☐ Houston ☐ Illinois
☐ Indiana ☐ Jacksonville
☐ Kansas City ☐ Louisiana
☐ Miami ☐ Michigan
☐ Milwaukee ☐ Missouri
☐ Nevada ☐ New Jersey
☐ New Mexico ☐ North Carolina
☐ Ohio ☐ Orlando
☐ Philadelphia ☐ Pittsburg
☐ Portland ☐ Raleigh
☐ Richmond ☐ San Diego
☐ Seattle ☐ South Carolina
☐ Tallahassee ☐ Tampa
☐ Tennessee ☐ Utah
☐ Wisconsin ☐ Other

☐ **Legal Process Outsourcing Countries**
☐ India ☐ Philippines
☐ China ☐ Other

☐ **Other Countries/Regions**
☐ United Kingdom ☐ Japan
☐ China ☐ India
☐ Germany ☐ Europe
☐ Canada ☐ South Africa
☐ Middle East ☐ Australia
☐ Africa ☐ Korea
☐ Brazil ☐ Asia
☐ South America ☐ Other

☐ **Foreign Language Skills**
☐ Japanese ☐ Korean
☐ Chinese ☐ German
☐ French ☐ Russian
☐ Spanish ☐ Swedish
☐ Finnish ☐ Italian
☐ Norwegian ☐ Arabic
☐ Bulgarian ☐ Greek
☐ Hebrew ☐ Hindi
☐ Maltese ☐ Portuguese
☐ Punjabi ☐ Romanian
☐ Urdu ☐ Other

**Continue >>**

C   🔒 Secure | https://web.archive.org/web/20080820195856/http://www.legalforce.com/about/overview.aspx   Q ☆

http://www.legalforce.com/about/overview.aspx   Go   JUL AUG OCT

24 captures
1 Aug 2008 - 3 Jan 2012                                                          ◄ 20 ►        About this capture
                                                          2007 2008 2010



Homepage | Project Management | My Referrals | Billing & Payments | Profile & Settings

### About Us

**Overview**

**Our Team**

**Careers at LegalForce**

**Contact & Directions**

### LegalForce

**LegalForce Legal**

**Help / FAQ**

**Get Started**

**In the News**

## The Global Legal Staffing Marketplace

LegalForce is a global legal staffing marketplace. We provide a unique platform for legal employers, contract attorneys, and legal service organizations to post jobs, earn money, and build their reputation through ratings and reviews.

We serve as a full service staffing company and specialize in staffing large scale document review projects end to end.

We also provide a platform and large global network of legal providers for employers to post jobs for free, hire, manage, and pay legal providers no matter where they are.

## The LegalForce Mission

- Provide the highest quality of full service staffing solutions for temporary projects
- Build the world's best network of legal professionals through screening, testing, and feedback
- Offer a platform that lets legal employers successfully hire, manage, and pay legal professionals locally and from around the world

## The Legal Employer Challenge

We've worked with hundreds of legal employers seeking to tap the global labor market, and we have found that they face three key challenges:

- How to staff large projects quickly with candidates that not only fit objective qualifications, but also the culture and personality of the organization?
- How to choose the right legal professional, with so many self-proclaimed experts around the world?
- How to manage and pay a remote team, around barriers such as timezone and culture?

## The Legal Professional Challenge

We have built a network of contract legal professionals and organizations from around the world. We have learned that, despite a multitude of contract opportunities, most top legal professionals want more than just typical temporary employment. But legal professionals face several key challenges:

- How to find qualified legal employers with interesting work opportunities?
- How to stay updated on current legal issues and educational requirements?
- How to locate temporary employment opportunities in one convenient location?

## The LegalForce Solution

Whether you select LegalForce for its full service solution, or want to manage the process yourself, LegalForce is as simple as Hire-Manage-Pay.

**Hire:** the LegalForce Marketplace lets legal employers search, interview and hire legal professionals locally and from across the globe. Legal professionals can also apply to job openings posted by legal employers and find exciting employment opportunities.

**Manage:** the LegalForce Workplace lets legal employers assign tasks, track progress, manage work product, and collaborate. Legal professionals login to work each day at the LegalForce Workplace.

**Pay:** LegalForce's payment system charges legal employers each week for hours worked, and generates detailed time logs to give literal visibility into the underlying work activity of legal professional.



My LegalForce    New User? Sign Up  |  Sign In  |  Help

## LegalForce

Best Lawyers  |   Forums  |   Law Schools  |   Legal Jobs  |

ask.  ?          ☺          discover.  T

**Search for Legal Questions:** [          ]  Search       **Advanced Search  |  MY PROFILE**

## Get Started

**Sign up as:**

**Legal Employer**

○ Legal Employer – recruiters, staffing agencies, law firms, corporate legal departments, solo practitioners

**Legal Provider**

◉ Legal Professional – individual attorneys, paralegals, legal support professionals, law students

○ Organization – legal process outsourcing companies

**Posting, interviewing and hiring is free. Pay only for hours worked.**
To continue a previous application, click here

* First Name: [          ]
* Last Name: [          ]
* Email: [          ]
   *Please enter a correct email address. It will be used as login*
* Re-type Email: [          ]
* Screen Name: [          ]
   *Screen Name is used when you choose to hide your real name.*
* Password: [          ]
   *Prefer 8 or more characters*
* Re-type Password: [          ]
* Enter the code shown below: [          ]

PXuH          Can not read it?
              Click here to refresh

* *indicates required fields*

Continue >>

Homepage | About | LegalForce Legal | Terms & Conditions | Privacy Policy | Getting Started | Find Lawyers | Free Legal Advice | Find Providers | Find Jobs | Help/FAQ | Related Info
01-08-2010

https://web.archive.org/web/20080803085553/http://www.legalforce.com:80/about/ourteam.aspx

http://www.legalforce.com:80/about/ourteam.aspx    Go    JUL AUG NOV

INTERNET ARCHIVE
WayBackMachine
3 captures
22 Jul 2008 - 20 Nov 2008

◀ 03 ▶
2007 2008 2009

About this capture

email address:
password:                GO

| Homepage | How LegalForce Works | LegalEmployer | Legal Professional | Presentation |     Search for skills     Submit

### About Us

**Overview**

**Our Team**

**Careers at LegalForce**

**Contact & Directions**

### LegalForce

**LegalForce Legal**

**Help / FAQ**

**Get Started**

**In the News**

**Our Team**

Management

## Management

LegalForce is started by leading Silicon Valley attorneys, law professors, and venture capitalists.

**Raj Abhyanker**, Raj is a co-founder and interim CEO of LegalForce and is a California registered attorney. Raj was the Director of Supply Chain for Juniper Networks from 2000-2002, where he managed global manufacturing and supply chain Operations. Raj is also a co-founder of numerous startups during his career, including AOLClassifieds.com (acquired by AOL in 1995), MacInsider.com (large Macintosh news site in mid 1990s), Clay Pixel Studios (3D animation studio), and CenterD (formerly Fatdoor, raised approximately $7M in funding in 2007). He is also a founder and partner of Raj Abhyanker LLP, a patent law firm having an office in Mountain View and in Bangalore India. Raj holds BS Electrical Engineering, MBA, and Juris Doctorate degrees from Arizona State University. In addition, Raj is a graduate student in the MS Electrical Engineering department at Stanford University in Palo Alto, California. He is a member of the State Bar of California, State Bar of Minnesota, and the United States Patent Bar.

**Dongxia Liu**, Dongxia is a co-founder and CTO of LegalForce. Prior to starting LegalForce, Dongxia was the VP of Engineering and Lead Developer of Imagekind, a venture backed company in Seattle. At Imagekind, Dongxia managed engineering operations of the site's development including front end, middle tier, and back-end development functions. Dongxia has experience leading scalable n-tier web sites development, and led Imagekind's integration with Snapfish, Flickr, Walgreens, and other leading partners. Prior to Imagekind, Dongxia was a Senior Software Engineer of a world-wide leading fitness equipment company. She is an expert web developer/engineer, and holds a Master degree in Information Systems with High Honors.

**Paul Simonoff**, Paul is the Vice President of Operations of LegalForce and is a California registered attorney. Paul is a former associate and former Director of Discovery Services at a leading Silicon Valley Intellectual Property firm representing large high-technology clients in high-profile litigation matters. Paul managed the firm's discovery department and hired, managed, and oversaw discovery teams in the preservation, collection, review, and production of documents. Paul developed and implemented training material and standard operating procedures for large scale document review projects. He has extensive experience designing and implementing litigation response plans, discovery plans, and discovery budgets for attorneys, paralegals, and clients. Prior to this, Paul was a contract attorney and consultant working for several Bay Area law firms assisting them in discovery matters and trial preparation. Earlier in his career, Paul worked at Hewlett Packard Company in Mountain View, California as a Licensing & Contracts attorney. He holds a Bachelor of Science in Accounting from Santa Clara University, and a Juris Doctorate from Creighton University School of Law (top 20%). He is a member of the State Bar of California.

## Board of Advisors

**Robert Barr** , Law Professor, U.C. Berkeley Boalt College of Law

**John White** , Law Professor, PLI Patent Bar Review

**Lance Tokuda** , CEO of Rockyou!

**Gene Quinn** , Law Professor & Patent Attorney

**Jeff Drazan** , Venture Capitalist, Bertram Capital

https://web.archive.org/web/20080731142158/http://www.legalforce.com:80/getstarted.aspx

Case 4:18-cv-02573-YGR Document 45-1 Filed 09/11/18 Page 36 of 706

http://www.legalforce.com:80/getstarted.aspx Go JUN JUL SEP

20 captures
8 Jul 2008 - 3 Mar 2012

2007 **2008** 2009

About this capture

email address:
password: GO

Homepage · **How LegalForce Works** · Legal Employer · Legal Professional · Organization

Search: Search for skills    Submit

### Get Started Now!

LegalForce is the only online marketplace for legal employers and legal professionals.

Our unique solution lets legal employers:

- Hire the best from around the world
- Manage them as if they were in the same office
- Pay only for work performed

**Post a Job**

**Post a Profile**

**Find a Job**

**Find Professionals**

**Video Tour**

## Welcome to LegalForce!

**LegalForce is a marketplace for Legal Employers and Legal Professionals.**

- If you are a Legal Employer click here.

How legal employers save money hiring contract attorneys

Click to enable Adobe Flash Player

- If you are a Legal Professional or Organization click here.

How you can make more money as a contract attorney or LPO

Click to enable Adobe Flash Player



Homepage | About | LegalForce Legal | Getting Started | My LegalForce | Find Providers | Find Jobs | Help/FAQ | Take a Quiz | Blog

http://www.legalforce.com:80/default.aspx | Go | JUL SEP OCT

Case 4:18-cv-02573-YGR Document 45-1 Filed 09/11/18 Page 13 of 706

36 captures
6 Jul 2008 – 14 Mar 2016

2007 **2008** 2010

About this capture

# LF LegalForce

 

Sign In | Register | Help

## Over 37,137 legal professionals use LegalForce to exchange information, ideas and opportunities

Stay informed about your legal contacts and profession.

Build your professional legal reputation online.

Apply, work and earn money for legal services.

### Join LegalForce Today!

First Name:

Last Name:

Email:

**Search Now >>**

Already on LegalForce? **Sign In.**

## Outstanding Attorneys     Vote >>

**Cesar L. Alvarez**
*Greenberg Traurig LLP*

Current Voting:
(614 YES), (3 NO)
Practice Area: Corporate Law
read more here >>

**J. Warren Gorrell, Jr.**
*Hogan & Hartson LLP*

Current Voting:
(427 YES), (1 NO)
Practice Area: Corporate Law
read more here >>



## Legal Professionals     Search >>

**Requel Gibson**
*Litigation & Corporate At...*

★★★★★
Primary Role: Attorney
read more here >>

**Curtis Smith**
*Mr.*

★★★★★
Primary Role: Attorney
read more here >>



### Recent Jobs     Show All

| Job Title | Type |
|---|---|
| Legal Advice Line - Bilingual Advocate or Attorney | Permanent |
| Legal Assistant | Permanent |
| Corporate/Real Estate Paralegal | Permanent |
| Legal Assistant/Paralegal | Permanent |
| Legal Secretary | Permanent |
| Trademark Paralegal | Permanent |
| Legal Secretary | Permanent |
| Estate Planning Paralegal | Permanent |
| ISDA/Prime Brokerage | Permanent |
| Litigation Paralegal | Permanent |

Total 947 public job postings See Active Jobs

Post a Job
for FREE

## Law School Reviews     Review >>

**Harvard Law School**
*1563 Massachusetts Avenue, Cambridge, MA 02138*

★★★★★
While Yale Law has been secure in its place at the top of law school rankings, Harvard Law School remains the pinnacle for most people outside the legal profession. read more >>

**Yale Law School**
*127 Wall Street, New Haven, CT 06511*

★★★★★
Since US News began ranking schools, Yale Law School has always held the #1 position, and for good reason: it is unanimously considered one of the preeminent centers of legal studies in the world. read more >>



### Recent Law Firm Reviews     Show all...



# EXHIBIT 6

---------- Forwarded message ----------
From: Kevin Compton  <KCompton@radarpartners.com>
Date: Thu, Jun 12, 2008 at 11:02 PM
Subject: RE: Keeping $500K in LegalForce
To: "Raj V. Abhyanker" <raj@rajpatent.com>
Cc: Jeff Drazan <jeff@bertramcapital.com>

Very clear.  Thanks!

---

From: Raj V. Abhyanker [mailto:raj@rajpatent.com]
Sent: Thursday, June 12, 2008 5:09 PM
To: Kevin Compton
Cc: Jeff Drazan

Subject:  Keeping $500K in LegalForce

Kevin, see below and attached.   Let me know if you have any questions.  Raj  650-398-3126 cell

---------- Forwarded message ----------
From: Raj V. Abhyanker <raj@rajpatent.com>
Date: Thu, Jun 12, 2008 at 5:06 PM
Subject: Keeping $500K in LegalForce
To: Jeff Drazan <jeff@bertramcapital.com>
Cc: Dongxia Liu <dongxia@legalforce.com>

Jeff,

Good speaking with you today.   Per our discussion, here is an equity proposal to keep $500K in LegalForce, Inc. (now being renamed to The Force Network, Inc.).   I conferred with Dongxia and she is fine with the plan below  :

1.  Old LegalForce debt. The Old LegalForce site related debt (see attached) of $173,353.73.  Raj Abhyanker LLP (RALLP) buy out all outstanding debt to third parties (e.g., Warren Myer, Peter Lang, Lovina Worick, Dan Hansen) per the attached schedule.   As a result, all the $173,353.73 debt will be to Raj Abhyanker LLP.  This Old LegalForce site related debt of $173,353.73 converts to common stock in LegalForce, Inc. owned by RALLP.

2.  New LegalForce debt.  The New LegalForce site related debt (see attached) of $98,583.00 between November 1, 2008 and June 30, 2008 to RALLP (payments to Dongxia, site development, etc.) converts to Series A preferred stock (formerly deferred until next round).   RALLP transfers all technology and IP in full to LegalForce, Inc.  To make things easier, I included debt through June 2008 instead of just through May 15, 2008 as previously presented.  That way, the company will have no debt as of July 1, 2008.

3. New investment from Bertram (and optionally co-investor).   Bertram Ventures (and optionally co-investor) invests $500,000 for 33% of LegalForce pre-money in the form of Series A preferred stock.

4.  Working capital $500K as of July 1, 2008.  Working capital in LegalForce as of July 1, 2008 = $500,000 with NO debts outstanding, all IP assigned to new entity.

6.  Raj & Dongxia's common.   As previously outlined by you, half of Raj & Dongxia's current common shares vested.   Other half split between Dongxia and myself subject to repurchase right expiring over 4 years.

7.  Operate in phase with no rent, no Raj salary.   LegalForce continues to operate inside my law office in this round with no rent.  I continue to draw $1/year salary after $500K funding.   I am open with the company moving to different offices when it makes sense and/or the company hiring a full-time CEO.  If that happens, I would like to continue vesting my shares and remain on the Board.

Attached are summaries of the Old LegalForce debt and the New LegalForce debt through June 30. 30, 2008.   Does this work?

Raj

--

Raj Abhyanker

Patent Attorney

Raj Abhyanker LLP

Patent Protection for Global Innovation

1580 W. El Camino Real Suite 8

Mountain View, CA 94040

650-965-8731 (office)

www.rajpatent.com

About RALLP - Raj Abhyanker, LLP is a leading U.S. intellectual property law firm, providing high-quality patent and trademark preparation and prosecution services to multinational and venture backed clients.

This electronic transmission contains information which is confidential and/or privileged. The information is intended for use only by the individual or entity named above. If you are not the intended recipient (or the employee or agent responsible for delivering this information to the intended recipient), you are hereby notified that any use, dissemination, distribution, or copying of this communication is prohibited. If you have received this information in error, please notify me at 650-965-8731 or by electronic mail and delete all copies of the transmission. Thank you.

# EXHIBIT 7

---------- Forwarded message ----------
From: Raj V. Abhyanker <raj@rajpatent.com>
Date: Tue, Jun 17, 2008 at 4:08 PM
Subject: Re: Keeping $500K in LegalForce
To: Kevin Compton <KCompton@radarpartners.com>
Cc: Jeff Drazan <jeff@bertramcapital.com>


Hi Kevin,

Thanks for the update.  It's great to hear that you have spoken to a variety of people to get their perspectives.   I think you have a lot of good insight.   The quality control issue is certainly one that we are focused on.

I think it would be great for you to also speak with a Hiring Manager for Document Review and eDiscovery projects at a firm like Fenwick & West.   Such individuals hire, manage, and pay outside contract legal support today (e.g., predominantly use temp agencies and Craigslist).   In fact, one paralegal and one contract attorney currently at Fenwick & West has offered to do usability testing for our site.

I am meeting with Jeff on Monday to go over his preference for final terms of the agreement.

Kind regards,

Raj



On Tue, Jun 17, 2008 at 1:35 PM, Kevin Compton <KCompton@radarpartners.com> wrote:

I thought I would give you two a very high level update of where we are and when we will finish our process.


-     I have talked to a couple of IP attorneys.  They agree with the premise but worry about the quality control issues and even some state-by-state licensing issues for this kind of work.  I am still digging.

-     I spoke at a VERY high level (no names, slides or details) with Fabio Rozatti, CEO of eLance.  Since we are investors there through KP he would rather we not do this, but he is not throwing a road block in the way.  He was VERY cautious about adoption rates and how fast firms will sign up.  He also offered the eLance platform if interested.

-     I am having breakfast with Gordy Davidson of Fenwick & West tomorrow to discuss this.  Again, no names or details just his view of the opportunity.

-     I have one other person to check with when I am able to make contact through my partner Doug Mackenzie.  I hope to do that tomorrow and finalize this on Thursday.


Do we have final terms for the investment?

# EXHIBIT 8

---------- Forwarded message ----------
From: Jeff Drazan <jeff@bertramcapital.com>
Date: Tue, Jun 24, 2008 at 9:28 AM
Subject: RE: Follow up, LegalForce - market size, need funding decision
To: "Raj V. Abhyanker" <raj@rajpatent.com>, Kevin Compton <KCompton@radarpartners.com>


Raj –


During our meeting yesterday you mentioned that you were prepared to move forward without our funding.


During this diligence process, I have developed reservations about the traction that can be achieved and whether $500k is enough money to get to the next value inflection point no less profitability.


You can speak with Kevin individually, but my position is that I would like to wait until you get some early traction in the system. Perhaps 3-6 months of operating the site will get me over that reservation as you prove out your model at the early stages.


Thank you for bringing this to me to consider.


Jeff


_____


Jeffrey Drazan


Managing Director | Bertram Capital | jeff@bertramcapital.com

800 Concar, San Mateo, CA 94402

650.358.5000 | F 650.358.5001

EA: Stephanie Perecko 650.358.5015 | sperecko@bertramcapital.com

---

From: Raj V. Abhyanker [mailto:raj@rajpatent.com]
Sent: Tuesday, June 24, 2008 9:14 AM
To: Jeff Drazan; Kevin Compton

Subject:  Follow up, LegalForce - market size, need funding decision


Kevin and Jeff,

# EXHIBIT 9

# Enterprise Partner (Account Executive)

About    Careers    Press    Our Partners    Contact Us    Blog

We are looking for a master relationship builder and sales sniper to own our Enterprise product for General and Corporate Counsel, and CFOs. You must be passionate about changing the legal industry while having the skills to close substantial deals. You'll work directly with the CEO and CTO to continue to build out the Enterprise product line while building a large book of business in key markets. We need a self-sufficient entrepreneur at heart with a talent for selling the vision.

Is that you? If so, at UpCounsel, you will:

- Close 3-4 deals each month representing $50k+ annually
- Develop and manage your own pipeline of high profile corporate counsel prospects
- Work with our inbound marketing team to refine our message and customer profiles
- Achieve and consistently exceed monthly sales goals
- Be a strong team player and act as an owner of the business

As an ideal candidate:

- Have a strong network in the legal industry
- You will have 3-4 years of account executive experience
- You will understand using Salesforce, ToutApp and other modern sales tools
- You will be extremely confident and outgoing
- You will be obsessed with winning and closing deals.
- You will love experimenting and finding better/faster ways to do things.
- You will be able to track everything you do.

# EXHIBIT 10

  

Enterprise    Resources     **POST A JOB**

# Business Development Partner

About    Careers    Press    Our Partners    Contact Us    Blog

UpCounsel's Enterprise product is growing fast and the sales team is following suit. We're looking for hunters to join a high energy team and to push the envelope of the legal industry. We are looking for that person who can connect with anyone, with the right mix of persistence and charm We are looking for a hunter and a relationship builder. You must be comfortable on day one to do whatever it takes to get connected to and develop relationships with major players within a company, namely CFOs and General Counsel. You must be passionate about disrupting the legal industry for the better. You'll work directly with the CEO and sales team to continue to build out the Enterprise product line. We need a self-sufficient entrepreneur at heart with a talent for selling the vision. You should be excited about long-term growth within UpCounsel.

At UpCounsel, you will:

  Quarterback your own pipeline of inbound and outbound lead development which includes making 40 - 50 calls per day.

  Generate 40 - 60 demos per month for our Enterprise product with CFOs and General Counsel

  Attend and participate in marketing events to directly generate demos

  Work with our inbound marketing team to refine our message and customer profiles

  Use Salesforce to ensure meticulous record keeping

  Collaborate with co-workers to develop better process and hunting techniques

  Follow-Up, Follow-Up, Follow-Up

As an ideal candidate:

  You will have a legal background or have worked in the professional services industry (accounting, consulting, etc).

  You will have communication skills (speaking and writing) that rival Tony Robbins

  You will be extremely organized

  You will be Bear Grylls self-sufficient

  You will be extremely confident and outgoing

  You will be obsessed with winning

  You will love experimenting, solving problems, and finding better/faster ways to do things.

  You will be able to track everything you do

# EXHIBIT 11

UpCounsel, Inc. Terms of Use
Effective as of November 5, 2016

**Terms of Use Summary**

For your convenience, UpCounsel offers this summary of our Terms of Use in a non-binding summary format as well as the full legally-binding Terms of Use immediately following this Terms of Use Summary. Please understand that this is not a complete outline of the UpCounsel Terms of Use; it is a preview of significant user rights and responsibilities. Please read the entire Terms of Use document carefully.  In addition, please note that by accessing or using any part of this UpCounsel website, you agree to become bound by our complete Terms of Use set out immediately after the Terms of Use Summary.  If you do not agree to all the terms and conditions of our complete Terms of Use, then you may not access the UpCounsel website or use any of our services.

•       UpCounsel provides a platform for collaboration and communication between legal professionals ("Consultant Users") and Users seeking legal assistance.("Legal Clients"). UpCounsel is not a law firm, attorney referral service or employment agency, and does not guarantee results. Please use UpCounsel responsibly and please read more about our service in Section 2 below.

•       You are responsible for the security of your account, and for all activities that take place under your account. Please read more about user responsibilities in Section 3 below.

•       Certain conduct, such as use of the service for illegal activity, is not permitted on UpCounsel. Please read more about user conduct in Section 4 below.

•       Certain content, such as threatening posts or content that violates another party's intellectual property rights, is not permitted on UpCounsel. UpCounsel has the right to remove User-Generated Content that violates our policies. Please read more about User-Generated Content in Section 5 below.

•       Certain special terms govern UpCounsel's Consultant Users. For instance:
   • Consultant Users are not the employees or agents of UpCounsel.
   • No attorney-client relationship is formed with UpCounsel, and no duty of confidentiality arises, through use of the UpCounsel Website, including posting of jobs.
   • An attorney-client relationship may be formed through use of the service between Legal Clients and Consultant Users.
   • Consultant Users are solely responsible for ensuring that any information, solicitations, or advertisements they post on the UpCounsel website comply with all applicable laws and rules of professional conduct.
   • UpCounsel does not make any kind of guarantee as to the legal ability, competence, or quality of the Consultant Users who may be listed on our Website

•       Consultant Users are free to create and maintain a profile on UpCounsel's website. While UpCounsel makes commercially reasonable efforts to confirm a Consultant User's

license to practice law, UpCounsel makes no representations about a Consultant User's background or qualifications.

•       A Consultant User may become a "Verified Consultant User" by providing UpCounsel with additional verification that he or she is an active, licensed attorney and in good standing to practice law. Verified Consultant Users may also pay a fee for access to additional UpCounsel services and practice management tools. UpCounsel does not endorse or recommend Consultant Users and it is the responsibility of the Legal Client to take precautions before hiring a Consultant User for legal work.

•       There is no cost for Legal Clients to post a job request on UpCounsel or use any of UpCounsel's online tools or documents. A service or processing fee (e.g. credit card fee) may apply on invoices paid through UpCounsel.

 Please read more about Consultant Users in Section 6 below.

•       UpCounsel complies with the Digital Millennium Copyright Act's safe harbor provisions. If you believe that materials located on or linked to by UpCounsel violates your copyright, you are encouraged to notify UpCounsel in accordance with UpCounsel's Digital Millennium Copyright Act Policy. Please read more about UpCounsel's DMCA Policy in Section 8 below.

•       UpCounsel may send you email as part of its service. You may opt out of email communications. Please read more about email communications in Section 10 below.

•       UpCounsel may modify these terms at any time. However, UpCounsel will notify you of material changes to the terms by posting a notice on its homepage and/or sending an email to the email address you provided to UpCounsel upon registration. Please read more about modification of these terms of use in Section 17 below.

•       Please see UpCounsel's Privacy Policy for more information about user rights on UpCounsel.

Please see the full Terms for more information.

Thank you for choosing UpCounsel as the platform for your legal experience. The following Terms of Use govern all use of the Service via the Website located at https://www.upcounsel.com and all content, services, and products available at or through the Website. We understand that reading Terms of Use agreements is a chore but please read this agreement carefully before using the UpCounsel Website. It discusses the nature of UpCounsel's service; the rules UpCounsel expects users to follow on our Website and its service; the relationship between UpCounsel, our users, and our consultant users; and the legal details that control these rules and relationships. Because it is such an important contract between us and you, our users, we have tried to make it as clear and user-friendly as possible.

By accessing or using any part of the Website, you agree to become bound by the terms and conditions of this agreement. If you do not agree to all the terms and conditions of this agreement, then you may not access the Website or use any of our services. The Website is available only to individuals who are at least 18 years old.

_____

UpCounsel Terms of Use

**Definitions.** The following terms are used throughout these Terms of Use and have specific meanings. You should know what each of the terms means.

a. The term "Service" refers to the services provided by UpCounsel, including without limitation access to UpCounsel's online community; communication tools; document management and storage solutions; and payment services. UpCounsel does not provide an attorney referral service or serve as an employment agency. We provide a venue for our Users to meet and exchange information with our Consultant Users.

b. The term "Agreement" (which may also be referenced herein as these "Terms of Use") refers, collectively, to all the terms, conditions, and notices contained or referenced in this document.

c. The "Website" refers to UpCounsel's website located at https://www.upcounsel.com, all subpages and subdomains, and all content, services, and products available at or through the Website.

d. "UpCounsel," "We," and "Us" refer to UpCounsel, Inc., as well as our affiliates, directors, subsidiaries, officers, and employees. Consultant Users are not part of UpCounsel.

e. "The User," "You" and "Your" refer to the person, company, or organization that has visited or is using the Website and/or the Service. A User may be a Legal Client, a Consultant User, both, or neither.

f. "Consultant Users" refer to registered consultant users in the legal field who may communicate with and provide contracting or consulting work to Legal Clients or fellow Consultant Users via the Service. Consultant Users are not the employees or agents of UpCounsel. Please see Section 6 of this Agreement for more information about Consultant Users.

g. "Legal Clients" refer to 1) Users who submit requests for proposals from Consultant Users for providing legal services for a fee ("Jobs"); and 2) Users who contract with Consultant Users for additional work, which, for purposes of Section 7 below, may include permanent employment, beyond the initial Job which established the Consultant User-Legal Client relationship. Consultant Users may submit proposals ("Bids") for such Jobs and may also establish terms of the relationship with the Legal Client via a signed engagement letter or other written agreement. Please see Section 6(b) for more information about Jobs, Bids, and Legal Clients

h. "Content" refers to content featured or displayed through the Website, including without limitation text, documents, information, data, articles, opinions, images, photographs, graphics, software, applications, video recordings, audio recordings, sounds, designs, features, and other materials that are available on the Website. Content includes, without limitation, User-Generated Content, which may be submitted by any UpCounsel User (Legal Client or Consultant User).

## 2. **About the UpCounsel Service**.

The UpCounsel Service is a platform for collaboration and communication between legal professionals and those seeking legal assistance. The UpCounsel Service provides access to UpCounsel's virtual community of professional Consultant Users; easy collaboration through UpCounsel's communication management tools; document management and storage; and simple, secure payment and invoicing tools.

a. UpCounsel Is Not A Law Firm. UpCounsel does not offer legal representation. UpCounsel does not offer any legal advice, legal opinions, recommendations, referrals, or counseling. Consultant Users are not the employees or agents of UpCounsel. UpCounsel is not involved in agreements between Users or in the representation of Users. At no point may UpCounsel be held liable for the actions or omissions of any Consultant User performing consulting services for you.

b. UpCounsel Is Not An Attorney Referral Service or Employment Agency. UpCounsel is not an attorney referral service or employment agency. UpCounsel does not select or endorse any individual Consultant User to service a Legal Client. While UpCounsel uses commercially reasonable efforts to confirm that registered Consultant Users are licensed attorneys, we do not make any warranty, guarantee, or representation as to the legal ability, competence, quality, or qualifications of any Consultant User. UpCounsel does not warrant or guarantee that Consultant Users are covered by professional liability insurance. UpCounsel encourages Legal Clients to research any Consultant User before accepting professional advice.

c. UpCounsel does not vouch for any of its Users. UpCounsel simply provides a platform on which those seeking legal assistance may communicate and transact with legal professionals. UpCounsel does not endorse any of its Consultant Users and does not sanction statements that Consultant Users make on the platform. UpCounsel makes no representation concerning the qualifications of non-attorney legal service providers.

d. UpCounsel Does Not Guarantee Results. From time to time, Legal Clients may submit reviews of Consultant Users; these reviews do not constitute a guarantee, warranty, or prediction regarding the outcome of any future legal matter. UpCounsel will have no responsibility or liability of any kind for any User-Generated Content or legal advice you encounter on or through the Website, and any use or reliance on User-Generated Content or legal advice is solely at your own risk.

e. Use of UpCounsel Does Not Create An Attorney-Client Relationship With UpCounsel. UpCounsel does not offer legal advice or services. Any use of the UpCounsel Service is not intended to, and does not, create an attorney-client relationship. Any communication via UpCounsel may not be held confidential. UpCounsel is not liable for the actions or omissions of any Consultant User performing consulting services for you.

3. **User Responsibilities.** You, and you alone, are responsible for your account and anything that happens while you are signed in to or using your account. Your security is your responsibility.

a. User Account Security. If you sign up for the Service, you will create a personalized account which includes a unique username and a password to access the Service and to receive messages from UpCounsel. You are responsible for maintaining the security of your account, and you are fully responsible for all activities that occur under the account and any other actions taken in connection with the account. You agree to notify UpCounsel immediately of any unauthorized use of account, or any other breaches of security. We will

not be responsible for any liabilities, losses, or damages arising out of the unauthorized use of your computer, mobile device, or other computing device and/or account.'

b. Relationship with Consultant Users. Because we cannot guarantee the fitness of any of our Consultant Users for your specific needs, we encourage Legal Clients to research any Consultant User before accepting professional advice. Legal Clients may also request a written legal engagement agreement specifying the terms, scope, limitations, and conditions of the representation.

c. No Reliance on User-Generated Content. User-Generated Content posted on the Website, such as blog posts, is provided for informational purposes only, with no assurance that the User-Generated Content is true, correct, or accurate. User-Generated Content is not a substitute for professional legal advice or a solicitation to offer legal advice regarding specific facts. You should not delay or forego seeking legal advice or disregard professional legal advice based on User-Generated Content. Delay in seeking such legal advice could result in waiver of any claims you may have, depending on the applicable statute(s) of limitation. User-Generated Content is not regulated by any state or national bar association.

d. Compliance with Laws. You represent and warrant that: (i) you have the authority to, and are of legal age in your jurisdiction to, bind yourself to this Agreement; (ii) your use of the Service will be solely for purposes that are permitted by this Agreement; (iii) your use of the Service will not infringe or misappropriate the intellectual property rights of any third party; and (iv) your use of the Service will comply with all local, state and federal laws, rules, and regulations, and with all other UpCounsel policies.

4. **Use and Conduct Restrictions.** You are allowed to use the service as long as you follow a few basic rules. The following Use Restrictions and Conduct Restrictions are the basic rules we expect users to follow while using the Service. We are not responsible for the content our users post, and we have the right to close accounts if we need to.

a.     Prohibited Content. You agree that you will not under any circumstances transmit any Content (including software, text, images, or other information) that

  i. is unlawful or promotes unlawful activity

  ii. defames, harasses, abuses, threatens, or incites violence towards any individual or group

  iii. is pornographic, discriminatory, or otherwise victimizes or intimidates an individual or group on the basis of religion, gender, sexual orientation, race, ethnicity, age, or disability

  iv. is spam, is machine- or randomly-generated, constitutes unauthorized or unsolicited advertising, chain letters, any other form of unauthorized solicitation, or any form of lottery or gambling;

  v. contains or installs any viruses, worms, malware, Trojan horses, or other content that is designed or intended to disrupt, damage, or limit the functioning of any software, hardware, or telecommunications equipment or to damage or obtain unauthorized access to any data or other information of any third party;

  vi. infringes on any proprietary right of any party, including patent, trademark, trade secret, copyright, right of publicity, or other rights

  vii. impersonates any person or entity, including any of our employees or representatives; or

  viii. violates the privacy of any third party.

b.      Users Must Be Over Age 18. You represent that you are over the age of 18. UpCounsel does not target our Content to children or teenagers under 18, and we do not permit any Users under 18 on our Service. If we learn of any User under the age of 18, we will terminate that User's account immediately.

c.      No Liability for User Interactions; UpCounsel May Monitor Interactions. Any liability, loss or damage that occurs as a result of any User interactions, including, without limitation, Job Postings, that you input or receive through your use of the Service is solely your responsibility. At our discretion, we, or technology we employ, may monitor and/or record your general interactions with the Service, though not the specifics of your legal interactions.

d.      Right to Terminate Accounts. We have the right (though not the obligation) to, in our sole discretion, determine whether or not any User conduct is appropriate and complies with these Terms of Use, or terminate or deny access to and use of the Service to any User for any reason, with or without prior notice.

5.      **User-Generated Content.** You own your content, but you allow us certain rights to it, so that we can display and share the content you post. We have the right to remove content if we need to.

a.      Responsibility for User-Generated Content. You may create content, written or otherwise, while using the Service ("User-Generated Content"). You are solely responsible for the content of, and any harm resulting from, any User-Generated Content that you post, upload, link to or otherwise make available via the Service, regardless of the form of that content. Any liability, loss or damage that occurs as a result of the use of any User-Generated Content that you make available or access through your use of the Service is solely your responsibility. We are not responsible for any public display or misuse of your User-Generated Content.

b.      Right to Post. You represent and warrant that you have the right to post all User-Generated Content you submit. Specifically, you warrant that you have fully complied with any third party licenses relating to User-Generated Content, and have taken all steps necessary to pass through to end users any required terms.

c.      UpCounsel May Modify or Remove Content. We have the right (though not the obligation) to, in our sole discretion, determine whether or not any User-Generated Content appropriate and complies with these Terms of Use, or refuse or remove any User-Generated Content that, in our reasonable opinion, violates any UpCounsel policy or is in any way harmful, inappropriate, or objectionable. UpCounsel further reserves the right to make formatting and edits and change the manner any User-Generated Content is displayed on the Website.

d.      Ownership of User-Generated Content. Except for Content that originates from UpCounsel, we do not claim ownership of any Content that is transmitted, stored, or processed in your account. You retain all ownership of, control of, and responsibility for User-Generated Content you post. You may control access to your User-Generated Content through settings in your user account.

e.      License Grant. Solely to allow UpCounsel to use Content you upload to the Service reasonably without violating any rights you have in it, you grant us the following rights: by posting any Content via the Website, you expressly grant UpCounsel and our successors a worldwide, sublicenseable, fully-paid and royalty-free, and non-exclusive license to use, reproduce, display, modify, adapt, distribute, and perform the Content in connection with UpCounsel's business purpose. This license does not grant UpCounsel the right to sell User-Generated Content or otherwise distribute it outside of our Website. This license will terminate at the time when the Content is removed from the Website.

6.      **Consultant Users.** Consultant Users are independent legal professionals who offer to perform consulting services for prospective Legal Clients. They are not employees of UpCounsel.

a.      No Attorney-Client Relationship through Website Use. Use of the UpCounsel Website may not form an attorney-client relationship with Consultant Users. Information posted or made available on or through the Website, including, without limitation, any responses to legal questions posted on the Website; information in UpCounsel's Guides and Documents; information posted publicly on the Website; or information sent in an unsolicited message to a User is not intended as legal advice, is not confidential, and does not create an attorney-client relationship. It is considered User-Generated Content.

b.      Attorney-Client Relationship through Service Use. An attorney-client relationship may be formed through the use of the Service between Users and Consultant Users only. Legal Clients may post Jobs through the Service. Consultant Users may submit Bids and negotiate details of these Jobs prior to acceptance. Upon acceptance, the scope of a Consultant User's representation is strictly limited to the matter agreed upon in the Bid unless Legal Client and Consultant User subsequently formalize their arrangement via a signed engagement letter or other written agreement, in which case the most recent written agreement would take precedence over a previously accepted proposal. A Bid is not a substitute for an in-person or telephone consultation with an attorney licensed to practice in your jurisdiction about your specific legal issue, and you should not rely upon information contained in a Bid as legal advice. UpCounsel takes every reasonable effort to ensure the privacy of Bids and other personal messages on our Service, but it cannot guarantee confidentiality. Communications requiring confidentiality should take place outside the UpCounsel Service, such as via telephone.

c.      User Responsibilities. Consultant Users are solely responsible for ensuring that any information, solicitations, or advertisements they post or place on the Website, including without limitation User-Generated Content, and any communications they may have with prospective clients through the Website or the Service, fully comply with all applicable laws and rules of professional conduct, including those concerning the unauthorized practice of law and those regulating the form, manner or content of communications with clients, advertising, or other matters.

d.      Payment of Consultant Users. Certain specific terms govern Consultant Users and payment.

i.      UpCounsel Is Not A Party To Contracts. Legal Clients may contract with Consultant Users through posting and acceptance of Jobs. Such contracts are solely between the Legal Client and the Consultant User. UpCounsel will not be a party to any contracts for Jobs submitted through our Service, unless posted by an UpCounsel officer. UpCounsel facilitates these contracts by supplying a platform for communication management and payment tools.

ii.     All Legal Fees Are Paid To Consultant Users. UpCounsel does not provide legal services and does not charge for legal services. Payments made to Consultant Users via UpCounsel's billing platform are transferred directly to the Consultant User's payment account, less any associated service and processing fees (e.g. credit card fees).

iii.    Consultant Users Shall Receive Payment Through The Service For All User Transactions. Consultant Users who receive Jobs through the Service shall receive payment through the service for all transactions related to that user, including subsequent transactions not necessarily related to the initial Job. If a Legal Client is either unwilling or unable to make payment via UpCounsel, Consultant User agrees to notify UpCounsel of any new payment arrangement. Payment by a Legal Client to Consultant User, made outside of the service without prior notification to UpCounsel, constitutes a full waiver by both parties of UpCounsel's payment guarantee/dispute protections as discussed in Sections 14 and 15 below, even as they may relate to prior payments made within the service.

e.      Promotional Codes and Credits. UpCounsel may, in its sole discretion, create promotional codes that may be redeemed for account credit, or other features or benefits related to a Consultant User's services, subject to the following terms and any additional terms that UpCounsel establishes on a per promotional code basis ("Promo Codes"). Certain specific terms govern Consultant Users and payment.

i.      Use of Promo Codes Does Not Imply an Attorney-Client Relationship. From time to time, Legal Clients may have access to discounts supplied by UpCounsel which, in part, use UpCounsel's funds to pay for a portion of the legal fees paid by Legal Clients to Consultant Users. The use of such coupons does not imply any attorney-client relationship between UpCounsel and the Consultant Users where a coupon is used for any paid billings from a Legal Client.

ii.     Promo Codes must be used by their intended audience, for their intended purpose, and in a lawful manner.

Promo codes may not be duplicated, sold or transferred in any manner, or made available to the general public (whether posted to a public forum or otherwise), unless expressly permitted by UpCounsel. Promo Codes have no cash value and may expire or be disabled by UpCounsel at any time, for any reason, prior to your use. UpCounsel reserves the right to withhold or deduct credits or other features or benefits obtained through the use of Promo Codes by you or any other user in the event that UpCounsel determines or believes that the use or redemption of the Promo Code was in error, fraudulent, illegal, or in violation of the applicable Promo Code terms.

## 7.     User Offers of Employment to Consultant Users.

7.1    **Success Fee for Employment.**  In the event that a Consultant User accepts an offer of employment ("Covered Employment") made by a User (each, an "Employer User"), whether

for an indefinite or fixed term, during or within the eighteen (18) month period (such period, the "Covered Offer Period") after the Consultant User commences the initial Job for such User (each, a "Covered Offer"), the following terms and conditions shall apply:

   a.  <u>For Consultant Users.</u>
Each Consultant User agrees that (1) if you receive a Covered Offer, you shall promptly notify UpCounsel of your initial date of Covered Employment (the "Start Date") and the key terms of such Covered Offer (and notify UpCounsel promptly in writing should that Start Date or offer terms change at any time), (2) you shall provide UpCounsel with (a) a copy of a fully executed Covered Offer, or (b) execute a document between you, the Employer User and UpCounsel that states material employment terms, including, among other things, Start Date and compensation, promptly upon the signing of a Covered Employment offer letter between you and the Employer User (the "Effective Date"), as requested in writing by UpCounsel, and (3) you will promptly notify UpCounsel in writing after termination of your employment as an employee in the event that (a) an Employer User terminates your Covered Employment based on unsatisfactory performance within ninety (90) days of the date on which your Covered Employment commenced, or (b) you voluntarily terminate your Covered Employment within ninety (90) days of the date on which your Covered Employment commenced. In the event that before the Start Date, either you or the Employer User elect not to begin the employment relationship contemplated by the Covered Offer, you shall promptly notify UpCounsel in writing.

   b.  <u>For Employer Users.</u>
When a Consultant User accepts your Covered Offer, you agree to pay a success fee to UpCounsel (each, a "Success Fee") equal to the following percentage of the Consultant User's base salary set forth in the Covered Offer (the Consultant User's "Base Salary"), which amount shall be due and payable no later than thirty (30) days after the Start Date and otherwise in accordance with the first sentence of each of Section 13.b. and Section 13.d. hereof:
If Start Date occurs on or before the following number of days after the commencement of the initial Employer User-User Consultant Job     Base Salary Percentage
1-182 days     15%
183-365 days 10%
366-550 days 5%
≥ 551 days     0%

By accepting these Terms of Use, Employer User agrees that UpCounsel is authorized to immediately invoice Employer User's account for all Success Fees due and payable to UpCounsel hereunder and that no additional notice or consent is required.


7.2 **Success Fee Provisions.**

Notwithstanding the foregoing, in the event of a Success Fee dispute, if an Employer User can establish that the Employer User had an Active Process (as defined below) with the Consultant User before using UpCounsel's Website and/or Service (e.g., the Consultant User had already begun the interview process with the Employer User and such process had not been terminated, or the Employer User had received the Consultant User's resume from an employment agency or headhunter and was under active consideration by the Employer

User), the Employer User may be exempted from paying the Success Fee. However, the final determination as to whether a Success Fee is owed by the Employer User for an accepted Covered Offer will be at the sole discretion of UpCounsel. For the purposes hereof, "Active Process" shall mean continuous direct, interactive communication, in an active recruiting or hiring context where a decision to put a candidate on hold or reject has not been made, within the three (3) months prior to using the Website and/or Services for a Consultant User who exists in Employer User's applicant tracking system or that was submitted by a recruiting agency.

IF YOU ARE AN EMPLOYER USER who is using our Website and/or Service, YOU agree to these Success Fee provisions. If you do not agree with any of these provisions, please terminate your account immediately and cease using our Website and Services YOUR OBLIGATION TO PAY ANY SUCCESS FEES SHALL SURVIVE ANY TERMINATION OR MODIFICATION OF THESE TERMS OF USE. If an Employer User circumvents our Site and/or Services after discovering a Consultant User through our Site and/or Services and subsequently hires that Consultant User, the Employer User will be billed a success fee equal to 25% of the Base Salary of the Consultant User and UpCounsel may, in its sole discretion, terminate the Employer User's UpCounsel account.

7.3     **Refunds.**

If (a) an Employer User hires a User Consultant and terminates the User Consultant's employment based on unsatisfactory performance within ninety (90) days of the Start Date, (b) a User Consultant voluntarily terminates his or her employment within ninety (90) days of the Start Date, or (c) a User Consultant does not start employment because either Employer User or User Consultant elects not to begin the employment relationship contemplated in the Covered Offer (each, a "Termination Event"), upon written receipt and confirmation of such information, UpCounsel will fully refund to the Employer User the Success Fee related to the terminating User Consultant.

8.      **Third Party Content.** There may be content from third parties on UpCounsel's website, such as blog posts written by other users or links to other websites. Because we cannot control that content, we are not responsible for that content or for the websites that content may link to.

  a.      Access To Third Party Content. By using the Service, you will be able to access Content belonging to or originating from third parties ("Third Party Content"). Your use of the Service is consent for UpCounsel to present this Content to you. You acknowledge all responsibility for, and assume all risk for, your use of Third Party Content.

  b.      No Responsibility For Third Party Content. As part of the Service, UpCounsel may provide you with convenient links to third party website(s) as well as other forms of Third Party Content. These links are provided as a courtesy to Service subscribers. We have no control over third party websites or content or the promotions, materials, information, goods or services available on them. By linking to such content, we do not represent or imply that we adopt or endorse, nor are we responsible for, the accuracy or reliability of any opinion, advice, or statement made by parties other than UpCounsel. We are not responsible for any

Third Party Content accessed through our Website. If you decide to leave the Website and access Third Party Content, you do so at your own risk and you should be aware that our terms and policies no longer govern. You should review the applicable terms and policies, including privacy and data gathering practices, of any such content.

c.    No Authorization To Use Third Party Content. This Agreement does not authorize you to distribute, publicly display, publicly perform, make available, alter, or otherwise use any Third Party Content except as permitted by UpCounsel's terms and conditions.

9.    **Copyright Infringement and DMCA Policy.** If you believe that material located on or linked to by UpCounsel violates your copyright, please notify UpCounsel in accordance with our Digital Millennium Copyright Act Policy.

a.    Termination of Repeat Infringer Accounts. UpCounsel respects the intellectual property rights of others and requests that our Users do the same. Pursuant to 17 U.S.C. 512(i) of the United States Copyright Act, we will terminate a User's access to and use of the Website if, under appropriate circumstances, the user is determined to be a repeat infringer of the copyrights or other intellectual property rights of UpCounsel or others. We may terminate access for participants or users who are found repeatedly to provide or post protected third party content without necessary rights and permissions.

b.    DMCA Take-Down Notices. If you are a copyright owner or an agent of a copyright owner and believe, in good faith, that any materials provided on the Service infringe upon your copyrights, you may submit a notification pursuant to the Digital Millennium Copyright Act (see 17 U.S.C 512) ("DMCA") by sending a properly formatted take-down notice in writing to UpCounsel's designated copyright agent at 580 Market St, #500, San Francisco, CA 94104.

c.    Response To DMCA Take-Down Notices. If UpCounsel takes action in response to an infringement notice, it will make a good faith attempt to contact the party that made such content available by means of the most recent email address, if any, provided by that party to UpCounsel. Any DMCA infringement notice may be forwarded to the party that made the content available or to third parties such as ChillingEffects.org.

d.    Counter-Notices. If you believe that your User-Generated Content that has been removed from the Website is not infringing, or that you have the authorization from the copyright owner, the copyright owner's agent, or pursuant to the law, to post and use the content you submitted to the Website, you may send a properly formatted counter-notice to UpCounsel's copyright agent using the contact information set forth above.

e.    Response to DMCA Counter-Notices. If a counter-notice is received by UpCounsel's copyright agent, UpCounsel may send a copy of the counter-notice to the original complaining party informing such person that it may reinstate the removed content in 10 business days. Unless the copyright owner files an action seeking a court order against the content provider, member or user, the removed content will be reinstated on the Website in 10 to 14 business days after receipt of the counter-notice.

10.     **Intellectual Property Notice.** UpCounsel retains all ownership of our intellectual property, including our copyrights, patents, and trademarks.

a.      No Transfer. UpCounsel retains ownership of all intellectual property rights of any kind related to the Website and Service, including applicable copyrights, patents, trademarks and other proprietary rights. Other trademarks, service marks, graphics and logos used in connection with the Website and the Service may be the trademarks of other third parties. This Agreement does not transfer from us to you any UpCounsel or third party intellectual property, and all right, title, and interest in and to such property will remain (as between the parties) solely with us. We reserve all rights that are not expressly granted to you under this Agreement.

b.      Specifically, UpCounsel, upcounsel.com, and all other trademarks that appear, are displayed, or are used on the Website or as part of the Service are registered or common law trademarks or service marks of UpCounsel, Inc. These trademarks may not be copied, downloaded, reproduced, used, modified, or distributed in any way without prior written permission from UpCounsel, except as an integral part of any authorized copy of the Content.

11.  **Email Communications**. We use email and electronic means to stay in touch with our users.

a.      Electronic Communications Required. For contractual purposes, you (i) consent to receive communications from UpCounsel in an electronic form via the email address you have submitted or via the Service; and (ii) agree that all Terms of Use, agreements, notices, disclosures, and other communications that UpCounsel provides to you electronically satisfy any legal requirement that such communications would satisfy if it were in writing. This section does not affect your non-waivable rights.

b.      Legal Notice To UpCounsel Must Be In Writing. Communications made through email or the Service's private messaging system will not constitute legal notice to UpCounsel or any of our officers, employees, agents or representatives in any situation where notice to UpCounsel is required by contract or any law or regulation.

12.  **Termination.** You may cancel this Agreement and close your account at any time. Termination of the UpCounsel Service does not terminate attorney-client relationships or obligations.
a.      You May Terminate This Agreement. If you wish to terminate this Agreement or your account with the Service, you may simply discontinue using UpCounsel. If you wish to delete your User account data, please contact UpCounsel at info@upcounsel.com. We will retain and use your information as necessary to comply with our legal obligations, resolve disputes, and enforce our agreements, but barring legal requirements, we will delete your full profile within 30 days.

b.      UpCounsel May Terminate This Agreement. UpCounsel may terminate your access to all or any part of the Website at any time, with or without cause, with or without notice, effective immediately.

c.    Relationships Between Attorney And Client Survive Termination. Termination of your relationship with UpCounsel does not affect your relationship with any consultant or client you have retained through the UpCounsel Service. All legal, contractual, and ethical duties, obligations and responsibilities survive termination of the UpCounsel relationship.

d.    Some Provisions Survive Termination. All provisions of this Agreement which by their nature should survive termination will survive termination, including, without limitation, ownership provisions, warranty disclaimers, indemnity and limitations of liability.

13.  **Payment and Transactions.**

a.    Payment Process. Payment will be processed as specified in the proposal and/or invoice and agreed upon by the Legal Client and the Consultant User. When a Job (or a segment thereof as pre-agreed in writing by the Legal Client and the Consultant User) is marked as completed by the Consultant User, UpCounsel will inform the Legal Client that the Job (or a segment thereof as pre-agreed in writing by the Legal Client and the Consultant User) is complete. The Legal Client must then pay the agreed-upon amount or request changes. If the Legal Client has taken no action after 10 days, UpCounsel will have the right to charge the Legal Client's credit card, bank account, or PayPal account for the full amount of the agreed-upon fee or undisputed invoice, including applicable service or processing fees. The Legal Client may submit disputes over payment to info@upcounsel.com provided that he or she adheres to the other conditions set forth in Section 14 (Legal Client-Consultant User Dispute Resolution Procedures).

b.    Responsibility for Payment. You are responsible for all fees, including taxes, service, and processing fees, associated with your use of the Service. By using the Service, you agree to pay the Consultant User through UpCounsel the amount agreed on in the Bid or undisputed invoice, and the associated service and processing fees, unless you dispute the invoice by sending an email to info@upcounsel.com and adhere to the other conditions set forth in Section 15 (Legal Client-Consultant User Dispute Resolution Procedures). You are responsible for providing us with a valid means of payment.

c.    UpCounsel's Responsibility. UpCounsel agrees to present you with a full invoice of each charge in advance of charging your credit card or PayPal account. UpCounsel agrees to pay the applicable Consultant User the amount received, less service or processing fees, if any.

d.    Payment Authorization. By agreeing to these terms, you are giving UpCounsel permission to charge your on-file credit card, PayPal account, or other approved methods of payment for fees that you authorize UpCounsel to satisfy. Depending on your Bid specifications, UpCounsel may charge you on a one-time or recurring basis. You authorize UpCounsel to charge you the full amount owed to any Consultant User via the Service, as well as any applicable service and processing fees. For the avoidance of doubt, in the event that in a particular instance a Consultant User only uses the Services to invoice you for legal services other than those which are the subject of a Bid, by placing your credit card or PayPal account on file with UpCounsel or our third party payment processor, you acknowledge and agree that the payment terms set forth in this Section 12 shall apply.

14. **Verified Consultant User Limited Payment Guarantee**. UpCounsel guarantees the payment of each Verified Consultant User's invoice for the completion of Jobs (or a segment thereof as pre-agreed in writing by the Legal Client and the Consultant User) for Legal Clients (UpCounsel's "Limited Payment Guarantee"), subject to the following terms and conditions (the "Limited Payment Guarantee Conditions"):

a.      The Legal Client has failed to satisfy the Verified Consultant User's invoice (the dollar amount of such invoice, the "Unpaid Invoiced Amount") by the end of the tenth (10th) calendar day after the invoice has been submitted (such date, the "Legal Client Payment Due Date").

b.      The Verified Consultant User has submitted to UpCounsel a written claim for the Unpaid Invoiced Amount  (i) within a twenty-one (21) calendar day period, beginning on the day immediately following the Legal Client Payment Due Date (such period, the "Verified Consultant User Claim Submission Period") and (ii) provide in reasonable detail the facts and circumstances of the Job, including any rationale provided by the Legal Client for his/her failure to make such payment and/or any rationale the attorney can in good faith speculate on as to why client refuses to make payment (such claim, a "Limited Payment Guarantee Request").  Failure to submit the Limited Payment Guarantee Request within the Verified Consultant User Claim Submission Period shall constitute such Consultant User's permanent waiver of his or her right to receive the Unpaid Invoiced Amount from any person or entity, including UpCounsel and the Legal Client. To the extent that UpCounsel determines in its sole and absolute discretion that it is commercially reasonable to do so, it may continue its collection efforts with the Legal Client and if successful, the Verified Consultant User will receive his/her portion of the collected amount, minus any reasonable UpCounsel out-of-pocket collection expenses, pursuant to 12.e above.

c.      In the event that the Verified Consultant User does submit a Limited Payment Guarantee Request within the Verified Consultant User Claim Submission Period, and such request contains the information set forth in clause 14.b. above, UpCounsel will attempt in good faith to work with the Legal Client and Verified Consultant User for a period of up to seven (7) calendar days from the date of the Limited Payment Guarantee Request (such period, the "Payment-Related Disputed Matter Mediation Period") to resolve the matter which is the subject of the Limited Payment Guarantee Request (the "Payment-Related Disputed Matter").  In the event that the Payment-Related Disputed Matter is successfully resolved within the Payment-Related Disputed Matter Mediation Period, each of the Legal Client, Verified Consultant User and, if relevant, UpCounsel will take the agreed upon steps to execute the agreed-upon resolution.

d.      In the event that the Payment-Related Disputed Matter remains unresolved at the conclusion of the Payment-Related Disputed Matter Mediation Period, by no later than the seventh (7th) calendar day after the end of the Payment-Related Disputed Matter Mediation Period (the date such determination is communicated in writing to the Legal Client and Verified User Consultant, the "UpCounsel Disputed-Amount Determination Date"), UpCounsel shall make a determination in its sole and absolute discretion (the "UpCounsel Disputed Matter Decision"), based upon the information theretofore provided by Verified Consultant User and, if provided, the Legal Client, as to whether the nature and quality of the legal services rendered in connection with the related Job are consistent with industry standards, the provisions of the related Bid and these Terms and Conditions.  Should

UpCounsel decide the Payment-Related Disputed Matter in favor of the Verified Consultant User, UpCounsel shall remit the Unpaid Invoiced Amount to the Verified Consultant User within seven (7) calendar days after the UpCounsel Disputed-Amount Determination Date, and the Verified Consultant User shall be deemed to have assigned all of his or her rights with respect to the Payment-Related Disputed Matter to UpCounsel.  Notwithstanding anything stated herein or otherwise to the contrary, the dollar amount sought under this Section 14 shall not exceed the amount initially contracted between Legal Client and Verified Consultant User in relation to the Job or an amount subsequently agreed to in a signed engagement letter or other written agreement between the parties, and in any event shall never exceed $5,000 in aggregate across all unpaid invoices sent by the Verified Consultant User to the Legal Client.

e.      Should UpCounsel decide the Payment-Related Disputed Matter in favor of the Legal Client, the Legal Client shall no longer be obligated to make payment of the Unpaid Invoiced Amount to the Verified Consultant User and shall be deemed to have assigned all of his or her rights with respect to the Payment-Related Disputed Matter to UpCounsel as of the UpCounsel Disputed-Amount Determination Date. In such event, the Verified Consultant User shall (i) be deemed to have waived his or her rights to seek such amounts from the Legal Client, and (ii) have the right to initiate arbitration proceedings with respect to the Unpaid Invoiced Amount against UpCounsel which are equivalent to those proceedings set forth in Section 21.d. hereof (Arbitration) by providing UpCounsel with written notice of his or her exercise of such right within ten (10) calendar days after the end of the UpCounsel Disputed-Amount Determination Date (such period, the "Payment-Dispute Arbitration Election Time Period").  In the event that the Verified Consultant User does not exercise his or her right to initiate arbitration proceedings during the Payment Dispute Arbitration Election Time Period, he or she shall be deemed to have permanently waived his or her right to payment of the Unpaid Invoiced Amount.

f.  Should UpCounsel become aware that a Legal Client's on-file credit card, PayPal account, or other approved methods of payment are no longer valid, or should UpCounsel become aware that a Legal Client is, without valid cause, either unwilling or unable to make payment for the Job, or any other Job or Unpaid Invoice on UpCounsel, UpCounsel will notify that Legal Client's Verified Consultant User/Users of the potential issue related to payment (herein "the Notification"). All services performed by the Verified Consultant User prior to the Notification are subject to the "Limited Payment Guarantee," though all services performed by the Verified Consultant User subsequent to the Notification will not be subject to the "Limited Payment Guarantee." Should the Verified Consultant User submit an invoice to the Legal Client for services performed subsequent to the Notification, UpCounsel will still make efforts to collect payment for those services performed by the Verified Consultant User.

15.  **Legal Client-Verified Consultant User Dispute Resolution Procedures.**  In the event that a Legal Client has a good faith belief that the nature or quality of the legal services rendered by a Verified Consultant User in connection with the relevant Job are not consistent with industry standards or the provisions of the related Bid or these Terms and Conditions, or the amounts invoiced for the legal services provided by such Consultant User are not consistent with such Bid (such matter, a "Services-Related Disputed Matter"), he or she shall be permitted to withhold payment of any disputed amounts which are the subject of such

matter (the "Withheld Payment Amounts"), subject to the following terms and conditions (the "Withheld Payment Amount Conditions"):

a.        Within ten (10) calendar days of the date of the related invoice (such period, the "Legal Client Dispute Notice Period"), the Legal Client shall provide written notice to UpCounsel setting forth in reasonable detail the facts and circumstances which are the basis of the Services-Related Disputed Matter (each, a "Services-Related Dispute Notice").  The Legal Client's failure to submit a Services-Related Dispute Notice within the Legal Client Dispute Notice Period shall constitute such Legal Client's permanent waiver of his or her right to dispute the Withheld Payment Amounts, which amounts will be charged to the Legal Client's on-file credit card, PayPal account, or other approved methods of payment in accordance with Section 13.d. of these Terms of Use.

b.        In the event that the Legal Client does submit a Services-Related Dispute Notice within the Legal Client Dispute Notice Period, and such request contains the information set forth in clause 15.a. above, UpCounsel will attempt in good faith to work with the Legal Client and Verified Consultant User for a period of up to fifteen (15) calendar days from the date of the Services-Related Dispute Notice (such period, the "Services-Related Disputed Matter Mediation Period") to resolve the Services-Related Disputed Matter.  In the event that the Services-Related Disputed Matter is successfully resolved within the Services-Related Disputed Matter Mediation Period, each of the Legal Client, Verified Consultant User and, if relevant, UpCounsel will take the agreed upon steps to execute the agreed-upon resolution.

c.        In the event that the Services-Related Disputed Matter remains unresolved at the conclusion of the Services-Related Disputed Matter Mediation Period, by no later than the fourteenth (14th) calendar day after the end of the Services-Related Disputed Matter Mediation Period, UpCounsel shall make a determination in its sole and absolute discretion (the "UpCounsel Services-Related Disputed Matter Decision"), and based upon the information theretofore provided by the Legal Client and Verified Consultant User, as to whether the nature and quality of the legal services rendered in connection with the Job which is the subject of the Services-Related Disputed Matter were consistent with industry standards, the provisions of the related Bid and these Terms and Conditions. Should UpCounsel decide the Services-Related Disputed Matter in favor of the Verified Consultant User, the Legal Client shall be obligated to make payment of the Withheld Payment Amounts to such Consultant User within the seven (7) calendar day period after the date on which such Legal Client is notified in writing of the UpCounsel Services-Related Disputed Matter Decision (the "UpCounsel Services-Related Disputed Matter Decision Notice").  In the event that the Legal Client fails to make timely payment, UpCounsel will remit the Withheld Payment Amounts to the Verified Consultant User who will assign his or her rights to reimbursement for such amounts to UpCounsel which may, in its sole discretion, process payment pursuant to Section 13.d and/or elect to pursue its rights and remedies against the Legal Client.

d.        Should UpCounsel decide the Services-Related Disputed Matter in favor of the Legal Client, the Legal Client shall no longer be obligated to make payment of the Withheld Payment Amounts to the Verified Consultant User and shall be deemed to have assigned all of his or her rights with respect to the Services-Related Disputed Matter to UpCounsel. In such event, the Verified Consultant User shall (i) be deemed to have waived his or her rights to seek such amounts from the Legal Client, and (ii) have the right to initiate binding

arbitration proceedings with respect to the Withheld Payment Amounts against UpCounsel which are equivalent to those proceedings set forth in Section 21.d. hereof (Arbitration) by providing UpCounsel with written notice of his or her exercise of such right within ten (10) calendar days after the date of the Services-Related Disputed Matter Decision Notice (such period, the "Services-Related Arbitration Election Time Period"). In the event that the Verified Consultant User does not exercise his or her right to initiate arbitration proceedings during the Services-Related Arbitration Election Time Period, he or she shall be deemed to have permanently waived his or her right to payment of the Withheld Payment Amounts. In the event that the Verified Consultant User and Legal Client have both timely availed themselves of the rights set forth in Section 14 and Section 15, the procedures set forth in Section 15 shall take precedent over the proceedings set forth in Section 14 and the Verified User Consultant agrees to permanently waive his or her right to pursue his or her rights set forth in Section 13 with respect to the facts and circumstances underlying the Payment-Related Disputed Matter.The procedures set forth in this Section 15 shall be referred to herein as the "Alternative Dispute Resolution Procedures".

16. **Disclaimer of Warranties.** We provide our service as is, and we make no promises or guarantees about this service. Please read this section carefully; you should understand what to expect.

a.      UpCounsel provides the Website and the Service "as is," without warranty of any kind. Without limiting the foregoing, UpCounsel expressly disclaims all warranties, whether express, implied or statutory, regarding the Website and the Service including, without limitation, any warranty of merchantability, fitness for a particular purpose, title, security, accuracy and non-infringement.

b.      Specifically, UpCounsel makes no representation or warranty that the information we provide or that is provided through the Service is accurate, reliable or correct; that the Service will meet your requirements; that the Service will be available at any particular time or location, that the Service will function in an uninterrupted manner or be secure; that any defects or errors will be corrected; or that the Service is free of viruses or other harmful components. You assume full responsibility and risk of loss resulting from your use of information, content or other material obtained from the Service. Some jurisdictions limit or do not permit disclaimers of warranty, so this provision may not apply to you.

17. **Limitation of Liability.** We will not be liable for damages or losses arising from your use of the service or arising under this Agreement. Please read this section carefully; it limits our obligations to you.

a.      To the extent permitted by applicable law, in no event will UpCounsel be liable to you for any loss of profits, use, or data, or for any incidental, indirect, special, consequential or exemplary damages, however arising, that result from (i) the use, disclosure, or display of your User-Generated Content; (ii) your use or inability to use the Service; (iii) the Service generally or the software or systems that make the Service available; or (iv) any other interactions with UpCounsel or any other User of the Service, whether based on warranty, contract, tort (including negligence) or any other legal theory, and whether or not UpCounsel has been informed of the possibility of such damage, and even if a remedy set forth in this Agreement is found to have failed of its essential purpose. UpCounsel will have no liability

for any failure or delay due to matters beyond our reasonable control. Some jurisdictions limit or do not permit disclaimers of liability, so this provision may not apply to you.

18. **Third Party Beneficiaries.** Consultant Users are intended third-party beneficiaries of this section of the Terms of Use. Any legal information provided on the Service is for informational purposes only. UpCounsel and any creator of User-Generated Content containing legal information disclaim all warranties, either express or implied, statutory or otherwise, including but not limited to the implied warranties of merchantability, non-infringement of third parties' rights, and fitness for particular purpose, to the fullest extent permitted by law. In no event will UpCounsel or a Consultant User be liable for any damages (including, without limitation, incidental and consequential damages, personal injury / wrongful death, lost profits, or damages resulting from lost data or business interruption) resulting from the use of or inability to use the Service or the User-Generated Content, whether based on warranty, contract, tort, or any other legal theory, and whether or not UpCounsel or contributors of User-Generated Content are advised of the possibility of such damages. Neither UpCounsel nor contributors of User-Generated Content are liable for any personal injury, including death, caused by your use or misuse of the Service or User-Generated Content.

19. **Release and Indemnification.**

a.      You agree to indemnify and hold harmless UpCounsel from and against any and all claims and expenses, including attorneys' fees, arising out of your use of the Website and the Service, including but not limited to your violation of this Agreement.

b.      If you have a dispute with one or more Users, you release UpCounsel from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, arising out of or in any way connected with such disputes. If you are a California resident, you waive California Civil Code §1542, which says: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

20. **Modification of Terms of Use**.  UpCounsel may amend this Agreement from time to time, and in UpCounsel's sole discretion. We will provide notification to Users of material changes to this Agreement (i) by sending a notice to the primary email address specified in your account, which will take effect immediately upon our sending of this email, and/or (ii) through our Website at least 30 days prior to the change taking effect by posting a notice on our home page.  Non-material changes to this Agreement will take effect immediately. We encourage visitors to frequently check this page for any changes to this Agreement.   Your continued use of the Service after the effective date of a revised version of this Agreement constitutes your acceptance of its terms.

21. **Miscellaneous**. This Agreement is controlled by California law. You, and you alone, are responsible for any obligations you agree to under this contract. If we are involved in a merger or we are bought, we may transfer this Agreement, as long as your rights are protected. You may only agree to these terms if you are able to form a binding contract in

your state.  These terms, including our Privacy Policy, are the complete agreement between us, and no other terms apply.

a.      Governing Law. Except to the extent applicable law provides otherwise, this Agreement between you and UpCounsel and any access to or use of the Website or the Service are governed by the federal laws of the United States of America and the laws of the State of California, without regard to conflict of law provisions. You and UpCounsel agree to submit to the exclusive jurisdiction and venue of the courts located in the City and County of San Francisco, California, except as provided below in this Agreement.

b.      Severability. If any part of this Agreement is held invalid or unenforceable, that portion of the Agreement will be construed to reflect the parties' original intent. The remaining portions will remain in full force and effect. Any failure on the part of UpCounsel to enforce any provision of this Agreement will not be considered a waiver of our right to enforce such provision. Our rights under this Agreement will survive any termination of this Agreement.

c.      Limitation of Term of Action. You agree that any cause of action related to or arising out of your relationship with UpCounsel must commence within ONE year after the cause of action accrues. Otherwise, such cause of action is permanently barred.

d.      Arbitration. Should a dispute arise between you and UpCounsel, we would like to provide you with a neutral and cost-effective means of resolving the dispute quickly. Therefore, for any claim (except for claims for injunctive or equitable relief or claims regarding intellectual property rights) under this Agreement , either party may elect to resolve any dispute arising under this Agreement through binding non-appearance-based arbitration. The party electing arbitration must initiate it through an established alternative dispute resolution ("ADR") provider mutually agreed upon by the parties. The ADR provider and the parties must comply with the following rules: (a) the arbitration will be conducted, at the option of the party seeking relief, by telephone, online, or based solely on written submissions; (b) the arbitration will not involve any personal appearance by the parties or witnesses unless otherwise mutually agreed by the parties; and (c) any judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction.

e.      Non-Assignability. UpCounsel may assign or delegate these Terms of Use and/or the UpCounsel Privacy Policy, in whole or in part, to any person or entity at any time with or without your consent. You may not assign or delegate any rights or obligations under the Terms of Use or Privacy Policy without UpCounsel's prior written consent, and any unauthorized assignment and delegation by you is void.

f.      Section Headings and Summaries Non-Binding. Throughout this Agreement, each section includes titles and brief summaries of the following terms and conditions. These section titles and brief summaries are not legally binding.

g.      Complete Agreement. These Terms of Use, together with the Privacy Policy at https://www.upcounsel.com/privacypolicy, represent the complete and exclusive statement of the agreement between you and UpCounsel. This Agreement supersedes any proposal or prior agreement oral or written, and any other communications between you and UpCounsel relating to the subject matter of this Agreement. This Agreement may only be modified by a

written amendment signed by an authorized UpCounsel executive, or by the posting by UpCounsel of a revised version.

h.      Authorization to Contract. You represent and warrant that if you are an individual, you are of legal age to form a binding contract; or that if you are registering on behalf of an entity, that you are authorized to enter into, and bind the entity to, these Terms of Use and register for the Service.

**<u>You acknowledge that you have read these Terms of Use, understand the Terms of Use, and will be bound by these terms and conditions.</u>**

# EXHIBIT 12

# Section 1



**upcounsel**     Enterprise   Resources   Q   **POST A JOB**

⚙ Manage Job

‹ Dashboard   ▮▮ Overview   ≡ Proposals   💬 Messages   📄 Documents   💼 Job Info

★★★★★ ○

$250.00   Fee details ⌄
BASED ON A 1 HOUR ESTIMATE | NO UPFRONT PAYMENT

View Profile    ✉ Send message

Read More

FLAT FEE | UPFRONT PAYMENT

View Profile

Backed by UpCounsel's **Satisfaction Guarantee** 🛡

---

**NAVIGATION**

How it Works
For Lawyers
Free Legal Documents
Blog
Sitemap

**ABOUT**

The Company
Careers
Customers
Privacy Policy
Terms of Service

**CONTACT**

Visit our Support Center
Contact
Sales
Press

**upcounsel**   f   y   in

UpCounsel is an interactive online service that makes it faster and easier for businesses to find and hire legal help solely based on their preferences. We are not a law firm, do not provide any legal services, legal advice or "lawyer referral services" and do not provide or participate in any legal representation.

© 2018 UpCounsel, Inc.   ⑦ Support

# Section 2



# Section 3



# EXHIBIT 13



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 📁 | trademark attorney seattle | 6 (7) | 🔲 | 10 | 15.66 | try.upcounsel.co...emarks | < 0.01 | 0.65 | 511,000 | Jun 2017 |
| ☐ | 📁 | affordable trademark attorney | 2 (2) | 🔲 | 10 | 22.65 | try.upcounsel.co...rk-law | < 0.01 | 0.00 | 0.86 | 1,600,000 | Nov 2017 |

⬆ Export

+1-855-814-4510
🇺🇸 US ⌄
⊙ offline ⓘ

US customers, Toll-Free
10:00 AM - 6:00 PM (ET)
Monday through Friday
SEMrush Inc., 7 Neshaminy Interplex Ste 301, Trevose, PA 19053-6980 USA

0-808-189-3160
🇬🇧 UK ⌄
⊙ offline ⓘ

Europe customers, Toll-Free
08:00 AM - 04:00 PM (GMT)
Monday through Friday
SEMRUSH CY LTD, Griva Digeni and Kolonakiou, Grosvenor Tower,
2nd and 3rd floors, Neapoli, 3107, Limassol, Cyprus

**Get started with SEMrush!**

or see our plans & prices

USA, 7 Neshaminy Interplex, Ste 301, Trevose, PA 19053-6980    ✉ mail@semrush.com

**SEMRUSH**
Features
Prices
Our Clients
Success Stories
News
Custom Report
Partners
About Us
Contact Us

**HELP**
Knowledge Base
Academy
Informer
SEMrush API

**COMMUNITY**
SEMrush Blog
Webinars
Events

**OUR PRODUCTS**
Analytics Reports
Projects
Affiliate Program
SEOquake
Sensor New

**LEGAL INFO**
Terms Of Use
Refund Policy
Cancellation Policy
Privacy Policy
Content Policy

**FOLLOW US**
Twitter
Facebook
LinkedIn
Google+
Instagram
YouTube

**LANGUAGE**
English
Español
Deutsch
Français
Português (Brasil)
Русский

SEMRUSH    SEMrush © 2008 - 2018 SEMrush. All rights reserved.

❢ Have a Suggestion? ✕

# EXHIBIT 14





# EXHIBIT 15



# Find an affordable trademark attorney

Hire a trusted attorney who has helped hundreds of clients register their trademark and protect their brand.

**Get Started Now**



**TALENT**

5,000+ network of experienced
& vetted attorneys



**SAVINGS**

No retainers or commitments.
Save 60% over firms.



**GUARANTEE**

Receive quality work or we'll
make it right



**SPEED**

Quickly find a lawyer to get your
legal work done



**FLEXIBILITY**

Hire for ongoing needs or
complex projects



**NATIONWIDE**

Industry specific expertise
across all 50 states

# How it Works



### Request Proposals

Tell us about your legal need so attorneys can prepare custom proposals. It only takes a minute and your information is strictly confidential.



### Review Proposals

Our algorithm matches you with attorneys qualified to handle your legal work. You can review their proposals and schedule consultations with no obligation.



### Hire Your Lawyer

When you're ready, hire the attorney that's right for you. Use our platform to easily collaborate online and ensure your information stays safe and secure.

# Home to world's top freelance legal talent

- **5,000+** attorney network
- **15** years average experience
- **70%** worked at top law firms
- **70%** have in-house experience



**ERIN MCCLARTY**
Securities and Compliance Attorney

*"Erin is highly knowledgeable in dealing with both for-profits and non-profits. I have found a gem indeed, as I am a part of both worlds."*



**GLORIA M. STEINBERG**
Patent Attorney

*"Gloria is an incredibly fast and efficient patent filer. We had spoken with many attorneys before finding her on UpCounsel."*



**LIZ OLINER**
Brand and Trademark Specialist

*"Great experience working with Liz, plan to reengage her on additional projects."*



**ALEJANDRO MAHER**
Business, Finance and Tech Attorney

*"Alejandro continues to provide excellent service to our start-up. I highly recommend him."*



*"UpCounsel gives HotelTonight seamless access to the high quality legal subject expertise that we'd expect from a big law firm but at a substantially lower price."*

**Karen Klein**
General Counsel at Hotel Tonight

# Common Trademark Services:

· Trademark Registration Services

· Trademark Search

· Trademark Infringement

· Standard US Trademark Packages

· USPTO Office Action Letter Response

· Trademark Consulting

## Hire an Attorney Today

**Get Started Now**

# EXHIBIT 16



# EXHIBIT 17

screenshot-www.upcounsel.com-2018.09.11-22-52-48
https://www.upcounsel.com/for-lawyers
11.09.2018

 upcounsel

Enterprise    Resources

POST A JOB



# Grow your practice

Join the world's fastest growing online legal marketplace

APPLY NOW



## Our marketplace provides direct access to clients

Clients from all over the world use UpCounsel to hire lawyers and
manage the day-to-day legal requirements of running a business.



### Practice management tools

We provide free access to our document
collaboration software (including e-
signature). We also provide a full-service
billing platform to track income and quickly
send invoices and receive payment.



### Free marketing opportunities

Build your brand by getting in front of clients
searching for lawyers that match your
expertise. By creating your profile on
UpCounsel, you will instantly appear in our
network of local search results, getting in
front of new potential clients.



### Guaranteed payments

Marketplace lawyers are guaranteed to be
paid for the work that they successfully
complete for UpCounsel clients on the
platform. We handle your billing so you can
focus on your legal practice instead of
administrative logistics.



## Our marketplace uses technology to grow your practice

Professional services are increasingly moving online.
UpCounsel's technology allows lawyers and clients to
quickly connect, seamlessly collaborate on documents
and securely transact business.



# What Clients use UpCounsel?

## Individuals

Both first-time and seasoned entrepreneurs use UpCounsel to form legal entities, draft initial business contracts, and generally ensure their companies get off the ground with a solid legal framework.

## Startups

Our startup clients use UpCounsel to manage both their day-to-day needs (contracts, employment, corporate maintenance) as well as more specialized projects like patents, immigration and venture financing.

## Enterprises

Our larger enterprise clients often have dedicated legal teams but use UpCounsel to keep up with general overflow work or tap into our broad network for projects that require a very specific degree of expertise.



# Frequently Asked Questions

**How much does UpCounsel cost?**
It is 100% free to create an account, access our document templates and use our document collaboration and billing software (beyond standard credit card processing fees).

**How does UpCounsel get paid?**
Attorneys always receive 100% of their fees when working with UpCounsel clients. Clients pay a fee to UpCounsel directly, which goes towards payment processing, as well as our "guaranteed payment" policy, which ensures guaranteed and timely payouts for attorneys (see more details in our Terms of Service).



# EXHIBIT 18



**PENNSYLVANIA BAR ASSOCIATION**

**LEGAL ETHICS AND PROFESSIONAL RESPONSIBILITY COMMITTEE**

**SEPTEMBER 2016**

**FORMAL OPINION 2016-200**

**Ethical Considerations Relating to Participation in Fixed Fee Limited Scope Legal Services Referral Programs**

## I.    SUMMARY

The Pennsylvania Bar Association Legal Ethics and Professional Responsibility Committee (the "Committee") has reviewed the potential ethics issues arising from lawyers participating in legal services referral programs meeting the following description:

> A for-profit business (the "Business"), which is not a law firm or lawyer-owned, assists in pairing up potential clients seeking certain so-called "limited scope" or "unbundled" legal services with lawyers who are willing to provide such services for a flat fee, with the amount of the fee established by the Business.  The client remits the full fee, in advance, to the Business.  The Business then forwards the fee to the lawyer after confirming, according to its own procedures and standards, that the requested services were performed.  The lawyer then separately pays the Business what is described as a "marketing fee" for each assignment completed.  The so-called "marketing fee" charged regarding one type of service may represent a different percentage of the legal fee than the marketing fee charged for another type of service; but, in any event, the amount of the "marketing fee" varies directly with the amount of the flat fee for the legal services.  In other words, the greater the amount of the flat fee, the greater the amount of the marketing fee, with the marketing fee typically ranging between 20% to 30% of the legal fee.

Based on this description, the Committee concludes that a Pennsylvania lawyer's participation in such a program (which, for brevity, will be referred to in this Opinion as a "Flat

Fee Limited Scope" or "FFLS" program) would violate the following provisions of the Pennsylvania Rules of Professional Conduct ("RPCs"):

1. RPC 5.4(a), which generally prohibits sharing legal fees with non-lawyers; and

2. RPC 1.15(i), which requires legal fees paid in advance to be deposited in the lawyer's Trust Account.

Participation in such a program also poses a substantial risk that the lawyer could violate the following RPCs:

1. RPC 2.1, which requires a lawyer to exercise independent professional judgment;

2. RPC 5.4(c), which, in pertinent part, prohibits a lawyer from allowing a person who recommends a lawyer to direct or regulate the lawyer's professional judgment;

3. RPC 5.3(c)(1), which holds a lawyer responsible for conduct of a  non-lawyer that would violate the RPCs if engaged in by the lawyer, if the lawyer has ordered or ratified such conduct;

4. RPC 8.4(a), which prohibits a lawyer from violating the RPCs through the acts of another;

5. RPC 1.16(d), which, in pertinent part, requires a lawyer to refund to a client any advance payment of fees that has not been earned upon termination of the representation;

6. RPC 1.2(c), which permits a lawyer to limit the scope of a representation, but only if the limitation is reasonable under the circumstances and the client has given informed consent;

7. RPC 1.6(a), which generally prohibits a lawyer from revealing information relating to the representation of a client; and

8.  RPC 7.7(a), which, in pertinent part, prohibits a lawyer from accepting referrals from a lawyer referral service if the service engaged in communications with the public in a manner that would violate the RPCs if the communication were made by the lawyer.

Participation in such a program could also raise potential concerns regarding assisting in the unauthorized practice of law, in violation of RPC 5.5(a).

## II.   ETHICAL CONSIDERATIONS RELATING TO FEE SHARING WITH NON-LAWYERS AND PAYING FOR RECOMMENDING A LAWYER'S SERVICES

An obvious concern presented by the FFLS programs described above is whether they involve the sharing of legal fees with non-lawyers, which is prohibited under RPC 5.4(a).  The Businesses which operate such programs, presumably in recognition of this concern, typically

structure payment in such a way that the actual payment of funds by the client is not directly "shared" between the lawyer and the non-lawyer Business.  Instead, as described previously, the client pays a flat fee to the Business and, upon the Business supposedly verifying that the lawyer has earned the fee, the Business remits the full amount of the flat fee to the lawyer, typically by electronic bank transfer to the lawyer's operating account.  Then, in an ostensibly separate transaction, the Business collects its marketing fee related to the completed assignment from the lawyer, typically through a pre-authorized, monthly direct debit from the same operating account into which the fees are deposited.

The manner in which the payments are structured is not dispositive of whether the lawyer's payment to the Business constitutes fee sharing.[1]  Rather, the manner in which the amount of the "marketing fee" is established, taken in conjunction with what the lawyer is supposedly paying for, leads to the conclusion that the lawyer's payment of such "marketing fees" constitutes impermissible fee sharing with a non-lawyer.

Outright payment of referral fees to a non-lawyer[2] would violate RPC 7.2(c), which prohibits a lawyer from giving "anything of value for recommending the lawyer's services." Comment [6] to RPC 7.2 explains that a "communication contains a recommendation if it endorses or vouches for a lawyer's credentials, abilities, competence, character, or other professional qualities." One FFLS program website lauds all participating lawyers with such terms and descriptions as "highly rated," "top reviewed," "qualified," "experienced," and "licensed to practice anywhere in your state." The individual lawyer profiles prominently feature "star" ratings, on a scale of one to five stars, based on client reviews, as well as the lawyer's score under the program operator's proprietary, "1 to 10" numerical rating system.  The profiles also include excerpts from client reviews. Such communications fit the definition of "recommendations" in the Comment to RPC 7.2.

RPC 7.2(c)(1) and (2) provide two potentially applicable exceptions to RPC 7.2(c)'s general prohibition against giving "anything of value to a person for recommending the lawyer's services."  Those exceptions permit payment for the following:

1. the reasonable cost of advertisements or written communications permitted by this Rule; or
2. the usual charges of a lawyer referral service or other legal service organization.

Information published by at least one major operator of a FFLS program asserts that it is not a "lawyer referral service," presumably because the American Bar Association Model Rules of Professional Conduct ("Model Rules"), and many other states' RPCs, limit authorized "lawyer referral services" to not-for-profit organizations or services that are approved by specified regulatory authorities (*See* Model Rule 7.2(b)(2)).  The FFLS program operator claims that it is

---

[1] *See* Sup. Ct. of Ohio Bd. of Professional Conduct Op., 2016-3 ("Ohio Opinion 2016-3"), (separating payment to lawyer of legal fees from lawyer's payment of "marketing fee" does not rule out impermissible fee splitting); South Carolina Ethics Advisory Opinion 16-06 ("S.C. Opinion 16-06"), p.2 ("Allowing the service to indirectly take a portion of the attorney's fee by disguising it in two separate transactions does not negate the fact that the service is claiming a certain portion of the fee earned by the lawyer as its 'per service marketing fee").

[2] Payment of referral fees to other lawyers is effectively authorized under, and subject to the provisions of, RPC 1.5(e).

3

not a lawyer referral service because it does not select particular lawyers to work for particular clients. Rather, the client typically chooses the lawyer from among those participating in an online listing (or "marketplace") of basically self-qualified lawyers in a particular field. Alternatively, a client can elect to work with the first lawyer who responds to the client's request for assistance.

As discussed below, whether or not a FFLS program constitutes a "lawyer referral services" is not dispositive of whether the lawyer's payment of "marketing fees" to the operators of the program as described above constitutes impermissible fee sharing. In any event, the Pennsylvania RPCs differ from the Model Rules in that Pennsylvania does not restrict lawyer referral services to "approved" or not-for-profit organizations. Further, the FFLS programs described above fit within the following, broad definition of "lawyer referral service" set forth in RPC 7.7(b):

> A "lawyer referral service" is any person, group of persons, association, organization or entity that receives a fee or charge for referring or causing the direct or indirect referral of a potential client to a lawyer drawn from a specific group or panel of lawyers.

Therefore, even if a Business operating a FFLS program chooses not to describe itself as a "lawyer referral service," if it meets Pennsylvania's definition of a lawyer referral service, then a lawyer's payment of fees to such an organization could potentially be authorized under RPC 7.2(c)(2) as "the usual charge of a lawyer referral service."[3] However, the comment to RPC 7.7 confirms that payments to a lawyer referral service remain subject to RPC 5.4(a)'s prohibition against sharing fees with non-lawyers.[4] Ethics opinions that have considered similar compensation arrangements have concluded that marketing, advertising, or referral fees paid to for-profit enterprises that are based upon whether a lawyer received any matters, or how many matters were received, or how much revenue was generated by the matters, constitute impermissible fee sharing under RPC 5.4(a). For example, Ohio Opinion 2016-3, which addresses the same types of FFLS programs discussed in this Opinion, states that "a fee-splitting arrangement that is dependent upon the number of clients obtained or the legal fee earned does not comport with the Rules of Professional Conduct." S.C. Opinion 16-06, which also addressed a FFLS program, reached the same conclusion. Other ethics opinions which have, in various contexts, concluded that advertising, marketing, or referral fees calculated on the basis of matters received or legal fees generated violate Rule 5.4(a) include: Arizona Opinion 10-01; Alabama State Bar Ethics Opinion RO 2012-01 ("Alabama Opinion 2012-01"); Indiana State Bar Association Legal Ethics Committee Opinion 1 of 2012 ("Indiana Opinion 1 of 2012"); Kentucky Bar Association Ethics Opinion E-429 and South Carolina Ethics Advisory Opinion 93-09.

---

[3] *See* Ohio Opinion 2016-3 (if a FFLS program fits the definition of a lawyer referral service under the applicable Rule, it should be analyzed as such even if the program operator does not refer to itself as a lawyer referral service).
[4] *See also* State Bar of Ariz. Ethics Op. 10-01, ("Arizona Opinion 10-01"), (Payment to lawyer referral service of percentage of legal fees earned on referral matter is prohibited fee sharing under Rule 5.4(a). Specific prohibition against fee sharing in RPC 5.4(a) trumps general rule allowing payment of the "usual charges" of a lawyer referral service in Arizona's counterpart to RPC 7.2(c)(2)).

Several of the opinions discussed above involve "group coupon" or "deal of the day" promotions, in which a merchant offers coupons for discounted goods or services through an online promoter, and shares the proceeds from the sale of the coupon with the promoter.  In PBA Inquiry No. 2011-027, a member of this Committee concluded, without discussion, that a lawyer's participation in such a promotion would violate RPC 5.4(a)'s prohibition against fee sharing with non-lawyers. On the other hand, the author of PBA Inquiry No. 2014-027 stated that fees paid to an online "pay-per-lead" service were permissible either as "the reasonable cost of advertising" or as "the usual charge of a lawyer referral service," noting that "the fee charged to the lawyer is not tied to any fee that is earned in the case."  *Accord* PBA Inquiry No. 2010-007 (participation in online "legal matching service" which charges no "finder's fee" or other "premium for success" and does not involve solicitation would not violate the RPCs).

PBA Inquiry No. 93-162 concluded that a lawyer could properly pay a percentage-based referral fee to a lawyer referral service sponsored by a county bar association, under the then-current version of RPC 7.2(c), which authorized payment of "the usual charges of a *not-for-profit* Lawyer Referral Service or other legal services organization." (emphasis added).  The author of Inquiry 93-162 reasoned that the then-current version of RPC 7.2(c) only authorized payment of such fees to *not-for-profit* services, which use the funds exclusively either to cover operating expenses or otherwise "*for the public benefit*."  This opinion is consistent with two ABA ethics opinions that have approved payments to bar association sponsored lawyer referral services that charge percentage fees.  *See* ABA Comm. on Professional Ethics and Grievances, Formal Op. 291 (1956) (concluding that a percentage fee did not violate the public policy underlying the prohibitions against fee-splitting and was therefore, enforceable); ABA Comm. on Professional Ethics, Informal Op. 1076 (1968) (concluding that a flat fee or a sliding scale charge based on the fees derived by the panel members from the cases referred to them is ethically permissible if such an arrangement is under the control of the bar association setting it up).  *See also* Emmons v. State Bar of California, 6 Cal. App. 3d. 565 (1970) (noting "[a] bar association [operating a referral service] seeks not individual profit but the fulfillment of public and professional objectives.  It has legitimate, nonprofit interest in making legal services more readily available to the public").  *See also* Richards v. SSM Health Care, Inc., 724 N.E.2d 975 (Ill. App., First District 2000) (concluding that payment of a percentage fee to a local county bar association is enforceable as the bar association uses the money to finance the service and for pro bono activities).  This rationale does not apply to for-profit Businesses operating the FFLS programs described in this Opinion.

In the alternative, if the FFLS program operators' contention that such programs are not "lawyer referral services" were correct, RPC 7.2(c)(1), which relates to "the reasonable cost of advertisements" would be the sole remaining potential justification for the marketing fees.  However, the ethics opinions cited above recognize that marketing fees calculated upon the basis of the number of matters obtained, or on the amount of legal fees generated by a matter, cannot be justified as the "cost" of advertising.  The cost of advertising does not vary depending upon whether the advertising succeeded in bringing in business, or on the amount of revenue generated by a matter.  One FFLS program charges participating lawyers "marketing fees" ranging from $10 for a $39 "Advice Session" to $400 for a "Green Card Application," which generates $2,995 in legal fees.  Clearly, there cannot be a 4000% variance in the operator's advertising and administrative costs for these two services, particularly since the operator does not, and cannot, have any role in the actual delivery of legal services.  The variation in the

amount of the marketing fees based upon the amount of the fees earned by the lawyer establishes that the non-lawyer business is participating directly in, and sharing in, the fee income derived by the lawyer.  This is impermissible fee sharing under RPC 5.4(a).

At least one FFLS program operator has claimed that its "marketing fees" are analogous to the percentage based fees that credit card companies charge merchants, including lawyers, for customer transactions.  However, unlike the FFLS program operators, which receive the prospective clients' payment up front, the credit card companies' risk of non-payment varies directly with the dollar amount of the transactions it processes on the merchant's behalf.[5]

The proponents of FFLS programs have also claimed that the lawyer's payment of marketing fees which vary based upon (1) the number of matters received, and (2) on the amount of legal fees generated by those matters, is not impermissible fee sharing, because such payments supposedly do not interfere with the lawyer's professional independence.  Even if this were accurate, it would not be dispositive of the issue.  Moreover, while the premise that the primary policy underlying RPC 5.4(a) is the preservation of the lawyer's professional independence is valid, the assumption that the lawyer's payment to a non-lawyer of marketing fees amounting to 20% to 30% of legal fees earned does not interfere with the lawyer's professional independence is, at a minimum, of questionable validity.  As discussed elsewhere in this Opinion, there are a number of aspects of the FFLS programs that pose a substantial risk of interfering with a lawyer's professional independence.

The operators of FFLS programs have also suggested that any regulatory restriction on such programs should be subject to the same constitutional scrutiny as advertising regulations.  However, the prohibition against fee sharing with non-lawyers is not part of the rules relating to advertising regulation.  The modern regulation of lawyer advertising focuses primarily on insuring that prospective clients are not deceived, but provisions of the RPCs address many other important concerns, as well.  The "marketing fees" collected by operators of FFLS programs do not correspond to any traditional model of compensation for advertising.  Advertising and marketing fees are typically based upon a before-the-fact assessment of the likely value and effectiveness of such services and not on an after-the-fact calculation of the revenue the advertiser actually derived from such services.  In the digital age, internet advertising services are able to refine the valuation of such services by calculating the number of "clicks" the advertising receives, a more sophisticated approach to the long-standing practice of estimating the number of "eyeballs" likely to see a print or television advertisement or billboard, which is a logical indication of the value of such services.  *See* State Bar of Arizona Ethics Op. 11-02, pp. 7-8 (differentiating "pay-per-click" pricing for advertising from payment based on percentage of legal fees earned).  To base advertising fees directly on the revenue derived from such services, to the extent that this can be established, would effectively make the provider of advertising services a joint venturer with its customer.[6]  Such a joint venture arrangement may be acceptable

---

[5] The FFLS program operators presumably incur merchant's fees for processing clients' credit card transactions which vary relative to the amount of the transaction.  However, this cost represents only a small proportion of the 20 to 30 percent marketing fees the operators are charging lawyers.

[6] Indiana Opinion 1 of 2012 concluded that a "group coupon" promoter's retention of up to 50 percent of the proceeds of coupon sales could not be considered the "reasonable costs of advertisements" under Indiana's Rule 7.2(b)(1), in part because such costs are "fixed."  *See also* ABA Standing Comm. on Ethics and Professional Responsibility, Formal Op. 465 (2013), at 3 (evaluation of reasonableness of advertising fees under Model Rule

for advertisers in other businesses or professions, but for Pennsylvania lawyers, is prohibited under RPC 5.4(a).

## III.   ETHICAL CONSIDERATIONS RELATING TO HANDLING OF CLIENT FUNDS

As discussed above, the non-lawyer Business collects the client's advance fee payment prior to commencement of the lawyer-client relationship and then retains the advance fee until the Business concludes, to its satisfaction, that the fees have been earned by, and should be remitted to, the lawyer. This poses several ethical issues.  Such an arrangement effectively, and exclusively, delegates to a non-lawyer several critical decisions and functions that fall within the exclusive domain of the practice of law.  This includes, for example, the decision whether the professional services the client requested of the lawyer have been satisfactorily completed, such that the advance fee has been earned by and is payable to the lawyer.  Such delegation violates RPC 2.1, which requires a lawyer to exercise independent professional judgment, and RPC 5.4(c), which prohibits a lawyer from allowing a person who recommends, employs or pays the lawyer to render legal services for another to direct or regulate the lawyer's professional judgment in rendering such legal services.

In at least some circumstances, the Business may consider the completion of a telephone call between the lawyer and the client on the Business's phone system (which apparently does not monitor content) as alone sufficient to establish that the advance fee has been "earned" and can be remitted to the lawyer's operating account.  Clearly, a lawyer would not be permitted to make this determination in such a mechanistic fashion.  Under RPC 5.3(c)(1), a lawyer cannot knowingly allow a non-lawyer to take action on the lawyer's behalf that is prohibited by the RPCs. Under RPC 8.4(a), a lawyer is prohibited from violating the RPCs through the acts of another.

Such delegation of responsibility also interferes with the lawyer's independence in carrying out relevant obligations under RPC 1.16(d), which, in pertinent part, provides that:

> Upon termination of representation, the lawyer shall … [refund] any advance payment of fee or expense that has not been earned or incurred.

As noted above, once a lawyer-client relationship has been established, it is solely the lawyer's obligation to see to it that, when the representation has been terminated, for whatever reason, any unearned advance fee is returned to the client.  Because, under the procedures described above for the FFLS program, the lawyer never possesses or controls the advance fee, the lawyer is unable to ensure that those obligations are fulfilled.  *See e.g.* State Bar of Arizona Ethics Op. 13-01 ("Arizona Opinion 13-01"), p. 11 (stating, in the context of discussion of "deal

---

7.2(b)(1) is based upon comparison to "alternate types of advertising"); Nebraska Ethics Advisory Opinion 12-03, at 2868 (to the extent that promoter's percentage share of "group coupon" sales arguably exceed "the true cost of advertising, then the lawyer risks violating Rule 5.4(a)").  The 2015 PwC Law Firm Statistical Survey, available at http://www.pwc.com/us/en/law-firms/surveys/assets/2015-lfss-brochure.pdf indicates that median in-house and outside advertising and marketing expenses total slightly over 2 percent of median lawyer revenue.  This compares to the marketing fees ranging from 20 to 30 percent of revenue charged by FFLS program operators.

of the day" promotions, that "the lawyer cannot delegate the obligation to refund legal fees to a third party"); *accord*, Alabama Opinion 2012-01).

These problems highlight a broader issue with the FFLS programs: The delegation of the possession and distribution of advance fee payments to a non-lawyer violates RPC 1.15(i), which provides:

> A lawyer shall deposit into a Trust Account legal fees and expenses that have been paid in advance, to be withdrawn by the lawyer only as fees are earned or expenses incurred, unless the client gives informed consent, confirmed in writing, to the handling of fees and expenses in a different manner.

The only way to rectify the issues discussed above would be for the Business to immediately remit advance fee payments to the lawyer, for deposit in the lawyer's Trust Account, as defined in RPC 1.15(a)(11), as soon as a lawyer-client relationship is established. *Accord*, Arizona Opinion 13-01; Indiana Opinion 1 of 2012.   This would not only comply with RPC 1.15(i), but would also allow the lawyer to independently fulfill his or her non-delegable obligations with respect to the disposition of the funds, as required under RPCs 2.1, 5.4(c), and 1.16(d).   However, as presently constituted, the FFLS programs do not accommodate this requirement.

## IV.   ETHICAL CONSIDERATIONS RELATING TO "LIMITED SCOPE" REPRESENTATION[7]

"Limited scope" representation is authorized under RPC 1.2(c), which provides:

> A lawyer may limit the scope of the representation if the limitation is reasonable under the circumstances and the client gives informed consent.

The two operative requirements for limited scope representation are that (1) the limitation be "reasonable," and (2) "the client gives informed consent."   When a prospective client contacts a Business operating a FFLS program seeking legal assistance, the Business, as a non-lawyer, cannot properly assess whether the limited scope legal services the prospective client seeks are appropriate for the client, or that the limitations on the scope of the representation offered through the FFLS program would be "reasonable" within the meaning of RPC 1.2(c), given the prospective client's particular circumstances.   The Business cannot secure the prospective client's informed consent to the limitations to the representation, because this is also a non-delegable responsibility of the lawyer who ultimately undertakes the representation.

---

[7] Joint Formal Opinion 2011-100 ("FO 2011-100"), issued by this Committee and the Philadelphia Bar Association Professional Guidance Committee, addresses the ethical issues generally associated with "limited scope" representation under RPC 1.2(c).  The Committee recommends that lawyers considering undertaking such a representation, whether through an FFLS program or otherwise, consult FO 2011-100 for guidance.  To avoid duplication, this Opinion will focus on the issues uniquely associated with undertaking limited scope representation through an FFLS program.

Therefore, the responsibility to determine whether the prospective limited scope representation is appropriate for the prospective client, and whether the limitations are reasonable under the circumstances, falls solely on the lawyer who proposes to undertake the representation, as does the obligation to secure the prospective client's informed consent to the limitations.[8]  In theory, at least, it would be possible for a lawyer who decides to accept a FFLS program referral to fulfill these obligations.  From a practical and economic standpoint, however, given the time and financial constraints imposed by the FFLS programs, it will be challenging, if not impossible, for a lawyer to make the necessary assessment of the appropriateness and reasonableness of the limited scope assignment, to secure the client's informed consent to such limitations, and to then provide the requested professional services.  The challenge of obtaining "informed consent" in the context of a prospective matter received through an FFLS program is highlighted by considering the definition of "informed consent" in RPC 1.0(e), and the Comments (6 and 7) to that definition:

> "Informed consent" denotes the consent by a person to a proposed course of conduct after the lawyer has communicated adequate information and explanation about the material risks of and reasonably available alternatives to the proposed course of conduct.

> [6]     Many of the Rules of Professional Conduct require the lawyer to obtain the informed consent of a client or other person (e.g., a former client or, under certain circumstances, a prospective client) before accepting or continuing representation or pursuing a course of conduct.  See, e.g., Rules 1.2(c), 1.6(a), 1.7(b), 1.8(a)(3), (b), (f) and (g), 1.9(a) and (b), 1.10(d), 1.11(a)(2) and (d)(2)(i), 1.12(a) and 1.18(d)(1).  The communication necessary to obtain such consent will vary according to the Rule involved and the circumstances giving rise to the need to obtain informed consent.  The lawyer must make reasonable efforts to ensure that the client or other person possesses information reasonably adequate to make an informed decision.  Ordinarily, this will require communication that includes a disclosure of the facts and circumstances giving rise to the situation, any explanation reasonably necessary to inform the client or other person of the material advantages and disadvantages of the proposed course of conduct and a discussion of the client's or other person's options and alternatives.  In some circumstances it may be appropriate for a lawyer to advise a client or other person to seek the advice of other counsel.  A lawyer need not inform a client or other person of facts or implications already known to the client or other person; nevertheless, a lawyer who does not personally inform the client or other person assumes the risk that the client or other person is inadequately informed and the consent is invalid.  In determining whether the information and explanation

---

[8] The lawyer must also independently assess whether the proposed flat fee would be "clearly excessive" under RPC 1.5(a) although, from a practical standpoint, that seems unlikely to be a concern under the FFLS programs.

provided are reasonably adequate, relevant factors include whether the client or other person is experienced in legal matters generally and in making decisions of the type involved, and whether the client or other person is independently represented by other counsel in giving the consent. Normally, such persons need less information and explanation than others, and generally a client or other person who is independently represented by other counsel in giving the consent should be assumed to have given informed consent.

[7]    Obtaining informed consent will usually require an affirmative response by the client or other person. In general, a lawyer may not assume consent from a client's or other person's silence. Consent may be inferred, however, from the conduct of a client or other person who has reasonably adequate information about the matter. …The term informed consent in Rule 1.0 and the guidance provided in the Comment should be understood in the context of legal ethics and is not intended to incorporate jurisprudence of medical malpractice law.

The burden on the lawyer to verify the appropriateness of the "limited scope" services to meet the client's needs, as well as the reasonableness of the limitation on the scope of services to be provided, is further heightened by the broad and vague descriptions of limited scope services that are offered on a flat fee basis through a typical FFLS program operator, such as: Document Review; Create a Termination Letter; Create a Business Contract; Create an Operating Agreement; Create a Business Partnership; Create an Asset Purchase Agreement; Create an Estate Plan Bundle; Create a Living Trust Bundle (Couple); Create a Parenting Plan; and Create a Commercial Lease Agreement. Even if the prospective client selects the correct general category of service, the prospective client's perception of what is needed may differ from what is actually required, and the lawyer would have no way of ascertaining the scope and magnitude of the effort required to meet the prospective client's true needs until after speaking with the client, possibly at great length.

This is not to mention that the lawyer must also conduct a proper conflict check which, in most cases, cannot be completed until the lawyer is in direct communication with the prospective client.

An example of one of the most basic and self-explanatory services offered through an FFLS program is a fifteen minute "Advice Session" on one of several topics for a flat fee of $39. A lawyer who completes an assignment for such a session must remit a $10 marketing fee back to the Business. In most, if not all cases, it is difficult to imagine how a lawyer could fulfill all of the obligations imposed under RPC 1.2(c), as well as conduct a proper conflicts check, within fifteen minutes. Of course, a lawyer could (and perhaps should) consider the time devoted to fulfilling these obligations as part of the "business intake" process, and therefore reserve to the client the full fifteen minutes allotted for consultation and substantive advice. In such circumstances, the lawyer would need to evaluate the economic feasibility of devoting the time required to fulfill all ethical obligations and then to provide fifteen minutes of legal

10

representation, in return for $29 in net revenue.  It is conceivable, for example, that the lawyer might perceive the fifteen minute "advice sessions" and the associated time devoted to "intake" procedures as "loss leaders" that could provide opportunities for more extensive and economically remunerative legal representation of the prospective client.

If, on the other hand, a lawyer exercising his or her independent professional and business judgment concludes that it is not feasible to provide the requested professional services and to fulfill the lawyer's ethical obligations to the client, including the obligations imposed under RPC 1.2(c) and the obligation to perform a proper conflict check, then the lawyer would be required to decline the matter.  However, lawyers seeking to expand their practices through FFLS programs may face significant economic pressure to overlook their professional obligations.

## V.   ETHICAL CONSIDERATIONS RELATING TO PRESET FLAT FEES

As discussed above, the Business operating the FFLS program establishes the schedule of flat fees to be paid for the services offered. At first blush, this may also appear to be an inappropriate interference with the lawyer's independent professional judgment.  However, as discussed in the preceding section, the lawyer has an obligation to independently evaluate the appropriateness and reasonableness of the proposed limited scope representation.  The lawyer similarly has the ability, and the obligation, to evaluate the appropriateness of the proposed fee arrangement.   The situation is practically indistinguishable from circumstances where a prospective client comes to a lawyer (without the benefit of an intermediary) and demands that the lawyer perform work for an unreasonably low fee, or seeks to impose unreasonable or inappropriate limitations on the scope of the representation.  A lawyer always has the ability to decline such matters and may, in many circumstances, have the professional obligation to do so.

## VI.   ETHICAL CONSIDERATIONS RELATING TO CONFIDENTIALITY

The structure of the FFLS programs exposes the Business to significant information that would ordinarily be considered confidential under RPC 1.6(a).  At the outset, the potential client's description of his or her perceived legal issues and needs is disclosed to the Business before it is disclosed to the lawyer.  The Business is, of course, also aware of the fee arrangement between the lawyer and the client.  This information, as well as the very existence of the lawyer-client relationship, would typically be considered "information relating to representation of a client" and therefore confidential under RPC 1.6(a).

RPC 1.6(a) prohibits a lawyer from "revealing" confidential information, subject to various exceptions.  Under the FFLS program, it is the prospective client who chooses to reveal the information described above to the Business, and that choice is made before the lawyer-client relationship has even been established.  Therefore, the client's disclosure of information to the Business prior to formation of a lawyer-client relationship does not directly implicate the lawyer's duty of confidentiality under RPC 1.6(a).   The program does, however, place information at risk of disclosure in future litigation, since the communications between the client and the Business would not be protected by the lawyer-client privilege.[9]

---

[9] Published "Terms of Service" for at least one FFLS Program appropriately disclaim any lawyer-client relationship between the prospective client and the Business. On the other hand, in discussing its "Satisfaction Guarantee," the

With one exception, the FFLS program does not require, or anticipate, further disclosure of potentially confidential information to the Business once the lawyer-client relationship has been established.  The one exception is that the Business must be informed, or at least reach the conclusion, that the assignment has been completed, in order to release the advance fee payment to the lawyer.  The completion of the assignment, as well as the nature of the work performed is itself "information relating to representation of the client" subject to RPC 1.6(a).  No exception to the prohibition against disclosure applies.  Disclosure is not "impliedly authorized in order to carry out the representation."  Rather, disclosure to the Business is merely the Business's externally-imposed condition to the lawyer's receipt of the client's advance fee payment, which has nothing to do with "carrying out the representation."

The lawyer could request the client's informed consent to the disclosure. (*See, e.g.* PBA Formal Opinion 2001-200, Section C. (client's informed consent required before lawyer can turn over billing statements to outside auditor).  However, this would require an affirmative discussion with the client during the often brief course of the lawyer-client relationship and, prior to the Business being informed that the matter has been concluded.  While this may be possible to accomplish, the structure of the limited scope assignments, particularly the time-limited assignments, does not facilitate the lawyer's compliance with this obligation.

Of course, if the lawyer completes the requested assignment, the lawyer will remain subject to the confidentiality obligations imposed under RPC 1.6(e) and 1.9(c).  Even if the lawyer ultimately declines the assignment, whether due to an identified conflict, or a determination that the requested services are inappropriate or for any other reason, the lawyer, and his or her firm, will be subject to the obligations imposed under 1.18(b).

## VII.   ETHICAL CONSIDERATIONS RELATING TO COMMUNICATIONS BY LAWYER REFERRAL SERVICES

RPC 7.7(a), in pertinent part, prohibits a lawyer from accepting referrals from a lawyer referral service if the service engages in communications with the public in a manner that would violate the RPCs if the communication were made by the lawyer. This includes communications which, if made by the lawyer, would violate RPC 7.1, which provides:

> A lawyer shall not make a false or misleading communication about the lawyer or the lawyer's services.  A communication is false or misleading if it contains a material misrepresentation of fact or law, or omits a fact necessary to make the statement considered as a whole not materially misleading.

A lawyer participating in a FFLS program must therefore ensure that the service's public communications about the lawyer and the lawyer's services are not false or misleading within the

---

same FFLS program operator refers to those that purchase legal services through its program as "our clients," which could heighten concerns regarding potentially assisting in the unauthorized practice of law (*See* Section VIII, below).

meaning of RPC 7.1.[10]  For example, if a lawyer recognizes that it is practically or economically infeasible to provide particular FFLS services offered through the program at the rates specified by the program for such services, and still fulfill the lawyer's duty of competence and other ethical obligations described in the preceding Sections of this Opinion, then the lawyer would be obligated, under RPC 7.7(a), to decline to participate in the program, at least with respect to any FFLS services which the lawyer knows cannot feasibly and ethically be provided within the constraints of the program's fee structure.

## VIII.   ETHICAL CONSIDERATIONS RELATING TO POTENTIAL ASSISTANCE IN THE UNAUTHORIZED PRACTICE OF LAW

Among other things, RPC 5.5(a) prohibits a Pennsylvania lawyer from assisting another person in the unauthorized practice of law.  The Pennsylvania Bar Association has an Unauthorized Practice of Law Committee (the "UPL Committee"), which is charged with the responsibility of investigating whether specific activities constitute the unauthorized practice of law.  This Committee defers to the UPL Committee in evaluating whether any specific activity by any specific person or entity constitutes the unauthorized practice of law.  Nevertheless, it is important to recognize that, as discussed in the preceding sections of this Opinion, many of the aspects of the FFLS programs described above involve the operators of such programs at least initially making judgments and decisions which are only appropriately made by lawyers.  To the extent that such activity might constitute the unauthorized practice of law, a Pennsylvania lawyer participating in an FFLS program who facilitates, cooperates with or otherwise assists in such activities may well be in violation of RPC 5.5(a).

## IX.   ACCESS TO LEGAL SERVICES

Operators of FFLS programs argue that "unbundling" legal services reduces the cost to clients, thereby making legal services more accessible.  Expanding access to legal services is, of course, an important goal that all lawyers, and the organized Bar, should support.  However, the manner in which these FFLS programs currently operate raises concerns about whether they advance the goal of expanding access to legal services.  Further, compliance with the RPCs should not be considered inconsistent with the goal of facilitating greater access to legal services.  Any lawyer can offer "unbundled" or "limited scope" legal services at, or even below, the rates prescribed by an FFLS program, provided the lawyer can do so in a manner that complies with his or her professional and ethical obligations, including the obligation of competence (see RPC 1.1) and full disclosure of and informed consent to any limitations on the scope of the legal services rendered.  If a lawyer cannot fulfill those obligations working outside the scope of an FFLS program, he or she almost certainly would not be able to do so working within such a program.  If anything, services offered through FFLS programs would be expected to be even more costly than they otherwise would have to be, because of the burden of substantial "marketing fees" that vary in direct relation to the revenue derived from such legal services and that bear no relationship to the actual cost of any marketing services provided.

---

[10] A lawyer who knowingly allows a lawyer referral service or advertising service to make false or misleading communications on the lawyer's behalf would also violate RPC 8.4(a), which prohibits a lawyer from violating the RPCs through the acts of another.

## X.     CONCLUSION

A lawyer who participates in a Flat Fee Limited Scope Legal Services referral program such as that described in this Opinion, in which the program operator collects "marketing fees" from that lawyer that vary based upon the legal fees collected by the lawyer, violates RPC 5.4(a)'s prohibition against sharing legal fees with a non-lawyer.

In addition, under the procedures of the FFLS program described in this Opinion, the advance fees paid by the client remain in the possession of the non-lawyer program operator until the operator concludes that the requested legal services have been performed, at which time the operator deposits the funds into the lawyer's operating account.  Consequently, a lawyer who participates in such a program violates RPC 1.15(i), which requires advance fees to be deposited in the lawyer's Trust Account.

Participation in such a program also poses a substantial risk that the lawyer could violate the following RPCs:

RPC 2.1, which requires a lawyer to exercise independent professional judgment;

RPC 5.4(c), which, in pertinent part, prohibits a lawyer from allowing a person who recommends a lawyer to direct or regulate the lawyer's professional judgment;

RPC 5.3(c)(1), which holds a lawyer responsible for conduct of a  non-lawyer that would violate the RPCs if engaged in by the lawyer, if the lawyer has ordered or ratified such conduct;

RPC 8.4(a), which prohibits a lawyer from violating the RPCs through the acts of another;

RPC 1.16(d), which, in pertinent part, requires a lawyer to refund to a client any advance payment of fees that has not been earned upon termination of the representation;

RPC 1.2(c), which permits a lawyer to limit the scope of a representation, but only if the limitation is reasonable under the circumstances and the client has given informed consent;

RPC 1.6(a), which generally prohibits a lawyer from revealing information relating to the representation of a client; and

RPC 7.7(a), which, in pertinent part, prohibits a lawyer from accepting referrals from a lawyer referral service if the service engaged in communications with the public in a manner that would violate the RPCs if the communication were made by the lawyer.

Participation in such a program could also raise potential concerns regarding assisting in the unauthorized practice of law, in violation of RPC 5.5(a).

**CAVEAT:**  THE FOREGOING OPINION IS ADVISORY ONLY AND IS NOT BINDING ON THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA OR ANY COURT.  THIS OPINION CARRIES ONLY SUCH WEIGHT AS AN APPROPRIATE REVIEWING AUTHORITY MAY CHOOSE TO GIVE IT.

# EXHIBIT 19



# ETHICS ADVISORY OPINION

# 17-06

UPON THE REQUEST OF A MEMBER OF THE SOUTH CAROLINA BAR, THE ETHICS ADVISORY COMMITTEE HAS RENDERED THIS OPINION ON THE ETHICAL PROPRIETY OF THE INQUIRER'S CONTEMPLATED CONDUCT. THIS COMMITTEE HAS NO DISCIPLINARY AUTHORITY. LAWYER DISCIPLINE IS ADMINISTERED SOLELY BY THE SOUTH CAROLINA SUPREME COURT THROUGH ITS COMMISSION ON LAWYER CONDUCT.

**Factual Background**:

An attorney directory website released a new fixed-fee legal referral service. The service works as follows: Attorney signs up for the service by agreeing to offer certain flat fee services. The fee for the service is set by the internet advertising directory website(service). The service makes the referral to the attorney, who then contacts the client to arrange a meeting and begin the representation. The service handles payment processing from the client and holds the funds until the service is completed. Upon completion of the work, the service transfers the full amount of the fee to attorney's account. Upon completion of the work, the service charges the attorney a "per service marketing fee" which seems to be based upon the service provided and is only incurred when the lawyer provides the service. For example, the fee for an uncontested divorce may be $995, and the fee is $200, while the fee to start a single member LLC is $595, and the fee is $125.

**Questions Presented**:

1. Does the arrangement above violate the prohibition against sharing fees with a non-lawyer as described in Rule 5.4?
2. Alternatively, does the arrangement violate the "reasonable costs of advertisements or communications" as described in Rule 7.2 (c) (1)?

**Summary**:

The arrangement described herein violates the prohibition of sharing fees with a non- lawyer as described in Rule 5.4(a). In the alternative, assuming, for the purposes of this question only, that the arrangement does not violate Rule 5.4(a), the arrangement would violate the Rule 7.2(c) prohibition of paying for a referral and is not saved by the exceptions found in Rule 7.2(c)(1), (2), or (3).

**Discussion**:

Fee Sharing
Rule 5.4 (a) prohibits a lawyer or law firm from sharing legal fees with a non-lawyer, subject to certain exceptions set forth in 5.4 (a) (1)-(4). The exceptions generally fall into two categories: payments to a deceased lawyer's estate or payment to non-lawyer employees in a compensation or retirement plan that is based in whole or in part on a profit sharing arrangement. The exceptions do not apply here.

In the situation described above, the service collects the entire fee and transmits it to the attorney at the conclusion of the case. In a separate transaction, the service receives a fee for its efforts, which is apparently directly related to the amount of the fee earned in the case. The fact that there is a separate transaction in which the service is paid does not mean that the arrangement is not fee splitting as described in the Rules of Professional Conduct.

A lawyer cannot do indirectly what would be prohibited if done directly. Allowing the service to indirectly take a portion of the attorney's fee by disguising it in two separate transactions does not negate the fact that the service is claiming a certain portion of the fee earned by the lawyer as its "per service marketing fee."

Reasonable costs of advertisements or communications
Rule 7.2(c) prohibits a lawyer from giving anything of value to a person for recommending the lawyer's services, with three exceptions. The first exception, found in 7.2(c)(1) allows for a lawyer to pay for the "reasonable costs of advertisements or communications permitted by this Rule."

Assuming that any advertising or solicitation done by the service complies with the requirements of Rule 7.2, the question becomes whether the payments made by the lawyer to the service can be considered the "reasonable costs of advertisement or communication." Comment 7 to the rule discusses reasonable advertising costs and lists such items as newspaper ads, on-line directory listings, radio/television advertisement, etc. The permitted type of advertising described in the comments typically is of a type that has a fixed cost per ad or per run of air time, and reasonableness can be assessed by the market rate for the type of advertising.

The service, however, purports to charge the lawyer a fee based on the type of service the lawyer has performed rather than a fixed fee for the advertisement, or a fee per inquiry or "click." In essence, the service' s charges amount to a contingency advertising fee arrangement rather than a cost that can be assessed for reasonableness by looking at market rate or comparable services.

Presumably, it does not cost the service any more to advertise online for a family law matter than for the preparation of corporate documents. There does not seem to be any rational basis for charging the attorney more for the advertising services of one type of case versus another. For example, a newspaper or radio ad would cost the same whether a lawyer was advertising his services as a criminal defense lawyer or a family law attorney. The cost of the ad may vary from

publication to publication, but the ad cost would not be dependent on the type of legal service offered.

By basing the advertising charge to the lawyer on the fee collected for the work rather than having a fixed rate per referral or other reasonable cost for the advertisement, a lawyer utilizing this service cannot claim the exception to the prohibition of paying for referrals contained in Rule 7.2(c)(1).

The remaining exceptions found in Rule 7.2(c)(2) and (3) are likewise inapplicable. Rule 7.2 (c)(2) allows an exception to the rule for the usual charges of a legal service plan or not for profit lawyer referral service. The comments to Rule 7.2 define a legal service plan as a" prepaid or group legal service plan or similar delivery system" that assists clients in finding attorneys. The service's design does not appear to be a sort of prepaid system like commercial plans in which a person pays a fee to be a member. The service likewise does not appear to be a "not for profit" lawyer referral service. Therefore, the exceptions found in Rule 7.2(c)(2) do not apply.

Rule 7.2(c)(3) allows an exception for payment for a law practice in accordance with Rule 1.17, which is not applicable to this scenario.

# EXHIBIT 20

*Serving the legal profession and the community since 1876*

(http://www.nysba.org)

Communities (http://communities.nysba.org)　　Online Store (/store)
News Center (/newscenter/)　　Contact Us (/contact/)　　Help (/howdoi/)

LOGIN | JOIN
(/login/login.aspx?
returnURL=http%3a%2f%2fwww.nysba.org%2fCustomTemplates%2fContent.aspx%3fid%3d

[search]　►
Powered by Recommind

# ETHICS OPINION 1132

🖨 (/EthicsOpinion1132/?css=print) ⌃

**New York State Bar Association**
**Committee on Professional Ethics**

Opinion 1132 (8/8/17)

**Topic:**　Paying nonlawyers for a recommendation or referral

**Digest:**　A lawyer may not pay the current marketing fee to participate in Avvo Legal Services, because the fee includes an improper payment for a recommendation in violation of Rule 7.2(a).

**Rules:**　1.0(a), 5.4(a), 7.1(a), 7.1(b)(1), 7.1(f), 7.1(h), 7.2(a)

**FACTS**

1.　The inquirer is a lawyer who wishes to participate in Avvo Legal Services, which is a service of Avvo, Inc.　Avvo, Inc. is a privately-owned corporation that describes itself as an online legal services marketplace.　(Avvo, Inc. and Avvo Legal Services are sometimes each referred to in this opinion as "Avvo" and lawyers who offer Avvo Legal Services are referred to as "participating lawyers").　The inquirer would offer legal services through Avvo's website and pay the marketing fees that Avvo charges to lawyers who obtain clients via the Avvo website.　The inquirer asks whether the New York Rules of Professional Conduct (the "Rules") permit New York lawyers to pay Avvo's marketing fees.　Because Avvo's method of operation is crucial to our response, we will devote several paragraphs to describing the Avvo Legal Services product.

2.　Avvo allows potential clients to choose participating lawyers in various practice areas for a fixed (*i.e.*, flat) fee.　The Avvo website (*www.avvo.com*) (http://www.avvo.com%29/) says: "Experienced lawyers on demand. Hire yours" and "Work with highly rated, local lawyers near you," and it contains a guide called "How to find and hire a great lawyer."

*Avvo Ratings*

3.　Avvo assigns every lawyer in a jurisdiction an "Avvo rating." The rating is calculated based on information Avvo collects from lawyer websites and other public sources (such as the type of work the lawyer does and the number of years the lawyer has been engaged in that work),  as well as on information the lawyer has chosen to add to the lawyer's Avvo profile (such as publications, CLE presentations, speaking engagements and positions with bar associations and their committees). Avvo's website says that each attorney's rating "is calculated using a mathematical model, and all lawyers are evaluated on the same set of standards. … At Avvo, all lawyers are treated equally." Avvo does not seek or accept any payment for an Avvo rating. However, lawyers who supply more information may receive higher ratings than lawyers who supply less information. Avvo says it scores all information objectively, and does not use subjective data such as client reviews.  Although Avvo assigns a rating to all lawyers in a jurisdiction, lawyers cannot offer their services through Avvo unless they meet Avvo's minimum criteria and sign up with Avvo to be listed on the site and agree to Avvo's pricing schedule and marketing fees. According to Avvo, the criteria for participation include a minimum Avvo Rating, a minimum client review score, and a clean disciplinary history.

*How a Prospective Client Chooses a Lawyer and Service*

3.　A prospective client seeking legal services through Avvo first chooses an area of law practice and a state or city. (Avvo lists all 50 states and the District of Columbia, and separately lists about 50 major cities.) The Avvo site says: "Choose an area of law to find top-rated attorneys near you." The site lists numerous areas of law practice, such as Business, Family, Government, Immigration, Bankruptcy and Debt, Criminal Defense, Landlord & Tenant, Employment & Labor, Real Estate, and Estate Planning.

5.　Next, the prospective client chooses a type of legal service or "package." The Avvo website says: "Packages include advice sessions, document reviews, and start-to-finish support." Advice sessions (called "Avvo Advisor") come in two varieties – the prospective client may either (i) click on a specific lawyer, who is required by Avvo to call back within one business day, or (ii) click on "have a lawyer call me now," in which case Avvo sends a text message to all lawyers in the selected practice area and locale, and the first available lawyer calls the prospective client.  When using the first of these varieties of advice session, the client is free to choose from the entire list of lawyers who are licensed in the client's state and who offer the service the client seeks to purchase.

6.　Avvo's website does not say, "We recommend that you choose this lawyer," or "This lawyer is the best fit for your situation." Rather, Avvo furnishes information about lawyers (including client reviews, peer reviews, and Avvo ratings) and allows clients to choose the lawyer. Avvo describes its service as simply "facilitating a marketplace" where consumers can choose from among all of Avvo's participating lawyers.

7.　Once the prospective client has chosen a lawyer (or opted for "have a lawyer contact me now") and selected a specified legal service, the client clicks on a button that says "Buy now." The lawyer then contacts the client. (Phone calls from a participating lawyer to a client initially go through an automated Avvo "switchboard" so that Avvo can time the calls, but Avvo asserts that it cannot listen to the calls.) Once the lawyer and client have completed a phone call of at least eight minutes, Avvo charges the client's credit card for the full amount of the fee for the selected legal service.

*Avvo's Satisfaction Guarantee*

8.　Part of the Avvo product is that Avvo gives a "satisfaction guarantee" and will refund the fee to the client (or allow the client to choose a different participating lawyer at no additional charge) if (a) the lawyer does not deliver the services for which the client has paid, or (b) the client is not satisfied with the lawyer's services. Avvo's website describes the satisfaction guarantee as follows:

　　**If you're not 100% happy with the service you purchased, we'll make it right.**

We stand behind our services and expect our clients to be 100% satisfied with their experience. If you are unhappy with the service you purchased, we'll make it right. We will help you switch lawyers or services to make sure you get the legal help you need, at no cost to you. If you don't want to continue to solve your issue through Avvo Legal Services, we will fully refund your purchase.

　　**What if I don't get the results I expect?**

We guarantee the services listed on our website, but we can't guarantee any specific outcome. Every legal case is unique. The success of your case depends on many different factors.

　　**How do I request a refund or file a complaint?**

To file a complaint or seek a refund, contact customer care . . . . Depending on your situation, documentation may be needed. Your customer care rep will work with you to fix the situation to your satisfaction.

Avvo considers this satisfaction guarantee to be part of its marketing costs, reasoning that the satisfaction guarantee makes participating lawyers more attractive than lawyers who do not offer a satisfaction guarantee.

*Avvo's Marketing Fee*

9.  At the beginning of each month, Avvo pays each participating attorney all of the legal fees generated through Avvo by that attorney in the previous month, and separately charges each attorney a "marketing fee" for each legal service the attorney has completed during the prior month (unless Avvo has refunded the client's payment). As an example, Avvo's website tells lawyers that "if a client purchases a $149 document review service with you, you will be paid the full $149 client payment into your deposits account. As a separate transaction, you will be charged a $40 marketing fee from your withdrawals account." *See* http://bit.ly/2fIlOxM (http://bit.ly/2fIlOxM)("Attorney FAQ for Avvo Legal Services").

10.  The amount of Avvo's marketing fee depends on the service.  For more expensive legal services, Avvo generally charges lawyers a higher marketing fee.  An FAQ on Avvo's website explains the marketing fee as follows: "The amount depends on the service, and ranges from a $10 marketing fee for a $39 service, to $40 marketing fee for a $149 service, up to a $400 marketing fee for a $2,995 service." As these examples show, the marketing fee is not directly proportional to the price of the legal service – a $10 marketing fee is 25.6% of a $39 service, a $40 marketing fee is 26.8% of a $149 service, but a $400 marketing fee is only 13.4% of a $2995 service.[1] Thus, the marketing fee is not a fixed percentage of the legal fees, but it is generally greater for higher-priced services than for lower-priced services.

11.  To understand Avvo's rationale in setting its marketing fees, this Committee posed various questions directly to Avvo.  Avvo explained that the correlation between its marketing fees and the price of Avvo legal services reflects two interrelated concepts.

12.  First, Avvo says that more expensive legal services cost more to market. For example, Avvo says that its ad placements on Google and on online advertising networks cost more for more expensive services, and cost more for more competitive keywords. Also, Avvo's marketing fee covers the credit card processing fee, which is a fixed percentage of the total legal fee, so a higher legal fee necessarily entails a higher credit card processing fee.

13.  Second, Avvo says that its customer service costs are higher for more expensive services. For example, Avvo says that its "platform usage" and "customer care" expenses are higher for more expensive services, because clients raise more questions about more expensive services. Avvo employs a team of live customer care representatives who handle client inquiries via phone, email, and electronic chat – see https://support.avvo.com/hc/en-us/requests/new) (https://support.avvo.com/hc/en-us/requests/new). In addition, Avvo says that requests for refunds, voids, chargebacks, and other forms of what it calls "breakage" are higher for more expensive services. We have not verified any of Avvo's facts or claims regarding its marketing expenses, but we accept them as true for purposes of our analysis in this opinion.

**QUESTION**

14.  May a New York lawyer pay Avvo's current marketing fee to participate in Avvo Legal Services?

**OPINION**

Issues Not Decided Here

15.  Avvo's mode of operation raises many questions under the Rules in addition to the marketing fee issue.  For example:

•Avvo markets the services of participating lawyers. Rule 7.1(a) prohibits a lawyer from participating in an advertisement that "(1) contains statements or claims that are false, deceptive or misleading; or (2) violates a Rule."  Rule 7.1(a) also requires that certain ads contain prescribed disclosures, such as the label "Attorney Advertising," and information about the lawyer whose services are advertised.  *See* Rules 7.1(f), 7.1(h).  Rule 1.0(a) defines an "advertisement" to mean "any public or private communication made by or on behalf of a lawyer or law firm about that lawyer or law firm's services the primary purpose of which is for the retention of the layer or law firm."  As we said in N.Y. State 1131 (2017):

Even though the Service, not the lawyer, creates and disseminates the Service's website, each participating lawyer is "participat[ing] in the use and dissemination of" this advertisement within the meaning of Rule 7.1(a) and therefore has a duty to assure that the website is consistent with Rule 7.1. This means that a participating lawyer must determine that the website does not make false, misleading or deceptive statements or claims, or otherwise violate the Rules.

•Under Rule 7.1(b)(1) and Comment [13] to Rule 7.1, lawyers may not use Avvo ratings (or any other ratings) in their advertising unless those ratings are "bona fide professional ratings." As noted in ¶ 19, the Avvo website constitutes advertising of lawyers who participate in Avvo Legal Services.  Consequently, participating lawyers must determine whether the ratings provided by the service are bona fide.  Comment [13] to Rule 7.1, headed "Bona Fide Professional Ratings," provides guidance, saying that ratings are not "bona fide" unless (among other things) the ratings "evaluate lawyers based on objective criteria or legitimate peer review in a manner unbiased by the rating service's economic interests," and are "not subject to improper influence by lawyers who are being evaluated."  If the rating is not bona fide, it would be false and misleading in violation of Rule 7.1(a)(1).  We lack sufficient facts to determine (and do not decide) whether Avvo's rating system meets the criteria for a bona fide professional rating.

•Many of the services under the Avvo Legal Services program involve limited services, such as a 15-minute advice session or review of a document and a 30-minute advice session but not revision of the document.  Both the Rules and our opinions have approved limited scope representations under certain conditions that we do not repeat here.  *See* Rule 1.2(c) and Cmts. [6] and [7], N.Y. State 856 (2011), N.Y. State 604 (1989).

•The fact that Avvo sets the amount of the legal fee for each service raises questions about whether a participating lawyer can deliver competent legal services for Avvo's chosen price and whether a lawyer is allowing Avvo to interfere in the lawyer's independent professional judgment regarding how much time to spend on a matter.

•The marketing fee raises questions about whether lawyers who participate in Avvo Legal Services are improperly sharing legal fees with a nonlawyer.[2]

•Avvo's satisfaction guarantee raises questions about confidentiality. If clients call Avvo to complain, does the "documentation" that Avvo asks for or receives include "confidential information" within the meaning of Rule 1.6(a)?  How does Avvo avoid receiving confidential information when evaluating whether to refund the legal fee a client has paid through Avvo?

16.  In this opinion, we do not address or answer any of those additional issues, because we believe our answer to the question posed by the inquirer is dispositive. Similarly, we express no opinion as to whether Avvo's operations implicate § 495(1)(d) of the Judiciary Law, which provides that "[n]o corporation . . . shall . . . furnish attorneys or counsel."  That is a question of law beyond our jurisdiction. Instead, we focus in this opinion only on whether the marketing fee that Avvo charges to participating lawyers constitutes an improper payment for a recommendation (*i.e.*, an improper referral fee) within the meaning of Rule 7.2(a) of the Rules.

Does the marketing fee constitute an improper payment for a recommendation?

17.  Rule 7.2(a) sets forth the following general rule:

A lawyer shall not compensate or give anything of value to a person or organization to *recommend* or obtain employment by a client, or as a reward for having made a *recommendation* resulting in employment by a client .... [Emphasis added.]

(Rule 7.2(a) also states two exceptions not relevant here.)

**18. Whether paying Avvo's marketing fee complies with Rule 7.2(a) depends primarily on what a lawyer is purchasing when the lawyer pays Avvo's marketing fee. If the lawyer is paying the marketing fee solely to obtain advertising and marketing services from Avvo, then the lawyer is not giving Avvo something "of value" to recommend the lawyer, but is instead paying Avvo for marketing services, which does not violate Rule 7.2(a). If, however, the marketing fee also includes a payment to Avvo for recommending the lawyer, then the payment constitutes giving something "of value" for a recommendation, which does violate Rule 7.2(a).**

    1.   *Is the marketing fee solely a payment for advertising and marketing services?*

19. A marketing fee is not *per se* prohibited by Rule 7.2(a). A lawyer may pay nonlawyers to advertise or market the lawyer's services. Comment [1] to Rule 7.2 says explicitly that Rule 7.2(a) "does not prohibit a lawyer from paying for advertising and communications permitted by these Rules," and that a lawyer "may also compensate employees, agents and vendors who are engaged to provide marketing or client development services, such as publicists, public-relations personnel, marketing personnel, business development staff, and web site designers." We believe Avvo's website is an "advertisement" within the meaning of Rule 1.0(a). The Avvo website is a public communication on behalf of each participating lawyer, about that lawyer, for the primary purpose of helping the participating lawyers obtain employment by potential clients who use the Avvo website. And the participating lawyers "use or . . . participate in use" of the advertisement within the meaning of Rule 7.1(a) because they must take action to participate in Avvo Legal Services.

20. We addressed payments to nonlawyers for advertising in N.Y. State 897 (2011), which addressed a "deal-of-the-day" service similar to Groupon or Living Social. There, the deal-of-the-day service negotiated with lawyers to obtain a discounted legal fee. Potential clients who wanted the lawyer's discounted services used a credit card on the deal-of-the-day website to purchase a voucher for the lawyer's services. The website then deducted "a percentage of the gross receipts as its compensation" and paid the balance to the lawyer. (Opinion 897 does not specify the percentage.) We asked "whether the money retained by the website is merely an appropriate payment for a novel form of advertising or is a compensation for the referral of a client." We concluded that the deal-of-the-day arrangement was an appropriate payment for advertising, and was not payment for a referral, and therefore did not violate Rule 7.2(a). To explain our rationale, we said (in ¶12):

> We note that the website has no individual contact with the coupon buyers other than collecting the cost of the coupon. The website has not taken any action to refer a potential client to a particular lawyer – instead it has carried a particular lawyer's advertising message to interested consumers and has charged a fee for that service.

21. Opinion 897 did not reach a categorical conclusion, however, because we were "not privy to the percentage amount retained by these various websites...." We said: "[A]ssuming that it is a reasonable payment for this form of advertising, we conclude that there is no violation of Rule 7.2." We then qualified our opinion by saying: "Different arrangements between the lawyer and the website could lead to the opposite conclusion, *i.e.*, that the lawyer is paying for a referral in violation of Rule 7.2."

22. Here, we again lack sufficient information to determine whether Avvo's marketing fee is "a reasonable payment for this form of advertising." We therefore do not decide this question.[3]

    2.   *Is the marketing fee a payment for a recommendation?*

23. Under Rule 7.2, although lawyers may ethically pay nonlawyers for advertising and marketing services, they may not pay for a "recommendation." Therefore, we must determine whether the marketing fee is or includes a payment to Avvo to recommend the participating lawyers.

24. The term "recommendation" is not defined in the text of the Rules. However, in March 2015, after we issued N.Y. State 897 (2011), the New York State Bar Association amended Comment [1] to Rule 7.2 to address, among other things, whether a third party that connects lawyers with clients or potential clients is "recommending" the lawyer, and to define a "recommendation." Comment [1] now states, in part:

[1] ... A communication contains a recommendation *if it endorses or vouches for a lawyer's credentials, abilities, competence, character, or other professional qualities.* [Emphasis added.]

*See also* N.Y. State 1131 ¶ 19 (2017), (to "recommend" includes identifying a particular lawyer or lawyers to a potential client as a "right" or "the right" lawyer for the client's situation after an analysis of either the potential client's particular problem or the lawyer's qualifications to address that problem, which implies a qualitative, comparative assessment of the lawyers available to perform the services the potential client requires).

25. Comment [1] to Rule 7.2 adds that recommendations by so-called "lead generators" are improper:

... [A] lawyer may pay others for generating client leads, such as Internet-based client leads, so long as *(i) the lead generator does not recommend the lawyer,* (ii) any payment to the lead generator is consistent with Rule[] ... 5.4 (professional independence of the lawyer), (iii) the lawyer complies with Rule 1.8(f) (prohibiting interference with a lawyer's independent professional judgment by a person who recommends the lawyer's services), and (iv) the lead generator's communications are consistent with Rules 7.1 (advertising) and 7.3 (solicitation and recommendation of professional employment). ... [Emphasis added.]

Indeed, Comment [1] prohibits a lead generator not only from *stating* that it is recommending a lawyer, but also from *implying or creating a reasonable impression* that it is making such a recommendation:

... To comply with Rule 7.1, a lawyer must not pay a lead generator that *states, implies, or creates a reasonable impression that it is recommending the lawyer,* is making the referral without payment from the lawyer, or has analyzed a person's legal problems when determining which lawyer should receive the referral. ... [Emphasis added.]

We must therefore determine whether Avvo is "recommending" a lawyer or "implying or creating a reasonable impression" that it is making a recommendation.

26. As noted earlier, Avvo allows clients to choose from among all of the lawyers in a geographic area who have listed themselves as practicing the field of law in which the client wants legal services. (Avvo says lawyers are displayed randomly and the list is reshuffled at least once every hour.) Avvo says that it does not analyze (or even inquire about) a client's individual situation. No human being at Avvo talks directly to any prospective client to find out the facts or studies the prospective client's documents and then picks out a particular lawyer who is "right" for that client. Nor does Avvo's website suggest that a client hire any particular lawyer. Avvo is not "recommending" lawyers in that sense.

27. But Avvo does more than merely list lawyers, their profiles, and their contact information. Avvo also gives each lawyer an Avvo rating, on a scale from 1 to 10. As Avvo explains on its website, "It's as simple as counting to 10. Ratings fall on a scale of 1 (Extreme Caution) to 10 (Superb), helping you quickly assess a lawyer's background based on our rating." (Emphasis in original.) The Avvo ratings suggest mathematical precision – the rating for each lawyer is calculated to a decimal place (*e.g.*, a rating of 6.7 or 8.4).

28. Moreover, some Avvo ads expressly state that the Avvo Rating enables a potential client to find "the right" lawyer, and Avvo's website claims that its ratings enable potential clients to choose the right lawyer for their needs:

Why the Avvo Rating can help you find the right attorney:

The model used to calculate the rating was developed with input from hundreds of attorneys, thousands of consumers, and many other legal professionals who deeply understand the work attorneys do. We created the Avvo Rating to reflect the type of information people have identified as important when looking to hire an attorney.

29. Even if Avvo ratings are "bona fide," within the meaning of Rule 7.1(b)(1), we must determine whether (i) Avvo's inclusion of Avvo Ratings in Avvo's advertising on behalf of participating lawyers, or (ii) Avvo's description of its ratings in its advertising, is or implies a "recommendation," i.e. whether the rating "endorses or vouches for a lawyer's credentials, abilities, competence, character, or other professional qualities."

30. Avvo's website never describes a rating as a recommendation, and it contains several warnings about the limitations of its ratings. The website says:

• "A rating is not an endorsement of any particular lawyer, and is not a guarantee of a lawyer's quality, competency, or character. . . . Rather, the Avvo Rating is intended to be a starting point to gather information about lawyers who may be suitable for your legal needs."

• "Keep in mind that these ratings speak to a lawyer's background, but do not evaluate their knowledge of the law, past performance on individual cases, personality, or communication skills. These are elements that the Avvo Rating cannot evaluate, but can be better described in the client reviews and peer endorsements found on an attorney's profile."

• "[W]e don't recommend the Avvo Rating as the only piece of information you use to evaluate whether an attorney is right for you. The rating is a tool that provides a snapshot assessment of a lawyer's background, and should be considered alongside other information such as client reviews and peer endorsements."

31. Nevertheless, the Avvo website also extols the benefits of being able to work with highly-rated lawyers:

• "Work with highly rated, local lawyers near you."

• "Search top-rated lawyers near you."

• "We only work with highly qualified attorneys who are licensed to practice in your state."

Through these statements and through Avvo's description of its rating system, Avvo is giving potential clients the impression that a lawyer with a rating of "10" is "superb," and is thus a better lawyer for the client's matter than a lawyer with a lower rating. Avvo is also giving potential clients the impression that Avvo's eligibility requirements for lawyers who participate in Avvo Legal Services assure that participating lawyers are "highly qualified."

32. We do not believe that a bona fide professional rating alone is a recommendation. But, even assuming that Avvo ratings are "bona fide professional ratings," we believe the way Avvo describes in its advertising material the ratings of participating lawyers either expressly states or at least implies or creates the reasonable impression that Avvo is "recommending" those lawyers.

33. In N.Y. State 799 (2011), in discussing the difference between an internet-based directory and a recommendation, we said that the line between the two was crossed when a website purports to recommend a *particular lawyer or lawyers* based on an analysis of the potential client's problem. Other jurisdictions also focus on the "particular lawyer" distinction. *See, e.g.*, South Carolina 01-03 (lawyer may pay internet advertising service fee determined by the number of "hits" that the service produces for the lawyer provided that the service does not steer business to any particular lawyer and the payments are not based on whether user ultimately becomes a client); Virginia Advertising Op. A-0117 (2006) (lawyer may participate in online lawyer directory in which publisher does not recommend or steer business to particular lawyers). We believe Avvo's advertising of its ratings, in combination with its statements about the high qualifications of lawyers who participate in Avvo Legal Services, constitutes a recommendation of all of the participating lawyers.

34. Our conclusion is bolstered by Avvo's satisfaction guarantee, by which the full amount of the client's payment (including Avvo's portion of the fee) is refunded if the client is not satisfied. This guarantee contributes to the impression that Avvo is "recommending" the lawyers on its service because it stands behind them to the extent of refunding payment if the client is not satisfied.

35. This opinion does not preclude a lawyer from advertising bona fide professional ratings generated by third parties in advertisements, and we recognize that a lawyer may pay another party (such as a magazine or website) to include those bona fide ratings in the lawyer's advertisements. But Avvo Legal Services is different. It is not a third party, but rather the very party that will benefit financially if potential clients hire the lawyers rated by Avvo. Avvo markets the lawyers participating in the service offered under the Avvo brand, generates Avvo ratings that it uses in the advertising for the lawyers who participate in Avvo Legal Services, and effectively "vouches for" each participating lawyer's credentials, abilities, and competence by offering a full refund if the client is not satisfied. As noted earlier, Avvo says: "We stand behind our services and expect our clients to be 100% satisfied with their experience." Accordingly, we conclude that lawyers who pay Avvo's marketing fee are paying for a recommendation, and are thus violating Rule 7.2(a).

36. The questions we have addressed here have generated vigorous debate both within and outside the legal profession. The numbers of lawyers and clients who are using Avvo Legal Services suggest that the company fills a need that more traditional methods of marketing and providing legal services are not meeting. But it is not this Committee's job to decide policy issues regarding access to justice, affordability of legal fees, or lawyer quality. Our job is to interpret the New York Rules of Professional Conduct. Future changes to Avvo's mode of operation – or future changes to the Rules of Professional Conduct – could lead us to alter our conclusions, but at this point we conclude that, under Avvo's current structure, lawyers may not pay Avvo's marketing fee for participating in Avvo Legal Services.

**CONCLUSION**

37. A lawyer paying Avvo's current marketing fee for Avvo Legal Services is making an improper payment for a recommendation in violation of Rule 7.2(a).

(29-16)

[1]Avvo also provided this Committee with a list of many additional services, prices, and marketing fees. For example, marketing fees are generally $30 for a $99 service (33.3%); $50 for a $199 service (25.1%); $80 for a $295 service (27.1%); $125 for a $595 service (21%); and $150 for a $495 service (30.3%); and $200 for a $995 service (20%). Thus, while the marketing fee increases in absolute dollars as the price of the service increases, the marketing fee generally decreases in percentage terms as the price increases. But in a few instances, Avvo charges the same marketing fee for services of different prices – for example, filing for an uncontested divorce is $995, and creating an estate plan bundle for an individual is $795, but Avvo charges a $200 marketing fee for both. Also, Avvo charges a different marketing fee for some services of the same price – for example, Avvo charges $199 to review a non-compete agreement, to petition for an alien relative, or to create an employment offer letter, but Avvo charges $50, $55, and $60 respectively as a marketing fee for those services.

[2]Several ethics opinions from other jurisdictions have concluded that lawyers working with Avvo or similar entities are engaged in improper fee sharing or are violating other Rules of Professional Conduct. For example, NJ ACPE 732 (2017) concluded that New Jersey lawyers "may not participate in the Avvo legal service programs because the programs improperly require the lawyer to share a legal fee with a nonlawyer," and Pennsylvania 2016-200 (2016) concluded that a hypothetical program similar to Avvo was engaged in "impermissible fee sharing under RPC 5.4(a)." Noting that the "primary policy underlying RPC 5.4(a) is the preservation of the lawyer's professional independence," Opinion 2016-200 said: "[T]he assumption that the lawyer's payment to a non-lawyer of marketing fees amounting to 20% to 30% of legal fees earned does not interfere with the lawyer's professional independence is, at a minimum, of questionable validity." *See also* Ohio 2016-3 (2016) ("A lawyer's participation in an online, nonlawyer-owned legal referral service, where the lawyer is required to pay a 'marketing fee' to a nonlawyer for each service completed for a client, is unethical," citing Rule 5.4). We express no opinion on whether those opinions reach the correct conclusions. *Compare* N.Y. State 1131 (2017), in which we determined that a flat fee constituted a payment for advertising and not a sharing of legal fees.

[3]A deal-of-the-day service differs in at least one significant respect from Avvo Legal Services. A lawyer participating in a deal-of-the-day program negotiates a discounted fee, but the fee is ultimately set by the lawyer. A lawyer who participates in Avvo, in contrast, must agree to charge the fee set by Avvo for each particular service.

| ONLINE STORE | PUBLIC RESOURCES | ABOUT NYSBA | CONTACT US | CONNECT WITH NYSBA |
|---|---|---|---|---|
| NYSBA Online Marketplace (/store) | Hire a New York Attorney (/lawyerreferral/) | History and Structure of the Association | NYSBA Staff (/CustomTemplates/SecondaryStandard.aspx?id=53139) | |

Books and Form Products (http://www.nysba.org/CustomTemplates/SecondaryStandard.aspx?id=34501)

Downloadable Forms (/CustomTemplates/SecondaryStandard.aspx?id=1045)

CLE On Demand - Audio and Video (/CLEONLINE/)

Find a Mediator (/DRSMediator/)

Client Rights and Responsibilities (/CustomTemplates/SecondaryStandard.aspx?id=26544)

Free Legal Answers (http://www.nysba.org/CustomTemplates/SecondaryStandard.aspx?id=67184)

Guide to Attorney Discipline (/CustomTemplates/SecondaryStandard.aspx?id=26561)

Mock Trial (/NYSMockTrial/)

(/CustomTemplates/SecondaryStandard.aspx?id=27825)

Diversity and Inclusion (/CustomTemplates/SecondaryStandard.aspx?id=62337)

Leadership Profiles (/CustomTemplates/SecondaryStandard.aspx?id=27268)

NYSBA Awards and Competitions (/awards/)

Bylaws (/Bylaws)

NYSBA Account Assistance (http://www.nysba.org/howdoi)

Employment at NYSBA (/employment/)

Advertise with NYSBA (/CustomTemplates/SecondaryStandard.aspx?id=27727)

SITE MAP (/SITEMAP.ASPX?ID=43)

COPYRIGHT (/CUSTOMTEMPLATES/CONTENT.ASPX?ID=46)

PRIVACY POLICY (/CUSTOMTEMPLATES/CONTENT.ASPX?ID=44)

TERMS OF USE (/CUSTOMTEMPLATES/CONTENT.ASPX?ID=45)

CONTACT US (/CONTACT/)

HOW DO I ... (/HOWDOI/)

One Elk Street, Albany , NY 12207
**Phone:** 518.463.3200  **Secure Fax:** 518.463.5993

© 2018 New York State Bar Association

# EXHIBIT 21

# The Supreme Court of Ohio

### BOARD OF PROFESSIONAL CONDUCT

65 SOUTH FRONT STREET, 5TH FLOOR, COLUMBUS, OH 43215-3431
Telephone: 614.387.9370 Fax: 614.387.9379
www.supremecourt.ohio.gov

PAUL M. DE MARCO
CHAIR
WILLIAM J. NOVAK
VICE-CHAIR

RICHARD A. DOVE
DIRECTOR
D. ALLAN ASBURY
SENIOR COUNSEL
HEIDI WAGNER DORN
COUNSEL

## OPINION 2016-3
Issued June 3, 2016

### *Lawyer Participation in Referral Services*

**SYLLABUS:** A lawyer should carefully evaluate a lawyer referral service, or similar online model, to ensure that it complies with the Rules of Professional Conduct and the ethical requirements of the lawyer. Where the service meets all of the elements of a lawyer referral service, a participating lawyer must ensure that the service complies with Gov.Bar R. XVI, in order for the lawyer to comply with the Rules of Professional Conduct. A lawyer's participation in an online, nonlawyer-owned legal referral service, where the lawyer is required to pay a "marketing fee" to a nonlawyer for each service completed for a client, is unethical. A lawyer must ensure that the lawyer referral service does not interfere with the lawyer's independent professional judgment under Prof.Cond.R. 5.4. A lawyer is responsible for the conduct of the nonlawyers of the service (Prof.Cond.R. 5.3), as well as the advertising and marketing provided by the service on the lawyer's behalf. Prof.Cond.R. 7.1, 7.2, 7.3. Additionally, a fee structure that is tied specifically to individual client representations that a lawyer completes or to the percentage of a fee is not permissible, unless the lawyer referral service is registered with the Supreme Court of Ohio. Prof.Cond.R. 1.5, Gov.Bar R. XVI.

**QUESTION:** A lawyer seeks guidance regarding whether a particular business model involving online lawyer referrals is permissible under the Rules of Professional Conduct and the Rules for the Government of the Bar of Ohio. The proposed business model is an online referral service that matches a prospective client with a lawyer for a particular legal service. Although the client chooses the lawyer, the company defines the types of legal services offered, the scope of the representation, the fees charged, and other

parameters of the legal representation.  Additionally, the model requires a lawyer to pay a "marketing fee," for each completed client matter.  The "marketing fee" is based on the fee generated from the completed individual legal matter.  The requesting lawyer asks whether this model constitutes impermissible fee splitting with a nonlawyer under Prof.Cond.R. 1.5, or if the lawyer's conduct would otherwise violate the Rules of Professional Conduct.  This is a hypothetical business model; however, the Board acknowledges that similar business models currently exist in the marketplace.  The conclusions set forth in this opinion apply equally to the proposed business model and aspects of existing business models.

**APPLICABLE RULES:**  Prof.Cond.R. 1.1, 1.6, 1.18, 5.3, 5.4, 5.5, 7.2, 7.3, 7.4; Gov.Bar R. XVI

**OPINION:**  This business model presents multiple, potential ethical issues for lawyers.  These include fee-splitting with nonlawyers, advertising and marketing, a lawyer's responsibility for the actions of nonlawyer assistants, interference with the lawyer's professional judgment, and facilitating the unauthorized practice of law.  As similar online services that match lawyers and clients exist, the Board will evaluate this type of referral service generally to determine if a lawyer's participation would comply with the Rules of Professional Conduct.

**ANALYSIS:**  The two most evident issues involving the Rules of Professional Conduct are that this business model would 1) operate as lawyer referral service not registered with the Supreme Court of Ohio, and 2) interfere with or limit the lawyer's professional independence from the lawyer-client relationship.  There also are several other considerations under the Rules of Professional Conduct.

*Lawyer Referral Service*

This business model may not refer to itself as a lawyer referral service in Ohio, yet it proposes to function in a manner similar to a lawyer referral service.  A lawyer referral service operates to refer prospective clients to lawyers, based on a number of factors, including area of practice, experience, and geographic location.  Gov.Bar R. XVI, Section 1(A)(1), (7).  A lawyer may participate in a lawyer referral service only if it meets the requirements of the Rules of Professional Conduct, and it is registered with Supreme Court of Ohio.  Prof.Cond.R. 7.2(b)(2),(3), Cmt. [6]; Gov.Bar R. XVI, Section 1(A)(2), (B).

In Ohio, a lawyer referral service must meet certain requirements in order for a lawyer to participate ethically.  First, the lawyer referral service must be open to any lawyer licensed to practice in Ohio who maintains professional liability insurance with a

minimum amount of $100,000 per occurrence and $300,000 in the aggregate.  Gov.Bar R. XVI, Section 1(A)(3), Section 2(A)(1).  Second, a lawyer participating in a lawyer referral service is required to disclose disciplinary complaints.  Gov.Bar R. XVI Sec. 2(A)(2), (4). Additionally, a lawyer referral service may require a participating lawyer to pay a fee, calculated as a percentage of the legal fee earned on the referred matter.  Gov.Bar R. XVI, Section 2(C)(1).  If a business operates as a lawyer referral service, even though it is called something else, it still must be registered with the Supreme Court of Ohio in order for a lawyer to ethically participate in it.

*Nonlawyer Agents*

In the business model, nonlawyers may perform legal or quasi-legal functions on behalf of the lawyer.  The lawyer has no implied or apparent control or direction over the work of the nonlawyers at the company to ensure that they act in a manner that complies with the Rules of Professional Conduct.

A lawyer is required to make reasonable efforts to ensure that any "nonlawyer employed by, retained by, or associated with" the lawyer conducts himself or herself in a manner that comports with the professional obligations of the lawyer.  Prof.Cond.R. 5.3(a).  A lawyer is responsible for the activities of a nonlawyer who engages in conduct on behalf of the lawyer that, if performed by the lawyer, would violate the Rules of Professional Conduct, and if the lawyer "orders or, with the knowledge of the specific conduct, ratifies the conduct."  Prof.Cond.R. 5.3(c).

In order to comply with the Rules of Professional Conduct, a lawyer involved in this type of referral service should verify that the nonlawyers of the company are not engaging in the practice of law, as the lawyer could be responsible for assisting in the unauthorized practice of law. Prof.Cond.R. 5.5(a); Gov.Bar R. VII.  "A lawyer must make reasonable efforts to ensure the services are provided in a manner compatible with the lawyer's professional obligations."  Prof.Cond.R. 5.3, cmt. [3].

*Independent Professional Judgment of a Lawyer*

Under the proposed business model, the company, not the lawyer, controls nearly every aspect of the attorney-client relationship, from beginning to end.  The company, not the lawyer, defines the type of services offered, the scope of the representation, and the fees charged.  The model is antithetical to the core components of the client-lawyer relationship because the lawyer's exercise of independent professional judgment on behalf of the client is eviscerated.

Under the Rules of Professional Conduct, a lawyer is responsible for approving, or tacitly approving, actions that involve the lawyer's practice of law. Prof.Cond.R. 5.4 outlines the professional independence of a lawyer and contains traditional limitations on nonlawyer involvement in the practice of law.

Prof.Cond.R. 5.4(c) prohibits a lawyer from allowing a person who recommends, employs or pays the lawyer to render legal services for another to direct or regulate the lawyer's professional judgment in rendering such legal services. This rule ensures the lawyer will abide by the client's decisions concerning the objective of the representation and will serve the interests of the client, and not those of a third party. Although an exception exists for a lawyer's participation in attorney referral services registered with the Supreme Court of Ohio, a lawyer may not participate in any lawyer referral service or other type of activity that interferes with the lawyer's exercise of professional judgment in handling a client's case. Prof.Cond.R. 5.4(c), (d)(3).

A lawyer must be cautious when considering a referral service that makes decisions that are clearly within the scope of the lawyer's exercise of professional judgment on behalf of a client. Decisions such as setting limits on the amount of time a lawyer must spend on each client's case, specifying a number of cases that a lawyer must agree to handle, limiting the scope of a lawyer's representation of a client, or generally directing a lawyer's representation of a client are all decisions that a lawyer is duty-bound to make. Moreover, many of these decisions must be made in consultation with the client, and not at the direction or control of a third-party referral service.

*Fees and Fee Splitting*

The proposed business model contains potential violations of the Rules of Professional Conduct where the client pays the fee in advance to the referral service, but payment is made to the lawyer by the referral service only after the representation is completed. This arrangement appears to make the fee contingent upon the outcome of the matter, which is prohibited in certain instances under Prof.Cond.R. 1.5(c), (d). Such an arrangement implicates prohibitions on fee-splitting with nonlawyers under Prof.Cond.R. 5.4(a). Additionally, a situation where a third-party is receiving and holding client funds may be contrary to a lawyer's duty to hold client funds in trust under Prof.Cond.R. 1.15(a).

The Supreme Court of Ohio has disciplined lawyers for sharing fees with nonlawyers. In *Cincinnati Bar Assn. v. Mullaney*, 2008-Ohio-4541, ¶ 21, three lawyers were disciplined for sharing legal fees with nonlawyers by accepting a portion of the fees paid

to a company that purported to serve homeowners threatened with foreclosure. The company told prospective customers that a lawyer and legal services would be furnished to them as part of the fee. In *Disciplinary Counsel v. Stranke*, 2006-Ohio-4357, a lawyer was suspended for sharing fees with a bankruptcy counseling firm that solicited and referred clients to him. In *Cleveland Bar Assn. v. Nosan*, 2006-Ohio-163, a lawyer was suspended for sharing fees with debt-counseling company that advertised for clients and provided the lawyer with office space and support staff.

Even where a business model states that it does not engage in impermissible fee splitting because the fees are separated into two different transactions or are called a "marketing fee" or similar term, fee splitting with a nonlawyer likely occurs. Such fees are not traditional advertising fees, as outlined in Adv.Op. 2001-2. Unlike advertising fees that are fixed amounts and paid for a fixed period of time, these "marketing fees" are a percentage of the fee generated on each legal service completed by the lawyer. Therefore, a fee-splitting arrangement that is dependent on the number of clients obtained or the legal fee earned does not comport with the Rules of Professional Conduct. Similar fee arrangements should be examined closely by a lawyer before participating in the service.

Under the Rules of Professional Conduct, a client must be advised in writing that if the lawyer does not complete the representation for any reason, the client may be entitled to a refund of all or part of the fee, as required by Prof.Cond.R. 1.5(d). Where a company, not the lawyer, determines whether a dissatisfied client receives a refund, without mention as to whether the client is advised in writing about a refund, the conduct of the lawyer violates the Rules of Professional Conduct.

*Advertising and Marketing*

In the proposed business model, the lawyer lacks control over the content of the advertising, to whom it is sent, and how it is disseminated to prospective clients. Moreover, the company does not advertise on behalf of a particular lawyer, but rather advertises the service of the company. A lawyer must ensure that all communications and advertising made on his or her behalf are accurate and do not mislead or create unjustified expectations. Prof.Cond.R. 7.1, 7.2, and 7.3. A lawyer is ethically responsible to ensure that any services provided by a third party comply with the Rules of Professional Conduct, and cannot simply rely on the information provided by the company as insulation against potential ethical violations.

In Ohio, a lawyer is prohibited from giving anything of value to a person for recommending a lawyer's services.   Prof.Cond.R. 7.2(b).   A lawyer may pay for advertising, but may not pay another person or a for-profit entity to channel professional work for the lawyer.  Prof.Cond.R. 7.2(b).  A lawyer cannot solicit clients if a significant motive in doing so is pecuniary gain.  Prof.Cond.R. 7.3(a).

The Board previously issued an advisory opinion that distinguished advertising fees from referral fees.  Adv.Op. 2001-2.  The opinion identifies the following factors in determining whether a fee is a for advertising services or for providing a referral:  1) if the lawyer is required to pay an amount of money based on an actual number of people who contact or hire the lawyer, or an amount based on the percentage of the fee obtained from rendering the legal services; 2) if the third party will provide services that go beyond the ministerial function of placing the lawyer's information into public view; or 3) if the third party will not clarify that the information is an advertisement, but rather, makes the information regarding the lawyer appear as if the third party is referring or recommending the lawyer, or that the lawyer is part of the third party's services to its users.

When considering participating in a referral service similar to the proposed business model, a lawyer should ensure that it operates in a manner consistent with Adv.Op. 2001-2, as well as the Rules of Professional Conduct governing lawyer advertising and communications with third parties.

*Other Rules of Professional Conduct*

The proposed business model also implicates several other Rules of Professional Conduct that should be considered when a lawyer is evaluating whether to participate in such a service.  At the most fundamental level, a lawyer is required to provide competent representation to a client.  Prof.Cond.R. 1.1.  A lawyer participating in a lawyer referral service, like the model or similar models, must ensure that he or she is competent to handle referrals in the areas of law listed on the website, is able to reject matters outside of the lawyer's areas of competence, and has the ability to limit the volume of matters to a size that the lawyer can competently handle in compliance with Prof.Cond.R. 1.1.

Prof.Cond.R. 1.6(a) requires a lawyer to maintain confidentiality of information relating to the representation of a client.  A lawyer must be aware of confidentiality issues that may arise while participating in a lawyer referral service, and ensure that the client's confidences are preserved in accordance with Prof.Cond.R. 1.6.   A lawyer may not

participate in a service that requires disclosure of information relating to the representation except as permitted or required by Prof.Cond.R. 1.6.

A lawyer owes duties to a prospective client ". . . who consults with a lawyer about the possibility of forming a client-lawyer relationship . . . ." Prof.Cond.R. 1.18. A lawyer who learns information from a prospective client, even if a lawyer-client relationship never forms, is not permitted to use or reveal the information except as permitted under Prof.Cond.R. 1.9. Prof.Cond.R. 1.18(b). If the referral service requires a lawyer to consult with a client before a client-lawyer relationship is formed, then the lawyer must ensure compliance with his or her duties to that prospective client.

**CONCLUSION:** A lawyer should carefully evaluate the operation of a lawyer referral service to ensure that the lawyer's participation in the referral service is consistent with the ethical requirements of the lawyer. Foremost, a lawyer must ensure that his or her participation in the referral service is consistent with the core obligations and duties owed to clients. The lawyer also must ensure that relationships with nonlawyers are conducted in accord with the Rules of Professional Conduct and that the marketing or advertising services provided on the lawyer's behalf are proper. Additionally, fees tied specifically to the number of individual clients represented or the amount of a legal fee is not permissible, unless the lawyer referral service is registered with the Supreme Court of Ohio.

**Advisory Opinions of the Board of Professional Conduct are informal, nonbinding opinions in response to prospective or hypothetical questions regarding the application of the Supreme Court Rules for the Government of the Bar of Ohio, the Supreme Court Rules for the Government of the Judiciary, the Rules of Professional Conduct, the Code of Judicial Conduct, and the Attorney's Oath of Office.**

# EXHIBIT 22

**UNITED STATES
PATENT AND TRADEMARK OFFICE**

uspto

# Office of Enrollment and Discipline

## Discipline at OED



# OED Discipline:
# Warnings vs. Formal Discipline



# USPTO Disciplinary Decisions



# USPTO Disciplinary Decisions

## Breakdown of Disciplinary Decisions by Practitioner Type



# Office of Enrollment and Discipline

## Select Case Law Review



# Conflict of Interest

***In re Mikhailova,*** Proceeding No. D2017-18
(USPTO June 16, 2017).

- Patent Agent contracted with Desa Industries, Inc d/b/a World Patent Marketing ("WPM") to prepare, file, and respond to Office actions for clients referred by WPM.
- Permitted WPM to act as full intermediary with clients.
- Settlement: 20 month suspension with 28 months probation.
- Rule highlights:
  - 37 C.F.R. § 11.105(b) – communicating scope of representation/fee.
  - 37 C.F.R. § 11.107(a) – Conflict of interest; current clients.
  - 37 C.F.R. § 11.108(f) – Accepting compensation from third party.
  - 37 C.F.R. § 11.504 – Permitting 3rd party payer to regulate judgment.
  - 37 C.F.R. § 11.505 – Unauthorized Practice of law.

**uspto**

# Conflict of Interest

### *In re Mikhailova,* Proceeding No. D2017-18
### (USPTO June 16, 2017).

Under circumstances where a non-practitioner third party regularly refers inventors to registered practitioners to provide the patent legal services purchased by inventors from the third party, practitioners may unwittingly violate the fee-sharing prohibition if the practitioner does not know the amount the inventor has paid to the third party for patent legal services. If the entire amount received by the third party for the practitioner's compensation is not distributed to the practitioner and any undistributed compensation held by the third party is not returned to the inventor, then the practitioner has likely impermissibly shared fees with a non-practitioner. Hence, a practitioner is reasonably expected to question carefully the inventor and the referring non-practitioner third party about the amounts being charged to the inventor for the patent legal services to ensure the entire amount is remitted to the practitioner.



# Misrepresentation/UPL

***In re Swyers***, Proceeding No. D2016-20
(USPTO January 26, 2017)

- Disciplinary complaint alleged:
  - TM attorney established The Trademark Company, PLLC.
  - Permitted non-attorneys to practice TM law for him with little to no supervision.
  - Multiple fraudulent or digitally manipulated TM specimens were filed with USPTO.
  - Failed to deposit client advance funds into a client trust account.
  - Failed to cooperate with OED investigation.
- Exclusion on consent.
- Rule highlights:
  - 37 C.F.R. § 10.23(b)(5) – Conduct prejudicial to the administration of justice.
  - 37 C.F.R. § 10.23(c)(2)(ii) – Giving false or misleading information to the Office.
  - 37 C.F.R. § 10.47(a) & (c) – Aiding the unauthorized practice of law.

uspto

# Communication/Cooperation/UPL

***In re Terzo***, Proceeding No. D2016-35
(USPTO November 2, 2016).

- Disciplinary complaint alleged:
  - Mr. Terzo entered into a law firm partnership agreement with a practitioner who was emergency suspended by his state bar.
  - Mr. Terzo took over the representation of the suspended practitioner's trademark clients without informing the clients and did not consult with the clients prior to filing their applications.
  - Instead, Mr. Terzo relied on a "Trademark Questionnaire" filled out by the clients and directed non-practitioner assistants to provide clients with legal advice.
  - Mr. Terzo did not cooperate with the disciplinary investigation.
- Exclusion on consent.
  - 37 C.F.R. § 11.101 – Competence.
  - 37 C.F.R. § 11.115 – Safekeeping property.
  - 37 C.F.R. § 11.505 – Unauthorized practice of law.





# EXHIBIT 23

 The State Bar *of California*

## Rule 1-400 Advertising and Solicitation

*Rules of Professional Conduct*

**NOTE:** *Operative January 1, 2012, Business & Professions Code section 6010, in part, provides that the State Bar is governed by a board known as the board of trustees of the State Bar and that any provision of law referring to the "board of governors" shall be deemed to refer to the "board of trustees." In accordance with this law, references to the "board of governors" included in the current Rules of Professional Conduct are deemed to refer to the "board of trustees."*

### Rule 1-400 Advertising and Solicitation

(A) For purposes of this rule, "communication" means any message or offer made by or on behalf of a member concerning the availability for professional employment of a member or a law firm directed to any former, present, or prospective client, including but not limited to the following:

> (1) Any use of firm name, trade name, fictitious name, or other professional designation of such member or law firm; or

> 2) Any stationery, letterhead, business card, sign, brochure, or other comparable written material describing such member, law firm, or lawyers; or

> (3) Any advertisement (regardless of medium) of such member or law firm directed to the general public or any substantial portion thereof; or

> (4) Any unsolicited correspondence from a member or law firm directed to any person or entity.

(B) For purposes of this rule, a "solicitation" means any communication:

> (1) Concerning the availability for professional employment of a member or a law firm in which a significant motive is pecuniary gain; and

> (2) Which is:

>> (a) delivered in person or by telephone, or
>> (b) directed by any means to a person known to the sender to be represented by counsel in a matter which is a subject of the communication.

(C) A solicitation shall not be made by or on behalf of a member or law firm to a prospective client with whom the member or law firm has no family or prior professional relationship, unless the solicitation is protected from abridgment by the Constitution of the United States or by the Constitution of the State of California. A solicitation to a former or present client in the discharge of a member's or law firm's professional duties is not prohibited.

(D) A communication or a solicitation (as defined herein) shall not:

(1) Contain any untrue statement; or

(2) Contain any matter, or present or arrange any matter in a manner or format which is false, deceptive, or which tends to confuse, deceive, or mislead the public; or

(3) Omit to state any fact necessary to make the statements made, in the light of circumstances under which they are made, not misleading to the public; or

(4) Fail to indicate clearly, expressly, or by context, that it is a communication or solicitation, as the case may be; or

(5) Be transmitted in any manner which involves intrusion, coercion, duress, compulsion, intimidation, threats, or vexatious or harassing conduct.

(6) State that a member is a "certified specialist" unless the member holds a current certificate as a specialist issued by the Board of Legal Specialization, or any other entity accredited by the State Bar to designate specialists pursuant to standards adopted by the Board of Governors, and states the complete name of the entity which granted certification.

(E) The Board of Governors of the State Bar shall formulate and adopt standards as to communications which will be presumed to violate this rule 1-400. The standards shall only be used as presumptions affecting the burden of proof in disciplinary proceedings involving alleged violations of these rules. "presumption affecting the burden of proof" means that presumption defined in Evidence Code sections 605 and 606. Such standards formulated and adopted by the Board, as from time to time amended, shall be effective and binding on all members.

(F) A member shall retain for two years a true and correct copy or recording of any communication made by written or electronic media. Upon written request, the member shall make any such copy or recording available to the State Bar, and, if requested, shall provide to the State Bar evidence to support any factual or objective claim contained in the communication.

[**Publisher's Note:** Former rule 1-400 (D)(6) repealed by order of the Supreme Court effective November 30, 1992. New rule 1-400 (D)(6) added by order of the Supreme Court effective June 1, 1997.]

*Standards:*

Pursuant to rule 1-400(E) the Board of Governors of the State Bar has adopted the following standards, effective May 27, 1989, unless noted otherwise, as forms of "communication" defined in rule 1-400(A) which are presumed to be in violation of rule 1-400:

(1) A "communication" which contains guarantees, warranties, or predictions regarding the result of the representation.

(2) A "communication" which contains testimonials about or endorsements of a member unless such communication also contains an express disclaimer such as "this testimonial or endorsement does not constitute a guarantee, warranty, or prediction regarding the outcome of your legal matter."

(3) A "communication" which is delivered to a potential client whom the member knows or should reasonably know is in such a physical, emotional, or mental state that he or she would not be expected to exercise reasonable judgment as to the retention of counsel.

(4) A "communication" which is transmitted at the scene of an accident or at or en route to a hospital, emergency care center, or other health care facility.

(5) A "communication," except professional announcements, seeking professional employment for pecuniary gain, which is transmitted by mail or equivalent means which does not bear the word "Advertisement," "Newsletter" or words of similar import in 12 point print on the first page. If such communication, including firm brochures, newsletters, recent legal development advisories, and similar materials, is transmitted in an envelope, the envelope shall bear the word "Advertisement," "Newsletter" or words of similar import on the outside thereof.

(6) A "communication" in the form of a firm name, trade name, fictitious name, or other professional designation which states or implies a relationship between any member in private practice and a government agency or instrumentality or a public or non-profit legal services organization.

(7) A "communication" in the form of a firm name, trade name, fictitious name, or other professional designation which states or implies that a member has a relationship to any other lawyer or a law firm as a partner or associate, or officer or shareholder pursuant to Business and professions Code sections 6160-6172 unless such relationship in fact exists.

(8) A "communication" which states or implies that a member or law firm is "of counsel" to another lawyer or a law firm unless the former has a relationship with the latter (other than as a partner or associate, or officer or shareholder pursuant to Business and professions Code sections 6160-6172) which is close, personal, continuous, and regular.

(9) A "communication" in the form of a firm name, trade name, fictitious name, or other professional designation used by a member or law firm in private practice which differs materially from any other such designation used by such member or law firm at the same time in the same community.

(10) A "communication" which implies that the member or law firm is participating in a lawyer referral service which has been certified by the State Bar of California or as having satisfied the Minimum Standards for Lawyer Referral Services in California, when that is not the case.

(11) (Repealed. See rule 1-400(D)(6) for the operative language on this subject.)

(12) A "communication," except professional announcements, in the form of an advertisement primarily directed to seeking professional employment primarily for pecuniary gain transmitted to the general public or any substantial portion thereof by mail or equivalent means or by means of television, radio, newspaper, magazine or other form of commercial mass media which does not state the name of the member responsible for the communication. When the communication is made on behalf of a law firm, the communication shall state the name of at least one member responsible for it.

(13) A "communication" which contains a dramatization unless such communication contains a disclaimer which states "this is a dramatization" or words of similar import.

(14) A "communication" which states or implies "no fee without recovery" unless such communication also expressly discloses whether or not the client will be liable for costs.

(15) A "communication" which states or implies that a member is able to provide legal services in a language other than English unless the member can actually provide legal services in such language or the communication also states in the language of the communication (a) the employment title of the person who speaks such language and (b) that the person is not a member of the State Bar of California, if that is the case.

(16) An unsolicited "communication" transmitted to the general public or any substantial portion thereof primarily directed to seeking professional employment primarily for pecuniary gain which sets forth a specific fee or range of fees for a particular service where, in fact, the member charges a greater fee than advertised in such communication within a period of 90 days following dissemination of such communication, unless such communication expressly specifies a shorter period of time regarding the advertised fee. Where the communication is published in the classified or "yellow pages" section of telephone, business or legal directories or in other media not published more frequently than once a year, the member shall conform to the advertised fee for a period of one year from initial publication, unless such communication expressly specifies a shorter period of time regarding the advertised fee.

(Amended by order of Supreme Court, operative September 14, 1992. Standard (5) amended by the Board of Governors, effective May 11, 1994. Standards (12) - (16) added by the Board of Governors, effective May 11, 1994. Standard (11) *repealed June 1, 1997*)

[Publisher's Note re Rule 1-400(D)(6) and (E): Operative January 1, 2012, Business and Professions Code section 6010, in part, provides that the State Bar is governed by a board known as the board of trustees of the State Bar and that any provision of law referring to the "board of governors" shall be deemed to refer to the "board of trustees." In accordance with this law, references to the "board of governors" included in the current Rules of Professional Conduct are deemed to refer to the "board of trustees."]

Copyright © 2018 The State Bar of California

# EXHIBIT 24

Case 4:18-cv-02573-YGR Document 45-1 Filed 05/11/18 Page 145 of 706

Cornell Law School



CFR › Title 37 › Chapter I › Subchapter - › Part 11 › Subpart D › Section 11.703

# 37 CFR 11.703 - Direct contact with prospective clients.

§ 11.703 Direct contact with prospective clients.

(a) A practitioner shall not by in-person, live telephone or real-time electronic contact solicit professional employment from a prospective client when a significant motive for the practitioner's doing so is the practitioner's pecuniary gain, unless the person contacted:

(1) Is a practitioner; or

(2) Has a family, close personal, or prior professional relationship with the practitioner.

(b) A practitioner shall not solicit professional employment from a prospective client by written, recorded or electronic communication or by in-person, telephone or real-time electronic contact even when not otherwise prohibited by paragraph (a) of this section, if:

(1) The prospective client has made known to the practitioner a desire not to be solicited by the practitioner; or

(2) The solicitation involves coercion, duress or harassment.

(c) Every written, recorded or electronic communication from a practitioner soliciting professional employment from a prospective client known to be in need of legal services in a particular matter shall include the words "Advertising Material" on the outside envelope, if any, and at the beginning and ending of any recorded or electronic communication, unless the recipient of the communication is a person specified in paragraphs (a)(1) or (a)(2) of this section.

(d) Notwithstanding the prohibitions in paragraph (a) of this section, a practitioner may participate with a prepaid or group legal service plan operated by an organization not owned or directed by the practitioner that uses in-person or telephone contact to solicit memberships or subscriptions for the plan from persons who are not known to need legal services in a particular matter covered by the plan.



About LII

Contact us

# EXHIBIT 25



| TRADEMARKIA | ABOUT | OUR TEAM | PRACTICE AREAS | ACCOLADES & PRESS | BLOG | TESTIMONIALS |

| CAREERS | BOOK AN APPOINTMENT | CONTACT |



**Contact**
650-965-8731 (U.S., Canada)
+44-203-300-0125 (Europe)
questions@legalforcelaw.com

## PRACTICE AREAS

Home    PRACTICE AREAS

### 🔊 Recent Article

* BETWEEN A ROCK AND A PRESIDENTIAL PLACE As a society, we have mastered the integration of many differing subjects into entertainment. From religion, to current events, to tragedy, and crime. We even have been able to turn politics into the most highly rated Soap Opera. Now, we have musicians dueling the President of the United States, over, yes, you guessed it, songs. [...]

* When "All" Does Not Mean "All" In what can be considered a "win" for current and future U.S.

LegalForce RAPC specializes in intellectual property law for entrepreneurs and businesses worldwide.  Particularly, we have strengths in the following areas of legal practice :

▶ Trademark preparation and prosecution

▶ Patent preparation and prosecution

▶ Copyright registration and counseling

▶ International Trademark Filings – Madrid & Paris Conventions

▶ International Patent Filings – PCT and National Phase

▶ TTAB Oppositions & Pre-litigation counseling

▶ Corporate Formation and Stock, Equity structuring

# EXHIBIT 26

Case 4:18-cv-02573-YGR   Document 45-1   Filed 09/21/18   Page 149 of 706

Google    "top 5 trademark" site:upcounsel.com

All    News    Images    Videos    Shopping    More      Settings    Tools

About 25,900 results (0.51 seconds)

No results found for **"top 5 trademark"** site:upcounsel.com.

Results for **top 5 trademark site:upcounsel.com** (without quotes):

**Top 5% of Trademark Lawyers in San Jose, California | UpCounsel** ✓Norton
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 5 · 423 reviews
Compare San Jose **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in San ...

**Top 5% of Trademark Lawyers in San Francisco, California | UpCounsel**
✓Norton
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 5 · 1,154 reviews
Compare San Francisco **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in San ...

**Top 5% of Trademark Lawyers in Seattle, Washington | UpCounsel** ✓Norton
https://www.upcounsel.com › Trademark › Washington ▾
★★★★★ Rating: 5 · 292 reviews
Compare Seattle **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Seattle, WA.

**Top 5% of Trademark Lawyers in New York, New York | UpCounsel** ✓Norton
https://www.upcounsel.com › Trademark › New York ▾
★★★★★ Rating: 5 · 1,310 reviews
Compare New York **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in New ...

**Top 5% of Trademark Lawyers in Los Angeles, California | UpCounsel** ✓Norton
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 5 · 382 reviews
Compare Los Angeles **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Los ...

**Top 5% of Trademark Lawyers in San Diego, California | UpCounsel** ✓Norton
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 4.8 · 281 reviews
Compare San Diego **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in San ...

**Top 5% of Trademark Lawyers in Atlanta, Georgia | UpCounsel** ✓Norton
https://www.upcounsel.com › Trademark › Georgia ▾
★★★★★ Rating: 5 · 14 reviews
Compare Atlanta **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Atlanta, GA.

**Top 5% of Trademark Lawyers in Chicago, Illinois | UpCounsel** ✓Norton
https://www.upcounsel.com › Trademark › Illinois ▾
★★★★★ Rating: 5 · 105 reviews
Compare Chicago **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Chicago, ...

**Top 5% of Trademark Lawyers in Washington, Delaware | UpCounsel** ✓Norton
https://www.upcounsel.com › Trademark › Delaware ▾
★★★★★ Rating: 5 · 5,185 reviews
Compare Washington DC **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5% of Trademark Lawyers in Las Vegas, Nevada | UpCounsel** ✓Norton
https://www.upcounsel.com › Trademark › Nevada ▾
★★★★★ Rating: 5 · 5,244 reviews
Compare Las Vegas **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Las ...

### Top 5 of Trademark Lawyers in Bronx, New York | UpCounsel 🟩 Norton
https://www.upcounsel.com › Trademark › New York ▾
Compare Bronx **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Bronx, NY.

### Top 5 of Trademark Lawyers in Detroit, Michigan | UpCounsel 🟩 Norton
https://www.upcounsel.com › Trademark › Michigan ▾
★★★★★ Rating: 5 · 5,236 reviews
Compare Detroit **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Detroit, MI.

### Top 5 of Trademark Lawyers in Denver, Colorado | UpCounsel 🟩 Norton
https://www.upcounsel.com › Trademark › Colorado ▾
★★★★★ Rating: 5 · 132 reviews
Compare Denver **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Denver, ...

### Top 5 of Trademark Lawyers in Cleveland, Ohio | UpCounsel 🟩 Norton
https://www.upcounsel.com › Trademark › Ohio ▾
★★★★★ Rating: 5 · 10 reviews
Compare Cleveland **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Phoenix, Arizona | UpCounsel 🟩 Norton
https://www.upcounsel.com › Trademark › Arizona ▾
★★★★★ Rating: 5 · 1,322 reviews
Compare Phoenix **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Phoenix, ...

### Top 5 of Trademark Lawyers in Orlando, Florida | UpCounsel 🟩 Norton
https://www.upcounsel.com › Trademark › Florida ▾
★★★★★ Rating: 5 · 5,195 reviews
Compare Orlando **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Orlando, ...

### Top 5 of Trademark Lawyers in Tampa, Florida | UpCounsel 🟩 Norton
https://www.upcounsel.com › Trademark › Florida ▾
★★★★★ Rating: 5 · 5,192 reviews
Compare Tampa **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Tampa, FL.

### Top 5 of Trademark Lawyers in Spokane, Washington | UpCounsel 🟩 Norton
https://www.upcounsel.com › Trademark › Washington ▾
Compare Spokane **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** needs in Spokane, ...

### Top 5 of Trademark Lawyers in Milwaukee, Wisconsin | UpCounsel 🟩 Norton
https://www.upcounsel.com › Trademark › Wisconsin ▾
★★★★★ Rating: 5 · 5,181 reviews
Compare Milwaukee **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in El Paso, Texas | UpCounsel 🟩 Norton
https://www.upcounsel.com › Trademark › Texas ▾
★★★★★ Rating: 5 · 5,196 reviews
Compare El Paso **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in El Paso, TX.

### Top 5 of Trademark Lawyers in Fort Collins, Colorado | UpCounsel 🟩 Norton
https://www.upcounsel.com › Trademark › Colorado ▾
Compare Fort Collins **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Fort ...

### Top 5 of Trademark Lawyers in Savannah, Georgia | UpCounsel 🟩 Norton
https://www.upcounsel.com › Trademark › Georgia ▾
★★★★★ Rating: 5 · 5,236 reviews
Compare Savannah **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Boulder, Colorado | UpCounsel 🟩 Norton
https://www.upcounsel.com › Trademark › Colorado ▾
Compare Boulder **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Boulder, ...

**Top 5% of Trademark Lawyers in Rockford, Illinois | UpCounsel**
https://www.upcounsel.com › Trademark › Illinois ▾
Compare Rockford **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Rockford, ...

**Top 5% of Trademark Lawyers in McAllen, Texas | UpCounsel** Norton
https://www.upcounsel.com › Trademark › Texas ▾
Compare McAllen **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in McAllen, ...

**Top 5% of Trademark Lawyers in Boston, Massachusetts | UpCounsel**
Norton
https://www.upcounsel.com › Trademark › Massachusetts ▾
★★★★★ Rating: 5 - 72 reviews
Compare Boston **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Boston, MA.

**Top 5% of Trademark Lawyers in Vallejo, California | UpCounsel** Norton
https://www.upcounsel.com › Trademark › California ▾
Compare Vallejo **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Vallejo, CA.

**Top 5% of Trademark Lawyers in Beaumont, Texas | UpCounsel** Norton
https://www.upcounsel.com › Trademark › Texas ▾
Compare Beaumont **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

**Top 5% of Trademark Lawyers in Plano, Texas | UpCounsel** Norton
https://www.upcounsel.com › Trademark › Texas ▾
Compare Plano **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Plano, TX.

**Top 5% of Trademark Lawyers in Killeen, Texas | UpCounsel** Norton
https://www.upcounsel.com › Trademark › Texas ▾
Compare Killeen **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Killeen, TX.

**Top 5% of Trademark Lawyers in Minneapolis, Minnesota | UpCounsel**
Norton
https://www.upcounsel.com › Trademark › Minnesota ▾
★★★★★ Rating: 5 - 5,200 reviews
Compare Minneapolis **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

**Top 5% of Trademark Lawyers in Kenner, Louisiana | UpCounsel** Norton
https://www.upcounsel.com › Trademark › Louisiana ▾
★★★★★ Rating: 5 - 5,122 reviews
Compare Kenner **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Kenner, LA.

**Top 5% of Trademark Lawyers in Philadelphia, Pennsylvania ...** Norton
https://www.upcounsel.com › Trademark › Pennsylvania ▾
★★★★★ Rating: 5 - 103 reviews
Compare Philadelphia **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

**Top 5% of Trademark Lawyers in Portland, Oregon | UpCounsel** Norton
https://www.upcounsel.com › Trademark › Oregon ▾
★★★★★ Rating: 5 - 5,253 reviews
Compare Portland **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Portland, ...

**Top 5% of Trademark Lawyers in Anderson, Indiana | UpCounsel** Norton
https://www.upcounsel.com › Trademark › Indiana ▾
★★★★★ Rating: 5 - 5,094 reviews
Compare Anderson **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

**Top 5% of Trademark Lawyers in Fayetteville, NC | UpCounsel** Norton
https://www.upcounsel.com › Trademark › North Carolina ▾
★★★★★ Rating: 5 - 5,211 reviews
Compare Fayetteville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

Top 5% of Trademark Lawyers in Pittsburgh, Pennsylvania | UpCounsel
N Norton
https://www.upcounsel.com › Trademark › Pennsylvania ▾
Compare Pittsburgh **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs

Top 5% of Trademark Lawyers in Miami, Florida | UpCounsel N Norton
https://www.upcounsel.com › Trademark › Florida ▾
★★★★★ Rating: 5 - 62 reviews
Compare Miami **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Miami, FL.

Top 5% of Trademark Lawyers in Medford, Oregon | UpCounsel N Norton
https://www.upcounsel.com › Trademark › Oregon ▾
★★★★★ Rating: 5 - 5,098 reviews
Compare Medford **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Medford, ...

Top 5% of Trademark Lawyers in Delaware City, Delaware | UpCounsel
N Norton
https://www.upcounsel.com › Trademark › Delaware ▾
Compare Delaware City **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** needs in ...

Top 5% of Trademark Lawyers in Naperville, Illinois | UpCounsel N Norton
https://www.upcounsel.com › Trademark › Illinois ▾
Compare Naperville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

Top 5% of Trademark Lawyers in McKinney, Texas | UpCounsel N Norton
https://www.upcounsel.com › Trademark › Texas ▾
Compare McKinney **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

Top 5% of Trademark Lawyers in Matawan, New Jersey | UpCounsel N Norton
https://www.upcounsel.com › Trademark › New Jersey ▾
Compare Matawan **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Matawan ...

Top 5% of Trademark Lawyers in Anchorage, Alaska | UpCounsel N Norton
https://www.upcounsel.com › Trademark › Alaska ▾
★★★★★ Rating: 5 - 2,948 reviews
Compare Anchorage **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

Top 5% of Trademark Lawyers in San Antonio, Texas | UpCounsel N Norton
https://www.upcounsel.com › Trademark › Texas ▾
★★★★★ Rating: 5 - 5,184 reviews
Compare San Antonio **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in San ...

Top 5% of Trademark Lawyers in Springfield, Oregon | UpCounsel N Norton
https://www.upcounsel.com › Trademark › Oregon ▾
★★★★★ Rating: 5 - 5,091 reviews
Compare Springfield **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

Top 5% of Trademark Lawyers in Dayton, Ohio | UpCounsel N Norton
https://www.upcounsel.com › Trademark › Ohio ▾
Compare Dayton **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Dayton, OH.

Top 5% of Trademark Lawyers in Lansing, Michigan | UpCounsel N Norton
https://www.upcounsel.com › Trademark › Michigan ▾
★★★★★ Rating: 5 - 5,312 reviews
Compare Lansing **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Lansing, ...

Top 5% of Trademark Lawyers in Alvin, Texas | UpCounsel N Norton
https://www.upcounsel.com › Trademark › Texas ▾
★★★★★ Rating: 5 - 5,155 reviews
Compare Alvin **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Alvin, TX.

### Top 5 of Trademark Lawyers in Colorado Springs, Colorado ...
https://www.upcounsel.com › Trademark › Colorado ▾
★★★★★ Rating: 5 - 262 reviews
Compare Colorado Springs **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Annapolis, Maryland | UpCounsel
https://www.upcounsel.com › Trademark › Maryland ▾
Compare Annapolis **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Lawton, Oklahoma | UpCounsel
https://www.upcounsel.com › Trademark › Oklahoma ▾
★★★★★ Rating: 5 - 5,187 reviews
Compare Lawton **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Lawton, ...

### Top 5 of Trademark Lawyers in Silver Spring, Maryland | UpCounsel
https://www.upcounsel.com › Trademark › Maryland ▾
★★★★★ Rating: 5 - 5,181 reviews
Compare Silver Spring **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Silver ...

### Top 5 of Trademark Lawyers in Huntsville, Alabama | UpCounsel
https://www.upcounsel.com › Trademark › Alabama ▾
★★★★★ Rating: 5 - 5,109 reviews
Compare Huntsville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Indianapolis, Indiana | UpCounsel
https://www.upcounsel.com › Trademark › Indiana ▾
★★★★★ Rating: 5 - 5,185 reviews
Compare Indianapolis **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Amarillo, Texas | UpCounsel
https://www.upcounsel.com › Trademark › Texas ▾
Compare Amarillo **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Amarillo, ...

### Top 5 of Trademark Lawyers in Valencia, California | UpCounsel
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 5 - 5,271 reviews
Compare Valencia **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Valencia, ...

### Top 5 of Trademark Lawyers in Houma, Louisiana | UpCounsel
https://www.upcounsel.com › Trademark › Louisiana ▾
★★★★★ Rating: 5 - 5,202 reviews
Compare Houma **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Houma, LA.

### Top 5 of Trademark Lawyers in Redmond, Washington | UpCounsel
https://www.upcounsel.com › Trademark › Washington ▾
★★★★★ Rating: 5 - 5,136 reviews
Compare Redmond **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Providence, Rhode Island | UpCounsel
https://www.upcounsel.com › Trademark › Rhode Island ▾
★★★★★ Rating: 5 - 5,183 reviews
Compare Providence **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Duluth, Georgia | UpCounsel
https://www.upcounsel.com › Trademark › Georgia ▾
★★★★★ Rating: 5 - 5,181 reviews
Compare Duluth **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Duluth, GA.

### Top 5 of Trademark Lawyers in Yonkers, New York | UpCounsel
https://www.upcounsel.com › Trademark › New York ▾

Compare Yonkers **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Yonkers, ...

**Top 5 of Trademark Lawyers in Lilburn, Georgia | UpCounsel**   Norton
https://www.upcounsel.com › Trademark › Georgia ▾
★★★★★ Rating: 5 - 5,397 reviews
Compare Lilburn **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Lilburn, GA.

**Top 5 of Trademark Lawyers in Benton, Arkansas | UpCounsel**   Norton
https://www.upcounsel.com › Trademark › Arkansas ▾
★★★★★ Rating: 5 - 5,122 reviews
Compare Benton **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Benton, AR.

**Top 5 of Trademark Lawyers in Cumming, Georgia | UpCounsel**   Norton
https://www.upcounsel.com › Trademark › Georgia ▾
★★★★★ Rating: 5 - 5,095 reviews
Compare Cumming **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Raleigh, North Carolina | UpCounsel**   Norton
https://www.upcounsel.com › Trademark › North Carolina ▾
Compare Raleigh **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Raleigh, ...

**Top 5 of Trademark Lawyers in Antioch, California | UpCounsel**   Norton
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 5 - 5,127 reviews
Compare Antioch **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Antioch, ...

**Top 5 of Trademark Lawyers in Columbus, Ohio | UpCounsel**   Norton
https://www.upcounsel.com › Trademark › Ohio ▾
Compare Columbus **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Tulsa, Oklahoma | UpCounsel**   Norton
https://www.upcounsel.com › Trademark › Oklahoma ▾
★★★★★ Rating: 5 - 5,209 reviews
Compare Tulsa **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Tulsa, OK.

**Top 5 of Trademark Lawyers in Bethlehem, Pennsylvania | UpCounsel**
Norton
https://www.upcounsel.com › Trademark › Pennsylvania ▾
★★★★★ Rating: 5 - 5,123 reviews
Compare Bethlehem **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Fort Lauderdale, Florida | UpCounsel**
Norton
https://www.upcounsel.com › Trademark › Florida ▾
★★★★★ Rating: 5 - 5,190 reviews
Compare Fort Lauderdale **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Marietta, Georgia | UpCounsel**   Norton
https://www.upcounsel.com › Trademark › Georgia ▾
★★★★★ Rating: 5 - 5,189 reviews
Compare Marietta **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Marietta, ...

**Top 5 of Trademark Lawyers in Syracuse, New York | UpCounsel**   Norton
https://www.upcounsel.com › Trademark › New York ▾
Compare Syracuse **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Stillwater, Oklahoma | UpCounsel**   Norton
https://www.upcounsel.com › Trademark › Oklahoma ▾
★★★★★ Rating: 5 - 5,390 reviews
Compare Stillwater **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Stillwater ...

### Top 5 of Trademark Lawyers in Tallahassee, Florida | UpCounsel ⬛Norton
https://www.upcounsel.com › Trademark › Florida ▾
Compare Tallahassee **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Baltimore, Maryland | UpCounsel ⬛Norton
https://www.upcounsel.com › Trademark › Maryland ▾
★★★★★ Rating: 5 - 5,238 reviews
Compare Baltimore **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Pharr, Texas | UpCounsel ⬛Norton
https://www.upcounsel.com › Trademark › Texas ▾
Compare Pharr **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Pharr, TX.

### Top 5 of Trademark Lawyers in Knoxville, Tennessee | UpCounsel ⬛Norton
https://www.upcounsel.com › Trademark › Tennessee ▾
★★★★★ Rating: 5 - 5,178 reviews
Compare Knoxville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Knoxville ...

### Top 5 of Trademark Lawyers in Round Rock, Texas | UpCounsel ⬛Norton
https://www.upcounsel.com › Trademark › Texas ▾
Compare Round Rock **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Boca Raton, Florida | UpCounsel ⬛Norton
https://www.upcounsel.com › Trademark › Florida ▾
Compare Boca Raton **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Boca ...

### Top 5 of Trademark Lawyers in Jamaica, New York | UpCounsel ⬛Norton
https://www.upcounsel.com › Trademark › New York ▾
★★★★★ Rating: 5 - 5,211 reviews
Compare Jamaica **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Jamaica, ...

### Top 5 of Trademark Lawyers in Austin, Texas | UpCounsel ⬛Norton
https://www.upcounsel.com › Trademark › Texas ▾
★★★★★ Rating: 5 - 28 reviews
Compare Austin **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Austin, TX.

### Top 5 of Trademark Lawyers in Warren, Michigan | UpCounsel ⬛Norton
https://www.upcounsel.com › Trademark › Michigan ▾
★★★★★ Rating: 5 - 5,192 reviews
Compare Warren **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Warren, MI.

### Top 5 of Trademark Lawyers in Glastonbury, Connecticut | UpCounsel
⬛Norton
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Connecticut ▾
★★★★★ Rating: 5 - 4,984 reviews
Compare Glastonbury **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in North Andover, MA | UpCounsel ⬛Norton
https://www.upcounsel.com › Trademark › Massachusetts ▾
★★★★★ Rating: 5 - 5,220 reviews
Compare North Andover **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Keller, Texas | UpCounsel ⬛Norton
https://www.upcounsel.com › Trademark › Texas ▾
★★★★★ Rating: 5 - 5,188 reviews
Compare Keller **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Keller, TX.

### Top 5 of Trademark Lawyers in Boise, Idaho | UpCounsel ⬛Norton
https://www.upcounsel.com › Trademark › Idaho ▾
★★★★★ Rating: 5 - 5,175 reviews

Compare Boise **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Boise, ID.

### Top 5 of Trademark Lawyers in Wilmington, North Carolina ...
https://www.upcounsel.com › Trademark › North Carolina ▾
★★★★★ Rating: 5 - 5,187 reviews
Compare Wilmington **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Yakima, Washington | UpCounsel
https://www.upcounsel.com › Trademark › Washington ▾
★★★★★ Rating: 5 - 5,181 reviews
Compare Yakima **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Yakima, ...

### Top 5 of Trademark Lawyers in Pueblo, Colorado | UpCounsel
https://www.upcounsel.com › Trademark › Colorado ▾
★★★★★ Rating: 5 - 5,187 reviews
Compare Pueblo **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Pueblo, CO.

### Top 5 of Trademark Lawyers in Lawrenceville, Georgia | UpCounsel
https://www.upcounsel.com › Trademark › Georgia ▾
★★★★★ Rating: 4.9 - 5,120 reviews
Compare Lawrenceville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Richardson, Texas | UpCounsel
https://www.upcounsel.com › Trademark › Texas ▾
★★★★★ Rating: 5 - 5,152 reviews
Compare Richardson **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Longmont, Colorado | UpCounsel
https://www.upcounsel.com › Trademark › Colorado ▾
★★★★★ Rating: 5 - 5,245 reviews
Compare Longmont **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Hampton, Virginia | UpCounsel
https://www.upcounsel.com › Trademark › Virginia ▾
★★★★★ Rating: 4.9 - 5,281 reviews
Compare Hampton **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Hampton ...

### Top 5 of Trademark Lawyers in Nashville, Tennessee | UpCounsel
https://www.upcounsel.com › Trademark › Tennessee ▾
★★★★★ Rating: 5 - 5,185 reviews
Compare Nashville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Dyersburg, Tennessee | UpCounsel
https://www.upcounsel.com › Trademark › Tennessee ▾
★★★★★ Rating: 5 - 5,192 reviews
Compare Dyersburg **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Winston Salem, NC | UpCounsel
https://www.upcounsel.com › Trademark › North Carolina ▾
★★★★★ Rating: 5 - 5,185 reviews
Compare Winston Salem **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Olympia, Washington | UpCounsel
https://www.upcounsel.com › Trademark › Washington ▾
Compare Olympia **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Olympia, ...

### Top 5 of Trademark Lawyers in Bridgeport, Connecticut | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Connecticut ▾
★★★★★ Rating: 5 - 4,884 reviews
Compare Bridgeport **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

Top 5% of Trademark Lawyers in Lincoln, Nebraska | UpCounsel 
https://www.upcounsel.com › Trademark › Nebraska ▾
★★★★★ Rating: 5 - 5,229 reviews
Compare Lincoln **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Lincoln, ...

Search Registered Trademarks | Protect Your Brand Name
Ad www.legalzoom.com/trademark ▾
We've Filed More Than 250k Applications & We're Still Counting! Let Us Help You. 15 Years Of Experience. Premium Package Available. Cease & Desist Letter. Service In All 50 States. Trademark Monitoring. Electronic Filing. Starter Questionnaire. Name Availability Check. We File Your Paperwork.
3 Step Process · Easy Trademark Search · Trademark FAQs · Office Action Response

Register a Trademark $69 | TTC Business Solutions
Ad www.ttcbusinesssolutions.com/ ▾
Your trademark is your most valuable asset. Protect it! Lifetime Customer Support. Highlights: Low Costs, No Hidden Fees, Chat Support Available, BBB Accredited Business.
Services Offered · Create An Account · About Us · Contact Us · Learning Center

Online Trademark Registration | Official Filing In 5 Minutes
Ad www.trademarkia.com/ ▾
100,000+ Trademarks Filed. Worlds Largest Filing Firm. Top Global IP Attorneys. Licensed TM Attorneys. 24/7 Support. TM in 170+ Countries. Dispute Resolution. Easy Online Application. Services: Business Page, Office Action Response, Cease & Desist Letters.

Searches related to top 5 trademark site:upcounsel.com

| | |
|---|---|
| trademark **attorney** | trademark **attorney free consultation** |
| trademark **lawyer** | trademark **lawyer near me** |
| trademark **lawyers** | trademark **attorney flat fee** |
| trademark **attorney near me** | **us** trademark **attorney** |

Goooogle ›

1  2  3  4   Next

● Shoreline West, Mountain View, CA - Reported by this computer · Use precise location · Learn more
Help    Send feedback    Privacy    Terms

https://www.google.com/search?num=100&as_qdr=all&biw=2400&bih=1228&ei=mLOGW6rrJN6R0PEP-_iqoA8&q=%22top+5+trademark%22+site%3...    9/9

Google    top 5 trademark site:upcounsel.com

All    News    Images    Videos    Shopping    More    Settings    Tools

Page 2 of about 25,900 results (0.44 seconds)

**Top 5 of Trademark Lawyers in Arlington, Washington | UpCounsel**
https://www.upcounsel.com › Trademark › Washington ▼
★★★★★ Rating: 5 - 5,213 reviews
Compare Arlington **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in Arlington, ...

**Top 5 of Trademark Lawyers in Dallas, Texas | UpCounsel**
https://www.upcounsel.com › Trademark › Texas ▼
★★★★★ Rating: 5 - 98 reviews
Compare Dallas **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Dallas, TX.

**Top 5 of Trademark Lawyers in Shreveport, Louisiana | UpCounsel**
https://www.upcounsel.com › Trademark › Louisiana ▼
★★★★★ Rating: 5 - 5,243 reviews
Compare Shreveport **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Springfield, Massachusetts ...**
https://www.upcounsel.com › Trademark › Massachusetts ▼
★★★★★ Rating: 5 - 5,195 reviews
Compare Springfield **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Athens, Georgia | UpCounsel**
https://www.upcounsel.com › Trademark › Georgia ▼
Compare Athens **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Athens, GA.

**Top 5 of Trademark Lawyers in Bentonville, Arkansas | UpCounsel**
https://www.upcounsel.com › Trademark › Arkansas ▼
★★★★★ Rating: 5 - 5,141 reviews
Compare Bentonville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Tuscaloosa, Alabama | UpCounsel**
https://www.upcounsel.com › Trademark › Alabama ▼
★★★★★ Rating: 5 - 5,184 reviews
Compare Tuscaloosa **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Ogden, Utah | UpCounsel**
https://www.upcounsel.com › Trademark › Utah ▼
★★★★★ Rating: 5 - 5,134 reviews
Compare Ogden **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Ogden, UT.

**Top 5 of Trademark Lawyers in Chico, California | UpCounsel**
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › California ▼
★★★★★ Rating: 5 - 4,975 reviews
Compare Chico **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Chico, CA.

**Top 5 of Trademark Lawyers in Eastpointe, Michigan | UpCounsel**
https://www.upcounsel.com › Trademark › Michigan ▼
Compare Eastpointe **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Trenton, New Jersey | UpCounsel**
https://www.upcounsel.com › Trademark › New Jersey ▼
Compare Trenton **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Trenton, ...

**Top 5 of Trademark Lawyers in Palmdale, California | UpCounsel**

https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 5 - 5,153 reviews
Compare Palmdale **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Chesapeake, Virginia | UpCounsel**
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Virginia ▾
★★★★★ Rating: 5 - 4,905 reviews
Compare Chesapeake **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in North Canton, Ohio | UpCounsel**
https://www.upcounsel.com › Trademark › Ohio ▾
★★★★★ Rating: 5 - 5,123 reviews
Compare North Canton **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Acworth, Georgia | UpCounsel**
https://www.upcounsel.com › Trademark › Georgia ▾
★★★★★ Rating: 5 - 5,204 reviews
Compare Acworth **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Acworth, ...

**Top 5 of Trademark Lawyers in Greenville, South Carolina ...**
https://www.upcounsel.com › Trademark › South Carolina ▾
Compare Greenville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Burbank, California | UpCounsel**
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 5 - 5,207 reviews
Compare Burbank **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Burbank, ...

**Top 5 of Trademark Lawyers in Fresno, California | UpCounsel**
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 5 - 5,105 reviews
Compare Fresno **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Fresno, CA.

**Top 5 of Trademark Lawyers in Warren, Ohio | UpCounsel**
https://www.upcounsel.com › Trademark › Ohio ▾
★★★★★ Rating: 4.9 - 5,308 reviews
Compare Warren **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Warren, ...

**Top 5 of Trademark Lawyers in Fremont, California | UpCounsel**
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › California ▾
★★★★★ Rating: 5 - 4,969 reviews
Compare Fremont **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Fremont, ...

**Top 5 of Trademark Lawyers in Pensacola, Florida | UpCounsel**
https://www.upcounsel.com › Trademark › Florida ▾
★★★★★ Rating: 5 - 4,970 reviews
Compare Pensacola **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Kissimmee, Florida | UpCounsel**
https://www.upcounsel.com › Trademark › Florida ▾
★★★★★ Rating: 5 - 5,196 reviews
Compare Kissimmee **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Rockwall, Texas | UpCounsel**
https://www.upcounsel.com › Trademark › Texas ▾
★★★★★ Rating: 5 - 5,149 reviews
Compare Rockwall **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Rockwall ...

**Top 5 of Trademark Lawyers in Dallas, Georgia | UpCounsel**
https://www.upcounsel.com › Trademark › Georgia ▾

Compare Dallas **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Dallas, GA.

### Top 5 of Trademark Lawyers in Orange County, California ...
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 5 - 2,504 reviews
Compare Orange County **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Spring, Texas | UpCounsel
https://www.upcounsel.com › Trademark › Texas ▾
★★★★★ Rating: 5 - 5,250 reviews
Compare Spring **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Spring, TX.

### Top 5 of Trademark Lawyers in Peachtree City, Georgia | UpCounsel
https://www.upcounsel.com › Trademark › Georgia ▾
★★★★★ Rating: 5 - 5,136 reviews
Compare Peachtree City **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Greenville, North Carolina ...
https://www.upcounsel.com › Trademark › North Carolina ▾
★★★★★ Rating: 4.9 - 5,137 reviews
Compare Greenville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Gonzales, Louisiana | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Louisiana ▾
★★★★★ Rating: 5 - 4,855 reviews
Compare Gonzales **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Lynnwood, Washington | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Washington ▾
★★★★★ Rating: 5 - 4,898 reviews
Compare Lynnwood **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Albany, New York | UpCounsel
https://www.upcounsel.com › Trademark › New York ▾
★★★★★ Rating: 5 - 5,247 reviews
Compare Albany **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Albany, NY.

### Top 5 of Trademark Lawyers in Rochester, New York | UpCounsel
https://www.upcounsel.com › Trademark › New York ▾
★★★★★ Rating: 5 - 5,182 reviews
Compare Rochester **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in New Orleans, Louisiana | UpCounsel
https://www.upcounsel.com › Trademark › Louisiana ▾
★★★★★ Rating: 5 - 5,185 reviews
Compare New Orleans **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in New ...

### Top 5 of Trademark Lawyers in Tacoma, Washington | UpCounsel
https://www.upcounsel.com › Trademark › Washington ▾
★★★★★ Rating: 5 - 5,181 reviews
Compare Tacoma **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Tacoma, ...

### Top 5 of Trademark Lawyers in Hartford, Connecticut | UpCounsel
https://www.upcounsel.com › Trademark › Connecticut ▾
★★★★★ Rating: 5 - 5,392 reviews
Compare Hartford **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Hartford, ...

### Top 5 of Trademark Lawyers in Bowie, Maryland | UpCounsel
https://www.upcounsel.com › Trademark › Maryland ▾
★★★★★ Rating: 5 - 5,132 reviews

Compare Bowie **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Bowie, MD.

### Top 5 of Trademark Lawyers in Coeur d Alene, Idaho | UpCounsel
https://www.upcounsel.com › Trademark › Idaho ▾
Compare Coeur d Alene **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Wilmington, Delaware | UpCounsel
https://www.upcounsel.com › Trademark › Delaware ▾
Compare Wilmington **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Frisco, Texas | UpCounsel
https://www.upcounsel.com › Trademark › Texas ▾
★★★★★ Rating: 5 - 5,113 reviews
Compare Frisco **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Frisco, TX.

### Top 5 of Trademark Lawyers in Kansas City, Missouri | UpCounsel
https://www.upcounsel.com › Trademark › Missouri ▾
★★★★★ Rating: 4.9 - 5,511 reviews
Compare Kansas City **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Tomball, Texas | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Texas
★★★★★ Rating: 5 - 4,755 reviews
Compare Tomball **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Tomball, ...

### Top 5 of Trademark Lawyers in Reading, Pennsylvania | UpCounsel
https://www.upcounsel.com › Trademark › Pennsylvania ▾
★★★★★ Rating: 5 - 5,135 reviews
Compare Reading **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Reading, ...

### Top 5 of Trademark Lawyers in Chandler, Arizona | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Arizona ▾
★★★★★ Rating: 5 - 4,959 reviews
Compare Chandler **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Middletown, New York | UpCounsel
https://www.upcounsel.com › Trademark › New York ▾
Compare Middletown **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Cincinnati, Ohio | UpCounsel
https://www.upcounsel.com › Trademark › Ohio ▾
Compare Cincinnati **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Lorain, Ohio | UpCounsel
https://www.upcounsel.com › Trademark › Ohio ▾
★★★★★ Rating: 5 - 5,108 reviews
Compare Lorain **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Lorain, OH.

### Top 5 of Trademark Lawyers in Richmond, Virginia | UpCounsel
https://www.upcounsel.com › Trademark › Virginia ▾
★★★★★ Rating: 5 - 5,192 reviews
Compare Richmond **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Vacaville, California | UpCounsel
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 5 - 5,102 reviews
Compare Vacaville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Vacaville ...

### Top 5 of Trademark Lawyers in Memphis, Tennessee | UpCounsel

https://www.upcounsel.com › Trademark › Tennessee ▼
★★★★★ Rating: 5 - 5,207 reviews
Compare Memphis **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Memphis ...

### Top 5 of Trademark Lawyers in Lancaster, California | UpCounsel
https://www.upcounsel.com › Trademark › California ▼
★★★★★ Rating: 5 - 5,103 reviews
Compare Lancaster **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Ashland, Oregon | UpCounsel
https://www.upcounsel.com › Trademark › Oregon ▼
★★★★★ Rating: 5 - 5,174 reviews
Compare Ashland **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Ashland, ...

### Top 5 of Trademark Lawyers in Fort Myers, Florida | UpCounsel
https://www.upcounsel.com › Trademark › Florida ▼
★★★★★ Rating: 5 - 5,200 reviews
Compare Fort Myers **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Fort ...

### Top 5 of Trademark Lawyers in Montgomery, Alabama | UpCounsel
https://www.upcounsel.com › Trademark › Alabama ▼
Compare Montgomery **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Haverhill, Massachusetts | UpCounsel
https://www.upcounsel.com › Trademark › Massachusetts ▼
★★★★★ Rating: 5 - 5,153 reviews
Compare Haverhill **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Haverhill, ...

### Top 5 of Trademark Lawyers in Fredericksburg, Virginia | UpCounsel
https://www.upcounsel.com › Trademark › Virginia ▼
★★★★★ Rating: 5 - 5,191 reviews
Compare Fredericksburg **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Parker, Colorado | UpCounsel
https://www.upcounsel.com › Trademark › Colorado ▼
★★★★★ Rating: 5 - 4,914 reviews
Compare Parker **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Parker, CO.

### Top 5 of Trademark Lawyers in Riverside, California | UpCounsel
https://www.upcounsel.com › Trademark › California ▼
★★★★★ Rating: 5 - 5,241 reviews
Compare Riverside **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Corona, California | UpCounsel
https://www.upcounsel.com › Trademark › California ▼
Compare Corona **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Corona, ...

### Top 5 of Trademark Lawyers in Marysville, Washington | UpCounsel
https://www.upcounsel.com › Trademark › Washington ▼
★★★★★ Rating: 5 - 5,218 reviews
Compare Marysville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Pflugerville, Texas | UpCounsel
https://www.upcounsel.com › Trademark › Texas ▼
★★★★★ Rating: 5 - 4,928 reviews
Compare Pflugerville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Lakeland, Florida | UpCounsel
https://www.upcounsel.com › Trademark › Florida ▼
★★★★★ Rating: 5 - 5,208 reviews

Compare Lakeland **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Frankfort, Illinois | UpCounsel
https://www.upcounsel.com › Trademark › Illinois ▼
★★★★★ Rating: 5 - 5,149 reviews
Compare Frankfort **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Frankfort, ...

### Top 5 of Trademark Lawyers in Golden, Colorado | UpCounsel
https://www.upcounsel.com › Trademark › Colorado ▼
Compare Golden **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Golden, ...

### Top 5 of Trademark Lawyers in Honolulu, Hawaii | UpCounsel
https://www.upcounsel.com › Trademark › Hawaii ▼
Compare Honolulu **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Honolulu ...

### Top 5 of Trademark Lawyers in Lubbock, Texas | UpCounsel
https://www.upcounsel.com › Trademark › Texas ▼
★★★★★ Rating: 5 - 5,318 reviews
Compare Lubbock **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Lubbock, ...

### Top 5 of Trademark Lawyers in Juneau, Alaska | UpCounsel
https://www.upcounsel.com › Trademark › Alaska ▼
★★★★★ Rating: 5 - 5,193 reviews
Compare Juneau **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Juneau, ...

### Top 5 of Trademark Lawyers in Fallon, Nevada | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Nevada ▼
★★★★★ Rating: 5 - 4,690 reviews
Compare Fallon **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Fallon, NV.

### Top 5 of Trademark Lawyers in Peoria, Illinois | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Illinois ▼
★★★★★ Rating: 5 - 4,887 reviews
Compare Peoria **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Peoria, IL.

### Top 5 of Trademark Lawyers in Lafayette, Colorado | UpCounsel
https://www.upcounsel.com › Trademark › Colorado ▼
★★★★★ Rating: 5 - 4,994 reviews
Compare Lafayette **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Lafayette ...

### Top 5 of Trademark Lawyers in Stanwood, Washington | UpCounsel
https://www.upcounsel.com › Trademark › Washington ▼
Compare Stanwood **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Youngstown, Ohio | UpCounsel
https://www.upcounsel.com › Trademark › Ohio ▼
★★★★★ Rating: 5 - 5,194 reviews
Compare Youngstown **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Little Rock, Arkansas | UpCounsel
https://www.upcounsel.com › Trademark › Arkansas ▼
★★★★★ Rating: 5 - 5,139 reviews
Compare Little Rock **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Little ...

### Top 5 of Trademark Lawyers in New Castle, Pennsylvania ...
https://www.upcounsel.com › Trademark › Pennsylvania ▼
★★★★★ Rating: 4.9 - 5,100 reviews
Compare New Castle **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in New ...

### Top 5% of Trademark Lawyers in Milford, Connecticut | UpCounsel
https://www.upcounsel.com › Trademark › Connecticut ▼
★★★★★ Rating: 5 - 5,140 reviews
Compare Milford **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Milford, CT.

### Top 5% of Trademark Lawyers in Toccoa, Georgia | UpCounsel
https://www.upcounsel.com › Trademark › Georgia ▼
★★★★★ Rating: 5 - 5,203 reviews
Compare Toccoa **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Toccoa, ...

### Top 5% of Trademark Lawyers in Anderson, South Carolina | UpCounsel
https://www.upcounsel.com › Trademark › South Carolina ▼
★★★★★ Rating: 5 - 5,109 reviews
Compare Anderson **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Stockton, California | UpCounsel
https://www.upcounsel.com › Trademark › California ▼
Compare Stockton **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Stockton, ...

### Top 5% of Trademark Lawyers in Columbia, South Carolina | UpCounsel
https://www.upcounsel.com › Trademark › South Carolina ▼
Compare Columbia **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Fayetteville, Arkansas | UpCounsel
https://www.upcounsel.com › Trademark › Arkansas ▼
★★★★★ Rating: 5 - 5,155 reviews
Compare Fayetteville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Salisbury, North Carolina | UpCounsel
https://www.upcounsel.com › Trademark › North Carolina ▼
★★★★★ Rating: 5 - 5,249 reviews
Compare Salisbury **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Jacksonville, Florida | UpCounsel
https://www.upcounsel.com › Trademark › Florida ▼
★★★★★ Rating: 5 - 5,200 reviews
Compare Jacksonville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Kent, Washington | UpCounsel
https://www.upcounsel.com › Trademark › Washington ▼
★★★★★ Rating: 5 - 5,188 reviews
Compare Kent **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Kent, WA.

### Top 5% of Trademark Lawyers in Chino, California | UpCounsel
https://www.upcounsel.com › Trademark › California ▼
Compare Chino **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Chino, CA.

### Top 5% of Trademark Lawyers in Poughkeepsie, New York | UpCounsel
https://www.upcounsel.com › Trademark › New York ▼
Compare Poughkeepsie **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Goodyear, Arizona | UpCounsel
https://www.upcounsel.com › Trademark › Arizona ▼
★★★★★ Rating: 5 - 5,093 reviews
Compare Goodyear **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Torrance, California | UpCounsel
https://www.upcounsel.com › Trademark › California ▼
★★★★★ Rating: 5 - 5,196 reviews
Compare Torrance **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Torrance, ...

## Top 5 of Trademark Lawyers in Gunnison, Colorado | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Colorado ▼
★★★★★ Rating: 5 - 4,918 reviews
Compare Gunnison **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

## Top 5 of Trademark Lawyers in Ocala, Florida | UpCounsel
https://www.upcounsel.com › Trademark › Florida ▼
Compare Ocala **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Ocala, FL.

## Top 5 of Trademark Lawyers in Oakland, California | UpCounsel
https://www.upcounsel.com › Trademark › California ▼
Compare Oakland **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Oakland, ...

## Top 5 of Trademark Lawyers in Ballwin, Missouri | UpCounsel
https://www.upcounsel.com › Trademark › Missouri ▼
★★★★★ Rating: 5 - 5,115 reviews
Compare Ballwin **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Ballwin, ...

## Top 5 of Trademark Lawyers in Naples, Florida | UpCounsel
https://www.upcounsel.com › Trademark › Florida ▼
★★★★★ Rating: 5 - 5,234 reviews
Compare Naples **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Naples, FL.

## Top 5 of Trademark Lawyers in Boynton Beach, Florida | UpCounsel
https://www.upcounsel.com › Trademark › Florida ▼
★★★★★ Rating: 5 - 5,101 reviews
Compare Boynton Beach **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

## Top 5 of Trademark Lawyers in Roswell, Georgia | UpCounsel
https://www.upcounsel.com › Trademark › Georgia ▼
Compare Roswell **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Roswell, ...

## Top 5 of Trademark Lawyers in Oklahoma City, Oklahoma ...
https://www.upcounsel.com › Trademark › Oklahoma ▼
★★★★★ Rating: 5 - 5,248 reviews
Compare Oklahoma City **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

## Top 5 of Trademark Lawyers in San Bernardino, California ...
https://www.upcounsel.com › Trademark › California ▼
★★★★★ Rating: 4.9 - 5,101 reviews
Compare San Bernardino **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

## Top 5 of Trademark Lawyers in Grand Rapids, Michigan | UpCounsel
https://www.upcounsel.com › Trademark › Michigan ▼
★★★★★ Rating: 5 - 5,107 reviews
Compare Grand Rapids **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

## Top 5 of Trademark Lawyers in Kennewick, Washington | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Washington ▼
★★★★★ Rating: 5 - 4,911 reviews
Compare Kennewick **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

## Top 5 of Trademark Lawyers in Sarasota, Florida | UpCounsel
https://www.upcounsel.com › Trademark › Florida ▼
★★★★★ Rating: 5 - 5,101 reviews
Compare Sarasota **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Sarasota, ...

## Top 5 of Trademark Lawyers in Petersburg, Virginia | UpCounsel
https://www.upcounsel.com › Trademark › Virginia ▼
Compare Petersburg **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5% of Trademark Lawyers in Opelika, Alabama | UpCounsel**
https://www.upcounsel.com › Trademark › Alabama ▾
★★★★★ Rating: 4.9 · 5,097 reviews
Compare Opelika **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Opelika, ...

**$69 Register Trademark Online | Fast & Easy 3-Step Process**
Ad  www.trademarkengine.com/Easy/Trademark ▾    (877) 721-4579
★★★★☆ Rating for trademarkengine.com: 4.4 - 3,712 reviews
Protect Your Brand - File A **Trademark** Today. Only 3 Steps, Takes Just 5 Minutes! USPTO **Trademark**
Filing. Same Day Filing. Official Site. Lifetime Customer Support. 3 Step Process. Satisfaction
Guaranteed. Comprehensive TM Search. Services: Federal **Trademark** Filing, **Trademark** Monitoring.
Basic Package - $69.00 - Get Your Trademark Filed · More ▾

**Register a Trademark $69 | TTC Business Solutions**
Ad  www.ttcbusinesssolutions.com/ ▾
Your **trademark** is your most valuable asset. Protect it! Lifetime Customer Support. Types: Basic
Package, Standard Package, Platinum Package.
Create An Account · About Us · Learning Center · Contact Us · Services Offered

**Online Trademark Registration | Professional Filing in 5 Mins.**
Ad  www.trademarkia.com/ ▾
100,000+ **Trademarks** Filed. Worlds **Largest** Filing Firm. **Top** Global IP Attorneys. Licensed TM
Attorneys. Dispute Resolution. Easy Online Application. 24/7 Support. TM in 170+ Countries. Services:
Business Page, Office Action Response, Cease & Desist Letters.

Searches related to top 5 trademark site:upcounsel.com

trademark **attorney**                    trademark **attorney free consultation**
trademark **lawyer**                       trademark **lawyer near me**
trademark **lawyers**                      trademark **attorney flat fee**
trademark **attorney near me**             us trademark **attorney**

‹  ›

         Previous      1  **2**  3  4      Next

Google        top 5 trademark site:upcounsel.com                    🎤  🔍

All      News     Images     Videos     Shopping     More              Settings     Tools

Page 3 of about 25,900 results (0.39 seconds)

Top 5% of Trademark Lawyers in Hot Springs National Park, AR
https://www.upcounsel.com › Trademark › Arkansas ▼
★★★★★ Rating: 5 - 5,142 reviews
Compare Hot Springs National Park Trademark Attorneys & Lawyers for hire on UpCounsel and choose the
best trademark attorney for your unique trademark ...

Top 5% of Trademark Lawyers in Newnan, Georgia | UpCounsel
https://www.upcounsel.com › Trademark › Georgia ▼
Compare Newnan Trademark Attorneys & Lawyers for hire on UpCounsel and choose the best
trademark attorney for your unique trademark needs in Newnan, ...

Top 5% of Trademark Lawyers in Streamwood, Illinois | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Illinois ▼
★★★★★ Rating: 5 - 4,936 reviews
Compare Streamwood Trademark Attorneys & Lawyers for hire on UpCounsel and choose the best
trademark attorney for your unique trademark needs in ...

Top 5% of Trademark Lawyers in Fairfield, California | UpCounsel
https://www.upcounsel.com › Trademark › California ▼
★★★★★ Rating: 5 - 4,965 reviews
Compare Fairfield Trademark Attorneys & Lawyers for hire on UpCounsel and choose the best
trademark attorney for your unique trademark needs in Fairfield, ...

Top 5% of Trademark Lawyers in Gainesville, Georgia | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Georgia ▼
★★★★★ Rating: 5 - 4,917 reviews
Compare Gainesville Trademark Attorneys & Lawyers for hire on UpCounsel and choose the best
trademark attorney for your unique trademark needs in ...

Top 5% of Trademark Lawyers in Staten Island, New York | UpCounsel
https://www.upcounsel.com › Trademark › New York ▼
Compare Staten Island Trademark Attorneys & Lawyers for hire on UpCounsel and choose the best
trademark attorney for your unique trademark needs in ...

Top 5% of Trademark Lawyers in Kalispell, Montana | UpCounsel
https://www.upcounsel.com › Trademark › Montana ▼
★★★★★ Rating: 5 - 4,981 reviews
Compare Kalispell Trademark Attorneys & Lawyers for hire on UpCounsel and choose the best
trademark attorney for your unique trademark needs in Kalispell, ...

Top 5% of Trademark Lawyers in Whittier, California | UpCounsel
https://www.upcounsel.com › Trademark › California ▼
★★★★★ Rating: 5 - 5,192 reviews
Compare Whittier Trademark Attorneys & Lawyers for hire on UpCounsel and choose the best
trademark attorney for your unique trademark needs in Whittier, ...

Top 5% of Trademark Lawyers in Newtown, Pennsylvania | UpCounsel
https://www.upcounsel.com › Trademark › Pennsylvania ▼
★★★★★ Rating: 5 - 5,156 reviews
Compare Newtown Trademark Attorneys & Lawyers for hire on UpCounsel and choose the best
trademark attorney for your unique trademark needs in ...

Top 5% of Trademark Lawyers in Scranton, Pennsylvania | UpCounsel
https://www.upcounsel.com › Trademark › Pennsylvania ▼
★★★★★ Rating: 5 - 5,247 reviews
Compare Scranton Trademark Attorneys & Lawyers for hire on UpCounsel and choose the best
trademark attorney for your unique trademark needs in Scranton, ...

Top 5% of Trademark Lawyers in Charlotte, North Carolina | UpCounsel
https://www.upcounsel.com › Trademark › North Carolina ▼
Compare Charlotte Trademark Attorneys & Lawyers for hire on UpCounsel and choose the best
trademark attorney for your unique trademark needs in Charlotte ...

Top 5% of Trademark Lawyers in Baton Rouge, Louisiana | UpCounsel

https://www.upcounsel.com › Trademark › Louisiana ▾

Compare Baton Rouge **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Stamford, Connecticut | UpCounsel
https://www.upcounsel.com › Trademark › Connecticut ▾
★★★★★ Rating: 5 - 5,095 reviews
Compare Stamford **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Stamford, ...

### Top 5% of Trademark Lawyers in Goshen, Indiana | UpCounsel
https://www.upcounsel.com › Trademark › Indiana ▾
★★★★★ Rating: 5 - 5,156 reviews
Compare Goshen **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Goshen, ...

### Top 5% of Trademark Lawyers in Parkville, Maryland | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Maryland ▾
★★★★★ Rating: 5 - 4,907 reviews
Compare Parkville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Parkville, ...

### Top 5% of Trademark Lawyers in Temple, Texas | UpCounsel
https://www.upcounsel.com › Trademark › Texas ▾
★★★★★ Rating: 5 - 5,114 reviews
Compare Temple **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Temple, ...

### Top 5% of Trademark Lawyers in Gaithersburg, Maryland | UpCounsel
https://www.upcounsel.com › Trademark › Maryland ▾
★★★★★ Rating: 5 - 5,148 reviews
Compare Gaithersburg **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Saint Paul, Minnesota | UpCounsel
https://www.upcounsel.com › Trademark › Minnesota ▾
★★★★★ Rating: 5 - 5,121 reviews
Compare Saint Paul **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Saint ...

### Top 5% of Trademark Lawyers in Venice, Florida | UpCounsel
https://www.upcounsel.com › Trademark › Florida ▾
★★★★★ Rating: 5 - 5,211 reviews
Compare Venice **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Venice, FL.

### Top 5% of Trademark Lawyers in Dahlonega, Georgia | UpCounsel
https://www.upcounsel.com › Trademark › Georgia ▾
★★★★★ Rating: 5 - 5,256 reviews
Compare Dahlonega **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Ruston, Louisiana | UpCounsel
https://www.upcounsel.com › Trademark › Louisiana ▾
★★★★★ Rating: 5 - 5,154 reviews
Compare Ruston **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Ruston, LA.

### Top 5% of Trademark Lawyers in Bristol, Connecticut | UpCounsel
https://www.upcounsel.com › Trademark › Connecticut ▾
Compare Bristol **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Bristol, CT.

### Top 5% of Trademark Lawyers in Hurricane, West Virginia | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › West Virginia ▾
★★★★★ Rating: 5 - 4,854 reviews
Compare Hurricane **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Sacramento, California | UpCounsel
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 5 - 1,336 reviews

Apr 27, 2016 - Compare Sacramento **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose
the **best trademark** attorney for your unique ...

### Top 5% of Trademark Lawyers in Harrisburg, Pennsylvania | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Pennsylvania ▾
★★★★★ Rating: 5 - 4,875 reviews
Compare Harrisburg **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Sylmar, California | UpCounsel
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 5 - 5,173 reviews
Compare Sylmar **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Sylmar, CA.

### Top 5% of Trademark Lawyers in Hillsboro, Oregon | UpCounsel
https://www.upcounsel.com › Trademark › Oregon ▾
★★★★★ Rating: 5 - 5,178 reviews
Compare Hillsboro **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the
**trademark** attorney for your unique **trademark** needs in Hillsboro, ...

### Top 5% of Trademark Lawyers in Spartanburg, South Carolina ...
https://www.upcounsel.com › Trademark › South Carolina ▾
★★★★★ Rating: 5 - 5,257 reviews
Compare Spartanburg **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Sammamish, Washington | UpCounsel
https://www.upcounsel.com › Trademark › Washington ▾
★★★★★ Rating: 5 - 5,098 reviews
Compare Sammamish **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Shawnee, Kansas | UpCounsel
https://www.upcounsel.com › Trademark › Kansas ▾
★★★★★ Rating: 5 - 5,096 reviews
Compare Shawnee **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Charleston, West Virginia | UpCounsel
https://www.upcounsel.com › Trademark › West Virginia ▾
Compare Charleston **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Bemidji, Minnesota | UpCounsel
https://www.upcounsel.com › Trademark › Minnesota ▾
★★★★★ Rating: 5 - 4,975 reviews
Compare Bemidji **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Bemidji, ...

### Top 5% of Trademark Lawyers in Freehold, New Jersey | UpCounsel
https://www.upcounsel.com › Trademark › New Jersey ▾
Compare Freehold **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in Freehold, ...

### Top 5% of Trademark Lawyers in Louisville, Kentucky | UpCounsel
https://www.upcounsel.com › Trademark › Kentucky ▾
★★★★★ Rating: 5 - 5,193 reviews
Compare Louisville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Framingham, Massachusetts ...
https://www.upcounsel.com › Trademark › Massachusetts ▾
★★★★★ Rating: 5 - 5,097 reviews
Compare Framingham **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Dawsonville, Georgia | UpCounsel
https://www.upcounsel.com › Trademark › Georgia ▾
★★★★★ Rating: 5 - 5,151 reviews
Compare Dawsonville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Auburn, New York | UpCounsel**
https://www.upcounsel.com › Trademark › New York ▾
★★★★★ Rating: 5 - 5,104 reviews
Compare Auburn **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Auburn, ...

**Top 5 of Trademark Lawyers in Buckeye, Arizona | UpCounsel**
https://www.upcounsel.com › Trademark › Arizona ▾
★★★★★ Rating: 5 - 5,098 reviews
Compare Buckeye **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Buckeye, ...

**Top 5 of Trademark Lawyers in Santa Maria, California | UpCounsel**
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 5 - 5,157 reviews
Compare Santa Maria **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Santa ...

**Top 5 of Trademark Lawyers in Norfolk, Virginia | UpCounsel**
https://www.upcounsel.com › Trademark › Virginia ▾
★★★★★ Rating: 5 - 5,091 reviews
Compare Norfolk **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Norfolk, VA.

**Top 5 of Trademark Lawyers in Bakersfield, California | UpCounsel**
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 5 - 5,091 reviews
Compare Bakersfield **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Fairbanks, Alaska | UpCounsel**
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Alaska
★★★★★ Rating: 5 - 4,631 reviews
Compare Fairbanks **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Hicksville, New York | UpCounsel**
https://www.upcounsel.com › Trademark › New York ▾
★★★★★ Rating: 5 - 5,129 reviews
Compare Hicksville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Fairfield, Connecticut | UpCounsel**
https://www.upcounsel.com › Trademark › Connecticut ▾
★★★★★ Rating: 5 - 5,099 reviews
Compare Fairfield **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Fairfield, ...

**Top 5 of Trademark Lawyers in Gardner, Massachusetts | UpCounsel**
https://www.upcounsel.com › Trademark › Massachusetts ▾
★★★★★ Rating: 5 - 5,170 reviews
Compare Gardner **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Gardner, ...

**Top 5 of Trademark Lawyers in San Angelo, Texas | UpCounsel**
https://www.upcounsel.com › Trademark › Texas ▾
★★★★★ Rating: 5 - 4,995 reviews
Compare San Angelo **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in San ...

**Top 5 of Trademark Lawyers in Anacortes, Washington | UpCounsel**
https://www.upcounsel.com › Trademark › Washington ▾
★★★★★ Rating: 5 - 5,306 reviews
Compare Anacortes **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Frederick, Maryland | UpCounsel**
https://www.upcounsel.com › Trademark › Maryland ▾
★★★★★ Rating: 5 - 5,213 reviews
Compare Frederick **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Lawrence, Massachusetts | UpCounsel**
https://www.upcounsel.com › Trademark › Massachusetts ▾

Compare Lawrence **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Columbia, Missouri | UpCounsel
https://www.upcounsel.com › Trademark › Missouri ▼
★★★★★ Rating: 5 - 5,187 reviews
Compare Columbia **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Birmingham, Alabama | UpCounsel
https://www.upcounsel.com › Trademark › Alabama ▼
★★★★★ Rating: 5 - 5,204 reviews
Compare Birmingham **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Dedham, Massachusetts | UpCounsel
https://www.upcounsel.com › Trademark › Massachusetts ▼
Compare Dedham **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Dedham, ...

### Top 5 of Trademark Lawyers in Irving, Texas | UpCounsel
https://www.upcounsel.com › Trademark › Texas ▼
★★★★★ Rating: 4.9 - 5,103 reviews
Compare Irving **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Irving, TX.

### Top 5 of Trademark Lawyers in Alexandria, Louisiana | UpCounsel
https://www.upcounsel.com › Trademark › Louisiana ▼
★★★★★ Rating: 5 - 5,095 reviews
Compare Alexandria **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Augusta, Georgia | UpCounsel
https://www.upcounsel.com › Trademark › Georgia ▼
★★★★★ Rating: 5 - 5,183 reviews
Compare Augusta **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Augusta, ...

### Top 5 of Trademark Lawyers in Gillette, Wyoming | UpCounsel
https://www.upcounsel.com › Trademark › Wyoming ▼
★★★★★ Rating: 5 - 5,199 reviews
Compare Gillette **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Gillette, WY.

### Top 5 of Trademark Lawyers in Norwood, Massachusetts | UpCounsel
https://www.upcounsel.com › Trademark › Massachusetts ▼
★★★★★ Rating: 5 - 4,980 reviews
Compare Norwood **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Norwood ...

### Top 5 of Trademark Lawyers in Middletown, Delaware | UpCounsel
https://www.upcounsel.com › Trademark › Delaware ▼
★★★★★ Rating: 5 - 5,102 reviews
Compare Middletown **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Costa Mesa, California | UpCounsel
https://www.upcounsel.com › Trademark › California ▼
★★★★★ Rating: 5 - 4,966 reviews
Compare Costa Mesa **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Costa ...

### Top 5 of Trademark Lawyers in Ridgewood, New York | UpCounsel
https://www.upcounsel.com › Trademark › New York ▼
★★★★★ Rating: 5 - 5,243 reviews
Compare Ridgewood **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Henderson, Nevada | UpCounsel
https://www.upcounsel.com › Trademark › Nevada ▼
★★★★★ Rating: 5 - 5,033 reviews

Compare Henderson **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Farmington, Missouri | UpCounsel
https://www.upcounsel.com › Trademark › Missouri ▾
★★★★★ Rating: 5 - 5,344 reviews
Compare Farmington **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Evanston, Illinois | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Illinois ▾
★★★★★ Rating: 5 - 4,918 reviews
Compare Evanston **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Columbia, Tennessee | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Tennessee
★★★★★ Rating: 5 - 4,663 reviews
Compare Columbia **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Farmington, New Mexico | UpCounsel
https://www.upcounsel.com › Trademark › New Mexico ▾
★★★★★ Rating: 5 - 5,093 reviews
Compare Farmington **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Missoula, Montana | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Montana ▾
★★★★★ Rating: 5 - 4,581 reviews
Compare Missoula **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Missoula, ...

### Top 5 of Trademark Lawyers in Collierville, Tennessee | UpCounsel
https://www.upcounsel.com › Trademark › Tennessee ▾
★★★★★ Rating: 5 - 4,996 reviews
Compare Collierville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Bel Air, Maryland | UpCounsel
https://www.upcounsel.com › Trademark › Maryland ▾
★★★★★ Rating: 5 - 5,101 reviews
Compare Bel Air **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Bel Air, MD.

### Top 5 of Trademark Lawyers in Durham, North Carolina | UpCounsel
https://www.upcounsel.com › Trademark › North Carolina ▾
★★★★★ Rating: 5 - reviews
Compare Durham **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Durham, ...

### Top 5 of Trademark Lawyers in Yorktown, Virginia | UpCounsel
https://www.upcounsel.com › Trademark › Virginia ▾
★★★★★ Rating: 5 - 5,183 reviews
Compare Yorktown **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Macon, Georgia | UpCounsel
https://www.upcounsel.com › Trademark › Georgia ▾
★★★★★ Rating: 5 - reviews
Compare Macon **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Macon, GA.

### Top 5 of Trademark Lawyers in Queens Village, New York ...
https://www.upcounsel.com › Trademark › New York ▾
★★★★★ Rating: 5 - 5,099 reviews
Compare Queens Village **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in York, Pennsylvania | UpCounsel
https://www.upcounsel.com › Trademark › Pennsylvania ▾
★★★★★ Rating: 5 - 4,964 reviews
Compare York **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in York, PA.

**Top 5 of Trademark Lawyers in Carmel, Indiana | UpCounsel**
https://www.upcounsel.com › Trademark › Indiana ▾
★★★★★ Rating: 5 - 5,182 reviews
Compare Carmel **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Carmel, IN.

**Top 5 of Trademark Lawyers in Franklin, Tennessee | UpCounsel**
https://www.upcounsel.com › Trademark › Tennessee ▾
★★★★★ Rating: 5 - 4,984 reviews
Compare Franklin **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Franklin, ...

**Top 5 of Trademark Lawyers in Titusville, Florida | UpCounsel**
https://www.upcounsel.com › Trademark › Florida ▾
★★★★★ Rating: 5 - 5,160 reviews
Compare Titusville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Titusville, ...

**Top 5 of Trademark Lawyers in Forsyth, Missouri | UpCounsel**
https://www.upcounsel.com › Trademark › Missouri ▾
★★★★★ Rating: 5 - 5,082 reviews
Compare Forsyth **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Forsyth, ...

**Top 5 of Trademark Lawyers in Dublin, Ohio | UpCounsel**
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Ohio ▾
★★★★★ Rating: 5 - 4,583 reviews
Compare Dublin **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Dublin, OH.

**Top 5 of Trademark Lawyers in Smyrna, Tennessee | UpCounsel**
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Tennessee ▾
★★★★★ Rating: 5 - 4,913 reviews
Compare Smyrna **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Smyrna, ...

**Top 5 of Trademark Lawyers in Mays Landing, New Jersey ...**
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › New Jersey ▾
★★★★★ Rating: 5 - 4,885 reviews
Compare Mays Landing **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Overland Park, Kansas | UpCounsel**
https://www.upcounsel.com › Trademark › Kansas ▾
Compare Overland Park **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Murfreesboro, Tennessee | UpCounsel**
https://www.upcounsel.com › Trademark › Tennessee ▾
★★★★★ Rating: 4.9 - 5,190 reviews
Compare Murfreesboro **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Brooklyn, New York | UpCounsel**
https://www.upcounsel.com › Trademark › New York ▾
★★★★★ Rating: 5 - 5,187 reviews
Compare Brooklyn **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Brooklyn, ...

**Top 5 of Trademark Lawyers in Langhorne, Pennsylvania | UpCounsel**
https://www.upcounsel.com › Trademark › Pennsylvania ▾
★★★★★ Rating: 5 - 4,974 reviews
Compare Langhorne **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Maricopa, Arizona | UpCounsel**
https://www.upcounsel.com › Trademark › Arizona ▾
★★★★★ Rating: 5 - 5,105 reviews
Compare Maricopa **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5 of Trademark Lawyers in Alexandria, Virginia | UpCounsel**
https://www.upcounsel.com › Trademark › Virginia ▾

★★★★★ Rating: 5 - 5,245 reviews
Compare Alexandria **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

## Top 5 of Trademark Lawyers in Fort Worth, Texas | UpCounsel
https://www.upcounsel.com › Trademark › Texas ▾
Compare Fort Worth **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Fort ...

## Top 5 of Trademark Lawyers in Key West, Florida | UpCounsel
https://www.upcounsel.com › Trademark › Florida ▾
Compare Key West **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Key ...

## Top 5 of Trademark Lawyers in Terrell, Texas | UpCounsel
https://www.upcounsel.com › Trademark › Texas ▾
★★★★★ Rating: 5 - 5,179 reviews
Compare Terrell **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Terrell, TX.

## Top 5 of Trademark Lawyers in Deridder, Louisiana | UpCounsel
https://www.upcounsel.com › Trademark › Louisiana ▾
★★★★★ Rating: 5 - 5,142 reviews
Compare Deridder **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Deridder, ...

## Top 5 of Trademark Lawyers in Russellville, Arkansas | UpCounsel
https://www.upcounsel.com › Trademark › Arkansas ▾
★★★★★ Rating: 5 - 5,257 reviews
Compare Russellville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

## Top 5 of Trademark Lawyers in Greeley, Colorado | UpCounsel
https://www.upcounsel.com › Trademark › Colorado ▾
★★★★★ Rating: 5 - 5,093 reviews
Compare Greeley **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Greeley, ...

## Top 5 of Trademark Lawyers in Baytown, Texas | UpCounsel
https://www.upcounsel.com › Trademark › Texas ▾
★★★★★ Rating: 5 - 4,972 reviews
Compare Baytown **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Baytown, ...

## Top 5 of Trademark Lawyers in West Des Moines, Iowa | UpCounsel
https://www.upcounsel.com › Trademark › Iowa ▾
★★★★★ Rating: 5 - 5,245 reviews
Compare West Des Moines **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

## Top 5 of Trademark Lawyers in Powhatan, Virginia | UpCounsel
https://www.upcounsel.com › Trademark › Virginia ▾
★★★★★ Rating: 5 - 5,092 reviews
Compare Powhatan **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

## Top 5 of Trademark Lawyers in Monroe, Louisiana | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Louisiana
★★★★★ Rating: 5 - 4,581 reviews
Compare Monroe **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Monroe, ...

## Top 5 of Trademark Lawyers in Albany, Georgia | UpCounsel
https://www.upcounsel.com › Trademark › Georgia ▾
★★★★★ Rating: 5 - 5,132 reviews
Compare Albany **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Albany, GA.

## Top 5 of Trademark Lawyers in Waterbury, Connecticut | UpCounsel
https://www.upcounsel.com › Trademark › Connecticut ▾
Compare Waterbury **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Belleville, Illinois | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Illinois
★★★★★ Rating: 5 - 4,713 reviews
Compare Belleville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Belleville ...

### Top 5% of Trademark Lawyers in Tucson, Arizona | UpCounsel
https://www.upcounsel.com › Trademark › Arizona ▾
Compare Tucson **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Tucson, AZ.

### Register a Trademark $69 | TTC Business Solutions
Ad  www.ttcbusinesssolutions.com/ ▾
Your **trademark** is your most valuable asset. Protect it! Lifetime Customer Support. Highlights: Low Costs, No Hidden Fees, Chat Support Available, BBB Accredited Business.
About Us · Create An Account · Services Offered · Learning Center · Contact Us

### Online Trademark Registration | Official Filing In 5 Minutes
Ad  www.trademarkia.com/ ▾   (877) 794-9511
100,000+ **Trademarks** Filed. Worlds **Largest** Filing Firm. **Top** Global IP Attorneys. TM in 170+ Countries. 24/7 Support. Easy Online Application. Dispute Resolution. Licensed TM Attorneys.
Trademark Assignment · Domain Search · Free Trademark Search · Why Choose Trademarkia?

### Search Registered Trademarks | Protect Your Name Name
Ad  www.legalzoom.com/trademark ▾
We've Filed More Than 250k Applications & We're Still Counting! Let Us Help You. Name Availability Check. Premium Package Available. Electronic Filing. Starter Questionnaire. **Trademark** Renewal. Cease & Desist Letter. USPTO Filing. 15 Years Of Experience. **Trademark** Assignment.

Searches related to top 5 trademark site:upcounsel.com

| | |
|---|---|
| **trademark** attorney | **trademark** attorney free consultation |
| **trademark** lawyer | **trademark** lawyer near me |
| **trademark** lawyers | **trademark** attorney flat fee |
| **trademark** attorney near me | us **trademark** attorney |



‹  Goooogle  ›
Previous    1 2 3 4    Next

● Shoreline West, Mountain View, CA - Reported by this computer · Use precise location · Learn more

Help    Send feedback    Privacy    Terms

Case 4:18-cv-02573-YGR   Document 45-1   Filed 09/11/18   Page 176 of 706

Google    top 5 trademark site:upcounsel.com

All    News    Images    Videos    Shopping    More      Settings    Tools

Page 4 of 400 results (0.47 seconds)

**Top 5% of Trademark Lawyers in Herndon, Virginia | UpCounsel**
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Virginia ▾
★★★★★ Rating: 5 - 4,894 reviews
Compare Herndon **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Herndon, ...

**Top 5% of Trademark Lawyers in Charleston, South Carolina ...**
https://www.upcounsel.com › Trademark › South Carolina ▾
★★★★★ Rating: 5 - 5,187 reviews
Compare Charleston **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5% of Trademark Lawyers in Madisonville, Kentucky | UpCounsel**
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Kentucky ▾
★★★★★ Rating: 5 - 4,908 reviews
Compare Madisonville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5% of Trademark Lawyers in Rogers, Arkansas | UpCounsel**
https://www.upcounsel.com › Trademark › Arkansas ▾
★★★★★ Rating: 5 - 5,099 reviews
Compare Rogers **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Rogers, ...

**Top 5% of Trademark Lawyers in Galveston, Texas | UpCounsel**
https://www.upcounsel.com › Trademark › Texas ▾
Compare Galveston **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5% of Trademark Lawyers in Kankakee, Illinois | UpCounsel**
https://www.upcounsel.com › Trademark › Illinois ▾
★★★★★ Rating: 5 - 5,158 reviews
Compare Kankakee **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5% of Trademark Lawyers in Downey, California | UpCounsel**
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 5 - 5,252 reviews
Compare Downey **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Downey, ...

**Top 5% of Trademark Lawyers in Darien, Connecticut | UpCounsel**
https://www.upcounsel.com › Trademark › Connecticut ▾
★★★★★ Rating: 5 - 5,063 reviews
Compare Darien **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Darien, CT.

**Top 5% of Trademark Lawyers in Hagerstown, Maryland | UpCounsel**
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Maryland ▾
★★★★★ Rating: 5 - 4,995 reviews
Compare Hagerstown **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

**Top 5% of Trademark Lawyers in New Bedford, Massachusetts ...**
https://www.upcounsel.com › Trademark › Massachusetts ▾
★★★★★ Rating: 5 - 5,130 reviews
Compare New Bedford **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in New ...

**Top 5% of Trademark Lawyers in Bourbonnais, Illinois | UpCounsel**
https://www.upcounsel.com › Trademark › Illinois ▾
★★★★★ Rating: 5 - 4,977 reviews
Compare Bourbonnais **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Midlothian, Virginia | UpCounsel
https://www.upcounsel.com › Trademark › Virginia ▼
★★★★★ Rating: 5 - 5,161 reviews
Compare Midlothian **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Biddeford, Maine | UpCounsel
https://www.upcounsel.com › Trademark › Maine ▼
★★★★★ Rating: 5 - 5,235 reviews
Compare Biddeford **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Lowell, Massachusetts | UpCounsel
https://www.upcounsel.com › Trademark › Massachusetts ▼
★★★★★ Rating: 5 - 5,115 reviews
Compare Lowell **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Lowell, MA.

### Top 5 of Trademark Lawyers in Searcy, Arkansas | UpCounsel
https://www.upcounsel.com › Trademark › Arkansas ▼
★★★★★ Rating: 5 - 5,101 reviews
Compare Searcy **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Searcy, AR.

### Top 5 of Trademark Lawyers in Gilbert, Arizona | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Arizona ▼
★★★★★ Rating: 4.9 - 4,624 reviews
Compare Gilbert **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Gilbert, AZ.

### Top 5 of Trademark Lawyers in Buffalo, New York | UpCounsel
https://www.upcounsel.com › Trademark › New York ▼
★★★★★ Rating: 5 - 5,134 reviews
Compare Buffalo **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Buffalo, NY.

### Top 5 of Trademark Lawyers in Champaign, Illinois | UpCounsel
https://www.upcounsel.com › Trademark › Illinois ▼
★★★★★ Rating: 5 - 5,185 reviews
Compare Champaign **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Post Falls, Idaho | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Idaho ▼
★★★★★ Rating: 5 - 4,581 reviews
Compare Post Falls **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Post ...

### Top 5 of Trademark Lawyers in Seaford, Delaware | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Delaware ▼
★★★★★ Rating: 5 - 4,713 reviews
Compare Seaford **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Seaford, ...

### Top 5 of Trademark Lawyers in Brookfield, Wisconsin | UpCounsel
https://www.upcounsel.com › Trademark › Wisconsin ▼
★★★★★ Rating: 5 - 5,247 reviews
Compare Brookfield **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Hialeah, Florida | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Florida ▼
★★★★★ Rating: 5 - 4,608 reviews
Compare Hialeah **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Hialeah, ...

### Top 5 of Trademark Lawyers in Goldsboro, North Carolina ...
https://www.upcounsel.com › Trademark › North Carolina ▼
Compare Goldsboro **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Terre Haute, Indiana | UpCounsel
https://www.upcounsel.com › Trademark › Indiana ▼

★★★★★ Rating: 5 - 5,137 reviews
Compare Terre Haute **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Terre ...

### Top 5% of Trademark Lawyers in Muncie, Indiana | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Indiana
★★★★★ Rating: 5 - 4,709 reviews
Compare Muncie **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Muncie, IN.

### Top 5% of Trademark Lawyers in West Monroe, Louisiana | UpCounsel
https://www.upcounsel.com › Trademark › Louisiana ▾
★★★★★ Rating: 5 - 5,207 reviews
Compare West Monroe **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in West ...

### Top 5% of Trademark Lawyers in Aurora, Illinois | UpCounsel
https://www.upcounsel.com › Trademark › Illinois ▾
★★★★★ Rating: 5 - 5,098 reviews
Compare Aurora **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Aurora, IL.

### Top 5% of Trademark Lawyers in Renton, Washington | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Washington
★★★★★ Rating: 5 - 4,648 reviews
Compare Renton **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Renton, ...

### Top 5% of Trademark Lawyers in Fayetteville, Tennessee | UpCounsel
https://www.upcounsel.com › Trademark › Tennessee ▾
★★★★★ Rating: 5 - 5,175 reviews
Compare Fayetteville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Pocatello, Idaho | UpCounsel
https://www.upcounsel.com › Trademark › Idaho ▾
★★★★★ Rating: 5 - 5,094 reviews
Compare Pocatello **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Pacoima, California | UpCounsel
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 5 - 4,970 reviews
Compare Pacoima **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Pacoima, ...

### Top 5% of Trademark Lawyers in Ocean Springs, Mississippi ...
https://www.upcounsel.com › Trademark › Mississippi ▾
★★★★★ Rating: 5 - 5,133 reviews
Compare Ocean Springs **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Springfield, Missouri | UpCounsel
https://www.upcounsel.com › Trademark › Missouri ▾
★★★★★ Rating: 5 - 5,133 reviews
Compare Springfield **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Cleveland, Georgia | UpCounsel
https://www.upcounsel.com › Trademark › Georgia ▾
★★★★★ Rating: 5 - 5,241 reviews
Compare Cleveland **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Wylie, Texas | UpCounsel
https://www.upcounsel.com › Trademark › Texas ▾
★★★★★ Rating: 5 - 5,209 reviews
Compare Wylie **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Wylie, TX.

### Top 5% of Trademark Lawyers in Portland, Maine | UpCounsel
https://www.upcounsel.com › Trademark › Maine ▾
★★★★★ Rating: 5 - 4,960 reviews

Compare Portland **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Portland, ...

### Top 5 of Trademark Lawyers in Greenwood, Mississippi | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Mississippi ▾
★★★★★ Rating: 5 - 4,860 reviews
Compare Greenwood **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Shelbyville, Tennessee | UpCounsel
https://www.upcounsel.com › Trademark › Tennessee ▾
★★★★★ Rating: 5 - 5,088 reviews
Compare Shelbyville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Cullman, Alabama | UpCounsel
https://www.upcounsel.com › Trademark › Alabama ▾
★★★★★ Rating: 5 - 5,196 reviews
Compare Cullman **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Cullman, ...

### Top 5 of Trademark Lawyers in Covington, Louisiana | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Louisiana ▾
★★★★★ Rating: 5 - 4,876 reviews
Compare Covington **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Kenmore, Washington | UpCounsel
https://www.upcounsel.com › Trademark › Washington ▾
★★★★★ Rating: 5 - 5,193 reviews
Compare Kenmore **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Kenmore ...

### Top 5 of Trademark Lawyers in Milaca, Minnesota | UpCounsel
https://www.upcounsel.com › Trademark › Minnesota ▾
★★★★★ Rating: 5 - 5,133 reviews
Compare Milaca **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Milaca, MN.

### Top 5 of Trademark Lawyers in Fenton, Missouri | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Missouri ▾
★★★★★ Rating: 5 - 4,883 reviews
Compare Fenton **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Fenton, MO.

### Top 5 of Trademark Lawyers in New Haven, Connecticut | UpCounsel
https://www.upcounsel.com › Trademark › Connecticut ▾
★★★★★ Rating: 5 - 5,100 reviews
Compare New Haven **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in New ...

### Top 5 of Trademark Lawyers in Moscow, Idaho | UpCounsel
https://www.upcounsel.com › Trademark › Idaho ▾
★★★★★ Rating: 5 - 5,194 reviews
Compare Moscow **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Moscow, ...

### Top 5 of Trademark Lawyers in Covington, Georgia | UpCounsel
https://www.upcounsel.com › Trademark › Georgia ▾
★★★★★ Rating: 5 - 5,135 reviews
Compare Covington **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Ellijay, Georgia | UpCounsel
https://www.upcounsel.com › Trademark › Georgia ▾
★★★★★ Rating: 5 - 5,151 reviews
Compare Ellijay **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Ellijay, GA.

### Top 5 of Trademark Lawyers in Levittown, Pennsylvania | UpCounsel
https://www.upcounsel.com › Trademark › Pennsylvania ▾
★★★★★ Rating: 5 - 5,185 reviews

Compare Levittown **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Rehoboth Beach, Delaware ...
https://www.upcounsel.com › **Trademark** › Delaware ▾
★★★★★ Rating: 5 - 5,091 reviews
Compare Rehoboth Beach **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Glendale, Arizona | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › **Trademark** › Arizona
★★★★★ Rating: 5 - 4,708 reviews
Compare Glendale **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Glendale ...

### Top 5 of Trademark Lawyers in Meridian, Mississippi | UpCounsel
https://www.upcounsel.com › **Trademark** › Mississippi ▾
★★★★★ Rating: 5 - 5,193 reviews
Compare Meridian **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Meridian, ...

### Top 5 of Trademark Lawyers in Madison, Wisconsin | UpCounsel
https://www.upcounsel.com › **Trademark** › Wisconsin ▾
★★★★★ Rating: 5 - 5,257 reviews
Compare Madison **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Madison, ...

### Top 5 of Trademark Lawyers in Vail, Arizona | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › **Trademark** › Arizona ▾
★★★★★ Rating: 5 - 5,053 reviews
Compare Vail **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Vail, AZ.

### Top 5 of Trademark Lawyers in Mission, Texas | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › **Trademark** › Texas ▾
★★★★★ Rating: 5 - 5,019 reviews
Compare Mission **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Mission, ...

### Top 5 of Trademark Lawyers in Mount Vernon, Washington ...
https://www.upcounsel.com › **Trademark** › Washington ▾
★★★★★ Rating: 5 - 5,151 reviews
Compare Mount Vernon **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Wesley Chapel, Florida | UpCounsel
https://www.upcounsel.com › **Trademark** › Florida ▾
★★★★★ Rating: 5 - 5,231 reviews
Compare Wesley Chapel **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Ozone Park, New York | UpCounsel
https://www.upcounsel.com › **Trademark** › New York ▾
★★★★★ Rating: 5 - 5,156 reviews
Compare Ozone Park **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Ozone ...

### Top 5 of Trademark Lawyers in Cedar Falls, Iowa | UpCounsel
https://www.upcounsel.com › **Trademark** › Iowa ▾
★★★★★ Rating: 5 - 5,178 reviews
Compare Cedar Falls **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Cedar ...

### Top 5 of Trademark Lawyers in Lancaster, Pennsylvania | UpCounsel
https://www.upcounsel.com › **Trademark** › Pennsylvania ▾
★★★★★ Rating: 5 - 5,202 reviews
Compare Lancaster **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Duncan, Oklahoma | UpCounsel
https://www.upcounsel.com › **Trademark** › Oklahoma ▾
★★★★★ Rating: 5 - 5,202 reviews
Compare Duncan **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Duncan, ...

Case 4:18-cv-02573-YGR    Document 45-1    Filed 09/11/18

## Top 5% of Trademark Lawyers in Littleton, Colorado | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Colorado
★★★★★ Rating: 5 - 4,800 reviews
Compare Littleton **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in Littleton, ...

## Top 5% of Trademark Lawyers in Waco, Texas | UpCounsel
https://www.upcounsel.com › Trademark › Texas ▾
Compare Waco **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Waco, TX.

## Top 5% of Trademark Lawyers in Arnold, Maryland | UpCounsel
https://www.upcounsel.com › Trademark › Maryland ▾
★★★★★ Rating: 5 - 5,110 reviews
Compare Arnold **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Arnold, MD.

## Top 5% of Trademark Lawyers in Syracuse, Utah | UpCounsel
https://www.upcounsel.com › Trademark › Utah ▾
★★★★★ Rating: 5 - 5,177 reviews
Compare Syracuse **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in ...

## Top 5% of Trademark Lawyers in Racine, Wisconsin | UpCounsel
https://www.upcounsel.com › Trademark › Wisconsin ▾
★★★★★ Rating: 5 - 5,250 reviews
Compare Racine **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Racine, WI.

## Top 5% of Trademark Lawyers in Shelton, Connecticut | UpCounsel
https://www.upcounsel.com › Trademark › Connecticut ▾
★★★★★ Rating: 5 - 5,149 reviews
Compare Shelton **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Shelton, ...

## Top 5% of Trademark Lawyers in Salem, Oregon | UpCounsel
https://www.upcounsel.com › Trademark › Oregon ▾
Compare Salem **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Salem, OR.

## Top 5% of Trademark Lawyers in Des Moines, Iowa | UpCounsel
https://www.upcounsel.com › Trademark › Iowa ▾
★★★★★ Rating: 5 - 5,093 reviews
Compare Des Moines **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
trademark attorney for your unique **trademark** needs in Des ...

## Top 5% of Trademark Lawyers in Burlington, Iowa | UpCounsel
https://www.upcounsel.com › Trademark › Iowa ▾
★★★★★ Rating: 5 - 5,097 reviews
Compare Burlington **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in ...

## Top 5% of Trademark Lawyers in Prattville, Alabama | UpCounsel
https://www.upcounsel.com › Trademark › Alabama ▾
★★★★★ Rating: 5 - 5,209 reviews
Compare Prattville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
trademark attorney for your unique **trademark** needs in Prattville, ...

## Top 5% of Trademark Lawyers in Germantown, Maryland | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Maryland ▾
★★★★★ Rating: 5 - 4,912 reviews
Compare Germantown **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
trademark attorney for your unique **trademark** needs in ...

## Top 5% of Trademark Lawyers in Richmond, Kentucky | UpCounsel
https://www.upcounsel.com › Trademark › Kentucky ▾
★★★★★ Rating: 5 - 5,152 reviews
Compare Richmond **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best
trademark** attorney for your unique **trademark** needs in ...

## Top 5% of Trademark Lawyers in Kalamazoo, Michigan | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Michigan ▾
★★★★★ Rating: 5 - 4,916 reviews

Compare Kalamazoo **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Hayward, California | UpCounsel
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 5 - 5,232 reviews
Compare Hayward **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Hayward, ...

### Top 5 of Trademark Lawyers in Woodhaven, New York | UpCounsel
https://www.upcounsel.com › Trademark › New York ▾
★★★★★ Rating: 5 - 5,138 reviews
Compare Woodhaven **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Fishers, Indiana | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Indiana
★★★★★ Rating: 5 - 4,708 reviews
Compare Fishers **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Fishers, IN.

### Top 5 of Trademark Lawyers in Bettendorf, Iowa | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Iowa
★★★★★ Rating: 5 - 4,592 reviews
Compare Bettendorf **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Pearl City, Hawaii | UpCounsel
https://www.upcounsel.com › Trademark › Hawaii ▾
★★★★★ Rating: 5 - 5,251 reviews
Compare Pearl City **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Pearl ...

### Top 5 of Trademark Lawyers in Ontario, California | UpCounsel
https://www.upcounsel.com › Trademark › California ▾
★★★★★ Rating: 4.9 - 5,135 reviews
Compare Ontario **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Ontario, ...

### Top 5 of Trademark Lawyers in McDonough, Georgia | UpCounsel
https://www.upcounsel.com › Trademark › Georgia ▾
★★★★★ Rating: 5 - 5,115 reviews
Compare McDonough **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Pekin, Illinois | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Illinois
★★★★★ Rating: 5 - 4,527 reviews
Compare Pekin **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Pekin, IL.

### Top 5 of Trademark Lawyers in Maryville, Tennessee | UpCounsel
https://www.upcounsel.com › Trademark › Tennessee ▾
★★★★★ Rating: 5 - 5,217 reviews
Compare Maryville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Maryville, ...

### Top 5 of Trademark Lawyers in Miamisburg, Ohio | UpCounsel
https://www.upcounsel.com › Trademark › Ohio ▾
★★★★★ Rating: 5 - 4,965 reviews
Compare Miamisburg **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Harlingen, Texas | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Texas ▾
★★★★★ Rating: 5 - 4,892 reviews
Compare Harlingen **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Watertown, Wisconsin | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Wisconsin
★★★★★ Rating: 4.9 - 4,968 reviews

Compare Watertown **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Elkhart, Indiana | UpCounsel
https://www.upcounsel.com › Trademark › Indiana
★★★★★ Rating: 5 - 5,091 reviews
Compare Elkhart **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Elkhart, IN.

### Top 5% of Trademark Lawyers in Ardmore, Oklahoma | UpCounsel
https://www.upcounsel.com › Trademark › Oklahoma
★★★★★ Rating: 5 - 5,132 reviews
Compare Ardmore **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Ardmore, ...

### Top 5% of Trademark Lawyers in Eagle Mountain, Utah | UpCounsel
https://www.upcounsel.com › Trademark › Utah
★★★★★ Rating: 5 - 4,977 reviews
Compare Eagle Mountain **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Wahiawa, Hawaii | UpCounsel
https://www.upcounsel.com › Trademark › Hawaii
★★★★★ Rating: 5 - 5,096 reviews
Compare Wahiawa **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Olney, Maryland | UpCounsel
https://www.upcounsel.com › Trademark › Maryland
★★★★★ Rating: 5 - 5,164 reviews
Compare Olney **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark**
attorney for your unique **trademark** needs in Olney, MD.

### Top 5% of Trademark Lawyers in Bartlesville, Oklahoma | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Oklahoma
★★★★★ Rating: 5 - 4,688 reviews
Compare Bartlesville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Oak Harbor, Washington | UpCounsel
https://www.upcounsel.com › Trademark › Washington
★★★★★ Rating: 5 - 5,342 reviews
Compare Oak Harbor **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Oak ...

### Top 5% of Trademark Lawyers in Charlotte, Michigan | UpCounsel
https://www.upcounsel.com › Trademark › Michigan
★★★★★ Rating: 5 - 5,201 reviews
Compare Charlotte **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Charlotte ...

### Top 5% of Trademark Lawyers in Batesville, Arkansas | UpCounsel
https://www.upcounsel.com › Trademark › Arkansas
★★★★★ Rating: 5 - 5,010 reviews
Compare Batesville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in ...

### Top 5% of Trademark Lawyers in Erlanger, Kentucky | UpCounsel
https://www.upcounsel.com › Trademark › Kentucky
★★★★★ Rating: 5 - 5,146 reviews
Compare Erlanger **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Erlanger, ...

### Top 5% of Trademark Lawyers in Port Arthur, Texas | UpCounsel
https://www.upcounsel.com › Trademark › Texas
★★★★★ Rating: 5 - 5,153 reviews
Compare Port Arthur **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best**
**trademark** attorney for your unique **trademark** needs in Port ...

### Top 5% of Trademark Lawyers in Napa, California | UpCounsel
https://www.upcounsel.com › Trademark › California
★★★★★ Rating: 5 - 5,147 reviews

Compare Napa **Trademark** & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Napa, CA.

### Top 5 of Trademark Lawyers in Rogersville, Tennessee | UpCounsel
https://www.upcounsel.com › **Trademark** › Tennessee ▼
★★★★★ Rating: 5 - 4,951 reviews
Compare Rogersville **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in ...

### Top 5 of Trademark Lawyers in Tyler, Texas | UpCounsel
https://www.upcounsel.com › **Trademark** › Texas ▼
★★★★★ Rating: 5 - 5,160 reviews
Compare Tyler **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Tyler, TX.

### Top 5 of Trademark Lawyers in Houston, Texas | UpCounsel
https://www.upcounsel.com › **Trademark** › Texas ▼
★★★★★ Rating: 5 - 172 reviews
Compare Houston **Trademark** Attorneys & Lawyers for hire on UpCounsel and choose the **best trademark** attorney for your unique **trademark** needs in Houston, ...

### Trademark Registration $69 | Same-Day Filing Available
`Ad` www.ttcbusinesssolutions.com/ ▼
#1 in **Trademark** Registrations. Fast, Simple, and Affordable. Questions? Call Us! Lifetime Customer Support. Types: Basic Package, Standard Package, Platinum Package.
Create An Account · About Us · Contact Us · Learning Center · Services Offered

### Online Trademark Registration | Official Filing In 5 Minutes
`Ad` www.trademarkia.com/ ▼
★★★★½ Rating for trademarkia.com: 4.7 - 190 reviews
100,000+ **Trademarks** Filed. Worlds **Largest** Filing Firm. **Top** Global IP Attorneys. Dispute Resolution. 24/7 Support. Easy Online Application. Licensed TM Attorneys. TM in 170+ Countries. Services: Business Page, Office Action Response, Cease & Desist Letters.
Trademark Assignment · Domain Search · Free Trademark Search · International TM Filing

## Searches related to top 5 trademark site:upcounsel.com

| | |
|---|---|
| **trademark** attorney | **trademark** attorney free consultation |
| **trademark** lawyer | **trademark** lawyer near me |
| **trademark** lawyers | **trademark** attorney flat fee |
| **trademark** attorney near me | us **trademark** attorney |



‹   Goooogle  
Previous   1   2   3   **4**

● Shoreline West, Mountain View, CA - Reported by this computer - Use precise location · Learn more

Help   Send feedback   Privacy   Terms

# EXHIBIT 27

**Google**   site:"upcounsel.com" "top 5% of patent lawyers"

All    News    Shopping    Videos    Images    More              Settings    Tools

About 15,400 results (0.52 seconds)

No results found for **site:"upcounsel.com" "top 5% of patent lawyers"**.

Results for **site:upcounsel.com top 5% of patent lawyers** (without quotes):

**Top 5% of Patent Lawyers in San Francisco, California | UpCounsel**
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 · 147 reviews
Compare San Francisco **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in San Francisco, ...

**Top 5% of Patent Lawyers in Oakland, California | UpCounsel**
https://www.upcounsel.com › Patent › California ▾
Compare Oakland **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Oakland, CA.

**Top 5% of Patent Lawyers in Fresno, California | UpCounsel**
https://www.upcounsel.com › Patent › California ▾
Compare Fresno **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Fresno, CA.

**Top 5% of Patent Lawyers in New York, New York | UpCounsel**
https://www.upcounsel.com › Patent › New York ▾
★★★★★ Rating: 5 · 26 reviews
Compare New York **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in New York, NY.

**Top 5% of Patent Lawyers in Baltimore, Maryland | UpCounsel**
https://www.upcounsel.com › Patent › Maryland ▾
★★★★★ Rating: 5 · 1,678 reviews
Compare Baltimore **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Baltimore, MD.

**Top 5% of Patent Lawyers in Vancouver, Washington | UpCounsel**
https://www.upcounsel.com › Patent › Washington ▾
★★★★★ Rating: 5 · 1,687 reviews
Compare Vancouver **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Vancouver, WA.

**Top 5% of Patent Lawyers in Phoenix, Arizona | UpCounsel**
https://www.upcounsel.com › Patent › Arizona ▾
★★★★★ Rating: 4.9 · 1,082 reviews
Compare Phoenix **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Phoenix, AZ.

**Top 5% of Patent Lawyers in Chicago, Illinois | UpCounsel**
https://www.upcounsel.com › Patent › Illinois ▾
★★★★★ Rating: 5 · 59 reviews
Compare Chicago **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Chicago, IL.

**Top 5% of Patent Lawyers in Victorville, California | UpCounsel**
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 · 1,660 reviews
Compare Victorville **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Victorville, CA.

**Top 5% of Patent Lawyers in Anchorage, Alaska | UpCounsel**
https://www.upcounsel.com › Patent › Alaska ▾
★★★★★ Rating: 5 · 1,688 reviews
Compare Anchorage **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Anchorage, AK.

8/30/2018
Case 4:18-cv-02573-YGR Document 45-1 Filed 09/11/18 Page 187 of 706
site:"upcounsel.com" "45" of Patent Lawyers" - Google Search

**Top 5 of Patent Lawyers in Rockville, Maryland | UpCounsel**
https://www.upcounsel.com › Patent › Maryland ▼
★★★★★ Rating: 5 - 1,685 reviews
Compare Rockville **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in Rockville, MD.

**Top 5 of Patent Lawyers in Kansas City, Missouri | UpCounsel**
https://www.upcounsel.com › Patent › Missouri ▼
★★★★★ Rating: 5 - 973 reviews
Compare Kansas City **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Kansas City, MO.

**Top 5 of Patent Lawyers in Pittsburgh, Pennsylvania | UpCounsel**
https://www.upcounsel.com › Patent › Pennsylvania ▼
★★★★★ Rating: 5 - 1,690 reviews
Compare Pittsburgh **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Pittsburgh, PA.

**Top 5 of Patent Lawyers in Shreveport, Louisiana | UpCounsel**
https://www.upcounsel.com › Patent › Louisiana ▼
★★★★★ Rating: 5 - 1,683 reviews
Compare Shreveport **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Shreveport, LA.

**Top 5 of Patent Lawyers in Salem, Oregon | UpCounsel**
https://www.upcounsel.com › Patent › Oregon ▼
★★★★★ Rating: 5 - 1,687 reviews
Compare Salem **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Salem, OR.

**Top 5 of Patent Lawyers in Memphis, Tennessee | UpCounsel**
https://www.upcounsel.com › Patent › Tennessee ▼
★★★★★ Rating: 5 - 1,692 reviews
Compare Memphis **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Memphis, TN.

**Top 5 of Patent Lawyers in Boston, Massachusetts | UpCounsel**
https://www.upcounsel.com › Patent › Massachusetts ▼
★★★★★ Rating: 5 - 1,690 reviews
Compare Boston **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Boston, MA.

**Top 5 of Patent Lawyers in Knoxville, Tennessee | UpCounsel**
https://www.upcounsel.com › Patent › Tennessee ▼
★★★★★ Rating: 5 - 1,683 reviews
Compare Knoxville **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Knoxville, TN.

**Top 5 of Patent Lawyers in Louisville, Kentucky | UpCounsel**
https://www.upcounsel.com › Patent › Kentucky ▼
★★★★★ Rating: 5 - 1,681 reviews
Compare Louisville **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Louisville, KY.

**Top 5 of Patent Lawyers in Portland, Oregon | UpCounsel**
https://www.upcounsel.com › Patent › Oregon ▼
★★★★★ Rating: 5 - 1,688 reviews
Compare Portland **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Portland, OR.

**Top 5 of Patent Lawyers in Boise, Idaho | UpCounsel**
https://www.upcounsel.com › Patent › Idaho ▼
★★★★★ Rating: 5 - 1,679 reviews
Compare Boise **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Boise, ID.

**Top 5 of Patent Lawyers in Orlando, Florida | UpCounsel**
https://www.upcounsel.com › Patent › Florida ▼
★★★★★ Rating: 5 - 1,685 reviews
Compare Orlando **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Orlando, FL.

**Top 5 of Patent Lawyers in Buffalo, New York | UpCounsel**
https://www.upcounsel.com › Patent › New York ▾
★★★★★ Rating: 5 - 1,686 reviews
Compare Buffalo **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Buffalo, NY.

**Top 5 of Patent Lawyers in El Paso, Texas | UpCounsel**
https://www.upcounsel.com › Patent › Texas ▾
★★★★★ Rating: 5 - 1,680 reviews
Compare El Paso **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in El Paso, TX.

**Top 5 of Patent Lawyers in Bronx, New York | UpCounsel**
https://www.upcounsel.com › Patent › New York ▾
★★★★★ Rating: 5 - 1,682 reviews
Compare Bronx **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in Bronx, NY.

**Top 5 of Patent Lawyers in Madison, Wisconsin | UpCounsel**
https://www.upcounsel.com › Patent › Wisconsin ▾
★★★★★ Rating: 5 - 1,686 reviews
Compare Madison **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Madison, WI.

**Top 5 of Patent Lawyers in Cleveland, Ohio | UpCounsel**
https://www.upcounsel.com › Patent › Ohio ▾
★★★★★ Rating: 4.9 - 1,128 reviews
Compare Cleveland **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Cleveland, OH.

**Top 5 of Patent Lawyers in Seattle, Washington | UpCounsel**
https://www.upcounsel.com › Patent › Washington ▾
★★★★★ Rating: 5 - 662 reviews
Compare Seattle **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Seattle, WA.

**Top 5 of Patent Lawyers in Detroit, Michigan | UpCounsel**
https://www.upcounsel.com › Patent › Michigan ▾
★★★★★ Rating: 4.9 - 1,082 reviews
Compare Detroit **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Detroit, MI.

**Top 5 of Patent Lawyers in Irvine, California | UpCounsel**
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 - 149 reviews
Compare Irvine **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Irvine, CA.

**Top 5 of Patent Lawyers in San Antonio, Texas | UpCounsel**
https://www.upcounsel.com › Patent › Texas ▾
★★★★★ Rating: 5 - 178 reviews
Compare San Antonio **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in San Antonio, TX.

**Top 5 of Patent Lawyers in Cincinnati, Ohio | UpCounsel**
https://www.upcounsel.com › Patent › Ohio ▾
★★★★★ Rating: 5 - 1,687 reviews
Compare Cincinnati **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Cincinnati, OH.

**Top 5 of Patent Lawyers in Alexandria, Louisiana | UpCounsel**
https://www.upcounsel.com › Patent › Louisiana ▾
★★★★★ Rating: 5 - 1,685 reviews
Compare Alexandria **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in Alexandria, LA.

**Top 5 of Patent Lawyers in Kansas City, Kansas | UpCounsel**
https://www.upcounsel.com › Patent › Kansas ▾
Compare Kansas City **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Kansas City, KS.

**Top 5 of Patent Lawyers in Denver, Colorado | UpCounsel**

https://www.upcounsel.com › Patent › Colorado ▾
★★★★★ Rating: 5 - 1,035 reviews
Compare Denver **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Denver, CO.

### Top 5 of Patent Lawyers in Fort Lauderdale, Florida | UpCounsel
https://www.upcounsel.com › Patent › Florida ▾
★★★★★ Rating: 5 - 1,686 reviews
Compare Fort Lauderdale **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Fort ...

### Top 5 of Patent Lawyers in Charlotte, North Carolina | UpCounsel
https://www.upcounsel.com › Patent › North Carolina ▾
★★★★★ Rating: 5 - 1,684 reviews
Compare Charlotte **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Charlotte, NC.

### Top 5 of Patent Lawyers in Temecula, California | UpCounsel
https://www.upcounsel.com › Patent › California ▾
Compare Temecula **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Temecula, CA.

### Top 5 of Patent Lawyers in Minneapolis, Minnesota | UpCounsel
https://www.upcounsel.com › Patent › Minnesota ▾
★★★★★ Rating: 5 - 1,681 reviews
Compare Minneapolis **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Minneapolis, MN.

### Top 5 of Patent Lawyers in Rockwall, Texas | UpCounsel
https://www.upcounsel.com › Patent › Texas ▾
★★★★★ Rating: 5 - 1,681 reviews
Compare Rockwall **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in Rockwall, TX.

### Top 5 of Patent Lawyers in Indianapolis, Indiana | UpCounsel
https://www.upcounsel.com › Patent › Indiana ▾
★★★★★ Rating: 5 - 1,685 reviews
Compare Indianapolis **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Indianapolis, IN.

### Top 5 of Patent Lawyers in Milwaukee, Wisconsin | UpCounsel
https://www.upcounsel.com › Patent › Wisconsin ▾
★★★★★ Rating: 5 - 1,083 reviews
Compare Milwaukee **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Milwaukee, WI.

### Top 5 of Patent Lawyers in Bellevue, Washington | UpCounsel
https://www.upcounsel.com › Patent › Washington ▾
★★★★★ Rating: 5 - 1,685 reviews
Compare Bellevue **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Bellevue, WA.

### Top 5 of Patent Lawyers in Las Vegas, Nevada | UpCounsel
https://www.upcounsel.com › Patent › Nevada ▾
★★★★★ Rating: 4.9 - 1,051 reviews
Compare Las Vegas **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Las Vegas, NV.

### Top 5 of Patent Lawyers in Atlanta, Georgia | UpCounsel
https://www.upcounsel.com › Patent › Georgia ▾
★★★★★ Rating: 4.9 - 1,042 reviews
Compare Atlanta **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Atlanta, GA.

### Top 5 of Patent Lawyers in Fairfax, Virginia | UpCounsel
https://www.upcounsel.com › Patent › Virginia ▾
★★★★★ Rating: 5 - 1,675 reviews
Compare Fairfax **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in Fairfax, VA.

### Top 5 of Patent Lawyers in Nashville, Tennessee | UpCounsel
https://www.upcounsel.com › Patent › Tennessee ▾

★★★★★ Rating: 5 - 1,682 reviews
Compare Nashville **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent**
**attorney** for your unique patent needs in Nashville, TN.

## Top 5% of Patent Lawyers in Tucson, Arizona | UpCounsel
https://www.upcounsel.com › Patent › Arizona ▼
★★★★★ Rating: 4.9 - 1,082 reviews
Compare Tucson **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent**
**attorney** for your unique patent needs in Tucson, AZ.

## Top 5% of Patent Lawyers in Columbia, South Carolina | UpCounsel
https://www.upcounsel.com › Patent › South Carolina ▼
★★★★★ Rating: 4.9 - 1,171 reviews
Compare Columbia **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent**
**attorney** for your unique patent needs in Columbia, SC.

## Top 5% of Patent Lawyers in Albuquerque, New Mexico | UpCounsel
https://www.upcounsel.com › Patent › New Mexico ▼
★★★★★ Rating: 5 - 1,683 reviews
Compare Albuquerque **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent**
**attorney** for your unique patent needs in Albuquerque, NM.

## Top 5% of Patent Lawyers in Grand Rapids, Michigan | UpCounsel
https://www.upcounsel.com › Patent › Michigan ▼
★★★★★ Rating: 5 - 1,685 reviews
Compare Grand Rapids **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent**
**attorney** for your unique patent needs in Grand Rapids, MI.

## Top 5% of Patent Lawyers in Tampa, Florida | UpCounsel
https://www.upcounsel.com › Patent › Florida ▼
★★★★★ Rating: 5 - 1,691 reviews
Compare Tampa **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent**
**attorney** for your unique patent needs in Tampa, FL.

## Top 5% of Patent Lawyers in Rockford, Illinois | UpCounsel
https://www.upcounsel.com › Patent › Illinois ▼
Compare Rockford **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent**
**attorney** for your unique patent needs in Rockford, IL.

## Top 5% of Patent Lawyers in Bellingham, Washington | UpCounsel
https://www.upcounsel.com › Patent › Washington ▼
★★★★★ Rating: 5 - 1,685 reviews
Compare Bellingham **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent**
**attorney** for your business legal needs in Bellingham, WA.

## Top 5% of Patent Lawyers in Canton, Ohio | UpCounsel
https://www.upcounsel.com › Patent › Ohio ▼
★★★★★ Rating: 5 - 1,686 reviews
Compare Canton **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent**
**attorney** for your business legal needs in Canton, OH.

## Top 5% of Patent Lawyers in Philadelphia, Pennsylvania | UpCounsel
https://www.upcounsel.com › Patent › Pennsylvania ▼
★★★★★ Rating: 5 - 657 reviews
Compare Philadelphia **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent**
**attorney** for your unique patent needs in Philadelphia, PA.

## Top 5% of Patent Lawyers in Washington, Delaware | UpCounsel
https://www.upcounsel.com › Patent › Delaware ▼
★★★★★ Rating: 5 - 17 reviews
Compare Washington DC **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent**
**attorney** for your unique patent needs in Washington DC.

## Top 5% of Patent Lawyers in Jacksonville, Florida | UpCounsel
https://www.upcounsel.com › Patent › Florida ▼
★★★★★ Rating: 5 - 18 reviews
Compare Jacksonville **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent**
**attorney** for your unique patent needs in Jacksonville, FL.

## Top 5% of Patent Lawyers in Virginia Beach, Virginia | UpCounsel
https://www.upcounsel.com › Patent › Virginia ▼
★★★★★ Rating: 5 - 513 reviews

8/30/2018
site: "upcounsel.com" "top 5% of patent lawyers" - Google Search
Case 4:18-cv-02573-YGR Document 45-1 Filed 09/11/18 Page 191 of 706

Compare Virginia Beach **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Virginia Beach, ...

### Top 5% of Patent Lawyers in Honolulu, Hawaii | UpCounsel
https://www.upcounsel.com › Patent › Hawaii ▾
★★★★★ Rating: 5 - 1,682 reviews
Apr 27, 2016 - Compare Honolulu **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in ...

### Top 5% of Patent Lawyers in Dallas, Texas | UpCounsel
https://www.upcounsel.com › Patent › Texas ▾
★★★★★ Rating: 4.9 - 170 reviews
Compare Dallas **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Dallas, TX.

### Top 5% of Patent Lawyers in Rochester, New York | UpCounsel
https://www.upcounsel.com › Patent › New York ▾
★★★★★ Rating: 5 - 1,684 reviews
Compare Rochester **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Rochester, NY.

### Top 5% of Patent Lawyers in Wilmington, Delaware | UpCounsel
https://www.upcounsel.com › Patent › Delaware ▾
Compare Wilmington **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in Wilmington, DE.

### Top 5% of Patent Lawyers in Richmond, Virginia | UpCounsel
https://www.upcounsel.com › Patent › Virginia ▾
★★★★★ Rating: 5 - 1,681 reviews
Compare Richmond **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Richmond, VA.

### Top 5% of Patent Lawyers in Medford, Oregon | UpCounsel
https://www.upcounsel.com › Patent › Oregon ▾
★★★★★ Rating: 5 - 1,679 reviews
Compare Medford **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in Medford, OR.

### Top 5% of Patent Lawyers in Springfield, Missouri | UpCounsel
https://www.upcounsel.com › Patent › Missouri ▾
★★★★★ Rating: 5 - 1,689 reviews
Compare Springfield **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Springfield, MO.

### Top 5% of Patent Lawyers in Syracuse, New York | UpCounsel
https://www.upcounsel.com › Patent › New York ▾
★★★★★ Rating: 5 - 1,683 reviews
Compare Syracuse **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Syracuse, NY.

### Top 5% of Patent Lawyers in Sacramento, California | UpCounsel
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 - 636 reviews
Apr 27, 2016 - Compare Sacramento **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in ...

### Top 5% of Patent Lawyers in Raleigh, North Carolina | UpCounsel
https://www.upcounsel.com › Patent › North Carolina ▾
★★★★★ Rating: 5 - 1,685 reviews
Compare Raleigh **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Raleigh, NC.

### Top 5% of Patent Lawyers in Brooklyn, New York | UpCounsel
https://www.upcounsel.com › Patent › New York ▾
★★★★★ Rating: 5 - 1,694 reviews
Compare Brooklyn **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in Brooklyn, NY.

### Top 5% of Patent Lawyers in Cheyenne, Wyoming | UpCounsel
https://www.upcounsel.com › Patent › Wyoming ▾
★★★★★ Rating: 5 - 1,670 reviews

Compare Cheyenne **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in Cheyenne, WY.

### Top 5% of Patent Lawyers in Asheville, North Carolina | UpCounsel
https://www.upcounsel.com › Patent › North Carolina ▼
Compare Asheville **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in Asheville, NC.

### Top 5% of Patent Lawyers in Stamford, Connecticut | UpCounsel
https://www.upcounsel.com › Patent › Connecticut ▼
Compare Stamford **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Stamford, CT.

### Top 5% of Patent Lawyers in Los Angeles, California | UpCounsel
https://www.upcounsel.com › Patent › California ▼
★★★★★ Rating: 5 - 84 reviews
Compare Los Angeles **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Los Angeles, CA.

### Top 5% of Patent Lawyers in Salt Lake City, Utah | UpCounsel
https://www.upcounsel.com › Patent › Utah ▼
★★★★★ Rating: 5 - 1,687 reviews
Compare Salt Lake City **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Salt Lake City, UT.

### Top 5% of Patent Lawyers in Lynnwood, Washington | UpCounsel
https://www.upcounsel.com › Patent › Washington ▼
★★★★★ Rating: 5 - 1,683 reviews
Compare Lynnwood **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in Lynnwood, WA.

### Top 5% of Patent Lawyers in Charleston, South Carolina | UpCounsel
https://www.upcounsel.com › Patent › South Carolina ▼
★★★★★ Rating: 5 - 1,690 reviews
Compare Charleston **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Charleston, SC.

### Top 5% of Patent Lawyers in Mesa, Arizona | UpCounsel
https://www.upcounsel.com › Patent › Arizona ▼
★★★★★ Rating: 5 - 1,688 reviews
Compare Mesa **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Mesa, AZ.

### Top 5% of Patent Lawyers in Delaware City, Delaware | UpCounsel
https://www.upcounsel.com › Patent › Delaware ▼
Compare Delaware City **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in Delaware City, ...

### Top 5% of Patent Lawyers in Macon, Georgia | UpCounsel
https://www.upcounsel.com › Patent › Georgia ▼
★★★★★ Rating: 5 - 1,681 reviews
Compare Macon **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in Macon, GA.

### Top 5% of Patent Lawyers in Poughkeepsie, New York | UpCounsel
https://www.upcounsel.com › Patent › New York ▼
★★★★★ Rating: 5 - 1,658 reviews
Compare Poughkeepsie **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in Poughkeepsie, ...

### Top 5% of Patent Lawyers in Springfield, Illinois | UpCounsel
https://www.upcounsel.com › Patent › Illinois ▼
★★★★★ Rating: 5 - 1,683 reviews
Compare Springfield **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Springfield, IL.

### Top 5% of Patent Lawyers in Bakersfield, California | UpCounsel
https://www.upcounsel.com › Patent › California ▼
Compare Bakersfield **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Bakersfield, CA.

8/30/2018
Case 4:18-cv-02573-YGR Document 45-1 Filed 09/11/18 Page 193 of 706
site:"upcounsel.com" "45%" of Patent - Google Search

**Top 5% of Patent Lawyers in Boulder, Colorado | UpCounsel**
https://www.upcounsel.com › Patent › Colorado ▾
★★★★★ Rating: 5 - 1,684 reviews
Compare Boulder Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your unique patent needs in Boulder, CO.

**Top 5% of Patent Lawyers in Naperville, Illinois | UpCounsel**
https://www.upcounsel.com › Patent › Illinois ▾
Compare Naperville Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your unique patent needs in Naperville, IL.

**Top 5% of Patent Lawyers in Jackson, Mississippi | UpCounsel**
https://www.upcounsel.com › Patent › Mississippi ▾
Compare Jackson Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your unique patent needs in Jackson, MS.

**Top 5% of Patent Lawyers in San Jose, California | UpCounsel**
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 - 350 reviews
Compare San Jose Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your unique patent needs in San Jose, CA.

**Top 5% of Patent Lawyers in Tulsa, Oklahoma | UpCounsel**
https://www.upcounsel.com › Patent › Oklahoma ▾
★★★★★ Rating: 5 - 1,686 reviews
Compare Tulsa Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your unique patent needs in Tulsa, OK.

**Top 5% of Patent Lawyers in Bloomington, Illinois | UpCounsel**
https://www.upcounsel.com › Patent › Illinois ▾
★★★★★ Rating: 5 - 1,687 reviews
Compare Bloomington Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your business legal needs in Bloomington, IL.

**Top 5% of Patent Lawyers in New Haven, Connecticut | UpCounsel**
https://www.upcounsel.com › Patent › Connecticut ▾
★★★★★ Rating: 5 - 1,685 reviews
Compare New Haven Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your unique patent needs in New Haven, CT.

**Top 5% of Patent Lawyers in Lancaster, Pennsylvania | UpCounsel**
https://www.upcounsel.com › Patent › Pennsylvania ▾
Compare Lancaster Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your business legal needs in Lancaster, PA.

**Top 5% of Patent Lawyers in Visalia, California | UpCounsel**
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 - 1,687 reviews
Compare Visalia Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your unique patent needs in Visalia, CA.

**Top 5% of Patent Lawyers in Rochester, Minnesota | UpCounsel**
https://www.upcounsel.com › Patent › Minnesota ▾
Compare Rochester Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your unique patent needs in Rochester, MN.

**Top 5% of Patent Lawyers in Colorado Springs, Colorado | UpCounsel**
https://www.upcounsel.com › Patent › Colorado ▾
★★★★★ Rating: 5 - 1,035 reviews
Compare Colorado Springs Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your unique patent needs in Colorado ...

**Top 5% of Patent Lawyers in Hickory, North Carolina | UpCounsel**
https://www.upcounsel.com › Patent › North Carolina ▾
★★★★★ Rating: 5 - 1,638 reviews
Compare Hickory Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your business legal needs in Hickory, NC.

**Top 5% of Patent Lawyers in Lincoln, Nebraska | UpCounsel**
https://www.upcounsel.com › Patent › Nebraska ▾
★★★★★ Rating: 5 - 1,690 reviews

Compare Lincoln **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Lincoln, NE.

### Top 5% of Patent Lawyers in Appleton, Wisconsin | UpCounsel
https://www.upcounsel.com › Patent › Wisconsin ▾
Compare Appleton **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in Appleton, WI.

### Top 5% of Patent Lawyers in Allentown, Pennsylvania | UpCounsel
https://www.upcounsel.com › Patent › Pennsylvania ▾
★★★★★ Rating: 5 · 1,686 reviews
Compare Allentown **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your unique patent needs in Allentown, PA.

### Top 5% of Patent Lawyers in Helena, Montana | UpCounsel
https://www.upcounsel.com › Patent › Montana ▾
★★★★★ Rating: 5 · 1,689 reviews
Compare Helena **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in Helena, MT.

### Top 5% of Patent Lawyers in Burlington, Vermont | UpCounsel
https://www.upcounsel.com › Patent › Vermont ▾
Compare Burlington **Patent Attorneys** & Lawyers for hire on UpCounsel and choose the **best patent attorney** for your business legal needs in Burlington, VT.

Searches related to site:upcounsel.com top 5% of patent lawyers

| | |
|---|---|
| patent **law firms san francisco** | patent **attorney near me** |
| patent **lawyer salary** | **san francisco patent attorney salary** |
| patent **lawyers bay area** | patent **law firms silicon valley** |
| patent **attorney san francisco** | **best** patent **lawyers nyc** |



1  2  3  4    Next

● Shoreline West, Mountain View, CA - Reported by this computer · **Use precise location** · Learn more

Help    Send feedback    Privacy    Terms

# EXHIBIT 28

8/30/2018
Case 4:18-cv-02573-YGR  Document 45-1  Filed 09/11/18  Page 196 of 706
site:upcounsel.com "top 5% of intellectual lawyers" - Google Search

Google

site:upcounsel.com "top 5% of intellectual lawyers"

All   News   Images   Videos   Shopping   More      Settings   Tools

About 21,400 results (0.82 seconds)

No results found for **site:"upcounsel.com"** **"top 5% of intellectual lawyers"**.

Results for **site:upcounsel.com top 5% of intellectual lawyers** (without quotes):

**Top 5% of Intellectual Property Lawyers in San Francisco, CA**
https://www.upcounsel.com › Intellectual Property › California ▼
★★★★★ Rating: 5 - 5,249 reviews
Compare San Francisco **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP attorney for your unique IP needs in San ...

**Top 5% of Intellectual Property Lawyers in San Diego, CA | UpCounsel**
https://www.upcounsel.com › Intellectual Property › California ▼
★★★★★ Rating: 4.9 - 407 reviews
Thomas has over 15 years of experience and is the founding partner of Shnaider, a corporate, business,
and contracts & licensing law firm. ... Edward Robinson is a patent **attorney** that mainly works with
corporations to help them obtain patent protection for pharmaceutical products ...

**Top 5% of Intellectual Property Lawyers in Anchorage, AK | UpCounsel**
https://www.upcounsel.com › ... › Intellectual Property › Alaska ▼
★★★★★ Rating: 5 - 4,918 reviews
Compare Anchorage **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP attorney for your unique IP needs in Anchorage, ...

**Top 5% of Intellectual Property Lawyers in Sacramento, CA | UpCounsel**
https://www.upcounsel.com › Intellectual Property › California ▼
★★★★★ Rating: 5 - 5,307 reviews
Compare Sacramento **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP attorney for your unique IP needs in Sacramento, ...

**Top 5% of Intellectual Property Lawyers in Seattle, WA | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Washington ▼
Compare Seattle **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP attorney for your unique IP needs in Seattle, WA.

**Top 5% of Intellectual Property Lawyers in Lynnwood, WA | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Washington ▼
★★★★★ Rating: 5 - 5,215 reviews
Compare Lynnwood **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP attorney for your unique IP needs in Lynnwood, WA.

**Top 5% of Intellectual Property Lawyers in Irvine, CA | UpCounsel**
https://www.upcounsel.com › Intellectual Property › California ▼
Compare Irvine **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best** IP
attorney for your unique IP needs in Irvine, CA.

**Top 5% of Intellectual Property Lawyers in New York, NY | UpCounsel**
https://www.upcounsel.com › Intellectual Property › New York ▼
★★★★★ Rating: 5 - 2,007 reviews
Compare New York **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP attorney for your unique IP needs in New York, NY.

**Top 5% of Intellectual Property Lawyers in Los Angeles, CA | UpCounsel**
https://www.upcounsel.com › Intellectual Property › California ▼
★★★★★ Rating: 5 - 5,185 reviews
Compare Los Angeles **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP attorney for your unique IP needs in Los Angeles, ...

**Top 5% of Intellectual Property Lawyers in Cleveland, Ohio | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Ohio ▼
Compare Cleveland **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP attorney for your unique IP needs in Cleveland, OH.

**Top 5% of Intellectual Property Lawyers in Scottsdale, AZ | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Arizona ▼
★★★★★ Rating: 5 - 5,273 reviews
Compare Scottsdale **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Scottsdale, AZ.

**Top 5% of Intellectual Property Lawyers in Dallas, Texas | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Texas ▼
★★★★★ Rating: 5 - 5,195 reviews
Compare Dallas **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best** IP **attorney** for your unique IP needs in Dallas, TX.

**Top 5% of Intellectual Property Lawyers in Memphis, TN | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Tennessee ▼
★★★★★ Rating: 5 - 5,164 reviews
Compare Memphis **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Memphis, TN.

**Top 5% of Intellectual Property Lawyers in Houston, Texas | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Texas ▼
Compare Houston **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best** IP **attorney** for your unique IP needs in Houston, TX.

**Top 5% of Intellectual Property Lawyers in Boston, MA | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Massachusetts ▼
★★★★★ Rating: 5 - 5,189 reviews
Compare Boston **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best** IP **attorney** for your unique IP needs in Boston, MA.

**Top 5% of Intellectual Property Lawyers in Austin, Texas | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Texas ▼
★★★★★ Rating: 5 - 105 reviews
Compare Austin **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best** IP **attorney** for your unique IP needs in Austin, TX.

**Top 5% of Intellectual Property Lawyers in Tulsa, Oklahoma | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Oklahoma ▼
★★★★★ Rating: 5 - 5,287 reviews
Compare Tulsa **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best** IP **attorney** for your unique IP needs in Tulsa, OK.

**Top 5% of Intellectual Property Lawyers in Washington, DE | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Delaware ▼
★★★★★ Rating: 5 - 4,968 reviews
Compare Washington DC **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in ...

**Top 5% of Intellectual Property Lawyers in Chico, CA | UpCounsel**
https://www.upcounsel.com › ... › Intellectual Property › California
★★★★★ Rating: 5 - 5,013 reviews
Compare Chico **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best** IP **attorney** for your unique IP needs in Chico, CA.

**Top 5% of Intellectual Property Lawyers in Birmingham, AL | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Alabama ▼
Compare Birmingham **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Birmingham, ...

**Top 5% of Intellectual Property Lawyers in Providence, RI | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Rhode Island ▼
★★★★★ Rating: 5 - 5,162 reviews
Compare Providence **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Providence, ...

**Top 5% of Intellectual Property Lawyers in Butler, PA | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Pennsylvania ▼
★★★★★ Rating: 5 - 5,214 reviews
Compare Butler **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best** IP **attorney** for your unique IP needs in Butler, PA.

**Top 5% of Intellectual Property Lawyers in Palatine, IL | UpCounsel**

https://www.upcounsel.com › Intellectual Property › Illinois ▼
Compare Palatine **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP **attorney** for your unique IP needs in Palatine, IL.

## Top 5 of Intellectual Property Lawyers in Vacaville, CA | UpCounsel
https://www.upcounsel.com › Intellectual Property › California ▼
★★★★★ Rating: 5 - 5,202 reviews
Compare Vacaville **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP **attorney** for your unique IP needs in Vacaville, CA.

## Top 5 of Intellectual Property Lawyers in Tallahassee, FL | UpCounsel
https://www.upcounsel.com › Intellectual Property › Florida ▼
★★★★★ Rating: 5 - 5,213 reviews
Compare Tallahassee **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP **attorney** for your unique IP needs in Tallahassee, ...

## Top 5 of Intellectual Property Lawyers in Greenwood, IN | UpCounsel
https://www.upcounsel.com › Intellectual Property › Indiana ▼
Compare Greenwood **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP **attorney** for your unique IP needs in Greenwood, ...

## Top 5 of Intellectual Property Lawyers in Easton, MD | UpCounsel
https://www.upcounsel.com › Intellectual Property › Maryland ▼
★★★★★ Rating: 5 - 5,158 reviews
Compare Easton **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP **attorney** for your unique IP needs in Easton, MD.

## Top 5 of Intellectual Property Lawyers in Albuquerque, NM ...
https://www.upcounsel.com › Intellectual Property › New Mexico ▼
★★★★★ Rating: 5 - 5,197 reviews
Compare Albuquerque **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP **attorney** for your unique IP needs in ...

## Top 5 of Intellectual Property Lawyers in Bismarck, ND | UpCounsel
https://www.upcounsel.com › Intellectual Property › North Dakota ▼
Compare Bismarck **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP **attorney** for your unique IP needs in Bismarck, ND.

## Top 5 of Intellectual Property Lawyers in Brooklyn, NY | UpCounsel
https://www.upcounsel.com › Intellectual Property › New York ▼
Compare Brooklyn **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP **attorney** for your unique IP needs in Brooklyn, NY.

## Top 5 of Intellectual Property Lawyers in Auburn, Alabama ...
https://www.upcounsel.com › Intellectual Property › Alabama ▼
★★★★★ Rating: 4.9 - 5,284 reviews
Compare Auburn **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP **attorney** for your unique IP needs in Auburn, AL.

## Top 5 of Intellectual Property Lawyers in San Antonio, TX | UpCounsel
https://www.upcounsel.com › Intellectual Property › Texas ▼
Compare San Antonio **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP **attorney** for your unique IP needs in San Antonio, ...

## Top 5 of Intellectual Property Lawyers in Salem, Oregon | UpCounsel
https://www.upcounsel.com › Intellectual Property › Oregon ▼
★★★★★ Rating: 5 - 5,144 reviews
Compare Salem **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best** IP
**attorney** for your unique IP needs in Salem, OR.

## Top 5 of Intellectual Property Lawyers in Bettendorf, IA | UpCounsel
https://www.upcounsel.com › All Attorneys › Specialties › Intellectual Property › Iowa ▼
★★★★★ Rating: 4.9 - 4,977 reviews
Compare Bettendorf **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP **attorney** for your unique IP needs in Bettendorf, IA.

## Top 5 of Intellectual Property Lawyers in Syracuse, NY | UpCounsel
https://www.upcounsel.com › Intellectual Property › New York ▼
Compare Syracuse **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP **attorney** for your unique IP needs in Syracuse, NY.

Case 4:18-cv-02573-YGR  Document 45-4  Filed 09/21/18  Page 199 of 706

**Top 5% of Intellectual Property Lawyers in Flower Mound, TX**
https://www.upcounsel.com › ... › Intellectual Property › Texas ▾
★★★★★ Rating: 5 - 4,955 reviews
Compare Flower Mound **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose
the **best** IP attorney for your unique IP needs in Flower ...

**Top 5% of Intellectual Property Lawyers in Oklahoma City, OK**
https://www.upcounsel.com › Intellectual Property › Oklahoma ▾
★★★★★ Rating: 5 - 5,153 reviews
Compare Oklahoma City **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose
the **best** IP attorney for your unique IP needs in Oklahoma ...

**Top 5% of Intellectual Property Lawyers in Atlanta, GA | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Georgia ▾
★★★★★ Rating: 5 - 5,186 reviews
Compare Atlanta **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP attorney for your unique IP needs in Atlanta, GA.

**Top 5% of Intellectual Property Lawyers in Pensacola, FL | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Florida ▾
★★★★★ Rating: 5 - 5,217 reviews
Compare Pensacola **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP attorney for your unique IP needs in Pensacola, FL.

**Top 5% of Intellectual Property Lawyers in Florence, SC | UpCounsel**
https://www.upcounsel.com › Intellectual Property › South Carolina ▾
★★★★★ Rating: 5 - 5,172 reviews
Compare Florence **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP attorney for your unique IP needs in Florence, SC.

**Top 5% of Intellectual Property Lawyers in Portland, OR | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Oregon ▾
Compare Portland **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP attorney for your unique IP needs in Portland, OR.

**Top 5% of Intellectual Property Lawyers in Springfield, MO | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Missouri ▾
Compare Springfield **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP attorney for your unique IP needs in Springfield, ...

**Top 5% of Intellectual Property Lawyers in Oakland, CA | UpCounsel**
https://www.upcounsel.com › Intellectual Property › California ▾
★★★★★ Rating: 5 - 5,149 reviews
Compare Oakland **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP attorney for your unique IP needs in Oakland, CA.

**Top 5% of Intellectual Property Lawyers in Collegeville, PA - UpCounsel**
https://www.upcounsel.com › Intellectual Property › Pennsylvania ▾
★★★★★ Rating: 5 - 5,179 reviews
Compare Collegeville **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP attorney for your unique IP needs in Collegeville, ...

**Top 5% of Intellectual Property Lawyers in Phoenix, AZ | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Arizona ▾
Compare Phoenix **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP attorney for your unique IP needs in Phoenix, AZ.

**Top 5% of Intellectual Property Lawyers in Nashville, TN | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Tennessee ▾
Compare Nashville **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP attorney for your unique IP needs in Nashville, TN.

**Top 5% of Intellectual Property Lawyers in Jacksonville, FL - UpCounsel**
https://www.upcounsel.com › Intellectual Property › Florida ▾
★★★★★ Rating: 5 - 5,184 reviews
Compare Jacksonville **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP attorney for your unique IP needs in Jacksonville, ...

**Top 5% of Intellectual Property Lawyers in Miami, Florida | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Florida ▾

Compare Miami **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Miami, FL.

## Top 5 of Intellectual Property Lawyers in Columbus, Ohio | UpCounsel
https://www.upcounsel.com › Intellectual Property › Ohio ▼
★★★★★ Rating: 5 - 5,179 reviews
Compare Columbus **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Columbus, OH.

## Top 5 of Intellectual Property Lawyers in Kingston, NY | UpCounsel
https://www.upcounsel.com › Intellectual Property › New York ▼
★★★★★ Rating: 5 - 5,187 reviews
Compare Kingston **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Kingston, NY.

## Top 5 of Intellectual Property Lawyers in Knoxville, TN | UpCounsel
https://www.upcounsel.com › Intellectual Property › Tennessee ▼
★★★★★ Rating: 5 - 5,161 reviews
Compare Knoxville **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Knoxville, TN.

## Top 5 of Intellectual Property Lawyers in Prescott, AZ | UpCounsel
https://www.upcounsel.com › Intellectual Property › Arizona ▼
★★★★★ Rating: 5 - 5,396 reviews
Compare Prescott **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Prescott, AZ.

## Top 5 of Intellectual Property Lawyers in Minneapolis, MN | UpCounsel
https://www.upcounsel.com › Intellectual Property › Minnesota ▼
★★★★★ Rating: 5 - 5,203 reviews
Compare Minneapolis **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Minneapolis, ...

## Top 5 of Intellectual Property Lawyers in Las Vegas, NV | UpCounsel
https://www.upcounsel.com › Intellectual Property › Nevada ▼
Compare Las Vegas **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Las Vegas, NV.

## Top 5 of Intellectual Property Lawyers in Sandusky, Ohio | UpCounsel
https://www.upcounsel.com › Intellectual Property › Ohio ▼
★★★★★ Rating: 5 - 5,392 reviews
Compare Sandusky **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Sandusky, OH.

## Top 5 of Intellectual Property Lawyers in San Bernardino, CA | UpCounsel
https://www.upcounsel.com › Intellectual Property › California ▼
★★★★★ Rating: 4.9 - 5,184 reviews
Compare San Bernardino **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in San ...

## Top 5 of Intellectual Property Lawyers in Rochester, NY | UpCounsel
https://www.upcounsel.com › Intellectual Property › New York ▼
★★★★★ Rating: 5 - 5,156 reviews
Compare Rochester **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Rochester, NY.

## Top 5 of Intellectual Property Lawyers in Eugene, Oregon | UpCounsel
https://www.upcounsel.com › Intellectual Property › Oregon ▼
★★★★★ Rating: 5 - 5,203 reviews
Compare Eugene **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Eugene, OR.

## Top 5 of Intellectual Property Lawyers in Cleburne, Texas | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Intellectual Property › Texas ▼
★★★★★ Rating: 5 - 4,884 reviews
Compare Cleburne **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Cleburne, TX.

## Top 5 of Intellectual Property Lawyers in Youngstown, OH | UpCounsel
https://www.upcounsel.com › Intellectual Property › Ohio ▼
★★★★★ Rating: 5 - 5,154 reviews

Compare Youngstown **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Youngstown, ...

### Top 5 of Intellectual Property Lawyers in Winston Salem, NC
https://www.upcounsel.com › Intellectual Property › North Carolina ▾
★★★★★ Rating: 5 · 4,977 reviews
Compare Winston Salem **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Winston ...

### Top 5 of Intellectual Property Lawyers in Hammond, LA | UpCounsel
https://www.upcounsel.com › Intellectual Property › Louisiana ▾
★★★★★ Rating: 5 · 12 reviews
Compare Hammond **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Hammond, LA.

### Top 5 of Intellectual Property Lawyers in Tacoma, WA | UpCounsel
https://www.upcounsel.com › Intellectual Property › Washington ▾
★★★★★ Rating: 4.9 · 5,189 reviews
Compare Tacoma **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Tacoma, WA.

### Top 5 of Intellectual Property Lawyers in Chicago, IL | UpCounsel
https://www.upcounsel.com › Intellectual Property › Illinois ▾
★★★★★ Rating: 5 · 5,202 reviews
Compare Chicago **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Chicago, IL.

### Top 5 of Intellectual Property Lawyers in Temecula, CA | UpCounsel
https://www.upcounsel.com › Intellectual Property › California ▾
Compare Temecula **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Temecula, CA.

### Top 5 of Intellectual Property Lawyers in Santa Fe, NM | UpCounsel
https://www.upcounsel.com › Intellectual Property › New Mexico ▾
Compare Santa Fe **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Santa Fe, NM.

### Top 5 of Intellectual Property Lawyers in Asheville, NC | UpCounsel
https://www.upcounsel.com › Intellectual Property › North Carolina ▾
★★★★★ Rating: 5 · 5,156 reviews
Compare Asheville **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Asheville, NC.

### Top 5 of Intellectual Property Lawyers in Harrisonburg, VA
https://www.upcounsel.com › Intellectual Property › Virginia ▾
★★★★★ Rating: 5 · 5,186 reviews
Compare Harrisonburg **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in ...

### Top 5 of Intellectual Property Lawyers in Orlando, FL | UpCounsel
https://www.upcounsel.com › Intellectual Property › Florida ▾
★★★★★ Rating: 5 · 5,197 reviews
Compare Orlando **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Orlando, FL.

### Top 5 of Intellectual Property Lawyers in McLean, VA | UpCounsel
https://www.upcounsel.com › Intellectual Property › Virginia ▾
★★★★★ Rating: 5 · 5,077 reviews
Compare McLean **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in McLean, VA.

### Top 5 of Intellectual Property Lawyers in Fairbanks, AK | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Intellectual Property › Alaska ▾
★★★★★ Rating: 5 · 4,799 reviews
Compare Fairbanks **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Fairbanks, AK.

### Top 5 of Intellectual Property Lawyers in Midland, MI | UpCounsel
https://www.upcounsel.com › Intellectual Property › Michigan ▾
★★★★★ Rating: 5 · 5,152 reviews
Compare Midland **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Midland, MI.

**Top 5% of Intellectual Property Lawyers in Saint Petersburg, FL**
https://www.upcounsel.com › Intellectual Property › Florida ▾
★★★★★ Rating: 5 - 5,103 reviews
Compare Saint Petersburg **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose
the **best** IP **attorney** for your unique IP needs in Saint ...

**Top 5% of Intellectual Property Lawyers in Saratoga Springs, NY**
https://www.upcounsel.com › Intellectual Property › New York ▾
★★★★★ Rating: 5 - 5,256 reviews
Compare Saratoga Springs **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose
the **best** IP **attorney** for your unique IP needs in ...

**Top 5% of Intellectual Property Lawyers in Kansas City, MO | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Missouri ▾
★★★★★ Rating: 5 - 5,103 reviews
Compare Kansas City **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP **attorney** for your unique IP needs in Kansas City, ...

**Top 5% of Intellectual Property Lawyers in Forest Hills, NY - UpCounsel**
https://www.upcounsel.com › Intellectual Property › New York ▾
★★★★★ Rating: 5 - 5,197 reviews
Compare Forest Hills **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP **attorney** for your unique IP needs in Forest Hills, ...

**Top 5% of Intellectual Property Lawyers in York, PA | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Pennsylvania ▾
★★★★★ Rating: 5 - 5,103 reviews
Compare York **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best** IP
**attorney** for your unique IP needs in York, PA.

**Top 5% of Intellectual Property Lawyers in Denver, CO | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Colorado ▾
★★★★★ Rating: 5 - 5,185 reviews
Compare Denver **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP **attorney** for your unique IP needs in Denver, CO.

**Top 5% of Intellectual Property Lawyers in Rochester, MN | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Minnesota ▾
★★★★★ Rating: 5 - 5,196 reviews
Compare Rochester **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP **attorney** for your unique IP needs in Rochester, MN.

**Top 5% of Intellectual Property Lawyers in Livingston, TX | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Texas ▾
★★★★★ Rating: 5 - 5,196 reviews
Compare Livingston **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP **attorney** for your unique IP needs in Livingston, TX.

**Top 5% of Intellectual Property Lawyers in Beverly Hills, CA - UpCounsel**
https://www.upcounsel.com › Intellectual Property › California ▾
★★★★★ Rating: 5 - 5,187 reviews
Compare Beverly Hills **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP **attorney** for your unique IP needs in Beverly Hills, ...

**Top 5% of Intellectual Property Lawyers in Poplar Bluff, MO - UpCounsel**
https://www.upcounsel.com › Intellectual Property › Missouri ▾
★★★★★ Rating: 5 - 5,230 reviews
Compare Poplar Bluff **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP **attorney** for your unique IP needs in Poplar Bluff, ...

**Top 5% of Intellectual Property Lawyers in Casa Grande, AZ ...**
https://www.upcounsel.com › Intellectual Property › Arizona ▾
★★★★★ Rating: 5 - 5,188 reviews
Compare Casa Grande **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP **attorney** for your unique IP needs in Casa ...

**Top 5% of Intellectual Property Lawyers in Waltham, MA | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Massachusetts ▾
★★★★★ Rating: 5 - 5,009 reviews
Compare Waltham **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP **attorney** for your unique IP needs in Waltham, MA.

**Top 5% of Intellectual Property Lawyers in Elk Grove, CA | UpCounsel**

https://www.upcounsel.com › Intellectual Property › California ▾
★★★★★ Rating: 5 - 5,194 reviews
Compare Elk Grove **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best IP attorney** for your unique IP needs in Elk Grove, CA.

### Top 5 of Intellectual Property Lawyers in Vero Beach, FL | UpCounsel
https://www.upcounsel.com › Intellectual Property › Florida ▾
★★★★★ Rating: 5 - 5,196 reviews
Compare Vero Beach **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best IP attorney** for your unique IP needs in Vero Beach, ...

### Top 5 of Intellectual Property Lawyers in Charlotte, NC | UpCounsel
https://www.upcounsel.com › Intellectual Property › North Carolina ▾
★★★★★ Rating: 5 - 5,221 reviews
Compare Charlotte **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best IP attorney** for your unique IP needs in Charlotte, NC.

### Top 5 of Intellectual Property Lawyers in Newark, Ohio | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Intellectual Property › Ohio ▾
★★★★★ Rating: 5 - 4,957 reviews
Compare Newark **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP **attorney** for your unique IP needs in Newark, OH.

### Top 5 of Intellectual Property Lawyers in Palm Springs, CA
https://www.upcounsel.com › Intellectual Property › California ▾
★★★★★ Rating: 5 - 5,188 reviews
Compare Palm Springs **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best** IP **attorney** for your unique IP needs in Palm ...

### Top 5 of Intellectual Property Lawyers in Palo Alto, CA | UpCounsel
https://www.upcounsel.com › Intellectual Property › California ▾
★★★★★ Rating: 5 - 5,200 reviews
Compare Palo Alto **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP **attorney** for your unique IP needs in Palo Alto, CA.

### Top 5 of Intellectual Property Lawyers in Santa Maria, CA | UpCounsel
https://www.upcounsel.com › Intellectual Property › California ▾
★★★★★ Rating: 5 - 5,136 reviews
Compare Santa Maria **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best IP attorney** for your unique IP needs in Santa Maria, ...

### Top 5 of Intellectual Property Lawyers in Granbury, Texas | UpCounsel
https://www.upcounsel.com › ... › Intellectual Property › Texas ▾
★★★★★ Rating: 5 - 5,003 reviews
Compare Granbury **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP **attorney** for your unique IP needs in Granbury, TX.

### Top 5 of Intellectual Property Lawyers in Lewes, Delaware ...
https://www.upcounsel.com › Intellectual Property › Delaware ▾
★★★★★ Rating: 5 - 5,104 reviews
Compare Lewes **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best** IP
**attorney** for your unique IP needs in Lewes, DE.

### Top 5 of Intellectual Property Lawyers in New Haven, CT | UpCounsel
https://www.upcounsel.com › Intellectual Property › Connecticut ▾
★★★★★ Rating: 5 - 5,226 reviews
Compare New Haven **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best IP attorney** for your unique IP needs in New Haven, ...

### Top 5 of Intellectual Property Lawyers in Des Moines, IA | UpCounsel
https://www.upcounsel.com › Intellectual Property › Iowa ▾
★★★★★ Rating: 5 - 5,226 reviews
Compare Des Moines **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the
**best IP attorney** for your unique IP needs in Des Moines, ...

### Top 5 of Intellectual Property Lawyers in Lake City, FL | UpCounsel
https://www.upcounsel.com › ... › Intellectual Property › Florida ▾
★★★★★ Rating: 5 - 4,953 reviews
Compare Lake City **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best**
IP **attorney** for your unique IP needs in Lake City, FL.

### Top 5 of Intellectual Property Lawyers in Oxford, MS | UpCounsel
https://www.upcounsel.com › Intellectual Property › Mississippi ▾

★★★★★ Rating: 5 - 5,193 reviews
Compare Oxford **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best** IP **attorney** for your unique IP needs in Oxford, MS.

### Top 5 of Intellectual Property Lawyers in Connersville, IN - UpCounsel
https://www.upcounsel.com › Intellectual Property › Indiana ▾
★★★★★ Rating: 5 - 5,213 reviews
Compare Connersville **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Connersville ...

### Top 5 of Intellectual Property Lawyers in Baltimore, MD | UpCounsel
https://www.upcounsel.com › Intellectual Property › Maryland ▾
★★★★★ Rating: 5 - 5,207 reviews
Compare Baltimore **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Baltimore, MD.

### Top 5 of Intellectual Property Lawyers in Hampton, VA | UpCounsel
https://www.upcounsel.com › ... › Intellectual Property › Virginia ▾
★★★★★ Rating: 5 - 4,877 reviews
Compare Hampton **Intellectual** Property Attorneys & **Lawyers** for hire on UpCounsel and choose the **best IP attorney** for your unique IP needs in Hampton, VA.

Searches related to site:upcounsel.com top 5% of intellectual lawyers

**ip firms in san diego**

**san diego ip law group**



1  2  3  4    Next

● Shoreline West, Mountain View, CA - Reported by this computer · Use precise location · Learn more

Help    Send feedback    Privacy    Terms

# EXHIBIT 29

# EXHIBIT 29-A



About 14,900 results (2.33 seconds)

No results found for **site:upcounsel.com "top 5% of Copyright"**.

Results for **site:upcounsel.com top 5% of Copyright** (without quotes):

### Top 5% of Copyright Lawyers in San Diego, California | UpCounsel ✅
https://www.upcounsel.com › Copyright › California ▼
★★★★★ Rating: 5 - 5,246 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Seattle, Washington | UpCounsel ✅
https://www.upcounsel.com › Copyright › Washington ▼
★★★★★ Rating: 5 - 292 reviews
Lara Lavi brings a different kind of experience to her clients in the entertainment industry. Before becoming a lawyer, Lara was a singer-songwriter, ...

### Top 5% of Copyright Lawyers in Los Angeles, California | UpCounsel ✅
https://www.upcounsel.com › Copyright › California ▼
★★★★★ Rating: 5 - 5,188 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Anchorage, Alaska | UpCounsel ✅
https://www.upcounsel.com › Copyright › Alaska ▼
★★★★★ Rating: 5 - 5,193 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Fresno, California | UpCounsel ✅
https://www.upcounsel.com › Copyright › California ▼
★★★★★ Rating: 4.9 - 5,101 reviews
25 repeat hires | 41 yrs experience | Licensed in FL, NY | verified. "Steve was a huge help. He spent the time and walked me through some difficult decisions ...

### Top 5% of Copyright Lawyers in New York, New York | UpCounsel ✅
https://www.upcounsel.com › Copyright › New York ▼
★★★★★ Rating: 5 - 5,182 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Phoenix, Arizona | UpCounsel ✅
https://www.upcounsel.com › Copyright › Arizona ▼
★★★★★ Rating: 5 - 5,220 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Atlanta, Georgia | UpCounsel ✅
https://www.upcounsel.com › Copyright › Georgia ▼
★★★★★ Rating: 5 - 5,189 reviews
Compare Atlanta **Copyright** Attorneys & Lawyers for hire on UpCounsel and choose the **best** ... 5 repeat hires | 12 yrs experience | Licensed in CT, NJ | verified.

### Top 5% of Copyright Lawyers in Lancaster, California | UpCounsel ✅
https://www.upcounsel.com › Copyright › California ▼
★★★★★ Rating: 5 - 5,184 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Winston Salem, NC | UpCounsel ✅
https://www.upcounsel.com › Copyright › North Carolina ▼
★★★★★ Rating: 5 - 5,175 reviews

Compare Winston Salem **Copyright** Attorneys & Lawyers for hire on UpCounsel and choose the **best copyright** attorney for your unique **copyright** needs in ...

### Top 5% of Copyright Lawyers in Redford, Michigan | UpCounsel ✅
https://www.upcounsel.com › Copyright › Michigan ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Palmdale, California | UpCounsel ✅
https://www.upcounsel.com › Copyright › California ▾
★★★★★ Rating: 5 - 5,218 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Philadelphia, Pennsylvania ... ✅
https://www.upcounsel.com › Copyright › Pennsylvania ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Pine Bluff, Arkansas | UpCounsel ✅
https://www.upcounsel.com › Copyright › Arkansas ▾
★★★★★ Rating: 5 - 5,190 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Toccoa, Georgia | UpCounsel ✅
https://www.upcounsel.com › Copyright › Georgia ▾
★★★★★ Rating: 5 - 5,320 reviews
"Josh was very responsive and also clear and concise in answer my employment contracting questions. I'd highly recommend Josh for any oth..." Get Proposal ...

### Top 5% of Copyright Lawyers in Orlando, Florida | UpCounsel ✅
https://www.upcounsel.com › Copyright › Florida ▾
★★★★★ Rating: 5 - 5,178 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in South Bend, Indiana | UpCounsel ✅
https://www.upcounsel.com › Copyright › Indiana ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Chicago, Illinois | UpCounsel ✅
https://www.upcounsel.com › Copyright › Illinois ▾
★★★★★ Rating: 5 - 5,198 reviews
Antonelli Law is Antonelli's practice and is recognized as one of two **top** practices throughout the country that handles cases related to BitTorrent **copyrights** and ...

### Top 5% of Copyright Lawyers in Denver, Colorado | UpCounsel ✅
https://www.upcounsel.com › Copyright › Colorado ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Valley Stream, New York | UpCounsel ✅
https://www.upcounsel.com › Copyright › New York ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Tampa, Florida | UpCounsel ✅
https://www.upcounsel.com › Copyright › Florida ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Madison, Wisconsin | UpCounsel ✅
https://www.upcounsel.com › Copyright › Wisconsin ▾
★★★★★ Rating: 5 - 5,163 reviews
"Choosing Mr. Goodwin to handle my case was one of the **best** decisions that I have ever made. He is one of the very **best** in his field and t..." Get Proposal View ...

### Top 5% of Copyright Lawyers in Raleigh, North Carolina | UpCounsel ✅

https://www.upcounsel.com › Copyright › North Carolina ▼
★★★★★ Rating: 5 - 5,183 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Washington, Delaware | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Delaware ▼
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Kansas City, Missouri | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Missouri ▼
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Queens Village, New York | UpCounsel** ✅
https://www.upcounsel.com › Copyright › New York ▼
★★★★★ Rating: 5 - 5,200 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Boston, Massachusetts | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Massachusetts ▼
★★★★★ Rating: 5 - 5,224 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in San Francisco, California | UpCounsel** ✅
https://www.upcounsel.com › Copyright › California ▼
★★★★★ Rating: 5 - 5,207 reviews
Compare San Francisco **Copyright** Attorneys & Lawyers for hire on UpCounsel and choose ... **5** repeat
hires | 12 yrs experience | Licensed in CT, NJ | verified.

**Top 5% of Copyright Lawyers in Louisville, Kentucky | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Kentucky ▼
★★★★★ Rating: 4.9 - 5,205 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Detroit, Michigan | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Michigan ▼
★★★★★ Rating: 5 - 5,247 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Eugene, Oregon | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Oregon ▼
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Jacksonville, Florida | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Florida ▼
★★★★★ Rating: 5 - 5,249 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Columbus, Georgia | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Georgia ▼
★★★★★ Rating: 5 - 5,251 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Durham, North Carolina | UpCounsel** ✅
https://www.upcounsel.com › Copyright › North Carolina ▼
★★★★★ Rating: 5 - 5,159 reviews
"Steve is polite, punctual and informative. He took the time and care I needed in both understanding and
handling my legal matters." Get Proposal View Profile.

**Top 5% of Copyright Lawyers in Des Moines, Iowa | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Iowa ▼
★★★★★ Rating: 5 - 5,207 reviews

For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Buffalo, New York | UpCounsel ✅

https://www.upcounsel.com › Copyright › New York ▾

★★★★★ Rating: 5 · 5,158 reviews

For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Jamestown, New York | UpCounsel ✅

https://www.upcounsel.com › Copyright › New York ▾

★★★★★ Rating: 5 · 5,391 reviews

"Steve is polite, punctual and informative. He took the time and care I needed in both understanding and handling my legal matters." Get Proposal View Profile.

### Top 5% of Copyright Lawyers in Killeen, Texas | UpCounsel ✅

https://www.upcounsel.com › Copyright › Texas ▾

★★★★★ Rating: 5 · 5,272 reviews

For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Stockton, California | UpCounsel ✅

https://www.upcounsel.com › Copyright › California ▾

★★★★★ Rating: 5 · 5,190 reviews

For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Doylestown, Pennsylvania | UpCounsel ✅

https://www.upcounsel.com › Copyright › Pennsylvania ▾

★★★★★ Rating: 5 · 5,170 reviews

For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Indianapolis, Indiana | UpCounsel ✅

https://www.upcounsel.com › Copyright › Indiana ▾

★★★★★ Rating: 5 · 5,158 reviews

For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Savannah, Georgia | UpCounsel ✅

https://www.upcounsel.com › Copyright › Georgia ▾

★★★★★ Rating: 5 · 5,157 reviews

"Steve is polite, punctual and informative. He took the time and care I needed in both understanding and handling my legal matters." Get Proposal View Profile.

### Top 5% of Copyright Lawyers in Wyoming, Michigan | UpCounsel ✅

https://www.upcounsel.com › Copyright › Michigan ▾

★★★★★ Rating: 5 · 5,154 reviews

For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Duluth, Georgia | UpCounsel ✅

https://www.upcounsel.com › Copyright › Georgia ▾

★★★★★ Rating: 4.9 · 5,257 reviews

For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Charlottesville, Virginia | UpCounsel ✅

https://www.upcounsel.com › Copyright › Virginia ▾

For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Bentonville, Arkansas | UpCounsel ✅

https://www.upcounsel.com › Copyright › Arkansas ▾

★★★★★ Rating: 5 · 5,193 reviews

For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Minneapolis, Minnesota | UpCounsel ✅

https://www.upcounsel.com › Copyright › Minnesota ▾

★★★★★ Rating: 5 · 5,189 reviews

For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Columbia, Missouri | UpCounsel ✅
https://www.upcounsel.com › Copyright › Missouri ▾
★★★★★ Rating: 5 - 5,206 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Abilene, Texas | UpCounsel ✅
https://www.upcounsel.com › Copyright › Texas ▾
★★★★★ Rating: 5 - 5,175 reviews
"Josh was very responsive and also clear and concise in answer my employment contracting questions.
I'd highly recommend Josh for any oth..." Get Proposal ›

### Top 5% of Copyright Lawyers in Goldsboro, North Carolina | UpCounsel ✅
https://www.upcounsel.com › Copyright › North Carolina ▾
★★★★★ Rating: 5 - 5,203 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Baltimore, Maryland | UpCounsel ✅
https://www.upcounsel.com › Copyright › Maryland ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Portland, Oregon | UpCounsel ✅
https://www.upcounsel.com › Copyright › Oregon ▾
★★★★★ Rating: 5 - 5,156 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Keller, Texas | UpCounsel ✅
https://www.upcounsel.com › Copyright › Texas ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Virginia Beach, Virginia | UpCounsel ✅
https://www.upcounsel.com › Copyright › Virginia ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Covington, Louisiana | UpCounsel ✅
https://www.upcounsel.com › Copyright › Louisiana ▾
★★★★★ Rating: 5 - 5,181 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Spartanburg, South Carolina ... ✅
https://www.upcounsel.com › Copyright › South Carolina ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Miami, Florida | UpCounsel ✅
https://www.upcounsel.com › Copyright › Florida ▾
★★★★★ Rating: 5 - 5,228 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Winter Haven, Florida | UpCounsel ✅
https://www.upcounsel.com › Copyright › Florida ▾
★★★★★ Rating: 5 - 5,235 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Jersey City, New Jersey | UpCounsel ✅
https://www.upcounsel.com › Copyright › New Jersey ▾
★★★★★ Rating: 5 - 5,217 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Lynchburg, Virginia | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Virginia ▾
★★★★★ Rating: 5 - 5,089 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Salt Lake City, Utah | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Utah ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Greenville, South Carolina | UpCounsel** ✅
https://www.upcounsel.com › Copyright › South Carolina ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Walnut Creek, California | UpCounsel** ✅
https://www.upcounsel.com › Copyright › California ▾
★★★★★ Rating: 5 - 5,207 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Naples, Florida | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Florida ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Nashville, Tennessee | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Tennessee ▾
Compare Nashville **Copyright** Attorneys & Lawyers for hire on UpCounsel and choose the **best** ... 5
repeat hires | 12 yrs experience | Licensed in CT, NJ | verified.

**Top 5% of Copyright Lawyers in Florence, South Carolina | UpCounsel** ✅
https://www.upcounsel.com › Copyright › South Carolina ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Kissimmee, Florida | UpCounsel** ✅
https://www.upcounsel.com › All Attorneys & Specialties › Copyright › Florida ▾
★★★★★ Rating: 5 - 4,902 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Richmond, Virginia | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Virginia ▾
★★★★★ Rating: 5 - 5,178 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Wichita, Kansas | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Kansas ▾
★★★★★ Rating: 5 - 5,169 reviews
"Steve is polite, punctual and informative. He took the time and care I needed in both understanding and
handling my legal matters." Get Proposal View Profile.

**Top 5% of Copyright Lawyers in Albany, New York | UpCounsel** ✅
https://www.upcounsel.com › Copyright › New York ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Salem, Oregon | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Oregon ▾
★★★★★ Rating: 5 - 5,216 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Fort Worth, Texas | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Texas ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Greeley, Colorado | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Colorado ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Little Rock, Arkansas | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Arkansas ▾
Compare Little Rock **Copyright** Attorneys & Lawyers for hire on UpCounsel and choose the ... 5 repeat hires | 12 yrs experience | Licensed in CT, NJ | verified.

**Top 5% of Copyright Lawyers in Traverse City, Michigan | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Michigan ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Bronx, New York | UpCounsel** ✅
https://www.upcounsel.com › Copyright › New York ▾
★★★★★ Rating: 5 - 5,189 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Roanoke, Virginia | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Virginia ▾
★★★★★ Rating: 5 - 5,086 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Manitowoc, Wisconsin | UpCounsel** ✅
https://www.upcounsel.com › All Attorneys & Specialties › Copyright › Wisconsin ▾
★★★★★ Rating: 5 - 5,036 reviews
Attorney Adam Pollock is the founder of Pollack Law Firm. His firm handles a variety of legal issues from business law to estate planning. Attorney Pollock is ...

**Top 5% of Copyright Lawyers in West Palm Beach, Florida | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Florida ▾
Compare West Palm Beach **Copyright** Attorneys & Lawyers for hire on UpCounsel and choose ... 5 repeat hires | 12 yrs experience | Licensed in CT, NJ | verified.

**Top 5% of Copyright Lawyers in Staten Island, New York | UpCounsel** ✅
https://www.upcounsel.com › Copyright › New York ▾
★★★★★ Rating: 5 - 5,219 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Honolulu, Hawaii | UpCounsel** ✅
https://www.upcounsel.com › All Attorneys & Specialties › Copyright › Hawaii ▾
★★★★★ Rating: 5 - 4,908 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Brooksville, Florida | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Florida ▾
★★★★★ Rating: 5 - 5,243 reviews
"Steve is polite, punctual and informative. He took the time and care I needed in both understanding and handling my legal matters." Get Proposal View Profile.

**Top 5% of Copyright Lawyers in Rochester, New York | UpCounsel** ✅
https://www.upcounsel.com › Copyright › New York ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in El Paso, Texas | UpCounsel** ✅
https://www.upcounsel.com › Copyright › Texas ▾
★★★★★ Rating: 5 - 5,154 reviews
"Steve is polite, punctual and informative. He took the time and care I needed in both understanding and handling my legal matters." Get Proposal View Profile.

**Top 5% of Copyright Lawyers in Chino Hills, California | UpCounsel** ✅
https://www.upcounsel.com › Copyright › California ▾
★★★★★ Rating: 5 - 5,241 reviews

He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Fort Mill, South Carolina | UpCounsel ✅
https://www.upcounsel.com › Copyright › South Carolina ▾
★★★★★ Rating: 5 - 5,119 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Danbury, Connecticut | UpCounsel ✅
https://www.upcounsel.com › Copyright › Connecticut ▾
★★★★★ Rating: 5 - 5,151 reviews
"Josh was very responsive and also clear and concise in answer my employment contracting questions.
I'd highly recommend Josh for any oth..." Get Proposal ...

### Top 5% of Copyright Lawyers in North Hollywood, California ... ✅
https://www.upcounsel.com › Copyright › California ▾
★★★★★ Rating: 5 - 5,099 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Waco, Texas | UpCounsel ✅
https://www.upcounsel.com › Copyright › Texas ▾
★★★★★ Rating: 5 - 5,187 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in North Las Vegas, Nevada | UpCounsel ✅
https://www.upcounsel.com › All Attorneys & Specialties › Copyright › Nevada ▾
★★★★★ Rating: 5 - 4,942 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Wilmington, North Carolina | UpCounsel ✅
https://www.upcounsel.com › Copyright › North Carolina ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Martinsburg, West Virginia | UpCounsel ✅
https://www.upcounsel.com › Copyright › West Virginia ▾
"Steve is polite, punctual and informative. He took the time and care I needed in both understanding and
handling my legal matters." Get Proposal View Profile ...

### Top 5% of Copyright Lawyers in Granbury, Texas | UpCounsel ✅
https://www.upcounsel.com › Copyright › Texas ▾
★★★★★ Rating: 5 - 5,177 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Saratoga Springs, New York ... ✅
https://www.upcounsel.com › Copyright › New York ▾
★★★★★ Rating: 5 - 5,170 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Palo Alto, California | UpCounsel ✅
https://www.upcounsel.com › Copyright › California ▾
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Providence, Rhode Island | UpCounsel ✅
https://www.upcounsel.com › Copyright › Rhode Island ▾
★★★★★ Rating: 5 - 4,985 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

### Top 5% of Copyright Lawyers in Naperville, Illinois | UpCounsel ✅
https://www.upcounsel.com › Copyright › Illinois ▾
★★★★★ Rating: 5 - 5,187 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

site:upcounsel.com "top 5% of Copyright" - Google Search

**Top 5% of Copyright Lawyers in Ambler, Pennsylvania | UpCounsel** 
https://www.upcounsel.com › Copyright › Pennsylvania ▼
★★★★★ Rating: 5 - 5,186 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Strongsville, Ohio | UpCounsel** ✓
https://www.upcounsel.com › Copyright › Ohio ▼
★★★★★ Rating: 5 - 5,189 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

**Top 5% of Copyright Lawyers in Tucson, Arizona | UpCounsel** ✓
https://www.upcounsel.com › Copyright › Arizona ▼
★★★★★ Rating: 5 - 5,437 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies.
He has a passion for helping small businesses in ...

Goooogle ›

1  2  3  4  Next

● Half Moon Bay, California - From your Internet address - **Use precise location** - Learn more

Help    Send feedback    Privacy    Terms

# EXHIBIT 29-B



site:"upcounsel.com" "top 5% of startup lawyers"

All    News    Maps    Images    Videos    More        Settings    Tools

About 22,500 results (0.78 seconds)

No results found for **site:"upcounsel.com" "top 5% of startup lawyers"**.

Results for **site:upcounsel.com top 5% of startup lawyers** (without quotes):

### Top 5% of Startup Lawyers in San Jose, California | UpCounsel
https://www.upcounsel.com › Startup › California ▾
★★★★★ Rating: 5 · 265 reviews
Compare San Jose **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in San Jose, CA.

### Top 5% of Startup Lawyers in San Francisco, California | UpCounsel
https://www.upcounsel.com › Startup › California ▾
★★★★★ Rating: 5 · 549 reviews
Compare San Francisco **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best startup attorney** for your business legal needs in San Francisco ...

### Top 5% of Startup Lawyers in Irvine, California | UpCounsel
https://www.upcounsel.com › Startup › California ▾
★★★★★ Rating: 5 · 4,811 reviews
Compare Irvine **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Irvine, CA.

### Top 5% of Startup Lawyers in Los Angeles, California | UpCounsel
https://www.upcounsel.com › Startup › California ▾
★★★★★ Rating: 5 · 836 reviews
Compare Los Angeles **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Los Angeles, CA.

### Top 5% of Startup Lawyers in San Diego, California | UpCounsel
https://www.upcounsel.com › Startup › California ▾
★★★★★ Rating: 4.9 · 386 reviews
Compare San Diego **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in San Diego, CA.

### Top 5% of Startup Lawyers in Fresno, California | UpCounsel
https://www.upcounsel.com › Startup › California ▾
★★★★★ Rating: 5 · 4,811 reviews
Compare Fresno **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Fresno, CA.

### Top 5% of Startup Lawyers in New Orleans, Louisiana | UpCounsel
https://www.upcounsel.com › Startup › Louisiana ▾
Compare New Orleans **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in New Orleans, ...

### Top 5% of Startup Lawyers in Rochester, New York | UpCounsel
https://www.upcounsel.com › Startup › New York ▾
Compare Rochester **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Rochester, NY.

### Top 5% of Startup Lawyers in Albuquerque, New Mexico | UpCounsel
https://www.upcounsel.com › Startup › New Mexico ▾
★★★★★ Rating: 5 · 1,791 reviews
Compare Albuquerque **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Albuquerque, ...

### Top 5% of Startup Lawyers in Jacksonville, Florida | UpCounsel
https://www.upcounsel.com › Startup › Florida ▾
★★★★★ Rating: 4.9 · 149 reviews
Compare Jacksonville **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Jacksonville, FL.

**Top 5 of Startup Lawyers in Spokane, Washington | UpCounsel**
https://www.upcounsel.com › Startup › Washington ▼
★★★★★ Rating: 5 - 4,734 reviews
Compare Spokane **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Spokane, WA.

**Top 5 of Startup Lawyers in Orlando, Florida | UpCounsel**
https://www.upcounsel.com › Startup › Florida ▼
★★★★★ Rating: 5 - 4,808 reviews
Compare Orlando **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Orlando, FL.

**Top 5 of Startup Lawyers in Arlington, Virginia | UpCounsel**
https://www.upcounsel.com › Startup › Virginia ▼
★★★★★ Rating: 5 - 4,806 reviews
Compare Arlington **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Arlington, VA.

**Top 5 of Startup Lawyers in Tucson, Arizona | UpCounsel**
https://www.upcounsel.com › Startup › Arizona ▼
★★★★★ Rating: 5 - 4,797 reviews
Compare Tucson **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Tucson, AZ.

**Top 5 of Startup Lawyers in Boise, Idaho | UpCounsel**
https://www.upcounsel.com › Startup › Idaho ▼
★★★★★ Rating: 5 - 4,788 reviews
Compare Boise **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney**
for your business legal needs in Boise, ID.

**Top 5 of Startup Lawyers in Honolulu, Hawaii | UpCounsel**
https://www.upcounsel.com › Startup › Hawaii ▼
★★★★★ Rating: 5 - 4,789 reviews
Compare Honolulu **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Honolulu, HI.

**Top 5 of Startup Lawyers in Bakersfield, California | UpCounsel**
https://www.upcounsel.com › Startup › California ▼
★★★★★ Rating: 5 - 4,790 reviews
Compare Bakersfield **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Bakersfield, CA.

**Top 5 of Startup Lawyers in Detroit, Michigan | UpCounsel**
https://www.upcounsel.com › Startup › Michigan ▼
★★★★★ Rating: 5 - 4,913 reviews
Compare Detroit **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Detroit, MI.

**Top 5 of Startup Lawyers in Indianapolis, Indiana | UpCounsel**
https://www.upcounsel.com › Startup › Indiana ▼
★★★★★ Rating: 5 - 4,794 reviews
Compare Indianapolis **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Indianapolis, IN.

**Top 5 of Startup Lawyers in Essex, Maryland | UpCounsel**
https://www.upcounsel.com › Startup › Maryland ▼
★★★★★ Rating: 5 - 4,667 reviews
Compare Essex **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney**
for your business legal needs in Essex, MD.

**Top 5 of Startup Lawyers in Hartford, Connecticut | UpCounsel**
https://www.upcounsel.com › Startup › Connecticut ▼
★★★★★ Rating: 5 - 4,789 reviews
Compare Hartford **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Hartford, CT.

**Top 5 of Startup Lawyers in Portland, Oregon | UpCounsel**
https://www.upcounsel.com › Startup › Oregon ▼
★★★★★ Rating: 5 - 4,797 reviews
Compare Portland **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Portland, OR.

**Top 5 of Startup Lawyers in Raleigh, North Carolina | UpCounsel**

https://www.upcounsel.com › Startup › North Carolina ▼
Compare Raleigh **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Raleigh, NC.

### Top 5% of Startup Lawyers in Worcester, Massachusetts | UpCounsel
https://www.upcounsel.com › Startup › Massachusetts ▼
Compare Worcester **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Worcester, MA.

### Top 5% of Startup Lawyers in Nashville, Tennessee | UpCounsel
https://www.upcounsel.com › Startup › Tennessee ▼
★★★★★ Rating: 5 · 4,818 reviews
Compare Nashville **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Nashville, TN.

### Top 5% of Startup Lawyers in San Antonio, Texas | UpCounsel
https://www.upcounsel.com › Startup › Texas ▼
★★★★★ Rating: 5 · 11 reviews
Compare San Antonio **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in San Antonio, TX.

### Top 5% of Startup Lawyers in Grand Rapids, Michigan | UpCounsel
https://www.upcounsel.com › Startup › Michigan ▼
★★★★★ Rating: 5 · 4,737 reviews
Compare Grand Rapids **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Grand Rapids, ...

### Top 5% of Startup Lawyers in Madison, Wisconsin | UpCounsel
https://www.upcounsel.com › Startup › Wisconsin ▼
★★★★★ Rating: 5 · 4,740 reviews
Compare Madison **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Madison, WI.

### Top 5% of Startup Lawyers in Draper, Utah | UpCounsel
https://www.upcounsel.com › Startup › Utah ▼
Compare Draper **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Draper, UT.

### Top 5% of Startup Lawyers in Wilmington, North Carolina | UpCounsel
https://www.upcounsel.com › Startup › North Carolina ▼
★★★★★ Rating: 5 · 4,803 reviews
Compare Wilmington **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Wilmington, NC.

### Top 5% of Startup Lawyers in Scottsdale, Arizona | UpCounsel
https://www.upcounsel.com › Startup › Arizona ▼
★★★★★ Rating: 5 · 17 reviews
Compare Scottsdale **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Scottsdale, AZ.

### Top 5% of Startup Lawyers in Buffalo, New York | UpCounsel
https://www.upcounsel.com › Startup › New York ▼
★★★★★ Rating: 5 · 1,062 reviews
Compare Buffalo **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Buffalo, NY.

### Top 5% of Startup Lawyers in Schaumburg, Illinois | UpCounsel
https://www.upcounsel.com › Startup › Illinois ▼
★★★★★ Rating: 5 · 4,810 reviews
Compare Schaumburg **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Schaumburg, IL.

### Top 5% of Startup Lawyers in Savannah, Georgia | UpCounsel
https://www.upcounsel.com › Startup › Georgia ▼
★★★★★ Rating: 5 · 4,705 reviews
Compare Savannah **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Savannah, GA.

### Top 5% of Startup Lawyers in Salt Lake City, Utah | UpCounsel
https://www.upcounsel.com › Startup › Utah ▼
★★★★★ Rating: 5 · 4,788 reviews

Compare Salt Lake City **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best**
**attorney** for your business legal needs in Salt Lake City, ...

### Top 5% of Startup Lawyers in Westbury, New York | UpCounsel
https://www.upcounsel.com › Startup › New York ▼
★★★★★ Rating: 5 - 4,833 reviews
Compare Westbury **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Westbury, NY.

### Top 5% of Startup Lawyers in Plano, Texas | UpCounsel
https://www.upcounsel.com › Startup › Texas ▼
★★★★★ Rating: 5 - 4,796 reviews
Compare Plano **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney**
for your business legal needs in Plano, TX.

### Top 5% of Startup Lawyers in New York, New York | UpCounsel
https://www.upcounsel.com › Startup › New York ▼
★★★★★ Rating: 5 - 1,979 reviews
Compare New York City **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best**
securities **attorney** for your business legal needs in New York, ...

### Top 5% of Startup Lawyers in Temecula, California | UpCounsel
https://www.upcounsel.com › Startup › California ▼
★★★★★ Rating: 5 - 4,814 reviews
Compare Temecula **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Temecula, CA.

### Top 5% of Startup Lawyers in Brooklyn, New York | UpCounsel
https://www.upcounsel.com › Startup › New York ▼
★★★★★ Rating: 5 - 4,807 reviews
Compare Brooklyn **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Brooklyn, NY.

### Top 5% of Startup Lawyers in Tulsa, Oklahoma | UpCounsel
https://www.upcounsel.com › Startup › Oklahoma ▼
★★★★★ Rating: 5 - 4,856 reviews
Compare Tulsa **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney**
for your business legal needs in Tulsa, OK.

### Top 5% of Startup Lawyers in San Ramon, California | UpCounsel
https://www.upcounsel.com › Startup › California ▼
★★★★★ Rating: 5 - 4,815 reviews
Compare San Ramon **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in San Ramon, CA.

### Top 5% of Startup Lawyers in Bethesda, Maryland | UpCounsel
https://www.upcounsel.com › Startup › Maryland ▼
★★★★★ Rating: 5 - 4,797 reviews
Compare Bethesda **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Bethesda, MD.

### Top 5% of Startup Lawyers in Tampa, Florida | UpCounsel
https://www.upcounsel.com › Startup › Florida ▼
★★★★★ Rating: 5 - 4,807 reviews
Compare Tampa **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Tampa, FL.

### Top 5% of Startup Lawyers in Wilmington, Delaware | UpCounsel
https://www.upcounsel.com › Startup › Delaware ▼
★★★★★ Rating: 5 - 33 reviews
Compare Wilmington **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Wilmington, DE.

### Top 5% of Startup Lawyers in Trenton, New Jersey | UpCounsel
https://www.upcounsel.com › Startup › New Jersey ▼
★★★★★ Rating: 5 - 4,742 reviews
Compare Trenton **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Trenton, NJ.

### Top 5% of Startup Lawyers in Mobile, Alabama | UpCounsel
https://www.upcounsel.com › Startup › Alabama ▼
★★★★★ Rating: 5 - 4,807 reviews

Compare Mobile **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** **tartup**
**attorney** for your business legal needs in Mobile, AL.

### Top 5% of Startup Lawyers in Monroe, Louisiana | UpCounsel
https://www.upcounsel.com › Startup › Louisiana ▼
★★★★★ Rating: 5 - 4,951 reviews
Compare Monroe **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** **tartup**
**attorney** for your business legal needs in Monroe, LA.

### Top 5% of Startup Lawyers in Phoenix, Arizona | UpCounsel
https://www.upcounsel.com › Startup › Arizona ▼
★★★★★ Rating: 5 - 4,788 reviews
Compare Phoenix **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** **tartup**
**attorney** for your business legal needs in Phoenix, AZ.

### Top 5% of Startup Lawyers in Charlotte, North Carolina | UpCounsel
https://www.upcounsel.com › Startup › North Carolina ▼
★★★★★ Rating: 5 - 18 reviews
Compare Charlotte **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** **tartup**
**attorney** for your business legal needs in Charlotte, NC.

### Top 5% of Startup Lawyers in Reno, Nevada | UpCounsel
https://www.upcounsel.com › Startup › Nevada ▼
★★★★★ Rating: 5 - 4,828 reviews
Compare Reno **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** **tartup** **attorney**
for your business legal needs in Reno, NV.

### Top 5% of Startup Lawyers in Berlin, Maryland | UpCounsel
https://www.upcounsel.com › Startup › Maryland ▼
★★★★★ Rating: 5 - 4,797 reviews
Compare Berlin **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** **tartup** **attorney**
for your business legal needs in Berlin, MD.

### Top 5% of Startup Lawyers in Cumming, Georgia | UpCounsel
https://www.upcounsel.com › Startup › Georgia ▼
★★★★★ Rating: 5 - 4,706 reviews
Compare Cumming **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** **tartup**
**attorney** for your business legal needs in Cumming, GA.

### Top 5% of Startup Lawyers in Kenosha, Wisconsin | UpCounsel
https://www.upcounsel.com › Startup › Wisconsin ▼
★★★★★ Rating: 5 - 4,821 reviews
Compare Kenosha **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** **tartup**
**attorney** for your business legal needs in Kenosha, WI.

### Top 5% of Startup Lawyers in Springdale, Arkansas | UpCounsel
https://www.upcounsel.com › Startup › Arkansas ▼
★★★★★ Rating: 5 - 4,790 reviews
Compare Springdale **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** **tartup**
**attorney** for your business legal needs in Springdale, AR.

### Top 5% of Startup Lawyers in Fort Lauderdale, Florida | UpCounsel
https://www.upcounsel.com › Startup › Florida ▼
★★★★★ Rating: 5 - 159 reviews
Compare Fort Lauderdale **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best**
**tartup** **attorney** for your business legal needs in Fort ...

### Top 5% of Startup Lawyers in Syracuse, New York | UpCounsel
https://www.upcounsel.com › Startup › New York ▼
★★★★★ Rating: 5 - 947 reviews
Compare Syracuse **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** **tartup**
**attorney** for your business legal needs in Syracuse, NY.

### Top 5% of Startup Lawyers in Provo, Utah | UpCounsel
https://www.upcounsel.com › Startup › Utah ▼
★★★★★ Rating: 5 - 4,791 reviews
Compare Provo **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** **tartup** **attorney**
for your business legal needs in Provo, UT.

### Top 5% of Startup Lawyers in Frederick, Maryland | UpCounsel
https://www.upcounsel.com › Startup › Maryland ▼
★★★★★ Rating: 5 - 4,846 reviews

Compare Frederick **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Frederick, MD.

### Top 5% of Startup Lawyers in Providence, Rhode Island | UpCounsel
https://www.upcounsel.com › Startup › Rhode Island ▾
★★★★★ Rating: 5 - 4,907 reviews
Compare Providence **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Providence, RI.

### Top 5% of Startup Lawyers in Fort Myers, Florida | UpCounsel
https://www.upcounsel.com › Startup › Florida ▾
★★★★★ Rating: 5 - 4,807 reviews
Compare Fort Myers **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Fort Myers, FL.

### Top 5% of Startup Lawyers in Cambridge, Massachusetts | UpCounsel
https://www.upcounsel.com › Startup › Massachusetts ▾
Compare Cambridge **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Cambridge, MA.

### Top 5% of Startup Lawyers in Logan, Utah | UpCounsel
https://www.upcounsel.com › Startup › Utah ▾
★★★★★ Rating: 5 - 4,701 reviews
Compare Logan **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Logan, UT.

### Top 5% of Startup Lawyers in Champaign, Illinois | UpCounsel
https://www.upcounsel.com › Startup › Illinois ▾
Compare Champaign **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Champaign, IL.

### Top 5% of Startup Lawyers in Delaware City, Delaware | UpCounsel
https://www.upcounsel.com › Startup › Delaware ▾
★★★★★ Rating: 5 - 4,907 reviews
Compare Delaware City **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Delaware City, …

### Top 5% of Startup Lawyers in Berkeley, California | UpCounsel
https://www.upcounsel.com › Startup › California ▾
★★★★★ Rating: 5 - 4,857 reviews
Compare Berkeley **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Berkeley, CA.

### Top 5% of Startup Lawyers in Lafayette, Indiana | UpCounsel
https://www.upcounsel.com › Startup › Indiana ▾
★★★★★ Rating: 5 - 4,807 reviews
Compare Lafayette **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Lafayette, IN.

### Top 5% of Startup Lawyers in West Lafayette, Indiana | UpCounsel
https://www.upcounsel.com › Startup › Indiana ▾
★★★★★ Rating: 5 - 4,739 reviews
Compare West Lafayette **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in West Lafayette …

### Top 5% of Startup Lawyers in Racine, Wisconsin | UpCounsel
https://www.upcounsel.com › Startup › Wisconsin ▾
★★★★★ Rating: 5 - 4,917 reviews
Compare Racine **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Racine, WI.

### Top 5% of Startup Lawyers in Denver, Colorado | UpCounsel
https://www.upcounsel.com › Startup › Colorado ▾
★★★★★ Rating: 5 - 4,923 reviews
Compare Denver **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Denver, CO.

### Top 5% of Startup Lawyers in Sacramento, California | UpCounsel
https://www.upcounsel.com › Startup › California ▾
★★★★★ Rating: 5 - 12 reviews
Apr 27, 2016 - Compare Sacramento **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in …

**Top 5% of Startup Lawyers in Hagerstown, Maryland | UpCounsel**
https://www.upcounsel.com › Startup › Maryland ▾
★★★★★ Rating: 5 · 4,851 reviews
Compare Hagerstown **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Hagerstown, MD.

**Top 5% of Startup Lawyers in Oakland, California | UpCounsel**
https://www.upcounsel.com › Startup › California ▾
★★★★★ Rating: 5 · 4,897 reviews
Compare Oakland **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Oakland, CA.

**Top 5% of Startup Lawyers in Longmont, Colorado | UpCounsel**
https://www.upcounsel.com › Startup › Colorado ▾
★★★★★ Rating: 5 · 4,723 reviews
Compare Longmont **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Longmont, CO.

**Top 5% of Startup Lawyers in Milwaukee, Wisconsin | UpCounsel**
https://www.upcounsel.com › Startup › Wisconsin ▾
★★★★★ Rating: 5 · 4,817 reviews
Compare Milwaukee **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Milwaukee, WI.

**Top 5% of Startup Lawyers in Lawrenceville, Georgia | UpCounsel**
https://www.upcounsel.com › Startup › Georgia ▾
★★★★★ Rating: 5 · 4,723 reviews
Compare Lawrenceville **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Lawrenceville, ...

**Top 5% of Startup Lawyers in Bloomington, Indiana | UpCounsel**
https://www.upcounsel.com › All Attorneys & Specialties › Startup › Indiana ▾
★★★★★ Rating: 5 · 4,533 reviews
Compare Bloomington **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Bloomington, IN.

**Top 5% of Startup Lawyers in Chattanooga, Tennessee | UpCounsel**
https://www.upcounsel.com › Startup › Tennessee ▾
Compare Chattanooga **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Chattanooga, ...

**Top 5% of Startup Lawyers in Bellevue, Washington | UpCounsel**
https://www.upcounsel.com › Startup › Washington ▾
★★★★★ Rating: 5 · 4,816 reviews
Compare Bellevue **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Bellevue, WA.

**Top 5% of Startup Lawyers in El Paso, Texas | UpCounsel**
https://www.upcounsel.com › Startup › Texas ▾
★★★★★ Rating: 5 · 243 reviews
Compare El Paso **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in El Paso, TX.

**Top 5% of Startup Lawyers in Duluth, Minnesota | UpCounsel**
https://www.upcounsel.com › Startup › Minnesota ▾
★★★★★ Rating: 5 · 4,792 reviews
Compare Duluth **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Duluth, MN.

**Top 5% of Startup Lawyers in Arlington, Texas | UpCounsel**
https://www.upcounsel.com › Startup › Texas ▾
★★★★★ Rating: 5 · 4,812 reviews
Compare Arlington **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Arlington, TX.

**Top 5% of Startup Lawyers in Glendale, Arizona | UpCounsel**
https://www.upcounsel.com › All Attorneys & Specialties › Startup › Arizona ▾
★★★★★ Rating: 5 · 4,523 reviews
Compare Glendale **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Glendale, AZ.

**Top 5% of Startup Lawyers in Yuma, Arizona | UpCounsel**

8/30/2018
site:"upcounsel.com" "top 5% of startup lawyers" - Google Search
Case 4:18-cv-02573-YGR Document 45-1 Filed 09/11/18 Page 224 of 706

https://www.upcounsel.com › Startup › Arizona ▾
★★★★★ Rating: 5 - 4,862 reviews
Compare Yuma **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Yuma, AZ.

**Top 5% of Startup Lawyers in Burlington, Vermont | UpCounsel**
https://www.upcounsel.com › Startup › Vermont ▾
★★★★★ Rating: 5 - 4,786 reviews
Compare Burlington **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Burlington, VT.

**Top 5% of Startup Lawyers in Iowa City, Iowa | UpCounsel**
https://www.upcounsel.com › Startup › Iowa ▾
★★★★★ Rating: 5 - 4,716 reviews
Compare Iowa City **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Iowa City, IA.

**Top 5% of Startup Lawyers in Alexandria, Virginia | UpCounsel**
https://www.upcounsel.com › Startup › Virginia ▾
★★★★★ Rating: 5 - 4,906 reviews
Compare Alexandria **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Alexandria, VA.

**Top 5% of Startup Lawyers in Avon, Ohio | UpCounsel**
https://www.upcounsel.com › All Attorneys & Specialties › Startup › Ohio ▾
★★★★★ Rating: 5 - 4,611 reviews
Compare Avon **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Avon, OH.

**Top 5% of Startup Lawyers in Fairfax, Virginia | UpCounsel**
https://www.upcounsel.com › Startup › Virginia ▾
★★★★★ Rating: 5 - 4,786 reviews
Compare Fairfax **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Fairfax, VA.

**Top 5% of Startup Lawyers in Pleasant Grove, Utah | UpCounsel**
https://www.upcounsel.com › Startup › Utah ▾
★★★★★ Rating: 5 - 4,748 reviews
Compare Pleasant Grove **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Pleasant ...

**Top 5% of Startup Lawyers in Bremerton, Washington | UpCounsel**
https://www.upcounsel.com › Startup › Washington ▾
★★★★★ Rating: 5 - 4,615 reviews
Compare Bremerton **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Bremerton, WA.

**Top 5% of Startup Lawyers in Palmer, Alaska | UpCounsel**
https://www.upcounsel.com › Startup › Alaska ▾
★★★★★ Rating: 5 - 4,741 reviews
Compare Palmer **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Palmer, AK.

**Top 5% of Startup Lawyers in Springfield, Missouri | UpCounsel**
https://www.upcounsel.com › Startup › Missouri ▾
★★★★★ Rating: 5 - 220 reviews
Compare Springfield **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Springfield, MO.

**Top 5% of Startup Lawyers in Louisville, Kentucky | UpCounsel**
https://www.upcounsel.com › Startup › Kentucky ▾
★★★★★ Rating: 5 - 4,800 reviews
Compare Louisville **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Louisville, KY.

**Top 5% of Startup Lawyers in Saint Louis, Missouri | UpCounsel**
https://www.upcounsel.com › Startup › Missouri ▾
★★★★★ Rating: 5 - 4,800 reviews
Compare Saint Louis **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup **attorney** for your business legal needs in Saint Louis, MO.

**Top 5% of Startup Lawyers in Omaha, Nebraska | UpCounsel**
https://www.upcounsel.com › Startup › Nebraska ▾
★★★★★ Rating: 5 - 2,269 reviews

Compare Omaha **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Omaha, NE.

### Top 5% of Startup Lawyers in Stillwater, Oklahoma | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Startup › Oklahoma ▾
★★★★★ Rating: 5 - 4,538 reviews
Compare Stillwater **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Stillwater, OK.

### Top 5% of Startup Lawyers in Boulder, Colorado | UpCounsel
https://www.upcounsel.com › Startup › Colorado ▾
★★★★★ Rating: 5 - 4,806 reviews
Compare Boulder **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Boulder, CO.

### Top 5% of Startup Lawyers in Norwalk, Connecticut | UpCounsel
https://www.upcounsel.com › Startup › Connecticut ▾
Compare Norwalk **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Norwalk, CT.

### Top 5% of Startup Lawyers in Ann Arbor, Michigan | UpCounsel
https://www.upcounsel.com › Startup › Michigan ▾
★★★★★ Rating: 5 - 4,717 reviews
Compare Ann Arbor **Startup Attorneys** & **Lawyers** for hire on UpCounsel and choose the **best** tartup
**attorney** for your business legal needs in Ann Arbor, MI.

Searches related to site:upcounsel.com top 5% of startup lawyers

startup **attorney**                        **attorney marketplace**

startup **attorney san francisco**          startup **lawyer los angeles**

startup **lawyer bay area**                 startup lawyers **in sf**

**best** startup lawyers **in silicon valley**  **online lawyer platform**



Goooogle  ›

1   2   3   4       Next

● Shoreline West, Mountain View, CA - Reported by this computer - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

# EXHIBIT 30



site:upcounsel.com "top 5%" - Google Search

site:upcounsel.com "top 5%"

All    Videos    Images    News    Shopping    More              Settings    Tools

About 51,700 results (0.29 seconds)

**Top 5% of Immigration Lawyers in San Francisco, California ...**
https://www.upcounsel.com › Immigration › California ▾
★★★★★ Rating: 5 · 90 reviews
Compare San Francisco Immigration Attorneys & Lawyers for hire on UpCounsel and choose the best
immigration attorney for your work visa needs in San ...

**Top 5% of Immigration Lawyers in Dallas, Texas | UpCounsel**
https://www.upcounsel.com › Immigration › Texas ▾
★★★★★ Rating: 5 · 1,067 reviews
Compare Dallas Immigration Attorneys & Lawyers for hire on UpCounsel and choose the best
immigration attorney for your work visa needs in Dallas, TX.

**Top 5% of Immigration Lawyers in East Providence, RI | UpCounsel**
https://www.upcounsel.com › Immigration › Rhode Island ▾
★★★★★ Rating: 5 · 1,066 reviews
Compare East Providence Immigration Attorneys & Lawyers for hire on UpCounsel and choose the best
immigration attorney for your work visa needs in East ...

**Top 5% of Patent Lawyers in San Francisco, California | UpCounsel**
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 · 148 reviews
Compare San Francisco Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent
attorney for your unique patent needs in San Francisco, ...

**Top 5% of Business Lawyers in Phoenix, Arizona | UpCounsel**
https://www.upcounsel.com › Business › Arizona ▾
Compare Phoenix Business Attorneys & Lawyers for hire on UpCounsel and choose the best business
attorney for your business legal needs in Phoenix, AZ.

**Top 5% of Securities Lawyers in Sterling, Virginia | UpCounsel**
https://www.upcounsel.com › Securities › Virginia ▾
★★★★★ Rating: 5 · 3,890 reviews
Compare Sterling Securities Attorneys & Lawyers for hire on UpCounsel and choose the best securities
attorney for your business legal needs in Sterling, VA.

**Top 5% of Business Lawyers in Chicago, Illinois | UpCounsel**
https://www.upcounsel.com › Business › Illinois ▾
★★★★★ Rating: 5 · 4,828 reviews
Compare Chicago Business Attorneys & Lawyers for hire on UpCounsel and choose the best business
attorney for your business legal needs in Chicago, IL.

**Top 5% of Employment Lawyers in San Diego, California | UpCounsel**
https://www.upcounsel.com › Employment › California ▾
★★★★★ Rating: 5 · 4,713 reviews
Compare San Diego Employment Attorneys & Lawyers for hire on UpCounsel and choose the best
employment attorney for your business legal needs in San ...

**Top 5% of Securities Lawyers in Anchorage, Alaska | UpCounsel**
https://www.upcounsel.com › Securities › Alaska ▾
★★★★★ Rating: 5 · 3,906 reviews
Compare Anchorage Securities Attorneys & Lawyers for hire on UpCounsel and choose the best
securities attorney for your business legal needs in Anchorage, ...

**Top 5% of Startup Lawyers in Schenectady, New York | UpCounsel**
https://www.upcounsel.com › Startup › New York ▾
★★★★★ Rating: 5 · 4,744 reviews
Compare Schenectady Startup Attorneys & Lawyers for hire on UpCounsel and choose the best tartup
attorney for your business legal needs in Schenectady, ...

Searches related to site:upcounsel.com "top 5%"

**attorney marketplace**

**upcounsel**

**on demand legal services**



1 2 3 4 5 6 7 8 9 10    Next

⬤ Shoreline West, Mountain View, CA - Reported by this computer - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

site:upcounsel.com "top 5%" - Google Search

Google    site:upcounsel.com "top 5%"    🎤  🔍

All    Videos    Images    News    Shopping    More    Settings    Tools

Page 2 of about 51,700 results (0.26 seconds)

**Top 5% of Securities Lawyers in Latonia, Kentucky | UpCounsel**
https://www.upcounsel.com › Securities › Kentucky ▾
★★★★★ Rating: 5 - 3,884 reviews
Compare Latonia Securities Attorneys & Lawyers for hire on UpCounsel and choose the best securities attorney for your business legal needs in Latonia, KY.

**Top 5% of Employment Lawyers in Portland, Oregon | UpCounsel**
https://www.upcounsel.com › Employment › Oregon ▾
★★★★★ Rating: 5 - 4,713 reviews
Compare Portland Employment Attorneys & Lawyers for hire on UpCounsel and choose the best employment attorney for your business legal needs in Portland, ...

**Top 5% of Internet Lawyers in Austin, Texas | UpCounsel**
https://www.upcounsel.com › Internet › Texas ▾
★★★★★ Rating: 5 - 5,463 reviews
Compare Austin Internet Attorneys & Lawyers for hire on UpCounsel and choose the best internet attorney for your business legal needs in Austin, TX.

**Top 5% of Securities Lawyers in Nashville, Tennessee | UpCounsel**
https://www.upcounsel.com › Securities › Tennessee ▾
★★★★★ Rating: 5 - 3,875 reviews
Compare Nashville Securities Attorneys & Lawyers for hire on UpCounsel and choose the best securities attorney for your business legal needs in Nashville, ...

**Top 5% of Business Lawyers in Livingston, Texas | UpCounsel**
https://www.upcounsel.com › Business › Texas ▾
Compare Livingston Business Attorneys & Lawyers for hire on UpCounsel and choose the best business attorney for your business legal needs in Livingston, ...

**Top 5% of Real Estate Lawyers in Anchorage, Alaska | UpCounsel**
https://www.upcounsel.com › Real Estate › Alaska ▾
Compare Anchorage Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real estate attorney for your business legal needs in ...

**Top 5% of Contract Lawyers in Somerville, Massachusetts | UpCounsel**
https://www.upcounsel.com › Contract › Massachusetts ▾
★★★★★ Rating: 5 - 5,469 reviews
Compare Somerville Contract Attorneys & Lawyers for hire on UpCounsel and choose the best contract attorney for your business legal needs in Somerville, MA.

**Top 5% of Employment Lawyers in Boaz, Alabama | UpCounsel**
https://www.upcounsel.com › Employment › Alabama ▾
Compare Boaz Employment Attorneys & Lawyers for hire on UpCounsel and choose the best employment attorney for your business legal needs in Boaz, AL.

**Top 5% of Real Estate Lawyers in Phoenix, Arizona | UpCounsel**
https://www.upcounsel.com › Real Estate › Arizona ▾
★★★★★ Rating: 5 - 4,122 reviews
Compare Phoenix Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real estate attorney for your business legal needs in Phoenix, ...

**Top 5% of Securities Lawyers in Indianapolis, Indiana | UpCounsel**
https://www.upcounsel.com › Securities › Indiana ▾
★★★★★ Rating: 5 - 3,932 reviews
Compare Indianapolis Securities Attorneys & Lawyers for hire on UpCounsel and choose the best securities attorney for your business legal needs in ...

Searches related to site:upcounsel.com "top 5%"

attorney marketplace

upcounsel

on demand legal services



‹ Previous   1 **2** 3 4 5 6 7 8 9 10   Next ›

● Shoreline West, Mountain View, CA - Reported by this computer - **Use precise location** · Learn more

Help    Send feedback    Privacy    Terms

Case 4:18-cv-02573-YGR    Document 45-1    Filed 09/11/18    Page 231 of 706

**Google**    site:upcounsel.com "top 5%"

All    Videos    Images    News    Shopping    More      Settings    Tools

Page 3 of about 51,700 results (0.23 seconds)

**Top 5 of Business Lawyers in Jacksonville, Florida | UpCounsel**
https://www.upcounsel.com › Business › Florida ▼
★★★★★ Rating: 5 · 4,828 reviews
Compare Jacksonville Business Attorneys & Lawyers for hire on UpCounsel and choose the best
business attorney for your business legal needs in ...

**Top 5% of Internet Lawyers in Schenectady, New York | UpCounsel**
https://www.upcounsel.com › Internet › New York ▼
★★★★★ Rating: 5 · 5,352 reviews
Compare Schenectady Internet Attorneys & Lawyers for hire on UpCounsel and choose the best internet
attorney for your business legal needs in Schenectady, ...

**Top 5% of Patent Lawyers in Bronx, New York | UpCounsel**
https://www.upcounsel.com › Patent › New York ▼
★★★★★ Rating: 5 · 1,682 reviews
Compare Bronx Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney
for your business legal needs in Bronx, NY.

**Top 5% of Trademark Lawyers in San Jose, California | UpCounsel**
https://www.upcounsel.com › Trademark › California ▼
★★★★★ Rating: 5 · 424 reviews
Compare San Jose Trademark Attorneys & Lawyers for hire on UpCounsel and choose the best
trademark attorney for your unique trademark needs in San ...

**Top 5% of Real Estate Lawyers in Colorado Springs, CO | UpCounsel**
https://www.upcounsel.com › Real Estate › Colorado ▼
★★★★★ Rating: 5 · 149 reviews
Compare Colorado Springs Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best
real estate attorney for your business legal needs in ...

**Top 5% of Business Lawyers in San Francisco, California | UpCounsel**
https://www.upcounsel.com › Business › California ▼
★★★★★ Rating: 5 · 550 reviews
Compare San Francisco Business Attorneys & Lawyers for hire on UpCounsel and choose the best
business attorney for your business legal needs in San ...

**Top 5% of Franchise Lawyers in Brooklyn, New York | UpCounsel**
https://www.upcounsel.com › Franchise › New York ▼
★★★★★ Rating: 5 · 4,786 reviews
Compare Brooklyn Franchise Attorneys & Lawyers for hire on UpCounsel and choose the best franchise
attorney for your business legal needs in Brooklyn, NY.

**Top 5% of Intellectual Property Lawyers in Minneapolis, MN | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Minnesota ▼
★★★★★ Rating: 5 · 5,229 reviews
Compare Minneapolis Intellectual Property Attorneys & Lawyers for hire on UpCounsel and choose the
best IP attorney for your unique IP needs in Minneapolis, ...

**Top 5% of Immigration Lawyers in Portland, Oregon | UpCounsel**
https://www.upcounsel.com › Immigration › Oregon ▼
★★★★★ Rating: 5 · 1,063 reviews
Compare Portland Immigration Attorneys & Lawyers for hire on UpCounsel and choose the best
immigration attorney for your work visa needs in Portland, OR.

**Top 5% of Immigration Lawyers in Fresno, California | UpCounsel**
https://www.upcounsel.com › Immigration › California ▼
★★★★★ Rating: 5 · 1,065 reviews
Compare Fresno Immigration Attorneys & Lawyers for hire on UpCounsel and choose the best
immigration attorney for your work visa needs in Fresno, CA.

Searches related to site:upcounsel.com "top 5%"

site:upcounsel.com "top 5%" - Google Search

**attorney marketplace**

**upcounsel**

**on demand legal services**



‹   ‹  Previous    1  2  **3**  4  5  6  7  8  9  10    Next  ›

⬤ Shoreline West, Mountain View, CA - Reported by this computer - **Use precise location** - Learn more

Help      Send feedback      Privacy      Terms

Google    site:upcounsel.com "top 5%"

All    Videos    Images    News    Shopping    More        Settings    Tools

Page 4 of about 51,700 results (0.26 seconds)

### Top 5% of Trademark Lawyers in Bronx, New York | UpCounsel
https://www.upcounsel.com › Trademark › New York ▾
Compare Bronx Trademark Attorneys & Lawyers for hire on UpCounsel and choose the best trademark attorney for your unique trademark needs in Bronx, NY.

### Top 5% of Employment Lawyers in Denver, Colorado | UpCounsel
https://www.upcounsel.com › Employment › Colorado ▾
Compare Denver Employment Attorneys & Lawyers for hire on UpCounsel and choose the best employment attorney for your business legal needs in Denver, ...

### Top 5% of Business Lawyers in Portland, Oregon | UpCounsel
https://www.upcounsel.com › Business › Oregon ▾
Compare Portland Business Attorneys & Lawyers for hire on UpCounsel and choose the best business attorney for your business legal needs in Portland, OR.

### Top 5% of Business Lawyers in Cleveland, Ohio | UpCounsel
https://www.upcounsel.com › Business › Ohio ▾
★★★★★ Rating: 5 · 4,825 reviews
Compare Cleveland Business Attorneys & Lawyers for hire on UpCounsel and choose the best business attorney for your business legal needs in Cleveland, ...

### Top 5% of Trademark Lawyers in Tucson, Arizona | UpCounsel
https://www.upcounsel.com › Trademark › Arizona ▾
★★★★★ Rating: 5 · 5,235 reviews
Compare Tucson Trademark Attorneys & Lawyers for hire on UpCounsel and choose the best trademark attorney for your unique trademark needs in Tucson, ...

### Top 5% of Patent Lawyers in Rockwall, Texas | UpCounsel
https://www.upcounsel.com › Patent › Texas ▾
★★★★★ Rating: 5 · 1,681 reviews
Compare Rockwall Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your business legal needs in Rockwall, TX.

### Top 5% of Employment Lawyers in Atlanta, Georgia | UpCounsel
https://www.upcounsel.com › Employment › Georgia ▾
★★★★★ Rating: 5 · 83 reviews
Compare Atlanta Employment Attorneys & Lawyers for hire on UpCounsel and choose the best employment attorney for your business legal needs in Atlanta, ...

### Top 5% of Real Estate Lawyers in Appleton, Wisconsin | UpCounsel
https://www.upcounsel.com › Real Estate › Wisconsin ▾
★★★★★ Rating: 5 · 4,106 reviews
Compare Appleton Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real estate attorney for your business legal needs in Appleton, ...

### Top 5% of Franchise Lawyers in Saint Louis, Missouri | UpCounsel
https://www.upcounsel.com › Franchise › Missouri ▾
Compare Saint Louis Franchise Attorneys & Lawyers for hire on UpCounsel and choose the best franchise attorney for your business legal needs in Saint Louis, ...

### Top 5% of Contract Lawyers in Detroit, Michigan | UpCounsel
https://www.upcounsel.com › Contract › Michigan ▾
★★★★★ Rating: 5 · 5,449 reviews
Compare Detroit Contract Attorneys & Lawyers for hire on UpCounsel and choose the best contract attorney for your business legal needs in Detroit, MI.

Searches related to site:upcounsel.com "top 5%"

attorney marketplace

upcounsel

on demand legal services

9/7/2018
Case 4:18-cv-02573-YGR    Document 45-1    Filed 09/11/18    Page 234 of 706
site:upcounsel.com "top 5%" - Google Search



‹ Previous    1  2  3  **4**  5  6  7  8  9  10    Next ›

● Shoreline West, Mountain View, CA - Reported by this computer · Use precise location · Learn more

Help     Send feedback     Privacy     Terms

Google    site:upcounsel.com "top 5%"                         🔍

All    Videos    Images    News    Shopping    More        Settings    Tools

Page 5 of about 51,700 results (0.28 seconds)

### Top 5% of Contract Lawyers in San Antonio, Texas | UpCounsel
https://www.upcounsel.com › Contract › Texas ▾
★★★★★ Rating: 5 - 5,520 reviews
Compare San Antonio Contract Attorneys & Lawyers for hire on UpCounsel and choose the best contract attorney for your business legal needs in San Antonio, ...

### Top 5% of Business Lawyers in Tucson, Arizona | UpCounsel
https://www.upcounsel.com › Business › Arizona ▾
★★★★★ Rating: 5 - 4,794 reviews
Compare Tucson Business Attorneys & Lawyers for hire on UpCounsel and choose the best business attorney for your business legal needs in Tucson, AZ.

### Top 5% of Employment Lawyers in Houston, Texas | UpCounsel
https://www.upcounsel.com › Employment › Texas ▾
★★★★★ Rating: 5 - 4,712 reviews
Compare Houston Employment Attorneys & Lawyers for hire on UpCounsel and choose the best employment attorney for your business legal needs in Houston, ...

### Top 5% of Startup Lawyers in Kapolei, Hawaii | UpCounsel
https://www.upcounsel.com › Startup › Hawaii ▾
★★★★★ Rating: 5 - 4,845 reviews
Compare Kapolei Startup Attorneys & Lawyers for hire on UpCounsel and choose the best tartup attorney for your business legal needs in Kapolei, HI.

### Top 5% of Internet Lawyers in Manhattan, Kansas | UpCounsel
https://www.upcounsel.com › Internet › Kansas ▾
★★★★★ Rating: 5 - 5,452 reviews
Compare Manhattan Internet Attorneys & Lawyers for hire on UpCounsel and choose the best internet attorney for your business legal needs in Manhattan, KS.

### Top 5% of Employment Lawyers in Jacksonville, Florida | UpCounsel
https://www.upcounsel.com › Employment › Florida ▾
★★★★★ Rating: 5 - 4,761 reviews
Compare Jacksonville Employment Attorneys & Lawyers for hire on UpCounsel and choose the best employment attorney for your business legal needs in ...

### Top 5% of Internet Lawyers in Phoenix, Arizona | UpCounsel
https://www.upcounsel.com › Internet › Arizona ▾
★★★★★ Rating: 5 - 5,608 reviews
Compare Phoenix Internet Attorneys & Lawyers for hire on UpCounsel and choose the best internet attorney for your business legal needs in Phoenix, AZ.

### Top 5% of Employment Lawyers in Pensacola, Florida | UpCounsel
https://www.upcounsel.com › Employment › Florida ▾
Compare Pensacola Employment Attorneys & Lawyers for hire on UpCounsel and choose the best employment attorney for your business legal needs in ...

### Top 5% of Intellectual Property Lawyers in Kansas City, MO | UpCounsel
https://www.upcounsel.com › Intellectual Property › Missouri ▾
Compare Kansas City Intellectual Property Attorneys & Lawyers for hire on UpCounsel and choose the best IP attorney for your unique IP needs in Kansas City, ...

### Top 5% of Real Estate Lawyers in Pittsburgh, Pennsylvania | UpCounsel
https://www.upcounsel.com › Real Estate › Pennsylvania ▾
★★★★★ Rating: 5 - 4,125 reviews
Compare Pittsburgh Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real estate attorney for your business legal needs in Pittsburgh ...

Searches related to site:upcounsel.com "top 5%"

site:upcounsel.com "top 5%" - Google Search

**attorney marketplace**

**upcounsel**

**on demand legal services**



‹ Previous    1  2  3  4  **5**  6  7  8  9  10    Next ›

● Shoreline West, Mountain View, CA - Reported by this computer - **Use precise location** - Learn more

Help    Send feedback    Privacy    Terms

Google    site:upcounsel.com "top 5%"

All    Videos    Images    News    Shopping    More      Settings    Tools

Page 6 of about 51,700 results (0.29 seconds)

**Top 5% of Real Estate Lawyers in Anacortes, Washington | UpCounsel**
Https://www.upcounsel.com › Real Estate › Washington ▾
Compare Anacortes Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real estate attorney for your business legal needs in Anacortes ...

**Top 5% of Immigration Lawyers in Nashville, Tennessee | UpCounsel**
Https://www.upcounsel.com › Immigration › Tennessee ▾
Compare Nashville Immigration Attorneys & Lawyers for hire on UpCounsel and choose the best immigration attorney for your work visa needs in Nashville, TN.

**Top 5% of Securities Lawyers in Austin, Texas | UpCounsel**
https://www.upcounsel.com › Securities › Texas ▾
★★★★★ Rating: 5 - 3,921 reviews
Compare Austin Securities Attorneys & Lawyers for hire on UpCounsel and choose the best securities attorney for your business legal needs in Austin, TX.

**Top 5% of Patent Lawyers in Chicago, Illinois | UpCounsel**
https://www.upcounsel.com › Patent › Illinois ▾
★★★★★ Rating: 5 - 59 reviews
Compare Chicago Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your unique patent needs in Chicago, IL.

**Top 5% of Business Lawyers in Arlington, Texas | UpCounsel**
https://www.upcounsel.com › Business › Texas ▾
★★★★★ Rating: 5 - 4,815 reviews
Compare Arlington Business Attorneys & Lawyers for hire on UpCounsel and choose the best business attorney for your business legal needs in Arlington, TX.

**Top 5% of Securities Lawyers in San Antonio, Texas | UpCounsel**
https://www.upcounsel.com › Securities › Texas ▾
Compare San Antonio Securities Attorneys & Lawyers for hire on UpCounsel and choose the best securities attorney for your business legal needs in San ...

**Top 5% of Securities Lawyers in Portland, Oregon | UpCounsel**
https://www.upcounsel.com › Securities › Oregon ▾
★★★★★ Rating: 5 - 3,892 reviews
Compare Portland Securities Attorneys & Lawyers for hire on UpCounsel and choose the best securities attorney for your business legal needs in Portland, OR.

**Top 5% of Franchise Lawyers in Indianapolis, Indiana | UpCounsel**
https://www.upcounsel.com › Franchise › Indiana ▾
Compare Indianapolis Franchise Attorneys & Lawyers for hire on UpCounsel and choose the best franchise attorney for your business legal needs in ...

**Top 5% of Immigration Lawyers in Reno, Nevada | UpCounsel**
https://www.upcounsel.com › Immigration › Nevada ▾
Compare Reno Immigration Attorneys & Lawyers for hire on UpCounsel and choose the best immigration attorney for your work visa needs in Reno, NV.

**Top 5% of Patent Lawyers in Fairfield, Connecticut | UpCounsel**
https://www.upcounsel.com › Patent › Connecticut ▾
★★★★★ Rating: 5 - 1,711 reviews
Compare Fairfield Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your business legal needs in Fairfield, CT.

Searches related to site:upcounsel.com "top 5%"

attorney marketplace

upcounsel

on demand legal services

< Gooooooooogle >

Previous    1   2   3   4   5   **6**   7   8   9   10    Next

● Shoreline West, Mountain View, CA - Reported by this computer - **Use precise location** · Learn more

Help     Send feedback     Privacy     Terms

Google

site:upcounsel.com "top 5%"

All    Videos    Images    News    Shopping    More      Settings   Tools

Page 7 of about 51,700 results (0.28 seconds)

### Top 5% of Business Lawyers in Colorado Springs, Colorado ...
Https://www.upcounsel.com › Business › Colorado ▼
Compare Colorado Springs Business Attorneys & Lawyers for hire on UpCounsel and choose the best
business attorney for your business legal needs in ...

### Top 5% of Patent Lawyers in Reno, Nevada | UpCounsel
Https://www.upcounsel.com › Patent › Nevada ▼
Compare Reno Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney
for your unique patent needs in Reno, NV.

### Top 5% of Patent Lawyers in Boise, Idaho | UpCounsel
https://www.upcounsel.com › Patent › Idaho ▼
★★★★★ Rating: 5 - 1,706 reviews
Compare Boise Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney
for your unique patent needs in Boise, ID.

### Top 5% of Patent Lawyers in Portland, Oregon | UpCounsel
https://www.upcounsel.com › Patent › Oregon ▼
★★★★★ Rating: 5 - 1,696 reviews
Compare Portland Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent
attorney for your unique patent needs in Portland, OR.

### Top 5% of Real Estate Lawyers in Raleigh, North Carolina | UpCounsel
https://www.upcounsel.com › Real Estate › North Carolina ▼
Compare Raleigh Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real estate
attorney for your business legal needs in Raleigh, ...

### Top 5% of Real Estate Lawyers in Bellingham, Washington | UpCounsel
https://www.upcounsel.com › Real Estate › Washington ▼
★★★★★ Rating: 5 - 4,095 reviews
Compare Bellingham Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real
estate attorney for your business legal needs in ...

### Top 5% of Immigration Lawyers in Scranton, Pennsylvania | UpCounsel
https://www.upcounsel.com › Immigration › Pennsylvania ▼
★★★★★ Rating: 5 - 1,066 reviews
Compare Scranton Immigration Attorneys & Lawyers for hire on UpCounsel and choose the best
immigration attorney for your work visa needs in Scranton, PA.

### Top 5% of Securities Lawyers in Laurel, Mississippi | UpCounsel
https://www.upcounsel.com › Securities › Mississippi ▼
★★★★★ Rating: 5 - 3,912 reviews
Compare Laurel Securities Attorneys & Lawyers for hire on UpCounsel and choose the best securities
attorney for your business legal needs in Laurel, MS.

### Top 5% of Securities Lawyers in Warren, Ohio | UpCounsel
https://www.upcounsel.com › Securities › Ohio ▼
★★★★★ Rating: 5 - 3,916 reviews
Compare Warren Securities Attorneys & Lawyers for hire on UpCounsel and choose the best securities
attorney for your business legal needs in Warren, OH.

### Top 5% of Outside General Counsel Lawyers in Austin, Texas ...
https://www.upcounsel.com › Outside General Counsel Services ▼
★★★★★ Rating: 5 - 4,823 reviews
Compare Austin Outside General Counsel Attorneys for hire on UpCounsel and choose the best Outside
Counsel for your business legal needs in Austin, TX.

Searches related to site:upcounsel.com "top 5%"

attorney marketplace

upcounsel

on demand legal services

9/7/2018
site:upcounsel.com "top 5%" - Google Search
Case 4:18-cv-02573-YGR   Document 45-1   Filed 09/11/18   Page 240 of 706



Previous    2  3  4  5  6  7  8  9  10  11    Next

● Shoreline West, Mountain View, CA - Reported by this computer - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Google

site:upcounsel.com "top 5%"

All    Videos    Images    News    Shopping    More      Settings    Tools

Page 8 of about 51,700 results (0.28 seconds)

**Top 5% of Immigration Lawyers in Kingston, Pennsylvania | UpCounsel**
https://www.upcounsel.com › Immigration › Pennsylvania ▾
★★★★★ Rating: 5 - 1,073 reviews
Compare Kingston Immigration Attorneys & Lawyers for hire on UpCounsel and choose the best immigration attorney for your work visa needs in Kingston, PA.

**Top 5% of Franchise Lawyers in Austin, Texas | UpCounsel**
https://www.upcounsel.com › Franchise › Texas ▾
★★★★★ Rating: 5 - 93 reviews
Licensed in California and Texas, Lisa Thorsen focuses on corporate contracts and transactions, trusts and estates, real estate, and startups. ... Ms. Thorsen has 8+ years of experience practicing law as a licensed attorney. ... Currently, he lives in Austin, Texas handling matters such as ...

**Top 5% of Patent Lawyers in Houston, Texas | UpCounsel**
https://www.upcounsel.com › Patent › Texas ▾
★★★★★ Rating: 5 - 170 reviews
Richard is experienced in patents and business formation, as well as trademark and copyright law. ... Richard has been a patent attorney and engineer at the Eldrege Law Firm since September 2005. ... William Childs is a patent attorney that specializes in helping businesses deal with ...

**Top 5% of Real Estate Lawyers in Cumming, Georgia | UpCounsel**
https://www.upcounsel.com › Real Estate › Georgia ▾
Compare Cumming Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real estate attorney for your business legal needs in Cumming, ...

**Top 5% of Real Estate Lawyers in San Antonio, Texas | UpCounsel**
https://www.upcounsel.com › Real Estate › Texas ▾
★★★★★ Rating: 4.9 - 4,131 reviews
Compare San Antonio Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real estate attorney for your business legal needs in San ...

**Top 5% of Patent Lawyers in New Haven, Connecticut | UpCounsel**
https://www.upcounsel.com › Patent › Connecticut ▾
★★★★★ Rating: 5 - 1,712 reviews
Compare New Haven Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your unique patent needs in New Haven, CT.

**Top 5% of Internet Lawyers in New Iberia, Louisiana | UpCounsel**
https://www.upcounsel.com › Internet › Louisiana ▾
★★★★★ Rating: 5 - 5,349 reviews
Compare New Iberia Internet Attorneys & Lawyers for hire on UpCounsel and choose the best internet attorney for your business legal needs in New Iberia, LA.

**Top 5% of Internet Lawyers in Houston, Texas | UpCounsel**
https://www.upcounsel.com › Internet › Texas ▾
★★★★★ Rating: 5 - 5,439 reviews
Compare Houston Internet Attorneys & Lawyers for hire on UpCounsel and choose the best internet attorney for your business legal needs in Houston, TX.

**Top 5% of Immigration Lawyers in Cleveland, Ohio | UpCounsel**
https://www.upcounsel.com › Immigration › Ohio ▾
Compare Cleveland Immigration Attorneys & Lawyers for hire on UpCounsel and choose the best immigration attorney for your work visa needs in Cleveland, ...

**Top 5% of Immigration Lawyers in Rockford, Illinois | UpCounsel**
https://www.upcounsel.com › Immigration › Illinois ▾
★★★★★ Rating: 5 - 1,067 reviews
Compare Rockford Immigration Attorneys & Lawyers for hire on UpCounsel and choose the best immigration attorney for your work visa needs in Rockford, IL.

Searches related to site:upcounsel.com "top 5%"

site:upcounsel.com "top 5%" - Google Search

**attorney marketplace**

**upcounsel**

**on demand legal services**



‹ Previous    3  4  5  6  7  **8**  9  10 11 12    Next ›

● Shoreline West, Mountain View, CA - Reported by this computer - **Use precise location** - Learn more

Help    Send feedback    Privacy    Terms

Google    site:upcounsel.com "top 5%"

All    Videos    Images    News    Shopping    More      Settings    Tools

Page 9 of about 51,700 results (0.34 seconds)

**Top 5% of Patent Lawyers in Anchorage, Alaska | UpCounsel**
https://www.upcounsel.com › Patent › Alaska ▾
★★★★★ Rating: 5 - 1,704 reviews
Compare Anchorage Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent
attorney for your unique patent needs in Anchorage, AK.

**Top 5% of Real Estate Lawyers in Little Rock, Arkansas | UpCounsel**
https://www.upcounsel.com › Real Estate › Arkansas ▾
★★★★★ Rating: 5 - 4,055 reviews
Compare Little Rock Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real
estate attorney for your business legal needs in Little ...

**Top 5% of Real Estate Lawyers in Houston, Texas | UpCounsel**
https://www.upcounsel.com › Real Estate › Texas ▾
★★★★★ Rating: 5 - 4,137 reviews
Compare Houston Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real
estate attorney for your business legal needs in Houston, ...

**Top 5% of Real Estate Lawyers in Boston, Massachusetts | UpCounsel**
https://www.upcounsel.com › Real Estate › Massachusetts ▾
★★★★★ Rating: 5 - 119 reviews
Compare Boston Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real estate
attorney for your business legal needs in Boston, MA.

**Top 5% of Patent Lawyers in New York, New York | UpCounsel**
https://www.upcounsel.com › Patent › New York ▾
★★★★★ Rating: 5 - 26 reviews
Compare New York Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent
attorney for your business legal needs in New York, NY.

**Top 5% of Real Estate Lawyers in Nashville, Tennessee | UpCounsel**
https://www.upcounsel.com › Real Estate › Tennessee ▾
★★★★★ Rating: 5 - 4,091 reviews
Compare Nashville Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real
estate attorney for your business legal needs in Nashville, ...

**Top 5% of Real Estate Lawyers in Louisville, Kentucky | UpCounsel**
https://www.upcounsel.com › Real Estate › Kentucky ▾
★★★★★ Rating: 5 - 4,162 reviews
Compare Louisville Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real
estate attorney for your business legal needs in Louisville, ...

**Top 5% of Real Estate Lawyers in Denver, Colorado | UpCounsel**
https://www.upcounsel.com › Real Estate › Colorado ▾
★★★★★ Rating: 5 - 4,124 reviews
Compare Denver Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real estate
attorney for your business legal needs in Denver, CO.

**Top 5% of Immigration Lawyers in Kansas City, Missouri | UpCounsel**
https://www.upcounsel.com › Immigration › Missouri ▾
Compare Kansas City Immigration Attorneys & Lawyers for hire on UpCounsel and choose the best
immigration attorney for your work visa needs in Kansas City ...

**Top 5% of Real Estate Lawyers in Lancaster, Pennsylvania | UpCounsel**
https://www.upcounsel.com › Real Estate › Pennsylvania ▾
Compare Lancaster Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best
real estate attorney for your business legal needs in Lancaster, ...

Searches related to site:upcounsel.com "top 5%"

**attorney marketplace**

**upcounsel**

**on demand legal services**



‹     › 

Previous     4   5   6   7   8   **9**   10   11   12   13     Next

⬤ Shoreline West, Mountain View, CA - Reported by this computer - **Use precise location** - Learn more

Help     Send feedback     Privacy     Terms

Google

site:upcounsel.com "top 5%"

All    Videos    Images    News    Shopping    More          Settings    Tools

Page 10 of about 51,700 results (0.31 seconds)

Images for site:upcounsel.com "top 5%"



→ More images for site:upcounsel.com "top 5%"          Report images

**Top 5% of Real Estate Lawyers in Indianapolis, Indiana | UpCounsel**
https://www.upcounsel.com › Real Estate › Indiana ▾
★★★★★ Rating: 5 - 4,123 reviews
Compare Indianapolis Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real
estate attorney for your business legal needs in ...

**Top 5% of Real Estate Lawyers in Boca Raton, Florida | UpCounsel**
https://www.upcounsel.com › Real Estate › Florida ▾
Compare Boca Raton Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real
estate attorney for your business legal needs in Boca ...

**Top 5% of Real Estate Lawyers in Baltimore, Maryland | UpCounsel**
https://www.upcounsel.com › Real Estate › Maryland ▾
★★★★★ Rating: 5 - 4,127 reviews
Compare Baltimore Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real
estate attorney for your business legal needs in Baltimore, ...

**Top 5% of Real Estate Lawyers in Seattle, Washington | UpCounsel**
https://www.upcounsel.com › Real Estate › Washington ▾
★★★★★ Rating: 5 - 4,173 reviews
Compare Seattle Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real estate
attorney for your business legal needs in Seattle, WA.

**Top 5% of Real Estate Lawyers in Boulder, Colorado | UpCounsel**
https://www.upcounsel.com › Real Estate › Colorado ▾
★★★★★ Rating: 5 - 4,105 reviews
Compare Boulder Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real
estate attorney for your business legal needs in Boulder, ...

**Top 5% of Securities Lawyers in Washington, DC | UpCounsel**
https://www.upcounsel.com › Securities ▾
Compare Washington Securities Attorneys & Lawyers for hire on UpCounsel and choose the best
securities attorney for your business legal needs in ...

**Top 5% of Startup Lawyers in Dallas, Texas | UpCounsel**
https://www.upcounsel.com › Startup › Texas ▾
★★★★★ Rating: 5 - 188 reviews
Compare Dallas Startup Attorneys & Lawyers for hire on UpCounsel and choose the best tartup attorney
for your business legal needs in Dallas, TX.

**Top 5% of Patent Lawyers in Pensacola, Florida | UpCounsel**
https://www.upcounsel.com › Patent › Florida ▾
★★★★★ Rating: 5 - 1,699 reviews
Compare Pensacola Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent
attorney for your business legal needs in Pensacola, FL.

**Top 5% of Real Estate Lawyers in Wichita, Kansas | UpCounsel**
https://www.upcounsel.com › Real Estate › Kansas ▾
★★★★★ Rating: 5 - 4,146 reviews
Compare Wichita Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real
estate attorney for your business legal needs in Wichita, KS.

Searches related to site:upcounsel.com "top 5%"



attorney marketplace

upcounsel

on demand legal services

‹ Goooooooooogle ›
       Previous    5  6  7  8  9  10  11  12  13  14    Next

● Shoreline West, Mountain View, CA - Reported by this computer - **Use precise location** - Learn more

Help      Send feedback      Privacy      Terms

# EXHIBIT 31

screenshot-www.upcounsel.com-2018.09.11-22-19-47
https://www.upcounsel.com/employment-attorneys-oakland-ca
11.09.2018





"Xavier was recommended to me by two others. At my first meeting with him, I felt he was passionate, highly skilled and knowledgeable. Until..."

### Brian Turner

Get Proposal

View Profile

A land use attorney, Brian Turner's expertise lies in the entitlement process. He works with applicants, advocates, and government agencies as an educator specializing in historic properties. At the National Trust Historic Preservation, he implements programs with a focus on legal advocacy in the western states and territories. He has a solid understanding of cultural and historic resource laws.

10 yrs experience | Licensed in CA

### Christopher Karlin

Get Proposal

View Profile

An expert at navigating the Internal Revenue Services sizable tax code, Christopher Karlin is a tax attorney in Pleasant Hill, CA specializing in all things tax-related. He advises business and individuals, as well as nonprofits, on various tax matters using his extensive experience and an LL.M. in Taxation from the Golden Gate University School of Law.

6 yrs experience | Licensed in CA

### Usman Shaikh

★★★★★ 19 reviews

Get Proposal

View Profile

Founder and managing attorney of U.S. Law Group, Usman Shaikh is also the executive vice president of business and legal affairs at UG Strategies. Beyond providing corporate, entertainment, and intellectual property transactional services for businesses across a range of sectors, Mr Shaikh shares his insight and experience through publications on the U.S. Law Group News website.

14 yrs experience | Licensed in CA, NY | ✔ verified

"Usman was very easy to work with. He responded in a timely manner and clearly answered all of our questions."

### Jason Eliaser

★★★★☆ 1 review

Get Proposal

View Profile

In his practice as a property attorney, Jason applies his unique blend of legal expertise, creativity, and organizational talents to his client's cases. Before starting his own practice, he worked for a large firm representing financial institutions such as Bank of America and J.P. Morgan Chase in real estate litigation and disputes. He is also dedicated to supporting a variety of non-profits.

10 yrs experience | Licensed in CA

View All    Next →



## Find the best lawyer for your legal needs

FIND A LAWYER

**NAVIGATION**
How It Works
For Lawyers
Free Legal Documents
Blog
Sitemap

**ABOUT**
The Company
Careers
Customers
Privacy Policy
Terms of Service

**CONTACT**
Visit our Support Center
Contact
Sales
Press

upcounsel

UpCounsel is an interactive online service that makes it faster and easier for businesses to find and hire legal help solely based on their preferences. We are not a law firm, do not provide any legal services, legal advice or "lawyer referral services" and do not provide or participate in any legal representation.

© 2018 UpCounsel, Inc.

# EXHIBIT 32



# upcounsel

Toggle navigation

- Enterprise
- How It Works
- Our Lawyers
  Did you know?



No need to spend hours finding a lawyer, post a job and get custom quotes from experienced lawyers instantly.
Post a Job
Business Lawyers
C Corporation Formation Lawyers
Contract Lawyers
Copyright Lawyers
Immigration Lawyers
Intellectual Property Lawyers
Internet Lawyers
LLC Formation Lawyers
Patents Lawyers
S Corporation Formation Lawyers
Startup Lawyers
Trademark Lawyers
View all legal areas
- Resources
  - Customers
  - Patent Law Resources
  - Trademark Law Resources
  - Startup Law Resources
  - Free Legal Documents
  - Blog
- For Lawyers
- Search
- Login

Search
Type your legal question here

# Oakland Patent Attorneys & Lawyers

Get Free Attorney Proposals
Post a Job

- Top Rated Attorneys
- Why UpCounsel?
- Legal Services Overview
- Testimonials

1. Our Lawyers
2. Patent
3. California
4. Oakland Attorneys



**Johnny Manriquez**

113 reviews

Johnny Manriques is a patent attorney with extensive experience in dealing with cases that involves intellectual property law and related legal matters. He has more than 14 years of experience and is licensed to practice law in California. Johnny is registered with the State Bar of California. He has a Juris Doctor degree in law. Johnny recently started his own firm, but worked with Procopio Cory for three years prior to starting his own law office.

17 repeat hires | 17 yrs experience | Licensed in CA, Patent Bar | verified

"Excellent work and very responsive."

Get Proposal View Profile



**Gloria M. Steinberg**

205 reviews

Gloria is a well-rounded patent attorney who runs her boutique law firm Steinberg Intellectual Property Law, LLP. She has filed hundreds of patent applications relating to software, telecommunications, biotech, and consumer products. During her free time, she is active in the legal community as a member of several intellectual property law associations and managing her blog IPRookie.com.

9 repeat hires | 5 yrs experience | Licensed in PA, Patent Bar | verified

"Very responsive and detailed oriented."

Get Proposal View Profile

Case 4:18-cv-02573-YGR Document 45-1 Filed 09/11/18 Page 253 of 706



### Irvin Tyan

43 reviews

Navigating the legal world as a startup can be intimidating and overwhelming. That is why experienced attorneys like Irvin Tyan are an absolute must-have. Mr. Tyan can help your startup with a variety of issues, including intellectual property, contract drafting, portfolio analysis, and commercial litigation. He can also help with employment issues and competitive landscape analysis.

2 repeat hires | 15 yrs experience | Licensed in CA | verified

"Extremely happy with process and result. You won't have post regrets with Irvin."

Get Proposal View Profile



### Nicolas Gold

Nicolas Gold is a general business attorney who fundamentally focuses on intellectual property law and commercial contracts. He has more than 20 years of experience and is licensed to practice law in California. Some of the clients that Nicolas has represented includes the Jelly Belly Candy Company, Geo M Martin and Medallia. Nicolas has exceptional experience in providing legal assistance to startup companies. He has been an attorney at Gold Business & IP Law since 2014.

21 yrs experience | Licensed in CA |

Get Proposal View Profile



### Ahmed Alhafidh

Ahmed Alhafidh offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained experience by working with numerous companies, including LegalForce RAPC and the Innovation Immersion Program. He is currently the CEO of Intellent Patents LLC, where he offers a range of legal services to corporate clients. Ahmed can also provide legal services to Arabic clients.

Licensed in Patent Bar |

Get Proposal View Profile



## Val Hornstein

Attorney Val Hornstein is the founder of Hornstein Law and specializes in commercial transactions, civil litigation, and intellectual property. Mr. Hornstein is a seasoned professional and has helped his clients settle for millions. In addition to his litigation and real estate law experience, he also serves as an arbitrator with the Financial Industry Regulatory Authority. Attorney Hornstein has been rated AV Preeminent by Martindale Hubbell and has earned one of the highest ratings available for his professional ethics and legal abilities.

33 yrs experience | Licensed in CA, DC, NY |

Get Proposal View Profile



## Mike Geroe

Mike Geroe is an attorney at law with experience in a variety of corporate legal practice areas. He has been serving corporate clients for the past 23 years. Mike is licensed to practice law in California and received his legal degree from the Columbia University School of Law. He is exceptionally skilled in drafting, reviewing and negotiating commercial contracts. Mike founded Opincall Inc in May 2015, where he now serves as the CEO.

24 yrs experience | Licensed in CA |

Get Proposal View Profile



## Manal Dia

Manal is a lawyer, engineer, and entrepreneur with 5 years of experience in patent prosecution and patent rights management. While she has helped represent a diverse group of clients, she loves working with startups and helping them navigate the complexities of the patent system. She is very familiar with the highs and lows of startup life because she co-founded a 3D printing startup.

2 yrs experience | Licensed in CA |

Get Proposal View Profile



## Jonathan Spangler

Jonathan Spangler is an attorney at law with over 22 years of experience. He is licensed to practice law in California and is also a registered member of the California Patent Bar. Jonathan obtained his Juris Doctorate degree in law from the University of Dayton School of Law. He primarily specializes in patents, with a particular focus on legal matters that involves trademark and copyright law. Between 2001 and 2016, Jonathan serves as the VP at Nuvasive.

23 yrs experience | Licensed in CA, Patent Bar |
Get Proposal View Profile



## Peter Gutenberg

2 reviews

With legal expertise in patents, trademarks, and copyrights, Peter Gutenberg has a background of more than eight years in research, development, and manufacturing of pharmaceuticals, medical devices, and in vitro diagnostics. Mr. Gutenberg is a member of the California State Bar Association Intellectual Property Law Section and California Lawyers for the Arts.

6 yrs experience | Licensed in CA, Patent Bar |
"Peter has done a great job putting together Trademark patent applications for me. He has also done prosecution of the Trademark successfu..."
Get Proposal View Profile

View All   Next →

**Useful Resources**

- Classification of Patents: Everything You Need to Know
- Patent Assignment Agreement
- Mining Patents: Everything You Need to Know
- What Is the Purpose of Confidentiality Agreements?
- How Long Does it Take to Get a Patent: Everything You Need to Know
- Intellectual Property Assignment Agreement
- Patent Databases List: Everything You Need to Know
- U.S. Provisional Patent: Everything You Need to Know
- One-Way Non-Disclosure Agreement
- How to Patent a Sport: Everything You Need to Know

**More Oakland Attorneys**

- Oakland Employment Attorneys
- Oakland Contract Attorneys
- Oakland Securities Attorneys
- Oakland Non-Profit Attorneys
- Oakland Outside General Counsel Services

**Nearby Attorneys**

- Santa Rosa Patent Attorneys
- Napa Patent Attorneys
- Fairfield Patent Attorneys
- Vacaville Patent Attorneys

- Antioch Patent Attorneys

**Oakland Patent Lawyers**

5.0
Based on 1678 reviews
Clear Communication - 5.0
Response Time - 4.9
Knowledgeable - 5.0
Meets Deadlines - 5.0
UpCounsel is a secure service for your business legal needs

## How to Patent an Idea

Learning how to patent an idea is an important process to understand so you can protect your ideas from others copying and profiting from your hard work.

Unfortunately, the filing process can be scary if you've never done it before. Taking an idea from conception to patent requires a large investment of time to research your idea and its market, create detailed drawings, and learn how to write clearly using very specific terminology.

If you follow our 5 easy steps you can protect your million dollar idea from competitors. However, as an important note, it is strongly recommended that you always consult with an experienced patent attorney for reasons outlined at the bottom of this article.

To begin patenting your idea, you must understand what a patent is:

## What is A Patent?

A patent is a legal grant or license from the USPTO that gives an inventor exclusive ownership rights to his or her invention over making, using, offering for sale, and selling the patented item or idea in the U.S.

What is not given is the right to make, use, offer for sale, sell, or import the idea. For example, if you get a patent for baby formula, it doesn't mean you have the right to sell or market your baby formula before passing through lots of regulations and tests. You only have the right to prevent others from selling or marketing what is covered in your patent claims.

## Types of Patents:

There are three types of basic patents recognized by the USPTO:

- **A Utility Patent** is the most common patent type and is used for approximately 90% of patents. According to the USPTO, a utility patent is issued for the invention of a "new and useful process, machine, manufacture, or composition of matter, or a new and useful improvement thereof…" Utility patents protect its holder's rights for up to twenty years from the date of patent application filing.

- **A Design Patent** is issued for a "new, original, and ornamental design embodied in or applied to an article of manufacture…" In general terms, while a utility patent protects the way a product is used and works, a design patent protects the way a product looks.

- **A Plant Patent** is issued for a "new and distinct, invented or discovered asexually reproduced plant…"

## Provisional Patent Application: What is it?

A provisional patent application is a type of patent application filed with the US Patent and Trademark Office. Under US patent laws that went into effect in 2013, an applicant who is the first to file a patent application for a new invention has an effective filing date over those who file later. The provisional application is a lower cost application that allows you to gain first to file status quickly.

However, **a provisional patent application does not become a granted patent and is not examined on its merits.** Formal examination that leads to patent grant is delayed during the provisional application period. It is a sort of holding place, for up to one year, to document your invention date and gain first to file status. To obtain a patent on the invention, you must file a non-provisional patent application.

**A non-provisional patent application is a highly detailed application that will be examined by a USPTO patent examiner and can become a granted patent.** A granted patent can fully protect your invention and be enforced against others. You can also claim the benefit of your provisional filing date in your non-provisional application, if it's filed within 12 months after your provisional filing.

You may file a non-provisional application initially. However, a provisional application affords you time to complete the detailed and more expensive non-provisional application and develop your invention into a market ready asset. In addition, the 20 year patent term does not start to elapse during the provisional pendency time. Therefore, you effectively get an extra year of patent protection.

Compared to its related non-provisional application, a provisional application can be filed with an abbreviated disclosure. Formal patent claims, an oath or declaration, and an information disclosure statement of prior art are not required. Drawings are not required unless they are necessary to understand your invention. Curiously, they usually are necessary. If you have any question about whether drawings are necessary to understand your invention, then include them.

**Keep in mind that a provisional filing must meet US patentability requirements.** It must also include enough details to be a complete template for the non-provisional filing. If an examiner decides that your non-provisional filing is too different, then you will lose the benefit of your provisional filing date for any new subject matter. The examiner may believe that the differences show that you were not in "possession" of your invention. The scope of your provisional disclosure must fully support your non-provisional application to avoid such new matter rejections. That includes text and drawings.

When you evaluate which type of application to file, consider how long it will take to develop your invention into a product and its viable market life. For example, a long development time or a long market life often favor filing a provisional application. In part, that's because your 20 year patent term clock does not start ticking away during the time that the provisional application is pending.

The level of innovation in your field of interest, urgency to obtain a granted patent, and investor demands, are examples of factors that may complicate your filing decisions. Each situation is unique. An experienced patent attorney will help you make an optimum choice between filing a provisional or non-provisional patent application.

## What Is a Patent Infringement Case?

Patent infringement cases result when a patent owner, or any entity who holds sufficient interest in a U.S. patent, files legal action against someone they claim is using the patented creation without permission.

Your defenses in a patent infringement case can include:

- Invalidating the patent

- Claiming non-infringement

- Citing prior use, first sale or repair doctrines, inequitable conduct, patent misuse, or limitation on rights

- Laches, formerly an important defense, may soon no longer be valid

## Overview of a United States Patent

United States patents are issued by the U.S. Patent and Trademark Office (USPTO). They cover all useful and non-obvious inventions. A patent gives you the right to prevent others from making, using, selling, offering for sale, or importing the patented invention.

There are, in general, three varieties of patents:

- **Utility patents** — these protect useful and new inventions. They are what people usually mean when they say "patent."

- **Design patents** — these protect the way something looks.

- **Plant patents** — these provide protection for new and distinct plant varieties that have been asexually reproduced under controlled conditions.

Patents filed before June 8, 1995, provide protection of 17 years from the date of issue, or 20 years from the filing date — whichever is longer. Patents filed later provide protection of 20 years from the date of filing.

A patent includes the following elements:

- **Cover Page** — includes:

    - the filing date

    - date of issuance

    - title

    - inventors' names,

    - assignee (if any)

- **Specification and Claims** — this is the main body of the patent, which includes:

    - complete description

    - background

    - technological background

    - figures

    - drawings

    - the scope of the invention

    - claims of ownership

    - assertion of rights to exclude others

    - outlines of each element and limitation of each apparatus or method of the invention that is covered under the patent

## Why use UpCounsel to hire a Oakland Patent Attorney?

14 years

Average experience

You always get experienced professionals and high caliber work.

3x

Faster

Your work gets done quickly because professionals are always available.

60%

More cost effective

We use technology to cut traditional overhead and save you thousands.

## UpCounsel has been talked about in:

## Money-Back Guarantee on All of Your Legal Work

Applies to all transactions with verified attorneys on UpCounsel

In the event that you are unsatisfied with the work of an attorney you hired on UpCounsel, just let us know. We'll take care of it and refund your money up to $5,000 so you can hire another attorney to help you.

### Legal Services Offered by Our On-Demand Oakland Patent Attorneys

Our experienced Oakland patent attorneys & lawyers represent individuals and businesses throughout the world with domestic and foreign patent preparation and prosecution matters. They have extensive experience handling applications from nearly every sector of technology, including biotechnology, computer hardware and software, communication networks, internet systems and methods, automotive, medical equipment, construction technology, consumer electronics, and clean technology research and development.

Our patent attorneys are of the most highly trained in the industry, requiring a scientific background, and passing a second level of testing known as the Patent Bar Examination. Thousands of patents are submitted to the patent office every day and a patent committee reviews each patent for its validity. The process requires that correctly drafted documentation present a clear case for the novelty of the invention, which is best made by a patent attorney with a higher education background in your industry.

Our Oakland patent attorneys & lawyers can help you file a provisional patent, which lasts for 1-year and allows you to immediately begin using/manufacturing your invention with the confidence that your idea is protected. These types of patents are great if you think your idea will change a lot over the next year before you file a (non-provisional) patent. These patents are easier to obtain and are less expensive but you should have a patent lawyer review your provisional patent application to insure that you are meeting your objectives when you file your patent.

If You Need Ongoing Legal Counsel or Ad-hoc Legal Work - We Can Help!

Improve Your Legal ROI with Affordable Patent Attorneys that service Oakland, CA.

### Want to Connect with Top Oakland Patent Attorneys & Lawyers?

## What Our Customers Have to Say

"UpCounsel gives me access to big-firm lawyers minus the big-firm price tag. I work with several attorneys on the platform and there are never surprises...I always receive quality legal work at competitive rates that larger firms simply cannot match."

Scott Woods
SVP & General Counsel

"Every startup needs to know about UpCounsel. We found great attorneys at great prices and were able to focus our resources on improving our business instead of paying legal bills."

Sean Conway
Co-founder & CEO

"Before UpCounsel it was hard for us to find the right lawyer with the right expertise for our business. UpCounsel solves those problems by being more affordable and helping us find the right lawyer in no time."

Tristan Pollock
Co-founder & COO

Share 0   Tweet 0   Share 0   Google+ 0

## Find the best lawyer for your legal needs

Find a lawyer
Request Free Proposals

Navigation

- How it Works
- For Lawyers

- Free Legal Documents
- Blog
- Sitemap

About

- The Company
- Careers
- Customers
- Privacy Policy
- Terms of Service

Contact

- Visit our Support Center
- Contact
- Sales
- Press



-
-
-

UpCounsel is an interactive online service that makes it faster and easier for businesses to find and hire legal help solely based on their preferences. We are not a law firm, do not provide any legal services, legal advice or "lawyer referral services" and do not provide or participate in any legal representation.

© 2018 UpCounsel, Inc.

# EXHIBIT 33

# EXHIBIT 33-A

Google    site:upcounsel.com "top 5%" "california" cotati

All    Images    News    Shopping    Maps    More    Settings    Tools

About 123 results (0.37 seconds)

**Top 5% of Intellectual Property Lawyers in Cotati, CA | UpCounsel**
https://www.upcounsel.com › Intellectual Property › California ▼
★★★★★ Rating: 5 - 5,174 reviews
Compare Cotati Intellectual Property Attorneys & Lawyers for hire on UpCounsel and choose the best IP ... Luthien is licensed to practice law in **California**.

**Top 5% of Immigration Lawyers in Cotati, California | UpCounsel**
https://www.upcounsel.com › All Attorneys & Specialties › Immigration › California ▼
★★★★★ Rating: 5 - 1,031 reviews
Compare Cotati Immigration Attorneys & Lawyers for hire on UpCounsel and choose the best immigration attorney for your work visa needs in **Cotati**, CA.

**Top 5% of Business Lawyers in Cotati, California | UpCounsel**
https://www.upcounsel.com › Business › California ▼
★★★★★ Rating: 5 - 4,702 reviews
Compare Cotati Business Attorneys & Lawyers for hire on UpCounsel and choose the best business attorney for your business legal needs in **Cotati**, CA.

**Top 5% of Startup Lawyers in Cotati, California | UpCounsel**
https://www.upcounsel.com › Startup › California ▼
★★★★★ Rating: 5 - 4,747 reviews
Compare Cotati Startup Attorneys & Lawyers for hire on UpCounsel and choose the best tartup attorney for your business legal needs in **Cotati**, CA.

**Top 5% of Employment Lawyers in Cotati, California | UpCounsel**
https://www.upcounsel.com › Employment › California ▼
★★★★★ Rating: 5 - 4,620 reviews
Compare Cotati Employment Attorneys & Lawyers for hire on UpCounsel and choose the best employment attorney for your business legal needs in **Cotati**, CA.

**Top 5% of Copyright Lawyers in Cotati, California | UpCounsel**
https://www.upcounsel.com › Copyright › California ▼
★★★★★ Rating: 5 - 4,963 reviews
For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in ...

**Top 5% of Franchise Lawyers in Cotati, California | UpCounsel**
https://www.upcounsel.com › Franchise › California ▼
★★★★★ Rating: 5 - 4,545 reviews
Compare Cotati Franchise Attorneys & Lawyers for hire on UpCounsel and choose the best franchise attorney for your business legal needs in **Cotati**, CA.

**Top 5% of Contract Lawyers in Cotati, California | UpCounsel**
https://www.upcounsel.com › Contract › California ▼
★★★★★ Rating: 5 - 5,369 reviews
Compare Cotati Contract Attorneys & Lawyers for hire on UpCounsel and choose the best contract attorney for your business legal needs in **Cotati**, CA.

**Top 5% of Non-Profit Lawyers in Cotati, California | UpCounsel**
https://www.upcounsel.com › Non Profit › California ▼
★★★★★ Rating: 5 - 2,697 reviews
Compare Cotati Non-Profit Attorneys & Lawyers for hire on UpCounsel and choose the best non-profit attorney for your business legal needs in **Cotati**, CA.

**Top 5% of Real Estate Lawyers in Cotati, California | UpCounsel**
https://www.upcounsel.com › Real Estate › California ▼
★★★★★ Rating: 4.9 - 3,953 reviews
Compare Cotati Real Estate Attorneys & Lawyers for hire on UpCounsel and choose the best real estate attorney for your business legal needs in **Cotati**, CA.

**Top 5% of Contract Lawyers in Santa Clara, California | UpCounsel**
https://www.upcounsel.com › Contract › California ▼
★★★★★ Rating: 5 - 5,344 reviews
Compare Santa Clara Contract Attorneys & Lawyers for hire on UpCounsel and choose the best contract attorney for your business legal needs in Santa Clara, ...

**Top 5% of Employment Lawyers in Santa Clara, California | UpCounsel**
https://www.upcounsel.com › Employment › California ▼
★★★★★ Rating: 5 - 4,621 reviews
Compare Santa Clara Employment Attorneys & Lawyers for hire on UpCounsel and choose the best employment attorney for your business legal needs in Santa ...

# EXHIBIT
# 33-B

 The State Bar *of California*

**Licensee Search**

Your search returned 21 randomized results of **active** licensees.

Click any column heading to sort on that column. Hold shift and click multiple headings to sort on multiple columns.

| Name | Status | Number | City | Admission Date |
|---|---|---|---|---|
| Francis , Marc | Active | 130934 | Cotati | December 1987 |
| Stella , Cristina Rachel | Active | 305475 | Cotati | December 2015 |
| Eberly , Kelsey Rinehart | Active | 301025 | Cotati | December 2014 |
| Gingher , Kevin Michael | Active | 268377 | Cotati | December 2009 |
| Theis , Elspeth Glynis | Active | 273809 | Cotati | December 2010 |
| Gonzalez , Criselda Barrera | Active | 146493 | Cotati | June 1990 |
| Bonfilio , Gregory Joseph | Active | 44874 | Cotati | January 1970 |
| Tamar-Mattis , Anne Minnette | Active | 244888 | Cotati | December 2006 |
| Dillard , Carter Jefferson | Active | 206276 | Cotati | March 2000 |
| Berry , Christopher Andrew | Active | 283987 | Cotati | July 2012 |
| Stancu , Ana Maria | Active | 288283 | Cotati | December 2012 |
| Lobdell , Tyler Abbott | Active | 321128 | Cotati | June 2018 |
| Barrett , James Marley | Active | 49126 | Cotati | May 1971 |
| Bel , Debra M | Active | 158007 | Cotati | June 1992 |
| Williams , Mary Ruth | Active | 100480 | Cotati | December 1981 |
| Leonard , Elisabeth Anne | Active | 273128 | Cotati | December 2010 |

| Name | Status | Number | City | Admission Date |
|------|--------|--------|------|----------------|
| Liebman , Matthew Glen | Active | 248861 | Cotati | April 2007 |
| Curtis , Howard Gray | Active | 79015 | Cotati | December 1977 |
| Anello , Alene Georgia | Active | 316387 | Cotati | November 2017 |
| Tischler , Joyce | Active | 80749 | Cotati | June 1978 |
| Gardner , Lauren Elaine | Active | 233598 | Cotati | December 2004 |

Showing 1 to 21 of 21 entries

Previous   1   Next

© 2018 The State Bar of California

# EXHIBIT 33-C



**Search Results for City: cotati**

Sort By  [Last Name ▼]  [Go]    **Items/Page** [20 ▼]  [Go]                    [Print Selected]  [Print All]

| | Last Name | First Name | Middle Name | Phone Number | City | State/Province | Postal Code | Country | Status | Accepting New Clients |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | Bowman (/OEDCI/practitionerDetails?regisNum=46432) | Donald | Larry | (410) 419-7804 | Cotati | CA | 94931 | US | ATTORNEY | YES |

Displaying results **1-1** of **1** found.

[Back]

# EXHIBIT 33-D

 Secure | https://www.upcounsel.com/intellectual-prope...

 upcounsel

Enterprise    How It Works    Our Lawyers    Resources    For Lawyers    Login

## Cotati Intellectual Property Attorneys & Lawyers

**Get Free Attorney Proposals**

Top Rated Attorneys     Why UpCounsel?     Legal Services Overview     Testimonials

Our Lawyers > Intellectual Property > California > Cotati Attorneys



### Steven Stark
★★★★★ 271 reviews

For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in particular since he himself started several businesses of his own in New York and Florida. He understands the importance of small businesses having a reliable attorney to advise them about legal matters from their inception.

26 repeat hires    41 yrs experience    Licensed in FL, NY    verified

"It was such pleasant surprise to have a attorney (Steve) who can work fast, accurate with most detailed review I recommend Steve for any..."

**Get Proposal**
**View Profile**



### Richard Gora
★★★★★ 156 reviews

Looking for an attorney with experience? Richard Gora is the exact attorney you want. Having defended over 100 cases both in state and federal courts and working with clients from around the globe, Richard has an array of different experiences. His services are wide-ranging and include business litigation, securities litigations, employment litigation, and business counsel. Prior to founding Gora LLC, he worked for Finn, Dixon & Herling LLP for eight years.

5 repeat hires    12 yrs experience    Licensed in CT, NJ    verified

"Very positive experiences as always, very fast and diligent"

**Get Proposal**
**View Profile**



### Joshua Garber
★★★★★ 156 reviews

Representing notable clients like Tesla and the City of Los Angeles, Josh Garber excels at helping clients with employment and labor laws. Many of his past clients have had great success using Josh for employment agreements and Division of Labor Standards Enforcement (DLSE) hearings. With his practical advice, he has even helped clients avoid going to court.

39 repeat hires    9 yrs experience    Licensed in CA    verified

"Joshua is very knowledgeable and timely. It was a pleasure working with him. He answered my questions effectively and offered excellent a..."

**Get Proposal**
**View Profile**



### Brett Jackson
★★★★★ 2 reviews

Brett Jackson is a business lawyer who has been providing his legal services to corporate clients for more than a decade. He has been licensed to practice law in California and obtained his J.D. degree in law from the Stanford Law School. Brett is exceptionally experienced in providing his legal assistance to startup companies and entrepreneurs. He often assists with drafting, negotiating and reviewing commercial contracts. Brett founded his own private legal practice in 2017.

12 yrs experience    Licensed in CA

"Brett has helped me with employment contracts for multiple startups. He was knowledgeable, responsive and helpful. I wouldn't hesitate to..."

**Get Proposal**
**View Profile**



### Rimas Lukas

Rimas has extensive intellectual property experience representing companies in connection with the procurement of patent rights in all areas of technology including medical... **read more**

20 yrs experience    Licensed in DC, IL, Patent Bar

**Get Proposal**
**View Profile**

### Melissa Frank

A native of Silicon Valley, Melissa Frank is the chief legal and risk executive of Wingate

**Get Proposal**

---

**Useful Resources**

What is the Difference Between Implied and Express Contract?
Old Patents: Everything You Need to Know
Bill of Sale Template
Contributory Infringement: Everything You Need to Know
Arbitration Agreement
How to Prove a Contract Was Signed Under Duress
Technology Assignment Agreement
Contract Resolution: Everything You Need to Know
Performance of the Contract of Sale
Collective Mark: Everything You Need To Know

**More Cotati Attorneys**

Cotati Franchise Attorneys
Cotati Business Attorneys
Cotati Securities Attorneys
Cotati Startup Attorneys
Cotati Non-Profit Attorneys

**Nearby Attorneys**

Ukiah Intellectual Property Attorneys
Willits Intellectual Property Attorneys
Healdsburg Intellectual Property Attorneys
Sebastopol Intellectual Property Attorneys
Windsor Intellectual Property Attorneys

**Cotati Intellectual Property Lawyers**

5.0 ★★★★★
Based on 3213 reviews

Clear Communication - 5.0
Response Time - 5.0
Knowledgeable - 5.0
Meets Deadlines - 5.0

UpCounsel is a secure service for your business legal needs

# EXHIBIT
# 33-E

| Serial Number | Owner Name | City | State | Zip |
|---|---|---|---|---|
| 71134089 | Redwood Reliance Sales Co. | Cotati | | |
| 72386734 | RELIANCE TRAILER MANUFACTURING, | COTATI | CA | 949313012 |
| 73285321 | RHEODYNE INCORPORATED | COTATI | | 94928 |
| 73303506 | Chrono-Art Incorporated | Cotati | | 94928 |
| 73451450 | BEVAN, MELVIN FRANCIS | COTATI | | 94928 |
| 73536133 | DREAM WEAVERS | COTATI | | 94928 |
| 73661326 | SMOK'UM BRANDS, INC. | COTATI | | 94928 |
| 73661691 | SMOK'UM BRANDS, INC. | COTATI | | 94928 |
| 74077591 | DeChristopher, Eugene L. | Cotati | | 94928 |
| 74077592 | DeChristopher, Eugene L. | Cotati | | 94928 |
| 74093455 | Hyper-Mode, Inc. | Cotati | CA | 949310479 |
| 74096825 | RHEODYNE INCORPORATED | Cotati | CA | 94931 |
| 74096825 | Rheodyne, L.P. | Cotati | CA | 94931 |
| 74125223 | SIMON, JOAN | Cotati | CA | 94931 |
| 74189601 | Stark, Jonathan | Cotati | | 94931 |
| 74190729 | Dahm, Ira J. | Cotati | | 94931 |
| 74190729 | Dahm, Dolores | Cotati | | 94931 |
| 74208971 | Kaylor, W. Melvin | Cotati | | 94928 |
| 74232067 | Ancor Marine Grade Electrical Products, | Cotati | CA | 94931 |
| 74262795 | Reliance Trailer Manufacturing | Cotati | CA | 949313012 |
| 74262795 | Reliance Trailer Manufacturing | Cotati | CA | 94931 |
| 74273754 | Jensen, Carl M. | Cotati | | 94931 |
| 74302015 | SHADES UNLIMITED, INC. | COTATI | CA | 94931 |
| 74388457 | PLANET ONE PRODUCTS, INC. | COTATI | CA | 94931 |
| 74388457 | PLANET ONE PRODUCTS | COTATI | CA | 94931 |
| 74434616 | MENDOCINO PASTA CO. | Cotati | CA | 94931 |
| 74437102 | GROUP:LILI DESIGNS INC. | COTATI | CA | 94931 |
| 74447369 | MENDOCINO PASTA CO. | Cotati | CA | 94931 |
| 74477799 | MENDOCINO PASTA CO. | Cotati | | 94931 |
| 74483816 | Ancor Marine Grade Electrical Products | Cotati | | 94391 |
| 74551621 | Simon, Joan | Cotati | | 94931 |
| 74601499 | CLR INC. DBA MAKING IT BIG | COTATI | | 94931 |
| 74639196 | Rahahn, Jeanette M. | Cotati | | 94931 |
| 74639196 | Evanoff, Mark A. | Cotati | | 94931 |
| 74639196 | Rehahn, Jeanette M. | Cotati | | 94931 |
| 74653881 | MENDOCINO PASTA CO. | Cotati | | 94931 |
| 74673828 | RHEODYNE, L.P. | Cotati | CA | 94931 |
| 74684370 | Tekna Sonic, Inc. | Cotati | | 94931 |
| 74692753 | RHEODYNE L.P. | Cotati | CA | 94931 |
| 74703830 | Decker, Ross | Cotati | | 94931 |
| 75003985 | Hinch, Nan Barish | Cotati | CA | 94931 |
| 75105547 | Gresham, Lansing Barrett | Cotati | CA | 94931 |
| 75115656 | Hancock, Neil | Cotati | | 94931 |

| | | | |
|---|---|---|---|
| 75128719 | Kaylor, W. Melvin | Cotati | CA | 94928 |
| 75213564 | D'AQUILA, GRUPPO | Cotati | | 94931 |
| 75224281 | Automation Partners Inc. | Cotati | CA | 949318701 |
| 75290540 | RHEODYNE, L.P. | Cotati | | 94931 |
| 75305494 | Richard Thompson Gallery Print Division | Cotati | | 94931 |
| 75324902 | GROUP:LILI DESIGNS INC. | COTATI | CA | 94931 |
| 75324904 | GROUP:LILI DESIGNS INC. | COTATI | CA | 94931 |
| 75324906 | GROUP:LILI DESIGNS INC. | COTATI | CA | 94931 |
| 75443139 | Richard Thompson Gallery Print Division | Cotati | | 94931 |
| 75482186 | Fran Fleet | Cotati | | 94931 |
| 75513239 | GROUP:LILI DESIGNS INC. | COTATI | CA | 94931 |
| 75614614 | Mattis, Timothy J. | COTATI | CA | 94931 |
| 75614615 | Mattis, Timothy J. | COTATI | CA | 94931 |
| 75694478 | Simon, Joan | Cotati | | 94931 |
| 75703651 | Java, Johnny's | Cotati | | 94931 |
| 75704957 | Gresham, Lansing Barrett | Cotati | CA | 94931 |
| 75704958 | Gresham, Lansing Barrett | Cotati | CA | 94931 |
| 75772141 | Menu Vu | Cotati | | 94931 |
| 75814452 | Gluon Networks, Inc. | Cotati | CA | 94931 |
| 75852930 | Mattis, Timothy J. | Cotati | CA | 94931 |
| 75870069 | Richard Thompson Gallery Print Division | Cotati | | 94931 |
| 76052357 | Betty Lukens, Inc. | Cotati | | 94931 |
| 76118446 | MenuVu | Cotati | | 94931 |
| 76143178 | TOGNETTI, ROBERT | COTATI | | 94931 |
| 76154244 | EIGHTSTAR DIAMOND COMPANY, INC. | Cotati | CA | 94931 |
| 76179175 | Lili Butler Studio, Inc. | Cotati | CA | 94931 |
| 76179175 | GROUP:LILI DESIGNS INC. | COTATI | CA | 94931 |
| 76209678 | KG Technologies, Inc. | Cotati | CA | 94931 |
| 76226594 | PLANET ONE PRODUCTS, INC. | COTATI | CA | 94931 |
| 76243653 | EightStar Diamond Company, Inc. | Cotati | | 94931 |
| 76243654 | EightStar Diamond Company, Inc. | Cotati | | 94931 |
| 76244030 | PLANET ONE PRODUCTS, INC. | COTATI | CA | 94931 |
| 76263798 | Reliance Trailer Manufacturing | Cotati | CA | 94931 |
| 76274971 | Karraker, Greg Porter | Cotati | | 94931 |
| 76291461 | EightStar Diamond Company, Inc. | Cotati | CA | 94931 |
| 76291526 | EightStar Diamond Company, Inc. | Cotati | | 94931 |
| 76353277 | Lili Butler Studio, Inc. | Cotati | CA | 94931 |
| 76353285 | GROUP:LILI DESIGNS INC. | COTATI | CA | 94931 |
| 76353285 | Lili Butler Studio, Inc. | Cotati | CA | 94931 |
| 76353287 | Lili Butler Studio, Inc. | Cotati | | 94931 |
| 76395144 | EightStar Diamond Company, Inc. | Cotati | CA | 94931 |
| 76396304 | EightStar Diamond Company, Inc. | Cotati | CA | 94931 |
| 76507531 | Ibleto, Arturo | Cotati | | 94931 |

| | | | |
|---|---|---|---|
| 76537453 | Reliance Trailer Manufacturing | Cotati | CA | 94931 |
| 76643851 | DAVON, ERWAN | COTATI | CA | 94931 |
| 76643852 | DAVON, ERWAN | COTATI | CA | 94931 |
| 76700837 | SOMO Living, LLC | Cotati | CA | 94931 |
| 76702184 | SOMO LIVING, LLC | COTATI | CA | 94928 |
| 76718342 | Chouinard & Myhre, Inc. | Cotati | CA | 94931 |
| 77000300 | Windsor Holding Company | Cotati | CA | 94931 |
| 77000316 | Windsor Holding Company | Cotati | CA | 94931 |
| 77062876 | WINDSOR HOLDING COMPANY | Cotati | CA | 94931 |
| 77100644 | Making it Big, Inc. | Cotati | CA | 94931 |
| 77100644 | Making it Big, Inc. | Cotati | CA | 949313023 |
| 77108827 | Windsor Holding Company | Cotati | CA | 94931 |
| 77132875 | Making it Big, Inc. | Cotati | CA | 94931 |
| 77134790 | Deioma, David M. | Cotati | | 94931 |
| 77136722 | Dollar, Rachel | Cotati | | 94931 |
| 77143856 | HANCOCK, NEIL J | Cotati | CA | 94931 |
| 77180349 | Barefoot Motors, LLC | Cotati | | 94931 |
| 77201437 | Number Eight Lighting Company Incorpora | COTATI | CA | 94931 |
| 77201511 | Number Eight Lighting Company Incorpora | COTATI | CA | 94931 |
| 77215604 | Windsor Holding Company | Cotati | CA | 94931 |
| 77227945 | TrueLeaf Technologies | Cotati | | 94931 |
| 77235478 | Neary, Lynn L. | Cotati | CA | 94931 |
| 77278028 | CELLARPRO LLC | Cotati | CA | 94931 |
| 77327507 | Compass Lumber Products Inc. | Cotati | | 94931 |
| 77435715 | WNT INC. | Cotati | CA | 94931 |
| 77454315 | NEARY, LYNN L. | COTATI | CA | 94931 |
| 77454315 | LYNN L. NEARY | COTATI | | 94931 |
| 77478072 | David Deioma | Cotati | CA | 94931 |
| 77498035 | SEISMIC CYCLES LLC | COTATI | CA | 94931 |
| 77508978 | BioTherm Hydronic, Inc. | Cotati | CA | 95409 |
| 77514304 | Lynn L. Neary | Cotati | CA | 94931 |
| 77516503 | Animal Legal Defense Fund | Cotati | CA | 94931 |
| 77516505 | Animal Legal Defense Fund | Cotati | CA | 94931 |
| 77516507 | Animal Legal Defense Fund | Cotati | CA | 94931 |
| 77516508 | Animal Legal Defense Fund | Cotati | CA | 94931 |
| 77516510 | Animal Legal Defense Fund | Cotati | CA | 94931 |
| 77516515 | Animal Legal Defense Fund | Cotati | CA | 94931 |
| 77516517 | Animal Legal Defense Fund | Cotati | CA | 94931 |
| 77516521 | Animal Legal Defense Fund | Cotati | CA | 94931 |
| 77550747 | Sift: A Cupcakery LLC | Cotati | CA | 94931 |
| 77571938 | Pinter, James Richard | Cotati | | 94931 |
| 77622721 | Windsor Holding Company | Cotati | CA | 94931 |
| 77631546 | White, Byron | Cotati | CA | 94931 |

| | | | |
|---|---|---|---|
| 77639795 | White, Byron | Cotati | | 94931 |
| 77673002 | Animal Legal Defense Fund | Cotati | CA | 94931 |
| 77701466 | Shades Unlimited, Inc. | Cotati | CA | 94931 |
| 77736366 | Girls Circle Association | Cotati | CA | 94931 |
| 77737389 | Girls Circle Assocaition | Cotati | CA | 94931 |
| 77737423 | Girls Circle Association | Cotati | CA | 94931 |
| 77737645 | Planet One Products, Inc. | Cotati | CA | 94931 |
| 77739797 | BioResource Inc. | Cotati | CA | 94931 |
| 77748940 | Clark, Sherry A | Cotati | CA | 94931 |
| 77753094 | ProTransport-1, LLC | Cotati | CA | 94931 |
| 77790064 | Petaluma Dog Walkers | Cotati | CA | 94931 |
| 77830588 | BAla, GAry | Cotati | CA | 94931 |
| 77830588 | Chewnoodle | Cotati | CA | 94931 |
| 77830588 | Bala, Boualay, C | Cotati | CA | 94931 |
| 77830588 | Bala, Gary, C | Cotati | CA | 94931 |
| 77903834 | Gardner, Gilbert M. | Cotati | CA | 94931 |
| 77908332 | Shaded Unlimited, Inc. | Cotati | CA | 94931 |
| 77938036 | BioResource Inc. | Cotati | CA | 94931 |
| 77946470 | BioResource Inc. | Cotati | CA | 94931 |
| 78010824 | Outdoor Pro Shop, Inc. | Cotati | CA | 94931 |
| 78019566 | Neary, Lynn L. | Cotati | | 94931 |
| 78019780 | BioTherm Hydronic, Inc. | Cotati | CA | 94931 |
| 78022092 | Betty Lukens, Inc. | Cotati | | 94931 |
| 78050796 | BioTherm Hydronic, Inc. | Cotati | CA | 94931 |
| 78101790 | Xooka, Inc. | Cotati | CA | 94931 |
| 78117457 | SILVERNELL, LUMSDEN & HALE | Cotati | CA | 94931 |
| 78171342 | Redi Shade | Cotati | | 94931 |
| 78180646 | Shade, Redi | Cotati | | 94931 |
| 78180650 | Redi Shade | Cotati | | 94931 |
| 78191056 | GROUP: LILI DESIGNS INC. | COTATI | CA | 94931 |
| 78191056 | LILI BUTLER STUDIO INC. | Cotati | CA | 94931 |
| 78192641 | Michael Sheehan | Cotati | | 94931 |
| 78212414 | Redi Shade | Cotati | | 94931 |
| 78213829 | Lili Butler Studio Inc. | Cotati | CA | 94931 |
| 78213838 | Lili Butler Studio Inc. | Cotati | CA | 94931 |
| 78213845 | Lili Butler Studio Inc. | Cotati | CA | 94931 |
| 78213851 | Lili Butler Studio Inc. | Cotati | CA | 94931 |
| 78213856 | Lili Butler Studio Inc. | Cotati | CA | 94931 |
| 78228220 | PLANET ONE PRODUCTS | COTATI | CA | 94931 |
| 78241848 | Bonnie Fox | Cotati | | 94931 |
| 78246430 | Bilberry, Steve | Cotati | | 94931 |
| 78246430 | Millard, Michael | Cotati | | 94931 |
| 78257212 | Neary, Lynn L. | Cotati | CA | 94931 |

| | | | |
|---|---|---|---|
| 78263494 | Nannette Barich Hinch | Cotati | | 94931 |
| 78263494 | George Edward Barich | Cotati | | 94931 |
| 78285865 | TrueLeaf Technologies | Cotati | | 94931 |
| 78298206 | Making It Big | Cotati | CA | 949313062 |
| 78377136 | Shades Unlimited, Inc. | Cotati | CA | 94931 |
| 78399571 | Miller, Jeremiah M. | Cotati | | 94931 |
| 78405203 | SpamLion, Inc. | Cotati | | 949310549 |
| 78417694 | Shades Unlimited, Inc. | Cotati | | 94931 |
| 78417699 | Shades Unlimited, Inc. | Cotati | CA | 94931 |
| 78418489 | Hinch, Nannette B | Cotati | | 94931 |
| 78428483 | Shades Unlimited, Inc. | Cotati | CA | 94931 |
| 78428490 | Shades Unlimited, Inc. | Cotati | CA | 94931 |
| 78431856 | Shades Unlimited, Inc. | Cotati | | 94931 |
| 78435296 | Shades Unlimited, Inc. | Cotati | CA | 94931 |
| 78435781 | Riggs, Cynthia L. | Cotati | CA | 94931 |
| 78566799 | De Channes De Jouvancourt, Andre, H. | Cotati | CA | 94931 |
| 78568695 | Sonoma Gourmet, Inc. | Cotati | CA | 94931 |
| 78626076 | Hinch, Nannette Barich | Cotati | CA | 94931 |
| 78626095 | Nannette Barich Hinch | Cotati | CA | 94931 |
| 78626106 | Hinch, Nannette Barich | Cotati | CA | 94931 |
| 78635533 | Moore-Lange, Inc. | Cotati | CA | 94109 |
| 78653449 | Shades Unlimited, Inc. | Cotati | CA | 94972 |
| 78653465 | Shades Unlimited, Inc. | Cotati | CA | 94972 |
| 78653471 | Shades Unlimited, Inc. | Cotati | CA | 94931 |
| 78756563 | SHADES UNLIMITED, INC. | COTATI | CA | 94931 |
| 78756570 | SHADES UNLIMITED, INC. | COTATI | CA | 94931 |
| 78756624 | SHADES UNLIMITED, INC. | COTATI | CA | 94931 |
| 78763494 | SHADES UNLIMITED, INC. | COTATI | CA | 94931 |
| 78786472 | Shades Unlimited, Inc. | Cotati | CA | 94931 |
| 78790167 | Shades Unlimited, Inc. | Cotati | CA | 94931 |
| 78881157 | J28 DESIGN, INC. | COTATI | CA | 94931 |
| 78926214 | Ibleto, Arturo | Cotati | CA | 94931 |
| 85009508 | CLODI L.L.C. | Cotati | CA | 94931 |
| 85018410 | KASSANDRA NEARY | Cotati | CA | 94931 |
| 85038306 | BioResource Inc. | Cotati | CA | 94931 |
| 85068145 | Volagi, LLC/DBA Volagi Cycles | COTATI | CA | 949318707 |
| 85068145 | VOJAGI, LLC/DBA VOLAGI CYCLES | COTATI | CA | 949318707 |
| 85068160 | Volagi, LLC/DBA Volagi Cycles | COTATI | CA | 949318707 |
| 85068160 | Volagi, LLC/Volagi Cycles | COTATI | CA | 949318707 |
| 85068160 | VOJAGI, LLC/DBA VOLAGI CYCLES | COTATI | CA | 949318707 |
| 85068168 | VOJAGI, LLC/DBA VOLAGI CYCLES | COTATI | CA | 949318707 |
| 85068168 | VOLAGI, LLC/DBA VOLAGI CYCLES | COTATI | CA | 949318707 |
| 85094317 | Shades Unlimited, Inc. | Cotati | CA | 94931 |

| | | | |
|---|---|---|---|
| 85126202 | Alton, Elisha A | Cotati | CA | 94931 |
| 85126202 | McCaslin, Elizabeth L | Cotati | CA | 94931 |
| 85126202 | Wheeler, Trevor A | Cotati | CA | 94931 |
| 85126216 | McClaslin, Elizabeth L | Cotati | CA | 94931 |
| 85126216 | Alton, Elisha A | Cotati | CA | 94931 |
| 85126216 | McCaslin, Elizabeth L | Cotati | CA | 94931 |
| 85126216 | Wheeler, Trevor A | Cotati | CA | 94931 |
| 85131776 | SUNTOPIA, INC. | COTATI | CA | 94931 |
| 85132400 | VOLAGI, LLC/DBA VOLAGI CYCLES | COTATI | CA | 949318707 |
| 85132400 | VOJAGI, LLC/DBA VOLAGI CYCLES | COTATI | CA | 949318707 |
| 85132543 | VOJAGI, LLC/DBA VOLAGI CYCLES | COTATI | CA | 949318707 |
| 85132543 | VOLAGI, LLC/DBA VOLAGI CYCLES | COTATI | CA | 949318707 |
| 85132733 | VOLAGI, LLC/DBA VOLAGI CYCLES | COTATI | CA | 949318707 |
| 85132733 | VOJAGI, LLC/DBA VOLAGI CYCLES | COTATI | CA | 949318707 |
| 85132920 | VOLAGI, LLC/DBA VOLAGI CYCLES | COTATI | CA | 949318707 |
| 85132920 | VOJAGI, LLC/DBA VOLAGI CYCLES | COTATI | CA | 949318707 |
| 85140616 | Sift: A Cupcakery LLC | Cotati | CA | 94931 |
| 85146909 | Suntopia, Inc. | COTATI | CA | 94931 |
| 85148082 | Suntopia, Inc. | COTATI | CA | 94931 |
| 85208896 | VOLAGI, LLC/DBA VOLAGI CYCLES | COTATI | CA | 949318707 |
| 85208896 | VOJAGI, LLC/DBA VOLAGI CYCLES | COTATI | CA | 949318707 |
| 85302496 | J28 Design, Inc. | Cotati | CA | 94931 |
| 85316915 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 85316922 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 85316926 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 85316932 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 85316939 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 85316945 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 85316959 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 85317223 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 85317231 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 85317476 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 85317480 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 85317488 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 85317493 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 85318387 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 85328620 | Sift Cupcake & Dessert | Cotati | CA | 94931 |
| 85358204 | Integrated Transport Solutions, LLC | Cotati | CA | 94931 |
| 85358223 | Integrated Transport Solutions, LLC | Cotati | CA | 94931 |
| 85358237 | Integrated Transport Solutions, LLC | Cotati | CA | 94931 |
| 85380488 | Gargiulo, Joe | Cotati | CA | 94931 |
| 85382809 | Girls Circle Association/Tides | Cotati | CA | 94931 |
| 85386345 | Greg Porter Karraker | Cotati | CA | 94931 |

| | | | |
|---|---|---|---|
| 85416184 | Girls Circle Association/Tides | Cotati | CA | 94931 |
| 85431457 | Christopher W Reamer | Cotati | CA | 94931 |
| 85453975 | BioTherm Hydronic, Inc. | Cotati | CA | 94931 |
| 85486300 | Integrated Transport Solutions, LLC | Cotati | CA | 94931 |
| 85486321 | Integrated Transport Solutions, LLC | Cotati | CA | 94931 |
| 85486336 | Integrated Transport Solutions, LLC | Cotati | CA | 94931 |
| 85486345 | Integrated Transport Solutions, LLC | Cotati | CA | 94931 |
| 85577036 | Volagi LLC | Cotati | CA | 94931 |
| 85581577 | Noah, Brian S | Cotati | CA | 94931 |
| 85589293 | David Deioma | Cotati | CA | 94931 |
| 85590585 | Serrano, Eddie | Cotati | CA | 94931 |
| 85626347 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 85653290 | Shades Unlimited, Inc. | Cotati | CA | 94931 |
| 85663460 | Volagi LLC | Cotati | CA | 94931 |
| 85739354 | BERETTA, STEVE | COTATI | CA | 94931 |
| 85784630 | ROI Pop, Inc. | Cotati | CA | 94931 |
| 85785352 | Volagi LLC | Cotati | CA | 94931 |
| 85858411 | Sift Cupcake & Dessert Bar | Cotati | CA | 94931 |
| 85892426 | Eterovich, Justin E | Cotati | CA | 94931 |
| 85976603 | Volagi, LLC/DBA Volagi Cycles | COTATI | CA | 949318707 |
| 85976603 | Volagi, LLC | COTATI | CA | 949318707 |
| 85976603 | VOJAGI, LLC/DBA VOLAGI CYCLES | COTATI | CA | 949318707 |
| 85976627 | Volagi, LLC/Volagi Cycles | COTATI | CA | 949318707 |
| 85976627 | Volagi, LLC/DBA Volagi Cycles | COTATI | CA | 949318707 |
| 86027221 | Clay, James | Cotati | CA | 94931 |
| 86042640 | DNB Tools, INC. | Cotati | CA | 94931 |
| 86054098 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 86079597 | No. 8 Lighting Company | Cotati | CA | 94931 |
| 86083211 | Treats For Chickens, LLC | Cotati | CA | 94931 |
| 86083227 | Treats For Chickens, LLC | Cotati | CA | 94931 |
| 86112489 | Holmstrom, Charlies | Cotati | CA | 95409 |
| 86112490 | Holmstrom, Charlies | Cotati | CA | 95409 |
| 86112493 | Holmstrom, Charlies | Cotati | CA | 95409 |
| 86112494 | Holmstrom, Charlies | Cotati | CA | 95409 |
| 86112497 | Holmstrom, Charlies | Cotati | CA | 95409 |
| 86112499 | Holmstrom, Charlies | Cotati | CA | 95409 |
| 86112502 | Holmstrom, Charlies | Cotati | CA | 95409 |
| 86112503 | Holmstrom, Charlies | Cotati | CA | 95409 |
| 86133692 | Holmstrom, Charlies | Cotati | CA | 95409 |
| 86140010 | Treats For Chickens, LLC | Cotati | CA | 94931 |
| 86140013 | Treats For Chickens, LLC | Cotati | CA | 94931 |
| 86175954 | Windsor Holding Company | Cotati | CA | 94931 |
| 86176629 | Windsor Holding Company | Cotati | CA | 94931 |

| | | | |
|---|---|---|---|
| 86199629 | Ibleto, Arturo | Cotati | CA | 94931 |
| 86219397 | Revenate Corporation | Cotati | CA | 94931 |
| 86221313 | Jay Shafer's Jay Shafer's Tiny House Compa | COTATI | CA | 94931 |
| 86221331 | Jay Shafer's Jay Shafer's Tiny House Compa | COTATI | CA | 94931 |
| 86228256 | Jay Shafer's Jay Shafer's Tiny House Compa | COTATI | CA | 94931 |
| 86228282 | Jay Shafer's Jay Shafer's Tiny House Compa | COTATI | CA | 94931 |
| 86288663 | Treats For Chickens, LLC | Cotati | CA | 94931 |
| 86290797 | Buddhafull Creations, Inc. | Cotati | CA | 94931 |
| 86301254 | J28 Design, Inc. | Cotati | CA | 94931 |
| 86390117 | 707 Brewing Company LLC | Cotati | CA | 94931 |
| 86390268 | Comora, Louise | Cotati | CA | 94931 |
| 86472427 | Outdoor Pro Shop Inc | Cotati | CA | 94931 |
| 86481638 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 86497294 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 86499492 | Bud's Custom Meats | Cotati | CA | 94931 |
| 86566958 | 707 Brewing Company LLC | Cotati | CA | 94931 |
| 86684998 | Petersen, Gary | Cotati | CA | 94931 |
| 86692613 | Treats For Chickens, LLC | Cotati | CA | 94931 |
| 86693134 | Number Eight Lighting Company Incorpora | Cotati | CA | 94931 |
| 86729261 | 707 Brewing Company LLC | Cotati | CA | 94931 |
| 86762460 | Treats For Chickens, LLC | Cotati | CA | 94931 |
| 86764142 | Treats For Chickens, LLC | Cotati | CA | 94931 |
| 86764148 | Treats For Chickens, LLC | Cotati | CA | 94931 |
| 86779140 | Making it Big, Inc. | Cotati | CA | 94931 |
| 86779146 | Making it Big, Inc. | Cotati | CA | 94931 |
| 86947250 | SHADES UNLIMITED, INC. | COTATI | CA | 94931 |
| 86960425 | SHADES UNLIMITED, INC. | COTATI | CA | 94931 |
| 86971692 | PT-1 Holdings, LLC | Cotati | CA | 94931 |
| 87044530 | Sherry A. Clark | Cotati | CA | 94931 |
| 87049294 | Mattis, Timothy J. | Cotati | CA | 94931 |
| 87090150 | SHADES UNLIMITED, INC. | COTATI | CA | 94931 |
| 87142510 | Treats for Chickens, LLC | Cotati | CA | 94931 |
| 87183107 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 87225787 | Wilhelmsen Barrel Racks LLC | Cotati | CA | 94931 |
| 87297645 | Shades Unlimited, Inc. | Cotati | CA | 94931 |
| 87308036 | BCOY 126 LLC | Cotati | CA | 94931 |
| 87376314 | Cruz, Reynaldo | Cotati | CA | 94931 |
| 87380886 | Mattis, Timothy J. | Cotati | CA | 94931 |
| 87380886 | Mattis, Kimberly A | Cotati | CA | 94931 |
| 87408815 | Elevated Compliance & Management, Inc. | Cotati | CA | 94931 |
| 87408818 | Elevated Compliance & Management, Inc. | Cotati | CA | 94931 |
| 87408819 | Elevated Compliance & Management, Inc. | Cotati | CA | 94931 |
| 87408823 | Elevated Compliance & Management, Inc. | Cotati | CA | 94931 |

| | | | |
|---|---|---|---|
| 87408827 | Elevated Compliance & Management, Inc. | Cotati | CA | 94931 |
| 87408834 | Elevated Compliance & Management, Inc. | Cotati | CA | 94931 |
| 87408837 | Elevated Compliance & Management, Inc. | Cotati | CA | 94931 |
| 87417823 | Mattis, Kimberly A. | Cotati | CA | 94931 |
| 87417823 | Mattis, Timothy J. | Cotati | CA | 94931 |
| 87422277 | Toomey Graphics LLC | Cotati | CA | 94931 |
| 87450584 | Soiland Co., Inc. | Cotati | CA | 94931 |
| 87461321 | Katz, Eranel | Cotati | CA | 94931 |
| 87524423 | Himalayan Vegan Organic | Cotati | CA | 94931 |
| 87542859 | Serrano, Eddie | Cotati | CA | 94931 |
| 87549719 | CRIME TIPLINE | Cotati | CA | 94931 |
| 87549774 | CRIME TIPLINE | Cotati | CA | 94931 |
| 87565491 | Serrano, Eddie | Cotati | CA | 94931 |
| 87565605 | Serrano, Eddie | Cotati | CA | 94931 |
| 87585235 | Shades Unlimited, Inc. | Cotati | CA | 94931 |
| 87590772 | Shades Unlimited, Inc. | Cotati | CA | 94931 |
| 87590795 | Shades Unlimited, Inc. | Cotati | CA | 94931 |
| 87591828 | Shades Unlimited, Inc. | Cotati | CA | 94931 |
| 87592315 | Function Nutrition, LLC | Cotati | CA | 94931 |
| 87668197 | Mudroom Backpacks, Inc. | Cotati | CA | 94931 |
| 87721405 | Shades Unlimited, Inc. | Cotati | CA | 94931 |
| 87724642 | DNB Tools, Inc. | Cotati | CA | 94931 |
| 87724667 | DNB Tools, Inc. | Cotati | CA | 94931 |
| 87726270 | DNB Tools, Inc. | Cotati | CA | 94931 |
| 87759212 | Toomey Graphics LLC | Cotati | CA | 94931 |
| 87759921 | Benjamin Sarrazin | Cotati | CA | 94931 |
| 87762442 | ReGroup, LLC | Cotati | CA | 94931 |
| 87772986 | Shades Unlimited, Inc. | Cotati | CA | 94931 |
| 87799538 | Soiland Company, Inc. | Cotati | CA | 94931 |
| 87801448 | Eddie Serrano | Cotati | CA | 94931 |
| 87801462 | Eddie Serrano | Cotati | CA | 94931 |
| 87820113 | Karraker, Greg Porter | Cotati | CA | 94931 |
| 87840492 | Wilhelmsen Industries, LLC | Cotati | CA | 94931 |
| 87882197 | Eterovich Justin | Cotati | CA | 94931 |
| 87882213 | Eterovich Justin | Cotati | CA | 94931 |
| 87882223 | Eterovich Justin | Cotati | CA | 94931 |
| 87910555 | Eterovich Justin | Cotati | CA | 94931 |
| 88045400 | Eterovich Justin | Cotati | CA | 94931 |
| 88048365 | Robinson, Martin | Cotati | CA | 94931 |

# EXHIBIT 33-F

Google

cotati

All    Maps    News    Images    More                    Settings    Tools

About 265 results (0.15 seconds)

### Latch for automobile doors ✓

www.google.com/patents/US1525981
Grant · Filed Nov 16, 1923 · Issued Feb 10, 1925 · Elmer J Chadwick · Elmer J Chadwick
... Cotati ...
Overview · Related · Discuss

### Vehicle-spring. ✓

www.google.com/patents/US1214246
Grant · Filed Mar 27, 1916 · Issued Jan 30, 1917 · James F Welch · James F Welch
Be it known that I, JAMES F. INnnori, a citizen of the United States, residing at Cotati, in the
county of Sonoma and State of California, have invented new and ...
Overview · Related · Discuss

### Fireplace ✓

www.google.com/patents/US3190279
Grant · Filed Jan 22, 1962 · Issued Jun 22, 1965 · Davis George G · Davis George G
1962 INVENTOR iaea! m//s United States Patent O 3,1%,279 FREPLCE George G. Davis, 490
Highland Ave., Cotati, Calif. Fiied Elan. 22, 1962, er. No. 167,551 ...
Overview · Related · Discuss

### Horse-breaking apparatus ✓

www.google.com/patents/US545228
Grant · Filed Apr 22, 1796 · Issued Aug 27, 1895 · John W. Green
GREEN, OF COTATI, CALIFORNIA. HORSE-BREAKING APPARATUS. $PECIFICATION forming
part of Letters Patent No. 545,228, dated August 27, 1895.
Overview · Related · Discuss

### Improved caulking gun ✓

www.google.com/patents/EP1651545B1?cl=en
Grant · Filed Aug 2, 2004 · Issued Dec 14, 2011 · Danny Rumrill · Danny Rumrill
... COTATI ...
Overview · Related · Discuss

### Recycled suppressor regenerants ✓

www.google.com/patents/US7473354
Grant · Filed Sep 16, 2005 · Issued Jan 6, 2009 · Yan Liu · Dionex Corporation
A Rheodyne PEEK high-pressure injection valve (Cotati, Calif.) was used for injection of
samples. The capillary anion separation column was prepared by ...
Overview · Related · Discuss

### Workstation for containing organic and inorganic vapor contaminants ✓

www.google.com/patents/US6471579
Grant · Filed Feb 14, 2000 · Issued Oct 29, 2002 · Mary Jane Blackshear · Mary Jane
Blackshear
... Cotati ...
Overview · Related · Discuss

### Systems and Methods for Facilitating Transactions Between a Seeker ... ✓

www.google.com/patents/US20130339168
App. · Filed Jun 5, 2013 · Published Dec 19, 2013 · Keith T. White · Keith T. White
Each Provider's Locale is compared to the rendezvous location—Cotati—to determine if a
given Provider is proximate. A set of proximate Providers is figured ...
Overview · Related · Discuss

### Valve device ✓

www.google.com/patents/EP0409522A2?cl=en
App. · Filed Jul 16, 1990 · Published Jan 23, 1991 · Andre Nohl · Spectra-Physics Inc.
... liquid chromatography (HPLC) apparatus. One example of the this type of valve is the
Rheodyne 7010 valve, commercially supplied by Rheodyne of Cotati, ...
Overview · Related · Discuss

### Reversible ratchet socket wrench head ✓



www.google.com/patents/US2993396
Grant - Filed May 20, 1960 - Issued Jul 25, 1961 · Charles A Davis · Charles A Davis
... Cotati ...
Overview · Related · Discuss

### Method for flow field flow fractionation ✅



www.google.com/patents/US5160625
Grant - Filed Dec 6, 1991 - Issued Nov 3, 1992 · Jan A. Jonsson · Pharmacia Lkb
Biotechnology Ab
... Cotati ...
Overview · Related · Discuss

### Plastic extruder with automatic shut-off valve ✅

App. - Filed Oct 23, 1992 - Published May 9, 1993 · Michael F. Durina · Michael F. Durina
... cotati ...
Overview · Related · Discuss

### Vehicle emergency brake ✅



www.google.com/patents/US3276551
Grant - Filed May 18, 1964 - Issued Oct 4, 1966 · Arnold A Buletti · Arnold A Buletti
... Cotati ...
Overview · Related · Discuss

### Immobilized cofactor-dependent enzymes ✅



www.google.com/patents/US5807926
Grant - Filed Oct 11, 1996 - Issued Sep 15, 1998 · Irving W. Wainer · Mcgill University
... Analytical, Ramsey, N.Y., USA) a Rheodyne 7125 injector with a 20 µl sample loop
(Rheodyne, Cotati, Calif., USA), and HLADH immobilized within the IAM.
Overview · Related · Discuss

### Verwendung von pflanzenfasern mit feiner korngrösse für die ... 

www.google.com/patents/DE602005002233T2?cl=en
Grant - Filed Jan 6, 2005 - Issued May 21, 2008 · Nabilla Aoudia · Realdyme
... sold by the company Norwalk (USA) with an injection loop of 50 ul distributed by the
company Cotati (USA) under the name Rheodyne ®, equipped with a C ...
Overview · Related · Discuss

### Use Of Vegetable Fine Grain Sized Fibers For Preparing A Nutritional ... ✅



www.google.com/patents/US20110070328
App. - Filed Dec 1, 2010 - Published Mar 24, 2011 · Emmanuel Kossi Tangni · Realdyme
isocratic system pump: Perkin Elmer LC049 (Norwalk, Conn., United States), with a 50 µl
injection loop (Rheodyne, Cotati, Calif., United States);; column: C18 of ...
Overview · Related · Discuss

### Use of vegetable fine grain sized fibres for preparing a nutritional ... ✅



www.google.com/patents/EP1711071B1?cl=en
Grant - Filed Jan 6, 2005 - Issued Aug 29, 2007 · Emmanuel Kossi Tangni · Realdyme
... sold by the company Norwalk (USA) with an injection loop 50 .mu.l sold under the name
Rheodyne® by Cotati company (USA), equipped with a column C 18 ...
Overview · Related · Discuss

### Novel water soluble furoxan derivatives having antitumor activity ✅

www.google.com/patents/WO2011104671A1?cl=en
App. - Filed Feb 23, 2011 - Published Sep 1, 2011 · Antonella Viola · Humanitas Mirasole
S.P.A.
The injection volume was 20 µl (Rheodyne, Cotati, CA) . The effluent from column was
monitored at 226 nm (for the compound MC526 and for CAS 1609) and at ...
Overview · Related · Discuss

### Method for the hydrolysis of starchy materials by sweetpotato ... ✅

www.google.com/patents/US5525154
Grant - Filed Nov 4, 1994 - Issued Jun 11, 1996 · Vital Hagenimana · Universite Laval
... Cotati ...
Overview · Related · Discuss

### Internal-external sample injector ✅



www.google.com/patents/US5207109
Grant - Filed Feb 7, 1991 - Issued May 4, 1993 · Kristine Olsen · Rheodyne, Inc.



... COTATI. Free format text: ASSIGNMENT OF ASSIGNORS INTEREST.;ASSIGNOR:OLSEN,
KRISTINE;REEL/FRAME:005615/0054.

Overview · Related · Discuss

### Method of combining wastewater treatment and power generation ... 


www.google.com/patents/US6862886
Grant · Filed Jul 23, 2002 · Issued Mar 8, 2005 · Leonard L. Stewart · Leonard L. Stewart
... **Cotati** ...

Overview · Related · Discuss

### High throughput size-exclusive method of screening complex ...

www.google.com/patents/EP1151301A1?cl=en
App. · Filed Feb 11, 2000 · Published Nov 7, 2001 · Yuriy M. Dunayevskiy · Cetek Corporation
Samples are introduced through a Rheodyne Model 7125 injector (**Cotati**, CA, USA) with a 10
µL external loop. The sample injection volumes are generally ...

Overview · Related · Discuss

### Method of combining wastewater treatment and power generation ...


www.google.com/patents/US20010022085
App. · Filed Apr 17, 2001 · Published Sep 20, 2001 · Leonard Stewart · Stewart Leonard L.
... **Cotati** ...

Overview · Related · Discuss

### Novel enzymes and metabolites involved in skatole metabolism


www.google.com/patents/US20020197663
App. · Filed Jul 29, 2002 · Published Dec 26, 2002 · E. Squires · University Of Guelph
The eluent passed through a sample injection valve (Rheodyne 7010 (Rheodyne, **Cotati**, Calif.,
USA), to an atmospheric pressure chemical ionization (APCI) ...

Overview · Related · Discuss

### Novel enzymes and metabolites involved in skatole metabolism


www.google.com/patents/EP1218534B1?cl=en
Grant · Filed Sep 29, 2000 · Issued Jul 4, 2007 · E. James Squires · University Of Guelph
The eluent passed through a sample injection valve (Rheodyne 7010 (Rheodyne, **Cotati**, CA,
USA), to an atmospheric pressure chemical ionization (APCI) ...

Overview · Related · Discuss

### Immobilized enzyme and its fabrication method and reaction system


www.google.com/patents/US20140120600
App. · Filed Nov 29, 2012 · Published May 1, 2014 · Chean-Yeh Cheng · Chung Yuan Christian
University
... which consists of a mobile phase delivery pump (Jasco PU-1580, Tokyo, Japan), an
injection valve with a 20 µL sampling loop (Rheodyne 7125, **Cotati**, Calif.

Overview · Related · Discuss

### Antagonists of RF-amide neuropeptides


www.google.com/patents/US6960574
Grant · Filed Mar 17, 2004 · Issued Nov 1, 2005 · Laszlo Prokai · University Of Florida
RP-HPLC purification was done on a system composed of an SP 200 binary gradient pump
(ThermoSeparation), a Rheodyne (**Cotati**, Calif.) model 7125 injector ...

Overview · Related · Discuss

### Enzymes and metabolites involved in skatole metabolism


www.google.com/patents/US6448028
Grant · Filed Sep 29, 2000 · Issued Sep 10, 2002 · E. James Squires · University Of Guelph
... **Cotati** ...

Overview · Related · Discuss

### Field portable liquid chromatographic system


www.google.com/patents/EP0600213A1?cl=en
App. · Filed Oct 22, 1993 · Published Jun 8, 1994 · David Michael Johnson · E.I. Du Pont De
Nemours And Company
An injector valve utilized with the present invention is model 7125, available from Rheodyne,
Inc., of **Cotati**, California. Injector valve 84 is equipped with a ...

Overview · Related · Discuss

### Concentric micro-nebulizer for direct sample insertion

www.google.com/patents/US4575609
Grant · Filed Mar 6, 1984 · Issued Mar 11, 1986 · Velmer A. Fassel · The United States Of
America As Represented By The United States Department Of Energy

### Process for the separation of sugars ✅
www.google.com/patents/WO2000042225A1?cl=en
App. - Filed Dec 22, 1999 - Published Jul 20, 2000 - Michael Saska - Board Of Supervisors Of
Louisiana State Universityand Agricultural And Mechanical College
... solution of two or more sugars or a purified biomass hydrolysate - was injected at the top
of the column with a rotary valve injector (Rheodyne, Inc., **Cotati**, CA).
Overview · Related · Discuss

### Mutated cellobiose dehydrogenase with increased substrate specificity ✅
www.google.com/patents/WO2013131942A2?cl=en
App. - Filed Mar 6, 2013 - Published Sep 12, 2013 - Roland Ludwig - Universität Für
Bodenkultur Wien
The injector was a mechanically controlled six-port valve (Rheodyne, **Cotati**, CA, USA), and
the injection loop volume was 20 yL . The enzyme, CDH, was ...
Overview · Related · Discuss

### Power control device and assembly ✅

www.google.com/patents/US8350648
Grant - Filed Jun 25, 2010 - Issued Jan 8, 2013 - Gus Cueto - Gus Cueto
Relay 621 is a latching relay manufactured by KG Technologies, **Cotati**, Calif. (USA), part
number K110-4/24-ZOT-L2-0. The preferred latching relay includes a ...
Overview · Related · Discuss

### Size-exclusion-based extraction of affinity ligands and active ... ✅

www.google.com/patents/US7179592
Grant - Filed Aug 1, 2001 - Issued Feb 20, 2007 - Yuriy M. Dunayevskiy - Cetek Corporation
... **Cotati** ...
Overview · Related · Discuss

### Modular approach to on-line synthesis, drug discovery and ... ✅
www.google.com/patents/EP1290133A1?cl=en
App. - Filed May 28, 2001 - Published Mar 12, 2003 - Nektaria Markoglou - McGill University
... pump (ThermoQuest, San Jose, CA, USA), a Rheodyne 7125 injector with a 100 µl sample
loop (Rheodyne, **Cotati**, CA,USA), and the DBH-IMER of interest.
Overview · Related · Discuss

### Biological method for detoxication of a liquid food medium ✅
www.google.com/patents/WO2005007794A1?cl=en
App. - Filed Jul 15, 2004 - Published Jan 27, 2005 - Emmanuel Kossi Tangni - Realdyme
... sold under the name R eodyne® by **Cotati** company (USA), equipped with column Cj ...
Overview · Related · Discuss

### High performance liquid chromatography method and apparatus ✅

www.google.com/patents/US5795469
Grant - Filed Jan 21, 1997 - Issued Aug 18, 1998 - Hubert M. Quinn - Cohesive Technologies,
Inc.
... 3725-038 manual injectors available from Rheodyne Incorporated of **Cotati**, Calif., Model
E-45 automatic injectors available from Valco Instrument Company, ...
Overview · Related · Discuss

### Alkyl ether modified polycyclic compounds having a terminal phenol ... ✅

www.google.com/patents/US20020035100
App. - Filed Jun 27, 2001 - Published Mar 21, 2002 - Laszlo Prokai - Laszlo Prokai
... chromatography was performed on a Thermo Separation/SpectraPhysics (Fremont,
Calif.) system consisting of an SP8810 isocratic pump, a Rheodyne (**Cotati** ...
Overview · Related · Discuss

### Mutated cellobiose dehydrogenase with increased substrate specificity ✅
www.google.com/patents/EP2636733A1?cl=en
App. - Filed Mar 8, 2012 - Published Sep 11, 2013 - Roland Ludwig - Universität Für
Bodenkultur Wien
The injector was a mechanically controlled six-port valve (Rheodyne, **Cotati**, CA, USA), and
the injection loop volume was 20 µL. The enzyme, CDH, was ...
Overview · Related · Discuss

### Biological method for detoxication of a liquid food medium ✅
www.google.com/patents/EP1651748B1?cl=en · Translate this page



Grant · Filed Jul 15, 2004 · Issued Aug 20, 2008 · Emmanuel Kossi Tangni · Realdyme
... the company Norwalk (USA) with an injection loop 50 .mu.l sold under the name
Rheodyne ® by the company **Cotati** (USA), equipped with a ...

Overview · Related · Discuss

### High performance liquid chromatography method and apparatus ✅
www.google.com/patents/US5968367
Grant · Filed Jan 7, 1998 · Issued Oct 19, 1999 · Hubert M. Quinn · Cohesive Technologies, Inc.
... 3725-038 manual injectors available from Rheodyne Incorporated of **Cotati**, Calif., Model
E-45 automatic injectors available from Valco Instrument Company, ...

Overview · Related · Discuss

### Loading microcolums for the separation of analytes from a sample in ... ✅
www.google.com/patents/US6500671
Grant · Filed Feb 5, 2001 · Issued Dec 31, 2002 · David S. Hage · The Board Of Regents Of
The University Of Nebraska
... **Cotati** ...

Overview · Related · Discuss

### Materials and methods for the detection of trace amounts of ... ✅
www.google.com/patents/US9772338
Grant · Filed Oct 20, 2016 · Issued Sep 26, 2017 · Abuzar Kabir · The Florida International
University Board Of Trustees
The sample was injected via a Rheodyne 7125 injection valve (Rheodyne, **Cotati**, Calif., USA).
UV Detection was achieved at a sensitivity setting of 0.0005 ...

Overview · Related · Discuss

### Membrane suppressor with an outlet substantially non-retentive for ... ✅
www.google.com/patents/US20080069731
App. · Filed Sep 19, 2006 · Published Mar 20, 2008 · Yan Liu · Dionex Corporation
A Rheodyne six-port PEEK high-pressure injection valve (**Cotati**, Calif.) was used for injection
of samples. The capillary anion separation column was prepared ...

Overview · Related · Discuss

### Continuous-flow enzyme assay with mass spectrometry detection ✅
www.google.com/patents/EP1511849B1?cl=en
Grant · Filed May 30, 2003 · Issued Aug 23, 2006 · Hubertus Irth · Kiadis B.V.
A Gilson (Middleton, WI, USA) model 234 autoinjector, equipped with a Rheodyne (**Cotati**, CA,
USA) six-port injection valve, was used to inject compounds.

Overview · Related · Discuss

### Green fluorescent protein ✅
www.google.com/patents/US6509161
Grant · Filed Feb 29, 2000 · Issued Jan 21, 2003 · Michael Gordon Barker · Gentronix Limited
... into a suitable carrier stream flowing through the fluorescence flow cell 2 by means of a
rotary injection valve (Type 50, Rheodyne Inc., **Cotati**, Calif., USA).

Overview · Related · Discuss

### Sampling valve useful in liquid chromatography ✅
www.google.com/patents/US4393726
Grant · Filed Sep 23, 1981 · Issued Jul 19, 1983 · Rolf Tamm · Bodenseewerk Perkin-Elmer &
Co. Gmbh
... **Cotati**, Calif. 94928, 2/81, 4 pages. *. Operating Instructions for Model 7125 Syringe
Loading Sample Injector, Rheodyne Inc., Box 966, **Cotati** ...

Overview · Related · Discuss

### Water soluble prodrugs of secondary and tertiary amine containing ... ✅
www.google.com/patents/WO1999033846A2?cl=en
App. · Filed Dec 30, 1998 · Published Jul 8, 1999 · Valentino Stella · The University Of Kansas
The HPLC system consisted of a Shimadzu LC-6A pump (Kyoto, Japan), a Rheodyne 7125
injector (**Cotati**, CA) , a Shimadzu RF-535 Fluorescence HPLC ...

Overview · Related · Discuss

### Restricted access media and methods for making restricted access media
✅
www.google.com/patents/US8586318
Grant · Filed Aug 14, 2012 · Issued Nov 19, 2013 · David S. Hage · Board Of Regents Of The
University Of Nebraska
... as the ligand binding agent molecule and control columns were packed using a Shimadzu
LC-10AT pump and a Rheodyne 710 six-port valve (**Cotati**, Calif.).

Overview · Related · Discuss

### Adjustable therapy chair ✅

www.google.com/patents/US5401078
Grant - Filed Jun 3, 1992 - Issued Mar 28, 1995 - Linda A. Riach - Oakworks, Inc.
The Dolphin Massage Chair, Pisces Productions, P.O. Box 208, **Cotati**, California 94931. *.
The High Touch Massage Chair, Living Touch Crafts, 600 East Todd ...
Overview · Related · Discuss

### Method for producing shikimic acid ✅

www.google.com/patents/US6436664
Grant - Filed Mar 21, 2000 - Issued Aug 20, 2002 - Yurgis Antanas Vladovich Iomantas -
Ajinomoto Co., Inc.
... Milford, USA) and model 7010 injector with 1 µl internal sample loop (Rheodyne, **Cotati**,
USA). All the separations was carried out on reversed phase (C18) ...
Overview · Related · Discuss

### Anoectochilus SPP. polysaccharide extracts for stimulating growth of ... ✅

www.google.com/patents/US20110082103
App. - Filed Mar 1, 2010 - Published Apr 7, 2011 - Wen-Chuan Lin - China Medical University
... **Cotati** ...
Overview · Related · Discuss

### Tissue specific prodrug ✅
www.google.com/patents/WO2001093861A1?cl=en
App. - Filed Jul 28, 2000 - Published Dec 13, 2001 - John T. Isaacs - The John Hopkins
University
... of a dual-pump (Model 126, Beckman Instruments, Columbia, MD) with a manual injection
valve (Rheodyne, **Cotati**, CA) fitted with a 1 ml injection loop.
Overview · Related · Discuss

### Capillary ion chromatography ✅

www.google.com/patents/US9283495
Grant - Filed Mar 6, 2013 - Issued Mar 15, 2016 - Yan Liu - Dionex Corporation
... **Cotati** ...
Overview · Related · Discuss

### New no-donor aspirin derivatives ✅

www.google.com/patents/US20100210694
App. - Filed Sep 3, 2008 - Published Aug 19, 2010 - Roberta Fruttero - Nicox S.A.
... **Cotati** ...
Overview · Related · Discuss

### Method for detecting aflatoxin in almonds ✅

www.google.com/patents/US4535248
Grant - Filed Aug 24, 1984 - Issued Aug 13, 1985 - John E. Schade - The United States Of
America As Represented By The Secretary Of Agriculture
... **Cotati** ...
Overview · Related · Discuss

### Method and apparatus for determining polymer molecular weight ... ✅

www.google.com/patents/US4775943
Grant - Filed Oct 16, 1985 - Issued Oct 4, 1988 - Thomas A. Chamberlin - The Dow Chemical
Company
The typical injection valve is the Rheodyne 7125, 100 ul loop, made by Rheodyne, Inc., **Cotati**,
Calif. F. THE SIZE-EXCLUSION COLUMNS (GEL PERMEATION ...
Overview · Related · Discuss

### Sulfoalkyl ether-alkyl ether cyclodextrin derivatives ✅
www.google.com/patents/US7625878
Grant - Filed Apr 28, 2006 - Issued Dec 1, 2009 - Valentino J. Stella - The University Of
Kansas
... **Cotati** ...
Overview · Related · Discuss

### Nanoparticles for Targeted Delivery of Active Agent ✅

www.google.com/patents/US20080267876
App. - Filed Sep 20, 2006 - Published Oct 30, 2008 - Shimon Benita - Yissum Research
Development Company
... **Cotati** ...
Overview · Related · Discuss



**Covalently bonded coatings** ✅
www.google.com/patents/US5503933
Grant · Filed Feb 25, 1994 - Issued Apr 2, 1996 · Noubar B. Afeyan · Purdue Research Foundation
Samples were injected into the system with a Rheodyne (**Cotati**, Calif.) injector valve equipped with a 20 µl loop. All separations were performed at ambient ...
Overview · Related · Discuss

**Tissue specific prodrug** ✅
www.google.com/patents/US6545131
Grant · Filed Jul 28, 2000 - Issued Apr 8, 2003 · John T. Isaacs · The Johns Hopkins University
The HPLC system consisted of a dual-pump (Model 126, Beckman Instruments, Columbia, Md.) with a manual injection valve (Rheodyne, **Cotati**, Calif.) ...
Overview · Related · Discuss



**Column for DNA separation by matched ion polynucleotide chromatography** ✅
www.google.com/patents/US6652745
Grant · Filed Jan 14, 2002 - Issued Nov 25, 2003 · Douglas T. Gjerde · Transgenomic, Inc.
Exemplary valves include the LabPRO valves available from RHEODYNE (**Cotati**, Calif.). The valve has six external ports permanently connected to inlet and ...
Overview · Related · Discuss



**Chromatography stationary phase material for high performance liquid ...** ✅
www.google.com/patents/US5135650
Grant · Filed May 2, 1990 - Issued Aug 4, 1992 · Stellan Hjerten · Bio-Rad Laboratories, Inc.
... an integrator Model C-RIA purchased from Schimadzu Corp. (Kyoto, Japan; and an injector valve purchased from Rehodyne (**Cotati**, Calif., U.S.A.) were used.
Overview · Related · Discuss



**Pseudomonas strain for degradation of s-triazines in soil and water** ✅
www.google.com/patents/US5508193
Grant · Filed Aug 31, 1993 - Issued Apr 16, 1996 · Raphael T. Mandelbaum · Regents Of The University Of Minnesota
... **Cotati** ...
Overview · Related · Discuss



**Method and apparatus for fractionation using conventional ...** ✅
www.google.com/patents/US6641708
Grant · Filed Aug 23, 1999 - Issued Nov 4, 2003 · Frederick F. Becker · Board Of Regents, The University Of Texas System
An infusion syringe pump (Daigger, Wheeling, Ill.) was connected to the chamber through an injection valve (Rheodyne Model 7010, Rheodyne, **Cotati**, CA) ...
Overview · Related · Discuss



**Lobeline compounds as a treatment for psychostimulant abuse and ...** ✅
www.google.com/patents/US5830904
Grant · Filed Feb 5, 1997 - Issued Nov 3, 1998 · Peter A. Crooks · University Of Kentucky Research Foundation
The HPLC-EC system consisted of syringe loading injector (Model 7725, Rheodyne L.P., **Cotati**, Calif.), Beckman Model 116 HPLC pump (Beckman, Fullerton, ...
Overview · Related · Discuss



**Diamondoid derivatives possessing therapeutic activity in the ...** ✅
www.google.com/patents/EP1982970A1?cl=en
App. · Filed Mar 28, 2008 - Published Oct 22, 2008 · Shenggao Liu · Chevron U.S.A. Inc.
... **Cotati** ...
Overview · Related · Discuss



**Treatment of HIV infection with humic acid** ✅
www.google.com/patents/US20040137085
App. · Filed Sep 18, 2003 - Published Jul 15, 2004 · Maurizio Zanetti · Maurizio Zanetti
Injections were then made from a Theodyne Model 7125 valve (**Cotati**, Calif.) via a 10 mm $^3$ loop onto the GPC column, an Ultrahydrogel Linear System (Waters ...
Overview · Related · Discuss



**Fuel compositions containing poly(oxyalkylene) aromatic ethers** ✅
www.google.com/patents/US5409507
Grant · Filed Oct 28, 1993 - Issued Apr 25, 1995 · Richard E. Cherpeck · Chevron Chemical Company

Fuel compositions containing a major amount of hydrocarbons boiling in the gasoline or diesel range and an effective deposit-controlling amount of a ...

Overview · Related · Discuss

### Topical Use of Valproic Acid for the Prevention or Treatment of Skin ... 
www.google.com/patents/US20060160897
App. · Filed Dec 21, 2005 · Published Jul 20, 2006 · Pier Pelicci · Pelicci Pier G


... **Cotati** ...

Overview · Related · Discuss

### Systems and Methods for Screening and Proffering Providers of an ...
www.google.com/patents/US20130346251
App. · Filed Jun 5, 2013 · Published Dec 26, 2013 · Keith T. White · Keith T. White

... **Cotati** ...

Overview · Related · Discuss

### Method for purifying polysaccharides
www.google.com/patents/US8598337
Grant · Filed Jan 12, 2007 · Issued Dec 3, 2013 · Francis Michon · Baxter International Inc.

... **Cotati** ...

Overview · Related · Discuss

### Polyelectrolyte-encapsulated gold nanoparticles capable of crossing ...
www.google.com/patents/EP2123262A1?cl=en
App. · Filed May 20, 2008 · Published Nov 25, 2009 · Silke Krol · Consorzio per il Centro di Biomedica Moleculare Scrl

The samples were manually injected through a Rhodyne 7725i valve (Rheodyne, **Cotati**, USA) with a 50 µL loop. The mobile phase was a phosphate buffer 10 ...

Overview · Related · Discuss

### Polyelectrolyte-encapsulated gold nanoparticles capable of crossing ...
www.google.com/patents/EP2296636A1?cl=en
App. · Filed May 19, 2009 · Published Mar 23, 2011 · Silke Krol · Consorzio per il Centro di Biomedicina Molecolare Scrl
The samples were manually injected through a Rhodyne 7725i valve (Rheodyne, **Cotati**, USA) with a 50 µL loop. The mobile phase was a phosphate buffer 10 ...

Overview · Related · Discuss

### Method of assessing thermal processing of food using ... 
www.google.com/patents/US5254474
Grant · Filed Feb 25, 1991 · Issued Oct 19, 1993 · Hie-Joon Kim · The United States Of America As Represented By The Secretary Of The Army
A preferred method of introducing the soluble compounds being analyzed is an injection apparatus such as the Rheodyne 7125 Injection Valve, **Cotati**, Calif., ...

Overview · Related · Discuss

### Method of combining wastewater treatment and power generation ... 
www.google.com/patents/US20080202119
App. · Filed Jan 15, 2008 · Published Aug 28, 2008 · Leonard L. Stewart · Stewart Leonard L
... **Cotati** ...

Overview · Related · Discuss

### Method of combining wastewater treatment and power generation ...
www.google.com/patents/US7318315
Grant · Filed Mar 4, 2005 · Issued Jan 15, 2008 · Leonard L. Stewart · Stewart Leonard L

In the neighboring community of Santa Rosa, Sebastopol, Rohnert Park and **Cotati**, millions of gallons of effluent are produced in the local wastewater treatment ...

Overview · Related · Discuss

### Supercritical fluid extraction from liquids
www.google.com/patents/US5116508
Grant · Filed Feb 23, 1990 · Issued May 26, 1992 · M. Lalith Kumar · Suprex Corp.

1 in the recirculation mode consisted of multiport valves 12 and 13, respectively, (Rheodyne, Inc., **Cotati**, Calif.), a recirculating pump 17 (Micropump, Inc., ...

Overview · Related · Discuss

### Capillary ion chromatography
www.google.com/patents/US8415168
Grant · Filed May 23, 2012 · Issued Apr 9, 2013 · Yan Liu · Dionex Corporation



A Rhodyne six-port PEEK high-pressure injection valve (**Cotati**, Calif.) was used for injection of samples. The capillary anion separation column was prepared ...

Overview · Related · Discuss

### High-pressure micro-volume syringe pump ✅

www.google.com/patents/US1996030757A2?cl=en

App. · Filed Mar 7, 1996 · Published Oct 3, 1996 · Michael L. Kochersperger · The Perkin-Elmer Corporation

An exemplary preferred valve is the Rhodyne Model 7030S valve (Rhodyne, Inc., **Cotati**, CA). Similarly, the second 3-way valve (630) ...

Overview · Related · Discuss

### Apparatus for multi-path flow regulation ✅



www.google.com/patents/US5105851

Grant · Filed Oct 17, 1990 · Issued Apr 21, 1992 · Kimber D. Fogelman · Hewlett-Packard Company

... **Cotati** ...

Overview · Related · Discuss

### Continuous-flow enzyme assay ✅



www.google.com/patents/US20050239152

App. · Filed May 30, 2003 · Published Oct 27, 2005 · Hubertus Irth · Kiadis B.V.

A Gilson (Middleton, Wis., USA) model 234 autoinjector, equipped with a Rhodyne (**Cotati**, Calif., USA) six-port injection valve, was used to inject compounds.

Overview · Related · Discuss

### High density InSb PV IR detectors ✅



www.google.com/patents/US3914846

Grant · Filed Jun 15, 1972 · Issued Oct 28, 1975 · James B Gilpin · Us Navy

United States Patent Gilpin et a1. HIGH DENSITY INSB PV IR DETECTORS James B. Gilpin, **Cotati**; Donald G. Skvarna, Goleta, both of Calif.

Overview · Related · Discuss

### Covalently bonded coating ✅

www.google.com/patents/EP0751823A1?cl=en

App. · Filed Feb 24, 1995 · Published Jan 8, 1997 · Noubar B. Afeyan · Perseptive Biosystems, Inc.

Samples were injected into the system with a Rhodyne (**Cotati**, CA) injector valve equipped with a 20 µl loop. All separations were performed at ambient ...

Overview · Related · Discuss

### Capillary ion chromatography ✅



www.google.com/patents/US8216515

Grant · Filed Sep 16, 2004 · Issued Jul 10, 2012 · Yan Liu · Dionex Corporation

A Rhodyne six-port PEEK high-pressure injection valve (**Cotati**, Calif.) was used for injection of samples. The capillary anion separation column was prepared ...

Overview · Related · Discuss

### Capillary ion chromatography ✅

www.google.com/patents/WO2006034182A1?cl=en

App. · Filed Sep 15, 2005 · Published Mar 30, 2006 · Yan Liu · Dionex Corporation

... PEEK high-pressure injection valve (**Cotati**, CA) was used for injection of samples. The capillary anion separation column was prepared by packing a ...

Overview · Related · Discuss

### Polyelectrolyte-encapsulated gold nanoparticles capable of crossing ... ✅

www.google.com/patents/WO2009141329A1?cl=en

App. · Filed May 19, 2009 · Published Nov 26, 2009 · Silke Krol · Consorzio Per Il Centro Di Biomedicina Molecolare Scrl

The samples were manually injected through a Rhodyne 7725i valve (Rhodyne, **Cotati**, USA) with a 50 µL loop. The mobile phase was a phosphate buffer 10 ...

Overview · Related · Discuss

### Optimization method for parameters of analytical instrument used for ... ✅

www.google.com/patents/CN104849358A?cl=en

App. · Filed Jan 8, 2015 · Published Aug 19, 2015 · 赵学珏 · 天津大学

... (USA Labtech Corporation), equipped with 7725i six passages injection valve (U.S. Rhodyne, **Cotati** company), Phenomenon C18 column (Luna5, 250X4.

Overview · Related · Discuss

### Alkyl ether modified polycyclic compounds having a terminal phenol ... ✅

www.google.com/patents/WO2002000619A2?cl=en

App. - Filed Jun 27, 2001 - Published Jan 3, 2002 - Laszlo Prokai - University Of Florida
Research Foundation, Inc.
... a Rheodyne (**Cotati**, CA) Model 7125 injector valve equipped with a 20-µl sample loop, an
SP8450 variable wavelength UV/VIS detector operated at 280 nm, ...
Overview · Related · Discuss

### A method for the prevention of ocular hypertension, treatment of ... ✅
www.google.com/patents/EP0199768A1?cl=en
App. - Filed Oct 21, 1985 - Published Nov 5, 1986 - Paul A. Knepper · KNEPPER, Paul A.
... **Cotati** ...
Overview · Related · Discuss

### Water soluble furoxan derivatives having antitumor activity ✅
www.google.com/patents/US8946271
Grant - Filed Feb 23, 2011 - Issued Feb 3, 2015 - Antonella Viola · Humanitas Mirasole S.P.A.
The injection volume was 20 µl (Rheodyne, **Cotati**, Calif.). The effluent from column was
monitored at 226 nm (for the compound MC526 and for CAS 1609) and ...
Overview · Related · Discuss

### Septic system vent screen ✅

www.google.com/patents/US20130065506
App. - Filed Dec 30, 2011 - Published Mar 14, 2013 - Thaddeus Alemao · Thaddeus Alemao
... **Cotati** ...
Overview · Related · Discuss

### Novel enzymes and metabolites involved in skatole metabolism ✅
www.google.com/patents/CA2383887A1?cl=en
App. - Filed Sep 29, 2000 - Published Apr 5, 2001 - E. James Squires · University Of Guelph
The eluent passed through a sample injection valve Rheodyne (Rheodyne, **Cotati**, CA, USA),
to an atmospheric pressure chemical ionization (APCI) source ...
Overview · Related · Discuss

### Pousse-seringue pour faibles volumes et a haute pression ✅
www.google.com/patents/EP0871875A2?cl=fr
App. - Filed Mar 7, 1996 - Published Oct 21, 1998 - Michael L. Kochersperger · The Perkin-
Elmer Corporation
An exemplary preferred valve is the Rheodyne Model 7030S valve (Rheodyne, Inc., **Cotati**,
CA). Similarly, the second 3-way valve (630) includes a common port ...
Overview · Related · Discuss

### Reducing cholesterol with hydrolyzed whey protein ✅
www.google.com/patents/WO2003063778A2?cl=en
App. - Filed Jan 27, 2003 - Published Aug 7, 2003 - Martin E. Davis · Davisco Foods
International, Inc.
... pumps model 126, detector UN/NIS model 166 adjusted at 214 nm, manual injector (2
mL) Rheodyne model 7725 (**Cotati**, CA), and Gold Nouveau software.
Overview · Related · Discuss

### Antagonists of rf-amide neuropeptides ✅
www.google.com/patents/WO2003084303A2?cl=en
App. - Filed Mar 24, 2003 - Published Oct 16, 2003 - Laszlo Prokai · University Of Florida
RP-HPLC purification was done on a system composed of an SP 200 binary gradient pump
(ThermoSeparation), a Rheodyne (**Cotati**, CA) model 7125 injector ...
Overview · Related · Discuss

### Water soluble furoxan derivatives having antitumor activity ✅

www.google.com/patents/EP2539328B2?cl=en
Grant - Filed Feb 23, 2011 - Issued Jul 30, 2014 - Antonella Viola · Humanitas Mirasole S.p.A.
The injection volume was 20 µl (Rheodyne, **Cotati**, CA). The effluent from column was
monitored at 226 nm (for the compound MC526 and for CAS 1609) and a ...
Overview · Related · Discuss

### Method and system for RNA analysis by matched ion polynucleotide ... ✅

www.google.com/patents/US6576133
Grant - Filed Jan 2, 2001 - Issued Jun 10, 2003 - Douglas T. Gjerde · Transgenomic, Inc
Exemplary valves include the LabPRO valves available from RHEODYNE (**Cotati**, Calif.). The
valve has six external ports permanently connected to inlet and ...
Overview · Related · Discuss

### Sulfoalkyl ether-alkyl ether cyclodextrin derivatives ✅
www.google.com/patents/WO2005042584A2?cl=en

App. - Filed Oct 29, 2004 - Published May 12, 2005 - Valentino J. Stella - The University Of
Kansas

... Inc. Japan); b) an Hewlett Packard 1090 Series L, Rheodyne, (**Cotati**) injector, Diode Array
Detector interfaced with an Agilent ChemStation data processor; ...

Overview · Related · Discuss

### Water soluble prodrugs of secondary and tertiary amine containing ... ✓

www.google.com/patents/EP1051181A2?cl=en

App. - Filed Dec 30, 1998 - Published Nov 15, 2000 - Gunda Ingrid Georg - The University Of
Kansas

The HPLC system consisted of a Shimadzu LC-6A pump (Kyoto, Japan), a Rheodyne 7125
injector (**Cotati**, CA) , a Shimadzu RF-535 Fluorescence HPLC ...

Overview · Related · Discuss



**1** 2 3  Next

Help    Send feedback    Privacy    Terms

# EXHIBIT
# 33-G

Case 4:18-cv-02573-YGR    Document 45-2    Filed 09/21/18    Page 293 of 706



Google    intellectual property lawyer in cotati, ca

All   News   Maps   Images   Shopping   More     Settings   Tools

About 36,600 results (0.37 seconds)



**Free 30 Minute Consultation | Intellectual Property Lawyer**
Ad www.iplegalattorney.com/Expert_Lawyer ▾
Patent protection for your inventions including trademark registration services.
Services Available · Location Details · Lawyer's Profile · Law Firm · Book A Consultation

**Nopar & Associates | Bay Area Property Attorneys | noparlaw.com**
Ad www.noparlaw.com/Property-Law ▾
Experienced **Property Lawyers**. Rated AV Preeminent®. Stanford-Educated **Lawyers**. Licensed Broker.

**Red Points | An IP Lawyer Is Expensive | RedPoints.com**
Ad www.redpoints.com ▾
We Identify All Your Assets Online And Detect Infringements In Seconds. Real Time Results.
Technology to Protect You · Case Study: Knocharound · Red Points at a glance · Request Demo

**Intellectual Property Lawyer | Call For a Free Consultation**
Ad www.brandedcounsel.com/Intellectual/Property ▾
We Are Trademark And **Copyright Lawyers** For Innovative Artists And Entrepreneurs!
Intellectual Property · Contact Us · Trademark Law · Copyright Law

**Cotati Intellectual Property Lawyers - Local Attorneys & Law Firms in ...**
lawyers.findlaw.com › Intellectual Property › California
Results 1 - 20 of 29 · **Cotati, CA Intellectual Property** lawyers with detailed profiles and
recommendations. Find your **Cotati, CA Intellectual Property Attorney** or ...

**Top Intellectual Property Lawyers in Sonoma County, CA | FindLaw**
https://lawyers.findlaw.com/lawyer/firm/intellectual-property-law/sonoma.../california ▾
Search **law firms** at FindLaw. Find top Sonoma County, **CA Intellectual Property** lawyers and attorneys.

**Top 5% of Intellectual Property Lawyers in Cotati, CA | UpCounsel**
https://www.upcounsel.com › Intellectual Property › California ▾
★★★★★ Rating: 5 · 5,174 reviews
Compare Cotati **Intellectual Property Attorneys** & **Lawyers** for hire on UpCounsel and choose the best
**IP attorney** for your **intellectual property** needs in **Cotati**, ...

**Sonoma County Intellectual Property Lawyers - Compare Top ... - Justia**
https://www.justia.com/lawyers/intellectual-property-ip-law/california/sonoma-county ▾
Compare 20 **intellectual property attorneys** in Sonoma County, **California** on Justia. Comprehensive
**lawyer** profiles including fees, education, jurisdictions, ...

**Intellectual Property Law Firm | Patent Attorney |Tradmark Attorney ...**
https://www.stainbrookllp.com/ ▾
Protect your bright idea with Stainbrook & Stainbrook, LLP: the number one **intellectual property law** firm
in the North Bay.

**IP Attorney Santa Rosa | Intellectual Property Lawyer**
https://www.stainbrookllp.com/ip-attorney-santa-rosa/ ▾
Are you looking an an **IP Attorney** Santa Rosa residents? You'll find the most reliable **intellectual
property lawyer** here at Stainbrook & Stainbrook.

**Sonoma County Intellectual Property Attorneys - LII California Attorney ...**
https://lawyers.law.cornell.edu/lawyers/intellectual-property/california/sonoma-county ▾
Compare and research **intellectual property attorneys** in Sonoma County, **California** on LII.

**About Us | Friedemann Goldberg LLP**
https://www.frigolaw.com/about.html ▾
Friedemann Goldberg LLP was founded in 1999 by a group of **attorneys** who sought ... real estate,
**intellectual property**, entertainment **law**, tax **law**, creditor's rights, ... We maintain close affiliations with
**lawyers** throughout **California**, as well as ...

**Intellectual Property Lawyers, Law Firms in California for Every City ...**
https://www.hg.org › Law Firms › CA by City › CA Lawyers › CA by Practice ▾
Find **Intellectual Property law** offices and **lawyers** in **California** for your city. HG.org includes **firms**'
overview, contact information, services, website, social ...

**Pilling Intellectual Propert**
5.0 ★   5 Google reviews
Patent attorney in Windsor, California

**Address:** Windsor, CA
**Hours:** Closed · Opens 9AM Mon ▾
**Phone:** (707) 473-8295

Suggest an edit

Add missing information
Add website

Know this place? Answer quick questions

Questions & answers
Be the first to ask a question

Send to your phone

Reviews      Writ
5 Google reviews

**Top Rated California Intellectual Property Attorneys or Local Law ...**
https://www.lawyers.com › Find a US Lawyer › Intellectual Property Lawyers ▾
Top Rated **Intellectual Property** attorney in **California** (**CA**) to help with your legal issue by using
**Lawyers**.com **law** firm listings and reviews.

**Intellectual Property Law | AMPACC California**
Ad  www.redwoodcitycalawfirm.com/  ▾   (650) 381-9727
30 Year Practice. Serving Northern **California**. Free Quote. High Quality, Low Cost. Free Consultation.
Fixed Fee.
Business Law · Intellectual Property Law · Contact Us · AMPACC California

**Intellectual Property Lawyers | (Recommended)**
Ad  www.intellectualpropertylawfirms.com/IP/Lawyer  ▾
Quick & Effective. Free Consultation. Request an Appointment! Since 1998. Large Network of **Lawyers**.
Free Case Evaluation. Rated Excellent 4.5/5. Top **IP Attorneys**. Types: Patents, Provisional Patent Prep,
Provisional Patents, Patent Ideas, Filing Patents, Patent Assistance.

**Hire an IP Attorney | Get Affordable Legal Help**
Ad  try.upcounsel.com/IP-lawyers  ▾
Find an **Intellectual Property Attorney**. Choose from 100s of Qualified **Lawyers**. Quality Guaranteed.
Free to Request Proposals · Quality Work Guaranteed · Highly-Rated · Affordable Legal Services



1   2   3   4        Next

● Shoreline West, Mountain View, CA - Reported by this computer - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

# EXHIBIT 34

 The State Bar *of California*

## Lawyer Referral Services Frequently Asked Questions

### What is a lawyer referral service?

A lawyer referral service refers potential clients to attorneys. This means that if you want to talk to a lawyer, a lawyer referral service is a good place to call. The lawyer referral service staff will interview you and, if you have a legal problem, will match you with a lawyer who is experienced in the appropriate area of law. You will then see the lawyer for an initial consultation or speak to the lawyer on the phone.

In California, lawyer referral services must be certified by the State Bar and must conform to certain standards adopted by the California Supreme Court.

### How can a lawyer referral service help me?

If you need legal help, a certified lawyer referral service can put you in touch with a lawyer who can help you with your problem. And if your problem can be resolved without a lawyer, the service will try to provide information or the names of other organizations or agencies that may be able to help you.

### How does a lawyer referral service work?

When you call a lawyer referral service, you will be asked about your situation. If you have a legal problem, the lawyer referral service will arrange an initial consultation for you, or give you the name and number of a lawyer whom you can contact directly to arrange a consultation. There is usually a small charge for the consultation, but it may, in some cases, be free. After the initial consultation, it is up to you whether or not you want to hire the lawyer.

### Where should I look for a lawyer referral service?

For phone numbers of certified lawyer referral services in your county, call 866-44-CA-LAW (866-442-2529). If you are out of state, you can call 415-538-2250.

### What should I look for in a lawyer referral service?

Be sure that you use a lawyer referral service that is certified by the State Bar. Lawyer referral services must be certified by the State Bar to operate in California and must list their certification number in all advertising. State Bar-certified lawyer referral services also must follow certain rules to protect clients.

### How important is certification?

Certification means that a lawyer referral service meets certain standards approved by the California Supreme Court. Because the State Bar enforces those standards, if you have a problem with a lawyer referral service, the State Bar can provide you with a complaint form and look into your complaint.

Certification also means that if you use any one of the certified services, you can be assured of the following:

- **Attorneys are insured.** All lawyers who participate in certified lawyer referral services must carry malpractice insurance to protect their clients. This means that if your lawyer does something wrong, and you successfully sue for malpractice, you can be sure the lawyer has the ability to pay.

- **The lawyer referral service will screen your call.** Every certified lawyer referral service has trained staff to help you determine whether you have a legal problem, and if so, what kind of lawyer you need — or if you need some other type of assistance.

- **The lawyer referral service can refer you to a lawyer in your area of legal need.** Certified lawyer referral services have lawyers with experience in many legal areas, such as family law, personal injury, probate and landlord-tenant law. Certified lawyer referral services screen their lawyers so they can refer you to a lawyer who practices in the particular area of law you need. Many lawyer referral services have subject matter panels, on which attorneys can serve only if they have demonstrated experience or meet certain other requirements.

- **The lawyer referral service can give you information about other service programs.** Some problems may seem to require a lawyer's help, but actually they may not. For example, you may have a problem that can be handled without charge by a rent control board, small claims court or community mediation program. Certified lawyer referral services can direct you to government agencies or other organizations that may be better suited to assist you. In fact, more than 500,000 Californians call lawyer referral services each year and fewer than 40 percent are actually referred to lawyers.

- **The lawyer referral service may be able to provide an attorney at a reduced rate.** Certification rules require lawyer referral services to make arrangements to serve people of limited means. Some lawyer referral services do this by operating low-fee or no-fee panels, while others cooperate with independent, local pro bono programs that are free. If you are financially eligible, the lawyer referral service may be able to refer you to one of its own attorneys who charges a reduced rate or to another provider who can provide you with free assistance.

- **The lawyer referral service may be able to provide bilingual lawyers.** Many certified lawyer referral services have lawyers who speak Spanish and other languages to help you.

## Who operates lawyer referral services?

Most lawyer referral services are operated on a nonprofit basis by local bar associations or legal services programs. Some lawyer referral services are operated on a for-profit basis by businesses or lawyers. A certified lawyer referral service cannot be owned by a lawyer who receives more than 20 percent of all referrals or by a group of lawyers who together receive more than 20 percent of all referrals. Both non-profit and for-profit lawyer referral services are held to the same standards under the State Bar's certification rules.

## How much will I have to pay?

Most lawyer referral services charge only a nominal fee — such as $30 — for an initial consultation with a lawyer. Some offer a free first-time consultation. During the initial consultation, you can explain your situation and ask questions that will help you decide whether you want to hire the lawyer.

For more information on hiring a lawyer, you also can read the State Bar pamphlet **Finding the Right Lawyer.**

If you cannot afford to pay a lawyer, tell the person who takes your call at the lawyer referral service. Many lawyer referral services can refer you to a program or individual lawyer who will charge a reduced fee or perhaps even render free services if you qualify. If the lawyer referral service cannot provide the legal help you need at the price you can afford to pay, the service may be able to recommend a free legal services program in your area.

## What should I do if I believe my lawyer has done something wrong?

Bring your concerns to the lawyer referral service. If your complaint is not easily resolved, you can file a complaint against the attorney by calling the State Bar's Attorney Complaint Hotline at 800-843-9053. For more information on reporting a lawyer to the State Bar and handling other problems, the State Bar offers a pamphlet, **Having a Problem With Your Lawyer?**

## What should I do if I have a complaint about a lawyer referral service?

You should file a complaint against the lawyer referral service with the State Bar.

Copyright © 2018 The State Bar of California

# EXHIBIT 35



inDinero

## Our Two Cents

INDINERO BLOG

Subscribe for the best articles     ✉     **Subscribe**

---



# inDinero Customer Spotlight: Introducing UpCounsel!

📅 July 18, 2014    Posted by Jon Spangler to Customer Spotlight

**Founders and business owners, this one goes out to you. Meet our friends at UpCounsel!**

Every day, we have the pleasure of working with innovative startups that are making a true difference in the world around us. This Customer Spotlight, we'd like to introduce you to UpCounsel. They make it easy for you to find talented and local attorneys at an affordable rate.



Not only are they a customer of inDinero, we're actually theirs as well! Having used their services, we just love what they have to offer. For those of you who have felt the pain of spending more money than you should have on legal services...this is a spotlight you won't want to miss.

## This is our Spotlight on UpCounsel:

**Who are you, and what does your business do?**

UpCounsel. We are the world's largest virtual law firm for businesses of any size. We allow businesses to get high quality, cost-effective legal services. While our lawyers serve as outside general counsel to many companies, we also assist with specialized legal work like IP, immigration, commercial contracts, litigation, and much more.

**How did you get here?**

We started UpCounsel 2 years ago. We realized there was a whole new world in B2B services coming and legal was likely to be one of the major areas to change. One month after launching, we applied to AngelPad in San Francisco and got accepted. Since then, our company has continued to evolve in so many exciting ways.

**Tell us about your mission. What is your business passionate about?**

Our mission is to make the legal experience remarkable. If you make legal services high quality, transparent, and cost-effective - then you empower business owners to make better decisions to ultimately allocate more capital towards hiring, marketing and sales - all great things for healthier businesses, which is what we are passionate about.



**Tell us about your product/service!**

High quality outside general counsel legal services at half the price of traditional law firms. The lawyers on UpCounsel are former BIG firm lawyers, from top law schools, and former general counsels that now practice on the UpCounsel network.

---

Search 🔍





Success starts when you take charge of your finances.

**Talk to an Expert**

Subscribe:
**inDinero Weekly Digest**

Your Email

**Subscribe**

## Categories

> Business Advice
> Taxes
> Accounting
> Business
> Inside inDinero
> Funding
> Startup Tips
> Budgeting
> inDinero Academy
> Investment
> Customer Spotlight

---



> Guides

> Mergers & Acquisitions

> Payroll

> Webinars

> Case Studies

**What are your favorite things about your industry?**

1. It impacts every aspect of our lives
2. It's old, stogy and in great need of innovation
3. It's a BIG industry

**Top 3 challenges in your industry:**

1. Heavily regulated
2. Trust
3. Transparency

**When did you start working with inDinero and how did you hear about us?**
Almost 1 year ago. We were introduced to inDinero through AngelPad, as several AngelPad companies were using them.

**Why did you choose inDinero? What was the selection process like?**
Wasn't much of a selection process - pretty easy decision for us. We liked that they handled payroll and helped to monitor our finances.

**What are three ways having inDinero impacts your business?**

1. Frees up our time
2. Employees are happy
3. Worry free

**How do these things help you accomplish your mission?**
inDinero takes the hassles out of managing our back-end office. We can spend more time focusing on our product and customers which is allows to create a remarkable legal experience.



**What is the most important value inDinero brings to your business?**
Peace of mind!

**Where is your company headed and how does inDinero fit into that vision?**
UpCounsel is growing rapidly in both revenues and employees. We plan to double our headcount over the next 6 months and then likely again in the following 6 months. With a solution like inDinero we can focus more on quarterbacking this growth and not worrying about the daily admin related tasks.

**What would you like to share with our audience?**
inDinero rocks! We are excited to be alongside them in a new wave to SMB products that make it easier to run a successful business.

If your company doesn't want to overpay on your legal fees anymore and would like work with quality, helpful, and friendly business lawyers – we invite you to work with UpCounsel!

About the author



Jon Spangler

First Name*

# EXHIBIT 36





# 6 Lexoo Competitors Connecting Lawyers and Clients with Online Legal Platforms

Daniel Kobialka

Lexoo, a UK-based legal services technology startup, secured $400,000 in January 2015 from startup catalyst Forward Partners and Jonathan McKay, chairman of JustGiving, a global online social platform for giving. Lexoo opened its doors in July 2014 and has since grown its user base 30 percent on a month-over-month basis.

Daniel van Binsbergen, Lexoo's CEO, described his company's recent growth as "just the tip of the iceberg." Binsbergen also indicated that Lexoo has a headstart on the rapidly growing legal services technology market: "On a global scale, legal startups attracted some $750M in funding over 2013/14 ... the opportunities are everywhere."

**6 Lexoo Competitors That Will Drive the Legal Services Technology Market's Growth**

At DataFox, we compile and curate watchlists across sectors, regions and popular lists of top companies (e.g., Legal Marketplace). We feature Lexoo and 6 other private companies that could help the legal services technology market grow leaps and bounds over the next few years:

Lexoo is a marketplace that enables startups and small and medium-sized enterprises (SMEs) to compare and hire legal professionals, all of whom are pre-screened and vetted by Lexoo. With Lexoo, users can get multiple quotes from myriad attorneys instantly.

- **DataFox Score:** 778
- **Location:** London, England
- **Total Funding:** $400,000
- **Recent Funding:** $400,000 in January 2015
- **Investors:** Forward Partners; JustGiving Chairman Jonathan McKay

Case 4:18-cv-02573-YGR   Document 45-1   Filed 09/11/18   Page 304 of 706



- **DataFox Score:** 1056
- **Location:** Seattle, Washington
- **Total Funding:** $60.5 million
- **Recent Funding:** $37.5 million in April 2014
- **Investors:** Coatue Management; Benchmark; Ignition Partners; DAG Ventures

**UpCounsel** is the world's largest virtual law firm. With UpCounsel, businesses can access and manage a high-quality and on-demand legal workforce. Today, both big and small businesses use UpCounsel to supplement or replace their traditional service providers.

- **DataFox Score:** 954
- **Location:** San Francisco, California
- **Total Funding:** $4 million
- **Recent Funding:** $2.4 million in seed funding in December 2014
- **Investors:** Crosslink Capital; Metamorphic Ventures; Homebrew; SV Angel; Collaborative Fund; Signatures Capital LLC;AngelPad

**Agile Law** provides cloud-based mobile solutions for attorneys. Its flagship product enables attorneys to manage the entire deposition process by replacing stacks of printed-document exhibits with documents that are readily available on a mobile device.

- **DataFox Score:** 855
- **Location:** Austin, Texas
- **Total Funding:** N/A
- **Recent Funding:** Undisclosed amount in 2012
- **Investors:** Texas Venture Labs

**Ravel Law** provides legal professionals with a search, analytics and visualization platform. Ravel enables lawyers to find, contextualize and interpret information to transform legal data into legal insights.

- **DataFox Score:** 996
- **Location:** San Francisco, California
- **Total Funding:** $9.2 million
- **Recent Funding:** $8.1 million in Series A funding in February 2014
- **Investors:** Work-Bench; Experiment Fund; North Bridge Venture Partners; New Enterprise Associates; Xfund; Ulu Ventures

**Lawdingo** connects people with attorneys for legal consultations over the Internet. Lawdingo provides lawyers with access to a much larger legal market than their local community and enables them to make appointments on their own schedules.

- **DataFox Score:** 948
- **Location:** New York, New York
- **Total Funding:** $790,000
- **Recent Funding:** $690,000 in angel funding in October 2013
- **Investors:** Altair Capital; Atsany Capital; Y Combinator

**Rocket Lawyer** was created to simplify legal services. Rocket Lawyer offers everything from free legal documents and business incorporation to discounted attorney rates.

- **DataFox Score:** 1091
- **Location:** San Francisco, California
- **Total Funding:** $46.15 million
- **Recent Funding:** $19 million in May 2013



# EXHIBIT 37

site:upcounsel.com "MARK LEVENDA" - Google Search

Google    site:upcounsel.com "MARK LEVENDA"     🎤   🔍

All    News    Images    Videos    Shopping    More      Settings   Tools

About 57 results (0.35 seconds)

### Mark Levenda Attorney Profile on UpCounsel
https://www.upcounsel.com/attorney/profile/58cdb5234543326d139c0f00 ▾
Jul 21, 2017 - I am a highly accomplished and meticulous Patent Agent with a comprehensive background in assessing patentability, developing patent ...

### Top 5% of Patent Lawyers in Barrington, Illinois | UpCounsel
https://www.upcounsel.com › Patent › Illinois ▾
★★★★★ Rating: 5 - 1,695 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Bend Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › Oregon ▾
★★★★★ Rating: 5 - 4,490 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

Images for site:upcounsel.com "MARK LEVENDA"

     

→ More images for site:upcounsel.com "MARK LEVENDA"      Report images

### Sierra Vista Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › Arizona ▾
★★★★★ Rating: 5 - 3,134 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### El Mirage Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › Arizona ▾
★★★★★ Rating: 5 - 3,134 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Forest Park, Illinois | UpCounsel
https://www.upcounsel.com › Patent › Illinois ▾
★★★★★ Rating: 5 - 1,705 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Cave Creek Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › Arizona ▾
★★★★★ Rating: 5 - 2,627 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Lexington Patent Attorneys for Hire - UpCounsel
https://www.upcounsel.com › Patent › Kentucky ▾
★★★★★ Rating: 5 - 1,685 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Myrtle Beach, South Carolina | UpCounsel
https://www.upcounsel.com › Patent › South Carolina ▾
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Tolleson Attorneys & Lawyers for Hire On-Demand - UpCounsel

9/10/2018
Case 4:18-cv-02573-YGR   Document 45-1   Filed 09/11/18   Page 308 of 706
site:upcounsel.com MARK LEVENDA - Google Search

https://www.upcounsel.com › Arizona ▼
★★★★★ Rating: 5 - 3,134 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Eden Prairie, Minnesota | UpCounsel
https://www.upcounsel.com › Patent › Minnesota ▼
★★★★★ Rating: 5 - 1,690 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### San Luis Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › Arizona ▼
★★★★★ Rating: 5 - 2,627 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Reading, Pennsylvania | UpCounsel
https://www.upcounsel.com › Patent › Pennsylvania ▼
★★★★★ Rating: 5 - 1,701 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Sahuarita Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › Arizona ▼
★★★★★ Rating: 5 - 2,627 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Glenside, Pennsylvania | UpCounsel
https://www.upcounsel.com › Patent › Pennsylvania ▼
★★★★★ Rating: 5 - 2,627 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Queen Creek Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › Arizona ▼
★★★★★ Rating: 5 - 2,627 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Wheaton, Illinois | UpCounsel
https://www.upcounsel.com › Patent › Illinois ▼
★★★★★ Rating: 5 - 1,697 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Metairie, Louisiana | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Louisiana ▼
★★★★★ Rating: 5 - 1,526 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Kent, Washington | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Washington ▼
★★★★★ Rating: 5 - 1,482 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Lees Summit, Missouri | UpCounsel
https://www.upcounsel.com › Patent › Missouri ▼
★★★★★ Rating: 5 - 1,700 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Cuyahoga Falls, Ohio | UpCounsel
https://www.upcounsel.com › Patent › Ohio ▼
★★★★★ Rating: 5 - 1,703 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Erie, Colorado | UpCounsel
https://www.upcounsel.com › Patent › Colorado ▼
★★★★★ Rating: 5 - 1,706 reviews

9/10/2018
Case 4:18-cv-02573-YGR   Document 45-3   Filed 09/11/18   Page 309 of 706
site:upcounsel.com "MARK LEVENDA" - Google Search

Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Enterprise, Alabama | UpCounsel
https://www.upcounsel.com › Patent › Alabama ▾
★★★★★ Rating: 5 - 1,698 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Takoma Park, Maryland | UpCounsel
https://www.upcounsel.com › Patent › Maryland ▾
★★★★★ Rating: 5 - 1,691 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Jefferson City, Missouri | UpCounsel
https://www.upcounsel.com › Patent › Missouri ▾
★★★★★ Rating: 5 - 1,704 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Juneau, Alaska | UpCounsel
https://www.upcounsel.com › Patent › Alaska ▾
★★★★★ Rating: 5 - 1,704 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Roxboro, North Carolina | UpCounsel
https://www.upcounsel.com › Patent › North Carolina ▾
★★★★★ Rating: 5 - 1,691 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Rehoboth Beach, Delaware | UpCounsel
https://www.upcounsel.com › Patent › Delaware ▾
★★★★★ Rating: 5 - 1,710 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Fort Smith, Arkansas | UpCounsel
https://www.upcounsel.com › Patent › Arkansas ▾
★★★★★ Rating: 5 - 1,618 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Trenton, New Jersey | UpCounsel
https://www.upcounsel.com › Patent › New Jersey ▾
★★★★★ Rating: 5 - 1,700 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Midlothian, Texas | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Texas ▾
★★★★★ Rating: 5 - 1,553 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Greeley, Colorado | UpCounsel
https://www.upcounsel.com › Patent › Colorado ▾
★★★★★ Rating: 5 - 1,689 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Radcliff, Kentucky | UpCounsel
https://www.upcounsel.com › Patent › Kentucky ▾
★★★★★ Rating: 5 - 1,712 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

### Top 5% of Patent Lawyers in Radford, Virginia | UpCounsel
https://www.upcounsel.com › Patent › Virginia ▾
★★★★★ Rating: 5 - 1,703 reviews

Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in
Arizona and is also a member of the Arizona Patent Bar.

### Top 5 of Patent Lawyers in Hopewell, Virginia | UpCounsel
https://www.upcounsel.com › Patent › Virginia ▾
★★★★★ Rating: 5 - 1,707 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in
Arizona and is also a member of the Arizona Patent Bar.

### Top 5 of Patent Lawyers in Ypsilanti, Michigan | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Michigan ▾
★★★★★ Rating: 5 - 1,501 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in
Arizona and is also a member of the Arizona Patent Bar.

### Top 5 of Patent Lawyers in Saint Joseph, Missouri | UpCounsel
https://www.upcounsel.com › Patent › Missouri ▾
★★★★★ Rating: 5 - 1,701 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in
Arizona and is also a member of the Arizona Patent Bar.

### Top 5 of Patent Lawyers in Carrollton, Georgia | UpCounsel
https://www.upcounsel.com › Patent › Georgia ▾
★★★★★ Rating: 5 - 1,587 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in
Arizona and is also a member of the Arizona Patent Bar.

### Top 5 of Patent Lawyers in Saint Helens, Oregon | UpCounsel
https://www.upcounsel.com › Patent › Oregon ▾
★★★★★ Rating: 5 - 1,699 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in
Arizona and is also a member of the Arizona Patent Bar.

### Top 5 of Patent Lawyers in Mount Vernon, Illinois | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Illinois ▾
★★★★★ Rating: 5 - 1,525 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in
Arizona and is also a member of the Arizona Patent Bar.

### Top 5 of Patent Lawyers in Grovetown, Georgia | UpCounsel
https://www.upcounsel.com › Patent › Georgia ▾
★★★★★ Rating: 5 - 1,713 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in
Arizona and is also a member of the Arizona Patent Bar.

### Top 5 of Patent Lawyers in Maplewood, New Jersey | UpCounsel
https://www.upcounsel.com › Patent › New Jersey ▾
★★★★★ Rating: 5 - 1,700 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in
Arizona and is also a member of the Arizona Patent Bar.

### Top 5 of Patent Lawyers in Ocean Springs, Mississippi | UpCounsel
https://www.upcounsel.com › Patent › Mississippi ▾
★★★★★ Rating: 5 - 1,638 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in
Arizona and is also a member of the Arizona Patent Bar.

### Top 5 of Patent Lawyers in Gainesville, Texas | UpCounsel
https://www.upcounsel.com › Patent › Texas ▾
★★★★★ Rating: 5 - 1,700 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in
Arizona and is also a member of the Arizona Patent Bar.

### Green Valley Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › Arizona ▾
★★★★★ Rating: 5 - 3,134 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in
Arizona and is also a member of the Arizona Patent Bar.

### Top 5 of Patent Lawyers in Statesville, North Carolina | UpCounsel
https://www.upcounsel.com › Patent › North Carolina ▾
★★★★★ Rating: 5 - 1,711 reviews
Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in
Arizona and is also a member of the Arizona Patent Bar.

**Top 5 of Patent Lawyers in Merchantville, New Jersey | UpCounsel**
https://www.upcounsel.com › Patent › New Jersey ▾
★★★★★ Rating: 5 - 1,634 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

**Top 5 of Patent Lawyers in Perth Amboy, New Jersey | UpCounsel**
https://www.upcounsel.com › Patent › New Jersey ▾
★★★★★ Rating: 5 - 1,632 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

**Top 5 of Patent Lawyers in Anoka, Minnesota | UpCounsel**
https://www.upcounsel.com › Patent › Minnesota ▾
★★★★★ Rating: 5 - 1,623 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

**Top 5 of Patent Lawyers in Lima, Ohio | UpCounsel**
https://www.upcounsel.com › Patent › Ohio ▾
★★★★★ Rating: 5 - 1,577 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

**Top 5 of Patent Lawyers in Olive Branch, Mississippi | UpCounsel**
https://www.upcounsel.com › Patent › Mississippi ▾
★★★★★ Rating: 5 - 1,698 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

**Top 5 of Patent Lawyers in The Villages, Florida | UpCounsel**
https://www.upcounsel.com › Patent › Florida ▾
★★★★★ Rating: 5 - 1,698 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

**Top 5 of Patent Lawyers in Moosic, Pennsylvania | UpCounsel**
https://www.upcounsel.com › Patent › Pennsylvania ▾
★★★★★ Rating: 5 - 1,694 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

**Top 5 of Patent Lawyers in Hixson, Tennessee | UpCounsel**
https://www.upcounsel.com › Patent › Tennessee ▾
★★★★★ Rating: 5 - 1,698 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

**Top 5 of Patent Lawyers in Philadelphia, Mississippi | UpCounsel**
https://www.upcounsel.com › Patent › Mississippi ▾
★★★★★ Rating: 5 - 1,690 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

**Phoenix Patent Attorneys - UpCounsel**
https://www.upcounsel.com › Patent › Arizona ▾
★★★★★ Rating: 5 - 1,094 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

**Tucson Patent Attorneys - UpCounsel**
https://www.upcounsel.com › Patent › Arizona ▾
★★★★★ Rating: 5 - 1,094 reviews
**Mark Levenda** is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar.

# EXHIBIT 38

screenshot-www.upcounsel.com-2018.09.10-17-36-52
https://www.upcounsel.com/attorney/profile/58cdb5234543326d139c0f00
10.09.2018

# EXHIBIT 39



# UpCounsel ✓ Claimed

⭐⭐⭐⭐⭐ 8 reviews   📊 Details

Lawyers

📍 San Diego, CA 92101   ✏️ Edit
Little Italy
🧭 Get Directions
📞 (619) 324-5478
↗️ upcounsel.com
💬 Request a consultation
📱 Send to your Phone


Photo of UpCounsel - San Diego, CA, United States by Matthew F.



## Ask the Community

Yelp users haven't asked any questions yet about **UpCounsel**.

## Recommended Reviews for UpCounsel



🔴 **Your trust is our top concern,** so businesses can't pay to alter or remove their reviews. Learn more.   ✕

[Search within the reviews]

Sort by **Yelp Sort** ▾   Language **English (8)** ▾

Request a
You can now
business dire

🕐 Today

Start your review of **UpCounsel**.



**Sterling A.**
**Murrieta, CA**
👥 280 friends
⭐ 26 reviews

⭐⭐⭐⭐⭐ 2/28/2014

Working in the realm of filmmaking, the process of learning the craft alone can not only take years of work, but it also takes so much out of you that you rarely foresee the real work that comes with the medium. What hurdle am I speaking of? The tons, and I mean tons of copyright claims, licenses and release forms one must be ready to successfully obtain and complete in order to have a legal product ready for the market. Sadly, not everyone can just go out and pull an "Escape From Tomorrow" and be Scott free of any legal attention from The Walt Disney Corporation(Randy Moore, you lucky dog, you...). No, we as the majority of humanity, must pull out all standard precautions and mandatory processes in order to lead the life we've chosen without disappointment nor court dates. But sometimes we miss something, or are admittedly reckless in our endeavors, thus having the owner of a business, angry crew member or record label come for us, dressed in their favorite kind of suit. A lawsuit(see what I did there..? Yeah, sorry that was terrible). However, that's why we all know how to do all of this stuff from the very start of life as if this knowledge was a feral instinct we were born with, Right? Even more sadly, no. But that's where help like this comes into play.

UpCounsel is a fascinating service located in the San Diego area that helps you through your every dire legal need. Working almost like a network for only the most top notch legal reps in the area, the company bases its usefulness on an innovative system in which you submit the details of your issue, which works kind of like when you register for a new social network and fill out your profile page. Your case will then be sorted through the site's algorithm and within a day or 2, you'll get some responses from the site in the form of attorneys that not only have the correct experience you require, but are personally willing to take on your legal battles for you. It's kind of like a dating network, but your date is with freedom instead of a creepy dungeons and dragons fanboy. Moreover, once you choose the attorney you want to work with out of the results you receive by reviewing their past history with other clients, you will get not an estimate, but the strait up cost of the services in full. It's always great to have no secret costs pop-up later, and that never happens with this company. Some people might like that kind of thing, but they're weird, what can I say? But yeah, it's then that you will have a legal bodyguard on your side that is the perfect fit for you. I know that I was speaking of film earlier, but that does not change anything. Any small business, in any realm of work is more than eligible for the service this entity provides. The attorneys offered with them are at the top of their game and you will get what you pay for. A clear record. It worked for me, but don't take it solely from my experience, as I can see, I'm not the only satisfied human being to work with UpCounsel, and rightfully so.

---

**Maria P.**



Sta
sha

🔍 Dry C

**Hours**

| | |
|---|---|
| **Mon** | |
| **Tue** | |
| **Wed** | |
| **Thu** | |
| **Fri** | |
| **Sat** | |
| **Sun** | |

✏️ Edit b

 

**You mi**

**Other L**

Find mor

**Browse**

🍴 Res

🍸 Nigh

🛍 Sho

••• Sho

**Lawyer**

💬 Get

**Near M**

New Law

Sterling Anno | LinkedIn

in | Search

🏠 👥 💼 💬 🔔¹ 👤 ⚏ 📰

Join a CEO group today - Challenge your assumptions and find out what's limiting your success. Ad ···





**Sterling Anno** • 3rd

Director of Programming at Oceanside Intl. Film Festival

Murrieta, California

▢ Oceanside international film festival
▣ See contact info
👥 94 connections

[ Message ]  [ ··· ]

 The Microcinema Savant

## Experience



**Director Of Programming**
Oceanside international film festival
Dec 2011 – Present · 6 yrs 9 mos
Oceanside, CA
Established in 2009, OIFF is North County's Longest Running Competitive Showcase for the Cinematic Arts. Umbrella'd Under the Oceanside Cultural Arts Foundation, I Work to Lead the City of Oceanside's Cultural Push for Proper and Effective Cinema Representation and Education. As the 12th of 14 Newly Appointed Cultural Districts by the State of California, the Examination of Diversity, Human Rights and Creative Point of View are Among just a Few of the Thematic Concepts I Strive to Propel to the Forefront of North Coast San Diego's Colorful Artisan Backdrop. A Town that's Gone Through Many Changes Over it's Years, the Work that Screens Within Our Venues Should Reflect those Very Same Tales of Loyalty, Acceptance & Achievement in Spite of ... See more

🖼 Home          OIFF Facebook Banner



**Director of Outreach**
San Diego Underground Arts
Aug 2016 – Present · 2 yrs 1 mo
Greater San Diego Area
Outreach Liaison for the Nonprofit Organization Responsible for the San Diego Underground Film Festival, SD's Premiere Celebration & Non-Competitive Showcase of Avant Garde & Alternative Medium Experimentation. SDUFF is an Educational & Culturally Aware Platform Formed to Provide a Supportive Outlet for the Sole Purpose of Gathering and Strengthening the Local Prac... See more

 San Diego Underground          SDUFF.jpg



**Director of Outreach**
Horrible Imaginings Film Festival
Sep 2016 – Present · 2 yrs
Santa Ana, CA

Get the latest jobs and industry news

 

Raj, explore relevant opportunities w
**Crowell & Moring LLP**

[ Follow ]

### People Also Viewed

 **Joseia Defro** • 3rd
JPPSO Administrator of Logistics Transportation Assistant for U.S. at Allen Corporation of America

 **Jason Thornton** • 3rd
Quality Analyst at Counseling an Psychological Services, UCLA

 **Kerry Tepedino** • 2nd
Holistic Health Practitioner & Entrepreneur

 **Karen Moy, Ph.D.** • 3rd
Executive Director at Rescue Exp

 **Pat Launer** • 3rd
Theater Critic at KSDS FM

 **Carolyn Bell** • 2nd
San Diego Arts Foundation - Co-Founder

 **Alison Bell, M.A. Ed** • 3rd
Educator

 **James Williams** • 2nd
Band Leader - The Williams Brot Band, Festival/Event Promoter & Consultant, Owner - Rhema Mus Clothing Co.

 **Brooke Calders** • 3rd
--

 **Gabriel Pérez** • 3rd
Location Manager

### Learn the skills Sterling has

 **Creating a Short Film** Directing
Viewers: 7,112

 **Learning Screenwritin**
Viewers: 14,251

● Messaging    ✎ ⚙



**Field Correspondent - News & Media**
Village News, Inc.
Mar 2015 – Feb 2016 · 1 yr
Riverside County, CA
Was a primary videographer and video editor on call to capture news worthy events as such took place. Shooting my own b-roll/interviews & writing my own copy, I was considered a valuable and multi-faceted employee of said company as a whole. Reporting on each event individually for the online portion of the Valley News Publication, a strong grasp of modern trends and cult... See more

## Skills & Endorsements

**Community Outreach** · 1
Jacob Angelo has given an endorsement for this skill

**Social Media** · 1
Endorsed by **1 connection**

**Nonprofit Organizations**

Show more ⌄

## Accomplishments

5   **Publications**
    Horrible Imaginings Podcast #182: 2 Sentence Horror Stories   • Movie@Home – Charles Laughton's Sole Directorial Venture   • A Bloody Look at Women in Horror Month 2017   • Our Barrio Review   • A Farewell to FearNET

3   **Organizations**
    North County Arts Network   • Oceanside Cultural Arts Foundation   • San Diego Underground Arts

● Messaging

# EXHIBIT 40

Case 4:18-cv-02573-YGR   Document 45-1   Filed 09/11/18   Page 322 of 706

**BUSINESS**

# The new Southern California business economy is all about sharing

By **KEVIN SMITH** | kvsmith@scng.com | San Gabriel Valley Tribune
PUBLISHED: March 26, 2015 at 2:45 pm | UPDATED: August 30, 2017 at 7:18 am

> **0 COMMENTS**

Look around, a new business model called a sharing economy has taken root, and it's rapidly changing the way we do business in Southern California. It's called "sharing," because it's built around the shared or collaborative use of both human and physical resources.

Whether it's transportation (Uber and Lyft), lodging (Airbnb), labor (TaskRabbit and Homejoy), do-it-yourself businesses (Etsy and eBay) or legal and HR services (UpCounsel and RecruitLoop), these peer-to-peer services offer alternative options for consumers while also opening new revenue streams for entrepreneurs.

Looking for a place to stay while you're in Belgium?

Log onto Airbnb.com from your smartphone and you'll find a variety of locations and price points to suit virtually any desire and budget. And the accommodations? They could range from a single room or house to a villa, condo … even a castle.

And lest you think Airbnb is merely nipping at the edges of conventional lodging, consider this: Since its founding in 2008, Airbnb venues have served more than 25 million guests in 34,000 cities and 190 countries.

"Airbnb is fantastic for me," said Paavo Monkkonen, an assistant professor of urban planning at the UCLA Luskin School of Public Affairs. "I use it a lot. When you have a 3-year-old daughter it's nice having more space than you'd get in a hotel."

It also works from the other end.

"People can make use of under-utilized space, and if I'm leaving town for a month, I could rent my house out," Monkkonen said. "Everybody wins."

Monkkonen noted, however, that Airbnbs can potentially disrupt a neighborhood's rental market.

"If you're in a really high rent market and people convert what used to be long-term rentals to a short-term that takes them off the market, that could make prices go up," he said.

Others are turning to UpCounsel for convenient, on-demand legal services.

Matt Faustman, the company's co-founder and CEO, describes UpCounsel as "equivalent to the largest virtual law firm in the world."

"We are a venture-backed technology company based out of San Francisco, and we have a presence in every major metropolitan area in the U.S.," he said. "We have a marketplace structure, and we power that with a group of top-tier attorneys."

UpCounsel's roster includes more than 500 attorneys who can address everything from contract negotiations and patents to real estate issues and immigration.

"We have three major value propositions: top quality work; we're extremely responsive, and people can save up to 50 percent on their legal bills," Faustman said.

"We do that by eliminating a lot of the overhead costs — all of those things that bump up your hourly rate like staffing and rent for the building."

The process couldn't be simpler. A user logs onto UpCounsel.com and posts their specific legal need. Within minutes they will begin receiving customized proposals from attorneys with expertise in that field.

"Our algorithm will match you with an attorney who is perfect for your type of industry and work," Faustman said.

The sharing economy has created a lucrative revenue stream for Nikki Jackson, 41, of Los Angeles. Jackson is a "tasker" with TaskRabbit.com, a company that provides a variety of on-demand services for people ranging from help designing websites to cleaning out a garage.

"I picked it up between employment opportunities," she said. "I applied, went to the orientation and have been tasking ever since."

Jackson currently works full time as the office manager for a marketing research firm. But she still manages to do her tasking on the weekends. It's worth the effort because it brings in another $1,200 to $1,500 a month.

And the work? Well, that's all over the map.

"I provide personal assistance, office administration, organizing, delivery and help with moving, packing and shipping," Jackson said. "I love it and I have so much fun doing it."

Sarah Ashe, 35, of Venice Beach has used Jackson on three occasions.

"I have a number of vacation rentals in Venice Beach, and she's been doing the turnover between guests," Ashe said.

"She does a deep cleaning and gets the rooms ready so guests can check in. Nikki is amazing, she's very professional and thorough. She IDs everything she's done, and she'll also give me an update that lets me know when I need to purchase more supplies."

That relationship has been great, she said, but a couple other TaskRabbit experiences haven't gone nearly as well.

"I hired one person who was relatively new and didn't have many reviews of his work," Ashe said.

"I hired him at the last minute, and it was going to be an hourly rate. When you hire someone like that you trust that they will work efficiently. You set expectations for the number of hours it will take. But he was taking too long."



## Kevin Smith

Kevin Smith handles business news and editing for the Southern California News Group, which includes 11 newspapers, websites and social media channels. He covers everything from employment, technology and housing to retail, corporate mergers and business-based apps. Kevin often writes stories that highlight the local impact of trends occurring nationwide. And the focus is always to shed light on why those issues matter to readers in Southern California.

Follow Kevin Smith @sgvnbiz

# EXHIBIT 41

# EXHIBIT
# 41-A



LEGISLATIVE INFORMATION

| Home | Bill Information | California Law | Publications | Other Resources | My Subscriptions | My Favorites |

**Code:** Select Code ▼    **Section:** [＿＿＿＿]    [ Search ]  ⓘ

Up^    << Previous    Next >>    cross-reference chaptered bills    PDF | Add To My Favorites

[ Highlight ]

**BUSINESS AND PROFESSIONS CODE - BPC**

    **DIVISION 3. PROFESSIONS AND VOCATIONS GENERALLY [5000 - 9998.11]**   *( Heading of Division 3 added by Stats. 1939, Ch. 30. )*

        **CHAPTER 4. Attorneys [6000 - 6243]**   *( Chapter 4 added by Stats. 1939, Ch. 34. )*

  **ARTICLE 9. Unlawful Solicitation [6150 - 6156]**   *( Article 9 added by Stats. 1939, Ch. 34. )*

**6151.** As used in this article:

(a) A runner or capper is any person, firm, association or corporation acting for consideration in any manner or in any capacity as an agent for an attorney at law or law firm, whether the attorney or any member of the law firm is admitted in California or any other jurisdiction, in the solicitation or procurement of business for the attorney at law or law firm as provided in this article.

(b) An agent is one who represents another in dealings with one or more third persons.

*(Amended by Stats. 1991, Ch. 116, Sec. 6.)*

# EXHIBIT
# 41-B

 

## California
### LEGISLATIVE INFORMATION

| Home | Bill Information | California Law | Publications | Other Resources | My Subscriptions | My Favorites |

Code: [Select Code ▼]   Section: [_____]  [Search]  ⓘ

Up^   << Previous   Next >>   cross-reference chartered bills   PDF | Add To My Favorites

[Highlight]

**BUSINESS AND PROFESSIONS CODE - BPC**

    **DIVISION 3. PROFESSIONS AND VOCATIONS GENERALLY [5000 - 9998.11]**  *( Heading of Division 3 added by Stats. 1939, Ch. 30. )*

        **CHAPTER 4. Attorneys [6000 - 6243]**  *( Chapter 4 added by Stats. 1939, Ch. 34. )*

    **ARTICLE 9. Unlawful Solicitation [6150 - 6156]**  *( Article 9 added by Stats. 1939, Ch. 34. )*

**6152.** (a) It is unlawful for:

(1) Any person, in an individual capacity or in a capacity as a public or private employee, or for any firm, corporation, partnership or association to act as a runner or capper for any attorneys or to solicit any business for any attorneys in and about the state prisons, county jails, city jails, city prisons, or other places of detention of persons, city receiving hospitals, city and county receiving hospitals, county hospitals, superior courts, or in any public institution or in any public place or upon any public street or highway or in and about private hospitals, sanitariums or in and about any private institution or upon private property of any character whatsoever.

(2) Any person to solicit another person to commit or join in the commission of a violation of subdivision (a).

(b) A general release from a liability claim obtained from any person during the period of the first physical confinement, whether as an inpatient or outpatient, in a clinic or health facility, as defined in Sections 1203 and 1250 of the Health and Safety Code, as a result of the injury alleged to have given rise to the claim and primarily for treatment of the injury, is presumed fraudulent if the release is executed within 15 days after the commencement of confinement or prior to release from confinement, whichever occurs first.

(c) Nothing in this section shall be construed to prevent the recommendation of professional employment where that recommendation is not prohibited by the Rules of Professional Conduct of the State Bar of California.

(d) Nothing in this section shall be construed to mean that a public defender or assigned counsel may not make known his or her services as a criminal defense attorney to persons unable to afford legal counsel whether those persons are in custody or otherwise.

*(Amended by Stats. 2002, Ch. 784, Sec. 2. Effective January 1, 2003.)*

# EXHIBIT
# 41-C




## LEGISLATIVE INFORMATION

| Home | Bill Information | California Law | Publications | Other Resources | My Subscriptions | My Favorites |

Code: [Select Code ▼]   Section: [_____]   [Search]

Up^    << Previous    Next >>    cross-reference chartered bills    PDF | Add To My Favorites

[Highlight]

**BUSINESS AND PROFESSIONS CODE - BPC**

**DIVISION 3. PROFESSIONS AND VOCATIONS GENERALLY [5000 - 9998.11]** *( Heading of Division 3 added by Stats. 1939, Ch. 30. )*

**CHAPTER 4. Attorneys [6000 - 6243]** *( Chapter 4 added by Stats. 1939, Ch. 34. )*

**ARTICLE 9. Unlawful Solicitation [6150 - 6156]** *( Article 9 added by Stats. 1939, Ch. 34. )*

**6153.** Any person, firm, partnership, association, or corporation violating subdivision (a) of Section 6152 is punishable, upon a first conviction, by imprisonment in a county jail for not more than one year or by a fine not exceeding fifteen thousand dollars ($15,000), or by both that imprisonment and fine. Upon a second or subsequent conviction, a person, firm, partnership, association, or corporation is punishable by imprisonment in a county jail for not more than one year, or by imprisonment pursuant to subdivision (h) of Section 1170 of the Penal Code for two, three, or four years, or by a fine not exceeding fifteen thousand dollars ($15,000), or by both that imprisonment and fine.

Any person employed either as an officer, director, trustee, clerk, servant or agent of this state or of any county or other municipal corporation or subdivision thereof, who is found guilty of violating any of the provisions of this article, shall forfeit the right to his office and employment in addition to any other penalty provided in this article.

*(Amended by Stats. 2011, Ch. 15, Sec. 16. (AB 109) Effective April 4, 2011. Operative October 1, 2011, by Sec. 636 of Ch. 15, as amended by Stats. 2011, Ch. 39, Sec. 68. )*

# EXHIBIT
# 41-D



*California*
LEGISLATIVE INFORMATION

| Home | Bill Information | California Law | Publications | Other Resources | My Subscriptions | My Favorites |

**Code:** Select Code ▼   **Section:** [_____]   [ Search ]

Up^    << Previous    Next >>     cross-reference chaptered bills     PDF | Add To My Favorites

[ Highlight ]

**BUSINESS AND PROFESSIONS CODE - BPC**

    **DIVISION 3. PROFESSIONS AND VOCATIONS GENERALLY [5000 - 9998.11]**   *( Heading of Division 3 added by Stats. 1939, Ch. 30. )*

      **CHAPTER 4. Attorneys [6000 - 6243]**   *( Chapter 4 added by Stats. 1939, Ch. 34. )*

    **ARTICLE 9. Unlawful Solicitation [6150 - 6156]**   *( Article 9 added by Stats. 1939, Ch. 34. )*

**6154.**   (a) Any contract for professional services secured by any attorney at law or law firm in this state through the services of a runner or capper is void. In any action against any attorney or law firm under the Unfair Practices Act, Chapter 4 (commencing with Section 17000) of Division 7, or Chapter 5 (commencing with Section 17200) of Division 7, any judgment shall include an order divesting the attorney or law firm of any fees and other compensation received pursuant to any such void contract. Those fees and compensation shall be recoverable as additional civil penalties under Chapter 4 (commencing with Section 17000) or Chapter 5 (commencing with Section 17200) of Division 7.

(b) Notwithstanding Section 17206 or any other provision of law, any fees recovered pursuant to subdivision (a) in an action involving professional services related to the provision of workers' compensation shall be allocated as follows: if the action is brought by the Attorney General, one-half of the penalty collected shall be paid to the State General Fund, and one-half of the penalty collected shall be paid to the Workers' Compensation Fraud Account in the Insurance Fund; if the action is brought by a district attorney, one-half of the penalty collected shall be paid to the treasurer of the county in which the judgment was entered, and one-half of the penalty collected shall be paid to the Workers' Compensation Fraud Account in the Insurance Fund; if the action is brought by a city attorney or city prosecutor, one-half of the penalty collected shall be paid to the treasurer of the city in which the judgment was entered, and one-half of the penalty collected shall be paid to the Workers' Compensation Fraud Account in the Insurance Fund. Moneys deposited into the Workers' Compensation Fraud Account pursuant to this subdivision shall be used in the investigation and prosecution of workers' compensation fraud, as appropriated by the Legislature.

*(Amended by Stats. 1993, Ch. 120, Sec. 2. Effective July 16, 1993.)*

# EXHIBIT
# 41-E




| Home | Bill Information | California Law | Publications | Other Resources | My Subscriptions | My Favorites |

Code: Select Code ▼  Section: [          ]  [ Search ]  ⓘ

Up^   << Previous   Next >>   cross-reference chaptered bills   PDF | Add To My Favorites

[ Highlight ]

**BUSINESS AND PROFESSIONS CODE - BPC**

  **DIVISION 3. PROFESSIONS AND VOCATIONS GENERALLY [5000 - 9998.11]**  ( *Heading of Division 3 added by Stats. 1939, Ch. 30.* )

    **CHAPTER 4. Attorneys [6000 - 6243]**  ( *Chapter 4 added by Stats. 1939, Ch. 34.* )

  **ARTICLE 9. Unlawful Solicitation [6150 - 6156]**  ( *Article 9 added by Stats. 1939, Ch. 34.* )

**6155.**  (a) An individual, partnership, corporation, association, or any other entity shall not operate for the direct or indirect purpose, in whole or in part, of referring potential clients to attorneys, and no attorney shall accept a referral of such potential clients, unless all of the following requirements are met:

(1) The service is registered with the State Bar of California and (a) on July 1, 1988, is operated in conformity with minimum standards for a lawyer referral service established by the State Bar, or (b) upon approval by the Supreme Court of minimum standards for a lawyer referral service, is operated in conformity with those standards.

(2) The combined charges to the potential client by the referral service and the attorney to whom the potential client is referred do not exceed the total cost that the client would normally pay if no referral service were involved.

(b) A referral service shall not be owned or operated, in whole or in part, directly or indirectly, by those lawyers to whom, individually or collectively, more than 20 percent of referrals are made. For purposes of this subdivision, a referral service that is owned or operated by a bar association, as defined in the minimum standards, shall be deemed to be owned or operated by its governing committee so long as the governing committee is constituted and functions in the manner prescribed by the minimum standards.

(c) None of the following is a lawyer referral service:

(1) A plan of legal insurance as defined in Section 119.6 of the Insurance Code.

(2) A group or prepaid legal plan, whether operated by a union, trust, mutual benefit or aid association, public or private corporation, or other entity or person, which meets both of the following conditions:

(A) It recommends, furnishes, or pays for legal services to its members or beneficiaries.

(B) It provides telephone advice or personal consultation.

(3) A program having as its purpose the referral of clients to attorneys for representation on a pro bono basis.

(d) The following are in the public interest and do not constitute an unlawful restraint of trade or commerce:

(1) An agreement between a referral service and a participating attorney to eliminate or restrict the attorney's fee for an initial office consultation for each potential client or to provide free or reduced fee services.

(2) Requirements by a referral service that attorneys meet reasonable participation requirements, including experience, education, and training requirements.

(3) Provisions of the minimum standards as approved by the Supreme Court.

(4) Requirements that the application and renewal fees for certification as a lawyer referral service be determined, in whole or in part, by a consideration of any combination of the following factors: a referral service's gross annual revenues, number of panels, number of panel members, amount of fees charged to panel members, or for-profit or nonprofit status; provided that the application and renewal fees do not exceed ten thousand dollars ($10,000) or 1 percent of the gross annual revenues, whichever is less.

(5) Requirements that, to increase access to the justice system for all Californians, lawyer referral services establish separate ongoing activities or arrangements that serve persons of limited means.

(e) A violation or threatened violation of this section may be enjoined by any person.

(f) With the approval of the Supreme Court, the State Bar shall formulate and enforce rules and regulations for carrying out this section, including rules and regulations which do the following:

(1) Establish minimum standards for lawyer referral services. The minimum standards shall include provisions ensuring that panel membership shall be open to all attorneys practicing in the geographical area served who are qualified by virtue of suitable experience, and limiting attorney registration and membership fees to reasonable sums which do not discourage widespread attorney membership.

(2) Require that an entity seeking to qualify as a lawyer referral service register with the State Bar and obtain from the State Bar a certificate of compliance with the minimum standards for lawyer referral services.

(3) Require that the certificate may be obtained, maintained, suspended, or revoked pursuant to procedures set forth in the rules and regulations.

(4) Require the lawyer referral service to pay an application and renewal fee for the certificate in such reasonable amounts as may be determined by the State Bar. The State Bar shall adopt rules authorizing the waiver or reduction of the fees upon a demonstration of financial necessity. The State Bar may require that the application and renewal fees for certification as a lawyer referral service be determined, in whole or in part, by a consideration of any combination of the following factors: a referral service's gross annual revenues, number of panels, number of panel members, amount of fees charged to panel members, or for-profit or nonprofit status; provided that the application and renewal fees do not exceed ten thousand dollars ($10,000) or 1 percent of the gross annual revenues, whichever is less.

(5) Require that, to increase access to the justice system for all Californians, lawyer referral services establish separate ongoing activities or arrangements that serve persons of limited means.

(6) Require each lawyer who is a member of a certified lawyer referral service to comply with all applicable professional standards, rules, and regulations, and to possess a policy of errors and omissions insurance in an amount not less than one hundred thousand dollars ($100,000) for each occurrence and three hundred thousand dollars ($300,000) aggregate, per year. By rule, the State Bar may provide for alternative proof of financial responsibility to meet this requirement.

(g) Provide that cause for denial of certification or recertification or revocation of certification of a lawyer referral service shall include, but not be limited to:

(1) Noncompliance with the statutes or minimum standards governing lawyer referral services as adopted and from time to time amended.

(2) Sharing common or cross ownership, interests, or operations with any entity which engages in referrals to licensed or unlicensed health care providers.

(3) Direct or indirect consideration regarding referrals between an owner, operator, or member of a lawyer referral service and any licensed or unlicensed health care provider.

(4) Advertising on behalf of attorneys in violation of the Rules of Professional Conduct or the Business and Professions Code.

(h) This section shall not be construed to prohibit attorneys from jointly advertising their services.

(1) Permissible joint advertising, among other things, identifies by name the advertising attorneys or law firms whom the consumer of legal services may select and initiate contact with.

(2) Certifiable referral activity involves, among other things, some person or entity other than the consumer and advertising attorney or law firms which, in person, electronically, or otherwise, refers the consumer to an attorney or law firm not identified in the advertising.

(i) A lawyer referral service certified under this section and operating in full compliance with this section, and in full compliance with the minimum standards and the rules and regulations of the State Bar governing lawyer referral services, shall not be deemed to be in violation of Section 3215 of the Labor Code or Section 750 of the Insurance Code.

(j) The payment by an attorney or law firm member of a certified referral service of the normal fees of that service shall not be deemed to be in violation of Section 3215 of the Labor Code or Section 750 of the Insurance Code, provided that the attorney or law firm member is in full compliance with the minimum standards and the rules and regulations of the State Bar governing lawyer referral services.

(k) Certifications of lawyer referral services issued by the State Bar shall not be transferable.

*(Amended by Stats. 1994, Ch. 711, Sec. 2. Effective January 1, 1995.)*

# EXHIBIT 42

Case 4:18-cv-02573-YGR    Document 45-1    Filed 09/11/18    Page 338 of 706



Google        site:upcounsel.com "how to"

All    Videos    Books    Shopping    News    More              Settings    Tools

About 18,500 results (0.72 seconds)

### How to Trademark a Phrase: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-trademark-a-phrase ▾
You can trademark a word, phrase, symbol, or a combination of these. When you trademark a phrase, you protect the words that represent your product or service. ... In the United States, the U.S. Patent and Trademark Office (USPTO) manages trademark registration.



People also ask

| How do I trademark a phrase for free? | ⌄ |
|---|---|
| How do I copyright a word? | ⌄ |
| How do I trademark a brand name and logo? | ⌄ |
| How much does it cost to trademark a word? | ⌄ |

Feedback

### How to Trademark a Word: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-trademark-a-word ▾
This involves registering a single word as a trademark with the U.S. Patent and Trademark Office (USPTO). A trademark is a word, phrase, sign, symbol, or logo used to identify a product's owner. ... Register your trademark with the U.S. Patent and Trademark Office (USPTO) to protect ...

### How to Get a Copyright - Free Legal Resource on UpCounsel
https://www.upcounsel.com/how-to-obtain-a-copyright ▾
A copyright is a means to protect your tangible intellectual property, such as audio recordings. Here's a simple guide on how to obtain a copyright.

### How to Trademark a Brand: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-trademark-a-brand ▾
A trademark protects certain kinds of intellectual property. It can apply to any unique symbol, name, device, or word that identifies a company or product.

### How to Write a Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-write-a-patent ▾
If you want to know how to write a patent, know that the price of hiring a legal professional to draft patent software can push some inventors out of the market, ...

### How to Patent a Phrase: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-patent-a-phrase ▾
While you can learn how to patent an idea here, unfortunately, it is not possible to patent a phrase. Instead, you can trademark a phrase by registering it with the ...

### How to File a Trademark: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-file-a-trademark ▾
Trademarks help protect a symbol, logo, phrase, domain name, design, or word that's associated with your product or business name.

### Acquisition Process: How to Acquire Other Companies - UpCounsel
https://www.upcounsel.com/acquisition-process-how-to-acquire-other-companies ▾
Acquiring another company is a difficult process with many laws for regulation. Here is our guide on how to navigate through those laws and avoid mistakes.

### How to Patent an Idea: 5 Easy Steps to Complete (12 Minute Read)
https://www.upcounsel.com/how-to-patent-an-idea ▾
Learning how to patent your ideas is an important process to make sure that you own all the intellectual property. Read our easy 5 step guide to learn more.

### How to Get a Patent Pending: Everything You Need to Know
https://www.upcounsel.com/how-to-get-a-patent-pending ▾
It must include how to make and use it. Include drawings of your invention. Because the USPTO awards patents to whomever files the earliest, you want to file a ...

### How to Do a Trademark Search: Everything You Need to Know
https://www.upcounsel.com/how-to-do-a-trademark-search ▾
Learn how to do a trademark search so others don't already own a trademark you intend to use for your
own products or services.

### How to Patent a Design: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-patent-a-design ▾
Knowing how to patent a design is important because a patent gives you legal claim to your original
design, the ability to use and sell it, and the right to profit ...

### How to Patent a Clothing Line: Everything You Need to Know
https://www.upcounsel.com/how-to-patent-a-clothing-line ▾
You might be wondering how to patent a clothing line. Rights to creative license gained from a clothing
line are automatically assigned to the creator.

### How to Evict a Tenant in California - Free Legal Resource - UpCounsel
https://www.upcounsel.com/how-to-evict-a-tenant-in-california ▾
A Guide for Landlords on How to Evict a Tenant in California. Evicting a tenant, or forcing a renter to
move out of a dwelling that you own, under California law is ...

### How to Patent Artwork: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-patent-artwork ▾
When asking how to patent artwork in the United States, it must meet specific originality, ornamental, or
manufactured characteristics.

### How to Patent Something: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-patent-something ▾
Understanding how to patent something is a part of knowing how to patent an idea. Patents are legal
documents that describe, illustrate, and register your ...

### How to Open a Bar in California - Free Legal Resource on UpCounsel
https://www.upcounsel.com/how-to-open-a-bar-in-california ▾
How to Open a Bar in California. Opening a bar in California can be a costly, time-consuming endeavor.
Just like opening a new restaurant, you will need a ...

### How to Get a Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-get-a-patent ▾
Learn how to get a patent to protect your intellectual property with our guide on patentability and steps
on how to file an application with the USPTO.

### How to Patent a Name: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-patent-a-name ▾
You may be interested in learning how to patent a name in addition to how to patent an idea, however,
you cannot patent a name. Instead, you can trademark it ...

### How Much Does it Cost to Trademark a Phrase: What to Know
https://www.upcounsel.com/how-much-does-it-cost-to-trademark-a-phrase ▾
How Much Does it Cost to Trademark a Phrase: Everything You Need to Know. Trademark Law
ResourcesTypes of TrademarksHow To Register A Trademark.

### How to Trademark a Logo: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-trademark-a-logo ▾
There are many benefits to registering your logo for a trademark even though it is not required. Learn
more on how to trademark a logo to protect your company.

### How to Open a Cafe in California - Free Legal Resource on UpCounsel
https://www.upcounsel.com/how-to-open-a-cafe-in-california ▾
How to Open a Cafe in California. Know how to open a cafe can be very similar to opening a restaurant.
Cafes can cater to many types of customers, whether it ...

### How to Become Tax Exempt: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-become-tax-exempt ▾
How to become tax exempt requires an organization to qualify for status under the Internal Revenue
Service's guidelines.

### How to Patent a Logo: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-patent-a-logo ▾
While you can learn how to patent an idea, logos cannot be patented because the term patent describes
ownership that protects inventions. However, logos can ...

### How to Apply for FMLA: Everything You Need to Know - UpCounsel

https://www.upcounsel.com/how-to-apply-for-fmla ▾

If you're wondering **how to** apply for FMLA, the info below will help you get started. Applying for FMLA involves submitting a form to your employer that is filled ...

### How to Read a Patent: Everything You Need to Know - UpCounsel

https://www.upcounsel.com/how-to-read-a-patent ▾

If you wonder **how to** read a patent, you must first understand its parts. Also, understanding what part to read first will help you layer your review so that you do ...

### How to Register a Patent: Everything You Need to Know - UpCounsel

https://www.upcounsel.com/how-to-register-a-patent ▾

**How to** Register a Patent: Everything You Need to Know. Patent Law ResourcesStartup Law ResourcesIntellectual Property**How to** Patent an IdeaProvisional ...

### How to Hire an Employee in California - Free Legal Resource

https://www.upcounsel.com/how-to-hire-an-employee-in-california ▾

A Guide for Businesses on **How to** Hire an Employee in California. 1. Conduct a background check. An employer is free to gather certain background information ...

### How to File a Provisional Patent: Everything You Need to Know

https://www.upcounsel.com/how-to-file-a-provisional-patent ▾

Filing a provisional patent protects your idea for one year from the filing date. Follow these 10 steps to complete your provisional patent filing online.

### How to Start a Business in New York (with Legal Templates!)

https://www.upcounsel.com/how-to-start-a-business-in-new-york ▾

**How to** Start a Limited Liability Company (LLC) in New York - in 7 Easy Steps. LLCs can offer the liability protection of a corporation with the ease of use of a sole ...

### How to Find a Patent Attorney: Everything You Need to Know

https://www.upcounsel.com/how-to-find-a-patent-attorney ▾

When asking, "**How to** find a patent attorney," consider the following. Professionals in the field of patents can be classified into two types: patent attorneys and ...

### How to Incorporate Yourself: Everything You Need to Know - UpCounsel

https://www.upcounsel.com/how-to-incorporate-yourself ▾

**How to** incorporate yourself--If you run a small business, you may need to know about this process, which involves establishing a legal entity for your business.

### How to Write a Provisional Patent - UpCounsel

https://www.upcounsel.com/how-to-write-a-provisional-patent ▾

A provisional patent application is not legally binding or patent your invention, but it does give you a year from filing date to submit forms and payments.

### How to Legally Open and Online Store - UpCounsel

https://www.upcounsel.com/blog/how-to-legally-open-an-online-store ▾

**How to** Legally Open an Online Store. 5 years ago. by Karla Lant. 5 min read. These days opening an online store is extremely appealing. It's easier than ever ...

### How to Write LLC: Everything You Need to Know - UpCounsel

https://www.upcounsel.com/how-to-write-llc ▾

Knowing **how to** write LLC operating agreements is imperative. The agreement will clearly outline what members own, how the LLC will be managed.

### How to Start a Transportation Business: Everything to Know - UpCounsel

https://www.upcounsel.com/how-to-start-a-transportation-business ▾

To start a transportation business, you will need to decide which type of business you intend to create. The type of company based on the need in the area.

### How to Register a Company: Everything You Need to Know - UpCounsel

https://www.upcounsel.com/how-to-register-a-company ▾

Registering a company means taking the steps necessary to form an entity for your business in a state and obtain the permits and licenses needed to operate.

### How to Structure Your Startup's Equity Split Arrangement - UpCounsel ...

https://www.upcounsel.com/blog/structure-startups-equity-split-arrangement ▾

**How to** Structure Your Startup's Equity Split Arrangement. 1 year ago. by Roger Glovsky. 8 min read. By UpCounsel Startup and Technology Attorney Roger ...

How to Rent Property in California - UpCounsel

https://www.upcounsel.com/how-to-rent-property-in-california ▼

Knowing **how to** rent property in California can be tricky. This guide will help prospective landlords prepare their property for rent to tenants in California with ...

How to Get a Tax ID Number in GA: Everything You Need to Know

https://www.upcounsel.com/how-to-get-a-tax-id-number-in-ga ▼

**How to** get a tax ID number in GA is fairly straightforward. The Georgia tax ID number is an identification number assigned to your business.

How to Start a Nanny Agency: Everything You Need to Know

https://www.upcounsel.com/how-to-start-a-nanny-agency ▼

Wondering **how to** start a nanny agency? Nannies offer child care service in the home of the family rather than in a daycare center.

How to Copyright a Photo - Free Legal Resource on UpCounsel

https://www.upcounsel.com/how-to-copyright-a-picture ▼

Learn more about **how to** copyright a picture and the steps needed to ensure that you successfully copyright a picture to protect it from infringement. 2 min read ...

How to Copyright: Everything You Need to Know - UpCounsel

https://www.upcounsel.com/how-to-copyright ▼

To find out **how to** copyright a piece of creative material, research the steps & required material. The author should register their work with the US Copyright.

How to Apply for a Patent: Everything You Need to Know - UpCounsel

https://www.upcounsel.com/how-to-apply-for-a-patent ▼

Before learning **how to** apply for a patent, you have to first understand that a patent is a property right that gives you, as an inventor, the right to sue others who ...

How to Copyright an Image - Free Legal Resource on UpCounsel

https://www.upcounsel.com/how-to-copyright-an-image ▼

Have an image you want to copyright? Here's a guide that explains the process of copyrighting the image & the advantages of registering a copyright.

How to Obtain an H2B Visa - Free Legal Resource on UpCounsel

https://www.upcounsel.com/h-2b-visas ▼

Applying for a H2B visa to temporarily employ a foreign non-agricultural worker in the U.S.? Here are the list of requirements on applying for the visa.

Trademark a Slogan: Everything You Need to Know - UpCounsel

https://www.upcounsel.com/trademark-a-slogan ▼

Trademark Law Resources**How To** Register A Trademark. First, go to www.uspto.gov. Then, search for the slogan on the Trademark Electronic Search System.

How to Fire Employees Without Getting Sued - UpCounsel

https://www.upcounsel.com/blog/how-to-fire-employees-without-getting-sued ▼

**How to** Successfully Let Employees Go. 5 years ago. by Karla Lant. 6 min read. No matter how wonderful a boss you are or how successful your company is, ...

How to Start a Plumbing Business: Everything You Need to Know

https://www.upcounsel.com/how-to-start-a-plumbing-business ▼

**How to** Start a Plumbing Business. Starting a plumbing business can be relatively easy if you have the necessary information needed to be in compliance with ...

How to Create a Real Estate Investment Company - UpCounsel

https://www.upcounsel.com/blog/how-to-create-a-real-estate-investment-company ▼

**How to** Create a Real Estate Investment Company. 5 years ago. by Matt Faustman. 7 min read. Real estate investment is a very attractive avenue for wealth ...

How to Get a Patent in Texas: Everything You Need to Know

https://www.upcounsel.com/how-to-get-a-patent-in-texas ▼

To get a patent in Texas, you must first go through the patent application process.

How to Start a Meal Prep Business - UpCounsel

https://www.upcounsel.com/how-to-start-a-meal-prep-business ▼

If you're wondering **how to** start a meal prep business, all you need is a love of cooking and the ability to find deals at grocery stores.

How to LLC Yourself: Everything You Need to Know - UpCounsel

https://www.upcounsel.com/how-to-llc-yourself ▾

**How to** LLC Yourself: Everything You Need to Know. To form an LLC by yourself, you need to follow certain steps. The time and money you need to file an LLC ...

### How to Start a Concierge Business: Everything You Need to Know

https://www.upcounsel.com/how-to-start-a-concierge-business ▾

**How to** start a concierge business - also referred to as a personal assistant business can be accomplished in a few easy steps.

### How to Start a Wedding Venue: Everything You Need to Know

https://www.upcounsel.com/how-to-start-a-wedding-venue ▾

If you want to learn **how to** start a wedding venue, first, it's important to understand the need for this type of location.

### How to Start a Nonprofit Organization in GA - UpCounsel

https://www.upcounsel.com/how-to-start-a-nonprofit-organization-in-ga ▾

Trying to figure out **how to** start a nonprofit organization in Georgia can be an easy task when you break it down into the following small steps.

### How to Make a Patent Drawing: Everything You Need to Know

https://www.upcounsel.com/how-to-make-a-patent-drawing ▾

Patent drawings are any illustrations of the invention, of methods or steps to utilize or carry out the invention, or prior art of every feature in the patent claim.

### How to Start a Comic Book Store: Everything You Need to Know

https://www.upcounsel.com/how-to-start-a-comic-book-store ▾

**How to** start a comic book store takes research and a diverse inventory and knowledge about the history of the many comic book characters that have been ...

### How to Write a Contract: Everything You Need to Know - UpCounsel

https://www.upcounsel.com/how-to-write-a-contract ▾

Also known as an agreement, a contract describes expectations for an interaction. It ensures all parties agree on the terms of their relationship.

### How to Turn Your Invention Idea Into a Product - UpCounsel Blog

https://www.upcounsel.com/blog/how-to-turn-your-invention-ideas-into-products ▾

**How to** Turn Your Invention Idea Into a Product. 3 years ago. by Alex Liu. 4 min read. You might have a brilliant idea for a new invention that you think a lot of ...

### How to Manage Millennials and Live to Tell the Tale - UpCounsel Blog

https://www.upcounsel.com/blog/how-to-manage-millennials ▾

This is good news for any Gen X, Baby Boomer or even Millennial boss out there trying to figure out **how to** manage these allegedly bizarre and pesky creatures, ...

### How Start Nonprofit Organization Florida: Everything to Know

https://www.upcounsel.com/how-to-start-a-nonprofit-organization-in-florida ▾

If the question of **how to** start a nonprofit organization in Florida is one you have asked yourself, this article may be helpful.

### How to Copyright a Name - Free Legal Resource on UpCounsel

https://www.upcounsel.com/how-to-copyright-a-name ▾

Thinking about copyrighting a name? Here's some important information you need to know about copyrighting a name before you do it. Read it here on ...

### Build Board of Directors: Simple How To Guide for Startups - UpCounsel

https://www.upcounsel.com/build-board-of-directors-simple-how-to-guide-for-startups ▾

To build board of directors for your startup, look for the most experienced people in the company. The board should be elected by shareholders, will determine ...

### How to Patent an App: Everything You Need to Know - UpCounsel

https://www.upcounsel.com/how-to-patent-an-app ▾

You can patent an app similarly to patenting a piece of software. The key to getting an app patented is to focus on the technical processes of the app.

### How to Figure Out Time and a Half: Everything to Know - UpCounsel

https://www.upcounsel.com/how-to-figure-out-time-and-a-half ▾

**How to** Figure Out Time and a Half: Everything You Need to Know. **How to** figure out .... **How to** Determine Overtime Pay for Hourly Employees. The initial step is ...

### How to Find Foreign Business Partners Abroad - UpCounsel Blog

https://www.upcounsel.com/blog/how-to-find-foreign-business-partners-abroad ▾
**How to** Find Foreign Business Partners Abroad. 2 years ago. by Cole Pfeiffer. 5 min read. Foreign markets offer companies the potential for growth and stability ...

## How to Issue Share in an LLC: Everything You Need to Know
https://www.upcounsel.com/how-to-issue-shares-in-an-llc ▾
Wondering **how to** issue shares in an LLC? Distributing membership interest in an LLC is normally done before the registration of the LLC, and the ownership ...

## How to Open a Restaurant in California - Free Legal Resource
https://www.upcounsel.com/how-to-open-a-restaurant-in-california ▾
Trying to figure out **how to** open a restaurant in California - it can be a daunting task. Along with researching the restaurant scene and learning both business ...

## How to Void a Contract Legally: Everything you Need to Know
https://www.upcounsel.com/how-to-void-a-contract-legally ▾
If trying to discover **how to** void a contract legally, that means you currently have signed a contract that you no longer want to continue abiding by.

## How to Start a Food Truck in California - Free Legal Resource
https://www.upcounsel.com/how-to-start-a-food-truck-in-california ▾
Thinking about opening a food truck business in California? Here's an 8-step plan on **how to** open a food truck, including **how to** secure financing & permits.

## How to Change from Sole Proprietor to LLC:Everything to Know
https://www.upcounsel.com/how-to-change-from-sole-proprietor-to-llc ▾
To change from sole proprietorship to LLC, you must first understand each business type. Sole proprietorship business structure means the business owner.

## How to Sell a Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-sell-a-patent ▾
**How to** Sell a Patent: Everything You Need to Know. Securing a patent is an important part of becoming an inventor or an entrepreneur. It grants you ownership ...

## How to Start an LLC in NY: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-start-an-llc-in-ny ▾
**How to** start an LLC in New York--if you find yourself asking this question, follow the steps below, and your business will gain the liability protection and other ...

## How to Trademark Something: Everything You Need to Know
https://www.upcounsel.com/how-to-trademark-something ▾
**How to** trademark something requires several steps to take in order to trademark your intellectual property.

## Design Patent Cost: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/design-patent-cost ▾
He or she will also know **how to** search the database extensively to see if a design similar to yours already has a patent. Finding this early in the process could ...

## How Many Shares Does a Company Have? Everything to Know
https://www.upcounsel.com/how-many-shares-does-a-company-have ▾
Why Do Corporations Sell Stock · **How to** Issue Shares in a Company · What is Stock Corporation? Preferred Stock vs. Common Stock. Want High Quality ...

## Guides on How to Trademark a Name, Logo, Phrase, Brand, or Word ...
https://www.upcounsel.com/how-to-register-trademark ▾
**How To** Register A Trademark. Learn right now step-by-step on how you can quickly get a trademark for your name, logo, clothing, phrase, design, brand, word, ...

## How to Patent an Idea: Simple Guides to Patent Anything on UpCounsel
https://www.upcounsel.com/how-to-patent-ideas ▾
**How to** Patent an Idea. Learn right now step-by-step on how you can quickly patent your idea - whether it is a name, an app, a design, or just something you ...

## How to Make your Audience Uncomfortable to Capture their Attention ...
https://www.upcounsel.com/.../how-to-make-your-audience-uncomfortable-capture-at... ▾
**How to** Make your Audience Uncomfortable to Capture their Attention. 2 years ago. by Nicki Howell. 5 min read. Some people seem naturally gifted at ...

## How to Start a Dog Breeding Business: Everything You Need to Know

https://www.upcounsel.com/how-to-start-a-dog-breeding-business ▾
**How to** start a dog breeding business requires careful consideration as the services the business provides can affect the health and well-being of the adult dogs ...

## How to Patent a Service Idea: Everything You Need to Know
https://www.upcounsel.com/how-to-patent-a-service-idea ▾
**How to** patent a service idea–you need to learn about utility patents. Intellectual property laws in the United States allow for three patent types: design patents, ...

## How to Patent an Idea or Product - UpCounsel
https://www.upcounsel.com/how-to-patent-an-idea-or-product ▾
For those that want to know **how** to patent an idea or product, it is critical that you are as descriptive as possible when providing information on that idea or ...

## How to Patent an Invention: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-patent-an-invention ▾
Learning **how to** patent an invention as part of **how to** patent an idea can be a tough process, but an original invention that can be clearly described qualifies for ...

## Permission to Use Logo: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/permission-to-use-logo ▾
For example, if you use Twitter, you agree to Twitter's terms of use, which include **how to** properly incorporate the brand. Even if you don't use a particular service ...

## How to Start a Towing Business: Everything You Need to Know
https://www.upcounsel.com/how-to-start-a-towing-business ▾
If you want to understand **how to** start a towing business, you need to learn a few facts about this industry.

## How to Nullify a Contract - UpCounsel
https://www.upcounsel.com/how-to-nullify-a-contract ▾
**How to** Nullify a Contract. When you nullify a contract, you legally declare the contract as void and no longer enforceable by the law.3 min read. When you nullify ...

## How to Write Contracts and Agreements - UpCounsel
https://www.upcounsel.com/how-to-write-contracts-and-agreements ▾
Learning **how to** write contracts and agreements is essential for a successful business. They are such an integral part of business transactions that it is an ...

## Trademark a Logo Cost: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/trademark-a-logo-cost ▾
They will also know **how to** identify the most relevant business class and fill out the paperwork properly to protect your brand identity. If you are hiring an attorney, ...

## How to Buy Expired Patents: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-buy-expired-patents ▾
If you're wondering **how to** buy expired patents, you will be pleased to know that this is not an impossible task. You will, however, need to perform due diligence ...

## How to Patent a Website Idea: Everything You Need to Know
https://www.upcounsel.com/how-to-patent-a-website-idea ▾
If you want to learn **how to** patent a website idea, it is important that you understand the steps necessary to protect your website idea from others who may try to ...

## How to Hire a Contractor in California - UpCounsel
https://www.upcounsel.com/how-to-hire-a-contractor-in-california ▾
Understanding **how to** hire a contractor in California is necessary if you need help with an important business project but don't want to hire a full-time employee.

## How to Get a Patent License: Everything You Need to Know
https://www.upcounsel.com/how-to-get-a-patent-license ▾
To get a patent license, you must go through the patent application process.

## How to Achieve a Successful Business Partnership Buyout - UpCounsel
https://www.upcounsel.com/.../how-to-achieve-a-successful-business-partnership-buyo... ▾
**How to** Achieve a Successful Business Partnership Buyout. 4 years ago. by Matt Faustman. 5 min read. Business partnerships have to end for a number of ...

## Cybersquatting: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/cybersquatting ▾

A trademark is a word or phrase that identifies your products and services. Businesses today are more aware of cybersquatting and **how to** avoid it. However ...

### How Much Does It Cost to Trademark a Name - UpCounsel
https://www.upcounsel.com/how-much-does-it-cost-to-trademark-a-name ▾
Make sure you read the rules as they pertain to **how to** trademark your logo. Also, make sure you understand the three types of logo marks: standard character ...

### Trademark Permission: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/trademark-permission ▾
Trademark Permission: Everything You Need to Know. Trademark Law ResourcesTypes of Trademarks**How To** Register A TrademarkTrademark Infringement.

### How to Start a Convenience Store: Everything You Need to Know
https://www.upcounsel.com/how-to-start-a-convenience-store ▾
**How to** start a convenience store is first answered by defining a convenience store. A convenience store is exactly what the name implies; a store of convenience ...

### How to Get an EIN: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-get-an-ein ▾
An EIN can also be known as a Federal Tax Identification Number or Federal Employer Identification Number (FEIN).

### Trademark Infringement: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/trademark-infringement ▾
**How to** Avoid Trademark Infringement. To avoid infringing on someone else's trademark, you should become familiar with the ins and outs of what amounts to ...

Searches related to site:upcounsel.com "how to"

| | |
|---|---|
| how to **trademark a name** | how to **apply trademark online** |
| how to **file a trademark application** | how to **copyright a name** |
| how to **trademark a phrase for a t shirt** | **uspto** |
| how to **register a trademark** | how to **trademark a business process** |



1  2  3        › Next

● Shoreline West, Mountain View, CA - Reported by this computer - Use precise location - Learn more

Help     Send feedback     Privacy     Terms

Google

site:upcounsel.com "how to"

All    Videos    Books    Shopping    News    More      Settings    Tools

Page 2 of about 18,500 results (0.63 seconds)

**Patent Classification Search: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/patent-classification-search ▾
How to Search CPC Classes With AcclaimIP. AcclaimIP is a leading patent search and analysis program.
This software: Searches CPC in a variety of ways.

**How to Prove a Contract Was Signed Under Duress - UpCounsel**
https://www.upcounsel.com/how-to-prove-a-contract-was-signed-under-duress ▾
A contract is a legally binding agreement between two parties in which both are supposed to fulfill its
terms. ... There are other situations under which a contract may be said to have been signed under
duress. If a person is forced to sign a contract at gunpoint, that would obviously ...

**How to Do a Patent Search Yourself - UpCounsel**
https://www.upcounsel.com/how-to-do-a-patent-search-yourself ▾
Although conducting your own search is a reasonable idea, you must be cautious. As an entrepreneur,
you may not know how to accurately perform a search.

**How to Pay Yourself LLC: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/how-to-pay-yourself-llc ▾
How to Pay Yourself in a LLC: Employee Wages. Any active member of the LLC is eligible to be paid for
wages. The threshold to be considered an active ...

**How Much Does a Lawyer Cost: Everything You Need to Know**
https://www.upcounsel.com/how-much-does-a-lawyer-cost ▾
When you work with an experienced attorney, he or she will understand what is necessary and how to
handle all requirements properly and on time. Your lawyer ...

**Equity Split: How to Distribute Founder/Employee Stock - UpCounsel**
https://www.upcounsel.com/equity-split ▾
Here is an introduction to the methods companies use to decide how to split up equity fairly between
the founders and employees at early-stage startups.

**Cease and Desist: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/cease-and-desist ▾
... time to re-brand. Finally, if you aren't doing anything wrong, an attorney will know how to clearly state
this and back it up to hopefully put the situation to rest.

**Trademark Licensing: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/trademark-licensing ▾
Trademark Law ResourcesTypes of TrademarksHow To Register A Trademark. Trademark licensing is a
type of merchandise agreement. The licensor receives ...

**How to Find a Lawyer: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/how-to-find-a-lawyer ▾
Finding a lawyer can be difficult across the U.S. because the process requires careful research and
consultations with each potential attorney.

**How to Get A Merchandise License - UpCounsel**
https://www.upcounsel.com/how-to-get-a-merchandise-license ▾
How to get a merchandise license entails several important steps that will allow you to sell the image or
products associated with brand or trademarked design.

**How to Void a Contract: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/how-to-void-a-contract ▾
Knowing how to void a contract is essential when you need to get out of a contract that is not beneficial
to you.

**How to Trademark a Slogan - Free Legal Resource on UpCounsel**
https://www.upcounsel.com/how-to-trademark-a-slogan ▾
The first step in how to trademark a slogan is to define where in the spectrum your slogan would fit into
these extreme ends. Anything that is going to be generic, ...

**How to Write an Agreement: Everything You Need to Know - UpCounsel**

https://www.upcounsel.com/how-to-write-an-agreement ▾
**How to** write an agreement letter is a simple set of steps.

### Common Law Trademark Search: Everything You Need To Know
https://www.upcounsel.com/common-law-trademark-search ▾
**How To** Perform a Common Law Trademark Search. In order to make sure you can use your chosen mark and be protected, you will need to go through a few ...

### How to Start a Hookah Lounge: Everything You Need to Know
https://www.upcounsel.com/how-to-start-a-hookah-lounge ▾
Before you learn **how to** start a hookah lounge, you should first understand what hookah is all about.

### How to Start a Makeup Line: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-start-a-makeup-line ▾
To figure out **how to** start a makeup line, you'll have to create a detailed business plan and determine what will set your cosmetics line apart.

### How to Trademark a Name and Logo: Everything to Know - UpCounsel
https://www.upcounsel.com/how-to-trademark-a-name-and-logo ▾
Need to **how to** trademark a name and logo? A trademark is anything that relates company's services to general public & logo is picture that represents ...

### Patent Pending Search: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-pending-search ▾
**How to** Perform a Patent Pending Search Search. Performing a patent search is a complex process, but you can become good at it with practice.

### How to Use Google Patent Search for Patent Research - UpCounsel
https://www.upcounsel.com/blog/how-to-use-google-patent-search-for-patent-research ▾
Before you file a patent, you need to find out if your idea has already been patented by someone else. Here's **how to** use Google patent search for research.

### How to Patent a Recipe: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-patent-a-recipe ▾
What is the most effective method to patent a recipe? That's the question you should ask if you have an innovative recipe on your hands.

### How to Patent a Business Idea: Everything You Need to Know
https://www.upcounsel.com/how-to-patent-a-business-idea ▾
**How to** Patent a Business Idea. A patent for an invention is the grant of a property right to the inventor. Generally, the term of a new patent is 20 years from the ...

### How to Fight a Non-Compete Agreement - UpCounsel
https://www.upcounsel.com/blog/how-to-fight-an-non-compete-agreement ▾
Do you have a non-compete agreement holding you back from going to another company. Learn **how to** fight a Non-Compete Agreement.

### How to Become a 501c3: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-become-a-501c3 ▾
Thinking about **how to** become a 501c3 can seem like a daunting task.

### How to Start a 501c3: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-start-a-501c3 ▾
Learning **how to** start a 501c3 begins with understanding what kind of entity and It is non-profit designation utilized by entities is a 501c3 organization.

### Exercise Stock Options: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/exercise-stock-options ▾
Tax implications will play a key in role in your decisions on when and **how to** exercise your stock options. Remember, poor choices can have a devastating effect ...

### How to Add A Partner to an LLC: Everything You Need to Know
https://www.upcounsel.com/how-to-add-a-partner-to-an-llc ▾
**How to** add a partner to an LLC is a topic that many business owners want to learn more about. Adding a new member to an LLC is a fairly simple process that ...

### Request for Continued Examination: Everything You Need to Know
https://www.upcounsel.com/request-for-continued-examination ▾
Requests for Continued Examination (RCE) is a part of **how to** patent an idea and asks a patent examiner to review a patent application after the inventor has ...

### Hiring Independent Contractors: How to Hire in 7 Easy Steps
https://www.upcounsel.com/hiring-independent-contractors ▾
Hiring independent contractors is complex as they may actually be classified as employees by the IRS.
Read our 7 step guide so that you can comply with the ...

### How to Get a Patent on a Product - UpCounsel
https://www.upcounsel.com/how-to-get-a-patent-on-a-product ▾
**How to** Get a Patent on a Product: Everything You Need to Know. Getting a patent for your invention is a
multi-step process that involves a great deal of research ...

### How to Get Catering Contracts: Everything You Need to Know
https://www.upcounsel.com/how-to-get-catering-contracts ▾
There are a number of vital things to remember when learning **how to** get catering contracts as well as
several ways on **how to** make them.

### How to Submit a Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-submit-a-patent ▾
If you don't know **how to** submit a patent, you certainly aren't alone. Submitting an application to the
USPTO through the mail or electronically is the only way to ...

### How Can a Startup Sponsor an H-1B Visa? - UpCounsel
https://www.upcounsel.com/blog/how-can-a-startup-sponsor-an-h1b-visa ▾
Immigration for startups is increasingly becoming a hot button topic. Startup employers can click here
to learn **how to** sponsor an H-1B employee.

### How to Copyright Your Work: Four Essential Steps - UpCounsel
https://www.upcounsel.com/how-to-copyright-your-work ▾
Copyrighting your intellectual property (IP) is an important step to protect your software code, website
designs, literary works, and other important items.

### How to Patent a Product: Everything You Need To Know - UpCounsel
https://www.upcounsel.com/how-to-patent-a-product ▾
A U.S. patent is a property right granted by the USPTO to protect you from others making, using, offering
for sale, selling or importing your invention.

### How to Avoid Trademark Infringement - UpCounsel Blog
https://www.upcounsel.com/blog/how-to-avoid-trademark-infringement ▾
The last thing you want is choosing the perfect trademarks, only to find out someone else owns them.
Here's a guide on **how to** avoid trademark infringement.

### How to Open a Liquor Store: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-open-a-liquor-store ▾
Wondering **how to** open a liquor store? Other than complying with laws about selling liquor, this is much
like opening any other type of business.

### How to Get a Business License in NYC: Everything to Know - UpCounsel
https://www.upcounsel.com/business-license-nyc ▾
When opening a business in New York City, the type of business you are starting will dictate the permits,
licenses, or other forms of authorization you need.

### How to Report Trademark Infringement: Everything You Need to Know
https://www.upcounsel.com/how-to-report-trademark-infringement ▾
Understanding **how to** report trademark infringement is important for any trademark holder.

### How to Copyright an Invention: Everything You Need to Know
https://www.upcounsel.com/how-to-copyright-an-invention ▾
Patents and copyrights are both used for intellectual property but the types of creations they protect are
different.

### Delaware Entity Search: Beginner's Guide on How to Search
https://www.upcounsel.com/delaware-entity-search ▾
Searching for a name in Delaware is simple, but be sure to follow these guidelines so you can avoid
trademark issues and include all required elements.

### Understanding Employee Lawsuits (Most Common & How to Avoid ...
https://www.upcounsel.com/.../understanding-employee-lawsuits-most-common-how-t... ▾
Understanding Employee Lawsuits (Most Common & **How to** Avoid). 5 years ago. by Matt Faustman. 5
min read. You want to do everything you can to keep your ...

### How to File a Patent: Everything You Need to Know - UpCounsel

https://www.upcounsel.com/how-to-file-a-patent ▾
Learning **how to** file a patent requires you to send written statements, fill out the paperwork for the
USPTO, create detailed drawings, and pay patent fee.

### When Can You Say Patent Pending? Everything You Need to Know
https://www.upcounsel.com/when-can-you-say-patent-pending ▾
... Difference between Patent and Patent Pending · Patent Pending Process · Patent Pending Cost ·
Patent Pending Technology · **How to** Get a Patent Pending ...

### How to Start a Business: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-start-a-business ▾
Here's a guide on **how to** start a business, outlining which type of business to choose & **how to** register
the business name.6 min read. You may have a great ...

### Product Licensing: Everything you Need to Know - UpCounsel
https://www.upcounsel.com/product-licensing ▾
What Is Product Licensing? Product licensing is a streamlined way to turn an idea into a product that's
ready for sale. Here's **how to** license a product: Come up ...

### How to Get a Trademark - Free Legal Resource on UpCounsel
https://www.upcounsel.com/how-to-obtain-a-trademark ▾
A trademark is a symbol, word, or phrase that's legally registered within the United States. Learn more
about trademarks and **how to** obtain a trademark online.

### How to Incorporate in Delaware and Start Your Startup - UpCounsel
https://www.upcounsel.com/how-to-incorporate-in-delaware-and-start-your-startup ▾
Legal advice. Incorporating is a significant legal step. Get input from a startup attorney before you make
any final decisions about where and **how to** incorporate.

### How to Check LLC Status: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-check-llc-status ▾
When it comes to learning **how to** check LLC status, it is important to know what it means for a business
to be in good standing.

### How to Start a Modeling Agency: Everything You Need to Know
https://www.upcounsel.com/how-to-start-a-modeling-agency ▾
Learning **how to** start a modeling agency requires some careful planning. A modeling agency is a great
business venture for anyone who can think quickly on ...

### How to Sell Your Patent to a Company - UpCounsel
https://www.upcounsel.com/how-to-sell-your-patent-to-a-company ▾
If there is ever a need, it is important to know **how to** sell your patent to a company. A patent is a crucial
legal document and affirmation that grants possession of ...

### How Best to Split Startup Equity Amongst Founders - UpCounsel Blog
https://www.upcounsel.com/blog/how-best-to-split-startup-equity-amongst-founders ▾
Splitting startup equity among co-founders can be tricky, but it's crucial to do it early. Here's **how to** do it
as fairly as possible to foster agreement.

### How to Write a Performance Review - UpCounsel
https://www.upcounsel.com/how-to-write-a-performance-review ▾
Before you learn **how to** write a performance review, you should understand how they work. A
performance review is essential in offering helpful feedback to a ...

### How to Get Cleaning Contracts With Apartments? - UpCounsel
https://www.upcounsel.com/how-to-get-cleaning-contracts-with-apartments ▾
If you want to know **how to** get cleaning contracts with apartments, follow these steps: Perfect your
services. Create a compelling profile for your business.

### Provisional Patent Example: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/provisional-patent-example ▾
... Provisional Patent to Full Patent · **How to** File a Provisional Patent · Provisional Patent · **How to** Write a
Provisional Patent · U.S. Patent Application. Want High ...

### How to Close a Business: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-close-a-business ▾
It's important for business owners to understand **how to** close a business properly to avoid financial and
legal trouble.

### How to Fire Someone: Everything You Need to Know - UpCounsel

https://www.upcounsel.com/how-to-fire-someone ▾
Learning **how to** fire someone is never fun but it's important to know what to do if you are faced with a situation poor performing employee & need to termination.

### How to Copyright a Song - Free Legal Resource on UpCounsel
https://www.upcounsel.com/how-to-copyright-a-song ▾
Copyrighting a song? Here are some things you need to know about copyrighting a song, including the requirements of copyrighting & the process of ...

### Startup Acquisition: How to Get Your Startup Acquired - UpCounsel
https://www.upcounsel.com/startup-acquisition-how-to-get-your-startup-acquired ▾
Getting acquired as a startup can be a major success for a company, but tricky to navigate with all the laws. Here is our guide on preparing for an acquisition.

### 5 Golden Rules for Marking Up a Contract - UpCounsel Blog
https://www.upcounsel.com/blog/five-golden-rules-marking-contract ▾
**How to** Think Like In-House Counsel. 6 months ago ... Learn **how to** overcome that here. ... 1 min read · **How to** Structure Your Startup's Equity Split Arrangement

### State Trademark: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/state-trademark ▾
Trademark Law ResourcesTypes of Trademarks**How To** Register A Trademark. A state trademark allows business' register marks at the state level if it will only ...

### How Long Does it Take to Get a Patent Pending Status - UpCounsel
https://www.upcounsel.com/how-long-does-it-take-to-get-a-patent-pending-status ▾
**How to** Get a Patent Pending. The cheapest way to get a patent pending is to do a provisional patent application (PPA). Congress set up this option to help ...

### How to Pitch the Media - UpCounsel Blog
https://www.upcounsel.com/blog/how-to-pitch-to-the-media ▾
**How to** Pitch the Media. 2 years ago. by Rip Empson. 14 min read. At some point, every company needs to start thinking about press. Sooner or later, a time will ...

### How to Start a House Cleaning Business: Everything to Know
https://www.upcounsel.com/how-to-start-a-house-cleaning-business ▾
Learning **how to** start a house cleaning business takes lot of research and careful planning.

### How to Start a Jewelry Business: Everything You Need to Know
https://www.upcounsel.com/how-to-start-a-jewelry-business ▾
To figure out **how to** start a jewelry business, you need to develop a business plan and raise capital. Depending on your location, you'll need specific licenses ...

### How to File a Utility Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-file-a-utility-patent ▾
If you want to learn **how to** file a utility patent, you'll want to first consider your options. While you can certainly file a utility patent on your own, you'll want to do ...

### How to File 1099: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-file-1099 ▾
If you need help understanding **how to** file a 1099-MISC, you can post your legal need on UpCounsel's marketplace. UpCounsel accepts on the top 5 percent to ...

### How to Remove a Minority Shareholder: Everything You Need to Know
https://www.upcounsel.com/how-to-remove-a-minority-shareholder ▾
If you need to know **how to** remove a minority shareholder, you can do such things as offering that person a good deal to buy the shares, or leave entirely and ...

### Design Patent Infringement: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/design-patent-infringement ▾
Design Patent · Design Patent Search: Everything You need to Know · Design Patent Example · Design Patent Cost · **How to** Patent a Design · Design Patent ...

### Intent to Use Trademark: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/intent-to-use-trademark ▾
The six months between the ITU and SOU may be used by the company to decide **how to** put the mark into use once it is approved. An Amendment to Allege ...

### How to Purchase a Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-purchase-a-patent ▾

Determine **how to** purchase a patent by first understanding what a patent is.

### How to Open a Candy Store: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-open-a-candy-store ▼
When wondering **how to** open a candy store, first get to know the industry. Consumption of candy around the world averages over $19 billion a year and ...

### Trademark Statement of Use: Everything You Need to Know
https://www.upcounsel.com/trademark-statement-of-use ▼
Trademark Statement of Use: Everything You Need to Know. Trademark Law ResourcesTypes of Trademarks**How To** Register A Trademark. A Statement of Use ...

### How to Prove a Verbal Contract: Everything You Need to Know
https://www.upcounsel.com/how-to-prove-a-verbal-contract ▼
Knowing **how to** prove a verbal contract is important in either your own business or in performing business with others. While written contracts are typically more ...

### How To Sell an LLC: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-sell-an-llc ▼
Knowing **how to** sell an LLC in your state involves several key steps, including understanding the tax consequences, setting a realistic price, and finding ...

### How to Fill Out an i9: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-fill-out-an-i9 ▼
**How to** Fill Out an I-9. The I-9 form was created to help employers get the information they need from new employees. It helps to demonstrate the employee's ...

### Trademark Pending: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/trademark-pending ▼
**How to** Use the Symbols. When adding any of the symbols to your logo, phrase, word, or design, print the symbols in superscript text at the top right corner.

### How to Open a Gas Station: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-open-a-gas-station ▼
But it's important to know **how to** open a gas station before you start. A gas station, also called a service station, offers all types of fuel products for motorists, ...

### 9 Tips for Being the Mellowest General Counsel Ever - UpCounsel Blog
https://www.upcounsel.com/blog/9-tips-mellowest-general-counsel-ever ▼
Because FinTech is still so young, Conor often has to make judgment calls about **how to** handle legal questions when there may not be a law or rule that is ...

### How to Form a Multi-Member LLC in California - UpCounsel
https://www.upcounsel.com/how-to-form-a-multi-member-llc-in-california ▼
Understanding **how to** form a multi-member LLC in California is actually very simple. To form your company, you need to file the proper documents with the state ...

### How to Obtain a H2A Visa - Free Legal Resource on UpCounsel
https://www.upcounsel.com/h-2a-work-visas ▼
Applying for a H2A visa to temporarily employ a foreign agricultural worker in the U.S.? This guide outlines what the H2A visa is and what the requirements are.

### How to Dissolve an LLC: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-dissolve-an-llc ▼
Knowing **how to** dissolve an LLC starts with knowing that a Limited Liability Company is easier to form than dissolve.

### How to Start an Online Business: Everything You Need to Know
https://www.upcounsel.com/how-to-start-an-online-business ▼
When learning **how to** start a business online, follow this comprehensive step by step guide to ensure the best results.

### How to Form a Single Member LLC in California - Free Legal Resource
https://www.upcounsel.com/how-to-form-a-single-member-llc-in-california ▼
Learning **how to** form a Single Member Limited Liability Company is not that difficult, but there are some choices you need to make. A limited liability company ...

### Plant Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/plant-patent ▼

Patent Law Resources**How to** Patent an IdeaProvisional PatentPatent PendingDesign PatentPlant PatentUtility Patent. A plant patent is for newly invented ...

### How to License a Patent - UpCounsel Blog
https://www.upcounsel.com/blog/how-to-license-a-patent ▾
**How to** License a Patent. Licensing an invention is the easiest, most legally secure way to commercialize a product and turn a profit. The idea goes like this: you ...

### How to Get a Patent in NY: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-get-a-patent-in-ny ▾
**How to** Get a Patent in New York: Everything You Need to Know. The process for obtaining a patent in the United States is the same no matter what state you live ...

### Service Mark Registration: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/service-mark-registration ▾
Trademark Law ResourcesTypes of Trademarks**How To** Register A Trademark. A service mark registration is for businesses that provide services, and defends ...

### Dump Truck Contracts: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/dump-truck-contracts ▾
**How to** Get Contracts for a Dump Truck Operation. Most people who are interested in starting a dump truck operation have previous experience in the field with a ...

### How to Make a Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-make-a-patent ▾
Knowing **how to** handle a patent application is just a matter of patience and disciplined study of the process. You can successfully acquire a patent if you are ...

### How to Cancel an LLC: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-cancel-llc ▾
To cancel a limited liability company (LLC), there are a series of steps you need to take when you decide to end your LLC.

### How to Avoid Traps in Letters of Intent - UpCounsel Blog
https://www.upcounsel.com/blog/avoid-traps-in-letters-of-intent ▾
An LOI is a common way for companies to set forth expectations as they work out the final details of a deal that may become a binding contract.

### Dead Trademark: Everything You Need To Know - UpCounsel
https://www.upcounsel.com/dead-trademark ▾
Trademark Law ResourcesTypes of Trademarks**How To** Register A TrademarkTrademark InfringementTrademark Search. A dead trademark is a trademark that ...

### Provisional Patent Drawings: Everything You Need to Know
https://www.upcounsel.com/provisional-patent-drawings ▾
Providing detailed views of the different parts of your invention will allow you to describe step by step **how to** create your invention, which is both a requirement ...

### How To Change an LLC To an S Corp: Everything You Need to Know
https://www.upcounsel.com/how-to-change-an-llc-to-an-s-corp ▾
Before you learn **how to** change an LLC to an S Corp., you must first understand both types. Small business owners often start their companies as LLCs because ...

### How to Start a Car Detailing Business: Everything You Need to Know
https://www.upcounsel.com/how-to-start-a-car-detailing-business ▾
When wondering **how to** start a car detailing business, the first step is understanding the industry and **how to** succeed.

### How to Get an LLC in Ohio: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-get-an-llc-in-ohio ▾
**How to** get an LLC in Ohio begins with deciding on the name of the business enterprise created.

### How To Form A DE Corporation - UpCounsel Blog
https://www.upcounsel.com/blog/guide-to-forming-a-delaware-corporation ▾
**How To** Form A DE Corporation. 7 years ago. by Matt Faustman. 10 min read. If you are a startup then you have heard of a Delaware Corporation (DE C-Corp).

### Intellectual Property Protection for Software: What to Know - UpCounsel
https://www.upcounsel.com/intellectual-property-software ▾

8/31/2018
site:upcounsel.com "how to" - Google Search
Case 4:18-cv-02573-YGR   Document 45-1   Filed 09/11/18   Page 353 of 706

It covers these crimes and **how to** protect against them. Another way to protect IP is to use the law to protect it. That means getting a patent, a copyright, or a ...

### How to Patent a Game: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-patent-a-game ▾
One thing is **how to** prevent your game from being stolen. You don't necessarily need to worry about theft until you have created something worth stealing.

### Trademark Blog Name: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/trademark-blog-name ▾
**How to** Trademark a Blog Name. Visit the United States Patent and Trademark Office (USPTO) website. Browse the Trademark Electronic Search System (TESS) ...

## Searches related to site:upcounsel.com "how to"

| | |
|---|---|
| how to **trademark a name** | how to **apply trademark online** |
| how to **file a trademark application** | how to **copyright a name** |
| how to **trademark a phrase for a t shirt** | **uspto** |
| how to **register a trademark** | how to **trademark a business process** |



‹ **Goooogle** ›
Previous  1  2  3  Next

● Shoreline West, Mountain View, CA - Reported by this computer - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Google | site:upcounsel.com "how to"

All　Videos　Books　Shopping　News　More　　Settings　Tools

Page 3 of about 299 results (0.87 seconds)

**Patent Infringement: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/patent-infringement ▾
**How to** Interpret Claims. Phillips v. AWH Corp., 415 F.3d 1303 (Federal Circuit 2005) offers the approach of interpreting claims. Begin with a claim. The writing ...

**How Much Does it Cost to Patent an Idea - UpCounsel**
https://www.upcounsel.com/how-much-does-it-cost-to-patent-an-idea ▾
A middle path is to hire a lawyer or patent professional to teach you **how to** write and file an application. It will cost you something, but overall, you save a great ...

**How To Dissolve an LLC in Florida: Everything You Need to Know**
https://www.upcounsel.com/how-to-dissolve-an-llc-in-florida ▾
**How to** dissolve an LLC in Florida is a question you may not want to ask, as it entails a multi-stage process of officially closing down your business, but if your ...

**Major League Soccer's Legal Counsel on How to Land Your Dream ...**
https://www.upcounsel.com/blog/6-tips-landing-dream-job ▾
Major League Soccer's Legal Counsel on **How to** Land Your Dream Job. 3 months ago. by Aviva Schmitz. 7 min read. Soccer Players. To those of you who view ...

**1099 Contractor: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/1099-contractor ▾
**How to** Determine the Correct Job Status. An independent contractor may: Make and keep his or her own schedule. Create a certain method to finish ...

**Reverse Stock Split: Everything You Need to Know | UpCounsel**
https://www.upcounsel.com/reverse-stock-split ▾
**How to** Issue Shares in a Company · Issued Shares vs Outstanding Shares · Why Do Corporations Issue Stock? Everything You Need to Know. Want High ...

**B1 and B2 Visas: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/b1-b2-visa ▾
If you still aren't sure how a visitor visa works or **how to** get one, you should post your legal needs on UpCounsel's marketplace. On our site, you can receive ...

**How to Get a Patent in Florida: Everything You Need to Know**
https://www.upcounsel.com/how-to-get-a-patent-in-florida ▾
Have you been wondering **how to** get a patent in Florida? The process is the same as the process elsewhere in the United States.

**How to Get a Utility Patent: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/how-to-get-a-utility-patent ▾
If you want to know **how to** get a utility patent, know that engineered processes, mechanical systems, and other functional innovations in the technologies sectors ...

**Four Types of Intellectual Property Protection - Free Legal Resource**
https://www.upcounsel.com/intellectual-property-protection ▾
Patent Law ResourcesStartup Law ResourcesIntellectual Property**How to** Patent an IdeaProvisional PatentPatent PendingDesign PatentPlant PatentUtility ...

**How to Incorporate a Business: Everything You Need to Know**
https://www.upcounsel.com/how-to-incorporate-a-business ▾
Incorporating simply means creating a new corporation under the laws of the specific state in which you incorporate.

**How to Do a Patent Search: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/how-to-do-a-patent-search ▾
A patent search involves looking through patent documentation to find out if your invention is new and potentially patentable.

**How to Close an LLC: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/how-to-close-an-llc ▾

**How to** close an LLC is a topic that many limited liability company owners who are thinking about retirement want to learn more about.

### How Do I Breakup with My Lawyer? - UpCounsel
https://www.upcounsel.com/blog/how-do-i-breakup-with-my-lawyer ▾
A good name and logo can go a long way toward capturing a substantial market share. Learn about seven common trademark mistakes and **how to** avoid them.

### Plant Patent Search: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/plant-patent-search ▾
You can see how the science of plant design has progressed. Finally, you can review examples of approved patents to get a better handle on **how to** draft your ...

### How to Set Up an LLC in Utah: Everything You Need to Know
https://www.upcounsel.com/how-to-set-up-an-llc-in-utah ▾
**How to** set up an LLC in Utah is one question that many entrepreneurs contemplate.

### How to form an LLC in Michigan: Everything You Need to Know
https://www.upcounsel.com/how-to-form-an-llc-in-michigan ▾
**How to** form an LLC in Michigan is one thing that many business owners wonder about. Forming an LLC in Michigan is a process that many business owners ...

### How to License Your Invention: Everything You Need to Know
https://www.upcounsel.com/how-to-license-your-invention ▾
**How to** License Your Invention: Everything You Need to Know. Wondering ... However, each individual inventor can decide **how to** license their idea. Assigning ...

### How to Start a Nail Salon: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-start-a-nail-salon ▾
After you learn **how to** start a nail salon, you will be involved in an industry that provides a great deal of stability and a steady source of income. Nail salon ...

### EAD Card: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/ead-card ▾
... Green Card Process · Green Card Application · What is a Green Card · Green Card · Renewing Green Card · Green Card Expired · **How to** Get a Green Card ...

### How to Determine Percentage of Ownership in a Company - UpCounsel
https://www.upcounsel.com/how-to-determine-percentage-of-ownership-in-a-company ▾
Understanding **how to** determine percentage of ownership in a company is very difficult. Generally, you would calculate this percentage based on how much ...

### How to Calculate Payroll Taxes: Everything You Need to Know
https://www.upcounsel.com/how-to-calculate-payroll-taxes ▾
Understanding **how to** calculate payroll taxes is an important part of a business. Payroll taxes are a type of employment tax that is required by federal law.

### How Many Pay Periods in a Year: Everything You Need to Know
https://www.upcounsel.com/how-many-pay-periods-in-a-year ▾
Pay Period · Proof of Jury Duty Employer · **How To** Do Payroll · Doing Payroll for a Small Business · Payroll Records · Salary vs Hourly · S Corporation Payroll ...

### How to Write Terms and Conditions for Online Store - UpCounsel
https://www.upcounsel.com/how-to-write-terms-and-conditions-for-online-store ▾
**How to** write terms and conditions for online store is one of the first things you should ask yourself after deciding to open an e-commerce venture.

### How to Think Like In-House Counsel - UpCounsel Blog
https://www.upcounsel.com/blog/think-like-house-counsel ▾
**How to** Think Like In-House Counsel. 5 months ago. by Adam Forest. 4 min read. By UpCounsel Technology Attorney Adam Forest. If you've recently taken a job ...

### Learn How to Find Stated Value of Common Stock per Share
https://www.upcounsel.com/how-to-find-stated-value-of-common-stock-per-share ▾
Knowing **how to** find stated value of common stock per share is important for accounting purposes. The stated value is what amount is assigned to a company's ...

### How to Cite a Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-cite-a-patent ▾

**How to** cite a patent or patent application when you are writing an article or research paper will vary based on the style manual you choose to use.

### How to Start a Business in Texas: Everything You Need to Know
https://www.upcounsel.com/how-to-start-a-business-in-texas ▾
To start a business in texas, first you need to decide on the best structure for your business, register your business, investigate different permits, and more.

### Unregistered Trademark: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/unregistered-trademark ▾
Trademark Law ResourcesTypes of Trademarks**How To** Register A Trademark. An unregistered trademark is a logo, graphic, image, or word that has not been ...

### Patent Status: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-status ▾
Checking the patent status of your patent application to determine if it is pending or granted is easy through the USPTO PAIR system. Read more to learn **how to** ...

### How to Purchase an LLC: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-purchase-an-llc ▾
**How to** purchase an LLC is one question that many business owners have.

### How to File a Corporation: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-file-a-corporation ▾
If you want to know **how to** file a corporation, follow these steps: Choose a name for your corporation. Select a state in which to incorporate. Choose a registered ...

### What are the costs for an employer to sponsor an H1B Visa?
https://www.upcounsel.com/.../what-is-the-costs-for-an-employer-to-sponsor-an-h1b-... ▾
UpCounsel Employment attorney Mary Fong explains **how to** ensure that your company's internship program is compliant with all local and federal employment ...

### How to Get a LLC License: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-get-a-llc-license ▾
**How to** Get a LLC License: Everything You Need to Know. Some cities require business licenses for LLCs operating within their city limits, while others require ...

### Cap Table: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/cap-table ▾
**How to** Make a Cap Table. Most people use a spreadsheet to create a cap table. When you first start your company, you will likely be able to create your cap ...

### How To Dissolve an LLC in Wisconsin: Everything You Need to Know
https://www.upcounsel.com/how-to-dissolve-an-llc-in-wisconsin ▾
If you want to learn **how to** dissolve an LLC in Wisconsin, you'll have to be mindful of the steps necessary in order to properly dissolve your Wisconsin LLC.

### Radical Advice on How to be an Awesome Boss - UpCounsel Blog
https://www.upcounsel.com/blog/radical-advice-on-how-to-be-an-awesome-boss ▾
Radical Advice on **How to** be an Awesome Boss. 2 years ago. by Rip Empson. 7 min read. Have you ever wondered why some companies – and workplaces ...

### How to Sell My Invention Idea: Everything You Need to Know
https://www.upcounsel.com/how-to-sell-my-invention-idea ▾
**How to** Sell My Invention Idea: Everything You Need to Know. Once you have made a list of the companies you would like to sell your idea to, take the time to ...

### How to Terminate an Employee: Everything You Need to Know
https://www.upcounsel.com/how-to-terminate-an-employee ▾
**How to** terminate an employee is something that all companies will go through.

### How To File Quarterly Taxes For LLC: Everything You Need to Know
https://www.upcounsel.com/how-to-file-quarterly-taxes-for-llc ▾
If you have an LLC, you need to know **how to** file quarterly taxes for the LLC. You will need to pay quarterly taxes as well as annual taxes, and it is important that ...

### How to End an LLC: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-end-an-llc ▾
**How to** End an LLC. If you want to end an LLC, you will need to know what steps must be taken in order to successfully dissolve your business. There are many ...

### Trademark Cancellation: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/trademark-cancellation ▾
Trademark Law ResourcesTypes of TrademarksHow To Register A Trademark. Trademark cancellation is the legal process of removing a registered trademark ...

### How to Draft a Contract: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-draft-a-contract ▾
Knowing how to draft a contract is an important skill to have, whether you are a small-business owner or a senior manager of a company.

### How to Register a Trademark: Everything You Need to Know
https://www.upcounsel.com/how-to-register-a-trademark ▾
Registering a trademark protects a phrase, logo, symbol, design, domain name, or other word, requires filing an application with the USPTO.

### How to Approach Paying a New Employee - UpCounsel Blog
https://www.upcounsel.com/blog/how-to-approach-paying-a-new-employee ▾
How to approach paying a new employee can sometimes be challenging and hard to gauge. Here are some great tips on avoiding traps when paying a new ...

### How To Set Up LLC: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-set-up-llc ▾
Learning how to set up an LLC is a vital step to succeeding as an entrepreneur. Learn more about this business type and the steps you'll need to follow to open ...

### How to Draft Contracts: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-draft-contracts ▾
Some business owners want to know how to draft contracts. A contract is an agreement that two or more parties enter into that is legally binding and enforceable ...

### Intermittent FMLA: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/intermittent-fmla ▾
Related Articles. FMLA Intermittent Leave · FMLA Requirements · Do You Get Paid for FMLA · What Does FMLA Cover? How to Apply for FMLA · FMLA Rules ...

### How to Calculate Preferred Stock and Common Stock - UpCounsel
https://www.upcounsel.com/how-to-calculate-preferred-stock-and-common-stock ▾
How to Calculate Preferred Stock and Common Stock. Preferred stock is a type of ownership security or equity that differs from common stock in that it doesn't ...

### How to Sell a Sole Proprietorship - UpCounsel
https://www.upcounsel.com/how-to-sell-a-sole-proprietorship ▾
If you need help with the steps in how to sell a sole proprietorship, you can post your job on UpCounsel's marketplace. UpCounsel accepts only the top 5 percent ...

### Trademark Abandonment: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/trademark-abandonment ▾
Trademark Law ResourcesTypes of TrademarksHow To Register A Trademark. Trademark abandonment questions the validity of a trademark. Trademark ...

### How to Sell an Idea to a Company - UpCounsel
https://www.upcounsel.com/how-to-sell-an-idea-to-a-company ▾
As an inventor, how to sell an idea to a company is an important thing to know, just incase you come up with the next best thing.

### Utility Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/utility-patent ▾
Inventors file patents to receive issued claims. Utility patents teach others and promote innovation. They describe how to make inventions or create systems.

### How to Start an LLC in Colorado: Everything You Need to Know
https://www.upcounsel.com/how-to-start-an-llc-in-colorado ▾
LLC's can be formed in Colorado through the Colorado Limited Liability Company Act, State Statute 7-80. An LLC should have at least one member.

### Is My Idea Patented Already: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/is-my-idea-patented-already ▾
How to Find Out If Someone Has Already Patented Your Idea. Let's say you have an amazing idea that you want to patent. The first step in patenting a concept is ...

**Common Law Trademark: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/common-law-trademark ▾
Trademark Law ResourcesTypes of Trademarks**How To** Register A TrademarkTrademark
InfringementTrademark Search. A common law trademark is a type of ...

**How To Set Up a LLC in Washington State: Everything You Need to ...**
https://www.upcounsel.com/how-to-set-up-a-llc-in-washington-state ▾
Finding out **how to** set up an LLC in Washington state is as simple as following a few key steps, such as
selecting a suitable business name, designating a ...

**Acqui-hire: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/acquihire ▾
The buying company also has its choice of **how to** handle the startup's employees. They can take the
entire group. If that's not a good option, the buyer can also ...

**How to Start an LLC in Ohio: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/how-to-start-an-llc-in-ohio ▾
An LLC is an affordable type of business entity in Ohio, with unique requirements for a Limited Liability
Company, including providing Ohio's Secretary of State ...

**How to Start a Storage Unit Business: Everything You Need to Know**
https://www.upcounsel.com/how-to-start-a-storage-unit-business ▾
**How to** start a storage unit business tends to be one that requires a lot of capital to get started.

**How to Dissolve an LLC in NY: Everything You Need to Know**
https://www.upcounsel.com/how-to-dissolve-an-llc-in-ny ▾
If you are considering **how to** dissolve an LLC in NY, which is the process of officially closing it down, you
should know that it is not simple.

**How to Start an S Corporation: Everything You Need to Know**
https://www.upcounsel.com/how-to-start-an-s-corporation ▾
Researching **how to** start an S corporation? Qualified businesses must apply to the Internal Revenue
Service (IRS) for approval.

**How To Dissolve an LLC in Nevada: Everything You Need to Know**
https://www.upcounsel.com/how-to-dissolve-an-llc-in-nevada ▾
**How to** Dissolve an LLC in Nevada. Do you want to know how dissolve an LLC in Nevada? Your LLC is
officially registered with the State of Nevada. To end its ...

**How to Get A LLC: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/how-to-get-a-llc ▾
**How to** get an LLC is one question that many people interested in starting a company contemplate.

**Cloudera's Jay Wedge on How to Succeed In House - UpCounsel Blog**
https://www.upcounsel.com/blog/clouderas-senior-counsel-succeed-house ▾
Cloudera's Jay Wedge on **How to** Succeed In House. 7 months ago. by Courtney Cregan. 5 min read. It's
safe to say that Jay Wedge has come a long way since ...

**How to Fill Out W-9 for Nonprofit? - UpCounsel**
https://www.upcounsel.com/how-to-fill-out-w9-for-non-profit ▾
Instructions on **how to** fill out W-9 for nonprofit are available on the IRS website. You will basically need
to enter details, like your organization's name and ...

**How to Negotiate Software Partnership Contracts - UpCounsel Blog**
https://www.upcounsel.com/.../4-strategies-negotiating-software-partnership-contracts ▾
**How to** Negotiate Software Partnership Contracts. 2 years ago. by Umar Farooq. 8 min read. By
UpCounsel Business Transaction Attorney Umar Farooq.

**How to Calculate Forced Sale Value: Everything to Know - UpCounsel**
https://www.upcounsel.com/how-to-calculate-forced-sale-value ▾
Learning **how to** calculate forced sale value helps business owners even if they are not subject to forced
selling.

**How To Start an LLC in South Carolina: Everything You Need to Know**
https://www.upcounsel.com/how-to-start-an-llc-in-south-carolina ▾
**How to** get a LLC in South Carolina is a question that many aspiring business owners may have
pondered, and it pertains to setting up a limited liability in the ...

**Trademark a Name Cost: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/trademark-a-name-cost ▾

Trademark Law ResourcesTypes of Trademarks**How To** Register A Trademark. Trademarking a name with the U.S. Patent and Trademark Office (USPTO) cost ...

### How To Do Payroll: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-do-payroll ▾
When learning **how to** do payroll, taxes are the most important thing to remember.

### Trade Dress Registration: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/trade-dress-registration ▾
Trademark Law Resources**How To** Register A Trademark. A trade dress registration protects the design or symbol that is associated with the brand. Trademark ...

### How to draft Non-Disclosure Agreements - UpCounsel Blog
https://www.upcounsel.com/blog/how-to-draft-non-disclosure-agreements ▾
**How to** draft Non-Disclosure Agreements. 5 years ago. by John Van Geffen. 4 min read. When a business wants to grow it usually starts to look at strategic ...

### How to Start a Cleaning Business in Florida - UpCounsel
https://www.upcounsel.com/how-to-start-a-cleaning-business-in-florida ▾
Wondering **how to** start a cleaning business in Florida? It is important to register your new business with the state to have your personal assets protected.

### LLC Tax Classification: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/llc-tax-classification ▾
A common source of confusion for LLCs is **how to** properly complete their W-9s based on their tax classification. Fortunately, it's not that hard. All you need to do ...

### How to Obtain Global Patent Protection - UpCounsel Blog
https://www.upcounsel.com/blog/heres-obtain-global-patent-protection ▾
While there's no international patent application, the closest thing is a Patent Cooperation Treaty application, which applies in 150 countries.

### How to Write a Contract Agreement: Everything You Need to Know
https://www.upcounsel.com/how-to-write-a-contract-agreement ▾
If you want to learn **how to** write a contract agreement, you should first understand how contracts work.

### How to Form an LLC in Florida: Everything You Need to Know
https://www.upcounsel.com/how-to-form-an-llc-in-florida ▾
**How to** form an LLC in Florida is quite straightforward but can be complex as well. You will need to name your LLC, choose a registered agent, file your articles ...

### How To Find LLC Information: Everything You Need to Know
https://www.upcounsel.com/how-to-find-llc-information ▾
If you're wondering **how to** find LLC information, it means you probably desire to know such details as an LLC's address, registered agent's address, legal status, ...

### How to Get Delivery Contracts: Everything You Need to Know
https://www.upcounsel.com/how-to-get-delivery-contracts ▾
If you're wondering **how to** get delivery contracts, the first order of business is to establish your niche.

### How to Start a Janitorial Business: Everything You Need to Know
https://www.upcounsel.com/how-to-start-a-janitorial-business ▾
When wondering **how to** start a janitorial business, you first need to learn a bit about commercial cleaning.

### Trademark Goods and Services: Everything You Need to Know
https://www.upcounsel.com/trademark-goods-and-services ▾
Trademark Law ResourcesTypes of Trademarks**How To** Register A Trademark. Trademarking your brand in along with your goods and services gives you ...

### How to Make Money With Patents: Everything You Need to Know
https://www.upcounsel.com/how-to-make-money-with-patents ▾
Knowing **how to** make money with patents involves understanding **how to** best leverage your patent rights and the most common ways are selling or licensing ...

### Descriptive Trademark: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/descriptive-trademark ▾
**How To** Decide the Right Mark For Your Business. In a perfect world, an arbitrary or fanciful mark is best, as they are protected. Suggestive marks may lead to ...

### How to Perform a Data Protection Impact Assessment - UpCounsel Blog
https://www.upcounsel.com/blog/perform-data-protection-impact-assessment ▾
May 25, 2018 - **How to** Perform a Data Protection Impact Assessment. 4 months ago. by Michael Witt. 4 min read. By UpCounsel Privacy Attorney Michael Witt.

### K1 Visa: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/k1-visa ▾
If this happens, you will receive a letter explaining why it was denied and **how to** appeal. You will generally have up to 33 days to appeal using Form I-290B.

### Reentry Permit: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/reentry-permit ▾
**How to** Apply For a Reentry Permit. The first step in applying for a reentry permit is to file a Form I-131, Application for Travel Document, with the U.S. Citizenship ...

### How to Start an LLC in NC: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-start-an-llc-in-nc ▾
**How to** start an LLC in NC is a straightforward process if you do a little research ahead of time. A Limited Liability Company is a form of corporate structure where ...

### Green Card Marriage: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/green-card-marriage ▾
Green Card Requirements · Green Card Application · Green Card Rules Travel · **How to** Get a Green Card · Green Card Process · Green Card Eligibility · Green ...

### How to Protect Your Trade Secrets - UpCounsel
https://www.upcounsel.com/blog/how-to-keep-your-trade-secrets-safe ▾
**How to** Keep Your Trade Secrets Safe. 4 years ago. by Christina Morales. 4 min read. Trade Secrets. "I'd tell you, but then I'd have to kill you." That line has been ...

### How to Protect your Company's Intellectual Property - UpCounsel
https://www.upcounsel.com/blog/protect-companys-intellectual-property ▾
The best means of protecting your intellectual property depends on your company's structure. Learn **how to** protect your most valuable asset.

### How to Obtain a H-1B Visa - Free Legal Resource on UpCounsel
https://www.upcounsel.com/h-1b-visa ▾
Applying for a H-1B visa to temporarily employ a foreign skilled worker in the U.S.? Here's a guide to help you understand its requirements & application ...

### Patent Trolls: What They Are and How to Thwart Them - UpCounsel Blog
https://www.upcounsel.com/blog/patent-trolls-what-they-are-and-how-to-thwart-them ▾
Patent Trolls: What They Are and **How to** Thwart Them. 2 years ago. by Aviva Schmitz. 5 min read. In fairy tales, trolls lurk under bridges, waiting to trap people ...

### How to Start a Business with a Small Budget - UpCounsel Blog
https://www.upcounsel.com/blog/how-to-start-a-business-with-little-funds ▾
**How to** Start a Business with a Small Budget. 3 years ago. by Alex Liu. 4 min read. You might think you need a large amount of financing before you can start a ...

### The Basics Of Hiring Interns For Your Startup - UpCounsel
https://www.upcounsel.com/blog/hiring-interns ▾
Feb 3, 2012 - To see a free webinar on **how to** be sure you are in compliance when offering internships visit: http://internprofits.com/kitsoffer/webinar-split.php.

### How to Find Investors to Fund Your Startup - UpCounsel Blog
https://www.upcounsel.com/blog/how-to-find-investors-to-fund-your-startup-2 ▾
**How to** Find Investors to Fund Your Startup. 3 years ago. by Alex Liu. 4 min read. find investors. You've got an amazing business idea. You've found the ideal ...

### 3 Tips to Negotiate Legal Bills to Avoid Fee Disputes - UpCounsel Blog
https://www.upcounsel.com/blog/3-tips-to-negotiate-legal-bills-to-avoid-fee-disputes ▾
A good name and logo can go a long way toward capturing a substantial market share. Learn about seven common trademark mistakes and **how to** avoid them.

### Don't Believe your Real Estate Investment LLC Gives you Bullet-Proof ...
https://www.upcounsel.com/.../dont-believe-your-real-estate-investment-llc-gives-you-... ▾
From a legal perspective, real estate is a lawsuit magnet. Here's **how to** protect your real estate investment LLC from an overwhelming legal burden.

How To Find The Most Productive Hour Of Your Week - UpCounsel Blog
https://www.upcounsel.com/blog/how-to-find-the-most-productive-hour-of-your-day ▾
**How To** Find The Most Productive Hour Of Your Week. 6 years ago. by Matt Faustman. 3 min read. When you run your own business, you may have the luxury to ...

### Images for site:upcounsel.com "how to"



→   More images for site:upcounsel.com "how to"                    Report images

In order to show you the most relevant results, we have omitted some entries very
similar to the 300 already displayed.
If you like, you can repeat the search with the omitted results included.

Searches related to site:upcounsel.com "how to"

| | |
|---|---|
| how to **trademark a name** | how to **apply trademark online** |
| how to **file a trademark application** | how to **copyright a name** |
| how to **trademark a phrase for a t shirt** | **uspto** |
| how to **register a trademark** | how to **trademark a business process** |



‹

Previous          1   2   3

Help      Send feedback      Privacy      Terms

● Shoreline West, Mountain View, CA - Reported by this computer - Use precise location - Learn more

# EXHIBIT 43



# The State Bar *of California*

## Find a San Francisco Bay Lawyer Referral Service

The State Bar certifies lawyer referral services to ensure that you get the best legal help you can, wherever you live in the San Francisco Bay Area. Find a lawyer that can assist you with your legal issue.

Need a lawyer outside of the San Francisco Bay Area? Find the right lawyer referral service in California by region.

### Alameda

**AIDS Legal Referral Panel of the San Francisco Bay Area**

1663 Mission Street, #500 San Francisco, CA 94103

(415) 701-1100 | www.alrp.org

Other Languages: Spanish

Other Counties: Contra Costa, Marin, San Francisco, San Mateo, Solano, Sonoma

**Alameda County Bar Association LRS**

1000 Broadway, Suite 480 Oakland, CA 94607

(510) 302-2222 ext. 4 | www.acbanet.org

Other Languages: Spanish, Mandarin, Cantonese

**Attorney Search Network**

16161 Ventura Blvd., #672 Encino, CA 91436

(800) 215-1190 | www.getareferral.com

Other Languages: Spanish

Other Counties: Alpine, Amador, Calaveras, Contra Costa, El Dorado, Fresno, Kern, Los Angeles, Napa, Orange, Riverside, Sacramento, San Bernardino, San Diego, San Francisco, Santa Clara, Solano, Sonoma, Tuolumne, Ventura, Yolo

### Contra Costa

**AIDS Legal Referral Panel of the San Francisco Bay Area**

1663 Mission Street, #500 San Francisco, CA 94103

(415) 701-1100 | www.alrp.org

Other Languages: Spanish

Other Counties: Contra Costa, Marin, San Francisco, San Mateo, Solano, Sonoma

Attorney Search Network

16161 Ventura Blvd., #672 Encino, CA 91436

(800) 215-1190 | www.getareferral.com

Other Languages: Spanish

Other Counties: Alpine, Amador, Calaveras, Contra Costa, El Dorado, Fresno, Kern, Los Angeles, Napa,

Orange, Riverside, Sacramento, San Bernardino, San Diego, San Francisco, Santa Clara, Solano, Sonoma, Tuolumne, Ventura, Yolo

**Contra Costa County Bar Association LRS**

2300 Clayton Road, Suite 520 Concord, CA 94520

(925) 825-5700 | www.cccba.org

Other Languages: Spanish

## Marin

**AIDS Legal Referral Panel of the San Francisco Bay Area**

1663 Mission Street, #500 San Francisco, CA 94103

(415) 701-1100 | www.alrp.org

Other Languages: Spanish

Other Counties: Contra Costa, Marin, San Francisco, San Mateo, Solano, Sonoma

**Bar Association of San Francisco Lawyer Referral & Information Service**

301 Battery Street 3rd Floor San Francisco, CA 94111

(415) 989-1616 or (415) 782-8985 | www.sfbar.org

Other Languages: Spanish

## Mendocino

Attorney Search Network

16161 Ventura Blvd., #672 Encino, CA 91436

(800) 215-1190 | www.getareferral.com

Other Languages: Spanish

## Napa

**Attorney Search Network**

16161 Ventura Blvd., #672 Encino, CA 91436

(800) 215-1190 | www.getareferral.com

Other Languages: Spanish

Other Counties: Alpine, Amador, Calaveras, Contra Costa, El Dorado, Fresno, Kern, Los Angeles, Napa, Orange, Riverside, Sacramento, San Bernardino, San Diego, San Francisco, Santa Clara, Solano, Sonoma, Tuolumne, Ventura, Yolo

## San Francisco

**AIDS Legal Referral Panel of the San Francisco Bay Area**

1663 Mission Street, #500 San Francisco, CA 94103

(415) 701-1100 | www.alrp.org

Other Languages: Spanish

Other Counties: Contra Costa, Marin, San Francisco, San Mateo, Solano, Sonoma

Attorney Search Network
16161 Ventura Blvd., #672 Encino, CA 91436
(800) 215-1190 | www.getareferral.com
Other Languages: Spanish

Other Counties: Alpine, Amador, Calaveras, Contra Costa, El Dorado, Fresno, Kern, Los Angeles, Napa, Orange, Riverside, Sacramento, San Bernardino, San Diego, San Francisco, Santa Clara, Solano, Sonoma, Tuolumne, Ventura, Yolo

### Bar Association of San Francisco Lawyer Referral & Information Service

301 Battery Street 3rd Floor San Francisco, CA 94111
(415) 989-1616 or (415) 782-8985 | www.sfbar.org
Other Languages: Spanish

## San Mateo

### AIDS Legal Referral Panel of the San Francisco Bay Area

1663 Mission Street, #500 San Francisco, CA 94103
(415) 701-1100 | www.alrp.org
Other Languages: Spanish
Other Counties: Contra Costa, Marin, San Francisco, San Mateo, Solano, Sonoma

### LRS of the San Mateo County Bar Association

333 Bradford Street, #200 Redwood City, CA 94063
(650) 298-4030 | www.smcba.org
Other Languages: Spanish
Other Counties: Santa Clara

### Palo Alto Area Bar Association LRS

405 Sherman Ave. Palo Alto, CA 94306
(650) 326-8322 | www.paaba.org
Other Languages: Spanish
Other Counties: Santa Clara

## Santa Clara

### Attorney Search Network

16161 Ventura Blvd., #672 Encino, CA 91436
(800) 215-1190 | www.getareferral.com
Other Languages: Spanish

Other Counties: Alpine, Amador, Calaveras, Contra Costa, El Dorado, Fresno, Kern, Los Angeles, Napa, Orange, Riverside, Sacramento, San Bernardino, San Diego, San Francisco, Santa Clara, Solano, Sonoma, Tuolumne, Ventura, Yolo

**LRS of the San Mateo County Bar Association**

333 Bradford Street, #200 Redwood City, CA 94063

(650) 298-4030 | www.smcba.org

Other Languages: Spanish

Other Counties: San Mateo

**Palo Alto Area Bar Association LRS**

405 Sherman Ave. Palo Alto, CA 94306

(650) 326-8322 | www.paaba.org

Other Languages: Spanish, Tagalog, Portuguese, Russian, Urdu, Punjabi, Hindi, Mandarin, Shanghainese, Cantonese

**Santa Clara County Bar Association LRS**

4 North Second Street, Suite 400 San Jose, CA 95113

(408) 971-6822 | www.sccba.com

Other Languages: Spanish

## Santa Cruz

**LRS of Santa Cruz County**

PO BOX 1311 Santa Cruz, CA 95061

(831) 425-4755 | www.lawyerreferralsantacruz.org

Other Languages: Spanish

## Solano

**AIDS Legal Referral Panel of the San Francisco Bay Area**

1663 Mission Street, #500 San Francisco, CA 94103

(415) 701-1100 | www.alrp.org

Other Languages: Spanish

Other Counties: Alameda, Contra Costa, Marin, San Francisco, San Mateo, Solano, Sonoma

**Attorney Search Network**

16161 Ventura Blvd., #672 Encino, CA 91436

(800) 215-1190 | www.getareferral.com

Other Languages: Spanish

Other Counties: Alpine, Amador, Calaveras, Contra Costa, El Dorado, Fresno, Kern, Los Angeles, Napa, Orange, Riverside, Sacramento, San Bernardino, San Diego, San Francisco, Santa Clara, Solano, Sonoma, Tuolumne, Ventura, Yolo

**LRS of the Solano County Bar Association**

744 Empire St. Suite 201 Fairfield, CA 94533

(707) 422-0127 | www.solanobar.org

Other Languages: Italian, Romanian, French, Spanish

## Sonoma

**AIDS Legal Referral Panel of the San Francisco Bay Area**

1663 Mission Street, #500 San Francisco, CA 94103

(415) 701-1100 | www.alrp.org

Other Languages: Spanish

Other Counties: Contra Costa, Marin, San Francisco, San Mateo, Solano, Sonoma

**Attorney Search Network**

16161 Ventura Blvd., #672 Encino, CA 91436

(800) 215-1190 | www.getareferral.com

Other Languages: Spanish

Other Counties: Alpine, Amador, Calaveras, Contra Costa, El Dorado, Fresno, Kern, Los Angeles, Napa, Orange, Riverside, Sacramento, San Bernardino, San Diego, San Francisco, Santa Clara, Solano, Sonoma, Tuolumne, Ventura, Yolo

**Sonoma County LRS**

111 Santa Rosa Ave., Suite 222, Santa Rosa CA 95404

(707) 546-5297 ext. 12 or (707) 542-1190 ext. 12 | www.sonomacountybar.org

**Sonoma County Legal Services Foundation Modest Means Program**

1212 Fourth St. Suite I Santa Rosa, CA 95404 (707) 546-2924

Other Languages: Spanish

Copyright © 2018 The State Bar of California

# EXHIBIT 44

 **upcounsel**

# How to Start a Food Truck in California

*With lower overhead costs and greater mobility, a food truck can be an exciting opportunity for budding entrepreneurs. However, you must comply with the licensing procedures and food-service laws of each location in which you will be operating. These laws and regulations can vary between locations, so remember to research your local laws. This guide sets forth the necessary steps for starting a food truck in California.7 min read*

## A Guide on How to Open a Food Truck in California

With lower overhead costs and greater mobility, a food truck can be an exciting opportunity for budding entrepreneurs. However, you must comply with the licensing procedures and food-service laws of each location in which you will be operating.  These laws and regulations can vary between locations, so remember to research your local laws.  This guide sets forth the necessary steps for starting a food truck in California.

### 1. Create a **business plan**

Given the unique challenges of a food truck, it is important to create a detailed business plan.  This should include your overall concept, name, targeted demographic, pricing and financial projections.  You will need to research your competitors to make sure that you have unique menu items that will draw customers.

The business plan also should consider the costs of fuel, food and kitchen supplies, commercial rental spaces, parking and truck maintenance, wages, permits and licenses, and marketing and promotion.  You can visit the U.S. Small Business Administration website for more information on how to develop a business plan.

### 2. Research locations

With a food truck, you can travel to new locations and develop multiple customer bases. You should research prime selling spots, such as business parks, farmer's markets or roaming food truck events.  Zoning regulations and other restrictions may limit your options, however. For example, some local restrictions require food trucks to operate within a certain distance to a bathroom, or hundreds of feet away from an existing brick-and-mortar restaurant selling the same type of products. Moreover, there may be different requirements based on whether you plan to operate on public or private property.  You should consult the local health, police and fire departments, as well as other government agencies, to determine the regulations of each location that you have in mind.

### 3. Create a **business entity**

The type of business entity you choose for your food truck will affect your tax obligations and amount of personal liability.  There are four basic types of business formations: sole proprietorship,

partnership, corporation and limited liability company.  Each type has different requirements, tax implications and levels of liability.

Small businesses most often choose to form a limited liability company, known as an LLC. Owning a food truck exposes you to a wide range of liabilities.  By setting up an LLC, your personal assets are shielded from business debts and any claims against the company. You also may establish a credit profile for your business that is separate from your own. Unlike corporations, LLCs do not require a board of directors or shareholders, and profits can be divided in any way.  For more information, check out UpCounsel's article about choosing between an LLC and a corporation.

## 4. Secure financing

Food trucks can be great for entrepreneurs because they are cheaper to start than traditional brick-and-mortar restaurants.  However, the costs can add up, and you may need to secure financing from private investors, a bank loan, a line of credit, or even a government program like the California Small Business Loan Guarantee Program.

## 5. Obtain a vehicle and commercial spaces

The next step is to obtain your catering truck.  The cost of the truck will vary depending on whether you decide to rent or purchase the truck, and your kitchen needs.  Purchasing a no-frills truck could cost as low as $5,000, but a fully-loaded vehicle could run upwards of $60,000.

Try to find a used catering truck that has the equipment and set-up you need in order to save on refurbishing costs, and make sure that your truck meets your local area's specifications.  California law requires that all equipment in the truck be certified by the American National Standards Institute.  It would be wise to have the Health Department examine your plans prior to purchasing or renting your truck.

There are several ways to find and purchase your truck.  If you use an online auction site such as Ebay, then purchasing can simply be a matter of bidding and winning the auction. If you go through a site like Commercialtrucktrader.com, which lists trucks for sale, then you may have to directly negotiate with the seller.

Once you are ready to purchase, the next issue is creating a purchase agreement.  A vehicle and equipment purchase agreement is a contract that lays out the terms and conditions for selling and purchasing a vehicle and equipment.  You can search online for examples of purchase agreements, but it is important to modify a contract to suit your particular needs.

For example, if you are purchasing a truck from out-of-state, the cost of delivery and risk of loss can be a substantial liability.  Make sure that the contract does not favor the seller to your detriment.  UpCounsel has a sample of a vehicle and equipment purchase agreement available.

Additionally, California law requires that all mobile food vendors operate in conjunction with a food facility, also known as a commissary, such as a licensed commercial kitchen. So, you will need to rent a commercial space for preparing food, and storing your inventory.  You also must secure a

location for parking and truck maintenance.  Under California law, all mobile food facilities that prepare food must be parked at a designated food facility when not in use.

Creating a commercial lease or vehicle purchase agreement can be complicated, so it would be prudent to consult an attorney who is experienced in helping small businesses.

## 6. Obtain all necessary permits, licenses, registrations, etc.

Operating a food truck requires several licenses and permits.  Remember that these requirements vary based on locality, so be sure to double check with local laws. You will need:

**Tax identification number**: Restaurant owners must register with the state of California and the federal government for a Federal Employer Identification Number.

**Trademark your brand**:  Trademark your brand name to avoid legal headaches in the future.  As one San Francisco food truck learned, one day can make a difference.  See Upcounsel's guides on Checking Company Name Availability and Obtaining a Federal Trademark for more information.

**Business address**: California law requires that all businesses have a location, so you must obtain a non-P.O. box business address.

**Business license**: Any person who conducts business within a city or county, whether or not the physical business address is located within that area, must obtain a business license.  A business license generally is not transferable, so you need to check with each locality to determine how to obtain a business license there.

**Mobile Food Facility (Food Truck) Permit**: As food trucks become more popular, some localities have started to require mobile food facility permits.  These permits may contain restrictions on locations and hours of operation, packaging, lighting, and hazardous waste disposal.  Other conditions of the mobile food facility permit may include proof of a commissary or vehicle approval from the California State Department of Housing and Community Development.  You will need to research each city and county to determine their permit policies.

**Health Permit:**  This permit is for the sale of edible goods, and the costs and rules vary by county.  You must obtain a separate health permit for each county in which you plan to operate.

**Food Safety Certification**: Under California law, each food facility must have at least one employee/owner who has passed a state-approved Food Safety Certification exam.  A certification is valid for five years.  A few examiners include the National Restaurant Association Educational Foundation, Experior Assessments aka Thompson Prometrics and the National Registry of Food Safety Professionals.

**Food Handler permit**:  Any employee who handles food must obtain a permit to do so.  A "food handler" is someone who works in a facility with food and involved in the preparation, storage, or serving of food. Instructions and frequently asked questions about obtaining this permit can be

found on [Foodhandler USA's website.](#) California law requires employers to maintain records documenting that each employee that handles food has a valid food handler permit. New employees have thirty days to obtain the permit. A permit is valid for three years.

**Workers' Compensation:** The time for prepping, setting up and breaking down the kitchen can be significant, and you likely will be vending hundreds of menu items a day. You should determine how many employees you may need to help you. If you hire any employees, California law requires you to obtain workers' compensation insurance.

The [CalGOLD: California Government: On-Line to Desktops](#) website allows you to search your county and city to see exactly which [business permits](#) are required to operate.

## 7. Obtain business insurance

You need to obtain insurance for your business, which should include coverage for your vehicle, business property, general liability and workers' compensation. It is important to let your insurance provider know about the additional risks your food truck might pose, such as carrying a pizza oven or multiple propane tanks.

## 8.  Prepare to open your food truck for business

Since your food truck is going to be on the move, it is essential that you keep your customers informed of your next location. Social media outlets such as Facebook, Twitter and Foursquare are great for developing a loyal following. Remember that the food truck itself is a traveling advertisement for your business, so carefully consider its name and design. Make sure your food truck's exterior complies with California signage restrictions.

You also should explore your payment system options. Although operating as a cash-only business is easier, a credit card payment system will help maximize customers. Apps such as Square allow you to accept credit cards on your iPhone or iPad.

Once you're ready to operate, drive to your location and get ready to serve your hungry customers. Don't forget to sell the overall experience of your food truck. Good luck!

Starting a food truck takes detailed planning and effort. UpCounsel can connect you with an experienced attorney who can help you navigate all the requirements for setting up your business. Come meet our attorneys and see if we have the right one for you.

# Need help starting a food truck business?

[Post a Job on UpCounsel](#) and Connect with Quality Business Attorneys today.

# EXHIBIT 45

 upcounsel

# Website Trademark Infringement: Everything You Need to Know

*Website trademark infringement occurs when a domain name infringes on a registered mark or a name that a company is already using commercially.3 min read*

Website trademark infringement occurs when a domain name infringes on a registered mark or a name that a company is already using commercially. There are millions of websites online, so it's key to do your research before creating a URL in order to avoid infringement.

## What Is a Trademark?

Trademarks are the content that identifies the source of a product or service — i.e., a logo, slogan, or brand name. In the U.S., this content is trademark protected as soon as it's used commercially. However, the U.S. Patent Office will only extend protections to content that's clever, memorable, or suggestive.

You may run into legal trouble for the following issues:

## Your Trademark Conflicts With Another Registered Mark

If your trademarks could confuse customers about whether they're buying your company's products or services or another's, you could face infringement charges. In countries that practice trademark common law, such as the United States, the exclusive rights for the mark go to whoever used it first commercially. If a legal conflict is found to exist, the later user will probably have to stop using the mark and may have to pay damages to the trademark owner.

## Your Name Isn't Distinctive

The Patent Office won't approve your application if it isn't unique and distinguishable. If you use an infringing name commercially, you'll have to stop using it or face legal action from the mark holder.

Research carefully before using or attempting to register a trademark. You can check the Patent Office's database online for free. In addition to a thorough initial search, you should continue to check your marks moving forward to properly protect them.

## Avoid Common Trademarked Names

To avoid website trademark infringement, note that common phrases such as "Dumpster" and "Tupperware" are trademarked. Using these words in your own intellectual property constitutes trademark infringement. Registering a domain name with any of these words also counts as infringement.

## What Is a Domain Name?

The first step to building a website is to register your domain name. This is the address that users will type to go to your site (i.e., "www.businessname.com"). Since it's an identifier of your products and services, it counts as

your intellectual property. This also means that you may infringe on a pre-existing mark if you don't perform a trademark search before registering your domain name.

# Domain Trademark Infringement

Trademark infringement occurs when you knowingly or unknowingly use trademarked content (or something that's too similar to protected content). If you use infringing content in your domain name, the mark holder can issue a Uniform Domain-Name Dispute-Resolution Policy. Through this policy, a domain name trademark dispute can be resolved by:

- Reaching an agreement.
- Taking the case to court.
- Canceling the domain name.
- Suspending the domain name.
- Transferring the domain name.

Note that even if you infringe accidentally, you can face legal consequences. This makes avoiding infringement difficult — there are millions of commercial domain names registered online, and you may have to change your URL in the future if you don't research carefully and thoroughly. You should also familiarize yourself with what constitutes infringement:

- Another individual or business must have rights to the mark, either through commercial use or official registration.
- The infringing mark must be used commercially.
- The infringing mark must present a likelihood of confusion. Determine whether your mark violates this rule can be complicated, but the basic idea is that your mark will confuse customers about whether they're buying your products or services or another company's.

# Search for Existing Trademarks

Performing a trademark search is key to ensuring that your URL won't infringe on a company's protected content. The onus to do this is on you — the Patent Office will reject an infringing application, but it doesn't check existing domain names and it doesn't have anything to do with creating a URL.

In addition to searching for registered trademarks, you also need to check for identical and similar domain names. Here are two sources that you should take advantage of:

# U.S. Patent and Trademark Office

Start with the U.S. Patent and Trademark Office. Though this won't show you URLs, it will help ensure that your domain name doesn't infringe on an existing mark.

# Trademarkia

With Trademarkia, you can search through a body of 7 million registered logos, names, and slogans. This includes marks in the U.S. as well as internationally registered content.

If you need help with website trademark infringement, you can post your legal need on UpCounsel's marketplace. UpCounsel accepts only the top 5 percent of lawyers to its site. Lawyers on UpCounsel come from law schools such as Harvard Law and Yale Law and average 14 years of legal experience, including work with or on behalf of companies like Google, Stripe, and Twilio.

# EXHIBIT 46



# How to Trademark a Phrase: Everything You Need to Know

Trademark Law ResourcesStartup Law ResourcesIntellectual PropertyHow To Register A Trademark

*When you trademark a phrase you protect the words that represent your product, and protect the phrase from use when another product is mistaken for yours.7 min read*

## What Does It Mean To Trademark a Phrase?

A trademark helps make your product or service distinct from others. You can trademark a word, phrase, symbol, or a combination of these. When you trademark a phrase, you protect the words that represent your product or service.

Trademarking a phrase prevents someone else from using it for a product or service that could be mistaken for yours. That means a trademark can only be enforced in the business class where it is registered. By legally registering your trademark, you can you can protect it from infringement.

In the United States, the U.S. Patent and Trademark Office (USPTO) manages trademark registration. You can trademark a phrase at the local level by applying at your state trademark office. To trademark a phrase locally, you must already be using the phrase publicly. You can apply for a nationwide trademark with the USPTO. With the USPTO you can apply with the "intent to use."

Phrases eligible for trademark registration include catch phrases, taglines, slogans, and mottos. A catch phrase is an expression commonly used by a real or fictional person. This kind of phrase can be an important part of marketing your product or service. That makes it valuable and worthy of trademark protection.

## Why Is It Important To Trademark a Phrase?

Registering a phrase with the USPTO helps protect it from use by other businesses.

- When you trademark a phrase with the USPTO, it is nationwide. This prevents another business from claiming local rights to use the phrase.
- If another business uses your phrase, you can file a lawsuit in federal court. You can sue for lost money, to prevent them from using the phrase in the future, or both.
- A registered trademark carries legal weight. You don't have to prove that your trademark is valid. Your opposition has to prove why the trademark should be invalid.

## Reasons To Not Trademark a Phrase

### Expensive Fees

- To trademark a phrase in more than one business class, you have to pay the registration fee for each class.
- A trademark costs from $225 to $400 to register. If you trademark a phrase for three classes, you will pay nearly $1,000 in fees.

### Confusing Rules

- You need to be the only business in your class using your phrase. Otherwise, the USPTO will probably reject your application.
- A trademark identifies the source of a product. If your phrase describes a product or service, it won't be approved for trademark protection.
- The purpose of the phrase has to be to sell your product. Otherwise, it won't be approved for trademark protection.
- Funny or informational phrases such as "My other car is a boat" or "Are we having fun yet?" can't be trademarked.

### Deadlines

- You need to use your trademarked phrase within a year of registration. After that, it becomes inactive.
- To re-register your phrase, you have to start from the beginning. There is no guarantee you will be able to re-register successfully.

### Watching for Violations

- When you trademark a phrase, it is your legal responsibility to defend it.

### Incomplete Protection

- A trademark only protects consumers from confusing your business with another in the same class.
- You can't prevent someone in another business class from using your trademarked phrase. The exception is if it negatively impacts your business.

### Common-Law Trademark Rights

- If you are the first to use a phrase to market your business, you already have legal "common-law rights" to the phrase.
- There is no registration or application to get common-law rights. If you are the only one using your phrase and you use it often and openly, you already have common-law rights.

## Examples of Successfully Trademarked Phrases

- "Don't leave home without it" – American Express
- "Where's the beef?" – Wendy's
- "Only her hairdresser knows for sure" – Clairol

## Examples of Rejected Phrases

- "Boston strong" – Rejected because it is a generic phrase and not associated with just one business.
- "Think green" – Rejected because it is a statement that does not refer to the source of a product or service.

## Common Mistakes

The USPTO may reject your application if you:

- Select an unsuitable phrase
  - It isn't related to a specific product or service.
  - It includes the generic name for a product or service.
  - It includes terms often used in business or the target industry.
  - It only describes characteristics and features.
  - It is already part of everyday speech.

- Do not start the trademark process soon enough
  - The process typically takes six to eight months.
- Do not search for registered and unregistered trademarks
  - Use the free search on the USPTO website to find federally registered trademarks. For common-law trademarks, you need to pay a company to complete a search.

# Frequently Asked Questions

- **What is the difference between a trademark, copyright, and patent?**

  A trademark protects words that describe the unique source of a product or service. A copyright protects original music, art, and writing. Patents protect inventions and improvements to existing inventions.

- **Does a trademark expire?**

  A trademark is good as long as a company uses it to sell a product or service. The trademark becomes invalid if the phrase becomes a generic description for a product or service.

- **What do the symbols "™" and "®" mean?**

  The "®" symbol means a word, phrase, or symbol is a registered trademark with the USPTO. The "™" symbol means a trademark is common-law. It is claimed but not officially registered.

- **Is it possible to trademark a slogan?**

  Only if it refers to the source of product or service. The exception is if the slogan is found to have "secondary meaning." If the slogan includes original artwork, think about protecting the artwork with a copyright.

- **What is "secondary meaning"?**

  A phrase that the public associates more with a product or service than with its literal meaning has "secondary meaning." Getting secondary meaning status is not easy. It usually means a big investment in marketing or five years continually using the phrase for sales purposes.

- **Can a common phrase become a trademark?**

  If a phrase becomes more associated with a business or service than its original meaning, it may be approved for trademark protection.

- **What is a "famous" trademark?**

  A famous trademark is well-known across all business classes. It is unique because it is legally protected in all classes. Any unapproved use of a famous trademark is prohibited because it could lower the famous trademark's value.

- **Is it possible to use an un-trademarkable term in a trademarked phrase?**

  Yes, as long as you use a disclaimer. The disclaimer has to explain that you don't own the un-trademarkable word or phrase, except when used in your mark.

# Steps To Trademark a Phrase

Trademarking a phrase is a legal process with strict deadlines. You can register a trademark in more than one state with the U.S. Patent and Trademark Office (USPTO). Examining attorneys review your application, which is then sent out for public review. The fees for trademark application are non-refundable, even if the USPTO rejects your application.

1. Choose the phrase you want to trademark. Think about how hard it will be to defend your trademark. If it is similar to another phrase in your goods and service class, think about changing the phrase.
2. Find out if your phrase can get a trademark:
   - A trademark protects your chosen phrase, but only from another business in your class.
   - Your phrase has to be original.
   - Read about Trademark Basics on the USPTO website.
3. Search the USPTO database:
   - Search the USPTO Trademark Electronic Search System to make sure your phrase is available. Be sure to search the goods and service class for your business.
   - If you find a similar phrase, think about hiring a trademark lawyer. You will need advice on how to proceed.
4. Decide how to file:
   - If you are already using your chosen phrase, file under "use in commerce."
   - If you will use it in the future, file under "intent to use." This filing has added forms and fees, and you must use your trademarked phrase within one year.
5. Fill out the trademark registration forms:
   - The USPTO has an online Trademark Electronic Application System (TEAS). Click Apply Online to access TEAS.
   - Select the form you need.
   - Write the phrase exactly as you will use it.
   - Choose the class of good or service where you will use your trademarked phrase.
   - Once complete, send the application electronically to the USPTO.
   - Check the progress of your application with the USPTO's online Trademark Status Document Retrieval System.
6. Pay non-refundable filing fees:
   - You need to pay a fee to apply for a trademark. This fee is not refunded if your application is rejected.
   - The amount depends on the type of application.
   - Paper filing costs more than electronic filing.
7. Respond to questions from the USPTO examining attorney:
   - Your application has to be complete before it is delivered to a USPTO examining attorney.
   - He or she makes sure the application meets all state laws and regulations and that you have paid the proper fees.
   - If the examining attorney rejects your application, you will receive a letter of explanation.
   - Respond to this letter within six months to go ahead with the registration process.
   - If you do not respond, the USPTO will abandon your trademark registration.
8. Open your trademarked phrase to the public:
   - Once all rejections are overcome, the USPTO publishes your phrase in the "Official Gazette."
   - This gives the public a chance to look over your proposed trademark and oppose it if they want to.
   - After publication, anyone has 30 days to file a complaint.
9. Overcome any public objections:
   - The Trademark Trial and Appeal Board reviews any objections.
   - Similar to going to federal court, each side states its case.
10. Send a statement of use (SOU):
    - Once you overcome any opposition (or if there was none), you will receive a notice of allowance from the USPTO.
    - Next, use your phrase in your business and file a statement of use.
    - You have six months to send your SOU from the time you receive the notice of allowance.
11. Wait for SOU approval:

- An examining attorney reviews your SOU to make sure it meets the filing requirements.
- If there are objections, he or she will issue a letter.
- You need to respond to objections within six months.

12. Once the examining attorney approves, the USPTO registers your trademark.
13. File maintenance documents:
    - Maintenance documents keep your registration active. It will be canceled without them.
    - If this happens, you need to complete the registration process from the beginning.

If your trademark application form isn't filled out right, it may be rejected. Think about hiring a trademark lawyer before filling out the forms. UpCounsel hires only the very best attorneys and works with top companies like Google, Stripe, and Twilio. UpCounsel can help you and your business with trademarks, copyrights, and patents.

# EXHIBIT 47

 **upcounsel**

# How to Patent a Phrase: Everything You Need to Know

[Patent Law Resources](#)[How to Patent an Idea](#)

*It is not possible to patent a phrase; To trademark a phrase, individuals, and businesses can register it with the U.S. Patent and Trademark Office.* 7 min read

## How to Patent a Phrase

While you can learn [how to patent an idea here,](#) unfortunately, it is not possible to patent a phrase. Instead, you can trademark a phrase by registering it with the U.S. Patent and Trademark Office. Before registering, someone looking to trademark a phrase would need to make sure that it is available and not currently trademarked by anyone else.

Individuals and businesses can trademark any phrase, which has a secondary meaning that connects to a product or service.

## Reasons to Trademark Your Phrase

- **It helps you create unique marketing materials.** A phrase can be an important part of your long-term marketing strategy. However, if your competitors profit from it, your phrase will quickly lose its value. This includes "catch phrases," which gain popularity through their use by a person, or even a fictional character. Catch phrases also are now an important part of a marketing strategy. A [registered trademark](#) grants you exclusive rights within your industry to use your phrase in commerce anywhere in the country. It trumps territorial ownership rights to the phrase, like those used by a small bricks-and-mortar business operating in just one city. Although, in most circumstances, a business in a non-competing sector can use your phrase for profit.
- **It increases brand recognition.** When a phrase is exclusive to your marketing materials, customers learn to connect the phrase to your product. The best phrases become brands in their own right, like "Just Do It" for Nike and "Life's Good" for LG.
- **It can appeal to customers.** If consumers like your trademarked phrase, they'll probably like your product. If they are undecided between your product and a similar one, remembering your phrase could sway them towards your brand. Over time, a well-known phrase can suggest your product is a quality one.
- **It can create buzz.** While a trademark stops people profiting from your phrase, it doesn't stop them from using it in everyday conversation. This is a good thing because it can help a phrase go viral. When people use your trademarked phrase they think of your brand, even if they aren't purchasing. This helps create goodwill for your brand.
- **It improves your legal standing.** When you've registered your trademarked phrase, you can sue any competing business that profits from it for damages. Similarly, you're protected if another company files an infringement lawsuit against you. The prosecutor must show your registered phrase doesn't deserve legal protection, which is very difficult to prove.

## Getting a Trademark

Any distinctive phrase used in interstate commerce can be trademarked simply by using it regularly and openly. Also, use the trademark symbol, ™, anywhere the phrase is printed. These acts give your phrase some limited protection. You can file a lawsuit against any competitor using your phrase that doesn't have the same history of regular use, because you've already given "constructive notice" it belongs to you. However, it's harder to win a case against a business that has a registered trademark for the phrase.

For extra protection, register your phrase's trademark. If you only want to use the phrase within your state, you could register it with your state's trademark office. The US Patent and Trademark Office (USPTO) gives national coverage. This body approves new U.S. trademarks and monitors existing ones to prevent infringement. It is suggested that you register your phrase early, as proving ownership can be difficult once it enters common use.

# Before You Register Your Trademark

- **Learn more about trademarks.** Before getting a registered trademark, you should understand more about it. The Trademark Basics section on the USPTO website is a good place to start.
- **Confirm your phrase satisfies the copyright" target="_blank" rel="nofollow">"original works" guidelines** listed on the USPTO website.
- **Search the USPTO's Trademark Electronic Search System** for your phrase. Enter your phrase into the "Word and/or Design Marks" section, under "Search Marks." This will determine whether another person or business has already trademarked your phrase. Search within the categories you intend to use your phrase. If your phrase has already been trademarked, you'll need to develop a new one. You should also worry about phrases similar to yours, as the USPTO won't trademark anything with the potential to confuse consumers.
- **Decide how you'll use your phrase.** This step is easy if you're already using the phrase. If you're not, you'll need to plan your intended usage.
- **Find out your trademarked phrase's field class.** This is the category of products and services attached to your phrase. The USPTO's Acceptable Identification of Goods and Services Manual lists these categories. You can select just one or many classes, depending on how you'll use your phrase.
- **Choose your phrase's format.** Think about your preferred font and format, such as capital letters or bold type.

# Steps to Register a Trademark

- **Download and complete the Initial Application Form.** If your phrase isn't already trademarked, you can start the trademarking process by downloading this PDF. Complete the application form on your computer or print it out to complete offline. Make sure to include all relevant information including:
  - Your name
  - Your address
  - Your phone number
  - Other information about you or the company you represent
  - The exact phrase you want trademarked formatted as you'll use it. Attach or upload a file containing your phrase in the correct typeface and colors.
  - Your phrase's field class or classes
  - How you created the phrase
  - How you'll use the phrase
- **Proofread your application.** Make sure you haven't made any spelling errors or left sections incomplete. Mistakes can delay your approval.
- **Submit the form and pay the filing fee.** Mail applications with one field class cost $275 and electronic applications cost $325. The same amounts apply for every additional class. This amount is non-refundable. You should send a check with your mail application made out to the U.S. Patent and Trademark Office.
- **Record the USPTO serial number.** This is the receipt for your application, so make sure you keep it safe.

# Steps for After You File Your Trademark

- **You may receive an Office Action.** This means you need to rework your application. You might rewrite your statement of use, clarify information you've given, or add more details. A trademark lawyer can help with these alterations. Send your response to the trademark examiner.
- Once your application is approved, you should **use the registered trademark symbol** ® whenever you publish your phrase.
- **Enforce your trademark.** Send a cease-and-desist letter if anyone uses your phrase for profit. If the other party doesn't comply, you can file an infringement lawsuit.

# Frequently Asked Questions

- **Do I need a lawyer?**

  A trademark lawyer can help you submit a good application with a high chance of success. If your application faces opposition, an attorney can help you navigate the legal issues. Your lawyer can also answer any questions you might have and offer advice on the trademarking process.

- **Is there any other way to protect my phrase?**

  You could trademark your phrase as part of your brand's name. This is known as a brand-name slogan. This tactic is rare, but it's another alternative if you're struggling to show your phrase specifically refers to your brand. Brand-name slogans have a much clearer link between the brand and phrase.

- **Why can't I copyright my phrase?**

  Copyright only protects longer literary works, like poems, songs, or novels. Phrases are much too short to get copyright protection.

- **What's the difference between a trademark, a copyright, and a patent?**

  Trademarks protect words, symbols, and other identifiers connected to goods and services. Copyrights protect literary and artistic works. Patents protect inventions and changes that make them better.

  Trademarks also have no time limit, unlike copyrights and patents. They usually only expire when their owners stop using them. Trademarks can also expire when they become generic descriptors. For example, Thermos was once trademarked, but it's now a generic descriptor used for any vacuum bottle.

- **Do I need a brand or business to trademark a phrase?**

  Typically you can only trademark a phrase connected to a brand. That means you can't just trademark witty phrases you think might suit bumper stickers or T-shirts. That's because people won't think of a particular brand when they read such phrases.

  However, if you create a unique artwork surrounding the phrase, the entire work can be registered for copyright. This costs just $35. Nothing stops someone else taking your phrase and using it in another context, but it offers some limited protection. Depending on the type of artwork, a design patent may even be appropriate. A good trademark prosecution, intellectual property, or marketing attorney can help you get the best protection.

- **Do I need to use my phrase before registering it?**

  This depends on where you're registering. You must already use your phrase in commerce to register it with a state trademark office. USPTO registration only requires intent and, so, you must start using your

phrase within 12 months. If you don't, the USPTO could cancel your inactive trademark.

- **What happens if someone uses my trademarked phrase or a similar one?**

You can usually file an infringement lawsuit against any person or business making similar products or operating within the same industry using your trademark. You could ask for financial damages, the entity to stop using your phrase, or both. If the person or business operates in a different sector, there is usually no infringement case.

However, if a trademark is very famous, it's protected in all sectors. In these cases, Congress believes any business using an iconic trademark could dilute the original brand. If you believe this applies to you, consult an intellectual property lawyer.

You can file infringement lawsuits for phrases that are identical or similar to your trademark. A judge will rule against any party using a phrase that could cause a "likelihood of confusion."

Trademarking a phrase is a straightforward process, but an intellectual property lawyer can guide you if you find any part confusing. You can post your need through UpCounsel to get free custom quotes from the top 5% of intellectual property attorneys on UpCounsel.

# EXHIBIT 48

 **upcounsel**

# How to Patent an Idea: 5 Easy Steps to Complete

[Patent Law Resources](#)[Startup Law Resources](#)[Intellectual Property](#)[How to Patent an Idea](#)[Provisional Patent](#)[Patent Pending](#)[Design Patent](#)[Plant Patent](#)[Utility Patent](#)

*Learning how to patent your ideas is an important process to make sure that you own all the intellectual property. Read our easy 5 step guide to learn more.12 min read*

## How to Patent an Idea

Learning [how to patent](#) an idea is an important process to understand so you can protect your ideas from others copying and profiting from your hard work.

Unfortunately, the filing process can be scary if you've never done it before. Taking an idea from conception to patent requires a large investment of time to research your idea and its market, create detailed drawings, and learn how to write clearly using very specific terminology.

If you follow our 5 easy steps you can protect your million dollar idea from competitors. However, as an important note, it is strongly recommended that you always consult with an experienced [patent attorney](#) for [reasons outlined at the bottom of this article](#).

## Steps to Patent an Idea

**1. Keep a record of how you came up with the idea and your step by step progress**

**2. Research your idea to make sure it is eligible for patenting under established patent law**

**3. Make a prototype of your invention when filing a patent**

**4. Prepare your patent application and understand cost, patent type, and possible provisional patent**

**5. Filing your patent application to obtain the actual patent that protects your invention or design**

First, to begin patenting your idea, you must understand what a patent is:

## What is A Patent?

A patent is a legal grant or license from the USPTO that gives an inventor exclusive ownership rights to his or her invention over making, using, offering for sale, and selling the patented item or idea in the U.S.

What is not given is the right to make, use, offer for sale, sell, or import the idea. For example, if you [get a patent](#) for baby formula, it doesn't mean you have the right to sell or market your baby formula before passing through lots of regulations and tests. You only have the right to prevent others from selling or marketing what is covered in your [patent claims](#).

# Types of Patents:

There are three types of basic patents recognized by the USPTO:

- **A Utility Patent** is the most common patent type and is used for approximately 90% of patents. According to the USPTO, a utility patent is issued for the invention of a "new and useful process, machine, manufacture, or composition of matter, or a new and useful improvement thereof…" Utility patents protect its holder's rights for up to twenty years from the date of patent application filing.

- **A Design Patent** is issued for a "new, original, and ornamental design embodied in or applied to an article of manufacture…" In general terms, while a utility patent protects the way a product is used and works, a design patent protects the way a product looks.

- **A Plant Patent** is issued for a "new and distinct, invented or discovered asexually reproduced plant…"

# Can I Patent An Idea?

Technically, no. Ideas alone cannot be patented.

You can only obtain a patent on the invention developed from an idea. The invention must be actually produced or a description of the invention must be included with your patent application.

# Am I the Right Person to Apply for a Patent?

In order to successfully obtain a patent, you must:

- Be the inventor of the idea; or

- Have been assigned the invention by another person; or

- Be a legal representative (administrator or executor of the estate) of the deceased inventor; or

- Be the co-inventor (contributing more than money) and apply for a patent as joint inventors; and

- Not be an employee of the USPTO unless the patent is received as an inheritance or bequest.

# Steps to Filing a Patent Application in 5 Easy Steps

1. **Keep a record of how you came up with the idea and your step by step progress**

   Once you have your idea, it is important that you keep a record (such as a journal or notebook) of how you came up with the idea and your progress on that idea every step of the way. A well-kept record will provide you with proof that the work you put into the idea is all yours and may potentially help your creative process. Carefully detail everything you have done including corrections, improvements, and mistakes that happened before you started the process of filing for a patent. You should also consider signing and dating each entry and having two reliable witnesses sign as well.

   However, it is important to also keep careful records of exactly who has been given access to your idea. Be sure to obtain non-disclosure agreements (NDAs) from all employees, contractors, and anyone else provided access. Your NDAs should always include an acknowledgment that all rights to your idea and any work done on your idea (by employees, contractors, etc.) remain owned solely by you. It is highly

advised that you consult with your patent lawyer when drafting any and all NDAs associated with your inventions and potentially patentable ideas.

## 2. **Research your idea to make sure it is eligible for patenting under established patent law**

Research your idea and make sure that it is one that is eligible for patenting under established patent law. As discussed above, you can patent inventions, designs, and even some plants as long as your invention is:

- **New:** Have you heard of this idea or something similar before?
- **Non-obvious:** Is it something others can easily think of?
- **Useful:** Can the idea be put to practical use?

It is important to note here that abstract ideas and natural phenomena cannot be patented.

Your research should include a USPTO patent search to make sure that a patent has not already been issued, or is pending, for your invention, design, or idea. You may additionally want to take a look at foreign international patents and review related scientific and technical journals. You can read more specific details in this beginner's guide to patent searching

You should also consider some market research to determine if your idea, when developed, will make enough money to justify the time and cost of developing it into a patentable invention or design. Your market research will include an analysis of products on the market that accomplish similar tasks to your invention as well as an evaluation of your potential competitors.

## 3. **Make a prototype of your invention when filing a patent**

It is strongly recommended that you have a prototype of your invention when filing for a patent. A model or prototype of your invention highlights all the features in your inventor's journal. It also provides you with something tangible that you can show to potential investors and licensees. Most importantly, you may discover problems with your design during the prototype development process that will need to be fixed before obtaining your patent. The prototype development process may also bring to light features of your invention's design that are themselves patentable.

Your prototype may be as simple as a diagram or drawing, but developing an actual working model, if possible, is the best way to go. Here are some guidelines to creating a prototype:

1. Start with a **drawing**. Sketch out your invention in your inventor's journal.

2. Develop a **mock up** in the form of a 3-D model.

3. Finally, create a **fully-working model**. If a prototype is too costly in real-life, consider a virtual (computer rendered) prototype.

## 4. **Prepare your patent application and understand cost, patent type, and possible provisional patent**

If you've successfully completed the above steps, it's time to prepare and file your patent application. Here are the main issues you will need to resolve during the patent filing process:

- **Cost:** The actual patent application process can be expensive. In some cases, filing for a patent can cost anywhere from $5,000 to $7,000 for a simple application and well over $16,000 to file a patent for something more complicated like a software patent. Startups may need to find investors or take out loans to fund their patent filing.

Case 4:18-cv-02573-YGR   Document 45-1   Filed 09/11/18   Page 391 of 706

- **Patent Type:** As discussed above, there are three main types of patents: utility, design, and plant patents. You will need to determine the right patent type for your idea, but in most cases, your choice will be a utility patent.

- **Provisional Patent Application:** Before filing an actual (non-provisional) application for your patent, you may want to consider filing a provisional patent application. Not to be confused with the application for the patent itself, a provisional patent application is a document filed with the USPTO that establishes an early filing date for the subsequent filing for a non-provisional utility patent. It also gives the applicant "patent pending" status and the right to use the term "Patent Pending" in documents describing the invention.

A provisional patent application requires the inclusion of a specification, but is filed without a formal patent claim, oath or declaration, or information disclosure statement. It must be followed up with the filing of the non-provisional patent application within 12 months. The application fee for a provisional patent application is $65 for micro-entities, $130 for small entities, and $260 for large companies.

5. **Filing your patent application to obtain the actual patent that protects your invention or design**

A non-provisional application, known as a Regular Patent Application (RPA), is what is filed to obtain the actual patent that protects your invention or design. In order to receive a patent, the application must contain words and drawings that clearly:

- Demonstrate how to make and use the invention.

- Explain why the invention is different from all other inventions.

- Precisely describe what aspects of the invention should be patented.

You can file your patent application yourself, but the USPTO recommends that you use a Registered Attorney or Agent. Filing can be done electronically, by mail, or by hand delivery. Most applicants file electronically, thus avoiding a substantial "non-electronic filing fee," typically $400. However, it is important to note that all attachments must be in .pdf format and must be formatted to follow specific guidelines.

First-time filers will begin by applying for a Customer Number (for correlating all filings and correspondence) and Digital Certificate (for security purposes).

- You may also complete the Customer Number Request Form and fax it to the Electronic Business Center at (571) 273-0177, or mail it to Mail Stop CN, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450. For help completing the form, contact the USPTO at 1-800-PTO-9199 (1-800-786-9199) and select option 2.
- You can also fill out the Digital Certificate and mail the completed form to Mail Stop EBC Customer Number, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

Your patent application will include a number of statements and attachments including:

- A **specification attachment** called the "narrative" section of the application. It should include:

  - A description of the invention.

  - Prior art.

  - The reason or purpose for the invention.

- An explanation of the invention detailing: how it is constructed, what it is made of, and how it works.

  - A written **claim** that follows these strict requirements:

    - The claim should be written in sentence fragments starting with a capital letter and ending in one period with no quotation marks or parentheses.

    - A statement of the independent claim that is a broader description of the item.

    - Dependent claims after the independent claim that are descriptive remarks and drawings of the invention broken down into single parts of the item.

You must also prepare drawings that show every feature in the claims. You can typically hire someone to prepare the drawings for around $75 to $150 per drawing sheet by searching online. Patent drawings have strict requirements for the materials, size, form, symbols that can be used, sharing, size of paper, margins, color, font, etc.

You will also need to include a signed and notarized oath from the inventor declaring that the inventor believes himself or herself to be the originator of the invention. The oaths can be found here:

- Utility Patent Oath
- Design Patent Oath
- Plant Patent Oath

Once you have received your authorization code and reference number through mail or phone after your certificate action form has been processed, here are detailed instructions on how to fill out your patent application using the USPTO's Electronic Filing System (EFS):

1. **Log into EFS.**

   Upload your digital certificate and enter the password assigned when applying for certificate

2. **Fill in bibliographic data.**
   - Name of invention
   - Name and address
   - Customer number
3. **Attach prepared .pdf documents and enter the category and description of each document you attach**
4. **Calculate filing fee by checking right boxes on the calculation tool**
5. **Review each attached document and application form and submit**
6. **Pay with credit card, USPTO deposit amount, or electronic funds transfer (EFT).** (If you decide to pay later, you need to pay by midnight EST on the day of filing to avoid additional fees.)

# Following your Application

Once you have filed your patent application, the USPTO begins its process of review which will include a thorough patent search. You will then receive a patentability opinion, called an "Office Action." In most cases, the Office Action will indicate denial of the patent which will trigger one or more rounds of responses from you and the USPTO. If rejected, you or your patent lawyer can appeal the decision and respond why your idea is patentable or make amendments to your application. If you receive a Final Office Action, it indicates that the patent examiner disagrees with your response and you can file either a second response and/or a Request for Continued Examination.

Case 4:18-cv-02573-YGR Document 45-1 Filed 09/11/18 Page 393 of 706

If all responses are met positively, the USPTO will issue a "Notice of Allowance," which indicates that you will receive a patent once you pay the required Issue Fee. You can expect to finally receive your patent approximately one to three months after the Issue Fee is paid.

Overall, the time between filing for and receiving your patent is typically one to three years. However, once your patent is granted, your invention or design will be protected for 14 to 20 years depending upon the patent type.

After receiving the patent, remember that the inventor must enforce the patent after it is issued. You also may want to consider avoiding Patent Promoter Scams or Invention Promotion Companies. You can do this by:

- Searching the FTC for "invention" which brings up companies that have been investigated and/or penalized for invention related wrongdoing
- Check the BBB for the potential promotion firm
- Consult your patent attorney
- Ask detailed questions to your invention promotion firm like:
  - Number of inventions the promoter has evaluated in the past 5 years and how many received positive and negative evaluations
  - Number of customers who have contracted with the promoter in the last 5 years
  - Total number of customers who are known to receive profit from their services
  - Total number of customers who are known to have received license agreements for their inventions because of their services
  - Names and addresses of all previous invention promotion companies that the promoter and its officers have been affiliated with for the past 10 years

# Why Hire an Experienced Patent Lawyer

At this point, it is very important to note that you should strongly consider hiring a patent lawyer.

A patent lawyer does not just file a patent for you. An experienced patent lawyer makes sure that the patent you submit will actually protect your million dollar idea and offer you a monopoly by making the language in your patent application as strong as possible with solid claims offering the largest amount of protection possible for your invention.

As an example, getting a patent could be relatively easy if you used extremely narrow claims like making a prototype out of a certain type of plastic. Although you know that technically you could use another type of plastic to manufacture the item, but unless you specifically say so, the USPTO may only let you patent items using that specific plastic. If another person were to make the exact same item with a different plastic, you would have no protection. There are a lot of different details about a patent application that can limit what you patent, but if you layer enough specific parts together, you can turn practically anything into something that is new and not obvious.

The most important question about your patent is:

Are you actually going to be able to prevent your competition from making, using, selling, or importing your invention based on the claims you are likely to receive?

The most important thing a patent does is give you the right to exclude others. However, for a patent to really offer you a monopoly, it requires a strong patent with solid claims.

Patent lawyers are experts who understand the technical language of particular industries and the best way to increase the amount of protection for an invention while still getting the patent passed by the USPTO. They are typically programmers, scientists, engineers, or technicians who have gone to law school and passed the state bar exam and patent bar exam.

Case 4:18-cv-02573-YGR Document 45-1 Filed 09/11/18 Page 394 of 706

In addition, a patent lawyer doesn't just help you draft a patent application. They also help you:

- Determine patentability of the item and whether it is new, non-obvious, and useful
- Create, document, and file all application documents including descriptions, claims, drawings, and other forms
- Perform patent research in the US and internationally to prevent patent infringement
- File the regular or provisional patent application
- Pay for the applicable patent application fees
- Defend your patent during the application examination process

The process above details getting a non-provisional patent, but even if you are just looking to file a provisional patent by yourself, it is still important to note that a provisional patent still must be very detailed on how to make and use your idea. Drafting the provisional patent application could easily take a few hundred hours of research, patent searching, reading, writing the application in specific terminology, and creating drawings per application. You must also manage this entire process and meet the deadline for filing your non-provisional patent within 12 months. All of this would be needed for just a provisional patent which is typically less than 10 pages and written in an informal style.

At the very least, if you are going to write your own patent, it is always a good idea to at least have a patent lawyer look over what you have written. Although this is a cheaper, writing it yourself is far more time-consuming. If you are concerned about cost, you can always ask the patent lawyer to have a cap in place beforehand.

It is also important to note here that there is a difference between a patent agent and patent attorney. Patent agents cannot represent parties in litigation or perform any activity considered the practice of law. They can prepare and file the application, respond to letters from examiners from the USPTO, and participate in revisions. However, patent agents cannot advise the person of the legal consequences of the ownership of the invention (ex: divorces or making a will).

# How UpCounsel Can Help You

If you want to make sure you protect your million dollar inventions from others simply copying your hard work, post your patent needs on UpCounsel for help. Filing a patent is extremely complex and all of your information posted on UpCounsel is strictly confidential. Posting about your needs gets you multiple free custom quotes instantly from the top 5% of patent lawyers who come from law schools such as Harvard Law and Yale Law School. UpCounsel lawyers have an average of 14 years of legal experience including work with or on behalf of companies like Google, Stripe, and Twilio.

# EXHIBIT 49

 **upcounsel**

# How to Find a Patent Attorney: Everything You Need to Know

*Finding a good patent attorney or patent broker will take a bit of research and due diligence on your part. 11 min read*

Finding a good patent attorney or patent broker will take a bit of research and due diligence on your part.

## How Do I Find a Good Patent Attorney?

When asking, "How to find a patent attorney," consider the following. Professionals in the field of patents can be classified into two types: patent attorneys and patent brokers. Finding a good patent attorney or patent broker will take a bit of research and due diligence on your part. A patent lawyer is a lawyer who has decided to specialize in patent regulation.

A patent lawyer can also represent you in the courtroom. In comparison, a patent agent only deals with patents and logos. Each patent attorney and patent broker should be knowledgeable in a specific technical discipline, for example, mechanical or electrical engineering, chemistry, medicine, etc. Look at their years of experience in an area to gauge their competence and commitment to an area. Finding a competent representative in your area may be time-consuming initially, but remember that you'll likely be working with this person for at least a year, and maybe for the lifetime of your invention after it reaches the market.

In terms of background, a patent agent is a person that likes the challenges of patenting and has specialized in this field. Meanwhile, a patent lawyer normally first starts working in law and then decides to specialize in patent regulation. A broker and attorney may have worked as a patent examiner for the Patent Office previously. Many corporations have patent brokers and patent attorneys to put in writing patent functions for their own corporate research and inventors.

In deciding on a patent representative (lawyer or agent), first consider their technical specialty. When you've got a digital invention, it is best to have interaction with a patent agent or lawyer with an Electrical Engineering Diploma. If your invention is the standard gadget, it is best to work with a patent agent or lawyer that has a mechanical engineering background.

Keep in mind that patent searches must be completed by the skilled search specialist, not the agent or lawyer. Insist on getting a knowledgeable person to present a patentability opinion in writing. They will write a written opinion that states and evaluates the claims for your invention while also reviewing and mentioning applicable past related patents found in a search.

Of course, it is best to have a sense of integrity from your patent lawyer and feel that you're given unhurried solutions to your questions. If you feel pressured or unattended, you're probably not matched with the right person.

Be sure that the value per hour for specific tasks fit with your wants as an independent inventor. Attorneys, legal professionals, and brokers who work alone are normally less expensive than those in corporations and may actually give higher consideration to your invention than professionals who work primarily for firms. After gaining a shortlist of possible patent lawyers or patent brokers in your area, set up an initial interview. This is usually free and only costs your own time and effort.

# What Is a Patent Attorney?

A patent attorney specializes in patents, just as you the inventor understand the scientific and technical details about your invention. The preparation of a patent utility and conducting proceedings with any patent office requires knowledge about patent regulations and guidelines and patent office practices and procedures. You definitely have to appropriately follow procedures to arrange your personal patent and file them in a timely manner. A patent lawyer needs to be knowledgeable to prevent and look out for any issues down the line. Although you might be granted a patent by filing on your own, it's probably likely that a patent lawyer will cover more items and issues that will adequately shield your invention.

Most inventors make use of a registered patent lawyer or patent agent. Deciding on an appropriate patent lawyer is a vital step in the development of your invention. Your patent will only be as good as the patent lawyer drafting it.

## Finding a Patent Lawyer

There are many approaches to finding a good patent lawyer. Intellectual property covers a large swath of issues, from leisure and media to contract and copyright. Prior to deciding whether or not you wish to work with a lawyer who strictly deals with patents or one who can advise you on different related areas of intellectual property, you should first assess what you want. If you are promoting something predicated solely on creating, advertising and marketing, and promoting revolutionary merchandise, you can look for somebody specializing solely on patents and copyright.

However, if you or your organization also plan to put the product online or publish it, a lawyer who offers additional expertise and data expertise regulation can be very helpful. It is important that what you are promoting has been vetted by authorized counsel. It's advisable to evaluate whether or not they may be capable to obtain patents for you.

## Where Do I Find a Good Patent Lawyer?

There are many online sources to find a good patent lawyer today. First, search dependable websites, such as >UpCounsel, utilizing the particular parameters you have laid out in addition to your geographic space. Choose search parameters such as enterprise as the subject and scroll down to find intellectual property. Choose a subcategory to specify additional needs. After obtaining information on certified attorneys, do a Google search on every one of them. Search for clues to the patent lawyer's reputation, quotes to the press, previous clients, any agency reprimands, ratings from various websites, etc., to give you a better feel for their work.

## What Is an Initial Interview for a Patent Lawyer?

After you've narrowed down the list of possible patent lawyers, you can set up an appointment with them for an initial interview. Come ready with documents that describe your invention and other related data. It may be helpful to first write out an outline of your materials and key questions that you will ask. For example, you can ask how the lawyer will typically conduct a patent search, how many patents have they successfully filed, how long does it usually take, are they familiar with the technical area of your patent, and of course, what are standard and extra costs.

It is also advisable to get a reference from a financial institution. You can reach out to local banks or merchant banks. You can also ask the lawyer to provide a list of references that you can contact. Ask for a copy of the agency's retainer agreement and make sure that you understand it before agreeing to any work.

## What Are Some Ways to Find Patent Attorneys or Patent Agents?

A good place to start, and one of the best methods to search for patent attorneys or patent brokers, is to get on the internet and go to the United States Patent & Trademark Office (USPTO). The USPTO lists patent attorneys and brokers by state. Within the USPTO website, look for "patent attorneys," and you will see a listing of states. Click on your state and you'll see a listing of patent attorneys and patent brokers by identity in alphabetical order. If the individual works for an agency, the agency is listed within the USPTO search. Within the USPTO lawyer search, the final line of every entry states "lawyer" or "agent."

Listings that point out "patenting providers" are sometimes departments inside less than ethical corporations that blast their deceptive commercials on TV. Patent professionals additionally promote in Inventors' Digest journal together with patent searchers, prototypes, and advertising and marketing specialists. Your native yellow-page listing lists patent attorneys, however, don't distinguish them from patent brokers. Beware on listings that point out "patenting providers," as these are sometimes corporations that hope to snare you and promote disreputable providers. In just a few hours, there are patent attorneys or brokers who provide poor quality patent services.

Look for an agency or individual to write your patent utility and for someone who does solely patent and trademark work. Also, make sure that you are able to visit their workplace for a free in-person preliminary interview. There may be an inventor's group in your area — join and ask for a suggestion for a neighborhood agent or lawyer. To find an inventor's group close to you, visit the United Inventors Affiliation (UIA). UIA is a nonprofit group devoted to serving inventors and inventor teams.

## How Can I Keep Costs to a Minimum for a Patent Attorney?

Don't make the mistake of thinking that working with a patent attorney is going to be inexpensive. The fact is, professional services almost always come with a significant cost attached to them. That being said, there are some steps you can take to help keep your costs down while still getting the professional help you need. Here are just a few with more detailed explanations to follow:

- Keep in mind that your patent attorney works for you.
- Don't be afraid to ask for referrals while you're searching for a good patent attorney.
- Remember that patent laws are effective nationwide. With that in mind, you're going to want to avoid constraining your search to your own physical location.
- Consider the benefits and drawbacks associated with working with a large firm as opposed to an independent patent attorney.
- Keep in mind that, regardless of the attorney you hire, they're only going to be as useful as the information you give them.
- Everything needs to be in writing, from billing terms to expected services and deadlines. Never rely on a verbal agreement as a promise that something will happen. If it isn't documented, it didn't happen.
- Don't rely on your patent attorney as an excuse to not educate yourself. They may be the expert, but it will serve you well to learn as much about the legal process surrounding your patent efforts as you can.

You might be wondering why it's so important to remind yourself that your patent attorney is working for you and not the other way around. After all, that seems like a given. You are the one paying them, right? In reality, your patent attorney is going to know a lot more about what they're doing than you do, making it easy for both of you to forget who should be calling the shots. Yes, you need to take their advice into consideration and keep in mind that they're the experts. However, it's also important to set boundaries and expectations from the services you're going to receive from the patent attorney as early in your relationship as possible. It might also be a good idea to put those expectations in writing so you both have something to refer to down the road.

Doing your own preliminary research and legwork will set proper boundaries and expectations early in the process of working with a patent lawyer, which will keep your costs to a minimum. If you are going to be working carefully together with your lawyer for a prolonged time period, don't shortcut on the time upfront. Contemplate first studying different patents in your product class and contacting the authors. Having a lawyer that's accustomed to your expertise is a plus, however, it's not an absolute necessity. If your invention is in an extremely specialized subject, like software programming or medical devices, for example, then you might want

to invest the time to find a patent attorney that is familiar with your subject area. If your concept is straightforward, then a very good patent lawyer ought to have the experience and background to get the job done.

With bigger corporations, you will begin by working with a seasoned senior affiliate or associate; however, she or he will quickly delegate your case to a different lawyer with much less expertise. The senior lawyer from a big agency will oversee and handle the process, but your project will not be their primary work. Patent regulation can be very specialized; you may find yourself having to work with a couple of lawyers to get everything you need to be done. To work successfully with a lawyer, know your invention inside and out — research prior patents yourself — and realize the distinction between them and your own innovation. Do not take a passive position and assume your lawyer is going to dive deep for you.

Ship your lawyer a prototype if that is possible. This will certainly help them to understand what the patent is about. At all times, learn every part your patent lawyer writes in your patent utility and ensure you understand and agree with what they've written. If you feel that your patent lawyer has overcharged, bring this up immediately and discuss any alternatives. Ask them to be specific about their tasks and hourly billing. You may want to document your conversations together with your patent lawyer. Doing this provides you with reference materials if disagreements or things come up that are unclear. You may find that listing your questions out in an email is a more cost-effective way to interact with your lawyer rather than a phone conversation. Remember, if you ramble on and on, the lawyer is still going to bill you per the hourly rate in 15-minute increments.

## What Should You Do Once You've Hired a Patent Attorney?

One of the first steps you're going to want to take after you select and hire your patent attorney is to execute either a power of attorney or an authorization of agent. This should be submitted to the patent office, along with the rest of your patent application paperwork. Once your patent attorney has been appointed as your representative, it's important to understand that the USPTO will no longer communicate directly with you. Instead, the will direct all communication to your patent attorney.

This doesn't mean you can't still contact the patent office directly if you need to ask questions about your patent application, though. You also retain the right to revoke power of attorney status from your patent attorney if you choose to do so. However, this should only be done if you choose to fire your current attorney and hire another.

The United States Patent and Trademark Office will register patent attorneys, as well as people who aren't law professionals. When a nonattorney is registered with the USPTO, they are referred to as a patent agent. Although patent agents aren't technically lawyers, they are typically just as qualified in their field as a patent attorney. The main difference between a patent attorney and a patent agent is that patent agents aren't able to conduct litigation in court or offer services that local authorities would consider to fall in the realm of practicing law.

For example, patent agents are not able to draft contracts related to patents, such as assignments or licenses, in the state that they live or work in.

## What Happens If My Agent or Attorney Fails to Perform?

The USPTO retains the authority to disbar or suspend any patent attorney or agent that is found to be guilty of actions that can be considered gross misconduct. However, this will only ever happen after a thorough hearing has been conducted and undisputed evidence to support any claims of misconduct exists. When the USPTO receives a complaint, they will investigate and act accordingly based upon the evidence and information available.

Keep in mind that the USPTO does not oversee or regulate fees charged by patent attorneys and patent agents. While it is possible for the USPTO to take action against a patent professional in the event that evidence of

overcharging is presented, they will sometimes intervene on your behalf. However, it is a rare occurrence for this to happen as there needs to be sufficient evidence that you have been overcharged for the services in question.

## Why Should I Choose a Registered Patent Attorney?

In the U.S., the USPTO enforces the regulations and laws governing any patent lawyer or patent agent. A patent lawyer not acknowledged by the USPTO will not be permitted by regulation to represent inventors to the USPTO. The office maintains a register of patent attorneys and brokers that are available at the USPTO website. To be admitted to the USPTO register, a patent lawyer or agent needs to adhere to all USPTO regulations. A USPTO registered patent lawyer should offer ethical services and be competent in all relevant areas of the law, with specific scientific and technical areas as they relate to patents.

Move forward in your quest to find a patent attorney. Lawyers are available by posting your legal need on UpCounsel's marketplace. UpCounsel provides a platform for individuals and small businesses to get the legal help they need at an affordable price. Lawyers are recruited from top Ivy League law schools and have on average more than 14 years of legal experience, including work with or on behalf of companies like Google.

# EXHIBIT 50

Google

site:upcounsel.com "aliberti"

All    News    Images    Maps    Shopping    More      Settings    Tools

About 9 results (0.30 seconds)

Images for site:upcounsel.com "aliberti"



→ More images for site:upcounsel.com "aliberti"          Report images

### Top 5% of Startup Lawyers in Sanger, California | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Startup › California
★★★★★ Rating: 5 - 4,108 reviews
Joseph M. **Aliberti** Startup Lawyer for Sanger, CA. Joseph M. **Aliberti** is a business attorney with experience in dealing with business, medical, litigation, criminal ...

### Top 5% of Intellectual Property Lawyers in Montgomery, AL | UpCounsel
https://www.upcounsel.com › ... › Intellectual Property › Alabama
★★★★★ Rating: 5 - 4,735 reviews
Joseph M. **Aliberti** Intellectual Property Lawyer for Montgomery, AL. Joseph M. **Aliberti** is a business attorney with experience in dealing with business, medical, ...

### Top 5% of Copyright Lawyers in Coeur d Alene, Idaho | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Copyright › Idaho
★★★★★ Rating: 5 - 4,742 reviews
Joseph M. **Aliberti** is a business attorney with experience in dealing with business, medical, litigation, criminal defense and family cases. He obtained his J.D. in ...

### Top 5% of Franchise Lawyers in Santa Rosa, California | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Franchise › California
★★★★★ Rating: 5 - 4,282 reviews
Joseph M. **Aliberti** Franchise Lawyer for Santa Rosa, CA. Joseph M. **Aliberti** is a business attorney with experience in dealing with business, medical, litigation, ...

### Delaware S Corp Formation - UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › S Corporation Formation
★★★★★ Rating: 5 - 4,087 reviews
Joseph M. **Aliberti** S Corporation Lawyer for DE. Joseph M. **Aliberti** is a business attorney with experience in dealing with business, medical, litigation, criminal ...

### Top 5% of Intellectual Property Lawyers in Spartanburg, SC | UpCounsel
https://www.upcounsel.com › ... › Intellectual Property › South Carolina
★★★★★ Rating: 4.9 - 4,918 reviews
Joseph M. **Aliberti** Intellectual Property Lawyer for Spartanburg, SC. Joseph M. **Aliberti** is a business attorney with experience in dealing with business, medical, ...

### Top 5% of Trademark Lawyers in Davenport, Iowa | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Trademark › Iowa
★★★★★ Rating: 5 - 4,891 reviews
Joseph M. **Aliberti** Trademark Lawyer for Davenport, IA. Joseph M. **Aliberti** is a business attorney with experience in dealing with business, medical, litigation, ...

### Top 5% of Business Lawyers in Dalton, Georgia | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Business › Georgia
★★★★★ Rating: 5 - 4,074 reviews
Joseph M. **Aliberti** is a business attorney with experience in dealing with business, medical, litigation, criminal defense and family cases. He obtained his J.D. in ...

### Top 5% of Securities Lawyers in Taylors, South Carolina | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Securities › South Carolina
★★★★★ Rating: 5 - 3,549 reviews
Joseph M. **Aliberti** Security Lawyer for Taylors, SC. Joseph M. **Aliberti** is a business attorney with experience in dealing with business, medical, litigation, criminal ...

● West Valley, Cupertino, CA - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

# EXHIBIT 51



site:upcounsel.com "seth weiner"

All    News    Images    Videos    Maps    More          Settings    Tools

About 6,500 results (0.62 seconds)

No results found for **site:upcounsel.com "seth weiner"**.

Results for **site:upcounsel.com seth weiner** (without quotes):

### Seth Wiener Attorney Profile on UpCounsel
https://www.upcounsel.com/attorney/profile/5002f6fece77a70b1cb0a822 ▼
★★★★★ Rating: 5 - 642 reviews
**Seth** W. **Wiener** is an experienced litigator and trial lawyer. ... Prior to forming the Law Offices of **Seth** W. **Wiener**, Mr. **Wiener** worked as a commercial litigator at several prominent Bay Area law firms, including, Wilson Sonsini Goodrich & Rosati, P.C. and LeBoeuf, Lamb, Greene & ...

### The 10 Best Business Lawyers NEAR ME | UpCounsel 2018
https://www.upcounsel.com/business-attorneys ▼
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Jacksonville Securities Attorneys - UpCounsel
https://www.upcounsel.com › Securities › Florida ▼
★★★★★ Rating: 5 - 3,950 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### California Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com/california-attorneys ▼
★★★★★ Rating: 5 - 2,836 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Images for site:upcounsel.com seth weiner

     

→ More images for site:upcounsel.com seth weiner          Report images

### Top 5% of Non-Profit Lawyers in Portland, Oregon | UpCounsel
https://www.upcounsel.com › Non Profit › Oregon ▼
★★★★★ Rating: 5 - 2,734 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Vermont Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com/vermont-attorneys ▼
★★★★★ Rating: 4.9 - 1,112 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Hawaii Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com/hawaii-attorneys ▼
★★★★★ Rating: 5 - 1,279 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Rhode Island Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com/rhode-island-attorneys ▼
★★★★★ Rating: 5 - 1,278 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Athens, Georgia | UpCounsel

https://www.upcounsel.com › Non Profit › Georgia ▾
★★★★★ Rating: 5 - 2,723 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Charlotte Securities Attorneys - UpCounsel
https://www.upcounsel.com › Securities › North Carolina ▾
★★★★★ Rating: 5 - 1,352 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Maine Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › maine-attorneys ▾
★★★★★ Rating: 5 - 1,352 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Duluth, Georgia | UpCounsel
https://www.upcounsel.com › Non Profit › Georgia ▾
★★★★★ Rating: 5 - 2,724 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Williamsport, Pennsylvania ...
https://www.upcounsel.com › Securities › Pennsylvania ▾
★★★★★ Rating: 5 - 3,891 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Van Buren, Arkansas | UpCounsel
https://www.upcounsel.com › Non Profit › Arkansas ▾
★★★★★ Rating: 5 - 2,713 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Kingston, Pennsylvania | UpCounsel
https://www.upcounsel.com › Securities › Pennsylvania ▾
★★★★★ Rating: 5 - 3,908 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Plainfield, New Jersey | UpCounsel
https://www.upcounsel.com › Securities › New Jersey ▾
★★★★★ Rating: 5 - 3,928 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Richmond, Virginia | UpCounsel
https://www.upcounsel.com › Non Profit › Virginia ▾
★★★★★ Rating: 5 - 2,750 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Searcy, Arkansas | UpCounsel
https://www.upcounsel.com › Securities › Arkansas ▾
★★★★★ Rating: 5 - 3,964 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Spokane, Washington | UpCounsel
https://www.upcounsel.com › Non Profit › Washington ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Brainerd, Minnesota | UpCounsel
https://www.upcounsel.com › Securities › Minnesota ▾
★★★★★ Rating: 5 - 3,881 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Covington, Kentucky | UpCounsel
https://www.upcounsel.com › Non Profit › Kentucky ▾
★★★★★ Rating: 5 - 2,719 reviews

As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Albert Lea, Minnesota | UpCounsel
https://www.upcounsel.com › Securities › Minnesota ▾
★★★★★ Rating: 5 - 3,945 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Nebraska Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com/nebraska-attorneys ▾
★★★★★ Rating: 5 - 1,139 reviews
Seth attended the University of Nebraska, where he obtained his Doctor of Law in 2015. ... As an experienced trial lawyer and litigator, **Seth Wiener** has resolved ...

### Top 5% of Non-Profit Lawyers in Elizabethton, Tennessee | UpCounsel
https://www.upcounsel.com › Non Profit › Tennessee ▾
★★★★★ Rating: 5 - 2,734 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Hazleton, Pennsylvania | UpCounsel
https://www.upcounsel.com › Securities › Pennsylvania ▾
★★★★★ Rating: 5 - 3,876 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Canon City, Colorado | UpCounsel
https://www.upcounsel.com › Securities › Colorado ▾
★★★★★ Rating: 5 - 3,938 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Kankakee, Illinois | UpCounsel
https://www.upcounsel.com › Securities › Illinois ▾
★★★★★ Rating: 5 - 3,889 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Ponca City, Oklahoma | UpCounsel
https://www.upcounsel.com › Securities › Oklahoma ▾
★★★★★ Rating: 5 - 3,923 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Rochester, Minnesota | UpCounsel
https://www.upcounsel.com › Securities › Minnesota ▾
★★★★★ Rating: 5 - 3,890 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Wyoming Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com/wyoming-attorneys ▾
★★★★★ Rating: 5 - 1,197 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Richmond, California | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Non Profit › California ▾
★★★★★ Rating: 5 - 2,523 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Intellectual Property Lawyers in California NEAR ME
https://www.upcounsel.com › Intellectual Property ▾
★★★★★ Rating: 5 - 2,108 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Chelsea, Massachusetts | UpCounsel
https://www.upcounsel.com › Non Profit › Massachusetts ▾
★★★★★ Rating: 5 - 2,736 reviews

As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Newberg, Oregon | UpCounsel
https://www.upcounsel.com › Non Profit › Oregon ▾
★★★★★ Rating: 5 · 2,725 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Roswell, Georgia | UpCounsel
https://www.upcounsel.com › Non Profit › Georgia ▾
★★★★★ Rating: 5 · 2,749 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Healdsburg, California | UpCounsel
https://www.upcounsel.com › Securities › California ▾
★★★★★ Rating: 5 · 3,895 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### The 10 Best Securities Lawyers in South Dakota NEAR ME - UpCounsel
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 · 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Elizabethtown, PA | UpCounsel
https://www.upcounsel.com › Securities › Pennsylvania ▾
★★★★★ Rating: 4.9 · 3,910 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in West Memphis, Arkansas | UpCounsel
https://www.upcounsel.com › Securities › Arkansas ▾
★★★★★ Rating: 5 · 3,839 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Edmonds, Washington | UpCounsel
https://www.upcounsel.com › Non Profit › Washington ▾
★★★★★ Rating: 5 · 2,700 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Bardstown, Kentucky | UpCounsel
https://www.upcounsel.com › Securities › Kentucky ▾
★★★★★ Rating: 5 · 3,875 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Leesville, Louisiana | UpCounsel
https://www.upcounsel.com › Non Profit › Louisiana ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Malden, Massachusetts | UpCounsel
https://www.upcounsel.com › Non Profit › Massachusetts ▾
★★★★★ Rating: 5 · 2,725 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Memphis, Tennessee | UpCounsel
https://www.upcounsel.com › Non Profit › Tennessee ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Riverside, Rhode Island | UpCounsel
https://www.upcounsel.com › Non Profit › Rhode Island ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

9/9/2018
site:upcounsel.com "seth weiner" - Google Search
Case 4:18-cv-02573-YGR    Document 45-1    Filed 09/11/18    Page 408 of 706

### Top 5% of Non-Profit Lawyers in Middletown, Connecticut | UpCounsel
https://www.upcounsel.com › Non Profit › Connecticut ▼
★★★★★ Rating: 5 - 2,730 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Maryville, Tennessee | UpCounsel
https://www.upcounsel.com › Non Profit › Tennessee ▼
★★★★★ Rating: 5 - 2,721 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Securities Lawyers in Louisiana NEAR ME | UpCounsel ...
https://www.upcounsel.com › Securities ▼
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Gardner Securities Attorneys - UpCounsel
https://www.upcounsel.com › Securities › Massachusetts ▼
★★★★★ Rating: 5 - 3,875 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Minneapolis, Minnesota | UpCounsel
https://www.upcounsel.com › Non Profit › Minnesota ▼
★★★★★ Rating: 5 - 2,741 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Delray Beach, Florida | UpCounsel
https://www.upcounsel.com › Securities › Florida ▼
★★★★★ Rating: 4.9 - 3,943 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Sebastopol, California | UpCounsel
https://www.upcounsel.com › Non Profit › California ▼
★★★★★ Rating: 5 - 2,749 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Intellectual property attorneys - UpCounsel
https://www.upcounsel.com/intellectual-property-attorneys ▼
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Bayside, New York | UpCounsel
https://www.upcounsel.com › Non Profit › New York ▼
★★★★★ Rating: 5 - 2,733 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Billerica, Massachusetts | UpCounsel
https://www.upcounsel.com › Non Profit › Massachusetts ▼
★★★★★ Rating: 5 - 2,724 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Ridgewood, New York | UpCounsel
https://www.upcounsel.com › Non Profit › New York ▼
★★★★★ Rating: 5 - 2,750 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Non Profit Lawyers in North Carolina NEAR ME
https://www.upcounsel.com › Non Profit ▼
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Portland, Oregon | UpCounsel
https://www.upcounsel.com › Securities › Oregon ▼

★★★★★ Rating: 5 - 3,892 reviews
As an experienced trial lawyer and litigator, **Seth** Wiener has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Startup Lawyers in Omaha, Nebraska | UpCounsel
https://www.upcounsel.com › Startup › Nebraska ▼
★★★★★ Rating: 5 - 2,295 reviews
As an experienced trial lawyer and litigator, **Seth** Wiener has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Petal, Mississippi | UpCounsel
https://www.upcounsel.com › Securities › Mississippi ▼
★★★★★ Rating: 5 - 3,886 reviews
As an experienced trial lawyer and litigator, **Seth** Wiener has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Nashua, New Hampshire | UpCounsel
https://www.upcounsel.com › Non Profit › New Hampshire ▼
★★★★★ Rating: 5 - 2,727 reviews
As an experienced trial lawyer and litigator, **Seth** Wiener has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Beaumont, Texas | UpCounsel
https://www.upcounsel.com › Securities › Texas ▼
★★★★★ Rating: 5 - 3,894 reviews
As an experienced trial lawyer and litigator, **Seth** Wiener has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in West Columbia, SC | UpCounsel
https://www.upcounsel.com › Non Profit › South Carolina ▼
★★★★★ Rating: 5 - 2,740 reviews
As an experienced trial lawyer and litigator, **Seth** Wiener has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Trademark Lawyers in Iowa NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Trademark ▼
As an experienced trial lawyer and litigator, **Seth** Wiener has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Pittsburgh, Pennsylvania | UpCounsel
https://www.upcounsel.com › Non Profit › Pennsylvania ▼
★★★★★ Rating: 5 - 2,727 reviews
As an experienced trial lawyer and litigator, **Seth** Wiener has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Business Lawyers in Tennessee NEAR ME | UpCounsel ...
https://www.upcounsel.com › Business ▼
★★★★★ Rating: 5 - 2,108 reviews
As an experienced trial lawyer and litigator, **Seth** Wiener has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Hillsboro, Oregon | UpCounsel
https://www.upcounsel.com › Non Profit › Oregon ▼
★★★★★ Rating: 5 - 2,721 reviews
As an experienced trial lawyer and litigator, **Seth** Wiener has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Gulfport, Mississippi | UpCounsel
https://www.upcounsel.com › Non Profit › Mississippi ▼
★★★★★ Rating: 5 - 2,719 reviews
As an experienced trial lawyer and litigator, **Seth** Wiener has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Riverside, California | UpCounsel
https://www.upcounsel.com › Non Profit › California ▼
As an experienced trial lawyer and litigator, **Seth** Wiener has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Lancaster, Pennsylvania | UpCounsel
https://www.upcounsel.com › Non Profit › Pennsylvania ▼
★★★★★ Rating: 5 - 2,722 reviews
As an experienced trial lawyer and litigator, **Seth** Wiener has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Non-Profit Lawyers in Hemet, California | UpCounsel
https://www.upcounsel.com › Non Profit › California ▼
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

The 10 Best Securities Lawyers in North Carolina NEAR ME
https://www.upcounsel.com › Securities ▼
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Non-Profit Lawyers in Traverse City, Michigan | UpCounsel
https://www.upcounsel.com › Non Profit › Michigan ▼
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Securities Lawyers in Davenport, Iowa | UpCounsel
https://www.upcounsel.com › Securities › Iowa ▼
★★★★★ Rating: 5 · 3,881 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Non-Profit Lawyers in Bensalem, Pennsylvania | UpCounsel
https://www.upcounsel.com › Non Profit › Pennsylvania ▼
★★★★★ Rating: 5 · 2,714 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Non-Profit Lawyers in Austin, Texas | UpCounsel
https://www.upcounsel.com › Non Profit › Texas ▼
★★★★★ Rating: 5 · 2,716 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Non-Profit Lawyers in Seattle, Washington | UpCounsel
https://www.upcounsel.com › Non Profit › Washington ▼
★★★★★ Rating: 5 · 2,723 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Non-Profit Lawyers in Billings, Montana | UpCounsel
https://www.upcounsel.com › Non Profit › Montana ▼
★★★★★ Rating: 5 · 2,715 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Non-Profit Lawyers in Charlotte, North Carolina | UpCounsel
https://www.upcounsel.com › Non Profit › North Carolina ▼
★★★★★ Rating: 5 · 2,748 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Non-Profit Lawyers in El Paso, Texas | UpCounsel
https://www.upcounsel.com › Non Profit › Texas ▼
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

The 10 Best Non Profit Lawyers in Massachusetts NEAR ME
https://www.upcounsel.com › Non Profit ▼
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Non-Profit Lawyers in Venice, Florida | UpCounsel
https://www.upcounsel.com › Non Profit › Florida ▼
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

The 10 Best Startup Lawyers in Virginia NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Startup ▼
★★★★★ Rating: 5 · 2,108 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

9/9/2018
Case 4:18-cv-02573-YGR   Document 45-1 Filed 09/11/18   Page 411 of 706
site:upcounsel.com "seth wiener" - Google Search

### The 10 Best Employment Lawyers in South Carolina NEAR ME
https://www.upcounsel.com › Employment ▾
★★★★★ Rating: 5 · 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Toccoa, Georgia | UpCounsel
https://www.upcounsel.com › Securities › Georgia ▾
★★★★★ Rating: 4.9 · 3,882 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Trademark Lawyers in Rhode Island NEAR ME ...
https://www.upcounsel.com › Trademark ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Branford, Connecticut | UpCounsel
https://www.upcounsel.com › Non Profit › Connecticut ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Denver, Colorado | UpCounsel
https://www.upcounsel.com › Non Profit › Colorado ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Snellville, Georgia | UpCounsel
https://www.upcounsel.com › Non Profit › Georgia ▾
★★★★★ Rating: 5 · 2,723 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Los Angeles, California | UpCounsel
https://www.upcounsel.com › Non Profit › California ▾
★★★★★ Rating: 5 · 2,741 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Wadsworth, Ohio | UpCounsel
https://www.upcounsel.com › Non Profit › Ohio ▾
★★★★★ Rating: 5 · 2,750 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Boston, Massachusetts | UpCounsel
https://www.upcounsel.com › Non Profit › Massachusetts ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Douglas, Georgia | UpCounsel
https://www.upcounsel.com › Non Profit › Georgia ▾
★★★★★ Rating: 5 · 2,720 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Philadelphia, Mississippi | UpCounsel
https://www.upcounsel.com › Securities › Mississippi ▾
★★★★★ Rating: 5 · 3,883 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Missoula, Montana | UpCounsel
https://www.upcounsel.com › Securities › Montana ▾
★★★★★ Rating: 5 · 3,900 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Naperville, Illinois | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Non Profit › Illinois ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

site:upcounsel.com "seth wiener" - Google Search

### Top 5% of Securities Lawyers in Apache Junction, Arizona | UpCounsel
https://www.upcounsel.com › Securities › Arizona ▾
★★★★★ Rating: 5 · 3,876 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Westbury, New York | UpCounsel
https://www.upcounsel.com › Securities › New York ▾
★★★★★ Rating: 5 · 3,972 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in York, Pennsylvania | UpCounsel
https://www.upcounsel.com › Non Profit › Pennsylvania ▾
★★★★★ Rating: 5 · 2,767 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...



Gooooooogle >

1    2    3    4    5    6    7    **Next**

● West Valley, Cupertino, CA - From your Internet address · Use precise location · Learn more

Help    Send feedback    Privacy    Terms

Google    site:upcounsel.com seth weiner

All    News    Images    Videos    Maps    More                Settings    Tools

Page 2 of about 6,490 results (0.63 seconds)

**Top 5% of Non-Profit Lawyers in Indianapolis, Indiana | UpCounsel**
https://www.upcounsel.com › Non Profit › Indiana ▾
★★★★★ Rating: 5 - 2,735 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**The 10 Best Startup Lawyers in Wisconsin NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Startup ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Non-Profit Lawyers in Everett, Washington | UpCounsel**
https://www.upcounsel.com › Non Profit › Washington ▾
★★★★★ Rating: 5 - 2,692 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Securities Lawyers in Hartsville, South Carolina | UpCounsel**
https://www.upcounsel.com › Securities › South Carolina ▾
★★★★★ Rating: 5 - 3,901 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Securities Lawyers in Friday Harbor, Washington | UpCounsel**
https://www.upcounsel.com › Securities › Washington ▾
★★★★★ Rating: 5 - 3,877 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Securities Lawyers in Gettysburg, Pennsylvania | UpCounsel**
https://www.upcounsel.com › Securities › Pennsylvania ▾
★★★★★ Rating: 5 - 3,872 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Securities Lawyers in Jacksonville Beach, FL | UpCounsel**
https://www.upcounsel.com › Securities › Florida ▾
★★★★★ Rating: 5 - 3,907 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Securities Lawyers in Mount Sterling, Kentucky | UpCounsel**
https://www.upcounsel.com › Securities › Kentucky ▾
★★★★★ Rating: 5 - 3,921 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Non-Profit Lawyers in Bessemer, Alabama | UpCounsel**
https://www.upcounsel.com › Non Profit › Alabama ▾
★★★★★ Rating: 5 - 2,760 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**The 10 Best Immigration Lawyers in New Hampshire NEAR ME**
https://www.upcounsel.com › Immigration ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**The 10 Best Copyright Lawyers in Texas NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Copyright ▾
★★★★★ Rating: 5 - 2,447 reviews

As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Immigration Lawyers in Arizona NEAR ME | UpCounsel ...
https://www.upcounsel.com › Immigration ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Kingman, Arizona | UpCounsel
https://www.upcounsel.com › Securities › Arizona ▾
★★★★★ Rating: 5 - 3,916 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Gardner, Kansas | UpCounsel
https://www.upcounsel.com › Non Profit › Kansas ▾
★★★★★ Rating: 5 - 2,725 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Culpeper, Virginia | UpCounsel
https://www.upcounsel.com › Securities › Virginia ▾
★★★★★ Rating: 5 - 3,881 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Immigration Lawyers in Missouri NEAR ME | UpCounsel ...
https://www.upcounsel.com › Immigration ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Immigration Lawyers in Pennsylvania NEAR ME
https://www.upcounsel.com › Immigration ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Norman, Oklahoma | UpCounsel
https://www.upcounsel.com › Non Profit › Oklahoma ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Anchorage Trademark Attorneys - UpCounsel
https://www.upcounsel.com › Trademark › Alaska ▾
★★★★★ Rating: 5 - 2,973 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in West Des Moines, Iowa | UpCounsel
https://www.upcounsel.com › Securities › Iowa ▾
★★★★★ Rating: 5 - 3,883 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Immigration Lawyers in Tennessee NEAR ME ...
https://www.upcounsel.com › Immigration ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Scarsdale, New York | UpCounsel
https://www.upcounsel.com › Securities › New York ▾
★★★★★ Rating: 5 - 3,893 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Patent Lawyers in Vermont NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Business Lawyers in Kansas NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Mount Airy, Maryland | UpCounsel
https://www.upcounsel.com › Securities › Maryland ▾
★★★★★ Rating: 4.9 - 3,887 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Shippensburg, Pennsylvania ...
https://www.upcounsel.com › Securities › Pennsylvania ▾
★★★★★ Rating: 5 - 3,901 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Business Lawyers in Louisiana NEAR ME | UpCounsel ...
https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Patent Lawyers in Arkansas NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Prior Lake, Minnesota | UpCounsel
https://www.upcounsel.com › Securities › Minnesota ▾
★★★★★ Rating: 5 - 3,912 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Trademark Lawyers in Louisiana NEAR ME | UpCounsel ...
https://www.upcounsel.com › Trademark ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Lake Charles, Louisiana | UpCounsel
https://www.upcounsel.com › Non Profit › Louisiana ▾
★★★★★ Rating: 5 - 2,765 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Chicago, Illinois | UpCounsel
https://www.upcounsel.com › Non Profit › Illinois ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Marquette, Michigan | UpCounsel
https://www.upcounsel.com › Non Profit › Michigan ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Middletown, New York | UpCounsel
https://www.upcounsel.com › Securities › New York ▾
★★★★★ Rating: 5 - 3,873 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Contract Lawyers in Utah NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Contract ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Trademark Lawyers in Massachusetts NEAR ME
https://www.upcounsel.com › Trademark ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Flemington, New Jersey | UpCounsel
https://www.upcounsel.com › Non Profit › New Jersey ▾
★★★★★ Rating: 5 - 2,729 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Immigration Lawyers in Delaware NEAR ME | UpCounsel ...
https://www.upcounsel.com › Immigration ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Securities Lawyers in Maine NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Employment Lawyers in Maryland NEAR ME | UpCounsel ...
https://www.upcounsel.com › Employment ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Waltham, Massachusetts | UpCounsel
https://www.upcounsel.com › Securities › Massachusetts ▾
★★★★★ Rating: 5 - 3,877 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Coos Bay, Oregon | UpCounsel
https://www.upcounsel.com › Non Profit › Oregon ▾
★★★★★ Rating: 5 - 2,753 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Downingtown, Pennsylvania ...
https://www.upcounsel.com › Securities › Pennsylvania ▾
★★★★★ Rating: 5 - 3,875 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Wichita, Kansas | UpCounsel
https://www.upcounsel.com › Securities › Kansas ▾
★★★★★ Rating: 5 - 3,889 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Intellectual Property Lawyers in Mississippi NEAR ME
https://www.upcounsel.com › Intellectual Property ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Startup Lawyers in Massachusetts NEAR ME | UpCounsel ...
https://www.upcounsel.com › Startup ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Intellectual Property Lawyers in Maine NEAR ME
https://www.upcounsel.com › Intellectual Property ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Business Lawyers in Connecticut NEAR ME | UpCounsel ...
https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Patent Lawyers in Delaware NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews

As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Bristow, Virginia | UpCounsel
https://www.upcounsel.com › Securities › Virginia ▾
★★★★★ Rating: 5 - 3,898 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Houston, Texas | UpCounsel
https://www.upcounsel.com › Securities › Texas ▾
★★★★★ Rating: 5 - 3,913 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Patent Lawyers in New Hampshire NEAR ME ...
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Buena Vista, Colorado | UpCounsel
https://www.upcounsel.com › Securities › Colorado ▾
★★★★★ Rating: 5 - 3,898 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Dyersburg, Tennessee | UpCounsel
https://www.upcounsel.com › Non Profit › Tennessee ▾
★★★★★ Rating: 5 - 2,746 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Securities Lawyers in Delaware NEAR ME | UpCounsel ...
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Owatonna, Minnesota | UpCounsel
https://www.upcounsel.com › Securities › Minnesota ▾
★★★★★ Rating: 5 - 3,891 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Hamburg, New York | UpCounsel
https://www.upcounsel.com › Securities › New York ▾
★★★★★ Rating: 5 - 3,882 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Real Estate Lawyers in Missouri NEAR ME | UpCounsel ...
https://www.upcounsel.com › Real Estate ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Machesney Park, Illinois | UpCounsel
https://www.upcounsel.com › Securities › Illinois ▾
★★★★★ Rating: 5 - 3,904 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Patent Lawyers in Iowa NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,108 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Evergreen, Colorado | UpCounsel
https://www.upcounsel.com › Securities › Colorado ▾
★★★★★ Rating: 5 - 3,907 reviews

As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Patent Lawyers in Colorado NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Pearland, Texas | UpCounsel
https://www.upcounsel.com › Non Profit › Texas ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Saginaw, Michigan | UpCounsel
https://www.upcounsel.com › Non Profit › Michigan ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Acworth, Georgia | UpCounsel
https://www.upcounsel.com › Securities › Georgia ▾
★★★★★ Rating: 5 - 3,908 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Real Estate Lawyers in Montana NEAR ME | UpCounsel ...
https://www.upcounsel.com › Real Estate ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Internet Lawyers in Oregon NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Internet ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Kansas City, Kansas | UpCounsel
https://www.upcounsel.com › Securities › Kansas ▾
★★★★★ Rating: 5 - 3,896 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Employment Lawyers in Texas NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Employment ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Fenton, Michigan | UpCounsel
https://www.upcounsel.com › Non Profit › Michigan ▾
★★★★★ Rating: 5 - 2,726 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Securities Lawyers in Kentucky NEAR ME | UpCounsel ...
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Eden Prairie, Minnesota | UpCounsel
https://www.upcounsel.com › Securities › Minnesota ▾
★★★★★ Rating: 4.9 - 3,887 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Vincennes, Indiana | UpCounsel
https://www.upcounsel.com › Securities › Indiana ▾
★★★★★ Rating: 5 - 3,881 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**The 10 Best Securities Lawyers in Connecticut NEAR ME | UpCounsel ...**
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Securities Lawyers in Philadelphia, Pennsylvania ...**
https://www.upcounsel.com › Securities › Pennsylvania ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Non-Profit Lawyers in Louisville, Kentucky | UpCounsel**
https://www.upcounsel.com › Non Profit › Kentucky ▾
★★★★★ Rating: 5 - 2,745 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**The 10 Best Contract Lawyers in Kentucky NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Contract ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Non-Profit Lawyers in Denton, Texas | UpCounsel**
https://www.upcounsel.com › Non Profit › Texas ▾
★★★★★ Rating: 5 - 2,725 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**The 10 Best Non Profit Lawyers in Colorado NEAR ME | UpCounsel ...**
https://www.upcounsel.com › Non Profit ▾
★★★★★ Rating: 5 - 2,108 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Securities Lawyers in Pueblo, Colorado | UpCounsel**
https://www.upcounsel.com › Securities › Colorado ▾
★★★★★ Rating: 5 - 3,886 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**The 10 Best Copyright Lawyers in South Carolina NEAR ME**
https://www.upcounsel.com › Copyright ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Non-Profit Lawyers in Hilliard, Ohio | UpCounsel**
https://www.upcounsel.com › Non Profit › Ohio ▾
★★★★★ Rating: 5 - 2,757 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**The 10 Best Copyright Lawyers in Vermont NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Copyright ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Securities Lawyers in Whitestone, New York | UpCounsel**
https://www.upcounsel.com › Securities › New York ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Securities Lawyers in Hudson, New Hampshire | UpCounsel**
https://www.upcounsel.com › Securities › New Hampshire ▾
★★★★★ Rating: 5 - 3,875 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Non-Profit Lawyers in Strongsville, Ohio | UpCounsel**
https://www.upcounsel.com › Non Profit › Ohio ▾
★★★★★ Rating: 5 - 2,755 reviews

Case 4:18-cv-02573-YGR   Document 45-1   Filed 09/11/18   Page 420 of 706

As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Fairfield, Ohio | UpCounsel
https://www.upcounsel.com › Securities › Ohio ▾
★★★★★ Rating: 5 - 3,906 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Baton Rouge, Louisiana | UpCounsel
https://www.upcounsel.com › Non Profit › Louisiana ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Mableton, Georgia | UpCounsel
https://www.upcounsel.com › Non Profit › Georgia ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Business Lawyers in Arkansas NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Business ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Tampa Securities Attorneys - UpCounsel
https://www.upcounsel.com › Securities › Florida ▾
★★★★★ Rating: 4.9 - 3,965 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Lexington Park, Maryland | UpCounsel
https://www.upcounsel.com › Securities › Maryland ▾
★★★★★ Rating: 5 - 3,890 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Lahaina, Hawaii | UpCounsel
https://www.upcounsel.com › Non Profit › Hawaii ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Newnan, Georgia | UpCounsel
https://www.upcounsel.com › Securities › Georgia ▾
★★★★★ Rating: 5 - 3,910 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Scottsdale Securities Attorneys - UpCounsel
https://www.upcounsel.com › Securities › Arizona ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Startup Lawyers in Maryland NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Startup ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Klamath Falls, Oregon | UpCounsel
https://www.upcounsel.com › Securities › Oregon ▾
★★★★★ Rating: 5 - 3,898 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Bend, Oregon | UpCounsel
https://www.upcounsel.com › Non Profit › Oregon ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Nampa, Idaho | UpCounsel
https://www.upcounsel.com › Non Profit › Idaho ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Securities Lawyers in Lewiston, Maine | UpCounsel
https://www.upcounsel.com › Securities › Maine ▾
★★★★★ Rating: 5 · 3,904 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...



‹ 1 2 3 4 5 6 ›
Previous        Next

● West Valley, Cupertino, CA - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

9/9/2018
Case 4:18-cv-02573-YGR   Document 45-1   Filed 09/11/18   Page 422 of 706
Site:upcounsel.com seth Weiner - Google Search

Google    site:upcounsel.com seth weiner

All    News    Images    Videos    Maps    More         Settings    Tools

Page 3 of about 6,490 results (0.65 seconds)

### The 10 Best Franchise Lawyers in Kentucky NEAR ME | UpCounsel ...
https://www.upcounsel.com › Franchise ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Northville, Michigan | UpCounsel
https://www.upcounsel.com › Securities › Michigan ▾
★★★★★ Rating: 5 - 3,861 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Stoughton, Massachusetts | UpCounsel
https://www.upcounsel.com › Securities › Massachusetts ▾
★★★★★ Rating: 5 - 3,893 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Encinitas, California | UpCounsel
https://www.upcounsel.com › Non Profit › California ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Franchise Lawyers in Rhode Island NEAR ME ...
https://www.upcounsel.com › Franchise ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Monsey, New York | UpCounsel
https://www.upcounsel.com › Non Profit › New York ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Contract Lawyers in Connecticut NEAR ME | UpCounsel ...
https://www.upcounsel.com › Contract ▾
★★★★★ Rating: 5 - 2,108 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Reno, Nevada | UpCounsel
https://www.upcounsel.com › Securities › Nevada ▾
★★★★★ Rating: 5 - 3,872 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Houlton, Maine | UpCounsel
https://www.upcounsel.com › Securities › Maine ▾
★★★★★ Rating: 5 - 3,886 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Eugene, Oregon | UpCounsel
https://www.upcounsel.com › Securities › Oregon ▾
★★★★★ Rating: 5 - 3,907 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Williamsport, Pennsylvania ...
https://www.upcounsel.com › Non Profit › Pennsylvania ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Syracuse, New York | UpCounsel

9/9/2018
Case 4:18-cv-02573-YGR    Document 45-1    Filed 09/11/18    Page 423 of 706
Site:upcounsel.com seth wiener - Google Search

https://www.upcounsel.com › Non Profit › New York ▾
As an experienced lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Copyright Lawyers in Kentucky NEAR ME | UpCounsel ...

https://www.upcounsel.com › Copyright ▾
★★★★★ Rating: 5 · 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Patent Lawyers in Mississippi NEAR ME | UpCounsel 2018

https://www.upcounsel.com › Patent ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Non Profit Lawyers in Delaware NEAR ME | UpCounsel ...

https://www.upcounsel.com › Non Profit ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Marion, North Carolina | UpCounsel

https://www.upcounsel.com › Securities › North Carolina ▾
★★★★★ Rating: 5 · 3,907 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Business Lawyers in Michigan NEAR ME | UpCounsel 2018

https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 · 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Lakeville, Minnesota | UpCounsel

https://www.upcounsel.com › Securities › Minnesota ▾
★★★★★ Rating: 5 · 3,853 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Sedalia, Missouri | UpCounsel

https://www.upcounsel.com › Securities › Missouri ▾
★★★★★ Rating: 5 · 3,894 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Leavenworth, Kansas | UpCounsel

https://www.upcounsel.com › Securities › Kansas ▾
★★★★★ Rating: 5 · 3,914 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Bentonville, Arkansas | UpCounsel

https://www.upcounsel.com › Securities › Arkansas ▾
★★★★★ Rating: 5 · 3,893 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Payson, Utah | UpCounsel

https://www.upcounsel.com › Securities › Utah ▾
★★★★★ Rating: 5 · 3,893 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Milford, Massachusetts | UpCounsel

https://www.upcounsel.com › Securities › Massachusetts ▾
★★★★★ Rating: 5 · 3,878 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Linden, New Jersey | UpCounsel

https://www.upcounsel.com › Securities › New Jersey ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Real Estate Lawyers in South Dakota NEAR ME
https://www.upcounsel.com › Real Estate ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Ruston, Louisiana | UpCounsel
https://www.upcounsel.com › Securities › Louisiana ▾
★★★★★ Rating: 5 - 3,896 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Bellevue, Washington | UpCounsel
https://www.upcounsel.com › Non Profit › Washington ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Business Lawyers in Maine NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Langhorne, Pennsylvania | UpCounsel
https://www.upcounsel.com › Securities › Pennsylvania ▾
★★★★★ Rating: 5 - 4,049 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Gwynn Oak, Maryland | UpCounsel
https://www.upcounsel.com › Securities › Maryland ▾
★★★★★ Rating: 5 - 3,915 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Internet Lawyers in Mississippi NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Internet ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Contract Lawyers in Iowa NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Contract ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Austin Securities Attorneys - UpCounsel
https://www.upcounsel.com › Securities › Texas ▾
★★★★★ Rating: 5 - 3,921 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Southington, Connecticut | UpCounsel
https://www.upcounsel.com › Securities › Connecticut ▾
★★★★★ Rating: 5 - 3,903 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Katonah, New York | UpCounsel
https://www.upcounsel.com › Securities › New York ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Detroit, Michigan | UpCounsel
https://www.upcounsel.com › Securities › Michigan ▾
★★★★★ Rating: 5 - 3,913 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Patent Lawyers in Oklahoma NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews

As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

## Top 5% of Non-Profit Lawyers in Santa Barbara, California | UpCounsel
Https://www.upcounsel.com › Non Profit › California ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

## Top 5% of Securities Lawyers in Spokane, Washington | UpCounsel
https://www.upcounsel.com › Securities › Washington ▾
★★★★★ Rating: 5 · 3,891 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

## The 10 Best Trademark Lawyers in Vermont NEAR ME | UpCounsel ...
https://www.upcounsel.com › Trademark ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

## Top 5% of Non-Profit Lawyers in Amherst, Massachusetts | UpCounsel
https://www.upcounsel.com › Non Profit › Massachusetts ▾
★★★★★ Rating: 5 · 2,744 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

## Top 5% of Securities Lawyers in Ithaca, New York | UpCounsel
https://www.upcounsel.com › Securities › New York ▾
★★★★★ Rating: 5 · 3,904 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

## Top 5% of Non-Profit Lawyers in Paterson, New Jersey | UpCounsel
https://www.upcounsel.com › Non Profit › New Jersey ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

## Top 5% of Securities Lawyers in Flint, Michigan | UpCounsel
https://www.upcounsel.com › Securities › Michigan ▾
★★★★★ Rating: 5 · 3,906 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

## Top 5% of Securities Lawyers in Laredo, Texas | UpCounsel
https://www.upcounsel.com › Securities › Texas ▾
★★★★★ Rating: 5 · 3,886 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

## Top 5% of Securities Lawyers in Bryan, Texas | UpCounsel
https://www.upcounsel.com › Securities › Texas ▾
★★★★★ Rating: 5 · 3,905 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

## Top 5% of Non-Profit Lawyers in Charlotte, Michigan | UpCounsel
https://www.upcounsel.com › Non Profit › Michigan ▾
★★★★★ Rating: 5 · 2,744 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

## The 10 Best Intellectual Property Lawyers in Michigan NEAR ME
https://www.upcounsel.com › Intellectual Property ▾
★★★★★ Rating: 5 · 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

## Top 5% of Non-Profit Lawyers in Bakersfield, California | UpCounsel
https://www.upcounsel.com › Non Profit › California ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

## The 10 Best Securities Lawyers in Florida NEAR ME | UpCounsel 2018

https://www.upcounsel.com › Securities ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Employment Lawyers NEAR ME | UpCounsel 2018
https://www.upcounsel.com/employment-attorneys ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Kannapolis, North Carolina ...
https://www.upcounsel.com › Securities › North Carolina ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Lynn, Massachusetts | UpCounsel
https://www.upcounsel.com › Securities › Massachusetts ▾
★★★★★ Rating: 5 - 3,881 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Coeur d Alene, Idaho | UpCounsel
https://www.upcounsel.com › Non Profit › Idaho ▾
★★★★★ Rating: 5 - 2,743 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Enid, Oklahoma | UpCounsel
https://www.upcounsel.com › Securities › Oklahoma ▾
★★★★★ Rating: 5 - 3,903 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in San Antonio, Texas | UpCounsel
https://www.upcounsel.com › Securities › Texas ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best C Corporation Formation Lawyers NEAR ME | UpCounsel ...
https://www.upcounsel.com/c-corporation-formation ▾
★★★★★ Rating: 5 - 3,327 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Theodore, Alabama | UpCounsel
https://www.upcounsel.com › Securities › Alabama ▾
★★★★★ Rating: 5 - 3,948 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Keene, New Hampshire | UpCounsel
https://www.upcounsel.com › Securities › New Hampshire ▾
★★★★★ Rating: 5 - 3,879 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Salt Lake City, Utah | UpCounsel
https://www.upcounsel.com › Securities › Utah ▾
★★★★★ Rating: 5 - 3,875 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Atlantic Beach, Florida | UpCounsel
https://www.upcounsel.com › Securities › Florida ▾
★★★★★ Rating: 5 - 3,882 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

### The 10 Best Intellectual Property Lawyers in Arizona NEAR ME
https://www.upcounsel.com › Intellectual Property ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

The 10 Best Non Profit Lawyers in Connecticut NEAR ME | UpCounsel ...
https://www.upcounsel.com › Non Profit ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Securities Lawyers in Bristol, Pennsylvania | UpCounsel
https://www.upcounsel.com › Securities › Pennsylvania ▾
★★★★★ Rating: 5 - 3,885 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

The 10 Best Securities Lawyers in Iowa NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Non-Profit Lawyers in Walla Walla, Washington | UpCounsel
https://www.upcounsel.com › Non Profit › Washington ▾
★★★★★ Rating: 5 - 2,741 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

The 10 Best Copyright Lawyers in Nebraska NEAR ME | UpCounsel ...
https://www.upcounsel.com › Copyright ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Securities Lawyers in Mandeville, Louisiana | UpCounsel
https://www.upcounsel.com › Securities › Louisiana ▾
★★★★★ Rating: 5 - 3,899 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Securities Lawyers in Woodland, California | UpCounsel
https://www.upcounsel.com › Securities › California ▾
★★★★★ Rating: 5 - 3,868 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Non-Profit Lawyers in Odessa, Texas | UpCounsel
https://www.upcounsel.com › Non Profit › Texas ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

The 10 Best Securities Lawyers in Maryland NEAR ME | UpCounsel ...
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Non-Profit Lawyers in Springfield, Missouri | UpCounsel
https://www.upcounsel.com › Non Profit › Missouri ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Non-Profit Lawyers in Norfolk, Virginia | UpCounsel
https://www.upcounsel.com › Non Profit › Virginia ▾
★★★★★ Rating: 5 - 2,761 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

The 10 Best Trademark Lawyers in Wyoming NEAR ME | UpCounsel ...
https://www.upcounsel.com › Trademark ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

Top 5% of Securities Lawyers in Severn, Maryland | UpCounsel
https://www.upcounsel.com › Securities › Maryland ▾
★★★★★ Rating: 5 - 3,894 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Non-Profit Lawyers in Detroit, Michigan | UpCounsel**
Https://www.upcounsel.com › Non Profit › Michigan ▼
★★★★★ Rating: 5 - 2,731 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Securities Lawyers in Powhatan, Virginia | UpCounsel**
Https://www.upcounsel.com › Securities › Virginia ▼
★★★★★ Rating: 5 - 3,974 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Securities Lawyers in Manitowoc, Wisconsin | UpCounsel**
Https://www.upcounsel.com › Securities › Wisconsin ▼
★★★★★ Rating: 5 - 3,911 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**The 10 Best Securities Lawyers in Arizona NEAR ME | UpCounsel 2018**
Https://www.upcounsel.com › Securities ▼
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**The 10 Best Securities Lawyers in Illinois NEAR ME | UpCounsel 2018**
Https://www.upcounsel.com › Securities ▼
★★★★★ Rating: 5 - 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Securities Lawyers in Pittsburgh, Pennsylvania | UpCounsel**
Https://www.upcounsel.com › Securities › Pennsylvania ▼
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Securities Lawyers in Reedsburg, Wisconsin | UpCounsel**
Https://www.upcounsel.com › Securities › Wisconsin ▼
★★★★★ Rating: 5 - 3,898 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Securities Lawyers in Naples, Florida | UpCounsel**
Https://www.upcounsel.com › Securities › Florida ▼
★★★★★ Rating: 5 - 3,877 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**The 10 Best Patent Lawyers in Missouri NEAR ME | UpCounsel 2018**
Https://www.upcounsel.com › Patent ▼
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Securities Lawyers in Mountlake Terrace, WA | UpCounsel**
Https://www.upcounsel.com › Securities › Washington ▼
★★★★★ Rating: 5 - 3,888 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Top 5% of Securities Lawyers in Bettendorf, Iowa | UpCounsel**
Https://www.upcounsel.com › Securities › Iowa ▼
★★★★★ Rating: 5 - 3,937 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**Fremont Non-Profit Attorneys - UpCounsel**
Https://www.upcounsel.com › Non Profit › California ▼
★★★★★ Rating: 5 - 2,741 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state litigations. His cases have included everything from family law ...

**The 10 Best Securities Lawyers in Ohio NEAR ME | UpCounsel 2018**
Https://www.upcounsel.com › Securities ▼
★★★★★ Rating: 5 - 2,447 reviews

As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### The 10 Best Patent Lawyers in Utah NEAR ME | UpCounsel 2018
Https://www.upcounsel.com › Patent ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### The 10 Best Securities Lawyers in Vermont NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 · 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### The 10 Best Securities Lawyers in Idaho NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 · 2,447 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Idaho Patent Attorneys Near Me - UpCounsel
https://www.upcounsel.com › Patent ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Mason City, Iowa | UpCounsel
https://www.upcounsel.com › Securities › Iowa ▾
★★★★★ Rating: 5 · 3,910 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Waterbury, Connecticut | UpCounsel
https://www.upcounsel.com › Securities › Connecticut ▾
★★★★★ Rating: 5 · 3,911 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Lancaster, South Carolina | UpCounsel
https://www.upcounsel.com › Securities › South Carolina ▾
★★★★★ Rating: 5 · 3,913 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Columbus, Ohio | UpCounsel
https://www.upcounsel.com › Securities › Ohio ▾
★★★★★ Rating: 5 · 3,891 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Millington, Tennessee | UpCounsel
https://www.upcounsel.com › Securities › Tennessee ▾
★★★★★ Rating: 5 · 3,888 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Washington, DC | UpCounsel
https://www.upcounsel.com › Securities ▾
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Non-Profit Lawyers in Hernando, Mississippi | UpCounsel
https://www.upcounsel.com › Non Profit › Mississippi ▾
★★★★★ Rating: 5 · 2,737 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

### Top 5% of Securities Lawyers in Sumter, South Carolina | UpCounsel
https://www.upcounsel.com › Securities › South Carolina ▾
★★★★★ Rating: 5 · 4,057 reviews
As an experienced trial lawyer and litigator, **Seth Wiener** has resolved numerous federal and state
litigations. His cases have included everything from family law ...

Previous   1 2 3 4 5 6   Next

● West Valley, Cupertino, CA - From your Internet address - Use precise location - Learn more

Help   Send feedback   Privacy   Terms

# EXHIBIT 52

Google

site:upcounsel.com "The 10 Best"

All    Videos    Maps    Shopping    News    More    Settings    Tools

About 1,110 results (0.39 seconds)

**The 10 Best Internet Lawyers in California NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Internet ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Internet Lawyers near California and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

**The 10 Best Startup Lawyers in Massachusetts NEAR ME | UpCounsel ...**
https://www.upcounsel.com › Startup ▾
Find the best Startup Lawyers near Massachusetts and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

**The 10 Best Immigration Lawyers NEAR ME | UpCounsel 2018**
https://www.upcounsel.com/immigration-attorneys ▾
On UpCounsel, you can find and connect with top-rated immigration attorneys & lawyers that provide a range of immigration law services for startups to large ...

**The 10 Best Immigration Lawyers in Texas NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Immigration ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Immigration Lawyers near Texas and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

**The 10 Best Contract Lawyers in Virginia NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Contract ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Contract Lawyers near Virginia and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

**The 10 Best Real Estate Lawyers in Oregon NEAR ME | UpCounsel ...**
https://www.upcounsel.com › Real Estate ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Real Estate Lawyers near Oregon and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

**The 10 Best Business Lawyers in Massachusetts NEAR ME ...**
https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Business Lawyers near Massachusetts and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

**The 10 Best Copyright Lawyers in Maine NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Copyright ▾
★★★★★ Rating: 5 - 2,447 reviews
"It was a pleasure to work with Alejandro. I like the fact that he is bilingual English-Spanish and his level of Spanish is outstanding, u..." Get Proposal View Profile.

**The 10 Best Contract Lawyers in Michigan NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Contract ▾
Find the best Contract Lawyers near Michigan and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

**The 10 Best Patent Lawyers in Kentucky NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Patent Lawyers near Kentucky and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

**The 10 Best Patent Lawyers in South Carolina NEAR ME | UpCounsel ...**
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Patent Lawyers near South Carolina and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

**The 10 Best Franchise Lawyers in Michigan NEAR ME | UpCounsel ...**

https://www.upcounsel.com › Franchise ▼
★★★★★ Rating: 5 · 2,447 reviews
Find the best Franchise Lawyers near Michigan and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Copyright Lawyers in Delaware NEAR ME | UpCounsel ...
https://www.upcounsel.com › Copyright ▼
★★★★★ Rating: 5 · 2,447 reviews
If you want someone who has gone through the trademark process over and over again, look no further than Liz Oliner. She has filed over 300 trademarks in the ...

### The 10 Best Securities Lawyers in Arkansas NEAR ME | UpCounsel ...
https://www.upcounsel.com › Securities ▼
★★★★★ Rating: 5 · 2,447 reviews
Find the best Securities Lawyers near Arkansas and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Trademark Lawyers in Arkansas NEAR ME | UpCounsel ...
https://www.upcounsel.com › Trademark ▼
★★★★★ Rating: 5 · 2,447 reviews
Find the best Trademark Lawyers near Arkansas and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Copyright Lawyers in Georgia NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Copyright ▼
★★★★★ Rating: 5 · 2,447 reviews
If you want someone who has gone through the trademark process over and over again, look no further than Liz Oliner. She has filed over 300 trademarks in the ...

### The 10 Best Business Lawyers in Minnesota NEAR ME | UpCounsel ...
https://www.upcounsel.com › Business ▼
★★★★★ Rating: 5 · 2,447 reviews
Find the best Business Lawyers near Minnesota and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Real Estate Lawyers in Virginia NEAR ME | UpCounsel ...
https://www.upcounsel.com › Real Estate ▼
Find the best Real Estate Lawyers near Virginia and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Copyright Lawyers in Wyoming NEAR ME | UpCounsel ...
https://www.upcounsel.com › Copyright ▼
★★★★★ Rating: 5 · 2,447 reviews
"It was a pleasure to work with Alejandro. I like the fact that he is bilingual English-Spanish and his level of Spanish is outstanding, u..." Get Proposal View Profile.

### The 10 Best Securities Lawyers in North Dakota NEAR ME - UpCounsel
https://www.upcounsel.com › Securities ▼
★★★★★ Rating: 5 · 2,447 reviews
Find the best Securities Lawyers near North Dakota and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Copyright Lawyers in Montana NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Copyright ▼
★★★★★ Rating: 5 · 2,447 reviews
"It was a pleasure to work with Alejandro. I like the fact that he is bilingual English-Spanish and his level of Spanish is outstanding, u..." Get Proposal View Profile.

### The 10 Best Copyright Lawyers in Kentucky NEAR ME | UpCounsel ...
https://www.upcounsel.com › Copyright ▼
★★★★★ Rating: 5 · 2,447 reviews
If you want someone who has gone through the trademark process over and over again, look no further than Liz Oliner. She has filed over 300 trademarks in the ...

### The 10 Best Copyright Lawyers in Alaska NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Copyright ▼
★★★★★ Rating: 5 · 2,447 reviews
"It was a pleasure to work with Alejandro. I like the fact that he is bilingual English-Spanish and his level of Spanish is outstanding, u..." Get Proposal View Profile.

### The 10 Best Immigration Lawyers in Pennsylvania NEAR ME
https://www.upcounsel.com › Immigration ▼
★★★★★ Rating: 5 · 2,447 reviews

The 10 Best Siteup Google Search

Find the best Immigration Lawyers near Pennsylvania and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Copyright Lawyers in California NEAR ME | UpCounsel ...
https://www.upcounsel.com › Copyright ▾
★★★★★ Rating: 5 - 2,447 reviews
If you want someone who has gone through the trademark process over and over again, look no further than Liz Oliner. She has filed over 300 trademarks in the ...

### The 10 Best Business Lawyers in Iowa NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Business Lawyers near Iowa and get free custom quotes in 24 hours. Get your legal work done right and save up to ...

### The 10 Best Trademark Lawyers in Tennessee NEAR ME | UpCounsel ...
https://www.upcounsel.com › Trademark ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Trademark Lawyers near Tennessee and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Business Lawyers in Nebraska NEAR ME | UpCounsel ...
https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Business Lawyers near Nebraska and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Copyright Lawyers in Hawaii NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Copyright ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Copyright Lawyers near Hawaii and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Contract Lawyers in Massachusetts NEAR ME ...
https://www.upcounsel.com › Contract ▾
Find the best Contract Lawyers near Massachusetts and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Internet Lawyers in Oregon NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Internet ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Internet Lawyers near Oregon and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Copyright Lawyers in Maryland NEAR ME | UpCounsel ...
https://www.upcounsel.com › Copyright ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Copyright Lawyers near Maryland and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Copyright Lawyers in New Jersey NEAR ME | UpCounsel ...
https://www.upcounsel.com › Copyright ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Copyright Lawyers near New Jersey and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Securities Lawyers in Delaware NEAR ME | UpCounsel ...
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Securities Lawyers near Delaware and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Business Lawyers in Louisiana NEAR ME | UpCounsel ...
https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Business Lawyers near Louisiana and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Business Lawyers in Indiana NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Business Lawyers near Indiana and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Copyright Lawyers in Virginia NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Copyright ▾
★★★★★ Rating: 5 - 2,447 reviews
If you want someone who has gone through the trademark process over and over again, look no further than Liz Oliner. She has filed over 300 trademarks in the ...

### The 10 Best Securities Lawyers in Idaho NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Securities Lawyers near Idaho and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Contract Lawyers in Wisconsin NEAR ME | UpCounsel ...
https://www.upcounsel.com › Contract ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Contract Lawyers near Wisconsin and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Securities Lawyers in Connecticut NEAR ME | UpCounsel ...
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Securities Lawyers near Connecticut and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Internet Lawyers in Wyoming NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Internet ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Internet Lawyers near Wyoming and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Business Lawyers in North Dakota NEAR ME ...
https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Business Lawyers near North Dakota and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Internet Lawyers in Alaska NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Internet ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Internet Lawyers near Alaska and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Contract Lawyers in Vermont NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Contract ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Contract Lawyers near Vermont and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Trademark Lawyers in Georgia NEAR ME | UpCounsel ...
https://www.upcounsel.com › Trademark ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Trademark Lawyers near Georgia and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Copyright Lawyers in Louisiana NEAR ME | UpCounsel ...
https://www.upcounsel.com › Copyright ▾
★★★★★ Rating: 5 - 2,447 reviews
If you want someone who has gone through the trademark process over and over again, look no further than Liz Oliner. She has filed over 300 trademarks in the ...

### The 10 Best Immigration Lawyers in Delaware NEAR ME | UpCounsel ...
https://www.upcounsel.com › Immigration ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Immigration Lawyers near Delaware and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Trademark Lawyers in Kansas NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Trademark ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Trademark Lawyers near Kansas and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Business Lawyers in New York NEAR ME | UpCounsel ...

https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Business Lawyers near New York and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees.

### The 10 Best Contract Lawyers in Utah NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Contract ▾
Find the best Contract Lawyers near Utah and get free custom quotes in 24 hours. Get your legal work
done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Patent Lawyers in Connecticut NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Patent Lawyers near Connecticut and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Contract Lawyers in Arkansas NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Contract ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Contract Lawyers near Arkansas and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Securities Lawyers in South Carolina NEAR ME
https://www.upcounsel.com › Securities ▾
Find the best Securities Lawyers near South Carolina and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

### The 10 Best Patent Lawyers in Utah NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
Find the best Patent Lawyers near Utah and get free custom quotes in 24 hours. Get your legal work
done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Securities Lawyers in North Carolina NEAR ME
https://www.upcounsel.com › Securities ▾
Find the best Securities Lawyers near North Carolina and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

### The 10 Best Trademark Lawyers in Illinois NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Trademark ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Trademark Lawyers near Illinois and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Patent Lawyers in Louisiana NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Patent Lawyers near Louisiana and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Patent Lawyers in Missouri NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
Find the best Patent Lawyers near Missouri and get free custom quotes in 24 hours. Get your legal work
done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Trademark Lawyers in Connecticut NEAR ME ...
https://www.upcounsel.com › Trademark ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Trademark Lawyers near Connecticut and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

### The 10 Best Business Lawyers in New Jersey | UpCounsel ...
https://www.upcounsel.com › Business ▾
Find the best Business Lawyers near New Jersey and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees.

### The 10 Best Patent Lawyers in Montana NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Patent Lawyers near Montana and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Contract Lawyers in Minnesota NEAR ME | UpCounsel ...

https://www.upcounsel.com › Contract ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Contract Lawyers near Minnesota and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Contract Lawyers in Kentucky NEAR ME | UpCounsel 2018

https://www.upcounsel.com › Contract ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Contract Lawyers near Kentucky and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Trademark Lawyers in Oklahoma NEAR ME | UpCounsel ...

https://www.upcounsel.com › Trademark ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Trademark Lawyers near Oklahoma and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Startup Lawyers in Nebraska NEAR ME | UpCounsel 2018

https://www.upcounsel.com › Startup ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Startup Lawyers near Nebraska and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Immigration Lawyers in Missouri NEAR ME | UpCounsel ...

https://www.upcounsel.com › Immigration ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Immigration Lawyers near Missouri and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Contract Lawyers in Ohio NEAR ME | UpCounsel 2018

https://www.upcounsel.com › Contract ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Contract Lawyers near Ohio and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Immigration Lawyers in Tennessee NEAR ME ...

https://www.upcounsel.com › Immigration ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Immigration Lawyers near Tennessee and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Immigration Lawyers in Georgia NEAR ME | UpCounsel ...

https://www.upcounsel.com › Immigration ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Immigration Lawyers near Georgia and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Internet Lawyers in Indiana NEAR ME | UpCounsel 2018

https://www.upcounsel.com › Internet ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Internet Lawyers near Indiana and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Copyright Lawyers in Pennsylvania NEAR ME ...

https://www.upcounsel.com › Copyright ▾

★★★★★ Rating: 5 - 2,447 reviews

If you want someone who has gone through the trademark process over and over again, look no further than Liz Oliner. She has filed over 300 trademarks in the ...

### The 10 Best Patent Lawyers in New Hampshire NEAR ME ...

https://www.upcounsel.com › Patent ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Patent Lawyers near New Hampshire and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Business Lawyers in Rhode Island NEAR ME ...

https://www.upcounsel.com › Business ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Business Lawyers near Rhode Island and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Securities Lawyers in Oklahoma NEAR ME | UpCounsel ...

https://www.upcounsel.com › Securities ▾

★★★★★ Rating: 5 - 2,447 reviews
Find the best Securities Lawyers near Oklahoma and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Patent Lawyers in Minnesota NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Patent Lawyers near Minnesota and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Immigration Lawyers in Virginia NEAR ME | UpCounsel ...
https://www.upcounsel.com › Immigration ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Immigration Lawyers near Virginia and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Securities Lawyers in Iowa NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Securities Lawyers near Iowa and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Copyright Lawyers in Nebraska NEAR ME | UpCounsel ...
https://www.upcounsel.com › Copyright ▾
★★★★★ Rating: 5 - 2,447 reviews
If you want someone who has gone through the trademark process over and over again, look no further than Liz Oliner. She has filed over 300 trademarks in the ...

### The 10 Best Securities Lawyers in Wisconsin NEAR ME | UpCounsel ...
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Securities Lawyers near Wisconsin and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Business Lawyers in South Dakota NEAR ME ...
https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Business Lawyers near South Dakota and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Employment Lawyers in Wisconsin NEAR ME ...
https://www.upcounsel.com › Employment ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Employment Lawyers near Wisconsin and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Trademark Lawyers in Nevada NEAR ME | UpCounsel ...
https://www.upcounsel.com › Trademark ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Trademark Lawyers near Nevada and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Patent Lawyers in Kansas NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Patent Lawyers near Kansas and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Franchise Lawyers in Pennsylvania NEAR ME ...
https://www.upcounsel.com › Franchise ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Franchise Lawyers near Pennsylvania and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Patent Lawyers in Nebraska NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Patent Lawyers near Nebraska and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Patent Lawyers in Texas NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews

Find the best Patent Lawyers near Texas and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Securities Lawyers in Illinois NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Securities Lawyers near Illinois and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Patent Lawyers in Maryland NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Patent Lawyers near Maryland and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Securities Lawyers in Washington NEAR ME | UpCounsel ...
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Securities Lawyers near Washington and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Business Lawyers in Maine NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Business Lawyers near Maine and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Trademark Lawyers in Nebraska NEAR ME | UpCounsel ...
https://www.upcounsel.com › Trademark ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Trademark Lawyers near Nebraska and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Intellectual Property Lawyers in Minnesota NEAR ME
https://www.upcounsel.com › Intellectual Property ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Intellectual Property Lawyers near Minnesota and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal ...

### The 10 Best Securities Lawyers in Arizona NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Securities Lawyers near Arizona and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Patent Lawyers in Florida NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Patent Lawyers near Florida and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Patent Lawyers in Michigan NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Patent Lawyers near Michigan and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Trademark Lawyers in North Carolina NEAR ME
https://www.upcounsel.com › Trademark ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Trademark Lawyers near North Carolina and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Real Estate Lawyers in North Carolina NEAR ME
https://www.upcounsel.com › Real Estate ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Real Estate Lawyers near North Carolina and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Securities Lawyers in Ohio NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 - 2,447 reviews

Find the best Securities Lawyers near Ohio and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Patent Lawyers in Delaware NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Patent Lawyers near Delaware and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Trademark Lawyers in Pennsylvania NEAR ME ...
https://www.upcounsel.com › Trademark ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Trademark Lawyers near Pennsylvania and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

## Searches related to site:upcounsel.com "The 10 Best"

| | |
|---|---|
| best **immigration lawyer in usa** | **us immigration attorney near me** |
| best **immigration lawyer for green card** | **local immigration lawyer** |
| **ursula trimming upcounsel** | **how to find a good immigration lawyer** |
| **corstange law reviews** | **lawyers for immigrants** |



1   2   3    Next

Google    site:upcounsel.com "The 10 Best"                    🎤  🔍

All      Videos    Maps    Shopping    News    More              Settings    Tools

Page 2 of about 1,110 results (0.36 seconds)

### The 10 Best Intellectual Property Lawyers in Washington NEAR ME
https://www.upcounsel.com › Intellectual Property ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Intellectual Property Lawyers near Washington and get free custom quotes in 24 hours.
Get your legal work done right and save up to 60% on legal ...

### The 10 Best Intellectual Property Lawyers in Oklahoma NEAR ME
https://www.upcounsel.com › Intellectual Property ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Intellectual Property Lawyers near Oklahoma and get free custom quotes in 24 hours. Get
your legal work done right and save up to 60% on legal ...

### The 10 Best Intellectual Property Lawyers in Oregon NEAR ME
https://www.upcounsel.com › Intellectual Property ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Intellectual Property Lawyers near Oregon and get free custom quotes in 24 hours. Get
your legal work done right and save up to 60% on legal ...

### The 10 Best Securities Lawyers in Maryland NEAR ME | UpCounsel ...
https://www.upcounsel.com › Securities ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Securities Lawyers near Maryland and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees.

### The 10 Best Immigration Lawyers in Nebraska NEAR ME | UpCounsel ...
https://www.upcounsel.com › Immigration ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Immigration Lawyers near Nebraska and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

### The 10 Best Immigration Lawyers in West Virginia NEAR ME
https://www.upcounsel.com › Immigration ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Immigration Lawyers near West Virginia and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

### The 10 Best Immigration Lawyers in Arkansas NEAR ME | UpCounsel ...
https://www.upcounsel.com › Immigration ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Immigration Lawyers near Arkansas and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

### The 10 Best Intellectual Property Lawyers in Ohio NEAR ME
https://www.upcounsel.com › Intellectual Property ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Intellectual Property Lawyers near Ohio and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

### The 10 Best Intellectual Property Lawyers in Missouri NEAR ME
https://www.upcounsel.com › Intellectual Property ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Intellectual Property Lawyers near Missouri and get free custom quotes in 24 hours. Get
your legal work done right and save up to 60% on legal ...

### The 10 Best Intellectual Property Lawyers in Texas NEAR ME
https://www.upcounsel.com › Intellectual Property ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Intellectual Property Lawyers near Texas and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

### The 10 Best Intellectual Property Lawyers in Maryland NEAR ME
https://www.upcounsel.com › Intellectual Property ▾
★★★★★ Rating: 5 - 2,447 reviews

Find the best Intellectual Property Lawyers near Maryland and get free custom quotes in 24 hours. Get
your legal work done right and save up to 60% on legal ...

### The 10 Best Immigration Lawyers in Maryland NEAR ME | UpCounsel ...
https://www.upcounsel.com › Immigration ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Immigration Lawyers near Maryland and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees.

### The 10 Best Immigration Lawyers in Oklahoma NEAR ME | UpCounsel ...
https://www.upcounsel.com › Immigration ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Immigration Lawyers near Oklahoma and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

### The 10 Best Immigration Lawyers in North Dakota NEAR ME
https://www.upcounsel.com › Immigration ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Immigration Lawyers near North Dakota and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

### The 10 Best Internet Lawyers in New York NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Internet ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Internet Lawyers near New York and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Intellectual Property Lawyers in Utah NEAR ME
https://www.upcounsel.com › Intellectual Property ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Intellectual Property Lawyers near Utah and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

### The 10 Best Contract Lawyers in Louisiana NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Contract ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Contract Lawyers near Louisiana and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Real Estate Lawyers in Mississippi NEAR ME - UpCounsel
https://www.upcounsel.com › Real Estate ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Real Estate Lawyers near Mississippi and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

### The 10 Best Intellectual Property Lawyers in Nebraska NEAR ME
https://www.upcounsel.com › Intellectual Property ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Intellectual Property Lawyers near Nebraska and get free custom quotes in 24 hours. Get
your legal work done right and save up to 60% on legal ...

### The 10 Best Internet Lawyers in Mississippi NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Internet ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Internet Lawyers near Mississippi and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Employment Lawyers in Oklahoma NEAR ME ...
https://www.upcounsel.com › Employment ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Employment Lawyers near Oklahoma and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

### The 10 Best Employment Lawyers in Delaware NEAR ME ...
https://www.upcounsel.com › Employment ▼
★★★★★ Rating: 5 - 2,108 reviews
Find the best Employment Lawyers near Delaware and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

### The 10 Best Patent Lawyers in Maine NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▼
★★★★★ Rating: 5 - 2,447 reviews

9/9/2018
Case 4:18-cv-02573-YGR     Document 45-1  Filed 09/11/18   Page 443 of 706
site:upcounsel.com "The 10 Best" - Google Search

Find the best Patent Lawyers near Maine and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Business Lawyers in Oklahoma NEAR ME | UpCounsel ...
https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Business Lawyers near Oklahoma and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Business Lawyers in Texas NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Business ▾
Find the best Business Lawyers near Texas and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Immigration Lawyers in South Carolina NEAR ME
https://www.upcounsel.com › Immigration ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Immigration Lawyers near South Carolina and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees ...

### The 10 Best Patent Lawyers in Washington NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Patent Lawyers near Washington and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Real Estate Lawyers in Georgia NEAR ME | UpCounsel ...
https://www.upcounsel.com › Real Estate ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Real Estate Lawyers near Georgia and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Contract Lawyers in Colorado NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Contract ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Contract Lawyers near Colorado and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Copyright Lawyers in Arkansas NEAR ME | UpCounsel ...
https://www.upcounsel.com › Copyright ▾
★★★★★ Rating: 5 · 2,447 reviews
If you want someone who has gone through the trademark process over and over again, look no further than Liz Oliner. She has filed over 300 trademarks in the ...

### The 10 Best Trademark Lawyers in Arizona NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Trademark ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Trademark Lawyers near Arizona and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Patent Lawyers in Pennsylvania NEAR ME | UpCounsel ...
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Patent Lawyers near Pennsylvania and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Non Profit Lawyers in Arkansas NEAR ME | UpCounsel ...
https://www.upcounsel.com › Non Profit ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Non Profit Lawyers near Arkansas and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Real Estate Lawyers in Colorado NEAR ME | UpCounsel ...
https://www.upcounsel.com › Real Estate ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Real Estate Lawyers near Colorado and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Internet Lawyers in Missouri NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Internet ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Internet Lawyers near Missouri and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

**The 10 Best Non Profit Lawyers in Nebraska NEAR ME | UpCounsel ...**
https://www.upcounsel.com › Non Profit ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Non Profit Lawyers near Nebraska and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees.

**The 10 Best Business Lawyers in Pennsylvania NEAR ME ...**
https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Business Lawyers near Pennsylvania and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

**The 10 Best Contract Lawyers in Iowa NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Contract ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Contract Lawyers near Iowa and get free custom quotes in 24 hours. Get your legal work
done right and save up to 60% on legal fees. Trusted by ...

**The 10 Best Patent Lawyers in South Dakota NEAR ME | UpCounsel ...**
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Patent Lawyers near South Dakota and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees.

**The 10 Best Startup Lawyers in Illinois NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Startup ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Startup Lawyers near Illinois and get free custom quotes in 24 hours. Get your legal work
done right and save up to 60% on legal fees. Trusted by ...

**The 10 Best Real Estate Lawyers in Oklahoma NEAR ME | UpCounsel ...**
https://www.upcounsel.com › Real Estate ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Real Estate Lawyers near Oklahoma and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees.

**The 10 Best Real Estate Lawyers in Pennsylvania NEAR ME**
https://www.upcounsel.com › Real Estate ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Real Estate Lawyers near Pennsylvania and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

**The 10 Best Trademark Lawyers in Wisconsin NEAR ME | UpCounsel ...**
https://www.upcounsel.com › Trademark ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Trademark Lawyers near Wisconsin and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees.

**The 10 Best Real Estate Lawyers in Texas NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Real Estate ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Real Estate Lawyers near Texas and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees. Trusted ...

**The 10 Best Patent Lawyers in California NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Patent Lawyers near California and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees.

**The 10 Best Real Estate Lawyers in South Dakota NEAR ME**
https://www.upcounsel.com › Real Estate ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Real Estate Lawyers near South Dakota and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

**The 10 Best Patent Lawyers in Georgia NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Patent Lawyers near Georgia and get free custom quotes in 24 hours. Get your legal work
done right and save up to 60% on legal fees. Trusted by ...

**The 10 Best Immigration Lawyers in South Dakota NEAR ME**

https://www.upcounsel.com › Immigration ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Immigration Lawyers near South Dakota and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Patent Lawyers in New Jersey NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
Find the best Patent Lawyers near New Jersey and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Business Lawyers in Connecticut NEAR ME | UpCounsel ...
https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Business Lawyers near Connecticut and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Trademark Lawyers in North Dakota NEAR ME ...
https://www.upcounsel.com › Trademark ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Trademark Lawyers near North Dakota and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Franchise Lawyers in Iowa NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Franchise ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Franchise Lawyers near Iowa and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Immigration Lawyers in Arizona NEAR ME | UpCounsel ...
https://www.upcounsel.com › Immigration ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Immigration Lawyers near Arizona and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Intellectual Property Lawyers in Virginia NEAR ME
https://www.upcounsel.com › Intellectual Property ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Intellectual Property Lawyers near Virginia and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal ...

### The 10 Best Employment Lawyers in Georgia NEAR ME | UpCounsel ...
https://www.upcounsel.com › Employment ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Employment Lawyers near Georgia and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Immigration Lawyers in Rhode Island NEAR ME
https://www.upcounsel.com › Immigration ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Immigration Lawyers near Rhode Island and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Business Lawyers in Montana NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Business Lawyers near Montana and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Non Profit Lawyers in Georgia NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Non Profit ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Non Profit Lawyers near Georgia and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Trademark Lawyers in Maryland NEAR ME | UpCounsel ...
https://www.upcounsel.com › Trademark ▾
★★★★★ Rating: 5 · 2,447 reviews
Find the best Trademark Lawyers near Maryland and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Patent Lawyers in Tennessee NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾
★★★★★ Rating: 5 · 2,447 reviews

Find the best Patent Lawyers near Tennessee and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Non Profit Lawyers in Wisconsin NEAR ME | UpCounsel ...
https://www.upcounsel.com › Non Profit ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Non Profit Lawyers near Wisconsin and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees.

### The 10 Best Business Lawyers in Vermont NEAR ME | UpCounsel 2018
https://www.upcounsel.com › All Attorneys & Specialties › Business ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Business Lawyers near Vermont and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Non Profit Lawyers in Kansas NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Non Profit ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Non Profit Lawyers near Kansas and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Business Lawyers in Mississippi NEAR ME | UpCounsel ...
https://www.upcounsel.com › All Attorneys & Specialties › Business ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Business Lawyers near Mississippi and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees.

### The 10 Best Trademark Lawyers in New Hampshire NEAR ME
https://www.upcounsel.com › Trademark ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Trademark Lawyers near New Hampshire and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees ...

### The 10 Best Real Estate Lawyers in Maine NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Real Estate ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Real Estate Lawyers near Maine and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Non Profit Lawyers in Washington NEAR ME | UpCounsel ...
https://www.upcounsel.com › Non Profit ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Non Profit Lawyers near Washington and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

### The 10 Best Non Profit Lawyers in Ohio NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Non Profit ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Non Profit Lawyers near Ohio and get free custom quotes in 24 hours. Get your legal work
done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Business Lawyers in Illinois NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Business ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Business Lawyers near Illinois and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Real Estate Lawyers in Hawaii NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Real Estate ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Real Estate Lawyers near Hawaii and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Intellectual Property Lawyers in South Carolina NEAR ME
https://www.upcounsel.com › Intellectual Property ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Intellectual Property Lawyers near South Carolina and get free custom quotes in 24 hours.
Get your legal work done right and save up to 60% on ...

### The 10 Best Real Estate Lawyers in Wisconsin NEAR ME | UpCounsel ...
https://www.upcounsel.com › Real Estate ▼
★★★★★ Rating: 5 - 2,447 reviews

Find the best Real Estate Lawyers near Wisconsin and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Intellectual Property Lawyers in Idaho NEAR ME

https://www.upcounsel.com › Intellectual Property ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Intellectual Property Lawyers near Idaho and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Real Estate Lawyers in Michigan NEAR ME | UpCounsel ...

https://www.upcounsel.com › Real Estate ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Real Estate Lawyers near Michigan and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Non Profit Lawyers in Maryland NEAR ME | UpCounsel ...

https://www.upcounsel.com › Non Profit ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Non Profit Lawyers near Maryland and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Business Lawyers in North Carolina NEAR ME - UpCounsel

https://www.upcounsel.com › Business ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Business Lawyers near North Carolina and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Real Estate Lawyers in Idaho NEAR ME | UpCounsel 2018

https://www.upcounsel.com › Real Estate ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Real Estate Lawyers near Idaho and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Internet Lawyers in Maryland NEAR ME | UpCounsel 2018

https://www.upcounsel.com › Internet ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Internet Lawyers near Maryland and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Real Estate Lawyers in Maryland NEAR ME | UpCounsel ...

https://www.upcounsel.com › Real Estate ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Real Estate Lawyers near Maryland and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Real Estate Lawyers in Arizona NEAR ME | UpCounsel ...

https://www.upcounsel.com › Real Estate ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Real Estate Lawyers near Arizona and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Securities Lawyers NEAR ME | UpCounsel 2018

https://www.upcounsel.com/securities-attorneys ▾

On UpCounsel, you can find and connect with top-rated securities attorneys & lawyers that provide a range of securities law services for startups to large ...

### The 10 Best Intellectual Property Lawyers in Arizona NEAR ME

https://www.upcounsel.com › Intellectual Property ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Intellectual Property Lawyers near Arizona and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal ...

### The 10 Best Intellectual Property Lawyers in North Dakota NEAR ME

https://www.upcounsel.com › Intellectual Property ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Intellectual Property Lawyers near North Dakota and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on ...

### The 10 Best Intellectual Property Lawyers in Massachusetts NEAR ME

https://www.upcounsel.com › Intellectual Property ▾

★★★★★ Rating: 5 - 2,447 reviews

Find the best Intellectual Property Lawyers near Massachusetts and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on ...

**The 10 Best Non Profit Lawyers in Montana NEAR ME | UpCounsel ...**
https://www.upcounsel.com › Non Profit ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Non Profit Lawyers near Montana and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

**The 10 Best Real Estate Lawyers in Alaska NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Real Estate ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Real Estate Lawyers near Alaska and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

**The 10 Best Trademark Lawyers in Alaska NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Trademark ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Trademark Lawyers near Alaska and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

**The 10 Best Real Estate Lawyers in Massachusetts NEAR ME**
https://www.upcounsel.com › Real Estate ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Real Estate Lawyers near Massachusetts and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

**The 10 Best Franchise Lawyers in Virginia NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Franchise ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Franchise Lawyers near Virginia and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

**The 10 Best Contract Lawyers in Rhode Island NEAR ME | UpCounsel ...**
https://www.upcounsel.com › Contract ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Contract Lawyers near Rhode Island and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

**The 10 Best Patent Lawyers in New Mexico NEAR ME | UpCounsel ...**
https://www.upcounsel.com › Patent ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Patent Lawyers near New Mexico and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

**The 10 Best Franchise Lawyers in Utah NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Franchise ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Franchise Lawyers near Utah and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

**The 10 Best Non Profit Lawyers in Pennsylvania NEAR ME - UpCounsel**
https://www.upcounsel.com › Non Profit ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Non Profit Lawyers near Pennsylvania and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

**The 10 Best Contract Lawyers in Illinois NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Contract ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Contract Lawyers near Illinois and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

**The 10 Best Patent Lawyers in Iowa NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Patent ▼
★★★★★ Rating: 5 - 2,108 reviews
Find the best Patent Lawyers near Iowa and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

**The 10 Best Patent Lawyers in Colorado NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Patent ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Patent Lawyers near Colorado and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

**The 10 Best Intellectual Property Lawyers in New Jersey NEAR ME**

https://www.upcounsel.com › Intellectual Property ▾

★★★★★ Rating: 5 · 2,447 reviews

Find the best Intellectual Property Lawyers near New Jersey and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal ...

### The 10 Best Patent Lawyers in Arizona NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▾

★★★★★ Rating: 5 · 2,447 reviews

Find the best Patent Lawyers near Arizona and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by ...

### The 10 Best Securities Lawyers in Nebraska NEAR ME | UpCounsel ...
https://www.upcounsel.com › Securities ▾

★★★★★ Rating: 5 · 2,447 reviews

Find the best Securities Lawyers near Nebraska and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Employment Lawyers in Utah NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Employment ▾

★★★★★ Rating: 5 · 2,447 reviews

Find the best Employment Lawyers near Utah and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

## Searches related to site:upcounsel.com "The 10 Best"

| | |
|---|---|
| best **immigration lawyer in usa** | **us immigration attorney near me** |
| best **immigration lawyer for green card** | **local immigration lawyer** |
| **ursula trimming upcounsel** | **how to find a good immigration lawyer** |
| **corstange law reviews** | **lawyers for immigrants** |



‹ **Goooogle** ›

Previous    1  2  3    Next

● West Valley, Cupertino, CA - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

site:upcounsel.com "The 10 Best"

All    Videos    Maps    Shopping    News    More                    Settings    Tools

Page 3 of about 217 results (0.33 seconds)

**The 10 Best Intellectual Property Lawyers in Mississippi NEAR ME**
https://www.upcounsel.com › Intellectual Property ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Intellectual Property Lawyers near Mississippi and get free custom quotes in 24 hours. Get
your legal work done right and save up to 60% on legal ...

**The 10 Best Business Lawyers in Idaho NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Business ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Business Lawyers near Idaho and get free custom quotes in 24 hours. Get your legal work
done right and save up to 60% on legal fees. Trusted by ...

**The 10 Best Intellectual Property Lawyers in Vermont NEAR ME**
https://www.upcounsel.com › Intellectual Property ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Intellectual Property Lawyers near Vermont and get free custom quotes in 24 hours. Get
your legal work done right and save up to 60% on legal ...

**The 10 Best Intellectual Property Lawyers in Wisconsin NEAR ME**
https://www.upcounsel.com › Intellectual Property ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Intellectual Property Lawyers near Wisconsin and get free custom quotes in 24 hours. Get
your legal work done right and save up to 60% on legal ...

**The 10 Best Non Profit Lawyers in Mississippi NEAR ME | UpCounsel ...**
https://www.upcounsel.com › Non Profit ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Non Profit Lawyers near Mississippi and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees.

**The 10 Best Intellectual Property Lawyers in North Carolina NEAR ME**
https://www.upcounsel.com › Intellectual Property ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Intellectual Property Lawyers near North Carolina and get free custom quotes in 24 hours.
Get your legal work done right and save up to 60% on ...

**The 10 Best Non Profit Lawyers in Oklahoma NEAR ME | UpCounsel ...**
https://www.upcounsel.com › Non Profit ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Non Profit Lawyers near Oklahoma and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees.

**The 10 Best Non Profit Lawyers in Oregon NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Non Profit ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Non Profit Lawyers near Oregon and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees. Trusted ...

**The 10 Best Contract Lawyers in Texas NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Contract ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Contract Lawyers near Texas and get free custom quotes in 24 hours. Get your legal work
done right and save up to 60% on legal fees. Trusted by ...

**The 10 Best Real Estate Lawyers in Rhode Island NEAR ME**
https://www.upcounsel.com › Real Estate ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the best Real Estate Lawyers near Rhode Island and get free custom quotes in 24 hours. Get your
legal work done right and save up to 60% on legal fees.

**The 10 Best Non Profit Lawyers in California NEAR ME | UpCounsel ...**
https://www.upcounsel.com › Non Profit ▾
★★★★★ Rating: 5 - 2,447 reviews

Find the best Non Profit Lawyers near California and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Trademark Lawyers in West Virginia NEAR ME - UpCounsel
Https://www.upcounsel.com › Trademark ▼
Find the best Trademark Lawyers near West Virginia and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Intellectual Property Lawyers in Delaware NEAR ME
https://www.upcounsel.com › Intellectual Property ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Intellectual Property Lawyers near Delaware and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal ...

### The 10 Best Trademark Lawyers in New Mexico NEAR ME ...
https://www.upcounsel.com › Trademark ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Trademark Lawyers near New Mexico and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees.

### The 10 Best Patent Lawyers in Oklahoma NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Patent ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Patent Lawyers near Oklahoma and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Business Lawyers in Georgia NEAR ME | UpCounsel 2018
https://www.upcounsel.com › Business ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Business Lawyers near Georgia and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted ...

### The 10 Best Intellectual Property Lawyers in California NEAR ME
https://www.upcounsel.com › Intellectual Property ▼
★★★★★ Rating: 5 - 2,108 reviews
Find the best Intellectual Property Lawyers near California and get free custom quotes in 24 hours. Get your legal work done right and save up to 60% on legal ...

### Images for site:upcounsel.com "The 10 Best"



→ More images for site:upcounsel.com "The 10 Best"     Report images

*In order to show you the most relevant results, we have omitted some entries very similar to the 223 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

Searches related to site:upcounsel.com "The 10 Best"

| | |
|---|---|
| best immigration lawyer in usa | us immigration attorney near me |
| best immigration lawyer for green card | local immigration lawyer |
| ursula trimming upcounsel | how to find a good immigration lawyer |
| corstange law reviews | lawyers for immigrants |



‹ G o o g l e
Previous    1   2   3

● West Valley, Cupertino, CA - From your Internet address - Use precise location · Learn more

Help    Send feedback    Privacy    Terms

# EXHIBIT 53



site:upcounsel.com "on demand" california - Google Search

site:upcounsel.com "on demand" california

All    Images    News    Shopping    Maps    More                    Settings    Tools

About 25,900 results (0.42 seconds)

**Top Attorneys on Demand: Online Business Legal Services, Advice ...**
https://www.upcounsel.com/ ▾
Easily hire attorneys for legal services that match your business needs and budget. Choose from 1000s of vetted, rated & reviewed lawyers on UpCounsel.

**California Attorneys & Lawyers for Hire On-Demand - UpCounsel**
https://www.upcounsel.com/california-attorneys ▾
★★★★★ Rating: 5 - 2,836 reviews
Compare **California** Attorneys & Lawyers for hire **on-demand** and choose the best **California** lawyer for your unique legal needs on UpCounsel today.

**Los Angeles Attorneys & Lawyers for Hire On-Demand - UpCounsel**
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 649 reviews
Compare Los Angeles Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Los Angeles, **California** for your unique legal needs on ...

**Campbell Attorneys & Lawyers for Hire On-Demand - UpCounsel**
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,226 reviews
Compare Campbell Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Campbell, **California** for your unique legal needs on UpCounsel.

**San Francisco Attorneys & Lawyers for Hire On-Demand - UpCounsel**
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 1,384 reviews
Compare San Francisco Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in San Francisco, **California** for your unique legal needs on ...

**Pleasanton, CA Attorneys & Lawyers for Hire On-Demand - UpCounsel**
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,201 reviews
Compare Pleasanton Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Pleasanton, **California** for your unique legal needs on UpCounsel.

**Lafayette, CA Attorneys & Lawyers for Hire On-Demand - UpCounsel**
https://www.upcounsel.com › California ▾
★★★★★ Rating: 4.9 - 4,246 reviews
Compare Lafayette Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Lafayette, **California** for your unique legal needs on UpCounsel.

**Winnetka, CA Attorneys & Lawyers for Hire On-Demand - UpCounsel**
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,340 reviews
Compare Winnetka Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Winnetka, **California** for your unique legal needs on UpCounsel.

**Sanger, CA Attorneys & Lawyers for Hire On-Demand - UpCounsel**
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,226 reviews
Compare Sanger Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Sanger, **California** for your unique legal needs on UpCounsel.

**Salinas, CA Attorneys & Lawyers for Hire On-Demand - UpCounsel**
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,354 reviews
Compare Salinas Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Salinas, **California** for your unique legal needs on UpCounsel.

**Delhi Attorneys & Lawyers for Hire On-Demand - UpCounsel**
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,277 reviews
Compare Delhi Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Delhi, **California** for your unique legal needs on UpCounsel.

Top 5% of Contract Lawyers in Los Angeles, California | UpCounsel
https://www.upcounsel.com › Contract › California ▼
★★★★★ Rating: 5 - 883 reviews
Compare Los Angeles Contract Attorneys & Lawyers for hire on UpCounsel and choose the best
contract attorney for your business legal needs in Los Angeles, ...

Albany, CA Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,316 reviews
Compare Albany Attorneys & Lawyers for hire on-demand and choose the best lawyer in Albany,
California for your unique legal needs on UpCounsel.

Fullerton Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,341 reviews
Compare Fullerton Attorneys & Lawyers for hire on-demand and choose the best lawyer in Fullerton,
California for your unique legal needs on UpCounsel.

Citrus Heights Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,284 reviews
Compare Citrus Heights Attorneys & Lawyers for hire on-demand and choose the best lawyer in Citrus
Heights, California for your unique legal needs on ...

San Lorenzo, CA Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,288 reviews
Compare San Lorenzo Attorneys & Lawyers for hire on-demand and choose the best lawyer in San
Lorenzo, California for your unique legal needs on ...

Marysville, CA Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
Compare Marysville Attorneys & Lawyers for hire on-demand and choose the best lawyer in Marysville,
California for your unique legal needs on UpCounsel.

Bloomington, CA Attorneys & Lawyers for Hire On-Demand
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,272 reviews
Compare Bloomington Attorneys & Lawyers for hire on-demand and choose the best lawyer in
Bloomington, California for your unique legal needs on ...

Montclair, CA Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 4.9 - 4,329 reviews
Compare Montclair Attorneys & Lawyers for hire on-demand and choose the best lawyer in Montclair,
California for your unique legal needs on UpCounsel.

Sun City, CA Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,284 reviews
Compare Sun City Attorneys & Lawyers for hire on-demand and choose the best lawyer in Sun City,
California for your unique legal needs on UpCounsel.

Fresno, CA Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,223 reviews
Compare Fresno Attorneys & Lawyers for hire on-demand and choose the best lawyer in Fresno,
California for your unique legal needs on UpCounsel.

Redwood City Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,174 reviews
Compare Redwood City Attorneys & Lawyers for hire on-demand and choose the best lawyer in
Redwood City, California for your unique legal needs on ...

Fountain Valley Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,284 reviews
Compare Fountain Valley Attorneys & Lawyers for hire on-demand and choose the best lawyer in
Fountain Valley, California for your unique legal needs on ...

Galt Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼

★★★★★ Rating: 5 - 4,262 reviews
Compare Galt Attorneys & Lawyers for hire on-demand and choose the best lawyer in Galt, **California**
for your unique legal needs on UpCounsel.

### Calabasas Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,271 reviews
Compare Calabasas Attorneys & Lawyers for hire on-demand and choose the best lawyer in
Calabasas, **California** for your unique legal needs on UpCounsel.

### Banning Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,333 reviews
Compare Banning Attorneys & Lawyers for hire on-demand and choose the best lawyer in Banning,
**California** for your unique legal needs on UpCounsel.

### Beaumont, CA Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 4.9 - 4,344 reviews
Compare Beaumont Attorneys & Lawyers for hire on-demand and choose the best lawyer in Beaumont,
**California** for your unique legal needs on UpCounsel.

### Woodland Hills Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,259 reviews
Compare Woodland Hills Attorneys & Lawyers for hire on-demand and choose the best lawyer in
Woodland Hills, **California** for your unique legal needs on ...

### Fallbrook Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,264 reviews
Compare Fallbrook Attorneys & Lawyers for hire on-demand and choose the best lawyer in Fallbrook,
**California** for your unique legal needs on UpCounsel.

### Carpinteria Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,262 reviews
Compare Carpinteria Attorneys & Lawyers for hire on-demand and choose the best lawyer in
Carpinteria, **California** for your unique legal needs on UpCounsel.

### Paradise Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,309 reviews
Compare Paradise Attorneys & Lawyers for hire on-demand and choose the best lawyer in Paradise,
**California** for your unique legal needs on UpCounsel.

### Carmichael Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 4.9 - 4,256 reviews
Compare Carmichael Attorneys & Lawyers for hire on-demand and choose the best lawyer in
Carmichael, **California** for your unique legal needs on UpCounsel.

### Loma Linda Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,263 reviews
Compare Loma Linda Attorneys & Lawyers for hire on-demand and choose the best lawyer in Loma
Linda, **California** for your unique legal needs on ...

### San Carlos Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,234 reviews
Compare San Carlos Attorneys & Lawyers for hire on-demand and choose the best lawyer in San
Carlos, **California** for your unique legal needs on UpCounsel.

### Carlsbad, CA Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,320 reviews
Compare Carlsbad Attorneys & Lawyers for hire on-demand and choose the best lawyer in Carlsbad,
**California** for your unique legal needs on UpCounsel.

### Calexico Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,320 reviews

9/9/2018
Case 4:18-cv-02573-YGR Document 43-1 Filed 09/13/18 Page 456 of 706
site:upcounsel.com "on demand" California - Google Search

Compare Calexico Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Calexico, **California** for your unique legal needs on UpCounsel.

### San Dimas Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,261 reviews
Compare San Dimas Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in San Dimas, **California** for your unique legal needs on UpCounsel.

### South Lake Tahoe Attorneys & Lawyers for Hire On-Demand
https://www.upcounsel.com › California ▾
★★★★★ Rating: 4.9 - 4,217 reviews
Compare South Lake Tahoe Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in South Lake Tahoe, **California** for your unique legal needs ...

### Yuba City Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,258 reviews
Compare Yuba City Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Yuba City, **California** for your unique legal needs on UpCounsel.

### Rancho Palos Verdes Attorneys & Lawyers for Hire On-Demand
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,295 reviews
Compare Rancho Palos Verdes Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Rancho Palos Verdes, **California** for your unique legal ...

### Ramona Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,261 reviews
Compare Ramona Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Ramona, **California** for your unique legal needs on UpCounsel.

### Arvin Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 4.9 - 4,256 reviews
Compare Arvin Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Arvin, **California** for your unique legal needs on UpCounsel.

### Lomita Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 4.9 - 4,251 reviews
Compare Lomita Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Lomita, **California** for your unique legal needs on UpCounsel.

### San Leandro Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,287 reviews
Compare San Leandro Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in San Leandro, **California** for your unique legal needs on ...

### Menlo Park Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,155 reviews
Compare Menlo Park Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Menlo Park, **California** for your unique legal needs on UpCounsel.

### La Verne Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,261 reviews
Compare La Verne Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in La Verne, **California** for your unique legal needs on UpCounsel.

### Diamond Bar Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,222 reviews
Compare Diamond Bar Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Diamond Bar, **California** for your unique legal needs on ...

### Rancho Mirage Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,261 reviews

Compare Rancho Mirage Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in
Rancho Mirage, **California** for your unique legal needs on ...

### Canoga Park Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › **California** ▾
★★★★★ Rating: 5 - 4,338 reviews
Compare Canoga Park Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Canoga
Park, **California** for your unique legal needs on ...

### San Jacinto Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › **California** ▾
★★★★★ Rating: 5 - 4,291 reviews
Compare San Jacinto Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in San
Jacinto, **California** for your unique legal needs on UpCounsel.

### Arcata Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › **California** ▾
★★★★★ Rating: 5 - 4,369 reviews
Compare Arcata Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Arcata,
**California** for your unique legal needs on UpCounsel.

### Colton Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › **California** ▾
★★★★★ Rating: 5 - 4,271 reviews
Compare Colton Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Colton,
**California** for your unique legal needs on UpCounsel.

### Top 5% of Contract Lawyers in Irvine, California | UpCounsel
https://www.upcounsel.com › Contract › **California** ▾
★★★★★ Rating: 5 - 5,443 reviews
Compare Irvine Contract Attorneys & Lawyers for hire on UpCounsel and choose the best contract
attorney for your business legal needs in Irvine, **CA**.

### North Highlands Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › **California** ▾
★★★★★ Rating: 5 - 4,254 reviews
Compare North Highlands Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in
North Highlands, **California** for your unique legal needs on ...

### San Ramon Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › **California** ▾
★★★★★ Rating: 5 - 4,187 reviews
Compare San Ramon Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in San
Ramon, **California** for your unique legal needs on ...

### San Juan Capistrano Attorneys & Lawyers for Hire On-Demand
https://www.upcounsel.com › **California** ▾
★★★★★ Rating: 5 - 4,273 reviews
Compare San Juan Capistrano Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in
San Juan Capistrano, **California** for your unique legal ...

### Harbor City Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › **California** ▾
★★★★★ Rating: 5 - 4,288 reviews
Compare Harbor City Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Harbor
City, **California** for your unique legal needs on UpCounsel.

### Livermore Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › **California** ▾
★★★★★ Rating: 5 - 4,304 reviews
Compare Livermore Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Livermore,
**California** for your unique legal needs on UpCounsel.

### El Centro Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › **California** ▾
★★★★★ Rating: 5 - 4,236 reviews
Compare El Centro Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in El Centro,
**California** for your unique legal needs on UpCounsel.

### El Dorado Hills Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › **California** ▾
★★★★★ Rating: 5 - 4,198 reviews

Compare El Dorado Hills Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in El Dorado Hills, **California** for your unique legal needs on ...

### Porter Ranch Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,333 reviews
Compare Porter Ranch Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Porter Ranch, **California** for your unique legal needs on ...

### Wildomar Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,296 reviews
Compare Wildomar Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Wildomar, **California** for your unique legal needs on UpCounsel.

### San Ysidro Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,289 reviews
Compare San Ysidro Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in San Ysidro, **California** for your unique legal needs on UpCounsel.

### Top 5% of Contract Lawyers in Bakersfield, California | UpCounsel
https://www.upcounsel.com › Contract › California ▾
Compare Bakersfield Contract Attorneys & Lawyers for hire on UpCounsel and choose the best contract attorney for your business legal needs in Bakersfield, **CA**.

### Altadena Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 4.9 - 4,289 reviews
Compare Altadena Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Altadena, **California** for your unique legal needs on UpCounsel.

### Victorville Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,334 reviews
Compare Victorville Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Victorville, **California** for your unique legal needs on UpCounsel.

### Mill Valley Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,201 reviews
Compare Mill Valley Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Mill Valley, **California** for your unique legal needs on UpCounsel.

### National City Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
Compare National City Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in National City, **California** for your unique legal needs on ...

### Valley Village Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 4.9 - 4,270 reviews
Compare Valley Village Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Valley Village, **California** for your unique legal needs on ...

### Spring Valley, CA Attorneys & Lawyers for Hire On-Demand
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,273 reviews
Compare Spring Valley Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Spring Valley, **California** for your unique legal needs on ...

### Top 5% of Contract Lawyers in Sacramento, California | UpCounsel
https://www.upcounsel.com › Contract › California ▾
★★★★★ Rating: 5 - 5,556 reviews
Compare Sacramento Contract Attorneys & Lawyers for hire on UpCounsel and choose the best contract attorney for your business legal needs in Sacramento, ...

### Olivehurst Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,355 reviews
Compare Olivehurst Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Olivehurst, **California** for your unique legal needs on UpCounsel.

Top 5% of Contract Lawyers in Fremont, California | UpCounsel
https://www.upcounsel.com › Contract › California ▾
★★★★★ Rating: 5 - 5,445 reviews
Compare Fremont Contract Attorneys & Lawyers for hire on UpCounsel and choose the best contract
attorney for your business legal needs in Fremont, **CA**.

West Covina Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 4.9 - 4,367 reviews
Compare West Covina Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in West
Covina, **California** for your unique legal needs on ...

South Pasadena Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
Compare South Pasadena Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in
South Pasadena, **California** for your unique legal needs on ...

Top 5% of Patent Lawyers in Fairfield, California | UpCounsel
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 - 1,694 reviews
Compare Fairfield Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent
attorney for your unique patent needs in Fairfield, **CA**.

Chino Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,290 reviews
Compare Chino Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Chino,
**California** for your unique legal needs on UpCounsel.

Monrovia Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,273 reviews
Compare Monrovia Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Monrovia,
**California** for your unique legal needs on UpCounsel.

Maywood, CA Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,276 reviews
Compare Maywood Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Maywood,
**California** for your unique legal needs on UpCounsel.

Sonora Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,288 reviews
Compare Sonora Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Sonora,
**California** for your unique legal needs on UpCounsel.

Arcadia, CA Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 4.9 - 4,247 reviews
Compare Arcadia Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Arcadia,
**California** for your unique legal needs on UpCounsel.

Whittier Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,353 reviews
Compare Whittier Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Whittier,
**California** for your unique legal needs on UpCounsel.

Top 5% of Immigration Lawyers in Victorville, California | UpCounsel
https://www.upcounsel.com › Immigration › California ▾
Compare Victorville Immigration Attorneys & Lawyers for hire on UpCounsel and choose the best
immigration attorney for your work visa needs in Victorville, **CA**.

Red Bluff Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
Compare Red Bluff Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Red Bluff,
**California** for your unique legal needs on UpCounsel.

Oceanside, CA Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,365 reviews

Compare Oceanside Attorneys & Lawyers for hire on-demand and choose the best lawyer in Oceanside, **California** for your unique legal needs on UpCounsel.

### Poway Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 4.9 - 4,334 reviews
Compare Poway Attorneys & Lawyers for hire on-demand and choose the best lawyer in Poway, **California** for your unique legal needs on UpCounsel.

### Monterey Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,252 reviews
Compare Monterey Attorneys & Lawyers for hire on-demand and choose the best lawyer in Monterey, **California** for your unique legal needs on UpCounsel.

### Santa Cruz Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 4.9 - 4,362 reviews
Compare Santa Cruz Attorneys & Lawyers for hire on-demand and choose the best lawyer in Santa Cruz, **California** for your unique legal needs on UpCounsel.

### Top 5% of Contract Lawyers in Sunnyvale, California | UpCounsel
https://www.upcounsel.com › Contract › California ▼
★★★★★ Rating: 5 - 5,442 reviews
Compare Sunnyvale Contract Attorneys & Lawyers for hire on UpCounsel and choose the best contract attorney for your business legal needs in Sunnyvale, **CA**.

### Lakeside Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,264 reviews
Compare Lakeside Attorneys & Lawyers for hire on-demand and choose the best lawyer in Lakeside, **California** for your unique legal needs on UpCounsel.

### The 10 Best Employment Lawyers in California NEAR ME ...
https://www.upcounsel.com › Employment ▼
★★★★★ Rating: 5 - 2,447 reviews
Find the best Employment Lawyers near **California** and get free custom ... help with a variety of your employment law needs on-demand or on an ongoing basis.

### Marina Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 4.9 - 4,365 reviews
Compare Marina Attorneys & Lawyers for hire on-demand and choose the best lawyer in Marina, **California** for your unique legal needs on UpCounsel.

### Top 5% of Immigration Lawyers in Lancaster, California | UpCounsel
https://www.upcounsel.com › Immigration › California ▼
★★★★★ Rating: 5 - 1,017 reviews
Compare Lancaster Immigration Attorneys & Lawyers for hire on UpCounsel and choose the best immigration attorney for your work visa needs in Lancaster, **CA**.

### Blythe Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 4.9 - 4,368 reviews
Compare Blythe Attorneys & Lawyers for hire on-demand and choose the best lawyer in Blythe, **California** for your unique legal needs on UpCounsel.

### Pacoima Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,342 reviews
Compare Pacoima Attorneys & Lawyers for hire on-demand and choose the best lawyer in Pacoima, **California** for your unique legal needs on UpCounsel.

### Napa Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,266 reviews
Compare Napa Attorneys & Lawyers for hire on-demand and choose the best lawyer in Napa, **California** for your unique legal needs on UpCounsel.

### Chowchilla Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,282 reviews

site:upcounsel.com "on demand" california - Goo...    Search

Compare Chowchilla Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in
Chowchilla, **California** for your unique legal needs on UpCounsel.

### Menifee Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,359 reviews
Compare Menifee Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Menifee,
**California** for your unique legal needs on UpCounsel.

### Studio City Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,263 reviews
Compare Studio City Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Studio
City, **California** for your unique legal needs on UpCounsel.

### Santa Barbara Attorneys & Lawyers for Hire On-Demand - UpCounsel
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,286 reviews
Compare Santa Barbara Attorneys & Lawyers for hire **on-demand** and choose the best lawyer in Santa
Barbara, **California** for your unique legal needs on ...

Searches related to site:upcounsel.com "on demand" california

is upcounsel free                    platform for lawyers

lawyers marketplace                  upcounsel for lawyers

upcounsel attorney                   upcounsel demo

how does upcounsel work              upcounsel for attorneys



1  2  3        Next

● West Valley, Cupertino, CA - From your Internet address - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

# EXHIBIT 54



# Mountain View Attorneys & Lawyers

**Post a Job & Get Free Proposals**

Our Lawyers  California  Mountain View Attorneys

# Popular Legal Services Covered by our Mountain View Attorneys

Business

Contracts

Copyrights

Employment

Franchises

Immigration

Intellectual Property

Internet

Non-Profit

Outside General Counsel

Patents

Real Estate

Securities

Startup

Trademarks



## Sophie Alcorn

**2 reviews**

Sophie has been practicing immigration law in 2008 under the direction of her late father who had over 30 years of experience. She has won awards from the National Association of Women Attorneys and Equal Justice Works. Since she began her own immigration law practice in 2015, Alcorn Immigration Law, she focuses on startups and is able to practice immigration law throughout the US.

**Get Proposal**

**View Profile**



## Roy Ching

**1 review**

Roy Ching is a remote in-house counselor with two decades of experience. He is licensed to practice law in California and obtained his legal degree from the University of the Pacific McGeorge School of Law. Ching is experienced in a variety of corporate legal practice areas, including labor and employment law, trademark and copyright law, and real estate law. He has been serving corporate clients from his private law office since April 2014.

**Get Proposal**

**View Profile**



## Bradley Newman

**1 review**

Bradley has helped dozens of the most promising Stanford-based startups with issues ranging from legal strategy to pitch workshops. His goal is to continue helping companies and their teams solve the problems they encounter in their formative stages and beyond. Bradley has spent years training as a lawyer in a national Canadian law firm, developing his practice in technology-related business law.

**Get Proposal**

**View Profile**



## Helen Quinn

**52 reviews**

Helen has extensive experience in structuring, negotiating, and managing corporate transactions. In her previous role as a senior corporate securities attorney for Wilson Sonsini, she provided corporate counsel in connection with over seventy merger and acquisition transactions, over fifty venture capital finance transactions, and several initial public offerings.

**Get Proposal**

**View Profile**



## Givelle Lamano

**2 reviews**

Givelle Lamano is an Oakland-based DUI and criminal defense lawyer who has taken on a broad range of cases in both state and federal courts. In addition, she works as a court-appointed lawyer for Alameda County and is a Board Member of the Insight Prison Project. She also co-founded the non-profit Three Strikes Justice Center. Givelle received her J.D. from Golden Gate University School of Law.

**Get Proposal**

**View Profile**



## Jonathan Spangler

Jonathan Spangler is an attorney at law with over 22 years of experience. He is licensed to practice law in California and is also a registered member of the California Patent Bar. Jonathan obtained his Juris Doctorate degree in law from the University of Dayton School of Law. He primarily specializes in patents, with a particular focus on legal matters that involves trademark and copyright law. Between 2001 and 2016, Jonathan serves as the VP at Nuvasive.

**Get Proposal**

**View Profile**



Case 4:18-cv-02573-YGR    Document 45-1    Filed 09/11/18    Page 467 of 706

## Seth A. Bayles

**2 reviews**

Seth Bayles has over 10 years of experience in the legal world - working as a Senior Associate for Gordon & Silver, Ltd. and the director of ZestFinance. He is an expert negotiator, drafter, and strategic adviser for complex commercial, technology, finance, and real estate agreements. He attained his J.D. from Emory University School of Law. After that, he studied at Georgetown University Law Center and graduated with his LL.M in International Business/Trade/Commerce.

**Get Proposal**

**View Profile**



## Vincent Tong

Vincent Tong's practice, Tong Law, is located in Oakland, California. The goal of his practice is to offer legal solutions that are practical while at the same time offering exceptional customer service. Tong Law is also proud to be a sustainable business: they run a paperless office, boast that their web hosting is 100% wind powered, and they use environmentally friendly products.

**Get Proposal**

**View Profile**



## Sean Gosselin

**3 reviews**

Sean is a versatile attorney licensed in California and Massachusetts and has helped clients flourish by providing legal counsel and consulting for small businesses, startups, and real estate companies. He works with a "team first" attitude and maintains a positive outlook even through

challenging situations. He is known for building internal and external
relationships with attorneys, engineers, and business professionals.

**Get Proposal**

**View Profile**



## Haseeb Omar

Haseeb is an attorney with experience as a litigator and as corporate
counsel. He began his career as a prosecutor in the country's second
largest DA's office and later expanded his experience to include
business strategy and regulatory compliance. Haseeb is affiliated with
The Fashion Law Group, based in Los Angeles, CA. The firm handles
both litigation and transactional work.

**Get Proposal**

**View Profile**



## Michael Ries

Michael Ries is an intellectual property attorney. He mainly works on
cases that involve patent and trademark applications. Michael obtained
his Masters of Law at The John Marshall Law School. He is registered
with the American Bar Association's Intellectual Property section, as well
as with the American Intellectual Property Association. Michael also
deals with foreign and foreign originating U.S. patents.

**Get Proposal**

**View Profile**



## Lisa Tang

Lisa Tang, a member of the State Bar of California, is an attorney specializing in startup law. Based in Silicon Valley, she is a part-time associate at AllBright Law Offices, a large Chinese law firm headquartered in Shanghai. Lisa received her J.D. from Georgetown University Law Center and also holds a B.S. from Stanford University. She is fluent in Mandarin.

**Get Proposal**

**View Profile**



## Dimple Patel

Dimple is the Senior Contracts Associate at Genentech where she negotiates commercial contract terms with business groups and analyzes legal risks for the company. When she was previously an Associate Attorney for LegalForce RAPC, she reviewed the filing of over 300 trademark applications and advised clients on various aspects of business including trademark application strength.

**Get Proposal**

**View Profile**



# Conor Teevan

**141 reviews**

Top-tier talent shouldn't have to come with a top-tier fee. This is why Conor Teevan combines his top-tier expertise (Yale undergrad, Stanford Law) with affordability. Conor has represented Silicon Valley startups, real estate investors, artists creating companies, and even a child author in need of a book deal. Conor himself started a real estate company with holdings in five states.

**Get Proposal**

**View Profile**



# Sue Dunbar

**164 reviews**

Go with Sue Dunbar if you want a big law firm experience with a small law firm cost. Sue's experience working at Robins Kaplan LLP and serving as special counsel to Senator Joseph Dunn has landed her big-name clients like BestBuy, Time Warner Cable, and Yahoo!. Currently, Ms. Dunbar specializes in knowledge about confidentiality and privacy laws regarding sensitive trade secrets.

**Get Proposal**

**View Profile**



## Seth Wiener

**643 reviews**

As an experienced trial lawyer and litigator, Seth Wiener has resolved numerous federal and state litigations. His cases have included everything from family law to bankruptcy to fraud and more. Before Seth formed his own firm, the Law Office of Seth W. Wiener, he worked for several prominent law offices where he gained a great deal of experience.

Get Proposal

View Profile



## Johnny Manriquez

**113 reviews**

Johnny Manriques is a patent attorney with extensive experience in dealing with cases that involves intellectual property law and related legal matters. He has more than 14 years of experience and is licensed to practice law in California. Johnny is registered with the State Bar of California. He has a Juris Doctor degree in law. Johnny recently started his own firm, but worked with Procopio Cory for three years prior to starting his own law office.

Get Proposal

View Profile



## Grant Maynard

**75 reviews**

Grant represents high-growth companies in all aspects of formation, financing, and intellectual property issues. He has previously done general corporate, intellectual, and real estate work at Nebraska's oldest law firm before transitioning to a more virtual lifestyle. As an entrepreneur himself, he understands the need to balance legal and business interests.

**Get Proposal**

**View Profile**



## Liz Oliner

**694 reviews**

If you want someone who has gone through the trademark process over and over again, look no further than Liz Oliner. She has filed over 300 trademarks in the last year alone and has practically got the process down to a science. Small businesses and entrepreneurs frequently come to Ms. Oliner for their trademark and brand protection needs.

**Get Proposal**

**View Profile**



Case 4:18-cv-02573-YGR   Document 45-1   Filed 09/11/18   Page 473 of 706

# Seth Heyman

**156 reviews**

Seth Heyman takes the saying, "the devil is in the details" to heart. As a corporate law attorney, he knows that being thorough and detail-oriented is extremely important in transactions and in every agreement. Mr. Heyman has over 20 years of experience with entity formation, advertising law, contracts, regulatory law, international law, and Internet law. He provides practical and cost-effective legal solutions.

**Get Proposal**

**View Profile**



# Meaghan Zore

**81 reviews**

Meaghan Zore is an attorney and certified information privacy professional (CIPP/US) who has served as an in-house counsel for dozens of companies. Meghan has demonstrated expertise in technology policy strategy, analysis, and advocacy, which is why her insights have been quoted in Time Magazine and San Diego Union Tribune. Her practice provides large firm services at a fraction of the cost.

**Get Proposal**

**View Profile**



# Eric Kirkland

**120 reviews**

Eric Kirkland is a business attorney with a strong entrepreneurial background. He has 26 years of experience. Eric focuses on contracts, intellectual property, strategic partnerships, software licensing and other

general business-related legal matters. He is the managing attorney of Kirkland Law and was previously the founder and CEO of Just Cellular Inc. Eric graduated with a Doctor of Law from the Pepperdine School of Law.

**Get Proposal**

**View Profile**



## Neil Park

**79 reviews**

Neil Park is well-equipped in Private Practice - with over 7 years of experience acting as outside General Counsel for many of his business clients. For the past two years, Neil has been working as Counsel for an Intellectual Property boutique. His practice areas include Intellectual Property Counseling, Trademark Prosecution, Licensing, Trade Secret Management and Strategy, Business Transactions, Corporate Law and Regulatory Compliance. He attended Loyola Law School.

**Get Proposal**

**View Profile**



## Irvin Tyan

**43 reviews**

Navigating the legal world as a startup can be intimidating and overwhelming. That is why experienced attorneys like Irvin Tyan are an absolute must-have. Mr. Tyan can help your startup with a variety of issues, including intellectual property, contract drafting, portfolio analysis, and commercial litigation. He can also help with employment issues and competitive landscape analysis.

**Get Proposal**

**View Profile**



## David Yamaguchi

**126 reviews**

Startups and small businesses sometimes need someone who can deal with complex transactions on an international playing field. David Yamaguchi specializes in content hosting issues and intellectual property. He concentrates his practice in the United States, Asia, India, and Europe. Whether you are a business giant or a startup, Mr. Yamaguchi can provide legal advice that fits your needs.

**Get Proposal**

**View Profile**



## Philip Heller

**76 reviews**

A corporate and commercial transactions counsel, Philip Heller has represented leading digital media, entertainment, and technology companies, including Warner Bros, Hulu, and American Express. He is particularly knowledgeable about SaaS, software licensing, partnerships, and private equity funds. Mr. Heller specializes in negotiations and drafting complex agreements and privacy policies.

**Get Proposal**

**View Profile**



## Stacy Smith

**79 reviews**

Stacy Smith is your go-to for your business and real estate needs. She
can help with business sales and purchases, entity formation, contracts,
and more. Whether your business needs help with vendor agreements
or financing, Ms. Smith can help. She can also deal with things like
zoning and separating or combining lots. She brings her 25 years of
experience to every legal issue.

**Get Proposal**

**View Profile**



## John Fallone

**71 reviews**

John Fallone thinks big and gets it done. As an early-stage company
attorney, John is also a co-founder of SendHub, the cloud-based phone
system making it easier for today's businesses to communicate with
customers and employees. A self-identified geek of processes and
efficiency, John plans to get an MBA from Duke's Fuqua School of
Business

**Get Proposal**

**View Profile**



# Ursula Trimming

**56 reviews**

Immigration is an area of the law that can have a serious impact on an individual's life and few attorneys understand that better than Ursula Trimming. Ms. Trimming specializes in employment-based working visas and green cards. She can also help with Marriage Green Cards, Fiance/Spouse Visas, and Family Sponsorship. Ms. Trimming provides effective services with compassion and drive.

**Get Proposal**

**View Profile**



# Mary Obidinski

**54 reviews**

Business owners often shudder at the idea of having to pay general counsel for legal advice. With Mary Obidinski, you know that you are getting straightforward, honest legal options that will not break the bank. Ms. Obidinski is worth every cent from her experience as general counsel for a large private corporation and work with small businesses and starts ups.

**Get Proposal**

**View Profile**



## Jamie Davenport

**39 reviews**

Jamie Davenport is a business lawyer that specializes in drafting and negotiating commercial contracts. She primarily assists startup companies and entrepreneurs overcome legal hurdles, but she is able to assist clients of any size. Jamie is also experienced in dealing with legal matters that concerns trademark and copyright law. Jamie has over 17 years of experience and she is licensed to practice law in California. She has been acting as a solo practitioner since 2012.

**Get Proposal**

**View Profile**



## Jann Moorhead

**69 reviews**

Jann Moorhead is a global transactional attorney with 25 years of experience representing established international companies and startups. She was the lead attorney for the Star Wars franchise and was in charge of negotiating the licensing activities. She has also negotiated many agreements for licensing, distribution, business transactions, privacy, and other commercial contracts across many industries such as consumer products, media, technology, software, and e-commerce.

**Get Proposal**

**View Profile**



## Sunita Koneru

**27 reviews**

Sunita Koneru knows that your business transactions and intellectual property issues are important to you and your company. That is why she works hard for her clients to get every agreement just right. Her motivation, networking skills, and diligence make her a cut above the rest if your business or non-profit needs a strong commercial attorney.

**Get Proposal**

**View Profile**



## Robert W

**27 reviews**

Robert W is a corporate attorney that primarily specializes in legal matters related to labor and employment law. He has been licensed to practice law in California for over 12 years and has a Juris Doctor degree in law, which he received after graduating from the UCLA School of Law. Robert has been an employment counselor at The Act-1 Group since October 2014. Prior to this position, he was an associate at Ogletree Deakins and Morgan Lewis.

**Get Proposal**

**View Profile**



# Alexis Saenz

**49 reviews**

Alexis Saenz is a patent attorney who has prepared hundreds of patent applications and responses to the United States Patent and Trademark Office. He mainly works with start-up ventures and mid-sized companies in the growth stage. Alexis' personal experience with a startup company has given him deep insight into the process that guides his patent and intellectual property services.

**Get Proposal**

**View Profile**



# Eric Norton

**24 reviews**

Eric is not only a trusted business and intellectual property attorney, he has founded several businesses himself. As the founder of Norton Law Corporation, his mission is to provide top tier legal services at affordable prices for business owners of all types, from small business owners to multinational corporations. He takes great pride in helping his clients start and grow their businesses.

**Get Proposal**

**View Profile**



## Kanika Radhakrishnan

**295 reviews**

Kanika is an experienced Patent Attorney and Managing Partner of Evergreen Valley Law Group in Silicon Valley, which serves innovative entrepreneurs with backgrounds in mechanical engineering, electrical engineering, and computer science. She has filed over 5,000 patent applications in the U.S. and worldwide with a successful track record of obtaining patents for clients.

**Get Proposal**

**View Profile**



## Ross Meador

**56 reviews**

Ross is a partner at TechLaw LLOP, a high caliber business, finance, and IP firm. During his long career, he spent 15 years with prestigious firms, including Morrison & Foerster. His high Avvo rating, "superb," is the result of his expertise in contract drafting, acquisitions and investments, business relationships, and intellectual property protection.

**Get Proposal**

**View Profile**



Case 4:18-cv-02573-YGR Document 45-1 Filed 09/11/18 Page 482 of 706

## Lauri Donahue

**155 reviews**

Lauri Donahue has been practicing law for more than 25 years. She advises high-tech, media, and entertainment companies in the U.S., Israel, and the EU on matters including technology licensing, entertainment law, video game law, anti-piracy, antitrust, IP litigation, and patent monetization. Ms. Donahue also trains and manages multi-shore teams and teaches law in the U.S. and overseas.

**Get Proposal**

**View Profile**



## Tom Shnaider

**68 reviews**

Thomas has over 15 years of experience and is the founding partner of Shnaider, a corporate, business, and contracts & licensing law firm. He provides cost-effective service to clients, whether they are individuals or Fortune 100 companies in the US and internationally. In addition to law, he is a licensed real estate broker with expertise in real estate transactions and real estate law.

**Get Proposal**

**View Profile**



## Carl Loeffler

**23 reviews**

Karl has provided quality service to many clients at a fraction of the cost of traditional firms as a sole practitioner in the past and now a partner at FisherBroyles by eliminating unnecessary overhead. His specialties include startup companies, private equity, mergers and acquisitions,

commercial contracts, and securities compliance. Contact him for any
questions regarding an existing enterprise or how to form a new
company.

---

**Get Proposal**

**View Profile**



# Laura Drossman

**46 reviews**

Clients can't say enough about Laura Drossman: "trustworthy,"
"tenacious," "responsive," "accountable," and "efficient." Since starting in
private practice in 2004, Laura has moved on to found her own firm in
2011 which specializes in commercial real estate, business transactions,
trademark law, and general legal counseling. Actively barred in
California and New York, one client said it best: "Dross is the Boss."

---

**Get Proposal**

**View Profile**



# Edward Robinson

**25 reviews**

Edward Robinson is a patent attorney that mainly works with
corporations to help them obtain patent protection for pharmaceutical
products, medical devices and related inventions. He is registered with
the U.S. Patent and Trademark Office. Edward has over 14 years of
experience. He practices law in California and received a J.D in law from
the University of San Diego School of Law. Edward has recently joined
Tech Law LLP, but have represented a large number of companies as a
corporate counsel.

**Get Proposal**

**View Profile**



# Eric Alspaugh

**62 reviews**

Intellectual property is a very unique area of the law the requires specialized attorneys who have additional training and education. For the complicated area of medicine and medical devices, the IP complexity often increases. Eric B. Alspaugh serves as medical device general counsel or patent counsel for several businesses, a qualification that very few attorneys can boast. His expertise is invaluable to these complicated business ventures.

**Get Proposal**

**View Profile**



# Fiona Kaufman

**20 reviews**

Fiona is a Corporate Attorney with extensive experience working in-house for Silicon Valley High Technology companies. She runs her boutique law firm, Law Office of Fiona Newell Kaufman, with the goal of providing value-oriented legal services to technology-based companies. In addition to practicing law, she is an experienced legal author with a leading national publisher.

**Get Proposal**

**View Profile**

Case 4:18-cv-02573-YGR   Document 45-1   Filed 09/11/18   Page 485 of 706



# Brad Bertoglio

**22 reviews**

Intellectual property is especially important for businesses that are experiencing growth. Brad Bertoglio focuses his practice on obtaining intellectual property rights for businesses of all types, with emphasis on growth companies. He offers expert legal advice that fast-paced, growing companies can trust. High-quality service is important to Mr. Bertoglio and that is what he provides.

**Get Proposal**

**View Profile**

## Useful Documents

California Durable Power of Attorney Form

Articles of Incorporation for California

Articles of Organization for California

Incorporator's Organizational Action for California

California Bylaws

Thirty (30) Day Eviction Notice for California

California General Power of Attorney Form

## Helpful Articles

How to Hire an Employee in California

How to Open a Cafe in California

How to Hire a Contractor in California

How to Open a Bar in California

How to Rent Property in California

How to Start a Food Truck in California

How to Form a Multi-Member LLC in California

## More Attorneys

### Mountain View Lawyers

**5.0**

Based on 4170 reviews

Clear Communication - 5.0
Response Time - 5.0
Knowledgeable - 5.0
Meets Deadlines - 5.0

UpCounsel is a secure service for your business legal needs

On UpCounsel, you can find pre-qualified, vetted, and rated Mountain View attorneys & lawyers that have several years of specialized experience in many areas of law for the business world that service the area of Mountain View, California. By making it easy for businesses to connect with one or more top-rated Mountain View lawyers specialized in the area of law you require legal assistance with, you can hire the attorney best for you and get to work quickly.

It's always free to post a job and communicate with any of the Mountain View attorneys you sync up with about your unique legal needs. Upon posting a job request to our community of Mountain View lawyers, you will receive proposals from several attorneys who can best assist you. With UpCounsel, you can hire a Mountain View attorney with confidence, as we offer a money-back guarantee on all work completed with verified attorneys & lawyers servicing the city of Mountain View, California on UpCounsel.

# What Our Customers Have to Say



"UpCounsel gives me access to big-firm lawyers minus the big-firm price tag. I work with several attorneys on the platform and there are never surprises...I always receive quality legal work at competitive rates that larger firms simply cannot match."

**SCOTT WOODS**
SVP & General Counsel





"Every startup needs to know about UpCounsel. We found great attorneys at great prices and were able to focus our resources on improving our business instead of paying legal bills."

**SEAN CONWAY**
Co-founder & CEO





"Before UpCounsel it was hard for us to find the right lawyer with the right expertise for our business. UpCounsel solves those problems by being more affordable and helping us find the right lawyer in no time."

**TRISTAN POLLOCK**
Co-founder & COO



| Share | 0 | Tweet | 0 | Share | 0 | Google + | 0 |

# Find the best lawyer for your legal needs

**FIND A LAWYER**

### NAVIGATION

How it Works

For Lawyers

Free Legal Documents

Blog

Sitemap

### ABOUT

The Company

Careers

Customers

Privacy Policy

Terms of Service

### CONTACT

Visit our Support Center

Contact

Sales

Press



UpCounsel is an interactive online service that makes it faster and easier for businesses to find and hire legal help solely based on their preferences. We are not a law firm, do not provide any legal services, legal advice or "lawyer referral services" and do not provide or participate in any legal representation.

© 2018 UpCounsel, Inc.

# EXHIBIT 55

# Tempe Attorneys & Lawyers

**Post a Job & Get Free Proposals**

Our Lawyers    Arizona    Tempe Attorneys

# Popular Legal Services Covered by our Tempe Attorneys

Business

Contracts

Copyrights

Employment

Franchises

Immigration

Intellectual Property

Internet

Non-Profit

Outside General Counsel

Patents

Real Estate

Securities

Startup

Trademarks



# Nathan Prince

**18 reviews**

Nathan Prince is a business lawyer with over three years' experience. He is licensed to practice law in Arizona and obtained his Juris Doctor in law from the Arizona State University. Nathan also has a B.S. in Aeronautics. He focuses on helping startup business overcome legal obstacles and is exceptionally experienced in dealing with commercial contracts. Nathan has been a contact manager at Honeywell International since January 2015.

| Get Proposal |
|---|

| View Profile |
|---|



# Marcus Seiter

**2 reviews**

Marcus Seiter is an attorney at law that focuses on assisting startup companies overcome legal obstacles. He has been licensed to practice law in Arizona for the past two years. Marcus also has prior experience in the financial services sector. He obtained his legal degree from the Arizona Summit Law School. In July 2017, Marcus founded his own legal firm, Seiter Law, PLLC, where he now primarily focuses on estate planning services.

| Get Proposal |
|---|

| View Profile |
|---|

## Clint Dunaway

Clint Dunaway is a business lawyer with more than seven years of experience. He specializes in dealing with legal cases that involve immigration law, as well as real estate law. Clint is licensed to practice law in Arizona. He has a Juris Doctorate in law, which he obtained after graduating from the University of Dayton School of Law. Since January 2016, Clint has been serving as a partner attorney at Davis Miles McGuire Gardner.

Get Proposal

View Profile



## Robert Gruler

A principal member of RR Law Group, Robert Gruler's focus is primarily on criminal defense for DUIs and other allegations of driving while impaired. He was admitted to both the Arizona and California State Bars. Additionally, he was awarded the honor of being named in the nation's top 1% of lawyers by the National Association of Distinguished Counsel.

Get Proposal

View Profile



## Dan Yamauchi

Daniel Yamauchi is originally from Prescott, Arizona and is currently an associate at Shinnick & Ryan LLP. He was admitted to the California State Bar in 2011 and the Arizona Bar Association in 2014. In the past, he has practiced at Warnock, MacKinlay & Carman, PPLC and under James D. Hoey, a trial attorney in San Diego.

Get Proposal

View Profile



## Paul Ticen

**2 reviews**

A business and intellectual property attorney, Paul Ticen manages his firm's IP, Internet disputes, and business practice. He handles both litigation and transactional matters. As a former insurance adjuster and insurance defense attorney, Paul also assists with personal injury and wrongful death practice. Paul is also general counsel to the Scottsdale based fitness brand SICFIT.

| Get Proposal |
| --- |
| View Profile |



## Jason Silver

Attorney Jason Silver is your go-to-guy when you need help with all of your business tax needs. He specializes in state and federal audits, tax related criminal investigations, and tax practices. He has over 20 years of experience in tax law and has represented both individuals and large name corporations in the courtroom. Attorney Silver has received numerous awards for his legal work including: Best Lawyers in America, Martindale Hubbell AV Rated, Southwest Super Lawyers, and Top Arizona Attorneys in Arizona, Arizona Magazine, May 2012.

| Get Proposal |
| --- |
| View Profile |



## Justin Clark

**1 review**

Case 4:18-cv-02573-YGR    Document 45-1    Filed 09/11/18    Page 495 of 706

Justin Clark is a business attorney with experience in a wide variety of corporate legal practice areas. He is licensed to practice law in Arizona and received his degree in law after he graduated from the Arizona State University – Sandra Day O'Connor College of Law. Justin is skilled in dealing with commercial contracts, as well as legal cases that involve labor and employment law. He has been the managing attorney of the J. Clark Law Firm since December 2013.

**Get Proposal**

**View Profile**



# Adam Gunderson

Adam is an attorney at Gunderson, Denton & Peterson, PC. His practice consists of a variety of legal areas including business and family-based immigration, trusts and estates, business planning, guardianships and conservatorships, and commercial litigation. In addition to serving clients in Arizona, he enjoys the state's natural beauty and watching the Phoenix suns.

**Get Proposal**

**View Profile**



# Isabel Gram, Jd

**2 reviews**

Isabel Gram is an experienced General Counsel and business executive who has 14 years as a practicing attorney and has spent the last 5 years in senior leadership at a mult... **read more**

**Get Proposal**

**View Profile**



## Joshua C. Black

**2 reviews**

Joshua C. Black is a litigator who was recently licensed to practice law in Arizona. He attended the Arizona Summit Law School, where he obtained his Juris Doctorate degree in law. Joshua is exceptionally experienced in dealing with legal matters that involve labor and employment law, and is also skilled in providing legal assistance to startup businesses and entrepreneurs. He has been an employment law attorney at his own law office since June 2016.

**Get Proposal**

**View Profile**



## Serena Lai

**2 reviews**

Serena Lai is a commercial contract attorney with eight years' experience. She represents clients of all sizes, ranging from small business owners to companies listed as a Fortune 500. Apart from her expertise in drafting and negotiating commercial contracts, Serena also specializes in trademark and copyright law, and she has experience with general business-related legal matters. Serena is licensed to provide corporate legal services in California.

**Get Proposal**

**View Profile**

## David Gurney

**2 reviews**

I have worked in a wide variety of legal areas. In every area, I always put my clients first. After completing law school and working for a year as a Fellow, I decided to p... **read more**

**Get Proposal**

**View Profile**



## Craig Cherney

**2 reviews**

Craig Cherney is a corporate attorney with over two decades of experience. He is licensed to practice law in California, Arizona and Nevada. Craig primarily specializes in real estate law, but is also experienced in debt and bankruptcy related legal practice areas. Craig has a Juris Doctor in law, which he obtained from the San Diego School of Law. He has been a partner attorney at Canterbury Law Group LLP since March 2012.

**Get Proposal**

**View Profile**



## Jeremiah Beitzel

**2 reviews**

Jeremiah focuses his practice on providing consulting, legal, and outside general counsel services in a variety of areas, including contract drafting and negotiation, nonpr... **read more**

**Get Proposal**

**View Profile**



# James Larson

**2 reviews**

James Larson is an attorney at law who serves clients in multiple states, including Colorado, Arizona, Montana, Washington and Wyoming. Apart from being a licensed attorney, James is also a licensed professional engineer. He obtained his legal degree from the Pheonix School of Law. James specializes in labor and employment law, and has exceptional experience in dealing with commercial contracts. He is currently serving as the managing member of Biltmore Legal Services.

**Get Proposal**

**View Profile**



# Daryl Wilson

**2 reviews**

Daryl Wilson is an attorney at law with over 13 years of experience. He provides his legal services to corporate clients in Arizona. Daryl has a Juris Doctor in law, which he obtained from the Willamette University College of Law. Daryl is experienced in dealing with real estate matters. He is also able to review, negotiate and draft commercial contracts for his clients. Daryl has been a supervising attorney at East Valley Law Firm since April 2017.

**Get Proposal**

**View Profile**



# Samuel Doncaster

**2 reviews**

Samuel Doncaster is a litigation and real estate attorney. He received several Rising Star awards and graduated summa cum laude at the Arizona State University in 2009. Samuel has been licensed to practice law in the Arizona State since 2011 and have been a member of the Horace Rumpole American Inn of Court since 2012. Samuel also has a B.S. in Mathematics. He is a senior litigator at Rose Law Group.

<div style="text-align:center">
Get Proposal
</div>

<div style="text-align:center">
View Profile
</div>



# Mark Levenda

**2 reviews**

Mark Levenda is a patent attorney with over 12 years of experience. He is licensed to practice law in Arizona and is also a member of the Arizona Patent Bar. Mark holds a Juris Doctor degree in law, which he obtained after graduating from the Columbia University. Mark has represented VISA, Motorola, Johnson & Johnson, John Deere and many other corporate clients. He has been serving as the principal attorney at M.A. Levenda PLC since October 2015.

<div style="text-align:center">
Get Proposal
</div>

<div style="text-align:center">
View Profile
</div>



# Simon Kennedy

**2 reviews**

Simon Kennedy is a business attorney with 12 years of experience. He is licensed to practice law in Arizona and received his Juris Doctorate degree in law after he graduated from the Indiana University Robert H. McKinney School of Law. Simon specializes in various business-related legal practice areas, and often assists his clients with their legal research and writing needs. Since June 2017, Simon has been serving as an associate at Goldman & Zwillinger.

<div style="text-align:center">
Get Proposal
</div>

<div style="text-align:center">
View Profile
</div>



# Andy Anderson

After spending 4 years working for Titus Brueckner & Levine PLC, Andy Anderson is now an Attorney for Provident Law, PLLC. Serving both businesses and individuals, he aims to operate and protect this client's business ventures. When dealing with a startup, he counsels on choice of entity and agreements between founders during crucial initial stages. Anderson studied with the University of Arizona, James E. Rogers College of Law and graduated with his J.D. in 2009.

**Get Proposal**

**View Profile**



# Maxwell Mahoney

Maxwell Mahoney is an attorney at law with six years of experience. He has a broad range of experience in various corporate legal practice areas. Maxwell is exceptionally skilled in legal research and writing. He is licensed to practice law in Arizona. Maxwell received his J.D. in law after graduating from the Phoenix School of Law. He has been an associate attorney at the Berkshire Law Office since June 2013. Prior to this position, Maxwell gained experience at the Rose Law Group.

**Get Proposal**

**View Profile**



# Mark Egan

Mark's practice is focused on employment and family-based immigration law. After beginning his career as a clerk for Federal Magistrate Judge Peter Ormsby in Texas, he worked for several private immigration law firms before joining Gunderson, Denten and Peterson, PC. In 2010, he was selected by his peers for inclusion in "Best Lawyers in America" and is currently listed in U.S. News' Best Lawyers for immigration law.

<div style="text-align:center">**Get Proposal**</div>

<div style="text-align:center">**View Profile**</div>



# Bert Millett

Whether you are purchasing or selling your home, are in a real estate law dispute, or contemplating any type of real estate transaction, Bert will make sure you know your rights. At Gunderson, Denton & Peterson, PC, he prides himself on his ability to advocate effectively for his clients and to work with precision. He also helps clients with contract issues and business law.

<div style="text-align:center">**Get Proposal**</div>

<div style="text-align:center">**View Profile**</div>



# Burt Skiba

Burt Skiba is an intellectual property attorney that recently obtained his Juris Doctor degree after he graduated from the Michigan State University College of Law. He is licensed to practice law in Arizona. Burt often provides legal assistance to startup companies and specializes in trademark and copyright law. He was recently appointed a position as an intellectual property attorney at Accelerate IP LLC.

<div style="text-align:center">**Get Proposal**</div>

<div style="text-align:center">**View Profile**</div>



# Isabel Humphrey

An appellate attorney, Isabel Humphrey handles federal and state appeals and conducts an active civil practice. She received the AV Preeminent® Peer Review Rating from Martindale Hubbell, the highest rating for legal ability and ethics. Ms. Humphrey is also a sustaining member of Arizona's Finest Lawyers and received the Establishment Clause Award from the American Civil Liberties Union.

> **Get Proposal**

> **View Profile**



# Larry Dunn

Larry is primarily a commercial litigator at Dunderson, Denton & Peterson. He has litigated cases involving a range of issues, including contract, real estate, commercial, and construction defect. Larry worked at one of the largest volume residential landlord firms in the state, gaining significant experience with the Arizona Residential Landlord Tenant Act.

> **Get Proposal**

> **View Profile**



# Elena Cottam

Elena is an attorney at Gunderston, Denton & Peterson, PC who mainly practices business, employment, and franchise law. She is dedicated to the firm and has worked in various positions since the beginning as a summer intern, office assistant, legal assistant, and now attorney. Elena is an Arizona native who enjoys traveling and spending time with her twin sister.

> **Get Proposal**

> **View Profile**



# Steven Cook

Steven W. Cook is a partner at the law firm Cook & Cook in Arizona. He practices in a number of areas including business law, estate planning and probate law, intellectual property law, and real estate law. Steven holds a J.D. from Arizona State University. As an undergraduate, he co-founded a digital advertising company that raised over $1 million in VC funding. He has contributed to Entrepreneur and Forbes, among others.

**Get Proposal**

**View Profile**



# David Glynn

David Glynn has over eighteen years of experience creating and negotiating contracts. In total, he has negotiated contracts reaching a combined total of over $500 million. His focus is on representing athletes and coaches. Glynn Sports Management, LLC, his agency, is proudly founded on the principals of integrity, quality service, and loyalty.

**Get Proposal**

**View Profile**



# Brent Gunderson

Attorney Brent Gunderson specializes in immigration law, trust and probate law, business law, and trust and estate planning law. He has been given the highest rating of AV from Martindale-Hubbell and is also a member of the Wealth Counsel. He is actively involved in other organizations and holds high-ranking positions within them. With over 29 years of experience, Attorney Gunderson can help you start your business, navigate the world of immigration, and even write out your will.

<div style="text-align:center; background:#00A0DF; color:white;">Get Proposal</div>

<div style="text-align:center; background:#6B7687; color:white;">View Profile</div>



# Jenifer Phelps

Jennifer Phelps is a corporate attorney with eight years of experience. She is licensed to practice law in Arizona and received her degree in law from the University of Southern California, Gould School of Law. Jennifer primarily specializes in legal matters that involve commercial contracts. She is also experienced in providing legal assistance to start-up companies. Jenifer has been serving as a managing partner at The Storey Lawyers PLC since October 2016.

<div style="text-align:center; background:#00A0DF; color:white;">Get Proposal</div>

<div style="text-align:center; background:#6B7687; color:white;">View Profile</div>



# Trudy Rushforth

Trudy Rushforth, an Attorney focusing on Disability Law and Employment Law, is currently the Manager and Owner of her own law firm. Previously, she did legal work for Epiq Systems. Representing clients before the Social Security Administration, she helps her clients attain SSI or SSDI benefits. She also has a background in HR, adding to the effectiveness of her Employment Law practice. Rushforth was awarded the Witkin Award for Academic Excellence and graduated from Law School in 2011.

<div style="text-align:center; background:#00A0DF; color:white;">Get Proposal</div>

<div style="text-align:center; background:#6B7687; color:white;">View Profile</div>



## Brad Denton

Brent has been providing top quality legal work to the Greater Phoenix area in Arizona since 1987 without the increased costs and bureaucracy of larger law firms. At Gunderson, Denton & Peterson, PC, Brent practices primarily in the areas of business, trust and estate planning, trust and probate administration, and immigration law. He has Martindale-Hubbell's highest rating of AV.

**Get Proposal**

**View Profile**



## Marcus Evans

Marcus Evans is a self-employed Legal and Business Consultant. This hardworking Business Attorney is experienced in working with startups and small business, and has helped them develop anti-money laundering policies. His experience extends to Business Analysis for a bitcoin startup, as well as supporting a mortgage company's in-house counsel. He obtained his J.D. in IP and Business Law from The University of New Hampshire School of Law.

**Get Proposal**

**View Profile**



## David Klink

David Klink has been voted as one of the best health care attorneys in Arizona. He is also a representative of the licensing board and have been practicing law in Arizona for the past four years. David is also licensed to practice law in Nevada. He is currently a private practicing attorney, but has also worked with the Office of The Legal Advocate in 2010. David obtained a B.S. in Economics in 2008 and he completed his J.D. in Law at the University of Nevada three years later.

**Get Proposal**

**View Profile**



# Michael Boreale

### 2 reviews

Michael Boreale, founder of Boreale Law, PLC, offers services to small and medium sizes businesses. Boreale Law offers a la carte and fixed price legal services with expertise in business, employment, and international law. An innovator and creative thinker, Michael is an expert at pinpointing the obstacles that may be holding a business back and helping them to overcome them.

Get Proposal

View Profile



# Steven Stark

### 272 reviews

For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in particular since he himself started several businesses of his own in New York and Florida. He understands the importance of small businesses having a reliable attorney to advise them about legal matters from their inception.

Get Proposal

View Profile

# Richard Gora

### 156 reviews

Looking for an attorney with experience? Richard Gora is the exact attorney you want. Having defended over 100 cases both in state and federal courts and working with clients from around the globe, Richard has an

array of different experiences. His services are wide-ranging and include business litigation, securities litigations, employment litigation, and business counsel. Prior to founding Gora LLC, he worked for Finn, Dixon & Herling LLP for eight years.

<div style="background:#1aa3e8;color:white;text-align:center;">Get Proposal</div>

<div style="background:#6c7a89;color:white;text-align:center;">View Profile</div>



## Conor Teevan

**141 reviews**

Top-tier talent shouldn't have to come with a top-tier fee. This is why Conor Teevan combines his top-tier expertise (Yale undergrad, Stanford Law) with affordability. Conor has represented Silicon Valley startups, real estate investors, artists creating companies, and even a child author in need of a book deal. Conor himself started a real estate company with holdings in five states.

<div style="background:#1aa3e8;color:white;text-align:center;">Get Proposal</div>

<div style="background:#6c7a89;color:white;text-align:center;">View Profile</div>



## Sue Dunbar

**164 reviews**

Go with Sue Dunbar if you want a big law firm experience with a small law firm cost. Sue's experience working at Robins Kaplan LLP and serving as special counsel to Senator Joseph Dunn has landed her big-name clients like BestBuy, Time Warner Cable, and Yahoo!. Currently, Ms. Dunbar specializes in knowledge about confidentiality and privacy laws regarding sensitive trade secrets.

<div style="background:#1aa3e8;color:white;text-align:center;">Get Proposal</div>

<div style="background:#6c7a89;color:white;text-align:center;">View Profile</div>



# Seth Wiener

**643 reviews**

As an experienced trial lawyer and litigator, Seth Wiener has resolved numerous federal and state litigations. His cases have included everything from family law to bankruptcy to fraud and more. Before Seth formed his own firm, the Law Office of Seth W. Wiener, he worked for several prominent law offices where he gained a great deal of experience.

| Get Proposal |
| :---: |

| View Profile |
| :---: |



# Johnny Manriquez

**113 reviews**

Johnny Manriques is a patent attorney with extensive experience in dealing with cases that involves intellectual property law and related legal matters. He has more than 14 years of experience and is licensed to practice law in California. Johnny is registered with the State Bar of California. He has a Juris Doctor degree in law. Johnny recently started his own firm, but worked with Procopio Cory for three years prior to starting his own law office.

| Get Proposal |
| :---: |

| View Profile |
| :---: |



# Randy Michels

**201 reviews**

Randy Michels is a trademark attorney with more than 15 years of experience. He also has experience in intellectual property law and copyright law. Randy has a license to practice law in Tennessee and has represented many large organizations, including Xero and Ario. He has a J.D. in law, which he obtained from the Vanderbilt University Law School. Randy started his own law firm, Trust Tree, in 2015, where he provides trademark services for corporate clients.

**Get Proposal**

**View Profile**



## Gloria M. Steinberg

**205 reviews**

Gloria is a well-rounded patent attorney who runs her boutique law firm Steinberg Intellectual Property Law, LLP. She has filed hundreds of patent applications relating to software, telecommunications, biotech, and consumer products. During her free time, she is active in the legal community as a member of several intellectual property law associations and managing her blog IPRookie.com.

**Get Proposal**

**View Profile**



## Mary Hodges

**170 reviews**

Employment is a big part of any business, and Mary Hodges understands that many business owners may not know the legal details of the hiring or termination process. She works with business owners with a variety of needs: from working with independent contractors, to developing and implementing employment policies, non-disclosure agreements, and more. Ms. Hodges can also help with business formation, contracts, and operations.

**Get Proposal**

**View Profile**



## Thomas Bark

**197 reviews**

Thomas Bark is a Partner at Jones Bay working with startups, but he can also handle legal matters for large companies. Previously, he has worked for two top international law firms for some 25 years - some of his experience includes working abroad.. His practice extends to corporate law and commercial contracts, with a particular emphasis in VC finance, M&A, lending, employment, joint ventures and technology issues. He attended The University of Virginia School of Law.

**Get Proposal**

**View Profile**



## Grant Maynard

**75 reviews**

Grant represents high-growth companies in all aspects of formation, financing, and intellectual property issues. He has previously done general corporate, intellectual, and real estate work at Nebraska's oldest law firm before transitioning to a more virtual lifestyle. As an entrepreneur himself, he understands the need to balance legal and business interests.

**Get Proposal**

**View Profile**

## Ramsey Taylor

**74 reviews**

Ramsey Taylor is a business attorney with over 21 years' experience. He has exceptional experience in dealing with international business law, but also assists local companies within the United States with their legal matters. Ramsey is licensed to practice law in New York and the District of Columbia. He obtained his Juris Doctor degree from the New York University. In March 2017, Ramsey founded his own legal firm, Taylor Legal, where he now acts as the owner and principal attorney.

**Get Proposal**

**View Profile**

## Useful Documents

Demand Promissory Note Board Approval

Rental Agreement Form

Letter Of Intent To Purchase Real Estate Sample

Land Contract Form

## Helpful Articles

Chapter 13 Bankruptcy

## More Attorneys

### Tempe Lawyers

**5.0**

Based on 2627 reviews

Clear Communication - 5.0

Response Time - 5.0

Knowledgeable - 5.0

Meets Deadlines - 5.0

UpCounsel is a secure service for your business legal needs

On UpCounsel, you can find pre-qualified, vetted, and rated Tempe attorneys & lawyers that have several years of specialized experience in many areas of law for the business world that service the area of Tempe, Arizona. By making it easy for businesses to connect with one or more top-rated Tempe lawyers specialized in the area of law you require legal assistance with, you can hire the attorney best for you and get to work quickly.

It's always free to post a job and communicate with any of the Tempe attorneys you sync up with about your unique legal needs. Upon posting a job request to our community of Tempe lawyers, you will receive proposals from several attorneys who can best assist you. With UpCounsel, you can hire a Tempe attorney with confidence, as we offer a money-back guarantee on all work completed with verified attorneys & lawyers servicing the city of Tempe, Arizona on UpCounsel.

# What Our Customers Have to Say



"UpCounsel gives me access to big-firm lawyers minus the big-firm price tag. I work with several attorneys on the platform and there are never surprises...I always receive quality legal work at competitive rates that larger firms simply cannot match."

### SCOTT WOODS
SVP & General Counsel





"Every startup needs to know about UpCounsel. We found great attorneys at great prices and were able to focus our resources on improving our business instead of paying legal bills."

### SEAN CONWAY
Co-founder & CEO





"Before UpCounsel it was hard for us to find the right lawyer with the right expertise for our business. UpCounsel solves those problems by being more affordable and helping us find the right lawyer in no time."

**TRISTAN POLLOCK**
Co-founder & COO

Storefront

 0     0     0      0

# Find the best lawyer for your legal needs

**FIND A LAWYER**

# EXHIBIT 56

Google   site:upcounsel.com ahmed alhafidh

All    News    Images    Videos    Maps    More          Settings    Tools

About 164 results (0.32 seconds)

**Ahmed Alhafidh Attorney Profile on UpCounsel** ✓
https://www.upcounsel.com/profile/intellntlaw ▾
**Ahmed** is a registered U.S. patent agent specializing in patent drafting and prosecution. His patent prosecution experience includes, but is not limited...

Images for site:upcounsel.com ahmed alhafidh



→  More images for site:upcounsel.com ahmed alhafidh          Report images

**Top 5% of Patent Lawyers in Orange, California | UpCounsel** ✓
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 - 1,698 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5% of Patent Lawyers in Placerville, California | UpCounsel** ✓
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 - 1,702 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5% of Patent Lawyers in Lorton, Virginia | UpCounsel** ✓
https://www.upcounsel.com › Patent › Virginia ▾
★★★★★ Rating: 5 - 1,695 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5% of Patent Lawyers in Modesto, California | UpCounsel** ✓
https://www.upcounsel.com › Patent › California ▾
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5% of Immigration Lawyers in Overland Park, Kansas | UpCounsel** ✓
https://www.upcounsel.com › Immigration › Kansas ▾
★★★★★ Rating: 5 - 1,017 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

**Top 5% of Immigration Lawyers in Blackfoot, Idaho | UpCounsel** ✓
https://www.upcounsel.com › Immigration › Idaho ▾
★★★★★ Rating: 5 - 1,070 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

**Top 5% of Patent Lawyers in Miami Beach, Florida | UpCounsel** ✓
https://www.upcounsel.com › Patent › Florida ▾
★★★★★ Rating: 5 - 1,703 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5% of Patent Lawyers in Brick, New Jersey | UpCounsel** ✓
https://www.upcounsel.com › Patent › New Jersey ▾
★★★★★ Rating: 5 - 1,702 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5% of Immigration Lawyers in Batavia, Illinois | UpCounsel ✅
https://www.upcounsel.com › Immigration › Illinois ▾
★★★★★ Rating: 5 - 1,067 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5% of Patent Lawyers in Evergreen, Colorado | UpCounsel ✅
https://www.upcounsel.com › Patent › Colorado ▾
★★★★★ Rating: 5 - 1,703 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5% of Patent Lawyers in Fallon, Nevada | UpCounsel ✅
https://www.upcounsel.com › Patent › Nevada ▾
★★★★★ Rating: 5 - 1,702 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5% of Immigration Lawyers in Cockeysville, Maryland | UpCounsel ✅
https://www.upcounsel.com › Immigration › Maryland ▾
★★★★★ Rating: 5 - 1,013 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Oregon Attorneys & Lawyers for Hire On-Demand - UpCounsel ✅
https://www.upcounsel.com/oregon-attorneys ▾
★★★★★ Rating: 5 - 92 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5% of Patent Lawyers in Augusta, Maine | UpCounsel ✅
https://www.upcounsel.com › Patent › Maine ▾
★★★★★ Rating: 5 - 1,702 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Seal Beach Attorneys & Lawyers for Hire On-Demand - UpCounsel ✅
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 - 4,154 reviews
8 yrs experience | Licensed in CA |. Get Proposal View Profile. Ahmed A. **Ahmed Alhafidh**. Ahmed Alhafidh offers entrepreneurs and start-ups a range of patent ...

### Top 5% of Patent Lawyers in East Orange, New Jersey | UpCounsel ✅
https://www.upcounsel.com › Patent › New Jersey ▾
★★★★★ Rating: 5 - 1,699 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5% of Patent Lawyers in Bethesda, Maryland | UpCounsel ✅
https://www.upcounsel.com › Patent › Maryland ▾
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5% of Patent Lawyers in Levittown, Pennsylvania | UpCounsel ✅
https://www.upcounsel.com › Patent › Pennsylvania ▾
★★★★★ Rating: 5 - 1,679 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5% of Patent Lawyers in Florence, Kentucky | UpCounsel ✅
https://www.upcounsel.com › Patent › Kentucky ▾
★★★★★ Rating: 5 - 1,698 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5% of Immigration Lawyers in Raymore, Missouri | UpCounsel ✅
https://www.upcounsel.com › Immigration › Missouri ▾
★★★★★ Rating: 5 - 1,013 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

**Top 5% of Immigration Lawyers in New Castle, Delaware | UpCounsel** ✅
https://www.upcounsel.com › Immigration › Delaware ▾
★★★★★ Rating: 5 · 1,015 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

**Top 5% of Patent Lawyers in West Bend, Wisconsin | UpCounsel** ✅
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Wisconsin ▾
★★★★★ Rating: 5 · 1,521 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5% of Patent Lawyers in Hawthorne, California | UpCounsel** ✅
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 · 1,686 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5% of Patent Lawyers in Bonita Springs, Florida | UpCounsel** ✅
https://www.upcounsel.com › Patent › Florida ▾
★★★★★ Rating: 5 · 1,686 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5% of Patent Lawyers in Forest Lake, Minnesota | UpCounsel** ✅
https://www.upcounsel.com › Patent › Minnesota ▾
★★★★★ Rating: 5 · 1,704 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5% of Patent Lawyers in Silverthorne, Colorado | UpCounsel** ✅
https://www.upcounsel.com › Patent › Colorado ▾
★★★★★ Rating: 5 · 1,707 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5% of Patent Lawyers in Kaukauna, Wisconsin | UpCounsel** ✅
https://www.upcounsel.com › Patent › Wisconsin ▾
★★★★★ Rating: 5 · 1,703 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5% of Patent Lawyers in Houma, Louisiana | UpCounsel** ✅
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Louisiana ▾
★★★★★ Rating: 5 · 1,386 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5% of Patent Lawyers in Shelbyville, Indiana | UpCounsel** ✅
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Indiana ▾
★★★★★ Rating: 5 · 1,239 reviews
Compare Shelbyville Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your business legal needs in Shelbyville, IN.

**Top 5% of Patent Lawyers in Salinas, California | UpCounsel** ✅
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 · 1,708 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5% of Patent Lawyers in Cookeville, Tennessee | UpCounsel** ✅
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Tennessee ▾
★★★★★ Rating: 5 · 1,508 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Hickory Patent Attorneys - UpCounsel** ✅
https://www.upcounsel.com › Patent › North Carolina ▾
★★★★★ Rating: 5 · 1,694 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Sonoma, California | UpCounsel ✅
https://www.upcounsel.com › Patent › California ▼
★★★★★ Rating: 5 - 1,674 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Tifton, Georgia | UpCounsel ✅
https://www.upcounsel.com › Patent › Georgia ▼
★★★★★ Rating: 5 - 1,702 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Napa, California | UpCounsel ✅
https://www.upcounsel.com › Patent › California ▼
★★★★★ Rating: 4.9 - 1,666 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Norman, Oklahoma | UpCounsel ✅
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Oklahoma ▼
**Ahmed Alhafidh** Patent Lawyer for Norman, OK. **Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a ...

### Top 5 of Patent Lawyers in Hixson, Tennessee | UpCounsel ✅
https://www.upcounsel.com › Patent › Tennessee ▼
★★★★★ Rating: 5 - 1,698 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Madisonville, Kentucky | UpCounsel ✅
https://www.upcounsel.com › Patent › Kentucky ▼
★★★★★ Rating: 5 - 1,710 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Marysville, Washington | UpCounsel ✅
https://www.upcounsel.com › Patent › Washington ▼
★★★★★ Rating: 5 - 1,687 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Jesup, Georgia | UpCounsel ✅
https://www.upcounsel.com › Patent › Georgia ▼
★★★★★ Rating: 5 - 1,715 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Saint Cloud, Florida | UpCounsel ✅
https://www.upcounsel.com › Patent › Florida ▼
★★★★★ Rating: 5 - 1,708 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Oak Ridge, Tennessee | UpCounsel ✅
https://www.upcounsel.com › Patent › Tennessee ▼
★★★★★ Rating: 5 - 1,691 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Riverside, California | UpCounsel ✅
https://www.upcounsel.com › Patent › California ▼
★★★★★ Rating: 5 - 1,698 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Immigration Lawyers in Homer Glen, Illinois | UpCounsel ✅
https://www.upcounsel.com › Immigration › Illinois ▼
★★★★★ Rating: 5 - 1,067 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

**Top 5 of Patent Lawyers in Salisbury, North Carolina | UpCounsel** ✅
https://www.upcounsel.com › All Attorneys & Specialties › Patent › North Carolina
★★★★★ Rating: 5 · 1,502 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5 of Immigration Lawyers in Charlotte, North Carolina | UpCounsel** ✅
https://www.upcounsel.com › Immigration › North Carolina ▾
★★★★★ Rating: 5 · 1,063 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

**Top 5 of Patent Lawyers in Falls Church, Virginia | UpCounsel** ✅
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Virginia
★★★★★ Rating: 5 · 1,440 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Muskogee Patent Attorneys - UpCounsel** ✅
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Oklahoma ▾
★★★★★ Rating: 5 · 1,578 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5 of Patent Lawyers in Studio City, California | UpCounsel** ✅
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 · 1,697 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5 of Patent Lawyers in Saint Joseph, Missouri | UpCounsel** ✅
https://www.upcounsel.com › Patent › Missouri ▾
★★★★★ Rating: 5 · 1,684 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5 of Patent Lawyers in West Des Moines, Iowa | UpCounsel** ✅
https://www.upcounsel.com › Patent › Iowa ▾
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5 of Patent Lawyers in Dearborn, Michigan | UpCounsel** ✅
https://www.upcounsel.com › Patent › Michigan ▾
★★★★★ Rating: 5 · 1,620 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5 of Patent Lawyers in Loxahatchee, Florida | UpCounsel** ✅
https://www.upcounsel.com › Patent › Florida ▾
★★★★★ Rating: 5 · 1,695 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5 of Patent Lawyers in Columbia, Missouri | UpCounsel** ✅
https://www.upcounsel.com › Patent › Missouri ▾
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5 of Patent Lawyers in Duluth, Minnesota | UpCounsel** ✅
https://www.upcounsel.com › Patent › Minnesota ▾
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

**Top 5 of Immigration Lawyers in Glasgow, Kentucky | UpCounsel** ✅
https://www.upcounsel.com › Immigration › Kentucky ▾
★★★★★ Rating: 5 · 1,017 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

**Top 5 of Patent Lawyers in Westport, Connecticut | UpCounsel** ✅
https://www.upcounsel.com › Patent › Connecticut ▾

★★★★★ Rating: 5 - 1,706 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Rehoboth Beach, Delaware | UpCounsel ✅
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Delaware ▾
★★★★★ Rating: 5 - 1,560 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Jackson, New Jersey | UpCounsel ✅
https://www.upcounsel.com › Patent › New Jersey ▾
★★★★★ Rating: 5 - 1,690 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Asheville Patent Attorneys - UpCounsel ✅
https://www.upcounsel.com › Patent › North Carolina ▾
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Culver City Patent Attorneys & Lawyers - UpCounsel ✅
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 - 1,690 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Addison, Texas | UpCounsel ✅
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Texas ▾
★★★★★ Rating: 5 - 1,241 reviews
Compare Addison Patent Attorneys & Lawyers for hire on UpCounsel and choose the best patent attorney for your business legal needs in Addison, TX.

### Top 5 of Patent Lawyers in Horse Shoe, North Carolina | UpCounsel ✅
https://www.upcounsel.com › Patent › North Carolina ▾
★★★★★ Rating: 5 - 1,615 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Calabasas, California | UpCounsel ✅
https://www.upcounsel.com › Patent › California ▾
Apr 27, 2016 - **Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed ...

### Top 5 of Patent Lawyers in Winter Garden, Florida | UpCounsel ✅
https://www.upcounsel.com › Patent › Florida ▾
★★★★★ Rating: 5 - 1,695 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Xenia, Ohio | UpCounsel ✅
https://www.upcounsel.com › Patent › Ohio ▾
★★★★★ Rating: 5 - 1,693 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Charleston, South Carolina | UpCounsel ✅
https://www.upcounsel.com › Patent › South Carolina ▾
★★★★★ Rating: 5 - 1,704 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Chesapeake, Virginia | UpCounsel ✅
https://www.upcounsel.com › Patent › Virginia ▾
★★★★★ Rating: 5 - 1,655 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Sun Valley, California | UpCounsel ✅
https://www.upcounsel.com › All Attorneys & Specialties › Patent › California ▾
★★★★★ Rating: 5 - 1,563 reviews

**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Anoka, Minnesota | UpCounsel
Https://www.upcounsel.com › Patent › Minnesota ▾
★★★★★ Rating: 5 - 1,623 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Exeter, New Hampshire | UpCounsel
https://www.upcounsel.com › Patent › New Hampshire ▾
★★★★★ Rating: 5 - 1,635 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Hendersonville, Tennessee | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Tennessee ▾
★★★★★ Rating: 5 - 1,577 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Patent Lawyers in Deming, New Mexico | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Patent › New Mexico ▾
★★★★★ Rating: 5 - 1,508 reviews
**Ahmed Alhafidh** offers entrepreneurs and start-ups a range of patent prosecution services. He received a Bachelor of Science at UCI. Ahmed has gained ...

### Top 5 of Immigration Lawyers in Gettysburg, Pennsylvania ...
https://www.upcounsel.com › Immigration › Pennsylvania ▾
★★★★★ Rating: 5 - 1,011 reviews
Jan 21, 2017 - A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as ...

### Top 5 of Immigration Lawyers in Marquette, Michigan | UpCounsel
https://www.upcounsel.com › Immigration › Michigan ▾
★★★★★ Rating: 5 - 1,021 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5 of Immigration Lawyers in Park Ridge, Illinois | UpCounsel
https://www.upcounsel.com › Immigration › Illinois ▾
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5 of Immigration Lawyers in Fairborn, Ohio | UpCounsel
https://www.upcounsel.com › Immigration › Ohio ▾
★★★★★ Rating: 5 - 1,013 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5 of Immigration Lawyers in Orange Park, Florida | UpCounsel
https://www.upcounsel.com › Immigration › Florida ▾
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5 of Immigration Lawyers in Manitowoc, Wisconsin | UpCounsel
https://www.upcounsel.com › Immigration › Wisconsin ▾
★★★★★ Rating: 5 - 1,015 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5 of Immigration Lawyers in High Point, NC | UpCounsel
https://www.upcounsel.com › Immigration › North Carolina ▾
★★★★★ Rating: 5 - 1,066 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as ...

### Top 5 of Immigration Lawyers in Apache Junction, Arizona ...
https://www.upcounsel.com › Immigration › Arizona ▾
★★★★★ Rating: 5 - 1,068 reviews

A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5% of Immigration Lawyers in Morrow, Georgia | UpCounsel
https://www.upcounsel.com › Immigration › Georgia ▾
★★★★★ Rating: 5 · 1,063 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5% of Immigration Lawyers in Salem, New Hampshire | UpCounsel
https://www.upcounsel.com › ... › Immigration › New Hampshire ▾
★★★★★ Rating: 5 · 1,014 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5% of Immigration Lawyers in Kelso, Washington | UpCounsel
https://www.upcounsel.com › Immigration › Washington ▾
★★★★★ Rating: 5 · 1,013 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5% of Immigration Lawyers in Florence, Kentucky | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Immigration › Kentucky
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5% of Immigration Lawyers in Coldwater, Michigan | UpCounsel
https://www.upcounsel.com › Immigration › Michigan ▾
★★★★★ Rating: 5 · 1,067 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5% of Immigration Lawyers in Elizabethton, Tennessee | UpCounsel
https://www.upcounsel.com › Immigration › Tennessee ▾
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5% of Immigration Lawyers in Sebring, Florida | UpCounsel
https://www.upcounsel.com › Immigration › Florida ▾
★★★★★ Rating: 5 · 1,067 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5% of Immigration Lawyers in Bloomington, Illinois | UpCounsel
https://www.upcounsel.com › Immigration › Illinois ▾
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5% of Immigration Lawyers in Westfield, New Jersey | UpCounsel
https://www.upcounsel.com › Immigration › New Jersey ▾
★★★★★ Rating: 5 · 1,018 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5% of Immigration Lawyers in Emporia, Kansas | UpCounsel
https://www.upcounsel.com › Immigration › Kansas ▾
★★★★★ Rating: 5 · 1,062 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5% of Immigration Lawyers in Temple, Texas | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Immigration › Texas ▾
★★★★★ Rating: 5 · 1,030 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

### Top 5% of Immigration Lawyers in Bluffton, South Carolina | UpCounsel
https://www.upcounsel.com › Immigration › South Carolina ▾
★★★★★ Rating: 5 · 1,070 reviews
A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

**Top 5% of Immigration Lawyers in Garner, North Carolina | UpCounsel** 

https://www.upcounsel.com › Immigration › North Carolina ▾

★★★★★ Rating: 5 · 1,016 reviews

A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

**Top 5% of Immigration Lawyers in Weslaco, Texas | UpCounsel** ✅

https://www.upcounsel.com › Immigration › Texas ▾

★★★★★ Rating: 5 · 1,033 reviews

A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

**Top 5% of Immigration Lawyers in Brandon, Florida | UpCounsel** ✅

https://www.upcounsel.com › Immigration › Florida ▾

★★★★★ Rating: 5 · 1,034 reviews

A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

**Top 5% of Immigration Lawyers in Spartanburg, SC | UpCounsel** ✅

https://www.upcounsel.com › Immigration › South Carolina ▾

★★★★★ Rating: 5 · 1,022 reviews

A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

**Top 5% of Immigration Lawyers in Aberdeen, Maryland | UpCounsel** ✅

https://www.upcounsel.com › Immigration › Maryland ▾

★★★★★ Rating: 5 · 1,039 reviews

A patent agent registered with the US Patent and Trademark Office, **Ahmed Alhafidh** specializes in patent drafting and prosecution as well as business and ...

Google ›

1  2   Next

● Santa Clara County, California - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

# EXHIBIT 57

9/9/2018
Case 4:18-cv-02573-YGR Document 45-1 Filed 09/11/18 Page 525 of 706
site:upcounsel.com "patent agent" "attorney profile" - Google Search

Google

site:upcounsel.com "patent agent" "attorney profile"

All    News    Images    Shopping    Videos    More          Settings    Tools

About 25 results (0.25 seconds)

### Richard Topolewski Attorney Profile on UpCounsel
https://www.upcounsel.com/attorney/profile/5aa70139245c7d2e7d201b2e ▾
★★★★★ Rating: 5 - 2 reviews
Mar 12, 2018 - I have been a **Patent Agent** since 2009, and a **Patent Attorney** since 2011. My undergraduate degree is in Electrical Engineering and I have ...

### Mark Levenda Attorney Profile on UpCounsel
https://www.upcounsel.com/attorney/profile/58cdb5234543326d139c0f00 ▾
Jul 21, 2017 - I am a highly accomplished and meticulous **Patent Agent** with a comprehensive background in assessing patentability, developing patent ...

### James Deirmendjian Attorney Profile on UpCounsel
https://www.upcounsel.com/attorney/profile/58e8817a45433249738f2300 ▾
My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a **patent agent** to have been given...

### Andrew Pharar Attorney Profile on UpCounsel
https://www.upcounsel.com/attorney/profile/5a218e0d7c55e412853da73a ▾
★★★★★ Rating: 5 - 2 reviews
Dec 1, 2017 - Kelly Tech Law. **Patent Agent**. Dec 2016 - Apr 2017. Prepared provisional and nonprovisional patent applications. Dec 2016 - Apr 2017 ...

### Richard Baker Attorney Profile on UpCounsel
https://www.upcounsel.com/attorney/profile/599f4e1845433259a1002c00 ▾
★★★★★ Rating: 5 - 2 reviews
Sep 4, 2017 - Richard Baker is a senior IP licensing executive and **patent agent** with over 17 years' experience negotiating deals and settling patent disputes ...

### Edward Robinson Attorney Profile on UpCounsel
https://www.upcounsel.com/attorney/profile/510442eece77a71670e28f06 ▾
★★★★★ Rating: 5 - 25 reviews
While in law school, Dr. Robinson worked as a **patent agent** at Isis Pharmaceuticals and Heller Ehrman LLP. After graduating from law school,… read more Dr.

### Jun Ha Attorney Profile on UpCounsel
https://www.upcounsel.com/attorney/profile/5aa6c393245c7d2e9c1ecd00 ▾
★★★★★ Rating: 5 - 2 reviews
May 2, 2018 - Jun is a patent attorney with extensive patent experience in various electrical/mechanical technologies, including wireless communication, ...

### Michael Alexander Attorney Profile on UpCounsel
https://www.upcounsel.com/profile/michaelalexander ▾
★★★★★ Rating: 5 - 2 reviews
Sep 18, 2017 - I can help anyone or any company who is developing a new material, new product, or new process, especially with regards to metals, materials ...

### Andrew Rapacke Attorney Profile on UpCounsel
https://www.upcounsel.com/profile/www.arapackelaw.com ▾
★★★★★ Rating: 5 - 2 reviews
Oct 21, 2017 - **Patent Agent**/Attorney. Oct 2014 - May 2015. **Patent agent** and attorney assisting managing partner with litigation matters. Oct 2014 - May 2015 ...

### Daniel Fraley Attorney Profile on UpCounsel
https://www.upcounsel.com/attorney/profile/58f196a645433272e61e0400 ▾
Martin & Ferraro, LLP. **Patent Agent**. Sep 2012 - Mar 2015. I worked here as a **patent agent** while I was in law school. Sep 2012 - Mar 2015 ...

### Bruce Young Attorney Profile on UpCounsel
https://www.upcounsel.com/attorney/profile/525d9fd9ce77a707a8e1d9e9 ▾
I am a full-time **Patent Agent** in a solo practice and have drafted over 100 patent applications in a wide array of technology areas including computer...

**Andrew Morabito Attorney Profile on UpCounsel** ✓
https://www.upcounsel.com/profile/morabitolawoffice ▾
★★★★★ Rating: 5 - 41 reviews
**Patent Agent**. Oct 2012 - Aug 2014. Prepared and prosecuted utility and design patent applications covering electrical, mechanical, and computer software ...

**Campbell Yore Attorney Profile on UpCounsel** ✓
https://www.upcounsel.com/profile/campbellyore ▾
★★★★★ Rating: 5 - 1 review
Aug 10, 2016 - I am a registered **patent agent** with extensive patent prosecution experience. I have drafted and filed numerous computer science, software, ...

**Kevin Prince Attorney Profile on UpCounsel** ✓
https://www.upcounsel.com/profile/quickpatents ▾
Quick Patents was founded in 2005 by Registered **Patent Agent** Kevin Prince to meet the needs of those needing to file patent applications, for whatever...

**Alex Sousa Attorney Profile on UpCounsel** ✓
https://www.upcounsel.com/attorney/profile/55ad307de19c95e30213209a ▾
★★★★★ Rating: 5 - 2 reviews
Jan 25, 2018 - Experienced Attorney with a demonstrated history of working in the legal services industry. Skilled in Science & Technology Law, Intellectual...

**Gloria M. Steinberg Attorney Profile on UpCounsel** ✓
https://www.upcounsel.com/profile/gloriasteinberg ▾
★★★★★ Rating: 5 - 205 reviews
Blog - 2017. Blog. 2017. How to Obtain Global Patent Protection. Blog - 2016. Blog. 2016. Should I Hire a Patent Attorney or a **Patent Agent**? Blog - 2016. Blog.

**Tifani Sadek Attorney Profile on UpCounsel** ✓
https://www.upcounsel.com/attorney/profile/53ea99cb43ccad834e4babb2 ▾
I earned my law degree from the University of Virginia, one of the best law schools in the country. I practiced for six years in large law firms, first...

**Owen Benito Attorney Profile on UpCounsel** ✓
https://www.upcounsel.com/profile/owenbenito ▾
★★★★★ Rating: 5 - 7 reviews
Former Patent Examiner at the U.S. Patent and Trademark Office. Current Silicon Valley patent attorney specializing in software, Internet, and...

**Wade Orr Attorney Profile on UpCounsel** ✓
https://www.upcounsel.com/attorney/profile/598485bb45433270dd382c00 ▾
★★★★★ Rating: 5 - 2 reviews
Prior to joining the Luedeka Neely, I worked as a **patent agent** for two years with Fleit Gibbons Gutman Bongini & Bianco, P.L. in Aventura, Florida during law ...

**Gargi Phadatare Attorney Profile on UpCounsel** ✓
https://www.upcounsel.com/attorney/profile/54f733cc018439c66807f0ef ▾
Dear colleague, India-based **patent agent** Gargi Phadatare (Raval) is seeking patent overflow work in the areas of mechanical, electrical, electronics...

**Michael Cohen Attorney Profile on UpCounsel** ✓
https://www.upcounsel.com/attorney/profile/5960085f454332086cea3800 ▾
★★★★★ Rating: 5 - 2 reviews
Nov 22, 2017 - Medtronic Minimed. **Patent Agent** Extern. Jan 2001 - Jan 2002. Medtronic Minimed, **Patent Agent** Extern, 2001 - 2002. Jan 2001 - Jan 2002 ...

**Kinza Hecht Attorney Profile on UpCounsel** ✓
https://www.upcounsel.com/profile/hard-ip ▾
Kinza Hecht. **Patent Agent**. New York New York. Licensed in. Patent Bar. Rutgers University School of Law - Newark. Get Free Proposals ...

**Parvathi Kota Attorney Profile on UpCounsel** ✓
https://www.upcounsel.com/attorney/profile/5ad8b2e0245c7d25da5f9cae ▾
Parvathi Kota, Ph.D. is a registered patent attorney with several years of experience in patent law. Dr. Kota has experience in preparation and...

**Natasha Mehta Attorney Profile on UpCounsel** ✓
https://www.upcounsel.com/profile/natashamehta ▾
She is licensed to practice before the United States Patent and Trademark Office as a **patent agent**. She is also licensed to practice law in Vermont and New ...

# EXHIBIT 58

site:upcounsel.com "yale" "patent" - Google Search



site:upcounsel.com "yale" "patent"



All    News    Images    Shopping    Maps    More                Settings    Tools

About 7,540 results (0.83 seconds)

**How to Get a Patent on a Product - UpCounsel**
https://www.upcounsel.com/how-to-get-a-patent-on-a-product ▼
Getting a **patent** for your invention is a multi-step process that involves a ... Law and **Yale** Law and average 14 years of legal experience, including work with or ...

---

People also ask

Where do I patent my idea?

How do I get a patent pending status?

Can you patent an idea without a prototype?

How much does it cost to patent a product?

Feedback

---

**How Much Does It Cost to Patent a Product? - UpCounsel**
https://www.upcounsel.com/how-much-does-it-cost-to-patent-a-product ▼
It's important to understand the costs of filing a **patent**, and why you should ... Law and **Yale** Law and average 14 years of legal experience, including work with ...

**Can I Patent an Idea Without a Prototype: Everything to Know**
https://www.upcounsel.com/can-i-patent-an-idea-without-a-prototype ▼
The design **patent** or utility **patent** are both options in getting a **patent** for your ... Law and **Yale** Law and average 14 years of legal experience, including work ...

**Patent Requirements: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/patent-requirements ▼
These are the four **patent** requirements ... come from law schools such as Harvard Law and **Yale** Law and average 14 years of legal experience, including work ...

**How to Get a Patent Pending: Everything You Need to Know**
https://www.upcounsel.com/how-to-get-a-patent-pending ▼
To get a **patent** pending you need to file a provisional **patent** application with ... UpCounsel lawyers are graduates of top law schools such as **Yale** and Harvard.

**How to Get a US Patent: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/how-to-get-a-us-patent ▼
A U.S. **patent** is a type of license or authority given by the government that ... Lawyers on UpCounsel come from law schools such as Harvard and **Yale** Law and ...

**Patent Example: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/patent-example ▼
A **patent** example is useful for someone who is applying for a **patent** and wants to ... Law and **Yale** Law and average 14 years of legal experience, including work ...

**Patent Process: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/patent-process ▼
The **patent** application process is the most expensive and complicated of any ... of attorneys, and our team includes those from Harvard and **Yale** law schools ...

**Patent Pending Technology: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/patent-pending-technology ▼
**Patent** pending technology is a product with a **patent** application that's been filed ... Law and **Yale** Law and average 14 years of legal experience, including work ...

**Where Do I Patent My Idea: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/where-do-i-patent-my-idea ▼
With some research and self-training, you can file a **patent** application on your ... Law and **Yale** Law and average 14 years of legal experience, including work ...

**Patent Application Process: Everything You Need to Know - UpCounsel**
https://www.upcounsel.com/patent-application-process ▼

A **patent** application is written application with detailed descriptions and ... Law and **Yale** Law and average 14 years of legal experience, including work with or ...

### Patent Trademark Copyright: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-trademark-copyright ▼
IPs receive protections from the United States **Patent** and Trademark Office. ... UpCounsel lawyers have graduated from **Yale** and Harvard Law and have worked ...

### Do You Have to Pay for a Patent: Everything You Need to Know
https://www.upcounsel.com/do-you-have-to-pay-for-a-patent ▼
But it is still possible to anticipate the cost of preparing a **patent** application. .... Law and **Yale** Law and average 14 years of legal experience, including work with ...

### Patent Search Techniques: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-search-techniques ▼
**Patent** search techniques like keywords, specific **patent** classifications, and ... of legal experience and come from schools such as Harvard Law and **Yale** Law.

### PPA Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/ppa-patent ▼
A provisional **patent** application consists of textual content and drawings that ... Law and **Yale** Law and average 14 years of legal experience, including work with ...

### Cell Phone Patents: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/cell-phone-patents ▼
Samsung alone filed 2,179 smartphone **patent** applications in 2013 alone, which ... **Yale** Holds Patents to Produce a New Generation of Cell Phone Cases.

### How Much Does a U.S. Patent Cost - UpCounsel
https://www.upcounsel.com/how-much-does-a-us-patent-cost ▼
While the exact cost of obtaining a U.S. **patent** can vary widely, we can ... Law and **Yale** Law and average 14 years of legal experience, including work with or on ...

### Can I Patent a Product That Already Exists - UpCounsel
https://www.upcounsel.com/can-i-patent-a-product-that-already-exists ▼
If you try to **patent** a product that already exists, you will need to modify the ... Law and **Yale** Law and average 14 years of legal experience, including work with ...

### How to Get a Patent in NY: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-get-a-patent-in-ny ▼
A **patent** is a right granted by the U.S. **Patent** and Trademark Office that gives an ... Our qualified team of lawyers hail from Harvard and **Yale** Law Schools and ...

### Patent Application Cost: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-application-cost ▼
The **patent** application cost in the United States is relatively nominal but can still ... Law and **Yale** Law and average 14 years of legal experience, including work ...

### Intellectual Property Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/intellectual-property-patent ▼
Intellectual property **patent** is a **patent** protecting something an individual has ... Law and **Yale** Law and average 14 years of legal experience, including work ...

### Greeting Card Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/greeting-card-patent ▼
A greeting card **patent** can be used to protect your intellectual property and ... Law and **Yale** Law and average 14 years of legal experience, including work with ...

### How to Get a Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-get-a-patent ▼
Learn how to get a **patent** to protect your intellectual property with our guide on ... Law and **Yale** Law and average 14 years of legal experience, including work ...

### What Is a Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/what-is-a-patent ▼
A **patent** grants exclusive rights to his or her invention and can stop other ... Our attorneys come from institutions like Harvard and **Yale**, and we accept only the ...

### Utility Patent Application: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/utility-patent-application ▼
Utility **patent** applications offer protection and give you exclusive rights to prevent ... Law and **Yale** Law and average 14 years of legal experience, including work ...

### What is the Average Cost of a Patent - UpCounsel
https://www.upcounsel.com/what-is-the-average-cost-of-a-patent ▼
Domestically, getting a **patent** for an invention can cost $10000 or more. ... law schools such as Harvard
Law and **Yale** Law and have an average of 14 years of ...

### Utility Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/utility-patent ▼
Utility patents are the most common type of **patent** that is used to protect new ... Law and **Yale** Law and
average 14 years of legal experience, including work with ...

### Patent Pending Protection: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-pending-protection ▼
**Patent** pending protection lets you warn other people that the U.S. **Patent** and ... by legal professionals
who attended schools like Harvard Law and **Yale** Law.

### How to Patent Something: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-patent-something ▼
Provisional **Patents**: These are preliminary patents that create a record of your .... Law and **Yale** Law and
average 14 years of legal experience, including work ...

### How to Find a Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-find-a-patent ▼
Learning how to find a **patent** is an important step in securing your ... Law and **Yale** Law and average 14
years of legal experience, including work with or on ...

### Patent Description: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-description ▼
A **patent** description explains the invention, design, or plant you've ... Law and **Yale** Law and average 14
years of legal experience, including work with or on ...

### Patent Protection: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-protection ▼
**Patent** protection allows inventors of a new product or design to have ... Law and **Yale** Law and average
14 years of legal experience, including work with or on ...

### How to Patent a Game: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-patent-a-game ▼
To **patent** a game, you'll need a detailed design and it must meet certain criteria ... Law and **Yale** Law
and average 14 years of legal experience, including work ...

### How to Patent an Invention: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-patent-an-invention ▼
An original invention that can be clearly described qualifies for a **patent**. ... Harvard Law and **Yale** Law
and average 14 years of legal experience, including work ...

### How to Patent an Idea or Product - UpCounsel
https://www.upcounsel.com/how-to-patent-an-idea-or-product ▼
For those that want to know how to **patent** an idea or product, it is critical that you .... Law and **Yale** Law
and average 14 years of legal experience, including work ...

### Trademark vs. Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/trademark-vs-patent ▼
**Patent**? A trademark protects a symbol, name, word, logo, or design used to .... on UpCounsel come
from law schools such as Harvard Law and **Yale** Law.

### Priority Date Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/priority-date-patent ▼
A priority date **patent** establishes the priority date as the earliest date an ... Law and **Yale** Law and
average 14 years of legal experience, including work with or ...

### What Is an NCE Patent? - UpCounsel
https://www.upcounsel.com/nce-patent ▼
An NCE **patent**, or new chemical **patent**, is a five-year period of exclusivity that ... Law and **Yale** Law and
average 14 years of legal experience, including work ...

### How to Read a Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-read-a-patent ▼
If you wonder how to read a **patent**, you must first understand its parts. ... Law and **Yale** Law and
average 14 years of legal experience, including work with or on ...

### How to Get a Patent License: Everything You Need to Know
https://www.upcounsel.com/how-to-get-a-patent-license ▼

To get a patent license, you must go through the patent application process. ... Law and Yale Law and average 14 years of legal experience, including work with ...

### Improvement Patents: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/improvement-patents ▼
Improvement patents add to the technology of a basic or existing patent in ... UpCounsel come from excellent law schools such as Harvard Law and Yale Law.

### What Does a Provisional Patent Protect - UpCounsel
https://www.upcounsel.com/what-does-a-provisional-patent-protect ▼
Not only is the filing fee for a provisional patent application less expensive, .... Law and Yale Law and average 14 years of legal experience, including work with ...

### Thompson Patent Search: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/thompson-patent-search ▼
If you run a Thompson patent search, you'll find many inventions that are, ... Lawyers on UpCounsel come from law schools such as Harvard Law and Yale Law, ...

### Can You Patent an Idea: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/can-you-patent-an-idea ▼
On its own, an idea is not enough to earn a patent. ... schools such as Harvard Law and Yale Law and average 14 years of legal experience, including work with ...

### Concept Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/concept-patent ▼
A patent is only suitable for a functional invention or method of doing something. ... Law and Yale Law and average 14 years of legal experience, including work ...

### Patent Licensing Strategy: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-licensing-strategy ▼
The right patent licensing strategy is essential, especially if you want ... Law and Yale Law and average 14 years of legal experience, including work with or on ...

### Field of Invention in Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/field-of-invention-in-patent ▼
The field of invention in patent applications, usually written in two sentences, ... Law and Yale Law and average 14 years of legal experience, including work with ...

### Patent Pending: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-pending ▼
"Patent pending" or "patent applied for" is a label that offers some legal ... Law and Yale Law and average 14 years of legal experience, including work with or on ...

### Can I File a Patent Without an Attorney - UpCounsel
https://www.upcounsel.com/can-i-file-a-patent-without-an-attorney ▼
Today, we'll show you how to acquire a patent for your next big idea without the .... Law and Yale Law and average 14 years of legal experience, including work with ...

### Provisional Patent Lookup: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/provisional-patent-lookup ▼
A provisional patent lookup is the process you need to go through before ... on UpCounsel come from law schools such as Harvard Law and Yale Law and have ...

### Provisional Patent Requirements - UpCounsel
https://www.upcounsel.com/provisional-patent-requirements ▼
Provisional patent requirements through the USPTO require the description to ... Law and Yale Law and average 14 years of legal experience, including work ...

### What Is a Provisional Patent Application Checklist? - UpCounsel
https://www.upcounsel.com/provisional-patent-application-checklist ▼
A provisional patent application checklist refers to a list of things you need to do ... Law and Yale Law and average 14 years of legal experience, including work ...

### How to Do a Patent Search Yourself - UpCounsel
https://www.upcounsel.com/how-to-do-a-patent-search-yourself ▼
Finding out how to do a patent search yourself involves a number of steps. ... Law and Yale Law and average 14 years of legal experience, including work with ...

### How Long Does a Provisional Patent Last: Everything to Know
https://www.upcounsel.com/how-long-does-a-provisional-patent-last ▼
Protections through a provisional patent application are only for one full year ... Law and Yale Law and average 14 years of legal experience, including work with ...

### Worldwide Patent Cost: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/worldwide-patent-cost ▾
A worldwide **patent** (or PCT) cost is $3500, provided you have already filed a ... Law and **Yale** Law and average 14 years of legal experience, including work ...

### How Much Does It Cost to Patent An App: Everything You Need to Know
https://www.upcounsel.com/how-much-does-it-cost-to-patent-an-app ▾
A **patent** can be supplied for a software process but not the code itself. ... Law and **Yale** Law and average 14 years of legal experience, including work with or on ...

### How to Patent an App: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-patent-an-app ▾
You can **patent** an app similarly to patenting a piece of software. ... such as Harvard Law and **Yale** Law and average 14 years of legal experience, including work ...

### How Long is a Patent Good For: Everything You Need to Know
https://www.upcounsel.com/how-long-is-a-patent-good-for ▾
If you've ever asked, "how long is a **patent** good for;" the answer is, ... Law and **Yale** Law and average 14 years of legal experience, including work with or on ...

### Cost For Patent Search: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/cost-for-patent-search ▾
A **patent** search is a search of issued patents and published **patent** ... Lawyers on UpCounsel come from law schools such as Harvard Law and **Yale** Law and ...

### Do You Need a Prototype to Get a Patent - UpCounsel
https://www.upcounsel.com/do-you-need-a-prototype-to-get-a-patent ▾
If you can describe the thing you want to **patent** in enough detail, you can **patent** ... Law and **Yale** Law and average 14 years of legal experience, including work ...

### Invention Patent Search: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/invention-patent-search ▾
Invention **patent** search is a process that precedes filing a **patent** application. ... Law and **Yale** Law and average 14 years of legal experience, including work ...

### Patent Disclosure: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-disclosure ▾
A **patent** disclosure is a public claim of data about an invention. ... such as Harvard Law and **Yale** Law and average 14 years of experience, including work with ...

### Patent Novelty: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-novelty ▾
An invention must be novel to be granted a **patent**. ... schools such as Harvard Law and **Yale** Law and average 14 years of legal experience, including work with ...

### Patent Attorney: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-attorney ▾
A **patent** attorney is a lawyer with experience in intellectual property ... Harvard Law and **Yale** Law and average 14 years of legal experience, including work with ...

### Does a Provisional Patent Protect My Invention - UpCounsel
https://www.upcounsel.com/does-a-provisional-patent-protect-my-invention ▾
Provisional **Patent** Applications are common practice, and certainly nothing to be ... Law and **Yale** Law and average 14 years of legal experience, including work ...

### Patent Infringement Search: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-infringement-search ▾
A **patent** infringement search is key to discovering whether what seems like a ... Law and **Yale** Law and average 14 years of legal experience, including work ...

### How to Do a Patent Search: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-do-a-patent-search ▾
A **patent** search involves looking through **patent** documentation to find out if your ... Law and **Yale** Law and average 14 years of legal experience, including work ...

### Utility Patent Attorney: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/utility-patent-attorney ▾
A utility **patent** attorney practices law in protecting intellectual property ... Lawyers on UpCounsel come from law schools such as Harvard Law and **Yale** Law, ...

### How to Make a Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-make-a-patent ▾

There are several ways you may obtain a **patent**. ... such as Harvard Law School and **Yale** Law School and average 14 years of legal experience, including work ...

### What Is an Incorporation By Reference Patent? - UpCounsel
https://www.upcounsel.com/incorporation-by-reference-patent ▾
Incorporation by reference **patent** refers to supplements to a **patent** ... Law and **Yale** Law and average 14 years of legal experience, including work with or on ...

### Provisional Patent Software: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/provisional-patent-software ▾
One of the purposes of a provisional **patent** application is to give the inventor time ... on UpCounsel come from law schools such as Harvard Law and **Yale** Law, ...

### U.S. Provisional Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/us-provisional-patent ▾
A U.S. provisional **patent** must be properly written and filed in order to be ... Law and **Yale** Law and average 14 years of legal experience, including work with ...

### File Provisional Patent Online: Everything You Need to Know
https://www.upcounsel.com/file-provisional-patent-online ▾
The most important thing to understand about filing provisional **patent** online is ... Law and **Yale** Law and average 14 years of legal experience, including work ...

### Cost to Patent a Product: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/cost-to-patent-a-product ▾
The cost to **patent** a product include minimum fees charged by the U.S. **Patent** ... representative of the top law schools in the U.S., such as **Yale** and Harvard Law.

### Cost of Filing a Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/cost-of-filing-a-patent ▾
If there is no existing invention with a **patent** registration, the new idea will be .... Law and **Yale** Law and average 14 years of legal experience, including work ...

### Social Media Patents: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/social-media-patents ▾
Specific areas of a social network can enjoy **patent** protection as long as they ... Law and **Yale** Law and average 14 years of legal experience, including work ...

### What Does a Patent Do: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/what-does-a-patent-do ▾
A **patent** gives the **patent** holder exclusive rights to an inventive process or ... their profession with educational backgrounds from such law schools as **Yale** Law ...

### How to Submit a Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-submit-a-patent ▾
Getting a **patent** is different in each country, and in the U.S., the United States **Patent** ... Lawyers on UpCounsel come from law schools such as Harvard and **Yale** ...

### Copyright vs. Trademark vs. Patent vs. License: Everything to Know
https://www.upcounsel.com/copyright-trademark-patent-license ▾
By registration of the trademark with the U.S. **Patent** and Trademark Office (PTO) ... to provide only the best lawyers from top law schools, like Harvard and **Yale**.

### U.S. Patent Application: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/us-patent-application ▾
A provisional **patent** application is one that is filed with the USPTO and ... Law and **Yale** Law and average 14 years of legal experience, including work with or on ...

### Patent Fees: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-fees ▾
Outlined below are the **patent** fees for the USPTO for different **patent** tasks like ... Law and **Yale** Law and average 14 years of legal experience, including work ...

### Provisional Patent Process: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/provisional-patent-process ▾
The provisional **patent** process allows an inventor to obtain **patent** protection for ... Law and **Yale** Law and average 14 years of legal experience, including work ...

### Inventions Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/inventions-patent ▾
An inventions **patent** is issued through the United States **Patent** and ... Harvard Law and **Yale** Law and average 14 years of legal experience, including work with ...

9/10/2018
Case 4:18-cv-02573-YGR   Document 45-2   Filed 09/11/18   Page 534 of 706
site:upcounsel.com "yale" "patent" - Google Search

How to Purchase a Patent: Everything You Need to Know | UpCounsel
https://www.upcounsel.com/how-to-purchase-a-patent ▼
Determine how to purchase a patent by first understanding what a patent is. ... Lawyers from UpCounsel
consist of Harvard and Yale graduates who have an ...

Patent Application Search: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-application-search ▼
A patent application search is a step in the process of applying for a patent by ... Law and Yale Law and
average 14 years of legal experience, including work ...

Patent Licensing Agent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-licensing-agent ▼
A patent licensing agent represents an inventor's product. ... such as Harvard Law and Yale Law and
average 14 years of legal experience, including work with ...

How to Sell a Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-sell-a-patent ▼
Securing a patent is an important part of becoming an inventor or an entrepreneur. ... Lawyers on
UpCounsel come from law schools such as Harvard and Yale ...

Provisional Patent Extension: Everything You Need to Know
https://www.upcounsel.com/provisional-patent-extension ▼
A provisional patent extension is an important portion of any patent ... Harvard Law and Yale Law and
average 14 years of legal experience, including work with ...

How to Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-patent ▼
If you're trying to learn more about how to patent, you'll first need to ... Harvard Law and Yale Law and
average 14 years of legal experience, including work with ...

Patent Continuation: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/patent-continuation ▼
A patent continuation is an application that will allow the examination of a patent ... Law and Yale Law
and average 14 years of legal experience, including work ...

Top 5% of Patent Lawyers in Alpharetta, Georgia | UpCounsel
https://www.upcounsel.com › Patent › Georgia ▼
Compare Alpharetta Patent Attorneys & Lawyers for hire on UpCounsel and ... has a Juris Doctorate
degree in law, which he obtained from the Yale Law School.

How Much Does a Patent Search Cost - UpCounsel
https://www.upcounsel.com/how-much-does-a-patent-search-cost ▼
A patent search is a search of issued patents and revealed patent purposes for ... Law and Yale Law and
average 14 years of legal experience, including work ...

How to Sell Your Patent to a Company - UpCounsel
https://www.upcounsel.com/how-to-sell-your-patent-to-a-company ▼
A patent is a crucial legal document and affirmation that grants possession to an ... All the top law
schools, such as Harvard Law and Yale Law, are represented ...

How to File a Utility Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-file-a-utility-patent ▼
A utility patent protects specific inventions, including machines, systems, ... Harvard Law and Yale Law
and average 14 years of legal experience, including work ...

How to Patent a Website Idea: Everything You Need to Know
https://www.upcounsel.com/how-to-patent-a-website-idea ▼
While you can't just get a patent on an entire website, you can obtain a ... Law and Yale Law and average
14 years of legal experience, including work with or on ...

Get a Patent: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/get-a-patent ▼
A patent gives the owner the ability to restrict others from making, using, ... Law and Yale Law and
average 14 years of legal experience, including work with or ...

How Long Does Patent Pending Last: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-long-does-patent-pending-last ▼
This phase of the patent process can last from one to three years, or longer ... lawyers have degrees
from some of the top law schools such as Yale and Harvard.

How to Patent an Improvement on an Existing Product - UpCounsel
https://www.upcounsel.com/how-to-patent-an-improvement-on-an-existing-product ▼

Learning how to patent an improvement on an existing product is a vital step ... Law and Yale Law and
average 14 years of legal experience, including work with ...

### How to Patent a Name: Everything You Need to Know - UpCounsel
https://www.upcounsel.com/how-to-patent-a-name ▾
You actually cannot patent a name, so you will need to trademark it instead which ... Lawyers on
UpCounsel come from law schools such as Harvard and Yale ...

### How to Patent a Service Idea: Everything You Need to Know
https://www.upcounsel.com/how-to-patent-a-service-idea ▾
If you want to patent a service idea, you would need to apply for a utility .... Law and Yale Law and
average 14 years of legal experience, including work with or ...

## Searches related to site:upcounsel.com "yale" "patent"

| | |
|---|---|
| patent **search** | patent **pending definition** |
| patent **pending application** | patent **requirements in india** |
| **us** patent **office** | |

1  2  3    Next

# EXHIBIT 59

9/10/2018
Responsive Law on Fee Sharing, Innovation, and the Consumer Interest - UpCounsel Blog
Case 4:18-cv-02573-YGR   Document 45   Filed 09/11/18   Page 537 of 706



Discover UpCounsel     GCs & Legal Departments     Business Resources     Legal Tips     HR & Employment

# Responsive Law on Fee Sharing, Innovation, and the Consumer Interest

5 years ago • by Tom Gordon • 9 min read

It's an exciting time for the legal services industry. Companies like UpCounsel, LegalZoom, and the UK's Co-operative Legal Services are proving that there are viable alternatives to the traditional (and expensive) attorney-client model. In this transitioning landscape, Responsive Law serves as the voice of the everyday consumer. Responsive Law is a national non-profit organization whose mission is to increase access, affordability, and accountability in the legal system. Protecting consumer interests is one of our core objectives, one which is often best accomplished by advocating for right-sizing regulation of the legal services industry.

Regulation is a double edged sword. This set of rules and laws varies from field to field, and in many cases they help protect customers and ensure fair business practice. For example, pharmaceutical companies must submit new drugs to the FDA for approval, which helps protect consumers from worthless "snake oil" products. In the legal world, laws that keep attorney-client communication confidential are important consumer protections.

On the other hand, regulations can also work towards the customer's detriment, by protecting entrenched interests and preventing competition. This is all too often the case in the legal industry, where many of the

rules and laws governing the supply of legal services are written by the industry's oligarchs: the bar associations. When regulations are so strict that they inhibit innovation that could help consumers, it is Responsive Law's mission to overturn them.

One potent example of a rule which is helping the bar associations and hurting everyone without a law degree is the widespread prohibition on fee sharing. Responsive Law, which advocates on behalf of the consumers of legal services, today offers as a guest post a primer on what fee-sharing is, and how allowing it could revolutionize the legal services industry.

# An Out-Dated Rule

The prohibition on fee sharing is a near-universal feature of state bar regulations, but everywhere has its roots in American Bar Association Model Rule 5.4. This code, intended as a guideline for state bar associations across the country, governs the professional independence of a lawyer. It prohibits, in most cases, a lawyer or law firm from sharing legal fees with a non-lawyer. Section 5.4(c) is especially relevant: "A lawyer shall not permit a person who recommends, employs, or pays the lawyer to render legal services for another to direct or regulate the lawyer's professional judgment in rendering such legal services." Overall, this rule has the impact of limiting the financial structure of law firms to the traditional "lawyers partnered with lawyers" model.

The justification often given for the restriction is twofold, but neither argument stands up to scrutiny. First, allowing fee sharing could give non-lawyers influence over an attorney's handling of a case, and—the argument goes—non-lawyers cannot be trusted to act in the client's best interests. The worry is that, were a lawyer in partnership with an unscrupulous investor, the investor's desire for profit might lead the attorney to make racking up fees a higher priority than doing right by his clients. In reality, attorneys already have financial incentives which may conflict with their clients' best interest. Solo practitioners are under pressure to pay their bills, and lawyers at large firms are under pressure to meet their required billable hours." Under the current regime, attorneys' ethics training, rather than customer choice, is the sole method of consumer protection.

Second, there is a deep-seated fear about the commercialization of the practice of law. The cultural distinction of being a "profession" is important to attorneys and bar associations. For decades, members of the ABA's House of Delegates invoked the "fear of Sears" – the idea that sharing legal fees with non-lawyers would lead the famous department store to open up its own law shop. The entrenched interests in the legal industry quail at the idea that legal services might become an everyday product, less glamorous *and* expensive than they currently are. Consumers, on the other hand, would jump for joy if dealing with the legal system were as simple as picking out a new fridge.

# Reality Check

The ban on fee sharing causes much more harm than good.

First, the wording of the rule itself is overbroad, creating burdensome technical hurdles to innovation. An ethics class professor once demonstrated the problem this way: Taking a dollar bill in each hand, he declared that the right was his client's money, the left the firm's. He put the bills in the same pocket – and was suddenly guilty of fee-sharing. (Never mind the fact that it was perfectly clear that each party was entitled to one dollar.) Because Rule 5.4 is written so broadly, it is absurdly easy for any legal service provider to make a technical violation based upon something as simple as how money is transmitted via the internet before it reaches its final destination. Innovators like UpCounsel have to tread carefully around arcane distinctions, and constantly watch their backs for an incoming lawsuit from Bar Associations or lawyers unhappy with the idea of facing competition.

Second, legal service startups cannot seek the investor funding that allows innovation in other fields to flourish. It's not enough to have a business model that could reshape the legal industry – a startup must contort its financial structure to avoid non-lawyer investment and fee sharing. The result: fewer choices and higher prices for consumers.

# The H&R Block of Law Firms

Not only are the reasons for disallowing fee sharing flawed, but allowing the practice would be of great benefit to consumers. Good lawyers, of course, have always put their clients' interests first. No matter what their financial structure is, they are bound by the rules of professional conduct. Services like UpCounsel do a better job of protecting consumers by enabling them to find a good lawyer. Consumer choice and a free market are powerful incentives with the potential to drastically lower the cost of legal services.

If the rules on fee sharing were relaxed or dropped, innovative companies like UpCounsel could do even more for their clients. Think H&R Block, but navigating the legal system instead of the tax code. Almost every law firm providing services to middle-income individuals is a small business of no more than a dozen attorneys. A large national firm specializing in these issues could provide standardized training to the attorneys it works with, perform quality control on services offered to clients, and let lawyers focus on practicing law rather than finding clients. Economies of scale would bring the costs of legal services down, while creating opportunities for attorneys fresh out of law school. Angel investors could actually act on a great proposal for a new legal services model, and bring it into reality. Under current regulations, none of this can happen. Rules intended to protect consumers from unscrupulous lawyers are actually making it harder to connect them with good ones.

# Progress Stops at the Water's Edge

Fortunately, in recent years there has been an international push to modernize the legal services industry. Australia and the UK have liberalized restrictions on fee sharing, moves which are shaking up those countries' stagnant legal industries. In the UK the Co-operative Group and other "Tesco Law" firms are building economies of scale and offering cheaper, standardized services to customers. Likewise, in Australia innovative firms like Rocketlegal are offering alternatives to traditional practices. Consumers have reacted positively to the idea of brand names offering affordable quality legal service.

Unfortunately, here in the US the American Bar Association has refused to even consider relaxing Rule 5.4. Despite initial indications in December 2011 that the ABA's Commission on Ethics 20/20 would consider "proposing a limited form of nonlawyer ownership of law firms," in April 2012 the Commission declared that no changes to the policy were on the table. Since then, the New York State Bar's Task Force on Nonlawyer Ownership has likewise rejected any form of nonlawyer ownership, and all of the ABA Commission's proposed changes have been withdrawn. In January of 2012 we testified to the Ethics 20/20 Commission that, "By adopting a proposal slightly less progressive than that adopted by the District of Columbia 21 years ago, the ABA would bring the business of law in the United States into the 1980s, while service providers in other industries and lawyers in other parts of the world are exploring how to better serve their customers using 21st century business models." It now appears that even this was too much innovation for the ABA's tastes.

There is a ray of hope for changes to the ABA's rules: the court system itself. The underreported Jacoby & Meyers lawsuit against the states of New York, Connecticut, and New Jersey is still working its way through the court system. Jacoby & Meyers has challenged these states' ban on non-lawyer investment in law firms, which it argues is an unconstitutional restriction on law firms' freedom of association. In November, the U.S. Court of Appeals for the Second Circuit kicked the case back down to district court, ordering Jacoby & Meyers to broaden their complaint to cover all the provisions of New York law which prohibit non-lawyer investment. If successful, these cases could overturn the prohibitions on fee sharing and outside investment in those states, setting a precedent with national impact.

# A Double Edged Sword

While business rules and regulations often work to protect consumers, they can also do harm. In the legal services industry, entrenched interests have adopted some self-serving "consumer protections" that in fact stifle consumer choice and innovative service providers. To offer consumers better options requires a two-fold approach. Firms like UpCounsel offer new models and improved services to consumers.

Meanwhile, advocacy groups such as Responsive Law fight to level the playing field in the consumers' interest. In testimony to the Task Force to Expand Civil Legal Services in New York, multiple comments to

the ABA Ethics 20/20 Commission on Alternative Law Practice, and public dialogue, Responsive Law continues to push for changes that will benefit consumers of legal services. The Law Firm of Sears & Roebuck should be our goal, not something to fear!

## About the author



### Tom Gordon

Tom Gordon is Executive Director of Responsive Law, a national nonprofit organization that advocates policies that foster a more user-friendly legal system. Tom is a lawyer by training, and has been engaged in advocacy on behalf of consumers of legal services since 2000.

View all posts

CUT LEGAL FEES BY 60%

Tell us about your company so we can introduce you to the right specialist to suit your unique needs.

**Request a Demo**

## Recommended Article



Five Examples How GDPR Affects US Small Businesses

# EXHIBIT 60

UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE DIRECTOR OF THE
UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In the Matter of | ) | |
| | ) | |
| Mark A. Levenda, | ) | Proceeding No. D2018-21 |
| | ) | |
| Respondent | ) | |
| | ) | |

## FINAL ORDER

Pursuant to 37 C.F.R. § 11.27(b), the Director of the United States Patent and Trademark

Office ("USPTO" or "Office") received for review and approval from the Director of the

Office of Enrollment and Discipline ("OED Director") an Affidavit of Resignation Pursuant to

37 C.F.R. § 11.27 executed by Mark A. Levenda ("Respondent") on January 19, 2018.

Respondent submitted the 4-page Affidavit of Resignation to the USPTO for the purpose of

being excluded on consent pursuant to 37 C.F.R. § 11.27.

For the reasons set forth herein, Respondent's Affidavit of Resignation shall be approved,

and Respondent shall be excluded on consent from practice before the Office in patent,

trademark, and other non-patent matters commencing on the date of this Final Order.

### Jurisdiction

Respondent of Scottsdale, Arizona is a registered patent agent (Registration Number

57,413).  Respondent is subject to the USPTO Rules of Professional Conduct,

37 C.F.R. § 11.101 *et seq.*[1]

---

[1] The USPTO Rules of Professional Conduct apply to a practitioner's conduct occurring on or
after May 3, 2013.

Pursuant to 35 U.S.C. §§ 2(b)(2)(D) and 32 and 37 C.F.R. § 11.27, the USPTO Director

has the authority to approve Respondent's Affidavit of Resignation and to exclude Respondent

on consent from the practice of patent, trademark, and other non-patent law before the Office.

### Respondent's Affidavit of Resignation

Respondent acknowledges in his January 19, 2018 Affidavit of Resignation that:

1.      His consent is freely and voluntarily rendered, and he is not being subjected to

coercion or duress.

2.      He is aware that, pursuant to 37 C.F.R. § 11.22, the OED Director opened an

investigation of allegations that he violated the USPTO Rules of Professional Conduct.  The

investigation delved into and obtained information, *inter alia*, about:

    a.  In or around June 2016, Respondent agreed to receive patent referrals from Desa Industries, Inc., a New York business corporation, doing business as World Patent Marketing ("WPM") in Miami Beach, Florida.  WPM does not appear to be a law firm or otherwise authorized to offer or provide legal services.

    b.  Respondent agreed to accept WPM customers on a referral basis for the preparation and filing of U.S. Provisional Patent Applications, U.S. Utility Patent Applications, U.S. Design Patent Applications, and/or PCT Patent Applications.

    c.  Ms. A was one of the 31 customers referred to Respondent by WPM from July 2016 to November 2016.  Ms. A's file was forwarded to Respondent by WPM with a request to prepare and file a patent application for her invention.

    d.  In Ms. A's matter, Respondent provided Ms. A with an engagement letter on August 1, 2016.  The engagement letter stated, in relevant part:

        i.  M.A. Levenda PLC is neither affiliated nor associated with World Patent Marketing;

        ii.  Upon filing your patent application, M.A. Levenda PLC invoices World Patent Marketing based on type of application filed and in accordance with the following rates:

| | |
|---|---|
| US Provisional Patent Application | $175.00 |
| US Non-Provisional Patent Application | $1200.00 |
| US Design Patent Application | $450.00 |

| | |
|---|---|
| PCT Patent Application | $1800.00 |
| US Non-Provisional/PCT Application Combo | $1700.00. |

    iii. From time-to-time, a referred client may request a service that is beyond the scope of their agreement with World Patent Marketing. If M.A. Levenda PLC agrees to provide the requested service, I will communicate related fee amounts to the client directly prior to the start of the requested service.

e. Respondent discussed the content of Ms. A's patent application with her prior to filing with the USPTO.

f. Respondent filed a U.S. Patent Application on Ms. A's behalf.

g. Respondent invoiced WPM for $1200.00 for "US Utility Application Preparation and USPTO Filing" of the patent application.

h. Respondent was not aware that an Office action was issued for the patent application, until it was brought to his attention by Ms. A.

i. Respondent informed Ms. A that a response to the Office action would generally cost her between $1000 and $3000, depending on who she hired to file the response. Respondent also offered to pay the extension of time fee if Ms. A wished for him to prepare and file a response for her.

j. Respondent believed Ms. A was upset by the cost, as she replied "[w]hen I signed on with WPM they mislead [sic] me and told me I would have no further expenses. I gave them 2k plus the 14, 995k [sic] in which they would handle marketing[,] Product Launch[,] etc. I am quite confused."

k. Respondent concluded that Ms. A either did not believe or did not comprehend his independence from WPM, as demonstrated by her continued reference to him as a member of WPM.

l. Ms. A revoked Respondent's Power of Attorney for the patent application.

3. He is aware that the OED Director is of the opinion based on this investigation that he violated the following provisions of the USPTO Rules of Professional Conduct:

a. 37 C.F.R. § 11.102(a) (requiring that a practitioner abide by a client's decisions regarding objectives of representation and consult with the client as to the means to achieve representation);

b. 37 C.F.R. § 11.104 (requiring that a practitioner shall reasonably consult with the client about the means by which the client's objectives are to be accomplished, keep the client reasonably informed about the status of the matter, promptly comply with reasonable requests for information from the client, consult with the client about any relevant limitation on the practitioner's conduct and explain a matter to the extent reasonably necessary to permit the client to make informed decisions regarding the representation);

c. 37 C.F.R. § 11.105(b) (requiring a practitioner to consult with client regarding the scope of the representation and the basis or rate of the fee and expenses for which the client will be responsible);

d. 37 C.F.R. § 11.107(a) (setting forth a practitioner's duty regarding conflicts of interest where the representation may be limited by practitioner's responsibilities to another client, a third person or by a personal interest of the practitioner);

e. 37 C.F.R. § 11.108(f) (setting forth that a practitioner shall not accept compensation from a third party without informed consent from the client);

f. 37 C.F.R. § 11.116 (setting forth a practitioner's duties in terminating a representation of a client);

g. 37 C.F.R. § 11.504(a) (setting forth that a practitioner shall not share legal fees with a non-practitioner);

h. 37 C.F.R. § 11.504(c) (setting forth that a practitioner shall not permit a person who recommends, employs, or pays the practitioner to regulate the practitioner's professional judgment in rendering legal services);

i. 37 C.F.R. § 11.804(d) (proscribing conduct that is prejudicial to the administration of justice); and

j. 37 C.F.R. § 11.804(i) (proscribing conduct that adversely reflects on the practitioner's fitness to practice before the Office).

4.      Without admitting to violating any of the disciplinary rules of the USPTO Rules of Professional Conduct investigated by the OED Director, he acknowledges that, if and when he applies for reinstatement under 37 C.F.R. § 11.60 to practice before the USPTO in patent, trademark, and/or other non-patent matters, the OED Director will conclusively presume, for the purpose of determining the application for reinstatement, that:

(a) the facts regarding him in the investigation are true, and

(b) he could not have successfully defended himself against the allegations embodied in the opinion of the OED Director that he violated 37 C.F.R. §§ 11.102(a), 11.104, 11.105(b), 11.107(a), 11.108(f), 11.116, 11.504(a), 11.504(c), 11.804(d), and 11.804(i).

5.     He has fully read and understands 37 C.F.R. §§ 11.5(b), 11.27, 11.58, 11.59, and 11.60, and is fully aware of the legal and factual consequences of consenting to exclusion from practice before the USPTO in patent, trademark, and other non-patent matters.

6.     He consents to being excluded from practice before the USPTO in patent, trademark, and other non-patent matters.

## Exclusion on Consent

Based on the foregoing, the USPTO Director has determined that Respondent's Affidavit of Resignation complies with the requirements of 37 C.F.R. § 11.27(a).  Accordingly, it is hereby ORDERED that:

1.     Respondent's Affidavit of Resignation shall be, and hereby is, approved;

2.     Respondent shall be, and hereby is, excluded on consent from practice before the Office in patent, trademark, and other non-patent matters commencing on the date of this Final Order;

3.     The OED Director shall electronically publish the Final Order at the Office of Enrollment and Discipline's electronic FOIA Reading Room, which is publicly accessible at http://e-foia.uspto.gov/Foia/OEDReadingRoom.jsp;

4.     The OED Director shall publish a notice in the *Official Gazette* that is materially consistent with the following:

### Notice of Exclusion on Consent

This notice concerns Mark A. Levenda, a registered patent agent (Registration No. 57,413).  The Director of the United States Patent and Trademark Office ("USPTO" or "Office") has accepted Mr. Levenda's affidavit of resignation and ordered his exclusion on consent from practice before the Office in patent, trademark, and non-patent law.

Mr. Levenda voluntarily submitted his affidavit at a time when a disciplinary investigation was pending against him. The investigation concerned Mr. Levenda's acceptance of patent referrals from Desa Industries, Inc., a New York business corporation, doing business as World Patent Marketing in Miami Beach, Florida.  World Patent Marketing does not appear to be a law firm or otherwise authorized to offer or provide legal services.  Mr. Levenda acknowledged that the OED Director was of the opinion that his conduct violated 37 C.F.R. §§ 11.102(a), 11.104, 11.105(b), 11.107(a), 11.108(f), 11.116, 11.504(a), 11.504(c), 11.804(d), and 11.804(i).

While Mr. Levenda did not admit to violating any of the disciplinary rules of the USPTO Rules of Professional Conduct as alleged in the pending investigation, he acknowledged that, if and when he applies for reinstatement, the OED Director will conclusively presume, for the limited purpose of determining the application for reinstatement, that (i) the facts set forth in the OED investigation against him are true, and (ii) he could not have successfully defended himself against the allegations embodied in the opinion of the OED Director that he violated  37 C.F.R.  §§ 11.102(a), 11.104, 11.105(b), 11.107(a), 11.108(f), 11.116, 11.504(a), 11.504(c), 11.804(d), and 11.804(i).

This action is taken pursuant to the provisions of 35 U.S.C. §§ 2(b)(2)(D) and 32, and 37 C.F.R. §§ 11.27 and 11.59. Disciplinary decisions involving practitioners are posted for public reading at the Office of Enrollment and Discipline Reading Room, available at: http://e-foia.uspto.gov/Foia/OEDReadingRoom.jsp.

5.      Respondent shall comply fully with 37 C.F.R. § 11.58; and

6.      Respondent shall comply fully with 37 C.F.R. § 11.60 upon any request for

reinstatement.


_____          2/27/18
David Shewchuk                                  _____
Deputy General Counsel for General Law          Date
United States Patent and Trademark Office

on delegated authority by

Andrei Iancu
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office


cc:

Director of the Office of Enrollment and Discipline
U.S. Patent and Trademark Office

Mr. Mark A. Levenda
███████████████

# EXHIBIT 61

screenshot-www.upcounsel.com-2018.09.10-16-23-49
https://www.upcounsel.com/intellectual-property-attorneys-cotati-ca
10.09.2018

 upcounsel

Enterprise    How It Works    Our Lawyers    Resources    For Lawyers   Login

# Cotati Intellectual Property Attorneys & Lawyers

**Get Free Attorney Proposals**

Our Lawyers > Intellectual Property > California > Cotati Attorneys



### Steven Stark
★★★★★ 272 reviews

For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in particular since he himself started several businesses of his own in New York and Florida. He understands the importance of small businesses having a reliable attorney to advise them about legal matters from their inception.

20 repeat hires    41 yrs experience    Licensed in FL, NY    ✔ verified

 "It was amazing working with Steve. He is very helpful & easy to work with. I would highly recommend his services."

**Get Proposal**

**View Profile**



### Richard Gora
★★★★★ 156 reviews

Looking for an attorney with experience? Richard Gora is the exact attorney you want. Having defended over 100 cases both in state and federal courts and working with clients from around the globe, Richard has an array of different experiences. His services are wide-ranging and include business litigation, securities litigations, employment litigation, and business counsel. Prior to founding Gora LLC, he worked for Finn, Dixon & Herling LLP for eight years.

3 repeat hires    12 yrs experience    Licensed in CT, NJ    ✔ verified

 "Very positive experiences as always, very fast and diligent"

**Get Proposal**

**View Profile**



### Joshua Garber
★★★★★ 196 reviews

Representing notable clients like Tesla and the City of Los Angeles, Josh Garber excels at helping clients with employment and labor laws. Many of his past clients have had great success using Josh for employment agreements and Division of Labor Standards Enforcement (DLSE) hearings. With his practical advice, he has even helped clients avoid going to court.

40 repeat hires    9 yrs experience    Licensed in CA    ✔ verified

 "Joshua is very knowledgeable and timely. It was a pleasure working with him. He answered my questions effectively and offered excellent a..."

**Get Proposal**

**View Profile**

## Useful Resources

How to Prove a Contract Was Signed Under Duress

Technology Assignment Agreement

Arbitration Agreement

Bill of Sale Template

Old Patents: Everything You Need to Know

Performance of the Contract of Sale

What Is the Difference Between Implied and Express Contract?

Contract Resolution: Everything You Need to Know

Contributory Infringement: Everything You Need to Know

Collective Mark: Everything You Need To Know

## More Cotati Attorneys

Cotati Franchise Attorneys

Cotati Business Attorneys

Cotati Securities Attorneys

Cotati Startup Attorneys

Cotati Non-Profit Attorneys

## Nearby Attorneys

Ukiah Intellectual Property Attorneys

Willits Intellectual Property Attorneys

Healdsburg Intellectual Property Attorneys

Sebastopol Intellectual Property Attorneys

Windsor Intellectual Property Attorneys

### Cotati Intellectual Property Lawyers

5.0 ★★★★★
Based on 5450 reviews



💬 Clear Communication - 5.0
⏱ Response Time - 4.9
🎓 Knowledgeable - 5.0
📅 Meets Deadlines - 5.0



## Thomas Mcnamara

Thomas McNamara obtained his law degree from the University of San Diego School of Law. He was given the Director's Award in 1996 and 2001 by the U.S. Department of Justice. He is an expert in the fields of White Collar and Internal Investigations, Litigation and Class Actions, Securities Enforcement and Receiverships and Monitorships. Thomas is a former long-time federal prosecutor and seasoned defense attorney

**Get Proposal**

**View Profile**

**4** yrs experience  |  Licensed in CA



UpCounsel is a secure service for your business legal needs



## Lauri Donahue

★★★★★ 155 reviews

Lauri Donahue has been practicing law for more than 25 years. She advises high-tech, media, and entertainment companies in the U.S., Israel, and the EU on matters including technology licensing, entertainment law, video game law, anti-piracy, antitrust, IP litigation, and patent monetization. Ms. Donahue also trains and manages multi-shore teams and teaches law in the U.S. and overseas.

**Get Proposal**

**View Profile**

**30** repeat hires  |  **31** yrs experience  |  Licensed in CA  |   verified

 "Great support and didn't have to wait a lot."



## John Tran

John Tan is a patent attorney for Rhema Law Group, where he manages the firm's intellectual property practice. His practice areas include IP, portfolio management, and IP property litigation. In IP Today magazine, Rhema Law was named one of the top patent firms in the country. He has also been named a Super Lawyer, as well as an OC Metro Top Attorney.

**Get Proposal**

**View Profile**

**13** yrs experience  |  Licensed in CA, Patent Bar



## Ray Levy

Ray Levy is a London-based attorney with over 20 years of experience in business law. Prior to starting his own practice, he worked at leading firms including Ince & Co. He has served clients including technology and media firms, banks, national and international companies, and high-worth individuals. His areas of expertise include contracts, internet policy, business agreements, and intellectual property.

**Get Proposal**

**View Profile**

**21** yrs experience  |  Licensed in



## Amanda Mooney

Amanda is a Founding Partner of Goodman Mooney, a firm that focuses mainly on US and international intellectual property and corporate matters. Her passion for apparel and beauty products makes her an excellent fit as legal counsel for up and coming brands. Amanda is very familiar with the changing landscape of advertising and media law and has been featured in many publications.

**Get Proposal**

**View Profile**

**15** yrs experience  |  Licensed in CA



## Jeffrey Solomon

Jeffrey Solomon custom-tailors legal solutions for Entertainment, Tech,

**Get Proposal**



and New Media companies. He specializes in complex licensing, technology transactions, and strategic business advice. Prior to founding Bespoke Law Group in 2011, Jeffrey spent seven years at "big law" firms including DLA Piper. He also was director of business/legal affairs for indie film company Ascendant Pictures.

**View Profile**

**17** yrs experience  |  Licensed in CA

**View All**     **Next →**



Share 0   Tweet 0   Share 0   Google+ 0

# Find the best lawyer for your legal needs

**FIND A LAWYER**

**NAVIGATION**

How it Works
For Lawyers
Free Legal Documents
Blog
Sitemap

**ABOUT**

The Company
Careers
Customers
Privacy Policy
Terms of Service

**CONTACT**

Visit our Support Center
Contact
Sales
Press

upcounsel

UpCounsel is an interactive online service that makes it faster and easier for businesses to find and hire legal help solely based on their preferences. We are not a law firm, do not provide any legal services, legal advice or "lawyer referral services" and do not provide or participate in any legal representation.

© 2018 UpCounsel, Inc.

# EXHIBIT 62

**Google**     Richmond attorneys "for hire"

All    Maps    News    Shopping    Images    More       Settings    Tools

About 923,000 results (1.67 seconds)

**Richmond Reckless Driving? | Homiller Law Firm- Recommended**
Ad · www.traffic-defense-lawyer.com/homiller-rdva ▾
Were you charged with Reckless Driving? Top Rated Reckless Defense **Attorney** Here. Top Rated. 15+
Years of Experience. Types: Types Of Reckless Driving, AVVO Rated, See The Homiller Results.
⦿ 13801 Village Mill Dr #205, Midlothian, VA - (804) 608-5228

Free Consultation            Learn More
Learn more about your         Speeding, Reckless Driving
Reckless Driving Charge       Traffic Defense

**Hire a Business Lawyer | On Demand to Save Time & Money**
Ad · try.upcounsel.com/business-lawyer ▾
Find a **Lawyer** for Your Business Legal Needs. Learn More & Get Started Today. Expert **Attorneys**. Simple
& Complex Projects. Highlights: Provide Quality Work, Industry Specific Expertise, Quickly Find **Lawyer**,
No Retainers Or Commitments.

**Experienced Traffic Lawyers | We Hande Everything For You**
Ad · www.collierandcollier.com/accidents ▾
Our **Richmond** traffic accident **attorneys** have worked on many cases like yours. Your Maximum
Settlement. Let Us Handle It All. You Deserve Good Help. Call Us And Relax. Free Consultation.
Tractor Trailer Accidents · Personal Injury Attorney · Wrongful Death Lawyer

**Richmond, CA Attorneys & Lawyers for Hire On-Demand - UpCounsel**
https://www.upcounsel.com › California ▾
★★★★★ Rating: 5 · 4,305 reviews
Compare **Richmond Attorneys & Lawyers for hire** on-demand and choose the best **lawyer** in **Richmond**,
California for your unique legal needs on UpCounsel.

**Richmond Patent Attorneys for Hire - UpCounsel**
https://www.upcounsel.com › Patent › Virginia ▾
★★★★★ Rating: 5 · 1,706 reviews
**Richmond** Patent **Attorneys & Lawyers for Hire**. ... Based out of New York City, KSK is an intellectual
property litigation boutique aiming to give customers high-end legal service, but without the high-end
price tag. Gaston was previously recognized in the NY-metro edition of ...

**Top 5% of Intellectual Property Lawyers in Richmond, VA | UpCounsel**
https://www.upcounsel.com › Intellectual Property › Virginia ▾
★★★★★ Rating: 5 · 5,280 reviews
Compare **Richmond** Intellectual Property **Attorneys & Lawyers for hire** on UpCounsel and choose the
best IP **attorney** for your unique IP needs in **Richmond**, VA.

**Top 5% of Securities Lawyers in Richmond, Virginia | UpCounsel**
https://www.upcounsel.com › Securities › Virginia ▾
★★★★★ Rating: 5 · 3,918 reviews
Compare **Richmond** Securities **Attorneys & Lawyers for hire** on UpCounsel and choose the best
securities **attorney** for your business legal needs in **Richmond**, ...

**Client Page: Lawyer's Staffing, Inc.**
www.lawyerstaffing.com/clients.html ▾
**Lawyer's** Staffing serves the legal communities of **Richmond**, Hampton Roads, Northern VA, and the
Raleigh-Durham NC areas by providing legal professionals ...

**Find the best Real Estate lawyer in Richmond, VA - Avvo**
https://www.avvo.com › Find a lawyer › Virginia › Richmond ▾
FREE detailed reports on 367 Real Estate **Attorneys** in **Richmond**, **Virginia** ... **Richmond** Real Estate
**Lawyer** Ryan Young ... I would recommend her **for hire**.".

**Find the best Tax lawyer in Richmond, VA - Avvo**
https://www.avvo.com › Find a lawyer › Virginia › Richmond ▾
Review: "Ms Sper did answer the question I had promptly an she was very knowledgeable. I would
recommend her **for hire**." **Richmond** Tax **Lawyer** Thomas ...

**Find the best Franchising lawyer in Richmond, VA - Avvo**
https://www.avvo.com › Find a lawyer › Virginia › Richmond ▾

FREE detailed reports on 12 Franchising **Attorneys** in **Richmond**, **Virginia** ... **Richmond** Franchising **Lawyer** Tonia Peake ... I would recommend her **for hire**.".

### Lawyers for Family Justice
www.cclawyers.org/ ▾
Solo Practitioners **for Hire** in Contra Costa County ... Gowon currently practices Family Law with the **Lawyers** for Family Justice. She assists clients with divorce, ...

### Virginia State Bar
https://www.vsb.org/disciplinary_orders/henderson_opinion.html ▾
Donna T. Chandler, Chandler and Halasz, Post Office Box 9349, **Richmond**, **Virginia** ... multiple counts of being an accessory after the fact in a murder **for hire**.

### Federal appeals court hears murder-for-hire case | Archive | richmond ...
https://www.richmond.com/.../for-hire.../article_9fb1f56b-deee-5b41-9a0b-4398070d... ▾
May 18, 2012 · **Attorneys** on Thursday before a federal appeals panel in **Richmond** the ... against Justin Wolfe in a murder-**for-hire** in Northern **Virginia**.

### Atlanta man convicted of carrying out hired killing of Henrico man ...
www.richmond.com/.../article_02adda56-0b07-57cc-99ff-ff69a578af27.html ▾
May 2, 2018 · "This is a murder **for hire** and Antonio (Johnson) admitted that." ... Lawrence's **attorney**, Robert Kenner Jr., told the **Richmond** Times-Dispatch ...

### Employment Visa Laws News | Richmond, VA -- Newsletter - Challa Law
https://challalaw.com/newsletter/ ▾
Read more about Employment Visa Laws News in **Richmond**, VA. ... Our paralegals and **attorneys** may request additional job duty details, project plans, .... employment through consulting firm arrangements that provide labor **for hire**, and other ...

### Hire Counsel Attorney Contractor Salaries in Richmond, VA | Paysa
https://www.paysa.com/salaries/hire-counsel--attorney-contractor--richmond,-va ▾
The average salary **for Hire** Counsel **Attorney** Contractor in **Richmond**, VA is $114400 per year, ranging from $101982 to $125360. Compare more salaries **for** ...

### Richmond Federal Crimes Lawyer | Vaughan C. Jones Attorney at Law
https://www.vaughancjones.com/Criminal-Defense/Federal-Crimes.aspx ▾
Need an **attorney** for a federal crimes case in **Richmond**? ... state's federal courts including complex murder-**for-hire**, RICO (racketeering), and drug distribution ...

### Attorneys - General Counsel Services - Phillips Kaiser PLLC - Houston
https://phillipskaiser.com/ ▾
Phillips Kaiser PLLC are corporate **attorneys** and a leader in General Counsel Services in ... Your In-House Counsel **For Hire** ... 9800 **Richmond** Ave, Suite 595

### Murder for Hire Suspects In Court - NBC12 - WWBT - Richmond, VA ...
www.nbc12.com/story/7169587/murder-for-hire-suspects-in-court ▾
Graham's **attorney** refused to comment, but Walton's **attorney** says his client never pulled the trigger. "My client didn't actually commit this murder, we believe the ...

### [PDF] PUBLIC SECTOR CAREERS GUIDE - University of Richmond School ...
https://law.richmond.edu/career/_pdf/public-interest-careers-guide.pdf ▾
PUBLIC SECTOR CAREERS provide **lawyers** with an opportunity to serve the public, foster .... the opportunity to become certified, and, therefore, eligible **for hire** ...

### $15 Million Settlement in a "Tribe for Hire" Scam! - Virginia Poverty ...
https://vplc.org/15-million-settlement-in-a-tribe-for-hire-scam/ ▾
Feb 2, 2017 · **Virginia** Poverty Law Center filed a class action lawsuit almost 3 years ago about a man called our hotline about a loan he had received from ...

### Richmond, VA Small Business Friendliness Survey - Thumbtack
https://www.thumbtack.com › VA ▾
Aug 14, 2018 · **Richmond**, VA ..... Popular services in **Richmond**, VA ... Bands **For Hire** · Bankruptcy **Attorneys** · Bankruptcy **Lawyer** · Bar Catering Services ...

### § 4.17. - City attorney. | Code of Ordinances | Richmond, VA ...
https://library.municode.com/va/richmond/codes/code_of_ordinances/294021?... ▾
**Richmond**, **Virginia** · Code of Ordinances · PART I - CHARTER · Chapter 4. - Council · § 4.17. - City **attorney**. ... Chapter 29 - VEHICLES **FOR HIRE** · Chapter 30 - ...

### Bob Leonard's attorneys fight prosecutors over police interrogation ...
https://www.wthr.com/.../bob-leonards-attorneys-fight-prosecutors-over-police-interro... ▾

Sep 23, 2015 - **Attorneys** for **Richmond** Hill explosion suspect Bob Leonard are fighting to keep ... Mark Leonard back in court to face murder-**for-hire** charges.

### Judge to release recordings in Richmond Hill suspect's alleged ...
https://fox59.com/.../judge-to-release-recordings-in-richmond-hill-suspects-alleged-m... ▾
Apr 16, 2014 - Judge Shirley Carlisle granted a request from **attorneys** for Moncy Shirley ... recordings in **Richmond** Hill suspect's alleged murder-**for-hire** plot.

### Workers' Compensation Eligibility - Work Injury Attorney - Richmond ...
www.vacomplaw.com/workers-compensation/eligibility ▾
The **attorneys** at Reinhardt Harper Davis offer legal counsel to workers in the ... is anyone in service to another under a contract **for hire**, written or implied.

### David Mitchell - Robbins Geller Rudman & Dowd LLP
https://www.rgrdlaw.com/attorneys-David-W-Mitchell.html ▾
While at the United States **Attorney's** Office, he worked on cases involving narcotics trafficking, bank robbery, murder-**for-hire**, alien smuggling and terrorism. ... Mitchell graduated from the University of **Richmond** with a Bachelor of Arts degree ...

### Julia M. Bishop | Troutman Sanders LLP
https://www.troutman.com/julia_bishop/ ▾
**Richmond** ... service and work-made-**for-hire** contracts, and settlement agreements. ... Co-Chair, The **Virginia** Bar Association, **Lawyers** for the Arts Committee ...

### Commonwealth's Attorneys' Services Council - Meetings
www.cas.state.va.us › Meetings ▾
Williams Mullen Center, **Richmond** ... Other Commonwealth's **Attorney's** Present ... Presenters **for hire** not eligible – original committee proposal specifically ...

### [PDF] A Founders' Guide to Navigating the Legal Landscape
www.jvrlawpc.com/files/Founders_Guide_to_the_Legal_Landscape.pdf ▾
**attorneys** with the **law firm** of John V. Robinson, P.C. in **Richmond**, **Virginia**, and ...... Work **for hire** is a concept that applies to copyrights, and we'll look at that ...

### Attorney Part Time Jobs, Employment | Indeed.com
https://www.indeed.com/q-Attorney-Part-Time-jobs.html ▾
1328 **Attorney** Part Time jobs available on Indeed.com. ... and Sin Law seeks contract **attorney** with one to two years experience **for hire**. ... **Richmond**, TX ...

### 36651855 Senior Legal Analyst - Richmond, VA - Women For Hire
jobs.womenforhire.com/job/5480/Senior-Legal-Analyst/10836100 ▾
Oct 18, 2014 - The successful candidate will provide legal support to **attorneys** supporting the Sales and Promotions groups along with other relevant ...

### Elissa Brockbank Reese - Potomac Law Group
https://www.potomaclaw.com/attorney-profiles/elissa-brockbank-reese/ ▾
Counsel, **Richmond**, VA ... Back to All Attorneys ... agreements, intellectual property licensing agreements, work **for hire** agreements, and social media policies, ...

### Virginia governor calls off execution for death-row inmate - AP News
https://apnews.com/c334a13a274f4e1da7c98674ea430471 ▾
Apr 20, 2017 - RICHMOND, Va. (AP) — A man sentenced to death in a 2006 murder-**for-hire** case won a reprieve Thursday when **Virginia** Gov. Terry McAuliffe ...

### Startup taxi services sued by competitors | Law Office of Richard L ...
https://www.lawyerdowney.com/Blog/Startup-taxi-services-sued-by-competitors.shtml ▾
Seven taxi companies filed a lawsuit in Fairfax Circuit Court in **Virginia** on July ... for brokers' licenses to provide **for-hire** transportation within the state of **Virginia**. ... Source: **Richmond** Times-Dispatch, " **Virginia** taxi companies sue Uber, Lyft", ...

### #1 Pro Magician For Hire Richmond, VA - 100% "Wow Factor ...
https://www.methyus.com › Magician For Hire › Virginia ▾
Come See Why Aedryan Methyus Is The #1 Magician **For Hire** In **Richmond**, VA ... **Attorney** General's office and local friends and guests all raved about Aedryan ...

### [PDF] Sample Tariff for Common Carriers Over Irregular Routes - Virginia DMV
https://www.dmv.virginia.gov/webdoc/pdf/oa448.pdf ▾
**Virginia**. For-**Hire** Operating Authority. Sample Tariff. COMMON CARRIER .... These rates apply to areas within the corporate city limits of **Richmond**. The north ...

### Scott Golightly - Shareholder - Golightly Mulligan & Morgan PLC ...
https://www.linkedin.com/in/scott-golightly-61b1842b ▾

The Golightly **Law Firm** PLC,; Hirschler Fleischer ... As an associate **attorney** at Hirschler Fleischer in **Richmond**, **Virginia**, Scott's primary areas of practice ...

**PressReader - Richmond Times-Dispatch: 2017-04-20 - 3 former Va ...**
https://www.pressreader.com/usa/richmond-times-dispatch/.../281505046097417
Apr 20, 2017 - Teleguz set to be executed Tuesday in murder-**for-hire**. ... Three former **Virginia attorneys** general are asking Gov. Terry McAuliffe to spare the ...

**Seeking Justice for Victims | University of Virginia School of Law**
https://www.law.virginia.edu/uvalawyer/article/seeking-justice-victims ▾
Prosecutors trained at the University of **Virginia** School of Law seek justice for victims. ... Counsel of record in more than two dozen criminal trials, ranging from an international money laundering conspiracy to murder-**for-hire**. ... **Richmond**.

**Judge releases some transcripts in Richmond Hill case - IndyStar**
https://www.indystar.com/story/news/crime/2014/04/16/...richmond-hill.../7782717/ ▾
Apr 16, 2014 - A Marion Superior Court judge says the **attorney** for one of the ... can have transcripts related to another suspect's alleged murder-**for-hire** plot.

**Masturbation for Hire | Georgia Criminal Lawyer**
https://www.georgiacriminallawyer.com/masturbation-for-hire ▾
Lawson and Berry and their team of Georgia Masturbation **for Hire Attorneys** have over 20 years of criminal law experience and are here to help you.

**Richmond pastor launches Clergy for Hire website - KCBD.com**
www.kcbd.com/story/27594745/richmond-pastor-launches-clergy-for-hire-website
Dec 10, 2014 - **Richmond** pastor launches Clergy **for Hire** website ... on the Internet these days, and now that includes clergy members **for hire**, thanks to one **Richmond** pastor. .... Ford objects to new **attorneys** for Reagor-Dykes Auto Group.

**Supreme Court denies transfer to Richmond Hill ... - The Indiana Lawyer**
https://www.theindianalawyer.com/.../45926-supreme-court-denies-transfer-to-richmo... ▾
Jan 22, 2018 - One of the masterminds of the deadly 2012 **Richmond** Hill home ... agent on the phone about a murder-**for-hire** plot to take Duckworth down.

**Best Ukulele Player for Hire | Goods and Services - Style Weekly**
https://www.styleweekly.com/richmond/best-ukulele-player-for-hire/BestOf?oid... ▾
Best of **Richmond** 2013. « PREV: Best Toy Store | NEXT: Best Veterinarian » - Goods and Services. Best Ukulele Player **for Hire** ...

**Fayad Law, P.C. Moves to Larger Offices in Richmond and Raleigh**
https://www.fayadlaw.com/.../Fayad-Law-P-C-Moves-to-Larger-Offices-in-Richmon.asp... ▾
Mar 25, 2014 - Fayad Law was founded in 2004 by **Attorney** Nash Joseph Fayad, who was ... who need help bringing foreign professionals to the U.S. **for hire**.

**Ordinances of the Corporation of the City of Richmond and the Acts ...**
https://books.google.com/books?id=cQRJAAAAIAAJ
**Richmond** (Va.). - 1831 - Law
An Ordinance, regulating Wagons, Drays and Carts, Hack- . ney Coaches, and other Carriages **for Hire**, within the City of **Richmond**. December 5, 1827. . 52 VII.

**American Artisans: Crafting Social Identity, 1750-1850**
https://books.google.com/books?isbn=0801850290
Howard B. Rock, Paul A. Gilje, Robert Asher - 1995 - Business & Economics
Some traditionally "white-collar" jobs held by black **Richmonders** — clerks, ... Smith, a prominent **Richmond attorney**, offered ten slaves **for hire**; they included a ...

**UNITED STATES v. CARDWELL | FindLaw**
https://caselaw.findlaw.com/us-4th-circuit/1291912.html ▾
ARGUED: Craig Weston Sampson, **Richmond**, **Virginia**; Randy Virlin Cargill, Magee ... Leo Hinson and John Cardwell were convicted on various murder-**for-hire** ...

**Manhattan Business Law Attorney | Staten Island Commercial Lawyer**
https://www.marottalaw.com/Business-Law/ ▾
The Manhattan business law **attorneys** at the **law firm** of Gabor & Marotta, LLC, ... Employment law — employee agreements, work **for hire**, lawsuit defense ...

[PDF] **Texas Bar Journal - State Bar of Texas**
https://www.texasbar.com/AM/Template.cfm?Section=Past_Issues...=/CM/... ▾
**Lawyer**. **For Hire**. What **attorneys** need to know about advertising rules and social media. Is it OK for an ... **Richmond** Criminal Defense." An overwhelming ...

[Mount Pleasant Attorney | O'Neill Law Firm, LLC](http://www.oneilllawfirm.com/About/)
www.oneilllawfirm.com/About/ ▾
**Attorney** Dennis O'Neill of O'Neill **Law Firm**, LLC, has been helping clients in ... Court of Appeals in **Richmond**, **Virginia** and the United States Supreme Court. ... including Murder, Murder **for Hire**, Armed Robbery, Assault and Battery with Intent ...

[Three US men face life in jail over murder-for-hire killing of Filipino ...](https://wtvr.com/)
https://wtvr.com/.../three-us-men-face-life-in-jail-over-murder-for-hire-killing-of-filip... ▾
Apr 18, 2018 - Three US men face life in jail over murder-**for-hire** killing of Filipino woman ... Speaking after the verdict, US **Attorney** Geoffrey Berman described .... Men arrested for **Richmond** double shooting that prompted SWAT response.

[Bossier City Lawyers - Compare Top Attorneys in Bossier City ... - Justia](https://www.justia.com/lawyers/louisiana/bossier-city)
https://www.justia.com/lawyers/louisiana/bossier-city ▾
Compare 897 **attorneys** serving Bossier City, Louisiana on Justia. ... Find Bossier City, Louisiana **Lawyers** by Practice Area .... Patrick **Richmond** Jackson.

[Richmond News & Weather - Richmond Virginia, Henrico, Chesterfield ...](https://www.wric.com/)
https://www.wric.com/ ▾
WRIC 8News tells local **Richmond** news & weather stories, and we do what we do to ... **Richmond**, Henrico, Chesterfield & the rest of **Virginia** a better place to live. ... zookeeper who was indicted last week on federal murder-**for-hire** charges.

[The Best Corporate Law Attorneys & Lawyers For Hire In Canada ...](https://www.upwork.com/l/ca/corporate-law-attorneys/)
https://www.upwork.com/l/ca/corporate-law-attorneys/ ▾
Hire the best freelance Corporate Law **Attorneys** & **Lawyers** in Canada on Upwork™, the world's top freelancing website. It's simple to post ... **Richmond**, BC. 0.0.

[Fort Bend County Murder Lawyer | Texas Criminal Defense Attorney](https://www.rocketrosen.com/criminal-defense/murder/)
https://www.rocketrosen.com/criminal-defense/murder/ ▾
Contact a Fort Bend County criminal defense **attorney** from the Law Office of Steven ... Attempted murder; Murder **for hire**; Vehicular manslaughter; Aggravated ...

[Three more arrested in Silk Road online drug market case - NBC News](https://www.nbcnews.com/)
www.nbcnews.com/.../three-more-arrested-silk-road-online-drug-market-case-flna2D... ▾
Dec 21, 2013 - Jones was presented before a court in **Richmond**, **Virginia**, on Friday after ... in Baltimore, Maryland, in a case relating to a murder-**for-hire** plot.

[Virginia lawmakers consider fossil fuel lobbyist for energy regulator seat](https://energynews.us/)
https://energynews.us/.../virginia-lawmakers-consider-fossil-fuel-lobbyist-for-energy-r... ▾
Jul 30, 2018 - **Richmond lawyer** David Clarke would bring expertise and potential ... "During his time representing big oil and gas as a lobbyist **for hire**, Clarke ...

[McAuliffe asked to commute sentence | Law | newsadvance.com](https://www.newsadvance.com/)
https://www.newsadvance.com/.../article_472f2b82-35ef-5e23-a1a9-5badf312489a.ht... ▾
Apr 20, 2017 - **RICHMOND** — Three former **Virginia attorneys** general are asking Gov. ... set to be executed Tuesday for the murder-**for-hire** of his girlfriend.

[Annual Report of the Attorney General - Page 32 - Google Books Result](https://books.google.com/books?id=NpZDAQAAMAAJ)
https://books.google.com/books?id=NpZDAQAAMAAJ
Virginia. Office of the Attorney General - 1904 - Attorneys general's opinions
Acting Auditor 0/ Public Accounts, **Richmond**, **Virginia**. ... shall mean a place of storage **for hire** or a place where there is kept **for hire** any automobile, locomobile ...

[3 ex-Va. attorneys general urge commutation of death sentence for ...](https://www.dailyprogress.com/)
www.dailyprogress.com/...virginia-attorneys.../article_09395c3e-a4a6-5232-933a-c0a... ▾
Apr 19, 2017 - **RICHMOND** — Three former **Virginia attorneys** general are asking Gov. ... set to be executed Tuesday for the murder-**for-hire** of his girlfriend.

[Hire Counsel Salaries | Glassdoor](https://www.glassdoor.com/Salary/Hire-Counsel-Salaries-E821171.htm)
https://www.glassdoor.com/Salary/Hire-Counsel-Salaries-E821171.htm ▾
Document Review **Attorney** - Hourly Contractor ... Contract **Attorney** - Hourly .... Pay, Hire Counsel Bonuses, or check out salaries **for Hire** Counsel Contractor.

[Therapist charged with murder-for-hire | Wisconsin | lacrossetribune.com](https://lacrossetribune.com/)
https://lacrossetribune.com/...for-hire/article_adf99470-e82a-11df-8410-001cc4c002e... ▾
Nov 4, 2010 - ... a Pleasant Prairie therapist of seducing a patient and trying to hatch a murder-**for-hire** plot with him — a story her defense **attorney** says is.

[Murder-for-Hire Figure Gets Life Imprisonment - The Washington Post](https://www.washingtonpost.com/)
https://www.washingtonpost.com/...hire.../012f64f9-2984-4908-9de4-eadf16d2fd98...

Dec 12, 1978 - Murder-**for-Hire** Figure Gets Life Imprisonment ... the sentence after Fairfax
Commonwealth's **Attorney** Robert F. Horan Jr. said Stewart had aided prosecutors. ... Va., or at the
state's main penitentiary in **Richmond**, Horan said.

### Report of the Attorney General to the Governor of Virginia
https://books.google.com/books?id=3VAwAQAAMAAJ
**Virginia**. Office of the **Attorney General** - 1910 - Attorneys general's opinions
**Virginia**. Office of the **Attorney General**. RICHMOND, VA., August 29, 1910. ... this act, shall mean a place
of storage **for hire** or a place where there is kept **for hire** ...

### Virginia Taxi Accident Lawyer | Cab Driver Negligence
https://pricebenowitz.com/virginia-injury/taxi-accident-lawyer ▾
Taxi cab drivers in the state of **Virginia** may be required to obtain **Virginia For-Hire** Intrastate Operating
Authority (pdf). They must register their vehicles as ...

### Opinions of City Attorney of Richmond, Va. from Jan. 1, 1914, to ...
https://books.google.com/books?id=EUFGAQAAMAAJ
**Richmond** (Va.). City **Attorney** - 1916 - City attorneys' opinions
By section 1 of Chapter 4 of **Richmond** City Code 1910, you are expressly ... comedy, opera, play, farce or
other entertainment of the stage **for hire** or gain," and ...

### Sex-for-hire leads to Amber Alert in Superior | New Richmond News
https://www.newrichmond-news.com/.../1039967-sex-hire-leads-amber-alert-superior ▾
Aug 3, 2007 - Sex-**for-hire** leads to Amber Alert in Superior ... the girls were forced into the vehicle,
according to a statement from **Attorney** General's office.

### Opinions of the Attorney General and Report to the Governor of Virginia
https://books.google.com/books?id=AupOAQAAIAAJ
1940 - Attorneys general's opinions
MOTOR VEHICLE LAWS—Licenae—"**For Hire**" Truck. COMMONWEALTH OF **VIRGINIA**, OFFICE or THE A-
r'roRNEv GENERAL, **RICHMOND**, VA., September ...

### Chicago Personal Injury Lawyers - Heller & Richmond, Ltd. - Legal ...
www.hellerrichmond.com/dictionary-P.html ▾
A person who is neither a **lawyer** nor is not acting in that capacity but who provides a limited number of
legal ..... A person who offers sexual intercourse **for hire**.

### [PDF] Mark Leonard v. State of Indiana - IN.gov
https://www.in.gov/judiciary/opinions/pdf/10261701msm.pdf ▾
Oct 26, 2017 - **ATTORNEYS** FOR APPELLEE. Curtis T. Hill, Jr. **Attorney** General of Indiana ... On
November 10, 2012, a house in the **Richmond** Hill subdivision exploded. ..... murder-**for-hire** case
indicated the interweaving of the offenses.

### DUI in Metro-Detroit - Hire the best Lawyer — Michigan Criminal ...
https://www.michigancriminaldefenselawyerblog.com/dui-metro-detroit-hire-best-law... ▾
Jul 14, 2017 - Looking for a DUI **lawyer** is like looking for a new smartphone: there are ... My services are
**for hire**, but, as I noted, my integrity is not for sale.

### Supreme Court won't review appeal from man convicted in ... - WHSV
www.whsv.com/.../Supreme-Court-wont-review-Harrisonburg-murder-for-hire-case-3... ▾
Oct 3, 2016 - A **Virginia** death row inmate convicted of hiring another man to kill his ... death row appeal
of Ricky Gray, who was convicted of killing a **Richmond** family. ... Stephanie Sipe died in Harrisonburg in
the alleged murder-**for-hire**.

### [PDF] Administrative Regulation 5.7 - City of Richmond
www.richmondgov.com/HumanResources/documents/AdminRegulations.pdf ▾
All employees of the City of **Richmond**, **Virginia** shall be responsible for ...... Department/Agency
Manager's duty to determine the eligibility **for hire** based on all.

### Gov. McAuliffe Considering Clemency for Death Row Inmate - WVIR ...
www.nbc29.com/story/.../gov-mcauliffe-considering-clemency-for-death-row-inmate
Apr 17, 2017 - RICHMOND, Va. ... A jury convicted Teleguz of a murder-**for-hire** plot to kill his ex-
girlfriend, Stephanie ... **Attorney** Elizabeth Peiffer, with the **Virginia** Capital Representation Resource
Center, is fighting to stop the execution.

### MURDER-FOR-HIRE SUSPECT PLEADS GUILTY - Daily Press
www.dailypress.com/news/dp-xpm-20090306-2009-03-06-0903050237-story.html ▾
Mar 6, 2009 - Caren Taylor Pressley Brown, 48, of **Richmond** was arrested Aug. 1, 2008 in a sting
operation by **Virginia** State Police in James City County. ... solicitation of capital murder **for hire** and two
counts of attempted capital murder.

### Madison County (Richmond, KY) Local Counsel | Roberts Law Office

https://www.rloky.com/ky-local-counsel/madison-county-richmond-ky-local-counsel/ ▾
Roberts Law Office **attorneys** are available **for hire** as freelance **lawyers** and local counsel to cover your
firm's Madison County Civil Motions, Master ...

### Is there a fee associated with the Record Restriction ... - Augusta, GA
https://www.augustaga.gov/Faq.aspx?QID=591 ▾
... Procurement-Unsolicited Proposals · RCCI · Record Restriction Summit · Recreation Department ·
**Richmond** County Extension Office · Stormwater · Superior ...

[PDF] **Contract for Legal Editorial Services for the Local Government ...**
https://www.lgava.org/.../DOCS_FORMS_07_Contrct_Hndbk_EditorlServ_2016.17ed... ▾
Warriner Custer of **Richmond**, **Virginia** (Editor), provides for legal editorial, research .... The material
produced pursuant to this agreement are 'works **for hire**' and ...

### Lawyer wants rape trial of Steubenville teen delayed, moved - News ...
www.dispatch.com/.../lawyer-wants-rape-trial-of-steubenville-teen-delayed-moved.ht... ▾
Jan 23, 2013 - An **attorney** for the other defendant, Ma'Lik **Richmond**, filed similar motions earlier this
month, as well as a request to close the trial to the public.

### Leading Edge Law – Copyright Information
www.leadingedgelaw.com/copyright-information/ ▾
Your reading this information does not form an **attorney**-client relationship with .... works published
under pseudonyms, and works made **for hire**, the copyright ...

### Attorney: Armed robbery outside church was 'totally out of character ...
wpde.com/.../attorney-armed-robbery-outside-church-was-totally-out-of-character-for... ▾
Oct 12, 2017 - **Attorney** Scott Bellamy representing his client, **Richmond** Collier as he appeared before a
judge for a bond hearing on Oct. 12, 2017. (WPDE).

### Cozen O'Connor: Maffeo, J. Bruce
https://www.cozen.com/people/bios/maffeo-j ▾
126 Cozen O'Connor **Attorneys** Named to the Best **Lawyers** in America ... nationally publicized federal
murder-**for-hire** trial of legendary hip-hop producer James ...

### Virginia Lemon Law Lawyers and Attorneys - Lemon Law Group ...
https://lemonlawgrouppartners.com/virginia-lemon-law/ ▾
Our experienced **Virginia attorney's** will fight for your rights, if you have ... of lemon purchases, **Virginia**
likely has Lemon Law **attorneys** available **for hire** in your ..... **Virginia** Beach; Norfolk; Chesapeake;
**Richmond**; Newport News; Alexandria ...

[PDF] **Unequal, Unfair and Irreversible The Death Penalty ... - ACLU of Virginia**
https://acluva.org/sites/default/files/field.../unequalunfairandirreversible2000.pdf ▾
Apr 18, 2000 - officer and murder **for hire** are examples of capital crimes not picked up by ..... Craig
Cooley, a **Richmond lawyer** who has represented about 60 ...

### Attorney General and Lawmakers Target High-Interest Loans | WVTF
wvtf.org/post/attorney-general-and-lawmakers-target-high-interest-loans ▾
Sep 28, 2017 - **Attorney** General and Lawmakers Target High-Interest Loans ... Teena Hamlin stands
outside the Allied Cash Advance in **Richmond** where she took out a loan in a moment of .... $15 Million
Settlement in Tribe-**For-Hire** Scam.

[PDF] **LVM i 7 i 1 - Federal Bar Association**
www.fedbar.org/image-library/chapters/hampton-roads-chapter/newsletter1.pdf ▾
Apr 25, 2013 - Without Rights: Jewish **Lawyers** in Germany Under the Third Reich", which ... **Richmond**
with a very special guest, retired Supreme Court Justice Sandra .... federal murder-**for-hire** statute was
unconstitutional as exceeding.

### The Daily Dispatch: May 29, 1863., [Electronic resource], Virginia State ...
www.perseus.tufts.edu/hopper/text?doc=Perseus%3Atext%3A2006.05... ▾
**For Hire** — a Servant Girl. For Sale · Runaway-- $259 ... City of **Richmond**. Jefferson Ward. ... City vote for
**Attorney** General: J R Tucker. 781. Congress: W C ...

### Virginia Homicide Lawyer | Defenses in a VA Trial
https://www.virginia-criminallawyer.com/homicide-lawyer-virginia.html ▾
If you have been charged with homicide in **Virginia**, call Karin Riley Porter ... Murders allegedly
committed **for hire**, committed on separate occasions over the ...

### Convicted Richmond Hill killer Mark Leonard found guilty in murder-for ...
https://www.theindychannel.com/.../convicted-richmond-hill-killer-found-guilty-in-m... ▾
Convicted **Richmond** Hill killer Mark Leonard found guilty in murder-**for-hire** plot. Katie Cox. 10:11 PM,
Jan 31, 2017. 2:50 AM, Feb 1, 2017. Share Article.

### Nathaniel Strauss Publishes Article on Copyright Issues in Education ...
https://www.karrtuttle.com/nathaniel-strauss-publishes-article-copyright-issues-educati... ▼
Nov 3, 2011 - Karr Tuttle Campbell **attorney** Nathaniel Strauss, "Anything But Academic: How Copyright's Work-**for**-Hire Doctrine Affects Professors, ... 2011 issue of the **Richmond** Journal of Law and Technology (JOLT) and can be viewed ...

### divorce attorneys Richmond Hill Georgia – Divorce Lawyers for Hire
divorcing.press/tag/divorce-attorneys-richmond-hill-georgia/ ▼
Tips For Finding The Right Divorce **Lawyer** in **Richmond** Hill Georgia. If all marriages went according to plan, no one would ever get a divorce, and every couple ...

### Benjamin Hisey | Shareholder at Houston Law Firm
https://www.hchlawyers.com/attorneys/benjamin-hisey/ ▼
Mr. Hisey lives in **Richmond** and attends Faith United Methodist. Error loading player: No playable sources found. Areas of Practice. Business Litigation; Health ...

### [PDF] Untitled - City of Richmond, CA
www.ci.richmond.ca.us/DocumentView.aspx?DID=2513 ▼
Print Document - Add Attachments - Deliver to City **Attorney's** Office. Date: 10/29/2007 ... Services for preparation and food handling from Chef **for Hire**. $5.00.

### Prosecuting Attorney at NYC TAXI & LIMOUSINE COMMISSION ...
https://www.goinhouse.com/.../5551988-prosecuting-attorney-at-nyc-taxi-limousine-c... ▼
Aug 15, 2018 - The New York City Taxi and Limousine Commission (TLC) is the agency responsible for regulating New York City's taxicab and **for-hire** vehicle ...

### FBI — Charlottesville Realtor Sentenced for Role in Plot to Kill His Wife
https://www.fbi.gov/richmond/press-releases/2009/ri120909.htm ▼
Dec 9, 2009 - United States **Attorney** Timothy J. Heaphy said today. ... device and once again record Shemorry speaking about the murder **for hire** plot.

### Small Business Law - Benchmark Law Corporation | Vancouver Small ...
https://www.benchmarklaw.ca/ ▼
You can be sure I'll recommend you to anyone needing a business **lawyer** moving forward. Matt Hinchcliff ... Dwayne Interlino, Gardeners **for Hire**. I love working ...

### [PDF] Entertainment and Sports Lawyer - American Bar Association
https://www.americanbar.org/content/.../lawyer/esl-winter17-33-2.authcheckdam.pdf ▼
by KD FREUNDLICH - 2017 - Related articles
Mar 29, 2017 - are written under work **for hire** contracts, the underlying rights owner (for ..... Ginter tobacco company of **Richmond**, Virginia started using trade ...

### st louis legal services - craigslist
https://stlouis.craigslist.org/search/lgs ▼
... Sep 6 AFFORDABLE and EXPERIENCED CRIMINAL/TRAFFIC **ATTORNEY** ... 5 ***Criminal Defense, DWI, & Traffic **Attorney**--Payment Plans*** (Saint Louis) ...

### Thomas K. Klosowski | Attorneys | Kutak Rock
www.kutakrock.com/thomas-klosowski/ ▼
"Anatomy of a Gas Explosion Trial," Minnesota Defense **Lawyers** Association - Products Liability ... "Experts-**for**-Hire," Bench and Bar of Minnesota, July 1997.

### Privacy Fence Contractor Richmond Mi Installation - Legacy Fence ...
www.mibusinessnews.com/privacy-fence-contractor-richmond-mi-install.html ▼
Privacy Fence Contractors for **Richmond** Mi including Wood Privacy Fences, ... We provide custom fencing to **Richmond** and the Southeast Michigan area for all ...

### Todd B Stone Law Office - www.ToddBStone.com
Ad www.toddbstone.com/ ▼ (804) 554-0000
Experienced Former Prosecutor; Defense **Lawyer**, Felony Crimes, Misdemeanors, DUI. Federal Criminal **Attorney**. Drug Charges. Violent Crime. DUI & DWI **Attorney**. Fraud. Juvenile Defense. Arson. Petty Theft. Burglary.
Contact Us · Address
📍 101 Shockoe Slip # K, Richmond, VA · Closed now · Hours ▼

### Hire an Attorney | Try the #1 Job Posting Site
Ad www.indeed.com/Hire/Attorney ▼
Post a Job for an **Attorney**. Reach 200M Job Seekers. Sign up & Start Today! Hire Local Talent. Post a Job in Minutes. Post Job. Services: Post Jobs, Resume Search, Sponsored Job Postings, Hiring Resources.

### Find a Good Lawyer - Free

**Ad** www.legalmatch.com/ ▼
★★★★☆ Rating for legalmatch.com: 4.2 - 392 reviews
Present Your Case to a **Lawyer** Find the Right **Lawyer** in Your Area
Personal Injury Attorneys · Best Lawyers in your area · Legal Services Offered · Family Attorneys

Searches related to Richmond attorneys "for hire"

**patent attorney** richmond **va**

**patent lawyer salary**



1  2  3  4  5    Next

# EXHIBIT 63

**Join a local CEO Group** - Executive coaching designed for CEOs, Business Owners & Leaders. Apply now!   Ad ···



## Jeff Chen • 2nd

SEO Project Manager at UpCounsel, Inc.

San Francisco Bay Area

[ Connect ]   [ Message ]   [ More... ]

BayAreaSearch

Indiana University - Kelley School of Business

See contact info

500+ connections

I'm a technical SEO PM doing what it takes to have a big impact.

I have done everything from launching and managing various software projects with the CTO and teams of engineers, designers, and product people as well as built Django websites and custom python scripts end-to-end by myself.

I am also a self-taught full stack developer for backend languages and using public cloud infrastructure: Django, Python, MVC frameworks, ORMs, PostgreSQL, MySQL, MongoDB, AWS Elastic Beanstalk, S3, Elasticsearch, RDS, Route 53, SES, Cloudflare, Digital Ocean, Heroku, PHP, WordPress, etc. and frontend: Javascript, SCSS, CSS, HTML, Bootstrap, Google Material Components, etc.

TECHNICAL SKILLS:
• Product Management: JIRA, Trello
• Development: Django, Python, AWS Elastic Beanstalk, AWS S3, AWS Elasticsearch, PostgreSQL on AWS RDS, Route 53, Cloudflare, AWS SES, Bootstrap, Google Material Components, JQuery, Javascript, SCSS, CSS, HTML, MySQL, MongoDB, SQL, Sublime, PyCharm, WordPress, Git, Github
• Tools: Google Search Console, Google Analytics, SEMrush, Majestic, Buzzsumo, Moz, KeywordSpy, Scrapebox, Spyfu, Screaming Frog, SimilarWeb, BuiltWith, Proranktracker, Segment, Mixpanel, Hotjar, Mailgun, Sentry, Pingdom, AddThis, Outreach.io, Marketo, Salesforce, Oracle Eloqua, Google AdWords, Facebook Ads, Hootsuite, Adobe Site Catalyst, MicroStrategy, SAP Business Objects, Tableau, IBM SPSS, Yesware, SalesLoft, InsideSales
• Design: Sketch, Adobe Photoshop, Adobe Illustrator, Adobe InDesign

INTERESTS: SEO, Web Design, UI/UX Design, Graphic Design, Product Development, Marketing, Tennis, Video games, The Office, Parks and Recreation, and Silicon Valley

Github: https://github.com/thejeffchen/


Jeff Chen Contest: Vote for The Best Jeff Chen On The Internet...

**Show less** ⌃

## Highlights

 3 Mutual Connections

Reach out to Jeff for...

### People Also Viewed

 **Melissa Goodhart** • 2nd
Business Operations & Strategy Manager at UpCounsel (We're h...

 **Jess Park** • 2nd
Head of Talent at UpCounsel, Inc

 **Juan M. Hernandez** • 2nd
Founder, CEO @ OpenFinance N | Kellogg MBA + NU Comp Sci

 **Richard Hessler** • 2nd
Full Stack Software Engineer at UpCounsel, Inc.

 **Bill Sterrett** • 3rd
MBA Candidate at Northwestern University - Kellogg School of Management

 **Kay Huang** • 3rd
Investment Banking Associate at Deutshe Bank

 **Joshua Moody** • 2nd
Director of R&D at 97th Floor, U Business Top 20 in their 20's

 **Shawn Kung** • 1st
Head of Products, Cloud Platform Hiring!

 **Matthew Scyoc** • 2nd
Director of Digital Marketing at UpCounsel, Inc.

 **Elie Wahnoun** • 2nd
LegalTech | SaaS | Marketplace

### Learn the skills Jeff has

 **Coercion in JavaScrip...**
Viewers: 2,788

 **JavaScript: Events**
Viewers: 6,511

You and Jeff both know Mason Blake, Matt
Faustman, and 1 other

Probono consulting and volunteering, Joining a
nonprofit.

Viewers...



Message Jeff

See more

## Experience



**Member of Board Of Directors, Front-End Developer, and Designer**
BayAreaSearch

Jan 2018 – Present · 9 mos

San Francisco, CA
- Helped start an SEO association for top tech companies in the SF Bay Area
- Developer of the WordPress site, designed the logo and custom assets, customized theme using
HTML, CSS, and PHP, and debugged site issues



**SEO Project Manager**
UpCounsel, Inc.

Mar 2016 – Present · 2 yrs 7 mos

San Francisco, CA
- Increased organic search traffic 700%+ YoY (2.4+ million visitors/year) and increased revenue
300%+ YoY, tripled the largest marketing channel, set new traffic and revenue records almost every
month for past 12 months, ranked 90,000+ new unbranded keywords with 15,000+ keywords in top
10, and capturing $8.4 million of Adwords traffic/year
- Launched 20+ new products and helped manage the product roadmap. Peer reviewed JIRA specs
with CTO and department heads in Product, Engineering, Design, Operations, Growth, and Data to
build: content hubs, navigation bar link widget, redesigns of lawyer pages, redesigns of articles with
HTML, CSS, and Javascript, TF-IDF internal link widget, attorney bio dashboard, canonicalization of
paginated pages, de-indexation and 410 of 600,000+ pages to recover from Google Panda
algorithm, sample jobs widget, sidebar internal link importer, article snippets importer, attorney
attribution widget, automated article internal links, review algorithm, and others
- Built new attorney listing algorithm in Python, measured with simhash analysis and launched
50,000+ pages
- Developed custom SEO software, Keyword Juicer, to scale keyword research with software agency
- Within a year, built writing team from 0 to 70+ writers, producing 1000 articles/month with 1200+
words each, and reducing cost to 20% of market rate.
- Launched scalable link building campaigns sending thousands of emails with outreach
- Set up rank tracking, indexation monitoring, looker dashboards, launched new sitemaps, A/B
tested Conversion Rate Optimization (CRO) experiments, managed Google Search Console errors
and schema markup, used SQL to query Postgres Data Warehouse for analysis
- Helped drive cross-functional growth initiatives with Product, Email, Paid, and Content
- Used tools such as Google Analytics, Google Search Console, Majestic, Moz, Buzzsumo,
outreach.io, KeywordSpy, Scrapebox, Spyfu, SEMRush, Proranktracker, Screaming Frog, SimilarWeb,
BuiltWith, and others See less



**Founder CEO / CTO**
Jeff Chen SEO

Sep 2017 – Present · 1 yr 1 mo

San Francisco Bay Area
- Built a CRUD application that has driven 800+ unique visitors with: 44% conversion (350+ votes),
6.39 Pages / Session, Average time on site of 5:09, 8% bounce rate, and 18% exit rate
- Built a website in 2 months from scratch using: Django (Python), AWS Elastic Beanstalk, AWS S3,
AWS Elasticsearch, PostgreSQL on AWS RDS, Route 53, Cloudflare, AWS SES, Bootstrap, ... See more

   Jeff Chen Contest: Vote
for The Best Jeff Che...



**Platform9 Systems**
1 yr 3 mos

**Product Marketing Manager**
Aug 2015 – Feb 2016 · 7 mos

Sunnyvale, CA

- Collaborate to develop content strategy, messaging, and positioning for email campaigns, webinars, banners, white papers, advertisements, blogs, and social media posts through Marketo, Photoshop, Illustrator, and iMovie.
- Build a customizable ROI model to explain value of Platform9 with two components: (1... See more

**Corporate Sales Representative (CSR)**
Dec 2014 – Jul 2015 · 8 mos
Sunnyvale, CA

- Implemented email marketing campaigns with Marketo to A/B test thousands of leads. Used Excel to analyze results and built a template which generated a 200% increase in open rate and 300% increase in response rate.
- Helped design sales strategy and represent Platform9 at multiple trade shows across t... See more



**Sales Development Representative (SDR)**
PernixData
Feb 2014 – Dec 2014 · 11 mos
San Francisco Bay Area
- Exceeded quota every month in the West territory (including California) for an enterprise storage software solution deployed in the VMware vSphere hypervisor to accelerate performance in virtual applications such as SQL, VDI, Exchange, and Sharepoint.
- Led the SDR team in calls by averaging over 100+ calls a day to prospective clients.



**Target.com Merchandise Planning Business Analyst**
Target
Sep 2013 – Jan 2014 · 5 mos
Minneapolis, MN
- Selected as Digital Captain from 30+ Target employees to analyze new industry trends and technologies as well as present on findings at the monthly meeting with 100+ employees.
- Identified $230,000 of excess inventory within stores and online by creating an automated Excel model to make recommendations on where to transfer inventory after analyzing sales, E... See more



**Vice President of Internal Affairs**
Ascend
Aug 2010 – May 2013 · 2 yrs 10 mos
Bloomington, Indiana Area
- Created and managed 11 team-building events (50 participants each). Trained 6 students to be facilitators at the events to ensure sustainability of events and to improve impact. Popular events increased membership from 26 to 200+ over 2 years.
- Organized a promotional campaign for an event leading to a 200% increase above the... See more



**Treasurer**
TSA
Aug 2012 – Apr 2013 · 9 mos
Bloomington, IN
- Identified inefficiencies and created an Excel model to accurately track inflows and outflows of all cash.



**Executive Intern**
Target
Jun 2012 – Aug 2012 · 3 mos
Oswego, IL
- Built an Excel model to calculate Team Members' electronics AAR% to monitor effectiveness which increased electronics sales by 10%. Researched sales techniques and took inventory of over 300+ accessories to create a guide on sales.
- Managed daily operations of a $25 Million Target store with over 50 employees throug... See more



**1st Place in National KPMG Ascend Case Competition**
KPMG
Jul 2012 – Jul 2012 · 1 mo
Chicago, IL
- Created a recommendation strategy for AK Steel after analyzing public financial information and creating a SWOT analysis for a) improving the corporate structure and b) reducing pension liabilities to improve their financial ratios.



**Teaching Assistant for Database Marketing Analysis (M342/M343)**
Indiana University
Jan 2012 – May 2012 · 5 mos
Bloomington, Indiana Area
- Provided supplemental instruction & guidance for 30 students, similar to senior / team lead. Advanced knowledge of course material and ability to both listen and respond patiently to students' individual 'roadblocks'.
- Taught market research and decision-making tools such as: IBM SPSS- a predictive ana... See more



**Participant in Data Visualization Contest**
Nielsen
Mar 2012 – Mar 2012 · 1 mo
- Sorted through data about social media usage provided by Nielsen to create an infographic about new trends using Indesign and Photoshop



**Job Shadowing**
Allstate
Mar 2012 – Mar 2012 · 1 mo
Northbrook, IL
- Selected to shadow an employee in the Sales Support department. Participated in various brain storming sessions, team meetings, and info sessions regarding current promotional efforts of Allstate.



**Team Leader in Deloitte 2012 National Undergraduate Case Competition**
Deloitte
Feb 2012 – Feb 2012 · 1 mo
Bloomington, IN
- Selected by team to lead 4 others in evaluating business case for implementing cloud computing in a hypothetical firm.
- Created an implementation strategy based upon a DCF and SWOT analysis of a) future trends of social media gaming industry and b) our team's proposed plan to shift from traditional ... See more



**Team Leader, Telecommunications Intern**
Chinese Television System
Jul 2011 – Aug 2011 · 2 mos
Taipei, Taiwan
- Elected by coworkers and staff as team leader among 5 interns. Led discussions and delegated tasks for team project.
- Produced a short film by assigning roles to team members and personally editing the video for over 100 hours. The film was awarded 3rd place in the Humanities category for the Taiw... See more

**Show 2 more experiences** ⌄     Show fewer experiences ⌃

---

## Education



**Indiana University - Kelley School of Business**
Bachelor of Science, Business; Marketing and Finance, Marketing (3.93/4.00), Overall (3.60/4.00)
2009 – 2013
Activities and Societies: Ascend (Vice President of Internal Affairs),Winner of KPMG National Undergraduate Case Competition, Deloitte 2012 National Undergraduate Case Competition, Nielsen Data Visualization Contest, Ernst and Young Leadership Conference, Kelley Annual Business Conference, Hutton Honors College, IU Distinction Scholarship (Partial), Kelley Business School Direct Admit



**National Taiwan Normal University**
4.0
2009 – 2009
Studied Mandarin in an intensive Chinese program at the largest and most well-known language center in Taiwan



**Neuqua Valley High School**
2005 – 2009
Activities and Societies: Business Professionals of America - State Competition for XHTML/Web Design, Delta Epsilion Chi - State Qualifier for Hotel and Tourism Management, Illinois Music Educator's Association Competition, Men's Varsity - Track and Field for Long and Triple Jump, Men's Junior Varsity - Rugby, Men's Junior Varsity - Tennis, Men's Junior Varsity - Cross Country

Naperville Cultural Center - Volunteer
Dupage Children's Museum - Volunteer

---

## Volunteer Experience



**Auction Coordinator**
Rotary International
May 2014 – Mar 2016  •  1 yr 11 mos

---

## Skills & Endorsements

Search Engine Optimization (SEO)

Link Building

Product Management

Show more ⌄

---

## Recommendations

**Received (1)**     Given (1)



**Evonne Ma, MBA**
Product Owner @ SunPower
March 22, 2018, Jeff was senior to Evonne but didn't manage directly

I had the pleasure of working directly with Jeff on the SEO team at UpCounsel. I was particularly impressed with the breadth and depth of Jeff's experience. Besides publishing a massive amount of high-quality content to drive traffic and revenue, Jeff worked alongside the Product, Engineering, Design, Operations, Growth and Data teams to launch a myriad of new features and products. Jeff collaborates well across departments and is ridiculously efficient. He would be an asset to any team!

---

## Accomplishments

**10**  **Courses**                                                              ⌄
Consultative Selling  •  Consumer Behavior  •  Corporate Financial Strategy and Governance  •  Creativity and Communication in Design  •  Database Marketing  •  Equity and Fixed Income Investments  •  Management, Analysis, and Display of Marketing Data  •  Money, Banking, and Capital Markets  •  Retail Strategy  •  Security Trading and Market Making

**1**  **Language**                                                              ⌄
Chinese



1 **Project**

ASCEND Mid-West Chapter Student Leadership Conference Case Competition

1 **Test Score** ⌄

ACT

### Interests

**Tim Brown** 
CEO at IDEO
1,469,592 followers

**Indiana University Bloomington**
315,643 followers

**A STARTUP SPECIALISTS GROUP O...**
284,706 members

**Richard Branson** 
Founder at Virgin Group
14,789,133 followers

**Cloud Computing, SaaS & Virtualiz...**
453,132 members

**Daniel Goleman** 
What Makes a Leader? Emotional and So...
4,788,773 followers

See all

**Linked in**

About

Community Guidelines

Privacy & Terms ⌄

Send feedback

LinkedIn Corporation © 2018

**Questions?**
Visit our Help Center.

**Manage your account and privacy.**
Go to your Settings.

Select Language

English (English) ▼



Toggle navigation

- Enterprise
- How It Works
- Our Lawyers
  Did you know?



  No need to spend hours finding a lawyer, post a job and get custom quotes from experienced lawyers instantly.
  Post a Job
  Business Lawyers
  C Corporation Formation Lawyers
  Contract Lawyers
  Copyright Lawyers
  Immigration Lawyers
  Intellectual Property Lawyers
  Internet Lawyers
  LLC Formation Lawyers
  Patents Lawyers
  S Corporation Formation Lawyers
  Startup Lawyers
  Trademark Lawyers
  View all legal areas
- Resources
  - Customers
  - Patent Law Resources
  - Trademark Law Resources
  - Startup Law Resources
  - Free Legal Documents
  - Blog
- For Lawyers
- Search
- Post a Job
- Login

Search

Type your legal question here

# Richmond Attorneys & Lawyers

Post a Job & Get Free Proposals

1. [Our Lawyers](#)
2. [California](#)
3. [Richmond Attorneys](#)

## Popular Legal Services Covered by our Richmond Attorneys

[Business](#)
[Contracts](#)
[Copyrights](#)
[Employment](#)
[Franchises](#)
[Immigration](#)
[Intellectual Property](#)
[Internet](#)
[Non-Profit](#)
[Outside General Counsel](#)
[Patents](#)
[Real Estate](#)
[Securities](#)
[Startup](#)
[Trademarks](#)



### Samuel Pooler

Samuel's practice, Law Office of Samuel L. Pooler, is committed to achieving equality and fairness on behalf of his clients regardless of their background. He primarily provides legal services in matters related to family law, bankruptcy, and D.U.I. defense. He can also represent clients in cases related to real estate law, trust and estate planning, mediation, and drafting legal documents.
7 yrs experience | Licensed in CA |
Get Proposal View Profile



## Jesse Posner

Licensed to practice law in both California and New York, Jesse Posner works out of his office in San Francisco representing technology start-ups in a wide variety of legal matters. Founder of JPosner Law, Posner drafts and negotiates agreements, structures corporate transactions, advises on corporate governance issues, and develops compliance strategies, among other legal services.
8 yrs experience | Licensed in CA, NY |
Get Proposal View Profile



## Brenda Prackup

2 reviews
Brenda Prackup works at her own Law Offices, helping her clients in legal matters in the most professional way. It is a Civil Litigation and Transactional Law Firm and focuses on representing clients in business, entertainment and fraud matters. Previously, Brenda spent her first years in the legal world working as a Contract Attorney for Steptoe & Johnson LLP. Her education is from The American College of Law, which is where she graduated with her J.D. from in 2000.
14 yrs experience | Licensed in CA |
"Brenda is easy to work with, reliable, and honest. I feel I got a reasonable rate for the work she did when helping me get my business t..."
Get Proposal View Profile



## Nedeen Nasser

5 reviews

After working at several tax law firms and as in-house counsel for DPx Gear, Nedeen Nasser opened her own firm to offer business advocacy services to clients. A speaker of Spanish and Arabic, she specializes in international business management as well as IP licensing, trademark and copyright filing, management and enforcement, IRS representation, and business litigation.

10 yrs experience | Licensed in AZ, CA |

"Clear understanding of the project, responsive, accessible and thoughtful about delivering a project with a high probability of success."

Get Proposal View Profile



## Mindy Nili

2 reviews

Executive leader with a career dedicated to operations management, leadership, change management, business development and legal compliance. Demonstrated expertise in all a... read more

20 yrs experience | Licensed in CA |

"Mindy assisted us with our franchise and licensing agreements for our emerging concept. Mindy has a wealth of experience in this field a..."
Get Proposal View Profile



## Morgan Good

Morgan Good is a business lawyer who was recently licensed to provide legal services to corporate clients in California. He graduated with a J.D. in law from the California Western School of Law. Morgan primarily specializes in labor and employment law. He is also skilled in legal research and writing, as well as in dealing with commercial contracts. Since June 2017, Morgan has been serving as an appearance attorney at Attorneys In Motion.
2 yrs experience | Licensed in CA |
Get Proposal View Profile



## Karlin Fitzmorris Riles

Karlin Fitzmorris Riles is an attorney at law who has been licensed to practice law in Louisiana. She attended the Loyola University New Orleans College of Law, where she obtained her J.D. in law after her graduation. Karlin specializes in legal research and writing, and often provides her legal assistance to startup companies and entrepreneurs. She has been serving as an attorney at the St Tammany Parish Government since September 2017.
Licensed in LA |
Get Proposal View Profile



## Conor Teevan

142 reviews

Top-tier talent shouldn't have to come with a top-tier fee. This is why Conor Teevan combines his top-tier expertise (Yale undergrad, Stanford Law) with affordability. Conor has represented Silicon Valley startups, real estate investors, artists creating companies, and even a child author in need of a book deal. Conor himself started a real estate company with holdings in five states.

5 repeat hires | 13 yrs experience | Licensed in CA | verified

"Excellent attorney, been working with Conor for several years now on a wide variety of legal issues for my business ventures."

Get Proposal View Profile



## Sue Dunbar

165 reviews

Go with Sue Dunbar if you want a big law firm experience with a small law firm cost. Sue's experience working at Robins Kaplan LLP and serving as special counsel to Senator Joseph Dunn has landed her big-name clients like BestBuy, Time Warner Cable, and Yahoo!. Currently, Ms. Dunbar specializes in knowledge about confidentiality and privacy laws regarding sensitive trade secrets.

20 repeat hires | 24 yrs experience | Licensed in CA | verified

"Consistently excellent. Sue is the best."

Get Proposal View Profile



## Seth Wiener

644 reviews

As an experienced trial lawyer and litigator, Seth Wiener has resolved numerous federal and state litigations. His cases have included everything from family law to bankruptcy to fraud and more. Before Seth formed his own firm, the Law Office of Seth W. Wiener, he worked for several prominent law offices where he gained a great deal of experience.

110 repeat hires | 19 yrs experience | Licensed in CA | verified

"Excellent work as always."

Get Proposal View Profile



## Johnny Manriquez

113 reviews

Johnny Manriques is a patent attorney with extensive experience in dealing with cases that involves intellectual property law and related legal matters. He has more than 14 years of experience and is licensed to practice law in California. Johnny is registered with the State Bar of California. He has a Juris Doctor degree in law. Johnny recently started his own firm, but worked with Procopio Cory for three years prior to starting his own law office.

15 repeat hires | 17 yrs experience | Licensed in CA, Patent Bar | verified

"Excellent work and very responsive."

Get Proposal View Profile



## **Grant Maynard**

75 reviews

Grant represents high-growth companies in all aspects of formation, financing, and intellectual property issues. He has previously done general corporate, intellectual, and real estate work at Nebraska's oldest law firm before transitioning to a more virtual lifestyle. As an entrepreneur himself, he understands the need to balance legal and business interests.

12 repeat hires | 6 yrs experience | Licensed in NE | verified

"Excellent experience!"

Get Proposal View Profile



## **Liz Oliner**

698 reviews

If you want someone who has gone through the trademark process over and over again, look no further than Liz Oliner. She has filed over 300 trademarks in the last year alone and has practically got the process down to a science. Small businesses and entrepreneurs frequently come to Ms. Oliner for their trademark and brand protection needs.

116 repeat hires | 7 yrs experience | Licensed in CA | verified

"Great work and very fast with communication."

Get Proposal View Profile



## Seth Heyman

156 reviews

Seth Heyman takes the saying, "the devil is in the details" to heart. As a corporate law attorney, he knows that being thorough and detail-oriented is extremely important in transactions and in every agreement. Mr. Heyman has over 20 years of experience with entity formation, advertising law, contracts, regulatory law, international law, and Internet law. He provides practical and cost-effective legal solutions.

12 repeat hires | 23 yrs experience | Licensed in AZ, CA | verified

"Excellent!"

Get Proposal View Profile



## Meaghan Zore

81 reviews

Meaghan Zore is an attorney and certified information privacy professional (CIPP/US) who has served as an in-house counsel for dozens of companies. Meghan has demonstrated expertise in technology policy strategy, analysis, and advocacy, which is why her insights have been quoted in Time Magazine and San Diego Union Tribune. Her practice provides large firm services at a fraction of the cost.

9 yrs experience | Licensed in CA | verified

"Continuation of original job. Recommended!"

Get Proposal View Profile



## Eric Kirkland

120 reviews
Eric Kirkland is a business attorney with a strong entrepreneurial background. He has 26 years of experience. Eric focuses on contracts, intellectual property, strategic partnerships, software licensing and other general business-related legal matters. He is the managing attorney of Kirkland Law and was previously the founder and CEO of Just Cellular Inc. Eric graduated with a Doctor of Law from the Pepperdine School of Law.
28 yrs experience | Licensed in CA |
"Great reactivity and professionalism as always! Again, I warmly recommend Eric."
Get Proposal View Profile



## Helen Quinn

52 reviews
Helen has extensive experience in structuring, negotiating, and managing corporate transactions. In her previous role as a senior corporate securities attorney for Wilson Sonsini, she provided corporate counsel in connection with over seventy merger and acquisition transactions, over fifty venture capital finance transactions, and several initial public offerings.
5 repeat hires | 20 yrs experience | Licensed in CA, TX | verified
"Helen is a great attorney. Very experienced. Highly recommended!"
Get Proposal View Profile



## Neil Park

80 reviews
Neil Park is well-equipped in Private Practice - with over 7 years of experience acting as outside General Counsel for many of his business clients. For the past two years, Neil has been working as Counsel for an Intellectual Property boutique. His practice areas include Intellectual Property Counseling, Trademark Prosecution, Licensing, Trade Secret Management and Strategy, Business Transactions, Corporate Law and Regulatory Compliance. He attended Loyola Law School.
24 repeat hires | 9 yrs experience | Licensed in CA | verified
"Neil is very responsive and got the jobe done in a timely manner."
Get Proposal View Profile



## Irvin Tyan

43 reviews

Navigating the legal world as a startup can be intimidating and overwhelming. That is why experienced attorneys like Irvin Tyan are an absolute must-have. Mr. Tyan can help your startup with a variety of issues, including intellectual property, contract drafting, portfolio analysis, and commercial litigation. He can also help with employment issues and competitive landscape analysis.

2 repeat hires | 15 yrs experience | Licensed in CA | verified

"Extremely happy with process and result. You won't have post regrets with Irvin."

Get Proposal View Profile



## David Yamaguchi

126 reviews

Startups and small businesses sometimes need someone who can deal with complex transactions on an international playing field. David Yamaguchi specializes in content hosting issues and intellectual property. He concentrates his practice in the United States, Asia, India, and Europe. Whether you are a business giant or a startup, Mr. Yamaguchi can provide legal advice that fits your needs.

8 repeat hires | 33 yrs experience | Licensed in CA | verified

"Awesome experience! David was incredibly knowledgeable, responsive, and patient with all of my questions."

Get Proposal View Profile



## Philip Heller

76 reviews

A corporate and commercial transactions counsel, Philip Heller has represented leading digital media, entertainment, and technology companies, including Warner Bros, Hulu, and American Express. He is particularly knowledgeable about SaaS, software licensing, partnerships, and private equity funds. Mr. Heller specializes in negotiations and drafting complex agreements and privacy policies.

10 yrs experience | Licensed in CA |

"Philip is always dependable and fast. The work gets done properly every time."

Get Proposal View Profile



## Stacy Smith

79 reviews

Stacy Smith is your go-to for your business and real estate needs. She can help with business sales and purchases, entity formation, contracts, and more. Whether your business needs help with vendor agreements or financing, Ms. Smith can help. She can also deal with things like zoning and separating or combining lots. She brings her 25 years of experience to every legal issue.

5 repeat hires | 27 yrs experience | Licensed in CA | verified

"N/A"

Get Proposal View Profile



## John Fallone

71 reviews

John Fallone thinks big and gets it done. As an early-stage company attorney, John is also a co-founder of SendHub, the cloud-based phone system making it easier for today's businesses to communicate with customers and employees. A self-identified geek of processes and efficiency, John plans to get an MBA from Duke's Fuqua School of Business

3 repeat hires | 4 yrs experience | Licensed in CA, NC | verified

"John was great to work with! I highly recommend him to others."

Get Proposal View Profile



## **Ursula Trimming**

56 reviews

Immigration is an area of the law that can have a serious impact on an individual's life and few attorneys understand that better than Ursula Trimming. Ms. Trimming specializes in employment-based working visas and green cards. She can also help with Marriage Green Cards, Fiance/Spouse Visas, and Family Sponsorship. Ms. Trimming provides effective services with compassion and drive.

6 repeat hires | 13 yrs experience | Licensed in NY | verified

"Excellend attorney, comes quickly to the point and offers a path forward to find solutions that work! I highly recommend Ursula to any cl..."

Get Proposal View Profile



## **Mary Obidinski**

54 reviews

Business owners often shudder at the idea of having to pay general counsel for legal advice. With Mary Obidinski, you know that you are getting straightforward, honest legal options that will not break the bank. Ms. Obidinski is worth every cent from her experience as general counsel for a large private corporation and work with small businesses and starts ups.

12 repeat hires | 8 yrs experience | Licensed in CA | verified

"Thanks, Mary!"

Get Proposal View Profile



## Jamie Davenport

39 reviews

Jamie Davenport is a business lawyer that specializes in drafting and negotiating commercial contracts. She primarily assists startup companies and entrepreneurs overcome legal hurdles, but she is able to assist clients of any size. Jamie is also experienced in dealing with legal matters that concerns trademark and copyright law. Jamie has over 17 years of experience and she is licensed to practice law in California. She has been acting as a solo practitioner since 2012.

2 repeat hires | 18 yrs experience | Licensed in CA | verified

"It was great working with Jamie! She's helped us with a legal document we needed in a timely manner. Highly recommended!"

Get Proposal View Profile



## Jann Moorhead

69 reviews

Jann Moorhead is a global transactional attorney with 25 years of experience representing established international companies and startups. She was the lead attorney for the Star Wars franchise and was in charge of negotiating the licensing activities. She has also negotiated many agreements for licensing, distribution, business transactions, privacy, and other commercial contracts across many industries such as consumer products, media, technology, software, and e-commerce.

1 repeat hire | 30 yrs experience | Licensed in CA, NY | verified

"Jann is Fantastic!"

Get Proposal View Profile



## Sunita Koneru

27 reviews

Sunita Koneru knows that your business transactions and intellectual property issues are important to you and your company. That is why she works hard for her clients to get every agreement just right. Her motivation, networking skills, and diligence make her a cut above the rest if your business or non-profit needs a strong commercial attorney.

15 yrs experience | Licensed in CA | verified

"Good attorney. She is knowledgeable and organized. Highly recommend."

Get Proposal View Profile



## Robert W

27 reviews

Robert W is a corporate attorney that primarily specializes in legal matters related to labor and employment law. He has been licensed to practice law in California for over 12 years and has a Juris Doctor degree in law, which he received after graduating from the UCLA School of Law. Robert has been an employment counselor at The

Act-1 Group since October 2014. Prior to this position, he was an associate at Ogletree Deakins and Morgan Lewis.

2 repeat hires | 13 yrs experience | Licensed in CA | verified

"Great working with Robert. The project was completed on time and on budget."

Get Proposal View Profile



## Alexis Saenz

49 reviews

Alexis Saenz is a patent attorney who has prepared hundreds of patent applications and responses to the United States Patent and Trademark Office. He mainly works with start-up ventures and mid-sized companies in the growth stage. Alexis' personal experience with a startup company has given him deep insight into the process that guides his patent and intellectual property services.

5 repeat hires | 15 yrs experience | Licensed in CA, Patent Bar | verified

"good job"

Get Proposal View Profile



## Eric Norton

24 reviews
Eric is not only a trusted business and intellectual property attorney, he has founded several businesses himself. As the founder of Norton Law Corporation, his mission is to provide top tier legal services at affordable prices for business owners of all types, from small business owners to multinational corporations. He takes great pride in helping his clients start and grow their businesses.
7 yrs experience | Licensed in CA | verified
"Eric helped us file a USPTO Trademark. He completed everything we needed to be done seamlessly. He was extremely helpful with all the que..."
Get Proposal View Profile



## Ross Meador

56 reviews
Ross is a partner at TechLaw LLOP, a high caliber business, finance, and IP firm. During his long career, he spent 15 years with prestigious firms, including Morrison & Foerster. His high Avvo rating, "superb," is the result of his expertise in contract drafting, acquisitions and investments, business relationships, and intellectual property protection.

31 yrs experience | Licensed in CA | verified
"Ross is a very easy going lawyer who clearly explains law in a way that any layman can understand."
Get Proposal View Profile



## Tom Shnaider

68 reviews
Thomas has over 15 years of experience and is the founding partner of Shnaider, a corporate, business, and contracts & licensing law firm. He provides cost-effective service to clients, whether they are individuals or Fortune 100 companies in the US and internationally. In addition to law, he is a licensed real estate broker with expertise in real estate transactions and real estate law.
2 repeat hires | 20 yrs experience | Licensed in CA | verified
"Very clear, helpful, and professional."
Get Proposal View Profile



## Lauri Donahue

156 reviews
Lauri Donahue has been practicing law for more than 25 years. She advises high-tech, media, and entertainment companies in the U.S., Israel, and the EU on matters including technology licensing, entertainment law, video

game law, anti-piracy, antitrust, IP litigation, and patent monetization. Ms. Donahue also trains and manages multi-shore teams and teaches law in the U.S. and overseas.

30 repeat hires | 31 yrs experience | Licensed in CA | verified

"Great job! Fast turnaround!"

Get Proposal View Profile



## Carl Loeffler

23 reviews

Karl has provided quality service to many clients at a fraction of the cost of traditional firms as a sole practitioner in the past and now a partner at FisherBroyles by eliminating unnecessary overhead. His specialties include startup companies, private equity, mergers and acquisitions, commercial contracts, and securities compliance. Contact him for any questions regarding an existing enterprise or how to form a new company.

19 yrs experience | Licensed in CA |

"Carl is great to work with. He has an approach to representation that makes it clear he's part of your team and wants you to succeed. He'..."

Get Proposal View Profile



## Kanika Radhakrishnan

296 reviews

Kanika is an experienced Patent Attorney and Managing Partner of Evergreen Valley Law Group in Silicon Valley, which serves innovative entrepreneurs with backgrounds in mechanical engineering, electrical engineering, and computer science. She has filed over 5,000 patent applications in the U.S. and worldwide with a successful track record of obtaining patents for clients.

42 repeat hires | 18 yrs experience | Licensed in CA, Patent Bar | verified

"Attorney office may be understaffed."

Get Proposal View Profile



## Laura Drossman

46 reviews
Clients can't say enough about Laura Drossman: "trustworthy," "tenacious," "responsive," "accountable," and "efficient." Since starting in private practice in 2004, Laura has moved on to found her own firm in 2011 which specializes in commercial real estate, business transactions, trademark law, and general legal counseling. Actively barred in California and New York, one client said it best: "Dross is the Boss."
2 repeat hires | 14 yrs experience | Licensed in CA, NY | verified
"Laura was professional, knowledgeable, responsive and timely."
Get Proposal View Profile



## Edward Robinson

25 reviews

Edward Robinson is a patent attorney that mainly works with corporations to help them obtain patent protection for pharmaceutical products, medical devices and related inventions. He is registered with the U.S. Patent and Trademark Office. Edward has over 14 years of experience. He practices law in California and received a J.D in law from the University of San Diego School of Law. Edward has recently jointed Tech Law LLP, but have represented a large number of companies as a corporate counsel.

11 repeat hires | 15 yrs experience | Licensed in CA | verified

"Great work."

Get Proposal View Profile



## Eric Alspaugh

62 reviews

Intellectual property is a very unique area of the law the requires specialized attorneys who have additional training and education. For the complicated area of medicine and medical devices, the IP complexity often increases. Eric B. Alspaugh serves as medical device general counsel or patent counsel for several businesses, a qualification that very few attorneys can boast. His expertise is invaluable to these complicated business ventures.

13 yrs experience | Licensed in CA |

"it was great working with Eric, he was always very fast to response."

Get Proposal View Profile



## Fiona Kaufman

20 reviews

Fiona is a Corporate Attorney with extensive experience working in-house for Silicon Valley High Technology companies. She runs her boutique law firm, Law Office of Fiona Newell Kaufman, with the goal of providing value-oriented legal services to technology-based companies. In addition to practicing law, she is an experienced legal author with a leading national publisher.

5 repeat hires | 21 yrs experience | Licensed in CA | verified

"Fiona has been a great resource in helping our company draft our service agreement template. She is great to collaborate and clear in he..."

Get Proposal View Profile



## Brad Bertoglio

22 reviews

Intellectual property is especially important for businesses that are experiencing growth. Brad Bertoglio focuses his practice on obtaining intellectual property rights for businesses of all types, with emphasis on growth companies. He offers expert legal advice that fast-paced, growing companies can trust. High-quality service is important to Mr. Bertoglio and that is what he provides.

18 yrs experience | Licensed in AZ, CA, IL, Patent Bar | verified

"We had a consultation with Brad for one hour. Brad is definitely competent, good communicator, and generally the person you would like to..."

Get Proposal View Profile



Richmond, CA Attorneys & Lawyers | Office On Demand

## Jesko Onken

47 reviews

Licensed in California and Germany, Jesko Onken offers cost-effective legal advice to small and midsize companies. A speaker of German, French, and Italian, Mr. Onken provides services in business law and international legal management. He specializes in entity formation, business contracts, corporate compliance, immigration, licensing, and securities.

3 repeat hires | 13 yrs experience | Licensed in CA | verified

"What a terrific lawyer! 10/10!"

Get Proposal View Profile



## Chad Starkey

36 reviews

Chad Starkey is a corporate attorney that has over 19 years of experience. He is licensed to practice law in California and obtained his J.D. in law from the Pepperdine University School of Law. Chad specializes in commercial contracts and has represented many corporate clients, including Fit Pay, FogLogic and Superflex. He founded his own legal firm, CES Legal services, in May 2017. Prior to this position, Chad was a legal advisor at JUMIO.

18 repeat hires | 20 yrs experience | Licensed in CA | verified

"Excellent work at an affordable price"

Get Proposal View Profile



## Bobby Kouretchian

17 reviews

Bobby made a name for himself quickly as a litigator and carried a 95% or higher success rate when it came to case resolution. Bobby handles corporate law, wills and trusts, intellectual property law, and contract law. He has worked for top name companies including Playboy.com, USCFootball.com, and Califa Entertainment. Bobby will help you protect your assets, property, and brands.

19 yrs experience | Licensed in CA |

"Bobby combines a well rounded knowledge of the laws with a good sense of business."
Get Proposal View Profile



## Andrew Lachman

30 reviews
If your business is engaging in corporate technology transactions, you will need an attorney who has experience in that area. This could include technology services, hardware, software, and content licensing. Andrew Lachman does it all, and he can help your business thrive in these areas. He also works with data privacy, trademarks, and business litigation.
12 repeat hires | 19 yrs experience | Licensed in CA, DC | verified
"Great work"
Get Proposal View Profile

**Useful Documents**

- Stock Purchase Agreement for a California Corporation
- California Durable Power of Attorney Form
- Intellectual Property Assignment Agreement to a California LLC
- Thirty (30) Day Eviction Notice for California
- Articles of Organization for California
- Incorporator's Organizational Action for California
- Articles of Incorporation for California

**Helpful Articles**

- How to Open a Restaurant in California
- How to Open a Bar in California
- How to Form a Single Member LLC in California
- How to Evict a Tenant in California
- How to Start a Food Truck in California
- How to Hire an Employee in California
- How to Open a Cafe in California

**More Attorneys**

## Richmond Lawyers

4.9
Based on 4319 reviews
Clear Communication - 4.9
Response Time - 4.9
Knowledgeable - 4.9
Meets Deadlines - 5.0
UpCounsel is a secure service for your business legal needs

On UpCounsel, you can find pre-qualified, vetted, and rated Richmond attorneys & lawyers that have several years of specialized experience in many areas of law for the business world that service the area of Richmond, California. By making it easy for businesses to connect with one or more top-rated Richmond lawyers specialized in the area of law you require legal assistance with, you can hire the attorney best for you and get to work quickly.

It's always free to post a job and communicate with any of the Richmond attorneys you sync up with about your unique legal needs. Upon posting a job request to our community of Richmond lawyers, you will receive proposals from several attorneys who can best assist you. With UpCounsel, you can hire a Richmond attorney with confidence, as we offer a money-back guarantee on all work completed with verified attorneys & lawyers servicing the city of Richmond, California on UpCounsel.

## What Our Customers Have to Say

"UpCounsel gives me access to big-firm lawyers minus the big-firm price tag. I work with several attorneys on the platform and there are never surprises...I always receive quality legal work at competitive rates that larger firms simply cannot match."

Scott Woods
SVP & General Counsel

"Every startup needs to know about UpCounsel. We found great attorneys at great prices and were able to focus our resources on improving our business instead of paying legal bills."

Sean Conway
Co-founder & CEO

"Before UpCounsel it was hard for us to find the right lawyer with the right expertise for our business. UpCounsel solves those problems by being more affordable and helping us find the right lawyer in no time."

Tristan Pollock
Co-founder & COO



## Find the best lawyer for your legal needs

Find a lawyer

Navigation

- How it Works

- For Lawyers
- Free Legal Documents
- Blog
- Sitemap

About

- The Company
- Careers
- Customers
- Privacy Policy
- Terms of Service

Contact

- Visit our Support Center
- Contact
- Sales
- Press



-
-
-

UpCounsel is an interactive online service that makes it faster and easier for businesses to find and hire legal help solely based on their preferences. We are not a law firm, do not provide any legal services, legal advice or "lawyer referral services" and do not provide or participate in any legal representation.

© 2018 UpCounsel, Inc.

# Meet Our Legal Concierge

Thanks for using UpCounsel! We're offering repeat customers free access to our legal concierge to help with your next job.

Our concierge can help you create the perfect job posting, find attorneys with specific experience and answer any questions about using UpCounsel or working with our attorneys.



## Talk to Concierge

Speak to our concierge, who will help you create your job post to get the best bids

---



Post a job online

# Meet Our Legal Concierge

Thanks for using UpCounsel! We're offering repeat customers free access to our legal concierge to help with your next job.

Our concierge can help you create the perfect job posting, find attorneys with specific experience and answer any questions about using UpCounsel or working with our attorneys.



Schedule a Call

---



Post a job online

# Meet Our Legal Concierge

Thanks for using UpCounsel! We're offering repeat customers free access to our legal concierge to help with your next job.

Our concierge can help you create the perfect job posting, find attorneys with specific experience and answer any questions about using UpCounsel or working with our attorneys.



[Get a Call Now](#)



[Schedule a Call](#)



[Post a job online](#)

## Meet Our Legal Concierge

What is your preferred phone number? [                    ]

[ Request Call Now ]

[Back](#)

# Our Legal Concierge
# Will Call You Soon

Our legal concierge has been notified that you have requested assistance. **You should recieve a call within a few minutes.** If we have a problem getting in contact, we will send you an email.

# EXHIBIT 64



# AggregateRating

Canonical URL: http://schema.org/AggregateRating

Thing > Intangible > Rating > AggregateRating

The average rating based on multiple ratings or reviews.

Usage: Between 500,000 and 1,000,000 domains

[more...]

| Property | Expected Type | Description |
|---|---|---|
| **Properties from AggregateRating** | | |
| itemReviewed | Thing | The item that is being reviewed/rated. |
| ratingCount | Integer | The count of total number of ratings. |
| reviewCount | Integer | The count of total number of reviews. |
| **Properties from Rating** | | |
| author | Organization or Person | The author of this content or rating. Please note that author is special in that HTML 5 provides a special mechanism for indicating authorship via the rel tag. That is equivalent to this and may be used interchangeably. |
| bestRating | Number or Text | The highest value allowed in this rating system. If bestRating is omitted, 5 is assumed. |
| ratingValue | Number or Text | The rating for the content. |
| reviewAspect | Text | This Review or Rating is relevant to this part or facet of the itemReviewed. |
| worstRating | Number or Text | The lowest value allowed in this rating system. If worstRating is omitted, 1 is assumed. |
| **Properties from Thing** | | |
| additionalType | URL | An additional type for the item, typically used for adding more specific types from external vocabularies in microdata syntax. This is a relationship between something and a class that the thing is in. In RDFa syntax, it is better to use the native RDFa syntax – the 'typeof' attribute – for multiple types. Schema.org tools may have only weaker understanding of extra types, in particular those defined externally. |
| alternateName | Text | An alias for the item. |
| description | Text | A description of the item. |

| Property | Expected Type | Description |
|---|---|---|
| disambiguatingDescription | Text | A sub property of description. A short description of the item used to disambiguate from other, similar items. Information from other properties (in particular, name) may be necessary for the description to be useful for disambiguation. |
| identifier | PropertyValue or Text or URL | The identifier property represents any kind of identifier for any kind of Thing, such as ISBNs, GTIN codes, UUIDs etc. Schema.org provides dedicated properties for representing many of these, either as textual strings or as URL (URI) links. See background notes for more details. |
| image | ImageObject or URL | An image of the item. This can be a URL or a fully described ImageObject. |
| mainEntityOfPage | CreativeWork or URL | Indicates a page (or other CreativeWork) for which this thing is the main entity being described. See background notes for details.<br>Inverse property: mainEntity. |
| name | Text | The name of the item. |
| potentialAction | Action | Indicates a potential Action, which describes an idealized action in which this thing would play an 'object' role. |
| sameAs | URL | URL of a reference Web page that unambiguously indicates the item's identity. E.g. the URL of the item's Wikipedia page, Wikidata entry, or official website. |
| subjectOf | CreativeWork or Event | A CreativeWork or Event about this Thing..<br>Inverse property: about. |
| url | URL | URL of the item. |

Instances of AggregateRating may appear as values for the following properties

| Property | On Types | Description |
|---|---|---|
| aggregateRating | Brand or CreativeWork or Event or Offer or Organization or Place or Product or Service | The overall rating, based on a collection of reviews or ratings, of the item. |

Available properties in extensions

- For Rating in the pending extension: reviewAspect
- For Thing in the pending extension: subjectOf

More specific Types available in extensions

- EmployerAggregateRating

## Examples

### Example 1

| Without Markup | Microdata | RDFa | JSON–LD |

```
Kenmore White 17" Microwave
<img src="kenmore-microwave-17in.jpg" alt='Kenmore 17" Microwave' />
Rated 3.5/5 based on 11 customer reviews
$55.00
In stock
Product description:
0.7 cubic feet countertop microwave. Has six preset cooking categories and
 convenience features like Add-A-Minute and Child Lock.
Customer reviews:
Not a happy camper - by Ellie, April 1, 2011
1/5 stars
The lamp burned out and now I have to replace it.
 Value purchase - by Lucas, March 25, 2011
4/5 stars
Great microwave for the price. It is small and fits in my apartment.
...
```

### Example 2

| Without Markup | Microdata | RDFa | JSON–LD |

```
<img src="dell-30in-lcd.jpg" alt="A Dell UltraSharp monitor" />
Dell UltraSharp 30" LCD Monitor
87 out of 100 based on 24 user ratings
$1250 to $1495 from 8 sellers
Sellers:
<a href="save-a-lot-monitors.com/dell-30.html">
  Save A Lot Monitors - $1250</a>
<a href="jondoe-gadgets.com/dell-30.html">
  Jon Doe's Gadgets - $1350</a>
...
```

### Example 3

| Without Markup | Microdata | RDFa | JSON–LD |

```
<a href="category/books.html">Books</a> >
 <a href="category/books-literature.html">Literature & Fiction</a> >
```

```
 <a href="category/books-classics">Classics</a>
<img src="catcher-in-the-rye-book-cover.jpg"
  alt="cover art: red horse, city in background"/>
The Catcher in the Rye - Mass Market Paperback
by <a href="/author/jd_salinger.html">J.D. Salinger</a>
4 stars - 3077 reviews
Price: $6.99
In Stock
Product details
224 pages
Publisher: Little, Brown, and Company - May 1, 1991
Language: English
ISBN-10: 0316769487
Reviews:
5 stars - <b>"A masterpiece of literature" </b>
by John Doe. Written on May 4, 2006
I really enjoyed this book. It captures the essential challenge people face
as they try make sense of their lives and grow to adulthood.
4 stars - <b>"love it LOLOL111!" </b>
by Bob Smith, Written on June 15, 2006
Catcher in the Rye is a fun book. It's a good book to read.
```

## Example 4

| Without Markup | Microdata | RDFa | JSON-LD |

```
GreatFood
4 stars - based on 250 reviews
1901 Lemur Ave
Sunnyvale, CA 94086
(408) 714-1489
<a href="http://www.greatfood.com">www.greatfood.com</a>
Hours:
Mon-Sat 11am - 2:30pm
Mon-Thur 5pm - 9:30pm
Fri-Sat 5pm - 10pm
Categories: Middle Eastern, Mediterranean
Price Range: $$
Takes Reservations: Yes
```

Schema Version 3.4

# EXHIBIT 65

# Employer Aggregate Rating

**Does your site provide salary estimates?** Consider adding Occupation structured data (https://developers.google.com/search/docs/data-types/occupation).

**Does your site provide job postings?** Consider adding JobPosting structured data (https://developers.google.com/search/docs/data-types/job-posting).

If your site publishes user-generated ratings about hiring organizations, you should add `EmployerAggregateRating` structured data to your site. `EmployerAggregateRating` is an evaluation of a hiring organization compiled from many users. Adding `EmployerAggregateRating` can provide job seekers with ratings about a hiring organization to help them choose a job. It also offers prominent brand placement in the enriched job search experience on Google.

During the beta phase, we recommended adding review snippet structured data (https://developers.google.com/search/docs/data-types/review#review-snippet) for your page to be eligible for the jobs enriched search results. If you currently have review snippet structured data on your site, we recommend that you transition from review snippet structured data to Employer Aggregate Rating structured data soon.

## Example

Here's an example for `EmployerAggregateRating` using JSON-LD code in the Structured Data Testing Tool.

SEE MARKUP

Here's how ratings about hiring organizations may look in the enriched job search experience on Google.



## Add aggregate ratings

1. Ensure that Googlebot can crawl your web pages that post employer aggregate ratings (not protected by a robots.txt file or robots meta tag).

2. Follow our guidelines (#guidelines).

3. Add `EmployerAggregateRating` structured data to your web page.

4. Validate your code using the Structured Data Testing Tool (https://search.google.com/structured-data/testing-tool). Paste your code into the tool and click the validate button.

5. Deploy a few pages using your structured data and use Fetch as Google (https://www.google.com/webmasters/tools/googlebot-fetch) to test how Google sees the page. Be sure that your page is accessible to Google and not blocked by robots, noindex, or login requirements. If the page looks okay, use that tool to request an index of the page. Read here to find out how to test a page hosted on a local server or behind a firewall (https://developers.google.com/search/docs/guides/debug#testing-firewalled-pages).

6. To monitor errors, <u>verify your site ownership in Search Console</u> (https://support.google.com/webmasters/answer/35179). If <u>Search Console</u> (https://search.google.com/search-console) notices any dramatic changes in error rates, you might be notified by email about the change.

7. After Google has indexed the page, look for errors and properly processed data using the <u>Structured Data report</u> (https://www.google.com/webmasters/tools/structured-data) in Search Console. Ideally you should see an increase of rich results or structured data types and no increase in error rates.

   - If you see your structured data being crawled without errors, update your sitemap to have Google crawl those pages regularly.

   - If you find problems in your structured data, fix it, retest on Fetch as Google, and request another index until everything looks good in the reports. Then deploy the rest of your pages.

8. Monitor your error rates periodically using the Rich Cards or Structured Data report, especially after releasing new templates or updating your code.


## Guidelines

You must follow these guidelines to be eligible to appear in the Google job search experience.

> **Warning:** If your site violates one or more of these guidelines, then Google may take <u>manual action</u> (https://support.google.com/webmasters/answer/2604824) against it. Once you have remedied the problem, you can submit your site for <u>reconsideration</u> (https://support.google.com/webmasters/answer/35843).

- <u>Technical guidelines</u> (#technical-guidelines)
- <u>Content guidelines</u> (#content-guidelines)
- <u>Enriched search quality guidelines</u> (https://support.google.com/webmasters/answer/7407437)
- <u>Webmaster guidelines</u> (https://support.google.com/webmasters/answer/35769)
- <u>General structured data guidelines</u> (https://developers.google.com/search/docs/guides/sd-policies)


### Technical guidelines

- Make sure that the ratings are available to users from the page where you add `EmployerAggregateRating` structured data. It should be immediately obvious to users that the page has rating content.

- Provide rating information about a specific hiring organization, not about a category or a list of items. For example, "top 10 best places to work" and "tech companies" aren't specific hiring organizations.

- By default, Google assumes that your site uses a 5-point scale, where 5 is the best possible rating and 1 is the worst, but you can use any other scale. If you use a different scale, you can specify the best and worst ratings, and Google scales that to the 5-star system.


### Content guidelines

- Users must be able to post their own ratings on your site and your site must host those user ratings.
- The number of ratings should reflect actual ratings that users provide.
- The aggregate score should be accurately derived from the provided ratings.


## Structured data type definitions

This section describes the structured data types related to employer aggregate ratings.

You must include the required properties for your structured data to display in search results. You can also include the recommended properties to add more information to your structured data, which could provide a better user experience.

## EmployerAggregateRating

| Properties | |
|---|---|
| `@type` | Set `@type` to "`EmployerAggregateRating`". |
| `bestRating` | Number (http://schema.org/Number), **required** if the rating system is not a 5-point scale. If **bestRating** is omitted, 5 is assumed.<br><br>The highest value allowed in this rating system. |
| `itemReviewed` | Thing (http://schema.org/Thing), **required**<br><br>The organization that is being rated. The **itemReviewed** property must point to a schema.org/Organizaton (http://schema.org/Organization) that represents the company being rated. For example:<br><br><pre>{<br>  "@context" : "http://schema.org/",<br>  "@type": "EmployerAggregateRating",<br>  "itemReviewed": {<br>    "@type": "Organization",<br>    "name" : "World's Best Coffee Shop",<br>    "sameAs" : "http://www.worlds-best-coffee-shop.example.com"<br>  }<br>}</pre> |
| `ratingCount` | Number (http://schema.org/Number), **required**<br><br>The total number of ratings of the organization on your site. |
| `ratingValue` | Number (http://schema.org/Number), **required**<br><br>A numerical quality rating for the organization. The numerical quality rating must be an aggregate score that is accurately derived from the provided ratings. |
| `worstRating` | Number (http://schema.org/Number), **required** if the rating system is not a 5-point scale. If **worstRating** is omitted, 1 is assumed.<br><br>The lowest value allowed in this rating system. |

*Except as otherwise noted, the content of this page is licensed under the Creative Commons Attribution 3.0 License (https://creativecommons.org/licenses/by/3.0/), and code samples are licensed under the Apache 2.0 License (https://www.apache.org/licenses/LICENSE-2.0). For details, see our Site Policies (https://developers.google.com/terms/site-policies). Java is a registered trademark of Oracle and/or its affiliates.*

*Last updated September 4, 2018.*



**Blog**
Find out the latest on Search

**Github**
Fork our samples and try them yourself

**Videos**
Watch videos and talks

# EXHIBIT 66

# Employer Aggregate Rating

**Does your site provide salary estimates?** Consider adding Occupation structured data (https://developers.google.com/search/docs/data-types/occupation).

**Does your site provide job postings?** Consider adding JobPosting structured data (https://developers.google.com/search/docs/data-types/job-posting).

If your site publishes user-generated ratings about hiring organizations, you should add `EmployerAggregateRating` structured data to your site. `EmployerAggregateRating` is an evaluation of a hiring organization compiled from many users. Adding `EmployerAggregateRating` can provide job seekers with ratings about a hiring organization to help them choose a job. It also offers prominent brand placement in the enriched job search experience on Google.

During the beta phase, we recommended adding review snippet structured data (https://developers.google.com/search/docs/data-types/review#review-snippet) for your page to be eligible for the jobs enriched search results. If you currently have review snippet structured data on your site, we recommend that you transition from review snippet structured data to Employer Aggregate Rating structured data soon.

## Example

Here's an example for `EmployerAggregateRating` using JSON-LD code in the Structured Data Testing Tool.

SEE MARKUP

Here's how ratings about hiring organizations may look in the enriched job search experience on Google.



## Add aggregate ratings

1. Ensure that Googlebot can crawl your web pages that post employer aggregate ratings (not protected by a robots.txt file or robots meta tag).

2. Follow our guidelines (#guidelines).

3. Add `EmployerAggregateRating` structured data to your web page.

4. Validate your code using the Structured Data Testing Tool (https://search.google.com/structured-data/testing-tool). Paste your code into the tool and click the validate button.

5. Deploy a few pages using your structured data and use Fetch as Google (https://www.google.com/webmasters/tools/googlebot-fetch) to test how Google sees the page. Be sure that your page is accessible to Google and not blocked by robots, noindex, or login requirements. If the page looks okay, use that tool to request an index of the page. Read here to find out how to test a page hosted on a local server or behind a firewall (https://developers.google.com/search/docs/guides/debug#testing-firewalled-pages).

6. To monitor errors, <u>verify your site ownership in Search Console</u> (https://support.google.com/webmasters/answer/35179). If <u>Search Console</u> (https://search.google.com/search-console) notices any dramatic changes in error rates, you might be notified by email about the change.

7. After Google has indexed the page, look for errors and properly processed data using the <u>Structured Data report</u> (https://www.google.com/webmasters/tools/structured-data) in Search Console. Ideally you should see an increase of rich results or structured data types and no increase in error rates.

   - If you see your structured data being crawled without errors, update your sitemap to have Google crawl those pages regularly.

   - If you find problems in your structured data, fix it, retest on Fetch as Google, and request another index until everything looks good in the reports. Then deploy the rest of your pages.

8. Monitor your error rates periodically using the Rich Cards or Structured Data report, especially after releasing new templates or updating your code.


## Guidelines

You must follow these guidelines to be eligible to appear in the Google job search experience.

> **Warning:** If your site violates one or more of these guidelines, then Google may take <u>manual action</u> (https://support.google.com/webmasters/answer/2604824) against it. Once you have remedied the problem, you can submit your site for <u>reconsideration</u> (https://support.google.com/webmasters/answer/35843).

- <u>Technical guidelines</u> (#technical-guidelines)
- <u>Content guidelines</u> (#content-guidelines)
- <u>Enriched search quality guidelines</u> (https://support.google.com/webmasters/answer/7407437)
- <u>Webmaster guidelines</u> (https://support.google.com/webmasters/answer/35769)
- <u>General structured data guidelines</u> (https://developers.google.com/search/docs/guides/sd-policies)


### Technical guidelines

- Make sure that the ratings are available to users from the page where you add `EmployerAggregateRating` structured data. It should be immediately obvious to users that the page has rating content.

- Provide rating information about a specific hiring organization, not about a category or a list of items. For example, "top 10 best places to work" and "tech companies" aren't specific hiring organizations.

- By default, Google assumes that your site uses a 5-point scale, where 5 is the best possible rating and 1 is the worst, but you can use any other scale. If you use a different scale, you can specify the best and worst ratings, and Google scales that to the 5-star system.


### Content guidelines

- Users must be able to post their own ratings on your site and your site must host those user ratings.
- The number of ratings should reflect actual ratings that users provide.
- The aggregate score should be accurately derived from the provided ratings.


## Structured data type definitions

This section describes the structured data types related to employer aggregate ratings.

You must include the required properties for your structured data to display in search results. You can also include the recommended properties to add more information to your structured data, which could provide a better user experience.

EmployerAggregateRating

| Properties | |
| --- | --- |
| `@type` | Set `@type` to `"EmployerAggregateRating"`. |
| `bestRating` | Number (http://schema.org/Number), **required** if the rating system is not a 5-point scale. If **bestRating** is omitted, 5 is assumed.<br><br>The highest value allowed in this rating system. |
| `itemReviewed` | Thing (http://schema.org/Thing), **required**<br><br>The organization that is being rated. The **itemReviewed** property must point to a schema.org/Organizaton (http://schema.org/Organization) that represents the company being rated. For example:<br><br>```\n{\n  "@context" : "http://schema.org/",\n  "@type": "EmployerAggregateRating",\n  "itemReviewed": {\n    "@type": "Organization",\n    "name" : "World's Best Coffee Shop",\n    "sameAs" : "http://www.worlds-best-coffee-shop.example.com"\n  }\n}\n``` |
| `ratingCount` | Number (http://schema.org/Number), **required**<br><br>The total number of ratings of the organization on your site. |
| `ratingValue` | Number (http://schema.org/Number), **required**<br><br>A numerical quality rating for the organization. The numerical quality rating must be an aggregate score that is accurately derived from the provided ratings. |
| `worstRating` | Number (http://schema.org/Number), **required** if the rating system is not a 5-point scale. If **worstRating** is omitted, 1 is assumed.<br><br>The lowest value allowed in this rating system. |

*Except as otherwise noted, the content of this page is licensed under the Creative Commons Attribution 3.0 License (https://creativecommons.org/licenses/by/3.0/), and code samples are licensed under the Apache 2.0 License (https://www.apache.org/licenses/LICENSE-2.0). For details, see our Site Policies (https://developers.google.com/terms/site-policies). Java is a registered trademark of Oracle and/or its affiliates.*

*Last updated September 4, 2018.*



**Blog**
Find out the latest on Search

**Github**
Fork our samples and try them yourself

**Videos**
Watch videos and talks

# EXHIBIT 67

**Google**    best trdemark lawyers in idaho

All    Shopping    News    Images    Maps    More                Settings    Tools

About 459,000 results (0.67 seconds)

Showing results for best **trademark** lawyers in idaho
Search instead for best trdemark lawyers in idaho

**Zachary Scott | Patent & Trademark Attorney | zscottlaw.com**
Ad  www.zscottlaw.com/ ▾    (406) 274-7161
Patent and **Trademark Attorney** Serving the Northern Rockies. Highlights: Offering Cost-Efficient
Service, Helping To Secure Patent And **Trademark** Rights, Free Consultation Available.

**Trademark Registration $69 | Same-Day Filing Available**
Ad  www.ttcbusinesssolutions.com/ ▾
#1 in **Trademark** Registrations. Fast, Simple, and Affordable. Questions? Call Us! Lifetime Customer
Support. Types: Basic Package, Standard Package, Platinum Package.

**#1-Ranked Trademark Attorney. | Register Your Trademark Today.**
Ad  www.secureyourtrademark.com/ ▾
**Trademark** a business name, logo or slogan! Call today for a free consultation!
SecureYourTrademark.com. Quick Online Application..
Register Your Trademark · File a Trademark Now · Trademark a Name & Logo · Ranked #1 in the U.S.

**Parsons Behle & Latimer | Idaho Real Estate Attorneys**
Ad  www.parsonsbehle.com/ ▾
Parsons Behle & Latimer Specializes In Real Estate Law. Contact Us For More Info. Wide Variety Of
Clients. Comprehensive Background. Highlights: Founded In 1882, Professional Service.

**The 10 Best Trademark Lawyers in Idaho NEAR ME | UpCounsel 2018**
https://www.upcounsel.com › Trademark ▾
★★★★★ Rating: 5 - 2,447 reviews
Find the **best Trademark Lawyers** near Idaho and get free custom quotes in 24 hours. Get your legal
work done right and save up to 60% on legal fees. Trusted ...

**Idaho Intellectual Property Lawyers - Compare Top Intellectual ... - Justia**
https://www.justia.com/lawyers/intellectual-property-ip-law/idaho ▾
Compare 48 **intellectual property** attorneys in Idaho on Justia. Comprehensive lawyer profiles including
fees, education, jurisdictions, awards, publications and ...

**Top Idaho Falls Intellectual Property Lawyers - ID Attorneys near you ...**
https://attorneys.lawinfo.com/intellectual-property/idaho/idaho-falls/ ▾
Find an **Intellectual Property** Attorney near you from accredited law firms, including those offering free
consultation. Enhanced profiles with Lead Counsel ratings, ...

**Find the best Trademark Application lawyer in Idaho - Avvo**
https://www.avvo.com › Find a lawyer › Idaho ▾
FREE detailed reports on 12 **Trademark** Application **Attorneys** in Idaho including disciplinary sanctions,
peer endorsements, and reviews.

**Best Idaho Falls Trademarks Lawyer - Attorneys & Law Firms | FindLaw**
https://lawyers.findlaw.com/lawyer/firm/trademarks/idaho-falls/idaho ▾
Find the **best** Idaho Falls, ID **Trademarks** lawyers and law firms near you. Browse **top** Idaho Falls, ID
**Trademarks** attorneys with recommendations and detailed ...

**Boise Intellectual Property Lawyers - Idaho Intellectual Property Law ...**
https://www.lawyers.com › ... › Intellectual Property Law Firms › Idaho Law Firms ▾
★★★★☆ Rating: 4.6 - 1,864 reviews
Find highly rated **Intellectual Property** law firms practicing near Boise, Idaho. ... first impressions of your
situation, and his or her thoughts on your **best** course of ...

**Trademark Law - Trademark Attorney In Boise - Brian Webb Legal**
www.brianwebblegal.com/trademark-law/ ▾
If you need a **trademark attorney** to help with a trademark search, ... Many Idaho business owners spend
countless hours, along with their blood, sweat, and ... symbol and was profiting from your hard earned
**good** reputation, it would not only ...

### Hawley Troxell: Boise, ID Attorneys | Idaho Law Firm
www.hawleytroxell.com/ ▾

Hawley Troxell is **Idaho's** premiere full service business law firm. ... And, **best** of all, our nationally renowned legal services come with a local address. ... **Patent** and Emerging Technology Law · Public Finance and Local Government Law · Real ...

### Racine Olson: Idaho Lawyers - Pocatello & Boise Estate Planning ...
https://www.racinelaw.net/ ▾

Second, you want to know if this is the firm **best** suited to help you solve the problem. ... We even have an **Idaho attorney** and staff person who speaks Spanish, ...

### Idaho | USPTO - United States Patent and Trademark Office
https://www.uspto.gov/learning-and-resources/inventors-entrepreneurs/idaho ▾

Dec 20, 2017 - Registered **Patent Attorneys**/Agents. Inventor Organizations. East **Idaho** Inventors Forum 208.346.6763. Attorneys General Statehouse Boise ID ...

### Trademark Attorney
[Ad] www.simplicitylaw.com/Trademarks ▾

Fast affordable **trademark** services. Free consultations. Call us Today! Fixed Prices.

Our Team · Services And Pricing · Procedural Information · Law Articles · Client Reviews

### Don't just find Any lawyer. | Find the Right Lawyer for You
[Ad] www.lawyers.com/ ▾

Profiles and Trusted Client Reviews and Ratings of Millions of Local **Attorneys**. Over 1M **Lawyers** Listed. Trusted **Lawyer** Reviews. #1 Legal Directory. Free Legal Information. Locations: California, Texas, Florida, New York, Illinois.

### LegalZoom: Trademark Register | It's A Clear 3 Step Process
[Ad] www.legalzoom.com/trademark ▾

You Can **Trademark** A Logo, Slogan or Company Name. Start Now! USPTO Filing. Electronic Filing.

Easy Trademark Search · Copyright Registration · Invention Protection · Statement Of Use



Goooooooooogle ❯

1   2   3   4   5   6   7   8   9   10     Next

● Shoreline West, Mountain View, CA - Reported by this computer - Use precise location - Learn more

Help    Send feedback    Privacy    Terms



`Toggle navigation`

- [Enterprise](#)
- [How It Works](#)
- [Our Lawyers](#)
  Did you know?

  

  No need to spend hours finding a lawyer, post a job and get custom quotes from experienced lawyers instantly.
  [Post a Job](#)
  [Business Lawyers](#)
  [C Corporation Formation Lawyers](#)
  [Contract Lawyers](#)
  [Copyright Lawyers](#)
  [Immigration Lawyers](#)
  [Intellectual Property Lawyers](#)
  [Internet Lawyers](#)
  [LLC Formation Lawyers](#)
  [Patents Lawyers](#)
  [S Corporation Formation Lawyers](#)
  [Startup Lawyers](#)
  [Trademark Lawyers](#)
  [View all legal areas](#)
- [Resources](#)
  - [Customers](#)
  - [Patent Law Resources](#)
  - [Trademark Law Resources](#)
  - [Startup Law Resources](#)
  - [Free Legal Documents](#)
  - [Blog](#)
- [For Lawyers](#)
- [Search](#)
- Post a Job
- [Login](#)

`Search`

Type your legal question here

# Idaho Trademark Attorneys & Lawyers Near Me

Post a Job & Get Free Proposals

1. Our Lawyers
2. Trademark
3. Idaho Attorneys

## Popular Cities in Idaho where our Trademark Attorneys can assist you.

Boise
Nampa
Idaho Falls
Meridian
Pocatello
Caldwell
Coeur d Alene
Twin Falls
Post Falls
Rexburg
Lewiston
Moscow
Blackfoot
Kuna
Eagle
Garden City
Hayden



## Liz Oliner

698 reviews
If you want someone who has gone through the trademark process over and over again, look no further than Liz Oliner. She has filed over 300 trademarks in the last year alone and has practically got the process down to a science. Small businesses and entrepreneurs frequently come to Ms. Oliner for their trademark and brand protection needs.
117 repeat hires | 7 yrs experience | Licensed in CA | verified
"Great work and very fast with communication."
Get Proposal View Profile



## Kanika Radhakrishnan

296 reviews
Kanika is an experienced Patent Attorney and Managing Partner of Evergreen Valley Law Group in Silicon Valley, which serves innovative entrepreneurs with backgrounds in mechanical engineering, electrical engineering, and computer science. She has filed over 5,000 patent applications in the U.S. and worldwide with a successful track record of obtaining patents for clients.
42 repeat hires | 18 yrs experience | Licensed in CA, Patent Bar | verified
"Attorney office may be understaffed."
Get Proposal View Profile



## Seth Wiener

644 reviews
As an experienced trial lawyer and litigator, Seth Wiener has resolved numerous federal and state litigations. His cases have included everything from family law to bankruptcy to fraud and more. Before Seth formed his own firm, the Law Office of Seth W. Wiener, he worked for several prominent law offices where he gained a great deal of experience.
109 repeat hires | 19 yrs experience | Licensed in CA | verified
"Excellent work as always."
Get Proposal View Profile



## Gloria M. Steinberg

205 reviews

Gloria is a well-rounded patent attorney who runs her boutique law firm Steinberg Intellectual Property Law, LLP. She has filed hundreds of patent applications relating to software, telecommunications, biotech, and consumer products. During her free time, she is active in the legal community as a member of several intellectual property law associations and managing her blog IPRookie.com.

10 repeat hires | 5 yrs experience | Licensed in PA, Patent Bar | verified

"Very responsive and detailed oriented."

Get Proposal View Profile



## Alejandro Maher

168 reviews

Alejandro Maher's firm specializes in domestic and international corporate transactions, commercial litigation, and arbitration. He has represented individual investors, entrepreneurs, and emerging-growth companies in matters of public and private offerings of equity, M&A, and real estate financing. Currently, Alejandro has over 50 domestic and international clients.

11 repeat hires | 14 yrs experience | Licensed in NY | verified

"It was a pleasure to work with Alejandro. I like the fact that he is bilingual English-Spanish and his level of Spanish is outstanding, u..."

Get Proposal View Profile



## David Yamaguchi

126 reviews

Startups and small businesses sometimes need someone who can deal with complex transactions on an international playing field. David Yamaguchi specializes in content hosting issues and intellectual property. He concentrates his practice in the United States, Asia, India, and Europe. Whether you are a business giant or a startup, Mr. Yamaguchi can provide legal advice that fits your needs.

8 repeat hires | 33 yrs experience | Licensed in CA | verified

"Awesome experience! David was incredibly knowledgeable, responsive, and patient with all of my questions."

Get Proposal View Profile



## Dan Shifrin

145 reviews

Dan Shifrin has over 25 years of experience in patent law. He has seen the rise of the technology sector and his experience allows him to aid clients nationwide. Whether you need a patent drafted or need to deal with patent litigation, Mr. Shifrin has the knowledge and skills to meet your needs. His experience also expands outside of the technology arena to electrical, fitness, consumer items, and so much more.

27 repeat hires | 30 yrs experience | Licensed in CO, Patent Bar | verified

"Great attorney! Very flexible and quick"

Get Proposal View Profile



## Joshua Garber

196 reviews

Representing notable clients like Tesla and the City of Los Angeles, Josh Garber excels at helping clients with employment and labor laws. Many of his past clients have had great success using Josh for employment agreements and Division of Labor Standards Enforcement (DLSE) hearings. With his practical advice, he has even helped clients avoid going to court.

40 repeat hires | 9 yrs experience | Licensed in CA | verified

"Joshua is very knowledgeable and timely. It was a pleasure working with him. He answered my questions effectively and offered excellent a..."

Get Proposal View Profile



## Bradley Rothschild

120 reviews

Creativity is key for Bradley Rothschild, a real estate, business, intellectual property, and entertainment attorney. When clients need an attorney who will think outside the box for them - Mr. Rothschild is the right person for the job. He focuses on not only solving problems, but also on serving the whole client and preventing problems.

21 repeat hires | 11 yrs experience | Licensed in NJ, NY | verified

"Very informative discussions despite it being only 15 minutes."

Get Proposal View Profile



## Meaghan Zore

81 reviews

Meaghan Zore is an attorney and certified information privacy professional (CIPP/US) who has served as an in-house counsel for dozens of companies. Meghan has demonstrated expertise in technology policy strategy, analysis, and advocacy, which is why her insights have been quoted in Time Magazine and San Diego Union Tribune. Her practice provides large firm services at a fraction of the cost.

9 yrs experience | Licensed in CA | verified

"Continuation of original job. Recommended!"

Get Proposal View Profile

**Useful Documents**

- Letter Of Intent To Purchase Real Estate Sample
- Land Contract Form
- Demand Promissory Note Board Approval
- Rental Agreement Form

**Helpful Articles**

- Chapter 13 Bankruptcy

**More Attorneys**

## Idaho Trademark Lawyers Near Me

5.0

Based on 2447 reviews

Clear Communication - 5.0

Response Time - 4.9

Knowledgeable - 5.0

Meets Deadlines - 5.0
UpCounsel is a secure service for your business legal needs

Our experienced Idaho trademark attorneys & lawyers represent individuals and businesses with everything they need to secure and protect their trademarks. Our trademark attorneys servicing the state of Idaho can help individuals with everything from trademark clearance searches to determine whether the desired mark is available for adoption, use, and registration with the USPTO. By reviewing the search reports thoroughly, they can conclusively determine the extent to which a trademark is already being used and the potential success of filing a trademark.

Trademark licensing can be complex, but our Idaho trademark lawyers have a lot of experience drafting agreements on behalf of both licensees and trademark owners - thus allowing you to capitalize on your valuable intellectual property. Each Idaho trademark attorney can also draft and file your trademark with the United States Patent and Trademark Office (USPTO), including Intent to Use and Use in Commerce applications.

Also, each of our Idaho trademark attorneys can help protect your trademark around the globe by assisting clients with filing trademark applications under the Madrid Protocol, which allows trademark holders to obtain protection in multiple countries by filing a single application. If you need legal assitance with a traemark, you can easily hire a vetted Idaho trademark lawyer with confidence.

## What Our Customers Have to Say

"UpCounsel gives me access to big-firm lawyers minus the big-firm price tag. I work with several attorneys on the platform and there are never surprises...I always receive quality legal work at competitive rates that larger firms simply cannot match."

Scott Woods
SVP & General Counsel

"Every startup needs to know about UpCounsel. We found great attorneys at great prices and were able to focus our resources on improving our business instead of paying legal bills."

Sean Conway
Co-founder & CEO

"Before UpCounsel it was hard for us to find the right lawyer with the right expertise for our business. UpCounsel solves those problems by being more affordable and helping us find the right lawyer in no time."

Tristan Pollock
Co-founder & COO



## Find the best lawyer for your legal needs

Find a lawyer

Navigation

- How it Works
- For Lawyers
- Free Legal Documents
- Blog
- Sitemap

About

- The Company
- Careers
- Customers
- Privacy Policy
- Terms of Service

Contact

- Visit our Support Center
- Contact
- Sales
- Press



- 
- 
- 

UpCounsel is an interactive online service that makes it faster and easier for businesses to find and hire legal help solely based on their preferences. We are not a law firm, do not provide any legal services, legal advice or "lawyer referral services" and do not provide or participate in any legal representation.

© 2018 UpCounsel, Inc.

# Meet Our Legal Concierge

Thanks for using UpCounsel! We're offering repeat customers free access to our legal concierge to help with your next job.

Our concierge can help you create the perfect job posting, find attorneys with specific experience and answer any questions about using UpCounsel or working with our attorneys.



## Talk to Concierge

Speak to our concierge, who will help you create your job post to get the best bids



Post a job online

## Meet Our Legal Concierge

Thanks for using UpCounsel! We're offering repeat customers free access to our legal concierge to help with your next job.

Our concierge can help you create the perfect job posting, find attorneys with specific experience and answer any questions about using UpCounsel or working with our attorneys.



Schedule a Call



Post a job online

## Meet Our Legal Concierge

Thanks for using UpCounsel! We're offering repeat customers free access to our legal concierge to help with your next job.

Our concierge can help you create the perfect job posting, find attorneys with specific experience and answer any questions about using UpCounsel or working with our attorneys.



Get a Call Now



[Schedule a Call](#)

---



[Post a job online](#)

# Meet Our Legal Concierge

What is your preferred phone number? [                    ]

[Request Call Now]

[Back](#)

# Our Legal Concierge
# Will Call You Soon

Our legal concierge has been notified that you have requested assistance. **You should recieve a call within a few minutes.** If we have a problem getting in contact, we will send you an email.

# EXHIBIT 68

Google    site:upcounsel.com "James Deirmendjian"          🎤  🔍

All      News    Images    Videos    Maps    More          Settings    Tools

About 59 results (0.53 seconds)

### James Deirmendjian Attorney Profile on UpCounsel
https://www.upcounsel.com/attorney/profile/58e8817a45433249738f2300 ▼
My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have been given...

### Top 5% of Patent Lawyers in Beverly Hills, California | UpCounsel
https://www.upcounsel.com › Patent › California ▼
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

Images for site:upcounsel.com "James Deirmendjian"



→ More images for site:upcounsel.com "James Deirmendjian"          Report images

### Twentynine Palms Attorneys & Lawyers for Hire On-Demand
https://www.upcounsel.com › California ▼
★★★★★ Rating: 5 - 4,222 reviews
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

### Top 5% of Patent Lawyers in Truckee, California | UpCounsel
https://www.upcounsel.com › Patent › California ▼
★★★★★ Rating: 5 - 1,687 reviews
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

### Top 5% of Patent Lawyers in Shingle Springs, California | UpCounsel
https://www.upcounsel.com › Patent › California ▼
★★★★★ Rating: 5 - 1,690 reviews
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

### Top 5% of Patent Lawyers in Eureka, California | UpCounsel
https://www.upcounsel.com › Patent › California ▼
★★★★★ Rating: 5 - 1,696 reviews
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

### Top 5% of Patent Lawyers in El Segundo, California | UpCounsel
https://www.upcounsel.com › Patent › California ▼
★★★★★ Rating: 5 - 1,699 reviews
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

### Top 5% of Patent Lawyers in Osceola, Indiana | UpCounsel
https://www.upcounsel.com › Patent › Indiana ▼
★★★★★ Rating: 5 - 1,706 reviews
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

### Top 5% of Patent Lawyers in Simi Valley, California | UpCounsel
https://www.upcounsel.com › Patent › California ▼
★★★★★ Rating: 5 - 1,698 reviews
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

### Top 5% of Patent Lawyers in Merced, California | UpCounsel

https://www.upcounsel.com › Patent › California ▼

**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

### Top 5% of Patent Lawyers in Ardmore, Oklahoma | UpCounsel
https://www.upcounsel.com › Patent › Oklahoma ▼
★★★★★ Rating: 5 - 1,702 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

### Top 5% of Patent Lawyers in Stephenville, Texas | UpCounsel
https://www.upcounsel.com › Patent › Texas ▼
★★★★★ Rating: 5 - 1,695 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

### Top 5% of Patent Lawyers in Dublin, Georgia | UpCounsel
https://www.upcounsel.com › Patent › Georgia ▼
★★★★★ Rating: 5 - 1,704 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

### Top 5% of Patent Lawyers in West Des Moines, Iowa | UpCounsel
https://www.upcounsel.com › Patent › Iowa ▼
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

### Top 5% of Patent Lawyers in Washougal, Washington | UpCounsel
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Washington
**James Deirmendjian** Licensed in Patent Bar. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as ...

### Top 5% of Patent Lawyers in Horn Lake, Mississippi | UpCounsel
https://www.upcounsel.com › Patent › Mississippi ▼
★★★★★ Rating: 5 - 1,687 reviews
Apr 27, 2016 - **James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a ...

### Top 5% of Patent Lawyers in Bettendorf, Iowa | UpCounsel
https://www.upcounsel.com › Patent › Iowa ▼
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

### Top 5% of Patent Lawyers in Staunton, Virginia | UpCounsel
https://www.upcounsel.com › Patent › Virginia ▼
★★★★★ Rating: 5 - 1,700 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

### Top 5% of Patent Lawyers in Mount Airy, North Carolina | UpCounsel
https://www.upcounsel.com › Patent › North Carolina ▼
★★★★★ Rating: 5 - 1,685 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

### Top 5% of Patent Lawyers in Bethlehem, Pennsylvania | UpCounsel
https://www.upcounsel.com › Patent › Pennsylvania ▼
★★★★★ Rating: 5 - 1,698 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

### Top 5% of Patent Lawyers in Palmdale, California | UpCounsel
https://www.upcounsel.com › Patent › California ▼
★★★★★ Rating: 5 - 1,704 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

### Top 5% of Patent Lawyers in Jacksonville, North Carolina | UpCounsel
https://www.upcounsel.com › Patent › North Carolina ▼
★★★★★ Rating: 5 - 1,703 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in San Tan Valley, Arizona | UpCounsel**
https://www.upcounsel.com › Patent › Arizona ▾
★★★★★ Rating: 5 - 1,681 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Punta Gorda, Florida | UpCounsel**
https://www.upcounsel.com › Patent › Florida ▾
★★★★★ Rating: 5 - 1,700 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Acworth, Georgia | UpCounsel**
https://www.upcounsel.com › Patent › Georgia ▾
★★★★★ Rating: 5 - 1,654 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Noblesville, Indiana | UpCounsel**
https://www.upcounsel.com › Patent › Indiana ▾
★★★★★ Rating: 5 - 1,702 reviews
Apr 27, 2016 - **James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a ...

**Top 5% of Patent Lawyers in Rock Island, Illinois | UpCounsel**
https://www.upcounsel.com › Patent › Illinois ▾
★★★★★ Rating: 5 - 1,650 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Redlands, California | UpCounsel**
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 - 1,698 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Reading, Pennsylvania | UpCounsel**
https://www.upcounsel.com › Patent › Pennsylvania ▾
★★★★★ Rating: 5 - 1,669 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Marysville, California | UpCounsel**
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 - 1,698 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Fall River, Massachusetts | UpCounsel**
https://www.upcounsel.com › Patent › Massachusetts ▾
★★★★★ Rating: 5 - 1,702 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Valencia, California | UpCounsel**
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 - 1,704 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Lynwood, California | UpCounsel**
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 - 1,694 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Atherton, California | UpCounsel**
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 - 1,699 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Dickson, Tennessee | UpCounsel**

https://www.upcounsel.com › Patent › Tennessee ▼
★★★★★ Rating: 5 - 1,685 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Sanford, Florida | UpCounsel**
https://www.upcounsel.com › Patent › Florida ▼
★★★★★ Rating: 5 - 1,698 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Lansing, Illinois | UpCounsel**
https://www.upcounsel.com › Patent › Illinois ▼
★★★★★ Rating: 5 - 1,706 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Howell, Michigan | UpCounsel**
https://www.upcounsel.com › Patent › Michigan ▼
★★★★★ Rating: 5 - 1,696 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Tacoma, Washington | UpCounsel**
https://www.upcounsel.com › Patent › Washington ▼
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Brookfield, Wisconsin | UpCounsel**
https://www.upcounsel.com › Patent › Wisconsin ▼
★★★★★ Rating: 5 - 1,694 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Monroeville, Alabama | UpCounsel**
https://www.upcounsel.com › Patent › Alabama ▼
★★★★★ Rating: 5 - 1,703 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Kirksville, Missouri | UpCounsel**
https://www.upcounsel.com › Patent › Missouri ▼
★★★★★ Rating: 5 - 1,689 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Stratford, Connecticut | UpCounsel**
https://www.upcounsel.com › Patent › Connecticut ▼
★★★★★ Rating: 5 - 1,654 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Wilson, North Carolina | UpCounsel**
https://www.upcounsel.com › Patent › North Carolina ▼
★★★★★ Rating: 5 - 1,699 reviews
Apr 27, 2016 - **James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a ...

**Top 5% of Patent Lawyers in Winter Haven, Florida | UpCounsel**
https://www.upcounsel.com › Patent › Florida ▼
★★★★★ Rating: 5 - 1,687 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Lehigh Acres, Florida | UpCounsel**
https://www.upcounsel.com › Patent › Florida ▼
★★★★★ Rating: 5 - 1,708 reviews
**James Deirmendjian**. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Chattanooga Patent Attorneys for Hire - UpCounsel**
https://www.upcounsel.com › Patent › Tennessee ▼
★★★★★ Rating: 5 - 1,702 reviews

James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Duarte, California | UpCounsel**
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 - 1,708 reviews
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Ottawa, Kansas | UpCounsel**
https://www.upcounsel.com › Patent › Kansas ▾
★★★★★ Rating: 5 - 1,627 reviews
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Gretna, Louisiana | UpCounsel**
https://www.upcounsel.com › Patent › Louisiana ▾
★★★★★ Rating: 5 - 1,640 reviews
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Miami, Florida | UpCounsel**
https://www.upcounsel.com › Patent › Florida ▾
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Perth Amboy, New Jersey | UpCounsel**
https://www.upcounsel.com › Patent › New Jersey ▾
★★★★★ Rating: 5 - 1,632 reviews
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Oroville, California | UpCounsel**
https://www.upcounsel.com › Patent › California ▾
★★★★★ Rating: 5 - 1,633 reviews
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Billings, Montana | UpCounsel**
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Montana ▾
★★★★★ Rating: 5 - 1,564 reviews
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Susanville, California | UpCounsel**
https://www.upcounsel.com › Patent › California ▾
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Orinda, California | UpCounsel**
https://www.upcounsel.com › All Attorneys & Specialties › Patent › California
★★★★★ Rating: 5 - 1,504 reviews
James Deirmendjian Patent Lawyer for Orinda, CA. My education and work experience can only be described as eclectic. It's been my good fortune in my time ...

**Top 5% of Patent Lawyers in Villa Rica, Georgia | UpCounsel**
https://www.upcounsel.com › Patent › Georgia ▾
★★★★★ Rating: 5 - 1,702 reviews
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Hampton, Georgia | UpCounsel**
https://www.upcounsel.com › Patent › Georgia ▾
★★★★★ Rating: 5 - 1,688 reviews
James Deirmendjian. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as a patent agent to have ...

**Top 5% of Patent Lawyers in Moultrie, Georgia | UpCounsel**
https://www.upcounsel.com › All Attorneys & Specialties › Patent › Georgia
James Deirmendjian Licensed in Patent Bar. My education and work experience can only be described as eclectic. It's been my good fortune in my time so far as ...

⬤ Shoreline West, Mountain View, CA - Reported by this computer - Use precise location - Learn more

Help      Send feedback      Privacy      Terms

# EXHIBIT 69

screenshot-www.upcounsel.com-2018.09.10-17-39-59
https://www.upcounsel.com/attorney/profile/58e8817a454332497382300
10.09.2018

# EXHIBIT 70

*screenshot-www.upcounsel.com-2018.09.10-18-07-30*
*https://www.upcounsel.com/howitworks*
*10.09.2018*







## POST YOUR JOB

Get started by telling us about your business and legal needs. It only takes a minute and your information is strictly confidential.



## GET PROPOSALS

Our proprietary algorithm matches you with attorneys most qualified to handle your specific legal work. You can review proposals and schedule free consultations with no obligation.



## HIRE YOUR LAWYER

When you're ready, instantly hire the attorney that's right for you and never have to worry about hidden fees or charges. Use our features to easily collaborate online and ensure your information stays safe and secure.

*"UpCounsel is affordable, diverse and responsive."*

Bastiaan Janmaat
CEO of Datafox

## Build lasting relationships with lawyers that know your business

Find a lawyer you like? UpCounsel's dashboard makes it easy to return to your favorite lawyer as needs and questions arise. Build your very own legal team to tackle any project, no matter the scope.

- Return to your lawyer anytime a need arises
- Free tools to manage your ongoing projects
- Find the right expert to handle your work



MY LEGAL TEAM

Joshua Garber
Attorney at Law, Employment Advisor

CONTACT



**Meaghan Zore**
Data Privacy, Startup, and Internet Attorney

CONTACT

**Alejandro Maher**
Business, Finance and Tech Attorney

CONTACT

NEXT



Learn more about
**Trusted Lawyers**

Start using UpCounsel today

GET FREE PROPOSALS

**NAVIGATION**

How it Works
For Lawyers
Free Legal Documents
Blog
Sitemap

**ABOUT**

The Company
Careers
Customers
Privacy Policy
Terms of Service

**CONTACT**

Visit our Support Center
Contact
Sales
Press

upcounsel

UpCounsel is an interactive online service that makes it faster and easier for businesses to find and hire legal help solely based on their preferences. We are not a law firm, do not provide any legal services, legal advice or "lawyer referral services" and do not provide or participate in any legal representation.

© 2018 UpCounsel, Inc.

# EXHIBIT 71



# Welcome to Schema.org

Schema.org is a collaborative, community activity with a mission to create, maintain, and promote schemas for structured data on the Internet, on web pages, in email messages, and beyond.

Schema.org vocabulary can be used with many different encodings, including RDFa, Microdata and JSON-LD. These vocabularies cover entities, relationships between entities and actions, and can easily be extended through a well-documented extension model. Over 10 million sites use Schema.org to markup their web pages and email messages. Many applications from Google, Microsoft, Pinterest, Yandex and others already use these vocabularies to power rich, extensible experiences.

Founded by Google, Microsoft, Yahoo and Yandex, Schema.org vocabularies are developed by an open community process, using the public-schemaorg@w3.org mailing list and through GitHub.

A shared vocabulary makes it easier for webmasters and developers to decide on a schema and get the maximum benefit for their efforts. It is in this spirit that the founders, together with the larger community have come together – to provide a shared collection of schemas.

We invite you to get started!

View our blog at blog.schema.org or see release history for version 3.4.

Terms and conditions

# EXHIBIT 72

# What is your review of UpCounsel?

✏️ Answer    📶 Follow · 13    ➤ Request                                                💬 1  ⌄  f  🐦  ↱  •••

Ad by Podium

**Bad reviews online? Balance them out with some good ones.**

Let the silent majority of your happy customers share how much they love you.
Podium makes that easy.

learn more at go.podium.com                                                          ⊙⊙⊙

## 4 Answers



*Caveat Emptor:* You get what you pay for and often that's less than standard service in **new "on-demand"
marketplaces like UpCounsel. Further, we are still verifying facts herein as it's an on-going
investigation. We recommend you do your own research in pursuit of the truth related to UpCounsel's
platform and any attorneys mentioned herein. Everything herein is our opinion expressed based on our
own experiences.**

We want your help finding the answers to help piece this mystery together! If you have had similar experiences with
UpCounsel, please let us know.

About 3 years ago, I decided to explore the idea of obtaining a patent for one of our portfolio companies. The patent was
to integrate some of my discoveries in the field of online education. This patent would potentially be worth millions of
dollars for our company, in particular, as it could easily become a proprietary asset in the event of a future merger or
acquisition of this portfolio company.

After researching the idea for who, what, how, and ways I could obtain a patent from the United States Patent and
Trademark Office (USPTO), I realized it would be expensive to hire a traditional lawyer or law firm. The average cost of
obtaining a patent through a route like this would have cost anywhere between $10,000 to $50,000. As a startup, I knew
this cost was prohibitive and would take away the much-needed capital of running our business. Yes, you might say if it
was worth millions, why not spend extra to hire a traditional firm...? and that's when I would point you to a site that
proffers itself as being as good as a traditional firm, but for much less the cost.

Well, it just so happened that I had concurrently stumbled across a website called **"UpCounsel" (Business Legal
Services On-Demand by Top Attorneys on UpCounsel** ). As I had begun making investments in startups
through various sites such as FundersClub, UpCounsel had been listed as an investment on their crowdfunding website.
After further exploring UpCounsel's business model, I thought it would not only be a smart site to utilize for my

companies, but also a great possible investment. Offering "*Business Legal Services On-Demand by Top Attorneys*," UpCounsel also promised attorneys who could do the job for much less money.

Well, the bottom line in this review of UpCounsel: I wish I had never used UpCounsel and I'm warning all startups, businesses and companies out there to never make the same mistake!



I'm now giving UpCounsel a chance to rectify their mistake...before pursuing this further; after spending years on this, it's time for them to do what's right and protect consumers.

**The background and story about UpCounsel...**

First, I came across **UpCounsel's website in 2014/2015.**

From when I first signed up to begin using their service, until now, UpCounsel appeared very professional... but as I discovered looks can be *deceiving*.

I explored UpCounsel's easy-to-use website, searching for a patent attorney who could help us obtain a patent for our business.... and then they matched me with someone who's very likely misrepresenting herself and her qualifications for any law practice in America.

*Disclaimer:*

The following information written about an attorney on UpCounsel with whom we worked is merely my/our opinion. You should research and investigate any attorney before you should choose to work with their platform.

**PROBLEM #1 WITH UpCounsel:**

*The Attorneys and Profiles aren't likely Verified, probably misleading, and potentially fraudulent.*

Case 4:18-cv-02573-YGR   Document 45-1   Filed 09/11/18   Page 648 of 706

The attorney with whom UpCounsel matched me was listed plain and simple, her name is Kanika Radhakrishnan and she works with the Evergreen Valley Law Group.

Kanika Radhakrishnan (Review) " Evergreen Valley Law Group"

After reviewing Kanika Radhakrishnan's profile on UpCounsel where she claims to be a Harvard Law School (LLM) Graduate (pending our verification), and an experienced attorney with years working on projects for startups, I decided to hire her... after all, getting an attorney from Harvard who offered full services for less than $5k, how could it go wrong?

Now, I did fully rely on UpCounsel's representations in deciding to hire Kanika as we were in a bind and needed affordable counsel, but unfortunately I also did a deep dive into her social media profile AFTER I clicked hire. I was quickly enticed to do a project with her because the project was only $4300 and would include all patent filings and research! Amazing! Again, caveat emptor, if the expected price for working with someone in a traditional field such as law is 1/10 the price, there's probably a reason. Be careful before you say yes to such "affordable" services.

Here's this "attorney's" social media profile, which unfortunately I researched after the fact of hiring her through UpCounsel's platform:

Don't trust what you see on UpCounsel's attorney profiles.
You'll find the truth on other websites.






(Example above: this profile appeared different than what was represented on UpCounsel's attorney profiles.)

Here's Kanika's LinkedIn profile? **Any red flags?** Should I even have had to review her LinkedIn profile before selecting them on UpCounsel?

In hindsight, and knowing how important this project was to our business, I should have directly called Harvard Law School's registrar, or asked for proof of education... which we now do because of UpCounsel's failure to verify its

"consultants"! The reality was, and still remains that, UpCounsel allows all of its attorneys to make claims about their educational pedigree and does little to assess the veracity of their attorneys' claims.

In our opinion, it's quite possible that a large percentage of UpCounsel's attorneys are **making up fake profiles and not doing anything to verify**. Why do I think this might be the case? Well, even though UpCounsel's Terms of Service , does reference the fact that they make no representations about the qualifications or claims about the attorney's backgrounds (several times, in fact), to become an "attorney" on UpCounsel requires nothing more than a couple simple steps and check boxes.

It literally takes 2 minutes to become an attorney on UpCounsel. Try it yourself!

Now for a moment, can you imagine if state bar associations allowed people to begin practicing law without completing pages of verifications and background checks? Oh wait, you've seen this happen in media and entertainment... but why did it happen to our company??

UpCounsel's process for approving attorneys allows people like Frank Abagnale to practice online.

After the fact (*ex post facto* for those attorneys) In my opinion, I'm certain that much of what was listed on Kanika's profile was exaggerated, and that **UpCounsel did nothing to verify it.**

After having done some research on her background and having a friend sign up to test UpCounsel's approval of new attorneys process, I'm convinced they do little (if anything) to prevent scammers or fraudulent profiles.

**For the record**: the penalties for practicing law without a license can be huge. Not only is it a misdemeanor in some states, but in others it's a felony.

Fines are a common punishment for the unauthorized **practice** of law. Misdemeanor fines are often $1,000 or less, while felony fines can exceed $5,000 or more per offense. Probation. A probation sentence is also possible if you've been convicted of **practicing law without a license**.

Practicing Law Without a License | Criminal Law
www.criminaldefenselawyer.com/resources/**practicing-law-without-a-license**.htm

The law above references "practicing law without a license, regulations."

Suffice it to say that **UpCounsel likely doesn't do either a basic verification of licensure, or phone call to speak with the candidate who's applying to do a legal project for someone on their website**.

The legal question I would ask is: if there are attorneys and lawyers who have misled/misrepresented any of their qualifications listed in profile's on UpCounsel, could the platform itself be liable?

*Two Notes on Problem*: This is a huge problem in the marketplace/on-demand startup space. As a venture capitalist now, it's a class-action lawsuit waiting to happen as more companies are relying on services/on-demand to do traditional functions from medical to legal services.

We estimate that the lack of performance and communication for this patent has cost of hundreds of thousands of dollars, as we did have several potential acquirers who backed away because they didn't see the proprietary patent application that we were expecting.

**PROBLEM #2 with UpCounsel:**

***The Attorneys engage in perfunctory legal work, don't communicate with clients, and don't manage client expectations.***

After we selected Kanika based on her background at "Harvard Law" and her purported track record on UpCounsel (as seen on her profile), there were many periods of silence from the attorney and ourselves. We had recently discovered a couple other companies in the online education/hiring space who were attempting to replicate our technologies. Thus, we needed to move quickly or else we could lose everything!



(Above image: the types of attorneys that UpCounsel attracts...)

Kanika promised that the entire USPTO filing and process vis-a-vis UpCounsel would take less than a year. This is also a misrepresentation as we later discovered as patent filings can take much longer.

After taking weeks (we even gave her a great review predicated on the patent filing actually taking place), and then months without any word from Kanika, we reached out to UpCounsel directly to voice our concerns...

**HERE'S WHAT I WROTE IN VOICING MY CONCERNS TO UPCOUNSEL DIRECTLY:**

"We completed a project on UpCounsel last year titled, "Full Patent Application..." While I thought it had been taken care of, and in fact, the attorney (Kanika Radhakrishnan) was then responsive... we now have nothing to show for this. I couldn't even find this application as pending when I spoke with the USPTO.

I'm afraid there could be a bigger issue here and would like to speak with someone @ UpCounsel."

**To which UpCounsel responded:**



"At the dentist..." Seriously UpCounsel?!?

We then communicated our concerns directly with Kanika.

**Numerous times.**

Still no response… and any response from Kanika was followed up with a variation of it just takes time.

UpCounsel never reached out to us after they sent this email stating that their Head of Legal was "at the dentist" (as if this is our company's concern?!) … and all of our internal communications related to this project were dismissed.

**Almost 2 1/2 years have gone by, and still nothing!**

And even a look at the patent filing completed by Kanika through UpCounsel … it was was less than par, but since this was our first filing with the UPSTO it appeared to be quality at the time. We ended up having to do markups and re-drafts on their counsel's documents. In fact, we spent probably 40 hours or so (which could have been focused on our business operations) working to make sure Kanika even knew what our company offered. It turns out, Kanika and her team knew very little about our company even after we had done phone calls and explanatory briefings with her. The quality was/is poor: perhaps this is another reason there's a delay with the USPTO.

However, rather than investigating the causes/concerns of its consumers (i.e. our business) when I had emailed UpCounsel's support/legal team, they **did nothing to investigate our concerns.**

Then almost 2 years had gone by… we're still without a patent, and the only reason we're pursuing this now is to get a full refund ($4300), to make people aware that you have to be careful with these new online services, and hopefully so we don't have to pursue legal options against UpCounsel (with treble damages).

**PROBLEM #3 WITH UPCOUNSEL:**

*False advertising a "Guarantee"*

After relaying our concerns several times with the UpCounsel team, through their online support (support@upcounsel.com   ), their website (using their Olark messaging platform) and also **reaching out directly to the CEO of UpCounsel, Matt Faustman, still nothing.**

Turns out, back in 2014 and 2015 when we signed up for UpCounsel's marketplace for attorneys, that there was a "No-Hassle Guarantee" herein reading (Thank you website Wayback Archives for the screenshot, they deleted a while back).

UpCounsel's website from 2014/2015 when we signed up…



No-Hassle client refund (by UpCounsel)

If you are unhappy with the work of an attorney you find and hire through our marketplace, just let us know. We want to make make it right and will credit your payments (up to $5,000) so you can hire someone else to do it for you. It's that simple."

Though UpCounsel recently updated their terms of service in 2016, **the guarantee still exists!**



**The bottom line: there's no guarantee with UpCounsel and our review of UpCounsel is that you should NEVER use their services.**

Though UpCounsel has a seemingly and patently obvious (no pun intended) process for refunding clients, they never do!

After repeatedly asking for a refund for our troubles, **UpCounsel blamed it on their past staffers, their past business practices**, and yet have still refused to help us obtain our refund based on what should be the easiest request possible: your terms of service and your guarantee say, "No Hassle..." so why the hassle?

To be clear, Matthew Faustman, I'm not looking to strike a faustian bargain. We just want a refund.

Your satisfaction guarantee existed and still existed.

And it's incumbent upon startups, like yours, to treat your customers better.

If UpCounsel is engaging in widespread negligence regarding its attorneys' credentials, that's your job to figure out... not mine. My job as a successful venture capitalist and investor in some of America's top startups, is to make sure that entities like yours stop acting like "startups" where you make excuses for culpability, and start acting like companies with long-term prospects.

**Get us our refund. Do the right thing.**

And start screening your attorneys and profiles to prevent this from happening to company's like ours, ever again.

**What's next if we don't get a full refund for what we paid on UpCounsel?**

Case 4:18-cv-02573-YGR   Document 45-1   Filed 09/11/18   Page 654 of 706

(1) Filing a complaint with the FTC for "false advertising" to consumers relating to legal services you offered and continue to offer. (Completed)

(2) Filing a complaint in the San Francisco District Court for negligence, fraudulent misrepresentation, and other damages related to this project.

(3) Filing a complaint with the California Bar Association relating to the qualifications of said attorneys (and thousands more) listed on UpCounsel's marketplace.

(4) Social media postings to more than 23k followers and an email list of 100k people.

(5) Letting 30+ portfolio companies of ours know about this negligence and inaction by UpCounsel's team.

Very simply, make this right, and prove to your current and future customers that doing what's right goes beyond "terms of services."

**Bottom line, if you're reading this and considering using UpCounsel... don't.**

**Here are the people in charge of UpCounsel:**



UpCounsel's Team: Matt Faustman, Mason Blake, Tim Parks

Above: Team of UpCounsel, Matt Faustman, Mason Blake, and Tim Parks

# EXHIBIT 73

```
134       <meta property="og:site_name" content="UpCounsel">
135       <meta property="og:url" content="https://www.upcounsel.com/trademark-attorneys" />
136       <meta name="version" content="13.85"/>
137       <title>The 10 Best Trademark Lawyers NEAR ME | UpCounsel 2018</title>
138       <meta property="og:title" content="The 10 Best Trademark Lawyers NEAR ME | UpCounsel 2018"/>
139
140       <meta property="og:description" content="Find the best Trademark Lawyers near you and get free custom quotes
      in 24 hours. Get your legal work done right and save up to 60% on legal fees. Trusted by Airbnb, Reddit, Twilio,
      and 10,000+ other companies. UpCounsel lawyers have an average of 14+ years of experience and come from law schools
      such as Harvard Law and Yale Law." />
141       <meta name="description" content="Find the best Trademark Lawyers near you and get free custom quotes in 24
      hours. Get your legal work done right and save up to 60% on legal fees. Trusted by Airbnb, Reddit, Twilio, and
      10,000+ other companies. UpCounsel lawyers have an average of 14+ years of experience and come from law schools
      such as Harvard Law and Yale Law." />
142
143       <meta name="csrf-param" content="authenticity_token" />
      <meta name="csrf-token"
      content="ZlKiu7x59VvyUEXC/LenBhug0Q+B0+YARtsR8OLW2weTDR+NwF3KJg/v5W4x51Qd4GVkJjnaEUOWW/OUgbNmhA==" />
144
145       <link href="https://www.upcounsel.com/trademark-attorneys" rel="canonical">
146       <meta name='robots' content='INDEX, FOLLOW' />
147       <link href="https://www.upcounsel.com/trademark-attorneys/2" rel="next">
148
149       </head>
150
151       <body class="content_pages show" data-controller="public/content_pages" data-action="show">
152
153       <!-- Google Tag Manager (noscript) -->
154   <noscript><iframe src="https://www.googletagmanager.com/ns.html?id=GTM-
      MNHJ3FL&gtm_auth=eeyTzS6IUWpvbibrRztctA&gtm_preview=env-2&gtm_cookies_win=x"
155             height="0" width="0" style="display:none;visibility:hidden"></iframe></noscript>
156   <!-- End Google Tag Manager (noscript) -->
157
158
159       <div id="mobile-nav">
160
161       </div>
162
163       <div id="content">
164
165       <header id="header">
166       <nav id="nav" class="navbar navbar-default navbar-wide ">
167
168   <div class="container">
169
170       <div class="navbar-header">
171       <a class="navbar-brand logo" href="/dashboard">
172       <?xml version="1.0" encoding="utf-8"?>
173   <!-- Generator: Adobe Illustrator 19.0.1, SVG Export Plug-In . SVG Version: 6.00 Build 0)  -->
174   <svg version="1.1" id="logo-svg" xmlns="http://www.w3.org/2000/svg" xmlns:xlink="http://www.w3.org/1999/xlink"
      x="0px" y="0px"
175       viewBox="242 7.9 403.9 87.8" style="enable-background:new 242 7.9 403.9 87.8;" xml:space="preserve">
176   <style type="text/css">
177       .st0{display:none;fill:#3890C3;}
178       .st1 {fill:#;}
179   </style>
180   <rect x="200" y="-75" class="st0" width="500" height="250"/>
181   <path class="st1 part1" d="M242,7.9h25.7v25.4h27.8v45.4c0,0.3-0.3,0.6-0.6,0.6h-25.4l-20.6,16.4l2.5-16.4H242c-0.3,0-
      0.6-0.3-0.6-0.6V8.5
182       C241.4,8.2,241.7,7.9,242,7.9z"/>
183   <g id="Layer_2">
184       <polyline class="st1 part1" points="269.4,8.9 294.4,31.7 269.4,31.7      "/>
185   </g>
186   <g>
187       <path class="st1 part2" d="M430.4,46.5c-2.9-3.3-6.4-5-10.6-5c-1.7,0-3.4,0.4-4.9,1.1s-2.8,1.7-3.9,2.8c-1.1,1.2-
      2.2,2.6-2.6,4.1
188           c-0.6,1.6-0.9,3.2-
      0.9,4.9c0,1.9,0.3,3.6,0.9,5.3c0.6,1.6,1.5,3.2,2.6,4.4c1.1,1.2,2.5,2.1,4,2.7c1.6,0.7,3.3,1,5.2,1
189           c2.1,0,3.9-0.4,5.6-1.3c1.7-0.9,3.2-2.1,4.5-3.6v9.1c-1.6,0.9-3.3,1.5-4.9,1.9c-1.7,0.4-3.4,0.6-5.3,0.6c-
      2.7,0-5.3-0.5-7.7-1.5
190           c-2.4-1-4.5-2.3-6.3-4.1c-1.8-1.7-3.2-3.8-4.3-6.2c-1.1-2.4-1.6-5-1.6-7.7c0-2.8,0.5-5.5,1.5-7.9s2.4-4.6,4.3-
      6.3
191           c1.8-1.8,4-3.1,6.4-4.1c2.5-1,5.1-1.5,8-1.5c1.7,0,3.4,0.2,5.1,0.6s3.3,1,4.7,1.9v9.1H430.4z"/>
192       <path class="st1 part2"
      d="M455.7,34.9c2.7,0,5.3,0.5,7.7,1.5s4.5,2.4,6.3,4.1c1.8,1.8,3.2,3.8,4.2,6.2c1,2.4,1.5,5,1.5,7.8
193           s-0.5,5.4-1.5,7.8c-1,2.4-2.4,4.5-4.2,6.2c-1.8,1.8-3.9,3.1-6.3,4.1s-5-1.5-7.7,1.5c-2.8,0-5.4-0.5-7.8-1.5s-
```

# EXHIBIT 74

screenshot-www.upcounsel.com-2018.09.11-15-03-08
https://www.upcounsel.com/intellectual-property-attorneys-tallahassee-fl
11.09.2018

 upcounsel

Enterprise    How It Works    Our Lawyers    Resources    For Lawyers    🔍    Login

# Tallahassee Intellectual Property Attorneys & Lawyers

**Get Free Attorney Proposals**

Our Lawyers > Intellectual Property > Florida > Tallahassee Attorneys



## Steven Stark
⭐⭐⭐⭐⭐ 274 reviews

**Get Proposal**

**View Profile**

For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in particular since he himself started several businesses of his own in New York and Florida. He understands the importance of small businesses having a reliable attorney to advise them about legal matters from their inception.

20 repeat hires    41 yrs experience    Licensed in FL, NY    ✔ verified

"My experience with Steve was great--he is a great communicator and very patient with my learning curve. I would definitely use his servi..."



## Richard Gora
⭐⭐⭐⭐⭐ 156 reviews

**Get Proposal**

**View Profile**

Looking for an attorney with experience? Richard Gora is the exact attorney you want. Having defended over 100 cases both in state and federal courts and working with clients from around the globe, Richard has an array of different experiences. His services are wide-ranging and include business litigation, securities litigations, employment litigation, and business counsel. Prior to founding Gora LLC, he worked for Finn, Dixon & Herling LLP for eight years.

3 repeat hires    12 yrs experience    Licensed in CT, NJ    ✔ verified

"Very positive experiences as always, very fast and diligent"



## Joshua Garber
⭐⭐⭐⭐⭐ 196 reviews

**Get Proposal**

**View Profile**

Representing notable clients like Tesla and the City of Los Angeles, Josh Garber excels at helping clients with employment and labor laws. Many of his past clients have had great success using Josh for employment agreements and Division of Labor Standards Enforcement (DLSE) hearings. With his practical advice, he has even helped clients avoid going to court.

40 repeat hires    9 yrs experience    Licensed in CA    ✔ verified

"Joshua is very knowledgeable and timely. It was a pleasure working with him. He answered my questions effectively and offered excellent a..."

### Useful Resources

Invention Process: Everything You Need to Know

Sales Commission Agreement: Everything You Need to Know

Who Grants Patents: Everything You Need to Know

Breach of Contract Form

Cooperation Agreement

Amend a Contract: Everything You Need to Know

Copyright: Everything You Need to Know

Corporate Resolution

Design Patent Continuation: Everything You Need to Know

Patent Assignment: Everything You Need to Know

### More Tallahassee Attorneys

Tallahassee Contract Attorneys

Tallahassee Non-Profit Attorneys

Tallahassee Securities Attorneys

Tallahassee Franchise Attorneys

Tallahassee Internet Attorneys

### Nearby Attorneys

Panama City Intellectual Property Attorneys

Lake City Intellectual Property Attorneys



**Tallahassee Intellectual Property Lawyers**

5.0 ⭐⭐⭐⭐⭐
Based on 5238 reviews

💬 Clear Communication - 5.0
🔄 Response Time - 5.0
👤 Knowledgeable - 5.0
📅 Meets Deadlines - 5.0

UpCounsel is a secure service for



### David M. Harris, Esq.

Sometimes you need an attorney who can "do it all" for your business - an attorney such as David Harris. Mr. Harris can help small business owners with a variety of legal needs from formation to litigation defense. He can also help with trademarks, sales agreements, and even landlord-tenant issues. Mr. Harris can even lend a hand in family law disputes and personal injury matters.

3 yrs experience  |  Licensed in FL

**Get Proposal**
**View Profile**


your business legal needs



### Pedro Fernandez
★★★★★ 5 reviews

Pedro Fernandez has 17 years' experience in business law. He specializes in contract review, corporate transactions, employment cases and real estate matters. Pedro has represented LAN Airlines, American LaFrance, TB Financial Group and numerous other corporate clients. He practices law in Florida and graduated with a degree in law from the University of Miami School of Law in 1998. Pedro is currently the director at his own law firm.

19 yrs experience  |  Licensed in FL  |  ✔ verified

**Get Proposal**
**View Profile**


🔘 "Great resource with timeline deliveries. Will use again..."



### Jason Burmer
★★★★★ 1 review

Jason Burmer is currently a member of H.I.G Capital, a private investment firm. The firm manages a portfolio of companies with combined sales of $30 billion. Before joining H.I.B Capital, Jason worked as legal counsel for EarlyShares, helping to build many of the company's business processes by focusing on compliance, creating contracts, and writing policy.

4 yrs experience  |  Licensed in FL

**Get Proposal**
**View Profile**

🔘 "Responsive, knowledgable and a great resource!"



### Daniel Ohm

Daniel Ohm is the Owner of Ohm Law Firm, P.A. His practice areas include business, family law, collections and immigration. The book entitled, Florida Divorce: Getting Through the Monetary & Emotional Effects of Divorce which is on Family Law was written by Daniel Ohm. He graduated from the Florida Atlantic University and then went on to obtain his J.D. from the Florida Coastal School of Law. He is an active member of the Florida Bar Association.

3 yrs experience  |  Licensed in FL

**Get Proposal**
**View Profile**



### Diane Downs
★★★★★ 2 reviews

Diane Downs is a corporate attorney that specializes in providing legal services to companies in the telecommunications and technology industries. She has represented Motorola, IBM, TelMex and many other corporate clients. Diane has 14 years of legal experience and received her legal degree from the Nova Southeastern University Shepard Broad Law Center. She also gained valuable experience as a corporate counsel at MTN Satellite Communications.

15 yrs experience  |  Licensed in FL

**Get Proposal**
**View Profile**

 "Did an excellent job! Pays attention to every small detail of a document which is extremely important when dealing with contracts

document which is extremely important when dealing with contracts. I woul..."



## Bruce Burk

★★★★★ 2 reviews

Bruce Burk is a business attorney with two years' experience. He is licensed to practice law in Florid and he received his Juris Doctor in law after he graduated from the University of South Carolina. During his two years as an attorney, Bruce has completed more than 50 trials. He is experienced in real estate law, as well as employment law and business formation. Between January 2016 and October 2016, Bruce acted as an associate attorney at The Ticktin Law Group, P.A.

3 yrs experience    |    Licensed in FL

"Bruce helped me with an idea a friend and I had to set up a non-profit. Bruce was so helpful in explaining how to open a non-profit, how ..."

**Get Proposal**

**View Profile**



## Michael Stewart

Michael is licensed to practice in New York and Florida. In New York, he practiced corporate and intellectual property law while representing large companies in trademark matters including Bon Jovi and IBM. Michael currently lives in Miami and has a broad range of clients in the US and internationally. In addition to being a lawyer, he is a licensed real estate agent and mortgage broker.

21 yrs experience    |    Licensed in NY

**Get Proposal**

**View Profile**

**View All**          **Next →**

Share  0     Tweet  0     Share  0     Google +  0

# Find the best lawyer for your legal needs

**FIND A LAWYER**

NAVIGATION

How it Works

For Lawyers

Free Legal Documents

Blog

Sitemap

ABOUT

The Company

Careers

Customers

Privacy Policy

Terms of Service

CONTACT

Visit our Support Center

Contact

Sales

Press

upcounsel

UpCounsel is an interactive online service that makes it faster and easier for businesses to find and hire legal help solely based on their preferences. We are not a law firm, do not provide any legal services, legal advice or "lawyer referral services" and do not provide or participate in any legal representation.

© 2018 UpCounsel, Inc.

# EXHIBIT 75

screenshot-www.upcounsel.com-2018.09.11-15-03-46
https://www.upcounsel.com/intellectual-property-attorneys-savannah-ga
11.09.2018

 **upcounsel**       Enterprise    How It Works    Our Lawyers    Resources    For Lawyers    🔍    Login

# Savannah Intellectual Property Attorneys & Lawyers

**Get Free Attorney Proposals**

Our Lawyers › Intellectual Property › Georgia › Savannah Attorneys



## Steven Stark
⭐⭐⭐⭐⭐ 274 reviews

**Get Proposal**

**View Profile**

For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He has a passion for helping small businesses in particular since he himself started several businesses of his own in New York and Florida. He understands the importance of small businesses having a reliable attorney to advise them about legal matters from their inception.

20 repeat hires    41 yrs experience    Licensed in FL, NY    ✔ verified

"My experience with Steve was great--he is a great communicator and very patient with my learning curve. I would definitely use his servi..."

## Richard Gora
⭐⭐⭐⭐⭐ 156 reviews

**Get Proposal**

**View Profile**

Looking for an attorney with experience? Richard Gora is the exact attorney you want. Having defended over 100 cases both in state and federal courts and working with clients from around the globe, Richard has an array of different experiences. His services are wide-ranging and include business litigation, securities litigations, employment litigation, and business counsel. Prior to founding Gora LLC, he worked for Finn, Dixon & Herling LLP for eight years.

3 repeat hires    12 yrs experience    Licensed in CT, NJ    ✔ verified

"Very positive experiences as always, very fast and diligent"



## Joshua Garber
⭐⭐⭐⭐⭐ 196 reviews

**Get Proposal**

**View Profile**

Representing notable clients like Tesla and the City of Los Angeles, Josh Garber excels at helping clients with employment and labor laws. Many of his past clients have had great success using Josh for employment agreements and Division of Labor Standards Enforcement (DLSE) hearings. With his practical advice, he has even helped clients avoid going to court.

40 repeat hires    9 yrs experience    Licensed in CA    ✔ verified

"Joshua is very knowledgeable and timely. It was a pleasure working with him. He answered my questions effectively and offered excellent a..."

### Useful Resources

How to Deal With Patent Trolls: Everything You Need to Know

Patent Infringement: Everything You Need to Know

Does a Provisional Patent Protect My Invention: Everything You Need to Know

Confidentiality Agreement Template

Buy-In Contract: Everything You Need to Know

Letter of Intent for Business Venture

Vehicle and Equipment Purchase Agreement

Patentable Subject Matter: Everything You Need to Know

Patent Drawing Examples: Everything You Need to Know

Patent Arbitration: Everything You Need to Know

### More Savannah Attorneys

Savannah Internet Attorneys

Savannah Non-Profit Attorneys

Savannah Securities Attorneys

Savannah Startup Attorneys

Savannah Outside General Counsel Services

### Nearby Attorneys

Brunswick Intellectual Property Attorneys

Waycross Intellectual Property Attorneys

Statesboro Intellectual Property Attorneys

Jesup Intellectual Property Attorneys

Hinesville Intellectual Property Attorneys



Savannah Intellectual Property Lawyers

5.0 ⭐⭐⭐⭐⭐
Based on 5232 reviews

💬 Clear Communication - 5.0
⏱ Response Time - 5.0



### Christopher Noel

Christopher Noel is an attorney at law who has more than three years of experience. He is licensed to practice law in Florida and received his Juris Doctorate degree in law from the University of Miami. Christopher has experience in various corporate legal practice areas. He often represents start-up businesses and entrepreneurs, but has also worked with Fortune 50 companies. Christopher has been serving as an attorney at Gordon & Rees since September 2015.

**Get Proposal**

**View Profile**

Knowledgeable - 5.0
Meets Deadlines - 5.0

UpCounsel is a secure service for your business legal needs

3 yrs experience    Licensed in FL

---



### David Michail
★★★★★ 2 reviews

David serves as the chief strategist and managing principal of metlawgroup, a premier AV®-Rated Media, Entertainment and Technology transactional law practice. He is freque... **read more**

**Get Proposal**

**View Profile**

21 yrs experience    Licensed in CA, CO

 ""David had been working for my legal staff for over two years and is greatly appreciated for his ability to manage a large volume of comp..."

---



### Dariush Adli
★★★★★ 2 reviews

Dariush Aldi represents some of the most technologically savvy companies with their patent litigation issues. He has experience with companies in the fields of electronics, complicated mechanical products, software, computer hardware, communications, and digital processing. Mr Aldi can also draft infringement and validity opinions that will help you determine if a patent violation has occurred.

**Get Proposal**

**View Profile**

18 yrs experience    Licensed in CA

 "I have dealt with Dr. Adli and his firm for patent filings over ten years and have never had an issue with their service. All of the atto..."

---



### Dax Dietiker

Dax Dietiker is a business lawyer with experience in numerous corporate legal practice areas, including trademark and copyright law, immigration law and commercial contracts. Dax is also experienced in legal research and writing. He is licensed to practice law in Florida and obtained his legal degree from the Nova Southeastern University – Shepard Broad Law Center. Between 2015 and 2016, Dax was an associate at Cole Scott. After leaving this position, he founded his own law firm.

**Get Proposal**

**View Profile**

2 yrs experience    Licensed in FL

---



### Steve Chin
★★★★★ 2 reviews

Steve Chin is both an entrepreneur and a corporate attorney. He uses his expertise as an entrepreneur to help businesses overcome their legal issues. Steve has 11 years of experience and he is licensed to practice law in Tennessee, as well as in New York. He has experience in business formation matters, trademarks, commercial contracts and general corporate lawsuits. Since 2012, Steve has been a general counsel at Survature Inc. Prior to this position, he was a solo practitioner.

**Get Proposal**

**View Profile**

12 yrs experience    Licensed in NY, TN    ✔ verified

 "We are an early stage startup that received interest from an angel



"We are an early stage startup that received interest from an angel investor who was willing to invest $25,000 in our company. Steve expla..."



### Gurjit Singh

⭐⭐⭐⭐⭐  2 reviews

Gurjit Singh is a corporate attorney with the ability to assist clients in various languages, including English, Urdu and Punjabi. He was recently licensed to practice law in California and obtained his degree in law from the University of La Verne College of Law. Gurjit is experienced in dealing with legal matters that involve trademark and copyright law, as well as real estate law. He has been serving as a sole practitioner at his own legal firm since November 2017.

1 yr experience   |   Licensed in CA

"I am please to call Gurjit Singh my friend. Gurjit was consistently able to blend law with his practicality of business to negotiate in a..."

Get Proposal

View Profile



### Douglas Kidd

⭐⭐⭐⭐⭐  2 reviews

Doug Kidd is the Managing Partner for the Law Office of Douglas T. Kidd, P.C. He has drafted leases, contracts, shareholder agreements and other transactional documents for... read more

10 yrs experience   |   Licensed in GA

 "Mr. Kidd was able to stop the Georgia Department of Revenue from seizing our business by going to court and getting a court order. He the..."

Get Proposal

View Profile

View All     Next →

  Share  0    Tweet  0    Share  0    Google +  0

# Find the best lawyer for your legal needs

FIND A LAWYER



# EXHIBIT 76

screenshot-www.upcounsel.com-2018.09.11-19-54-21
https://www.upcounsel.com/intellectual-property-attorneys-cotati-ca
11.09.2018





Prior to starting his own practice, he worked at leading firms including Hoe & Co. He has served clients including technology and media firms, banks, national and international companies, and high-worth individuals. His areas of expertise include contracts, internal policy, business agreements, and intellectual property.

21 yrs experience  |  Licensed in

**Amanda Mooney**

Amanda is a Founding Partner of Goodman Mooney, a firm that focuses mainly on US and international intellectual property and corporate matters. Her passion for apparel and beauty products makes her an excellent fit as legal counsel for up and coming brands. Amanda is very familiar with the changing landscape of advertising and media law and has been featured in many publications.

15 yrs experience  |  Licensed in CA

**Jeffrey Solomon**

Jeffrey Solomon custom-tailors legal solutions for Entertainment, Tech, and New Media companies. He specializes in complex licensing, technology transactions, and strategic business advice. Prior to founding Bespoke Law Group in 2011, Jeffrey spent seven years at "big law" firms including DLA Piper. He also was director of business/legal affairs for indie film company Ascendant Pictures.

17 yrs experience  |  Licensed in CA

Get Proposal
View Profile

Get Proposal
View Profile

View All          Next →

f Share 0   Tweet 0   in Share 0   Google+ 0



## Find the best lawyer for your legal needs

FIND A LAWYER

**NAVIGATION**
How It Works
For Lawyers
Free Legal Documents
Blog
Sitemap

**ABOUT**
The Company
Careers
Customers
Privacy Policy
Terms of Service

**CONTACT**
Visit our Support Center
Contact
Sales
Press

**upcounsel**   f  y  in

UpCounsel is an interactive online service that makes it faster and easier for businesses to find and hire legal help solely based on their preferences. We are not a law firm, do not provide any legal services, legal advice or "lawyer referral services" and do not provide or participate in any legal representation.

© 2018 UpCounsel, Inc.

```
1    <!DOCTYPE html>
2    <html lang="en">
3
4      <head>
5
6        <link rel="stylesheet" media="screen" href="https://rcdn.upcounsel.com/assets/public_v9-
     ed451851ca29d592994fc399b4ed4699a93c1108c61b802df6c0519e7ed798dd.css" />
7        <link rel="stylesheet" href="https://ajax.googleapis.com/ajax/libs/jqueryui/1.12.1/themes/smoothness/jquery-
     ui.css">
8        <script>window.UC = window.UC || {};</script>
9    <script src="https://rcdn.upcounsel.com/assets/uc_client_logger-
     dd5acb6597b88d744d24a853d82c712c1946892e796c08cca46f44045441e550.js"></script>
10   </script>
11   //<![CDATA[
12   new Image().src='https://trk.upcounsel.com/?
     ref=https%3A%2F%2Fwww.google.com%2F&sid=ab383f75854fc87f6509b80c17213afa&tags=seo%20page%2Ccontent%20pages&uid=57b7
     726445433262db721300&url=https%3A%2F%2Fwww.upcounsel.com%2Fintellectual-property-attorneys-cotati-ca'
14   //]]>
     </script>
15
16   <!-- Google Tag Manager -->
17   <script>(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':
     new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
19    j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
         'https://www.googletagmanager.com/gtm.js?id='+i+dl+ '&gtm_auth=eeyTzS6IUWpvbibrRztctA&gtm_preview=env-
     2&gtm_cookies_win=x';f.parentNode.insertBefore(j,f);
21   })(window,document,'script','dataLayer','GTM-MNHJ3FL');</script>
22   <!-- End Google Tag Manager -->
23
24
25     <script type="text/javascript">
26       // check to see if user already has kiss cookie
27       window.kiss_metrics_first_hit = document.cookie.indexOf('km_ai') === -1;
28
29       // load kiss metrics script
30       var _kmq = _kmq || [];
31       var _kmk = _kmk || '395796949b379214e11a42c635b2fc73776f84c1';
32       function _kms(u){
33         setTimeout(function(){
34           var d = document, f = d.getElementsByTagName('script')[0],
35           s = d.createElement('script');
36           s.type = 'text/javascript'; s.async = true; s.src = u;
37           f.parentNode.insertBefore(s, f);
38         }, 1);
39       }
40       _kms('//i.kissmetrics.com/i.js');
41       _kms('//scripts.kissmetrics.com/' + _kmk + '.2.js');
42     </script>
43
44     <script type="text/javascript">
45       _kmq.push(['identify', '57b7726445433262db721300']);
46     </script>
47
48
49     <!-- Facebook Pixel Code -->
50   <script>
51   !function(f,b,e,v,n,t,s){if(f.fbq)return;n=f.fbq=function(){n.callMethod?
52   n.callMethod.apply(n,arguments):n.queue.push(arguments)};if(!f._fbq)f._fbq=n;
53   n.push=n;n.loaded=!0;n.version='2.0';n.queue=[];t=b.createElement(e);t.async=!0;
54   t.src=v;s=b.getElementsByTagName(e)[0];s.parentNode.insertBefore(t,s)}(window,
55   document,'script','https://connect.facebook.net/en_US/fbevents.js');
56   fbq('init', '1613119168925160');
57   fbq('track', 'PageView');
58   </script>
59   <noscript><img height="1" width="1" style="display:none"
60               src="https://www.facebook.com/tr?id=1613119168925160&ev=PageView&noscript=1"
61   /></noscript>
62   <!-- DO NOT MODIFY -->
63   <!-- End Facebook Pixel Code -->
64
65
66     <script>
67       window['_fs_debug'] = false;
68       window['_fs_host'] = 'fullstory.com';
69       window['_fs_org'] = 'B0JWV';
70       window['_fs_namespace'] = 'FS';
71
```

```
72          (function(m,n,e,t,l,o,g,y){
              if (e in m) {if(m.console && m.console.log) { m.console.log('FullStory namespace conflict. Please set
    window["_fs_namespace"].');} return;}
73          g=m[e]=function(a,b){g.q?g.q.push([a,b]):g._api(a,b);};g.q=[];
74          o=n.createElement(t);o.async=1;o.src='https://'+_fs_host+'/s/fs.js';
75          y=n.getElementsByTagName(t)[0];y.parentNode.insertBefore(o,y);
76          g.identify=function(i,v){g(l,{uid:i});if(v)g(l,v);};g.setUserVars=function(v){g(l,v)};
77          y="rec";g.shutdown=function(i,v){g(y,!1)};g.restart=function(i,v){g(y,!0)};
78          g.identifyAccount=function(i,v){o='account';v=v||{};v.acctId=i;g(o,v)};
79          g.clearUserCookie=function(){};
80          })(window,document,window['_fs_namespace'],'script','user');
81
82          FS.identify('57b7726445433262db721300', {
83              email: 'rabhyanker@gmail.com',
84              client_bool: true,
85              attorney_bool: false,
86              jobsBooked_int: 3,
87              jobsPosted_int: 5
88              // More custom variables can be set here.
89              // ID required first, then dict of optional variables
90              // https://help.fullstory.com/develop-js/setuservars
91          });
92      </script>
93
94
95
96      <!-- Google Analytics -->
97      <script>
98      (function(i,s,o,g,r,a,m){i['GoogleAnalyticsObject']=r;i[r]=i[r]||function(){
99      (i[r].q=i[r].q||[]).push(arguments)},i[r].l=1*new Date();a=s.createElement(o),
100     m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.parentNode.insertBefore(a,m)
101     })(window,document,'script','//www.google-analytics.com/analytics.js','ga');
102     </script>
103
104
105     <!--- Google Optimize -->
106     <style>.async-hide { opacity: 0 !important } </style>
107     <script>(function(a,s,y,n,c,h,i,d,e){s.className+=' '+y;h.start=1*new Date;
108         h.end=i=function(){s.className=s.className.replace(RegExp(' ?'+y),'')};
109         (a[n]=a[n]||[]).hide=h;setTimeout(function(){i();h.end=null},c);h.timeout=c;
110     })(window,document.documentElement,'async-hide','dataLayer',4000,
111         {'GTM-MM5P3C8':true});
112     </script>
113
114
115
116
117         <meta http-equiv="X-UA-Compatible" content="IE=edge">
118     <script type="text/javascript">window.NREUM||(NREUM={});NREUM.info={"beacon":"bam.nr-
        data.net","errorBeacon":"bam.nr-
        data.net","licenseKey":"54c35762ff","applicationID":"2966896","transactionName":"dV1dQhNYVVgBQxdHEVReWlVOVFZaEFRWQz
        tGU1RTEhhKXAtG","queueTime":0,"applicationTime":149,"agent":""}</script>
119     <script type="text/javascript">(window.NREUM||(NREUM={})).loader_config=
        {xpid:"Vw4OVF5bGwEJUldaDgc="};window.NREUM||(NREUM={}),__nr_require=function(t,n,e){function r(e){if(!n[e]){var
        o=n[e]={exports:{}};t[e][0].call(o.exports,function(n){var o=t[e][1][n];return r(o||n)},o,o.exports)}return
        n[e].exports}if("function"==typeof __nr_require)return __nr_require;for(var o=0;o<e.length;o++)r(e[o]);return r}
        ({1:[function(t,n,e){function r(t){try{s.console&&console.log(t)}catch(n){}}var o,i=t("ee"),a=t(15),s=
        {};try{o=localStorage.getItem("__nr_flags").split(","),console&&"function"==typeof console.log&&
        (s.console=!0,o.indexOf("dev")!==-1&&(s.dev=!0),o.indexOf("nr_dev")!==-1&&(s.nrDev=!0))}catch(c)
        {}s.nrDev&&i.on("internal-error",function(t){r(t.stack)}),s.dev&&i.on("fn-err",function(t,n,e){r(e.stack)}),s.dev&&
        (r("NR AGENT IN DEVELOPMENT MODE"),r("flags: "+a(s,function(t,n){return t}).join(", "))))},{}],2:[function(t,n,e)
        {function r(t,n,e,r,s){try{p?p-=1:o(s||new UncaughtException(t,n,e)}catch(f){try{i("ierr",
        [f,c.now(),!0])}catch(d){}}return"function"==typeof u&&u.apply(this,a(arguments))}function UncaughtException(t,n,e)
        {this.message=t||"Uncaught error with no additional information",this.sourceURL=n,this.line=e}function o(t,n){var
        e=n?null:c.now();i("err",[t,e])}var
        i=t("handle"),a=t(16),s=t("ee"),c=t("loader"),f=t("gos"),u=window.onerror,d=!1,l="nr@seenError",p=0;c.features.err=
        !0,t(1),window.onerror=r;try{throw new Error}catch(h){"stack"in h&&(t(8),t(7),"addEventListener"in
        window&&t(5),c.xhrWrappable&&t(9),d=!0)}s.on("fn-start",function(t,n,e){d&&(p+=1)}),s.on("fn-err",function(t,n,e)
        {d&&!e[l]&&(f(e,l,function(){return!0}),this.thrown=!0,o(e))}),s.on("fn-end",function(){d&&!this.thrown&&p>0&&(p-
        =1)}),s.on("internal-error",function(t){i("ierr",[t,c.now(),!0])})},{}],3:[function(t,n,e)
        {t("loader").features.ins=!0},{}],4:[function(t,n,e){function r(t)
        {}if(window.performance&&window.performance.timing&&window.performance.getEntriesByType){var
        o=t("ee"),i=t("handle"),a=t(8),s=t(7),c="learResourceTimings",f="addEventListener",u="resourcetimingbufferfull",d="
        bstResource",l="resource",p="-start",h="-
        end",m="fn-"+p,v="fn-"+h+v,bstTimer",g=t("loader"),b=
        b=NREUM.o.EV;o.on(m,function(t,n){var e=t[0];e instanceof g&&(this.bstStart=g.now())}),o.on(w,function(t,n){var
```

```
e=t[0];e instanceof b&&i("bst",[e,n,this.bstStart,g.now()]})}),a.on(m,function(t,n,e)
{this.bstStart=g.now(),this.bstType=e}),a.on(h,function(t,n){i(v,
[n,this.bstStart,g.now(),this.bstType]})}),s.on(m,function(t,n){this.bstStart=g.now()}),s.on(w,function(t,n){i(v,
[n,this.bstStart,g.now(),"requestAnimationFrame"]})}),o.on(y+p,function(t)
{this.time=g.now(),this.startPath=location.pathname+location.hash}),o.on(y+h,function(t){i("bstHist",
[location.pathname+location.hash,this.startPath,this.time]})}),f in window.performance&&(window.performance["c"+c]?
window.performance[f](u,function(t){i(d,[window.performance.getEntriesByType(l)]),window.performance["c"+c]
()},!1):window.performance[f]("webkit"+u,function(t){i(d,
[window.performance.getEntriesByType(l)]),window.performance["webkitC"+c]()},!1)),document[f]("scroll",r,
{passive:!0}),document[f]("keypress",r,!1),document[f]("click",r,!1)}},{}],5:[function(t,n,e){function r(t){for(var
n=t;n&&!n.hasOwnProperty(u);)n=Object.getPrototypeOf(n);n&&o(n)}function o(t){s.inPlace(t,[u,d],"-",i)}function
i(t,n){return t[1]}var a=t("ee").get("events"),s=t(18)
(a,!0),c=t("gos"),f=XMLHttpRequest,u="addEventListener",d="removeEventListener";n.exports=a,"getPrototypeOf"in
Object?(r(document),r(window),r(f.prototype)):f.prototype.hasOwnProperty(u)&&(o(window),o(f.prototype)),a.on(u+"-
start",function(t,n){var e=t[1],r=c(e,"nr@wrapped",function(){return t()});if("function"==typeof
e.handleEvent)return e.handleEvent.apply(e,arguments)var n={object:t,"function":e}[typeof e];return n?s(n,"fn-
",null,n.name||"anonymous"):e}),this.wrapped=t[1]=r}),a.on(d+"-start",function(t){t[1]=this.wrapped||t[1]})},{}],6:
[function(t,n,e){var r=t("ee").get("history"),o=t(18)(r);n.exports=r,o.inPlace(window.history,
["pushState","replaceState"],"-")},{}],7:[function(t,n,e){var r=t("ee").get("raf"),o=t(18)
(r),i="equestAnimationFrame";n.exports=r,o.inPlace(window,["r"+i,"mozR"+i,"webkitR"+i,"msR"+i],"raf-"),r.on("raf-
start",function(t){t[0]=o(t[0],"fn-")})},{}],8:[function(t,n,e){function r(t,n,e){t[0]=a(t[0],"fn-
",null,e)}function o(t,n,e){this.method=e,this.timerDuration=isNaN(t[1])?0:+t[1],t[0]=a(t[0],"fn-",this,e)}var
i=t("ee").get("timer"),a=t(18)(i),s="setTimeout",c="setInterval",f="clearTimeout",u="-start",d="-
";n.exports=i,a.inPlace(window,[s,"setImmediate"],s+d),a.inPlace(window,[c],c+d),a.inPlace(window,
[f,"clearImmediate"],f+d),i.on(c+u,r),i.on(s+u,o)},{}],9:[function(t,n,e){function r(t,n){d.inPlace(n,
["onreadystatechange"],"fn-",s)}function o(){var t=this,n=u.context(t);t.readyState>3&&!n.resolved&&
(n.resolved=!0,u.emit("xhr-resolved",[],t)),d.inPlace(t,y,"fn-",s)}function i(t){g.push(t),h&&(x?x.then(a):w?w(a):
(E=-E,O.data=E))}function a(){for(var t=0;t<g.length;t++)r([],g[t]);g.length&&g[0]}function s(t,n){return
n}function c(t,n){for(var e in t)n[e]=t[e];return n}t(5);var f=t("ee").get("xhr"),d=t(18)
(u),l=NREUM.o,p=l.XHR,h=l.MO,m=l.PR,w=l.SI,v="readystatechange",y=
["onload","onerror","onabort","onloadstart","onloadend","onprogress","ontimeout"],g=[];n.exports=u;var
b=window.XMLHttpRequest=function(t){var n=new p(t);try{u.emit("new-xhr",[n],n),n.addEventListener(v,o,!1)}catch(e)
{try{u.emit("internal-error",[e])}catch(r){}}return n};if(c(p,b),b.prototype=p.prototype,d.inPlace(b.prototype,
["open","send"],"-xhr-",s),u.on("send-xhr-start",function(t,n){r(t,n),i(n)}),u.on("open-xhr-start",r),h){var
x=m&&m.resolve();if(!w&&!m){var E=1,O=document.createTextNode(E);new h(a).observe(O,{characterData:!0})}}else
f.on("fn-end",function(t){t[0]&&t[0].type===v||a()})},{}],10:[function(t,n,e){function r(t){var
n=this.params,e=this.metrics;if(!this.ended){this.ended=!0;for(var
r=0;r<d;r++)t.removeEventListener(u[r],this.listener,!1);if(!n.aborted){if(e.duration=a.now()-
this.startTime,4===t.readyState){n.status=t.status;var i=o(this.lastSize);if(i&&(e.rxSize=i),this.sameOrigin){var
c=t.getResponseHeader("X-NewRelic-App-Data");c&&(n.cat=c.split(", ").pop())}}}else
n.status=0;e.cbTime=this.cbTime,f.emit("xhr-done",[t],t),s("xhr",[n,e,this.startTime])}}}function o(t,n){var
e=t.responseType;if("json"===e&&null!==n)return n;var r="arraybuffer"===e||"blob"===e||"json"===e?
t.response:t.responseText;return h(r)}function i(t,n){var
e=c(n),r=t.params;r.host=e.hostname+":"+e.port,r.pathname=e.pathname,t.sameOrigin=e.sameOrigin}var
a=t("loader");if(a.xhrWrappable){var s=t("handle"),c=t(11),f=t("ee"),u=
["load","error","abort","timeout"],d=u.length,l=t("id"),p=t(14),h=t(13),m=window.XMLHttpRequest;a.features.xhr=!0,t
(9),f.on("new-xhr",function(t){var n=this;n.totalCbs=0,n.called=0,n.cbTime=0,n.end=r,n.ended=!1,n.xhrGuids=
{},n.lastSize=null,p&&(p>34||p<10)||window.opera||t.addEventListener("progress",function(t)
{n.lastSize=t.loaded},!1)}),f.on("open-xhr-start",function(t){this.params={method:t[0]},i(this,t[1]),this.metrics=
{}}),f.on("open-xhr-end",function(t,n){"loader_config"in NREUM&&"xpid"in
NREUM.loader_config&&this.sameOrigin&&n.setRequestHeader("X-NewRelic-ID",NREUM.loader_config.xpid)}),f.on("send-
xhr-start",function(t,n){var e=this.metrics,r=t[0],o=this;if(e&&r){var i=h(r);i&&
(e.txSize=i)}this.startTime=a.now(),this.listener=function(t){try{"abort"===t.type&&(o.params.aborted=!0),
("load"!==t.type||o.called===o.totalCbs&&(o.onloadCalled||"function"!=typeof n.onload))&&o.end(n)}catch(e)
{try{f.emit("internal-error",[e])}catch(r){}}};for(var
s=0;s<d;s++)n.addEventListener(u[s],this.listener,!1)}),f.on("xhr-cb-time",function(t,n,e){this.cbTime+=t,n?
this.onloadCalled=!0:this.called+=1,this.called===this.totalCbs||!this.onloadCalled&&"function"==typeof
e.onload||(this.end(e))}),f.on("xhr-load-added",function(t,n){var e=""+l(t)+!!n;this.xhrGuids&&!this.xhrGuids[e]&&
(this.xhrGuids[e]=!0,this.totalCbs+=1)}),f.on("xhr-load-removed",function(t,n){var
e=""+l(t)+!!n;this.xhrGuids&&this.xhrGuids[e]&&(delete this.xhrGuids[e],this.totalCbs-=1)}),f.on("addEventListener-
end",function(t,n){n instanceof m&&"load"===t[0]&&f.emit("xhr-load-added",
[t[1],t[2]],n)}),f.on("removeEventListener-end",function(t,n){n instanceof m&&"load"===t[0]&&f.emit("xhr-load-
removed",[t[1],t[2]],n)}),f.on("fn-start",function(t,n,e){n instanceof m&&("onload"===e&&(this.onload=!0),
("load"===t[0]&&t[0].type)||this.onload)&&(this.xhrCbStart=a.now())}),f.on("fn-end",function(t,n)
{this.xhrCbStart&&f.emit("xhr-cb-time",[a.now()-this.xhrCbStart,this.onload,n],n)})}},{}],11:[function(t,n,e)
{n.exports=function(t){var n=document.createElement("a"),e=window.location,r={};n.href=t.r.port=var
o=n.href.split("://");!r.port&&o[1]&&(r.port=o[1].split("/")[0].split("@").pop().split(":")
[1]),r.port&&"0"!==n.port||
(r.port="https"===o[0]?"443":"80"),r.hostname=n.hostname||e.hostname,r.pathname=n.pathname,r.protocol=o[0],"/"!==r.
pathname.charAt(0)&&(r.pathname="/"+r.pathname);var
i=!n.protocol||":"===n.protocol||n.protocol.a=n.hostname===document.domain&&n.port===e.port;return
r.sameOrigin=i&&(!n.hostname||(!n.hostname||a),r}},{}],12:[function(t,n,e){function r(){}function o(t,n,e){return function()
{return i(t,[f.now()].concat(s(arguments)),n?null:this,e)}}var n?void 0:this}}var
i=t("handle"),a=t(15),s=t(16),c=t("ee").get("tracer"),f=t("loader"),u=NREUM;"undefined"==typeof window.newrelic&&
(newrelic=u);var d=
["setPageViewName","setCustomAttribute","setErrorHandler","finished","addToTrace","inlineHit","addRelease"],l="api-
```

```
",p=l+"ixn-";a(d,function(t,n)
{u[n]=o(l+n,!0,"api")}),u.addPageAction=o(l+"addPageAction",!0),u.setCurrentRouteName=o(l+"routeName",!0),n.exports
=newrelic,u.interaction=function(){return new r().get()};var h=r.prototype={createTracer:function(t,n){var e=
{},r=this,o="function"==typeof n;return i(p+"tracer",[f.now(),t,e],r),function(){if(c.emit((o?"":"no-")+fn-start",
[f.now(),r,o],e),o)try{return n.apply(this,arguments)}catch(t){throw c.emit("fn-err",
[arguments,this,t],e),t}finally{c.emit("fn-end",
[f.now()],e)}}};a("setName,setAttribute,save,ignore,onEnd,getContext,end,get".split(","),function(t,n)
{h[n]=o(p+n)}),newrelic.noticeError=function(t){"string"==typeof t&&(t=new Error(t)),i("err",[t,f.now()])}},{}],13:
[function(t,n,e){n.exports=function(t){if("string"==typeof t&&t.length)return t.length;if("object"==typeof t)
{if("undefined"!=typeof ArrayBuffer&&t instanceof ArrayBuffer&&t.byteLength)return
t.byteLength;if("undefined"!=typeof Blob&&t instanceof Blob&&t.size)return t.size;if(!("undefined"!=typeof
FormData&&t instanceof FormData))try{return JSON.stringify(t).length}catch(n){return}}}},{}],14:[function(t,n,e)
{var r=0,o=navigator.userAgent.match(/Firefox[\/\s](\d+\.\d+)/);o&&(r=+o[1]),n.exports=r},{}],15:[function(t,n,e)
{function r(t,n){var e=[],r="",i=0;for(r in t)o.call(t,r)&&(e[i]=n(r,t[r]),i+=1);return e}var
o=Object.prototype.hasOwnProperty;n.exports=r},{}],16:[function(t,n,e){function r(t,n,e){n||
(n=0),"undefined"==typeof e&&(e=t?t.length:0);for(var r=-1,o=e-n||0,i=Array(o<0?0:o);++r<o;)i[r]=t[n+r];return
i}n.exports=r},{}],17:[function(t,n,e){n.exports={exists:"undefined"!=typeof
window.performance&&window.performance.timing&&"undefined"!=typeof window.performance.timing.navigationStart}},
{}],18:[function(t,n,e){function r(t){return!(t&&t instanceof Function&&t.apply&&!t[a])}var
o=t("ee"),i=t(16),a="nr@original",s=Object.prototype.hasOwnProperty,c=!1;n.exports=function(t,n){function
e(t,n,e,o){function nrWrapper(){var r,a,s,c;try{a=this,r=i(arguments),s="function"==typeof e?e(r,a):e||{}}catch(f)
{l([f,"",[r,a,o],s])}u(n+"start",[r,a,o],s);try{return c=t.apply(a,r)}catch(d){throw u(n+"err",
[r,a,d],s),d}finally{u(n+"end",[r,a,c],s)}}return r(t)?t:(n||
(n=""),nrWrapper[a]=t,d(t,nrWrapper),nrWrapper)}function d(t,n,o,i){o||(o="");var a,s,c,f="-
"===o.charAt(0);for(c=0;c<n.length;c++)s=n[c],a=t[s],r(a)||(t[s]=e(a,f?s+o:o,i,s))}function u(e,r,o){if(!c||n){var
i=c;c=!0;try{t.emit(e,r,o)}catch(a){l([a,e,r,o])}c=i}}function d(t,n)
{if(Object.defineProperty&&Object.keys)try{var e=Object.keys(t);return e.forEach(function(e)
{Object.defineProperty(n,e,{get:function(){return t[e]},set:function(n){return t[e]=n,n}})}),n}catch(e)
{l([r])}for(var o in t)s.call(t,o)&&(n[o]=t[o]);return n}function l(n){try{t.emit("internal-error",n)}catch(e)
{}}return t||(t=o),e.inPlace=f,e.flag=a,e}},{}],ee:[function(t,n,e){function r(t,n){function o(t){function n(t)
{return t&&t instanceof r?t:t?c(t,s,i):i()}function e(e,r,o,i){if(!l.aborted||i){t&&t(e,r,o);for(var
a=n(o),s=h(e),c=s.length,f=0;f<c;f++)s[f].apply(a,r);var d=u[y[e]];return d&&d.push([g,e,r,a]),a}function p(t,n)
{v[t]=h(t).concat(n)}function h(t){return v[t]||[]}function m(t){return d[t]=d[t]||o(e)}function w(t,n)
{f(t,function(e){n=n||"feature",y[e]=n,n in u||(u[n]=[])})}var v={},y={},g=
{on:p,emit:e,get:m,listeners:h,context:n,buffer:w,abort:a,aborted:!1};return g}function i(){return new r}function
a(){(u.api||u.feature)&&(l.aborted=!0,u=l.backlog={})}var s="nr@context",c=t("gos"),f=t(15),u={},d=
{},l=n.exports=t(1);l.backlog=u},{}],gos:[function(t,n,e){function r(t,n,e){if(o.call(t,n))return t[n];var
r=e();if(Object.defineProperty&&Object.keys)try{return Object.defineProperty(t,n,
{value:r,writable:!0,enumerable:!1}),r}catch(i){}return t[n]=r,r}var
o=Object.prototype.hasOwnProperty;n.exports=r},{}],handle:[function(t,n,e){function r(t,n,e,r)
{o.buffer([t],r),o.emit(t,n,e)}var o=t("ee").get("handle");n.exports=r,r.ee=o},{}],id:[function(t,n,e){function
r(t){var n=typeof t;return!t||"object"!==n&&"function"!==n?-1:t===window?0:a(t,i,function(){return o++})}var
o=1,i="nr@id",a=t("gos");n.exports=r},{}],loader:[function(t,n,e){function r(){if(!x++){var
t=b.info=NREUM.info,n=l.getElementsByTagName("script")[0];if(setTimeout(u.abort,3e4),!
(t&&t.licenseKey&&t.applicationID&&n))return u.abort();f(y,function(n,e){t[n]||(t[n]=e)}),c("mark",
["onload",a()+b.offset],null,"api");var
e=l.createElement("script");e.src="https://"+t.agent,n.parentNode.insertBefore(e,n)}}function o()
{"complete"===l.readyState&&i()}function i(){c("mark",["domContent",a()+b.offset],null,"api")}function a(){return
E.exists&&performance.now?Math.round(performance.now()):(s=Math.max((new Date).getTime(),s))-b.offset}var s=(new
Date).getTime(),c=t("handle"),f=t(15),u=t("ee"),d=window,l=d.document,p="addEventListener",h="attachEvent",m=d.XMLH
ttpRequest,w=m&&m.prototype;NREUM.o=
{ST:setTimeout,SI:d.setImmediate,CT:clearTimeout,XHR:m,REQ:d.Request,EV:d.Event,PR:d.Promise,MO:d.MutationObserver}
;var v=""+location,y={beacon:"bam.nr-data.net",errorBeacon:"bam.nr-data.net",agent:"js-agent.newrelic.com/nr-
1071.min.js"},g=m&&w&&w[p]&&!/CriOS/.test(navigator.userAgent),b=n.exports={offset:s,now:a,origin:v,features:
{},xhrWrappable:g};t(12),l[p]?(l[p]("DOMContentLoaded",i,!1),d[p]("load",r,!1)):(l[h]("onreadystatechange",o),d[h]
("onload",r)),c("mark",["firstbyte",s],null,"api");var x=0,E=t(17)},{}],{},["loader",2,10,4,3]);</script>
```

```html
120    <meta name="apple-mobile-web-app-title" content="UpCounsel">
121    <meta name="viewport" content="width=device-width, initial-scale=1, maximum-scale=1, user-scalable=0">
122
123    <link href="https://rcdn.upcounsel.com/assets/apple_icons/apple-touch-icon-57x57-
       b6b21d7d0abafea41004e09ec14196856dee426ee3684155fb1c97fd5b155884.png" rel="apple-touch-icon"/>
124    <link href="https://rcdn.upcounsel.com/assets/apple_icons/apple-touch-icon-57x57-
       b6b21d7d0abafea41004e09ec14196856dee426ee3684155fb1c97fd5b155884.png" rel="apple-touch-icon" sizes="57x57"/>
125    <link href="https://rcdn.upcounsel.com/assets/apple_icons/apple-touch-icon-72x72-
       8faa94bbaa7347a03de14c3eba06c746a0930181e5661a628923134c57923e6d.png" rel="apple-touch-icon" sizes="72x72"/>
126    <link href="https://rcdn.upcounsel.com/assets/apple_icons/apple-touch-icon-114x114-
       a6126f437c287f88cf23f5dd5ff87895732f6c630abde61be90025968ead1afb.png" rel="apple-touch-icon" sizes="114x114"/>
127    <link href="https://rcdn.upcounsel.com/assets/apple_icons/apple-touch-icon-120x120-
       801c587083c71123d1427197b1a9647428a2195d76a1cb167e4cc4d99e663ec4.png" rel="apple-touch-icon" sizes="120x120"/>
128    <link href="https://rcdn.upcounsel.com/assets/apple_icons/apple-touch-icon-144x144-
       bbfdbcf7e15ef3d152736c2575b419c7f7dc7bf592faa6fb8833a367337b2f81.png" rel="apple-touch-icon" sizes="144x144"/>
129    <link href="https://rcdn.upcounsel.com/assets/apple_icons/apple-touch-icon-152x152-
       247b7084cc89bc555c9264b9f5f843f386e30dd2d742d6c008ea2ca1ee82d8ff.png" rel="apple-touch-icon" sizes="152x152"/>
130
131
132    <link rel="search" type="application/opensearchdescription+xml" title="UpCounsel.com" href="/opensearch.xml">
133
```

```
134        <meta property="og:site_name" content="UpCounsel"/>
135        <meta property="og:url" content="https://www.upcounsel.com/intellectual-property-attorneys-cotati-ca"/>
136        <meta name="version" content="13.93"/>
137        <title>Top 5% of Intellectual Property Lawyers in Cotati, CA | UpCounsel</title>
        <meta property="og:title" content="Top 5% of Intellectual Property Lawyers in Cotati, CA | UpCounsel"/>
138
139        <meta property="og:description" content="Compare Cotati Intellectual Property Attorneys &amp; Lawyers for
    hire on UpCounsel and choose the best IP attorney for your intellectual property needs in Cotati, CA." />
140        <meta name="description" content="Compare Cotati Intellectual Property Attorneys &amp; Lawyers for hire on
    UpCounsel and choose the best IP attorney for your intellectual property needs in Cotati, CA." />
141
142        <meta name="csrf-param" content="authenticity_token" />
143    <meta name="csrf-token"
    content="JAu5prTNp078rPbORWFtcRd2mZF1+xzuBYVq7yDFRirRVASQyOmYMwETVmKIMZ5q7LMsuM3y663VBYiLQ6D7qQ==" />
144
145        <link href="https://www.upcounsel.com/intellectual-property-attorneys-cotati-ca" rel="canonical">
146        <meta name='robots' content='INDEX, FOLLOW' />
147        <link href="https://www.upcounsel.com/intellectual-property-attorneys-cotati-ca/2" rel="next">
148
149    </head>
150
151    <body class="content_pages show" data-controller="public/content_pages" data-action="show">
152
153        <!-- Google Tag Manager (noscript) -->
154    <noscript><iframe src="https://www.googletagmanager.com/ns.html?id=GTM-
    MNHJ3FL&gtm_auth=eeyTzS6IUWpvbibrRztctA&gtm_preview=env-2&gtm_cookies_win=x"
                        height="0" width="0" style="display:none;visibility:hidden"></iframe></noscript>
156    <!-- End Google Tag Manager (noscript) -->
157
158
159        <div id="mobile-nav">
160
161        </div>
162
163        <div id="content">
164
165        <header id="header">
166            <nav id="nav" class="navbar navbar-default navbar-wide ">
167
168        <div class="container">
169
170        <div class="navbar-header">
171            <a class="navbar-brand logo" href="/dashboard">
172                <?xml version="1.0" encoding="utf-8"?>
173    <!-- Generator: Adobe Illustrator 19.0.1, SVG Export Plug-In . SVG Version: 6.00 Build 0) -->
174    <svg version="1.1" id="logo-svg" xmlns="http://www.w3.org/2000/svg" xmlns:xlink="http://www.w3.org/1999/xlink"
    x="0px" y="0px"
         viewBox="242 7.9 403.9 87.8" style="enable-background:new 242 7.9 403.9 87.8;" xml:space="preserve">
175    <style type="text/css">
176        .st0{display:none;fill:#3890C3;}
177        .st1 {fill:#;}
178
179    </style>
180    <rect x="200" y="-75" class="st0" width="500" height="250"/>
181    <path class="st1 part1" d="M242,7.9h25.7v25.4h27.8v45.4c0,0.3-0.3,0.6-0.6,0.6h-25.4l-20.6,16.4l2.5-16.4H242c-0.3,0-
    0.6-0.3-0.6-0.6V8.5
182        C241.4,8.2,241.7,7.9,242,7.9z"/>
183    <g id="Layer_2">
184        <polyline class="st1 part1" points="269.4,8.9 294.4,31.7 269.4,31.7      "/>
185    </g>
186    <g>
187        <path class="st1 part2" d="M430.4,46.5c-2.9-3.3-6.4-5-10.6-5c-1.7,0-3.4,0.4-4.9,1.1s-2.8,1.7-3.9,2.8c-1.1,1.2-
    2,2.6-2.6,4.1
188            c-0.6,1.6-0.9,3.2-
    0.9,4.9c0,1.9,0.3,3.6,0.9,5.3c0.6,1.6,1.5,3,2.6,4.1c1.1,1.2,2.5,2.1,4,2.7c1.6,0.7,3.3,1,5,1
189            c2,1.0,3.9-0.4,5.6-1.3c1.7-0.9,3.2-2.1,4.5-3.6v9.1c-1.6,0.9-3.3,1.5-4.9,1.9c-1.7,0.4-3.4,0.6-5.3,0.6c-
    2.7,0-5.3-0.5-7.7-1.5
190            c-2.4-1-4.5-2.3-6.3-4.1c-1.8-1.7-3.2-3.8-4.3-6.2c-1.1-2.4-1.6-5-1.6-7.7c0-2.8,0.5-5.5,1.5-7.9s2.4-4.6,4.3-
    6.3
191            c1.8-1.8,4-3.1,6.4-4.1c2.5-1,5.1-1.5,8-1.5c1.7,0,3.4,0.2,5.1,0.6s3.3,1,4.7,1.9v9.1H430.4z"/>
192        <path class="st1 part2" d="M455.7,34.9c2.7,0,5.3,0.5,7.7,1.5s4.5,2.4,6.3,4.1c1.8,1.8,3.2,3.8,4.2,6.2c1,2.4,1.5,5,1.5,7.8
193            s-0.5,5.4-1.5,7.8c-1,2.4-2.4,4.5-4.2,6.2c-1.8,1.8-3.9,3.1-6.3,4.1s-5,1.5-7.7,1.5c-2.8,0-5.4-0.5-7.8-1.5s-
    4.5-2.4-6.2-4.1
194            c-1.8-1.8-3.2-3.8-4.2-6.2s-1.5-5-1.5-7.8s0.5-5.4,1.5-7.8s2.4-4.5,4.2-6.2c1.8-1.8,3.8-3.1,6.2-
    4.1S452.9,34.9,455.7,34.9z
195             M455.7,41.7c-1.7,0-3.4,0.3-4.9,1c-1.6,0.7-2.9,1.6-4,2.8c-1.1,1.2,2,2.5-2.7,4.1s-1,3.2-
```

```
196      1,5c0,1.7,0.3,3.4,1,4.9
                c0.7,1.6,1.6,2.9,2.7,4.1c1.1,1.2,2.5,2.1,4,2.8c1.6,0.7,3.2,1,4.9,1c1.7,0,3.4-0.3,4.9-1c1.6-0.7,2.9-1.6,4-
         2.8s2-2.6,2.7-4.1
197             c0.7-1.6,1-3.2,1-4.9s-0.3-3.4-1-5s-1.6-2.9-2.7-4.1s-2.5-2.1-4-2.8C459.1,42.1,457.4,41.7,455.7,41.7z"/>
198         <path class="st1 part2"
199      d="M489.9,36v20.5c0,1.5,0.1,2.9,0.4,4.2s0.7,2.5,1.3,3.6c0.6,1,1.5,1.8,2.6,2.4c1.1,0.6,2.5,0.9,4.3,0.9
                c1.7,0,3.2-0.3,4.3-0.9c1.1-0.6,2-1.4,2.6-2.4s1.1-2.2,1.3-3.6s0.4-2.8,0.4-4.2V36h7.1V21.3c0,2.5-0.3,4.8-
         0.9,6.9
200             c-0.6,2.1-1.5,3.9-2.8,5.4s-2.9,2.7-4.9,3.5s-4.3,1.2-7.1,1.2s-5.1-0.4-7.1-1.2s-3.6-2-4.9-3.5s-2.2-3.3-2.8-
         5.4
201             c-0.6-2.1-0.9-4.4-0.9-6.9V36H489.9z"/>
202         <path class="st1 part2" d="M531.8,41h0.2c1.1-2,2.7-3.5,4.7-4.5s4.2-1.5,6.4-
         1.5c2.6,0,4.7,0.4,6.4,1.2c1.7,0.8,3.1,1.9,4,3.4
203             c1,1.4,1.7,3.1,2.1,5.1c0.4,1.9,0.6,4,1,6.6,6.3v22h-7.1V51.8c0-1.6-0.1-3-0.2-4.3c-0.2-1.3-0.5-2.4-1.1-3.4
204             c-0.6-0.9-1.4-1.7-2.5-2.2s-2.5-0.8-4.3-0.8c-2.3,0-4.1,0.5-5.3,1.4s-2.1,2.1-2.7,3.5s-0.9,3-1,4.7s-0.2,3.5-
         0.2,5.1v17h-7.1v-37
205             h7.1V41z"/>
206         <path class="st1 part2" d="M582.1,44.5c-0.4-0.9-1.1-1.7-1.9-2.3s-1.8-0.9-2.8-0.9s-1.9,0.3-2.7,1s-1.2,1.6-
         1.2,2.6
207             c0,0.8,0.2,1.5,0.8,2.1c0.5,0.6,1.1,1.2,1.9,1.7c0.8,0.5,1.7,1,2.7,1.5c1,0.4,2,1,0.9,3.2,1.4c1.1,0.5,2.2,1,3.2,1.6
208             s1.9,1.3,2.7,2.2c0.8,0.9,1.4,1.8,1.9,2.9c0.5,1.1,0.7,2.4,0.7,3.8c0,1.7-0.3,3.4-1,4.9s-1.6,2.8-2.8,3.9c-
         1.2,1.1-2.5,2-4,2.6
209             s-3.2,0.9-4.9,0.9c-1.4,0-2.7-0.2-4-0.6c-1.3-0.4-2.5-0.9-3.7-1.6c-1.2-0.7-2.2-1.6-3.1-2.6s-1.6-2.2-2.1-
         3.5l6.1-2.8
210             c0.7,1.4,1.6,2.5,2.6,3.4s2.4,1.3,4,1.3c1.5,0,2.8-0.5,3.9-1.4c1.1-0.9,1.7-2.2,1.7-3.8c0-1-0.2-1.8-0.7-2.3
211             c-0.4-0.6-1.1-1.1-1.9-1.7l-7-3.7c-1.1-0.5-2-1.1-2.9-1.7c-0.9-0.6-1.6-1.2-2.3-1.9c-0.6-0.7-1.1-1.5-1.5-2.4
212             c-0.3-0.9-0.5-2-0.5-3.3c0-1.5,0.3-2.9,0.9-4.2c0.6-1.3,1.4-2.5,2.3-3.4c1-1,2.1-1.7,3.4-2.3c1.3-0.6,2.7-
         0.8,4.3-0.8
213             c2.3,0,4.3,0.6,6,1.7c1.7,1.2,3.1,2.7,4.1,4.7L582.1,44.5z"/>
214         <path class="st1 part2"
215      d="M603,55.7c0,1.6,0.3,3.1,0.8,4.6s1.3,2.8,2.3,3.9c1,1,1,2.1,2,3.5,2.7s2.9,1,4.6,1c2.7,0,4.9-0.9,6.6-1.9
                c1.6-1.3,3.1-3,4.5-5.3l6,3.4c-1.7,3.2-4-1,7,1.7,5,5s-6.4,2,6-10,2.6c-2.8,0-5.4-0.5-7.6-1.5s-4.1-2.4-5.7-
         4.1s-2.8-3.8-3.6-6.2
216             c-0.8-2.4-1.3-4.9-1.3-7.7s0.4-5.5,1.1-7.9c0.8-2.4,1.9-4.5,3.4-6.3s3.4-3.2,5.6-4.2s4.9-1.5,7.9-
         1.5c2.9,0,5.5,0.5,7.7,1.5
217             c2.2,1,4,2.4,5.4,4.2c1.4,1.8,2.5,3.8,3.2,6.2c0.7,2.4,1.1,5,1,1.7.7v1.1H603V55.7z M624.1,50.3c-0.4-2.8-1.5-
         5-3.3-6.7
218             c-1.8-1.7-4.1-2.5-6.9-2.5s-5.1,0.9-7,2.6s-3.1,4-3.5,6.6H624.1z"/>
219         <path class="st1 part2" d="M645.9,73h-7.1V4.4h7.1V73z"/>
220      </g>
221      <g>
222         <path class="st1 part2"
223      d="M325,36v20.5c0,1.5,0.1,2.9,0.4,4.2c0.2,1.3,0.7,2.5,1.3,3.6c0.6,1,1.5,1.8,2.6,2.4c1.1,0.6,2.5,0.9,4.3,0.9
                c1.7,0,3.2-0.3,4.3-0.9c1.1-0.6,2-1.4,2.6-2.4c0.6-1,1.1-2.2,1.3-3.6c0.2-1.3,0.4-2.8,0.4-
         4.2V36h7.1V21.3c0,2.5-0.3,4.8-0.9,6.9
224             c-0.6,2.1-1.5,3.9-2.8,5.4c-1.3,1.5-2.9,2.7-4.9,3.5s-4.3,1.2-7.1,1.2c-2.7,0-5.1-0.4-7.1-1.2c-2-0.8-3.6-2-
         4.9-3.5
225             c-1.3-1.5-2.2-3.3-2.8-5.4c-0.6-2.1-0.9-4.4-0.9-6.9V36H325z"/>
226         <path class="st1 part2" d="M364.1,42.2h0.2c1.5-2.2,3.3-4,5.5-5.3c2.2-1.3,4.6-2,7.4-
         2c2.7,0,5.1,0.5,7.2,1.6s4,2.5,5.5,4.3
227             s2.7,3.8,3.5,6.2c0.8,2.3,1.2,4.8,1.2,7.3c0,2.6-0.4,5.2-1.2,7.6c-0.8,2.4-1.9,4.6-3.4,6.4c-1.5,1.8-3.3,3.3-
         5.5,4.4
228             c-2.2,1.1-4.7,1.6-7.5,1.6c-2.6,0-5-0.6-7.2-1.9c-2.2-1.3-3.9-3-5.4-5.1h-0.2v26.9h-7.1V36h7.1v6.2H364.1z
         M375.3,67.9
229             c1.9,0,3.7-0.4,5.1-1.1c1.5-0.7,2.7-1.7,3.8-2.9c1-1.2,1.8-2.7,2.3-4.3s0.8-3.3,0.8-5.2c0-1.8-0.3-3.5-0.8-
         5.1s-1.3-3-2.3-4.2
230             s-2.3-2.2-3.8-2.9s-3.2-1.1-5.1-1.1c-1.8,0-3.5,0.4-4.9,1.1c-1.4,0.7-2.7,1.7-3.7,3c-1,1.2-1.8,2.6-2.3,4.2s-
         0.8,3.2-0.8,5
231             s0.3,3.4,0.8,5s1.3,3,2.3,4.3s2.2,2.3,3.6,3C371.8,67.6,373.5,67.9,375.3,67.9z"/>
232      </g>
233      </svg>
234
235      </a>
236
237         <button type="button" id="menu-toggle" class="navbar-toggle">
238             <span class="sr-only">Toggle navigation</span>
239             <span class="icon-bar"></span>
240             <span class="icon-bar"></span>
241             <span class="icon-bar"></span>
242         </button>
243      </div>
244
245         <div class="hidden-xs">
246             <ul class="nav navbar-nav navbar-right">
247
248
```

```
249            <li><a href="/enterprise">Enterprise</a></li>
250
251
252
253        <li class="dropdown dropdown-triangle dropdown-centered dropdown-hover">
254          <a data-toggle="dropdown" role="button" aria-haspopup="true" aria-expanded="false"
href="#">Resources</a>
255
256          <ul class="dropdown-menu dropdown-menu-raised-caret">
257            <li class=""><a href="/customers">Customers</a></li><li class=""><a href="/patent">Patent Law
Resources</a></li><li class=""><a href="/trademark">Trademark Law Resources</a></li><li class=""><a href="/startup-
law-resources">Startup Law Resources</a></li><li class=""><a href="/free-legal-documents">Free Legal Documents</a>
</li><li class=""><a href="https://www.upcounsel.com/blog">Blog</a></li>
258          </ul>
259        </li>
260
261
262        <li id="search_link">
263          <a class="pad-x-5" href="/search">
264            <i class="fontello icon-search"></i>
265            <span class="hide">Search</span>
266</a>          <span id="search_link_arrow"></span>
267        </li>
268
269
270        <li><div class="notification-pulldown-wrapper noselect">
271  <div class="notification-icon-header">
272    <div class="notification-count component hidden">
273      0
274    </div>
275    <i id="iconNotification" class="fontello icon-notifications empty"></i>
276  </div>
277
278  <div id="notificationPulldown" class="notification-pulldown component hidden">
279    <div class="notification-pulldown-title">
280      You have no new notifications
281    </div>
282
283    <div class="notification-pulldown-list">
284      <ul>
285        <li class="notification-item " data-id="5aa005f6fc06c6e83af5ec20" data-relation-
id="5aa005f6554c49241951a5a8">
286  <div class="container-fluid">
287    <div class="row">
288      <a class="notification-link clearfix" href="https://www.upcounsel.com/job/message/5a71f12f245c7d47b02d9331?
aid=5985e7a1454332218ec13c00">
289        <div class="col-sm-1 notification-icon">
290          <i class="fontello icon-chat"></i>
291        </div>
292        <div class="col-sm-11 notification-content-wrapper">
293          <div class="notification-content">
294            You have <em>new message</em> on your job, <em>Assist with Other Lawsuits & Disputes Matter</em>
295            <div class="notification-time-relative small">
296              6 months ago
297            </div>
298            <i class="glyphicon glyphicon-menu-right"></i>
299          </div>
300          <div class="notification-time" data-time="1520436726"
301            title="3/7/18 at 7:32 AM PST">
302            <i class="glyphicon glyphicon-time"></i> 3/7/18 at 7:32 AM PST
303          </div>
304          <span class="link notification-mark-as-read">Mark as read</span>
305        </div>
306      </a>
307    </div>
308  </div>
309</li>
310<li class="notification-item " data-id="5a7c9ef8c7a89d8a03fc807e" data-relation-id="5a7c9ef82ec4fbd841073acd">
311  <div class="container-fluid">
312    <div class="row">
313      <a class="notification-link clearfix" href="https://www.upcounsel.com/job/message/5a71f12f245c7d47b02d9331?
aid=5985e7a1454332218ec13c00">
314        <div class="col-sm-1 notification-icon">
315          <i class="fontello icon-chat"></i>
316        </div>
317
```

```
318            <div class="col-sm-11 notification-content-wrapper">
319              <div class="notification-content">
320                You have <em>new message</em> on your job, <em>Assist with Other Lawsuits & Disputes Matter</em>
321                <div class="notification-time-relative small">
322                  7 months ago
323                </div>
324                <i class="glyphicon glyphicon-menu-right"></i>
325              </div>
326              <div class="notification-time" data-time="1518116600"
327                title="2/8/18 at 11:03 AM PST">
328                <i class="glyphicon glyphicon-time"></i> 2/8/18 at 11:03 AM PST
329              </div>
330              <span class="link notification-mark-as-read">Mark as read</span>
331            </div>
332          </a>
333        </div>
334      </div>
335    </li>
336  <li class="notification-item " data-id="5a7b301d3f409b6f038b56a9" data-relation-id="5a7b301d2ec4fbd84106c927">
337    <div class="container-fluid">
338      <div class="row">
339        <a class="notification-link clearfix" href="https://www.upcounsel.com/job/message/5a71f12f245c7d47b02d9331?aid=5985e7a1454332218ec13c00">
340          <div class="col-sm-1 notification-icon">
341            <i class="fontello icon-chat"></i>
342          </div>
343          <div class="col-sm-11 notification-content-wrapper">
344            <div class="notification-content">
345              You have <em>new message</em> on your job, <em>Assist with Other Lawsuits & Disputes Matter</em>
346              <div class="notification-time-relative small">
347                7 months ago
348              </div>
349              <i class="glyphicon glyphicon-menu-right"></i>
350            </div>
351            <div class="notification-time" data-time="1518022685"
352              title="2/7/18 at 8:58 AM PST">
353              <i class="glyphicon glyphicon-time"></i> 2/7/18 at 8:58 AM PST
354            </div>
355            <span class="link notification-mark-as-read">Mark as read</span>
356          </div>
357        </a>
358      </div>
359    </div>
360  </li>
361  <li class="notification-item " data-id="5a722ab40141379d18e1f754" data-relation-id="5a722ab43f409b6f03887f0b">
362    <div class="container-fluid">
363      <div class="row">
364        <a class="notification-link clearfix" href="https://www.upcounsel.com/job/message/5a71f12f245c7d47b02d9331?aid=566c71b148aee75b7745b52b">
365          <div class="col-sm-1 notification-icon">
366            <i class="fontello icon-chat"></i>
367          </div>
368          <div class="col-sm-11 notification-content-wrapper">
369            <div class="notification-content">
370              You have <em>new message</em> on your job, <em>Assist with Other Lawsuits & Disputes Matter</em>
371              <div class="notification-time-relative small">
372                7 months ago
373              </div>
374              <i class="glyphicon glyphicon-menu-right"></i>
375            </div>
376            <div class="notification-time" data-time="1517431476"
377              title="1/31/18 at 12:44 PM PST">
378              <i class="glyphicon glyphicon-time"></i> 1/31/18 at 12:44 PM PST
379            </div>
380            <span class="link notification-mark-as-read">Mark as read</span>
381          </div>
382        </a>
383      </div>
384    </div>
385  </li>
386  <li class="notification-item " data-id="5a6238747c55e43d12975964" data-relation-id="5a6238747c55e43d1297595d">
387    <div class="container-fluid">
388      <div class="row">
389        <a class="notification-link clearfix" href="https://www.upcounsel.com/invoices/5a6238747c55e43d1297595d">
390          <div class="col-sm-1 notification-icon">
391            <i class="fontello icon-invoice"></i>
```

```
392            </div>
393            <div class="col-sm-11 notification-content-wrapper">
394              <div class="notification-content">
395                You received a <em>new invoice</em> on your job, <em>Other Lawsuits & Disputes Matter Services</em>
396                <div class="notification-time-relative small">
397                  8 months ago
398                </div>
399                <i class="glyphicon glyphicon-menu-right"></i>
400                </div>
401                <div class="notification-time" data-time="1516386420"
402                  title="1/19/18 at 10:27 AM PST">
403                  <i class="glyphicon glyphicon-time"></i> 1/19/18 at 10:27 AM PST
404                </div>
405                <span class="link notification-mark-as-read">Mark as read</span>
406              </div>
407            </a>
408          </div>
409        </div>
410      </li>
411      <li class="notification-item " data-id="5a4fb6cb0141379d18d583a1" data-relation-id="5a4fb6cb2ec4fbd841f7af56">
412        <div class="container-fluid">
413          <div class="row">
414            <a class="notification-link clearfix" href="https://www.upcounsel.com/job/message/5a497c877c55e46c96693de1?
     aid=57d7036145433215b8d72800">
415              <div class="col-sm-1 notification-icon">
416                <i class="fontello icon-chat"></i>
417              </div>
418              <div class="col-sm-11 notification-content-wrapper">
419                <div class="notification-content">
420                  You have <em>new message</em> on your job, <em>Other Lawsuits & Disputes Matter Services</em>
421                  <div class="notification-time-relative small">
422                    8 months ago
423                  </div>
424                  <i class="glyphicon glyphicon-menu-right"></i>
425                </div>
426                <div class="notification-time" data-time="1515173579"
427                  title="1/5/18 at 9:32 AM PST">
428                  <i class="glyphicon glyphicon-time"></i> 1/5/18 at 9:32 AM PST
429                </div>
430                <span class="link notification-mark-as-read">Mark as read</span>
431              </div>
432            </a>
433          </div>
434        </div>
435      </li>
436      <li class="notification-item " data-id="5a4ef7c93f409b6f037bb756" data-relation-id="5a4ef7c93f409b6f037bb755">
437        <div class="container-fluid">
438          <div class="row">
439            <a class="notification-link clearfix" href="https://www.upcounsel.com/job/message/5a497c877c55e46c96693de1?
     aid=57d7036145433215b8d72800">
440              <div class="col-sm-1 notification-icon">
441                <i class="fontello icon-chat"></i>
442              </div>
443              <div class="col-sm-11 notification-content-wrapper">
444                <div class="notification-content">
445                  You have <em>new message</em> on your job, <em>Other Lawsuits & Disputes Matter Services</em>
446                  <div class="notification-time-relative small">
447                    8 months ago
448                  </div>
449                  <i class="glyphicon glyphicon-menu-right"></i>
450                </div>
451                <div class="notification-time" data-time="1515124681"
452                  title="1/4/18 at 7:58 PM PST">
453                  <i class="glyphicon glyphicon-time"></i> 1/4/18 at 7:58 PM PST
454                </div>
455                <span class="link notification-mark-as-read">Mark as read</span>
456              </div>
457            </a>
458          </div>
459        </div>
460      </li>
461      <li class="notification-item " data-id="5a4ed6128ecaa39f03dc3a49" data-relation-id="5a4ed6127b71e59940c1d187">
462        <div class="container-fluid">
463          <div class="row">
464            <a class="notification-link clearfix" href="https://www.upcounsel.com/job/message/5a497c877c55e46c96693de1?
     aid=57d7036145433215b8d72800">
```

```
465          <div class="col-sm-1 notification-icon">
466            <i class="fontello icon-chat"></i>
467          </div>
468          <div class="col-sm-11 notification-content-wrapper">
469            <div class="notification-content">
470              You have <em>new message</em> on your job, <em>Other Lawsuits & Disputes Matter Services</em>
471              <div class="notification-time-relative small">
472                8 months ago
473              </div>
474              <i class="glyphicon glyphicon-menu-right"></i>
475            </div>
476            <div class="notification-time" data-time="1515116050"
477              title="1/4/18 at 5:34 PM PST">
478              <i class="glyphicon glyphicon-time"></i> 1/4/18 at 5:34 PM PST
479            </div>
480            <span class="link notification-mark-as-read">Mark as read</span>
481          </div>
482        </a>
483      </div>
484    </div>
485  </li>
486  <li class="notification-item " data-id="5a4da36cc7a89d8a03ec14f5" data-relation-id="5a4da36cc7a89d8a03ec14f4">
487    <div class="container-fluid">
488      <div class="row">
489        <a class="notification-link clearfix" href="https://www.upcounsel.com/job/message/5a497c877c55e46c96693de1?aid=57d7036145433215b8d72800">
490          <div class="col-sm-1 notification-icon">
491            <i class="fontello icon-chat"></i>
492          </div>
493          <div class="col-sm-11 notification-content-wrapper">
494            <div class="notification-content">
495              You have <em>new message</em> on your job, <em>Other Lawsuits & Disputes Matter Services</em>
496              <div class="notification-time-relative small">
497                8 months ago
498              </div>
499              <i class="glyphicon glyphicon-menu-right"></i>
500            </div>
501            <div class="notification-time" data-time="1515037548"
502              title="1/3/18 at 7:45 PM PST">
503              <i class="glyphicon glyphicon-time"></i> 1/3/18 at 7:45 PM PST
504            </div>
505            <span class="link notification-mark-as-read">Mark as read</span>
506          </div>
507        </a>
508      </div>
509    </div>
510  </li>
511  <li class="notification-item " data-id="5a4d53748ecaa39f03db7b25" data-relation-id="5a4d53730141379d18d47115">
512    <div class="container-fluid">
513      <div class="row">
514        <a class="notification-link clearfix" href="https://www.upcounsel.com/job/message/5a497c877c55e46c96693de1?aid=57d7036145433215b8d72800">
515          <div class="col-sm-1 notification-icon">
516            <i class="fontello icon-chat"></i>
517          </div>
518          <div class="col-sm-11 notification-content-wrapper">
519            <div class="notification-content">
520              You have <em>new message</em> on your job, <em>Other Lawsuits & Disputes Matter Services</em>
521              <div class="notification-time-relative small">
522                8 months ago
523              </div>
524              <i class="glyphicon glyphicon-menu-right"></i>
525            </div>
526            <div class="notification-time" data-time="1515017075"
527              title="1/3/18 at 2:04 PM PST">
528              <i class="glyphicon glyphicon-time"></i> 1/3/18 at 2:04 PM PST
529            </div>
530            <span class="link notification-mark-as-read">Mark as read</span>
531          </div>
532        </a>
533      </div>
534    </div>
535  </li>
536  <li class="notification-item " data-id="5a4d3549245c7d345fb3ecbf" data-relation-id="5a497c877c55e46c96693de1">
537    <div class="container-fluid">
538      <div class="row">
```

```
            <a class="notification-link clearfix"
        href="https://www.upcounsel.com/jobs/5a497c877c55e46c96693de1/proposals/5a4d3549245c7d345fb3ecbd">
539             <div class="col-sm-1 notification-icon">
540                 <i class="fontello icon-briefcase"></i>
541             </div>
542             <div class="col-sm-11 notification-content-wrapper">
543                 <div class="notification-content">
544                     You have a <em>new proposal</em> on your job, <em>Other Lawsuits & Disputes Matter Services</em>
545                     <div class="notification-time-relative small">
546                         8 months ago
547                     </div>
548                     <i class="glyphicon glyphicon-menu-right"></i>
549                 </div>
550                 <div class="notification-time" data-time="1515009353"
551                     title="1/3/18 at 11:55 AM PST">
552                     <i class="glyphicon glyphicon-time"></i> 1/3/18 at 11:55 AM PST
553                 </div>
554                 <span class="link notification-mark-as-read">Mark as read</span>
555             </div>
556         </a>
557     </div>
558   </div>
559 </li>
560 <li class="notification-item " data-id="5a4d07e67c55e45996609395" data-relation-id="5a497c877c55e46c96693de1">
561   <div class="container-fluid">
562     <div class="row">
563       <a class="notification-link clearfix"
        href="https://www.upcounsel.com/jobs/5a497c877c55e46c96693de1/proposals/5a4d07e67c55e45996609393">
564             <div class="col-sm-1 notification-icon">
565                 <i class="fontello icon-briefcase"></i>
566             </div>
567             <div class="col-sm-11 notification-content-wrapper">
568                 <div class="notification-content">
569                     You have a <em>new proposal</em> on your job, <em>Other Lawsuits & Disputes Matter Services</em>
570                     <div class="notification-time-relative small">
571                         8 months ago
572                     </div>
573                     <i class="glyphicon glyphicon-menu-right"></i>
574                 </div>
575                 <div class="notification-time" data-time="1514997734"
576                     title="1/3/18 at 8:42 AM PST">
577                     <i class="glyphicon glyphicon-time"></i> 1/3/18 at 8:42 AM PST
578                 </div>
579                 <span class="link notification-mark-as-read">Mark as read</span>
580             </div>
581         </a>
582     </div>
583   </div>
584 </li>
585 <li class="notification-item " data-id="5a4cc7e63f409b6f037a8294" data-relation-id="5a4cc7e67b71e59940c0b197">
586   <div class="container-fluid">
587     <div class="row">
588       <a class="notification-link clearfix" href="https://www.upcounsel.com/job/message/5a497c877c55e46c96693de1?
        aid=5002f6fece77a70b1cb0a822">
589             <div class="col-sm-1 notification-icon">
590                 <i class="fontello icon-chat"></i>
591             </div>
592             <div class="col-sm-11 notification-content-wrapper">
593                 <div class="notification-content">
594                     You have <em>new message</em> on your job, <em>Other Lawsuits & Disputes Matter Services</em>
595                     <div class="notification-time-relative small">
596                         8 months ago
597                     </div>
598                     <i class="glyphicon glyphicon-menu-right"></i>
599                 </div>
600                 <div class="notification-time" data-time="1514981350"
601                     title="1/3/18 at 4:09 AM PST">
602                     <i class="glyphicon glyphicon-time"></i> 1/3/18 at 4:09 AM PST
603                 </div>
604                 <span class="link notification-mark-as-read">Mark as read</span>
605             </div>
606         </a>
607     </div>
608   </div>
609 </li>
610 <li class="notification-item " data-id="5a4c0b967b71e59940c08366" data-relation-id="5a4c0b963f409b6f037a5180">
611
```

```
612      <div class="container-fluid">
613        <div class="row">
           <a class="notification-link clearfix" href="https://www.upcounsel.com/job/message/5a497c877c55e46c96693de1?
     aid=58c1ed1f4543321f35340000">
614          <div class="col-sm-1 notification-icon">
615            <i class="fontello icon-chat"></i>
616          </div>
617          <div class="col-sm-11 notification-content-wrapper">
618            <div class="notification-content">
619              You have <em>new message</em> on your job, <em>Other Lawsuits & Disputes Matter Services</em>
620              <div class="notification-time-relative small">
621                8 months ago
622              </div>
623              <i class="glyphicon glyphicon-menu-right"></i>
624            </div>
625            <div class="notification-time" data-time="1514933142"
626              title="1/2/18 at 2:45 PM PST">
627              <i class="glyphicon glyphicon-time"></i> 1/2/18 at 2:45 PM PST
628            </div>
629            <span class="link notification-mark-as-read">Mark as read</span>
630          </div>
631        </a>
632      </div>
633    </div>
634  </li>
635  <li class="notification-item " data-id="5a499646c7a89d8a03eaabd1" data-relation-id="5a4996460141379d18d35993">
636    <div class="container-fluid">
637      <div class="row">
638        <a class="notification-link clearfix" href="https://www.upcounsel.com/job/message/5a497c877c55e46c96693de1?
     aid=58c1ed1f4543321f35340000">
639          <div class="col-sm-1 notification-icon">
640            <i class="fontello icon-chat"></i>
641          </div>
642          <div class="col-sm-11 notification-content-wrapper">
643            <div class="notification-content">
644              You have <em>new message</em> on your job, <em>Other Lawsuits & Disputes Matter Services</em>
645              <div class="notification-time-relative small">
646                8 months ago
647              </div>
648              <i class="glyphicon glyphicon-menu-right"></i>
649            </div>
650            <div class="notification-time" data-time="1514772038"
651              title="12/31/17 at 6:00 PM PST">
652              <i class="glyphicon glyphicon-time"></i> 12/31/17 at 6:00 PM PST
653            </div>
654            <span class="link notification-mark-as-read">Mark as read</span>
655          </div>
656        </a>
657      </div>
658    </div>
659  </li>
660  <li class="notification-item " data-id="5a4980fc7c55e47aa36044c2" data-relation-id="5a497c877c55e46c96693de1">
661    <div class="container-fluid">
662      <div class="row">
663        <a class="notification-link clearfix"
     href="https://www.upcounsel.com/jobs/5a497c877c55e46c96693de1/proposals/5a4980fc7c55e47aa36044c0">
664          <div class="col-sm-1 notification-icon">
665            <i class="fontello icon-briefcase"></i>
666          </div>
667          <div class="col-sm-11 notification-content-wrapper">
668            <div class="notification-content">
669              You have a <em>new proposal</em> on your job, <em>Other Lawsuits & Disputes Matter Services</em>
670              <div class="notification-time-relative small">
671                8 months ago
672              </div>
673              <i class="glyphicon glyphicon-menu-right"></i>
674            </div>
675            <div class="notification-time" data-time="1514766588"
676              title="12/31/17 at 4:29 PM PST">
677              <i class="glyphicon glyphicon-time"></i> 12/31/17 at 4:29 PM PST
678            </div>
679            <span class="link notification-mark-as-read">Mark as read</span>
680          </div>
681        </a>
682      </div>
683    </div>
684
```

```
685  </li>
686  <li class="notification-item " data-id="5a497cf58ecaa39f03da5c2a" data-relation-id="5a497cf57b71e59940bfe266">
686    <div class="container-fluid">
687      <div class="row">
688        <a class="notification-link clearfix" href="https://www.upcounsel.com/job/message/5a497c877c55e46c96693de1?
aid=5002f6fece77a70b1cb0a822">
689          <div class="col-sm-1 notification-icon">
690            <i class="fontello icon-chat"></i>
691          </div>
692          <div class="col-sm-11 notification-content-wrapper">
693            <div class="notification-content">
694              You have <em>new message</em> on your job, <em>Other Lawsuits & Disputes Matter Services</em>
695              <div class="notification-time-relative small">
696                8 months ago
697              </div>
698              <i class="glyphicon glyphicon-menu-right"></i>
699            </div>
700            <div class="notification-time" data-time="1514765557">
701              title="12/31/17 at 4:12 PM PST">
702              <i class="glyphicon glyphicon-time"></i> 12/31/17 at 4:12 PM PST
703            </div>
704            <span class="link notification-mark-as-read">Mark as read</span>
705          </div>
706        </a>
707      </div>
708    </div>
709  </li>
710  <li class="notification-item " data-id="57bff66d4543324d63730500" data-relation-id="57bff66d4543324d636a0500">
711    <div class="container-fluid">
712      <div class="row">
713        <a class="notification-link clearfix" href="https://www.upcounsel.com/invoices/57bff66d4543324d636a0500">
714          <div class="col-sm-1 notification-icon">
715            <i class="fontello icon-invoice"></i>
716          </div>
717          <div class="col-sm-11 notification-content-wrapper">
718            <div class="notification-content">
719              You received a <em>new invoice</em> on your job, <em>Small Business/Corporate Attorney</em>
720              <div class="notification-time-relative small">
721                2 years ago
722              </div>
723              <i class="glyphicon glyphicon-menu-right"></i>
724            </div>
725            <div class="notification-time" data-time="1472198253">
726              title="8/26/16 at 12:57 AM PDT">
727              <i class="glyphicon glyphicon-time"></i> 8/26/16 at 12:57 AM PDT
728            </div>
729            <span class="link notification-mark-as-read">Mark as read</span>
730          </div>
731        </a>
732      </div>
733    </div>
734  </li>
735  <li class="notification-item " data-id="57be127645433271f4f50400" data-relation-id="57bb8e924543327c6df60100">
736    <div class="container-fluid">
737      <div class="row">
738        <a class="notification-link clearfix" href="https://www.upcounsel.com/invoices/57bb8e924543327c6df60100">
739          <div class="col-sm-1 notification-icon">
740            <i class="fontello icon-invoice"></i>
741          </div>
742          <div class="col-sm-11 notification-content-wrapper">
743            <div class="notification-content">
744              You received a <em>new invoice</em> on your job, <em>Small Business/Corporate Attorney</em>
745              <div class="notification-time-relative small">
746                2 years ago
747              </div>
748              <i class="glyphicon glyphicon-menu-right"></i>
749            </div>
750            <div class="notification-time" data-time="1472074358">
751              title="8/24/16 at 2:32 PM PDT">
752              <i class="glyphicon glyphicon-time"></i> 8/24/16 at 2:32 PM PDT
753            </div>
754            <span class="link notification-mark-as-read">Mark as read</span>
755          </div>
756        </a>
757      </div>
758    </div>
759
```

```
760    </li>
761    <li class="notification-item " data-id="57bb3a2d4543320e64bc6d00" data-relation-id="57bb39a145433262d8f68a00">
762      <div class="container-fluid">
763        <div class="row">
764          <a class="notification-link clearfix"
               href="https://www.upcounsel.com/jobs/57bb39a145433262d8f68a00/proposals/57bb3a2d4543320e64ba6d00">
765            <div class="col-sm-1 notification-icon">
766              <i class="fontello icon-briefcase"></i>
767            </div>
768            <div class="col-sm-11 notification-content-wrapper">
769              <div class="notification-content">
770                You have a <em>new proposal</em> on your job, <em>Small Business/Corporate Attorney</em>
771                <div class="notification-time-relative small">
772                  2 years ago
773                </div>
774                <i class="glyphicon glyphicon-menu-right"></i>
775              </div>
776              <div class="notification-time" data-time="1471887917"
777                title="8/22/16 at 10:45 AM PDT">
778                <i class="glyphicon glyphicon-time"></i> 8/22/16 at 10:45 AM PDT
779              </div>
780              <span class="link notification-mark-as-read">Mark as read</span>
781            </div>
782          </a>
783        </div>
784      </div>
785    </li>
786    <li class="notification-item " data-id="57b832fe4543323a7d700c00" data-relation-id="57b7745e454332281e991400">
787      <div class="container-fluid">
788        <div class="row">
789          <a class="notification-link clearfix"
               href="https://www.upcounsel.com/jobs/57b7745e454332281e991400/proposals/57b832fe4543323a7d6e0c00">
790            <div class="col-sm-1 notification-icon">
791              <i class="fontello icon-briefcase"></i>
792            </div>
793            <div class="col-sm-11 notification-content-wrapper">
794              <div class="notification-content">
795                You have a <em>new proposal</em> on your job, <em>Small Business/Corporate Attorney</em>
796                <div class="notification-time-relative small">
797                  2 years ago
798                </div>
799                <i class="glyphicon glyphicon-menu-right"></i>
800              </div>
801              <div class="notification-time" data-time="1471689470"
802                title="8/20/16 at 3:37 AM PDT">
803                <i class="glyphicon glyphicon-time"></i> 8/20/16 at 3:37 AM PDT
804              </div>
805              <span class="link notification-mark-as-read">Mark as read</span>
806            </div>
807          </a>
808        </div>
809      </div>
810    </li>
811    <li class="notification-item " data-id="57b77b9645433262e4a11500" data-relation-id="57b7745e454332281e991400">
812      <div class="container-fluid">
813        <div class="row">
814          <a class="notification-link clearfix"
               href="https://www.upcounsel.com/jobs/57b7745e454332281e991400/proposals/57b77b9645433262e49c1500">
815            <div class="col-sm-1 notification-icon">
816              <i class="fontello icon-briefcase"></i>
817            </div>
818            <div class="col-sm-11 notification-content-wrapper">
819              <div class="notification-content">
820                You have a <em>new proposal</em> on your job, <em>Labor Litigation Services</em>
821                <div class="notification-time-relative small">
822                  2 years ago
823                </div>
824                <i class="glyphicon glyphicon-menu-right"></i>
825              </div>
826              <div class="notification-time" data-time="1471642518"
827                title="8/19/16 at 2:35 PM PDT">
828                <i class="glyphicon glyphicon-time"></i> 8/19/16 at 2:35 PM PDT
829              </div>
830              <span class="link notification-mark-as-read">Mark as read</span>
831            </div>
832          </a>
```

```
833        </div>
834      </div>
835  </li>
836
837          </ul>
838        </div>
839
840      <div class="notification-bottom-link">
841        <a href="/notifications">
842          <div class='notification-see-all bold'>
843            See all notifications
844          </div>
845        </a>
846
847        <a href="#" class="button-mark-all-as-read">
848          <div class='notification-mark-all-as-read bold'>
849            Mark all as read
850          </div>
851        </a>
852      </div>
853
854    </div>
855  </div>
856  </li>
857
858              <li id="user-menu" class="dropdown dropdown-triangle">
859
860    <a id="userDropdown" class="dropdown-toggle" data-toggle="dropdown">
861      <img alt="R A" src="https://usercdn.upcounsel.com/57b7726445433262db721300/images/1471640164_83" />
862    </a>
863
864  <ul class="dropdown-menu">
865
866
867    <li><a href="/dashboard">Dashboard</a></li>
868    <li><a href="/account/edit">Settings</a></li>
869
870
871
872
873
874    <li role="separator" class="divider"></li>
875    <li><a href="/account/logout">Logout</a></li>
876  </ul>
877  </li>
878
879          </ul>
880        </div>
881  </div>
882
883  </nav>
884
885              <section id='global_search' class="grey-65-BG">
886  <div class='container'>
887    <div class='row'>
888      <div class= 'col-md-offset-1 col-md-10'>
889
890        <form method="get" action="/search" class="search_form marg-y-15">
891
892          <span class="search_icon fontello icon-search hidden-xs pull-left"></span>
893
894          <button class="search_button btn btn-primary btn-md text-uppercase text-bold pull-right">
895            <i class="fontello icon-search visible-xs"></i>
896            <span class="hidden-xs">Search</span>
897          </button>
898
899          <div class="search_input_wrap">
900            <input class="search_input"
901                   maxlength="512"
902                   type="text"
903                   name="q"
904                   value=""
905                   placeholder="Type your legal question here"
906                   autocomplete="off">
907          </div>
908        </form>
```

```
909                  </div>
910                </div>
911              </div>
911            </section>
912
913
914            </header>
915
916            <div id="content-body">
917
918
919
920
921
922
923
924
925
926    <div class="attorney-results">
927
928      <div class="primary-blue-BG text-center pad-y-25">
929        <div class="container">
930          <div class="col-sm-12">
931            <h1 class="text-white text-bold fs-30 marg-b-20 marg-t-0">Cotati Intellectual Property Attorneys &amp;
       Lawyers</h1>
932
933            <div class="text-center">
934              <span class="et-ac-suf-bo handle btn btn-md btn-success topic-cta-btn text-bold track-click-paj" data-
       loc="seo-hero" data-place="L2pvYnMvbmV3">Get Free Attorney Proposals</span>
935            </div>
936
937          </div>
938        </div>
939      </div>
940
941      <div class="section-nav-wrap sticky-sub-nav non-sticky-mobile">
942        <div class="section-nav sticky sub-nav sub-nav-light">
943          <div class="container">
944            <div class="row">
945              <div class="col-sm-12">
946                <span class="et-ac-suf-bo handle btn btn-success text-component pull-right topic-cta-nav-btn hidden-xs
       track-click-pag" data-loc="seo-sticky-nav" data-place="L2pvYnMvbmV3">Post a Job</span>
947
948                <ul class="nav nav-tabs text-center">
949
950                  <i class="fontello icon-angle-down visible-xs nav-caret fs-24"></i>
951                  <i class="fontello icon-angle-up visible-xs nav-caret fs-24"></i>
952
953                  <li class="section-nav-tab active">
954                  <a href="#attorneys">Top Rated Attorneys</a>
955                  </li>
956                  <li class="section-nav-tab">
957                  <a href="#why-upcounsel">Why UpCounsel?</a>
958                  </li>
959                  <li class="section-nav-tab">
960                  <a href="#overview">Legal Services Overview</a>
961                  </li>
962                  <li class="section-nav-tab">
963                  <a href="#testimonials">Testimonials</a>
964                  </li>
965                </ul>
966              </div>
967            </div>
968          </div>
969        </div>
970      </div>
971
972      <section id="breadcrumbs" class="container marg-t-25 ">
973      <ol class="breadcrumb chevron medium-text white-BG marg-0 fs-13 pad-x-0">
974        <li itemscope itemtype="http://data-vocabulary.org/Breadcrumb">
975          <a href="/" itemprop="url" class="fs-13">
976            <span itemprop="title">Our Lawyers</span>
977          </a>
978        </li>
979
980          <span class="breadcrumb__separator glyphicon glyphicon-menu-right text-grey-45"></span>
981
```

```
 982        <li itemprop="child" itemscope itemtype="http://data-vocabulary.org/Breadcrumb">
 983          <a href="/intellectual-property-attorneys" itemprop="url" class="fs-13">
 984            <span itemprop="title">Intellectual Property</span>
 985          </a>
 986        </li>
 987        <span class="breadcrumb__separator glyphicon glyphicon-menu-right text-grey-45"></span>
 988        <li itemprop="child" itemscope itemtype="http://data-vocabulary.org/Breadcrumb">
 989          <a href="/intellectual-property-attorneys-california" itemprop="url" class="fs-13">
 990            <span itemprop="title">California</span>
 991          </a>
 992        </li>
 993
 994        <span class="breadcrumb__separator glyphicon glyphicon-menu-right text-grey-45"></span>
 995        <li itemprop="child" itemscope itemtype="http://data-vocabulary.org/Breadcrumb">
 996          <a href="/intellectual-property-attorneys-cotati-ca" itemprop="url" class="active text-grey-45 fs-13">
 997            <span itemprop="title">Cotati Attorneys</span>
 998          </a>
 999        </li>
1000      </ol>
     </section>
1001
1002
1003    <section id="attorneys" class="tab active">
1004      <div class="uc-jumbotron pad-t-0">
1005        <div class="container">
1006          <div class="row">
1007            <div class="col-sm-12">
1008
1009              <div class="col-md-9" id="divAttorneyList">
1010                <div class="row profile-card grey-BG pad-20 marg-b-20" itemscope=""
     itemtype="http://schema.org/Attorney">
1011
1012    <div class="profile-card-img col-sm-2 pad-0">
1013      <span class="et-ac-suf-bo handle acts-as-a-link" data-
     place="L2F0dG9ybmV5L3Byb2ZpbGUvNTViYmM0MTY0NTg4NGY5NjM0MDc0Yzli">
1014        <img alt="Steven S." onerror="this.onerror=null;this.src=&#39;https://rcdn.upcounsel.com/assets/noProfileBig-
     960eff1f6d485c56ff16f5295d77db9d0e6a857c3d9d22f17da01cdde2d7c1d.png&#39;" class="img-responsive img-circle"
     itemprop="image" src="https://usercdn.upcounsel.com/55bbc41645884f9634074c9b/images/1497492411226SStark-SLF-web-1-
     1024x701.jpg" />
1015    </span>  </div>
1016
1017    <div class="profile-card-body light col-md-8 col-sm-7 fs-13" itemprop="name">
1018      <h3>
1019        <a class="text-bold" href="/attorney/profile/55bbc41645884f9634074c9b">Steven Stark</a>
1020      </h3>
1021
1022      <div class="profile-card-rating marg-t-5">
1023        <span itemprop="aggregateRating" itemscope="" itemtype="http://schema.org/AggregateRating">
1024          <div class="rating inline-block valign-middle rating-gold" data-rating="4.9972627737226265">
1025
1026    <i class="fontello icon-star-1"></i>
1027    <i class="fontello icon-star-1"></i>
1028    <i class="fontello icon-star-1"></i>
1029    <i class="fontello icon-star-1"></i>
1030    <span class="rating marg-l-1 marg-r-1 pos-r inline-block">
1031      <i class="marg-0 pos-a fontello icon-star-empty"></i>
1032      <i class="forground-star fontello icon-star-1"
1033        style="width: 100%"></i>
1034    </span>
1035  </div>
1036
1037          </span>
1038          <span class="et-ac-suf-bo handle fs-12 light link acts-as-a-link right-padding marg-l-5 text-bold" data-
     place="L2F0dG9ybmV5L3Byb2ZpbGUvNTViYmM0MTY0NTg4NGY5NjM0MDc0YzliI3Jldmlld3M=">274 reviews</span>
1039        </div>
1040
1041      <div class="profile-card-bio marg-t-5">
1042        For over 30 years, Steven Stark has offered counsel to non-profit organizations and private companies. He
     has a passion for helping small businesses in particular since he himself started several businesses of his own in
     New York and Florida. He understands the importance of small businesses having a reliable attorney to advise them
     about legal matters from their inception.
1043      </div>
1044
1045      <div class="meta">
1046        <span class="hidden-xs nowrap text-grey-30">
1047          <span class="fs-12 text-grey-65">
1048
```

```
1049          <span class="fs-12 text-bold">20</span>
              repeat hires
1050          </span>
1051          <span class="fs-20 marg-l-5 text-grey-15">|</span>
1052        </span>
1053
1054        <span class="hidden-xs nowrap text-grey-30">
1055          <span class="fs-12 text-grey-65">
1056            <span class="fs-12 text-bold">41</span>
1057            yrs experience
1058          </span>
1059          <span class="fs-20 marg-l-5 text-grey-15">|</span>
1060        </span>
1061
1062        <span class="hidden-xs nowrap text-grey-30 fs-12 text-grey-65">
1063          <span>Licensed in FL, NY</span>
1064        </span>
1065        <span class="fs-20 marg-l-5 text-grey-15">|</span>
1066
1067        <span class="hidden-xs nowrap text-grey-30">
1068          <span class="fontello icon-ok text-green"></span> verified
1069        </span>
1070      </div>
1071
1072      <div class="recent-review hidden-xs table marg-b-0 marg-t-10">
1073        <span class="fontello icon-avatar fs-24 text-blue tc"></span>
1074        <span class="fs-13 tc valign-middle pad-l-10">&quot;My experience with Steve was great--he is a great
      communicator and very patient with my learning curve.  I would definitely use his servi...&quot;</span>
1075      </div>
1076    </div>
1077
1078    <div class="profile-card-actions">
1079      <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 text-bold btn-primary track-click-paj marg-b-10" data-
      loc="sem_attorney_get_proposal" data-place="L2pvYnMvbmV3" data-
      query="aid=55bbc41645884f9634074c9b&amp;hide_op=1&amp;op=1">Get Proposal</span>
1080      <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 btn-default text-bold track-click" data-
      loc="sem_attorney_view_profile" data-place="L2F0dG9ybmV5L3Byb2ZpbGUvNTViYmM0MTY0NTg4NGY5NjM0MDc0Yzli">View
      Profile</span>
1081    </div>
1082  </div>
1083
1084  <div class="row profile-card grey-BG pad-20 marg-b-20" itemscope="" itemtype="http://schema.org/Attorney">
1085
1086  <div class="profile-card-img col-sm-2 pad-0">
1087    <span class="et-ac-suf-bo handle acts-as-a-link" data-place="L3Byb2ZpbGUvcmljaGdvcmE=">
1088      <img alt="Richard G."
      onerror="this.onerror=null;this.src=&#39;https://rcdn.upcounsel.com/assets/noProfileBig-
      960eff1f6d485c56ff16f5295dd77db9d0e6a857c3d9d22f17da01cdde2d7c1d.png&#39;" class="img-responsive img-circle"
      itemprop="image" src="https://usercdn.upcounsel.com/55b97fec5eb8e6306cb660d4/images/1474656375050RichHeadshots-
      21.jpg" />
1089  </span>  </div>
1090
1091  <div class="profile-card-body light col-md-8 col-sm-7 fs-13" itemprop="name">
1092    <h3>
1093      <a class="text-bold" href="/profile/richgora">Richard Gora</a>
1094    </h3>
1095
1096    <div class="profile-card-rating marg-t-5">
1097      <span itemprop="aggregateRating" itemscope="" itemtype="http://schema.org/AggregateRating">
1098        <div class="rating inline-block valign-middle rating-gold" data-rating="5.0">
1099
1100    <i class="fontello icon-star-1"></i>
1101    <i class="fontello icon-star-1"></i>
1102    <i class="fontello icon-star-1"></i>
1103    <i class="fontello icon-star-1"></i>
1104    <i class="fontello icon-star-1"></i>
1105  </div>
1106
1107        </span>
1108        <span class="et-ac-suf-bo handle fs-12 light link acts-as-a-link right-padding marg-l-5 text-bold" data-
      place="L3Byb2ZpbGUvcmljaGdvcmEjcmV2aWV3cw==">156 reviews</span>
1109      </div>
1110
1111      <div class="profile-card-bio marg-t-5">
1112        Looking for an attorney with experience? Richard Gora is the exact attorney you want. Having defended over
      100 cases both in state and federal courts and working with clients from around the globe, Richard has an array of
```

```
      different experiences. His services are wide-ranging and include business litigation, securities litigations,
      employment litigation, and business counsel. Prior to founding Gora LLC, he worked for Finn, Dixon & Herling LLP
      for eight years.
1113        </div>
1114
1115    <div class="meta">
1116        <span class="hidden-xs nowrap text-grey-30">
1117          <span class="fs-12 text-grey-65">
1118            <span class="fs-12 text-bold">3</span>
1119            repeat hires
1120          </span>
1121          <span class="fs-20 marg-l-5 text-grey-15">|</span>
1122        </span>
1123
1124        <span class="hidden-xs nowrap text-grey-30">
1125          <span class="fs-12 text-grey-65">
1126            <span class="fs-12 text-bold">12</span>
1127            yrs experience
1128          </span>
1129          <span class="fs-20 marg-l-5 text-grey-15">|</span>
1130        </span>
1131
1132      <span class="hidden-xs nowrap text-grey-30 fs-12 text-grey-65">
1133        <span>Licensed in CT, NJ</span>
1134      </span>
1135      <span class="fs-20 marg-l-5 text-grey-15">|</span>
1136
1137      <span class="hidden-xs nowrap text-grey-30">
1138        <span class="fontello icon-ok text-green"></span> verified
1139      </span>
1140    </div>
1141
1142      <div class="recent-review hidden-xs table marg-b-0 marg-t-10">
1143        <span class="fontello icon-avatar fs-24 text-blue tc"></span>
1144        <span class="fs-13 tc valign-middle pad-l-10">&quot;Very positive experiences as always, very fast and
      diligent&quot;</span>
1145      </div>
1146    </div>
1147
1148    <div class="profile-card-actions">
1149      <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 text-bold btn-primary track-click-paj marg-b-10" data-
      loc="sem_attorney_get_proposal" data-place="L2pvYnMvbmV3V3" data-
      query="aid=55b97fec5eb8e6306cb600d04&amp;hide_op=1&amp;op=1">Get Proposal</span>
1150      <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 btn-default text-bold track-click" data-
      loc="sem_attorney_view_profile" data-place="L3Byb2ZpbGUvcmljaGdvcmE=">View Profile</span>
1151    </div>
1152  </div>
1153
1154  <div class="row profile-card grey-BG pad-20 marg-b-20" itemscope="" itemtype="http://schema.org/Attorney">
1155
1156    <div class="profile-card-img col-sm-2 pad-0">
1157      <span class="et-ac-suf-bo handle acts-as-a-link" data-place="L3Byb2ZpbGUvamdhcmJlcg==">
1158        <img alt="Joshua G." onerror="this.onerror=null;this.src=&#39;https://rcdn.upcounsel.com/assets/noProfileBig-
      960eff1f6d485c56ff16f5295dd77db9d0e6a857c3d9d22f17da01cdde2d7c1d.png&#39;" class="img-responsive img-circle"
      itemprop="image" src="https://usercdn.upcounsel.com/533a4e4b245c7d03fcf1cf1a/images/1426288436885333d95d.jpg" />
1159    </span>  </div>
1160
1161    <div class="profile-card-body light col-md-8 col-sm-7 fs-13" itemprop="name">
1162      <h3>
1163        <a class="text-bold" href="/profile/jgarber">Joshua Garber</a>
1164      </h3>
1165
1166      <div class="profile-card-rating marg-t-5">
1167        <span itemprop="aggregateRating" itemscope="" itemtype="http://schema.org/AggregateRating">
1168          <div class="rating inline-block valign-middle rating-gold" data-rating="4.994897959459613675">
1169
1170      <i class="fontello icon-star-1"></i>
1171      <i class="fontello icon-star-1"></i>
1172      <i class="fontello icon-star-1"></i>
1173      <i class="fontello icon-star-1"></i>
1174      <span class="rating marg-l-1 marg-r-1 pos-r inline-block">
1175        <i class="marg-0 pos-a fontello icon-star-empty"></i>
1176        <i class="forground-star fontello icon-star-1"
1177          style="width: 99%"></i>
1178      </span>
1179  </div>
1180
```

```
1181                </span>
1182            <span class="et-ac-suf-bo handle fs-12 light link acts-as-a-link right-padding marg-l-5 text-bold" data-
     place="L3Byb2ZpbGGUvamdhcmJlciNyZXZpZXdz">196 reviews</span>
1183        </div>
1184
1185        <div class="profile-card-bio marg-t-5">
1186            Representing notable clients like Tesla and the City of Los Angeles, Josh Garber excels at helping clients
     with employment and labor laws. Many of his past clients have had great success using Josh for employment
     agreements and Division of Labor Standards Enforcement (DLSE) hearings. With his practical advice, he has even
     helped clients avoid going to court.
1187        </div>
1188
1189        <div class="meta">
1190            <span class="hidden-xs nowrap text-grey-30">
1191                <span class="fs-12 text-grey-65">
1192                    <span class="fs-12 text-bold">40</span>
1193                    repeat hires
1194                </span>
1195                <span class="fs-20 marg-l-5 text-grey-15">|</span>
1196            </span>
1197
1198            <span class="hidden-xs nowrap text-grey-30">
1199                <span class="fs-12 text-grey-65">
1200                    <span class="fs-12 text-bold">9</span>
1201                    yrs experience
1202                </span>
1203                <span class="fs-20 marg-l-5 text-grey-15">|</span>
1204            </span>
1205
1206        <span class="hidden-xs nowrap text-grey-30 fs-12 text-grey-65">
1207            <span>Licensed in CA</span>
1208        </span>
1209        <span class="fs-20 marg-l-5 text-grey-15">|</span>
1210
1211            <span class="hidden-xs nowrap text-grey-30">
1212                <span class="fontello icon-ok text-green"></span> verified
1213            </span>
1214        </div>
1215
1216        <div class="recent-review hidden-xs table marg-b-0 marg-t-10">
1217            <span class="fontello icon-avatar fs-24 text-blue tc"></span>
1218            <span class="fs-13 tc valign-middle pad-l-10">&quot;Joshua is very knowledgeable and timely. It was a
     pleasure working with him. He answered my questions effectively and offered excellent a...&quot;</span>
1219        </div>
1220    </div>
1221
1222    <div class="profile-card-actions">
1223        <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 text-bold btn-primary track-click-paj marg-b-10" data-
     loc="sem_attorney_get_proposal" data-place="L2pvYnMvbmV3V3" data-
     query="aid=533a4e4b245c7d03fcf1a&amp;hide_op=1&amp;op=1">Get Proposal</span>
1224        <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 btn-default text-bold track-click" data-
     loc="sem_attorney_view_profile" data-place="L3Byb2ZpbGGUvamdhcmJlcg==">View Profile</span>
1225    </div>
1226 </div>
1227
1228    <div class="row profile-card grey-BG pad-20 marg-b-20" itemscope="" itemtype="http://schema.org/Attorney">
1229
1230    <div class="profile-card-img col-sm-2 pad-0">
1231        <span class="et-ac-suf-bo handle acts-as-a-link" data-place="L3Byb2ZpbGGUvdG9tbWNuYW1hcmE=">
1232            <img alt="Thomas M." onerror="this.onerror=null;this.src=&#39;https://rcdn.upcounsel.com/assets/noProfileBig-
     960eff1f6d485c56ff16f5295dd77db9d0e6a857c3d9d22f17da01cdde2d7c1d.png&#39;" class="img-responsive img-circle"
     itemprop="image" src="https://usercdn.upcounsel.com/57910498454332799426140 0/images/1469122367840Photo.jpg" />
1233    </span>   </div>
1234
1235    <div class="profile-card-body light col-md-8 col-sm-7 fs-13" itemprop="name">
1236        <h3>
1237            <a class="text-bold" href="/profile/tommcnamara">Thomas Mcnamara</a>
1238        </h3>
1239
1240
1241        <div class="profile-card-bio marg-t-5">
1242            Thomas McNamara obtained his law degree from the University of San Diego School of Law. He was given the
     Director's Award in 1996 and 2001 by the U.S. Department of Justice. He is an expert in the fields of White Collar
     and Internal Investigations, Litigation and Class Actions, Securities Enforcement and Receiverships and
     Monitorships. Thomas is a former long-time federal prosecutor and seasoned defense attorney.
1243
```

```
1244              </div>
1245          <div class="meta">
1246
1247              <span class="hidden-xs nowrap text-grey-30">
1248                  <span class="fs-12 text-grey-65">
1249                      <span class="fs-12 text-bold">4</span>
1250                  yrs experience
1251                  </span>
1252                  <span class="fs-20 marg-l-5 text-grey-15">|</span>
1253              </span>
1254
1255              <span class="hidden-xs nowrap text-grey-30 fs-12 text-grey-65">
1256                  <span>Licensed in CA</span>
1257              </span>
1258              <span class="fs-20 marg-l-5 text-grey-15">|</span>
1259
1260          </div>
1261
1262      </div>
1263
1264      <div class="profile-card-actions">
1265          <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 text-bold btn-primary track-click-paj marg-b-10" data-
      loc="sem_attorney_get_proposal" data-place="L2pvYnMvbmV3" data-
      query="aid=5791049845433279942614008&amp;hide_op=1&amp;op=1">Get Proposal</span>
1266          <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 btn-default text-bold track-click" data-
      loc="sem_attorney_view_profile" data-place="L3Byb2ZpbGUvdG9tbWNuYW1hcmE=">View Profile</span>
1267      </div>
1268  </div>
1269
1270      <div class="row profile-card grey-BG pad-20 marg-b-20" itemscope="" itemtype="http://schema.org/Attorney">
1271
1272      <div class="profile-card-img col-sm-2 pad-0">
1273          <span class="profile-card handle acts-as-a-link" data-
      place="L2F0dG9ybmV5L3Byb2ZpbGUvNTRmNTk4NjM2OGY4MjYyODE2YmIxMGQz">
1274              <img alt="Lauri D." onerror="this.onerror=null;this.src=&#39;https://rcdn.upcounsel.com/assets/noProfileBig-
      960eff1f6d485c56ff16f5295dd77db9d0e6a857a2f17da01cdde2d7c1d.png&#39;" class="img-responsive img-circle"
      itemprop="image" src="https://usercdn.upcounsel.com//images/1425381474_581" />
1275      </span>  </div>
1276
1277      <div class="profile-card-body light col-md-8 col-sm-7 fs-13" itemprop="name">
1278          <h3>
1279              <a class="text-bold" href="/attorney/profile/54f5986368f8262816bb10d3">Lauri Donahue</a>
1280          </h3>
1281
1282          <div class="profile-card-rating marg-t-5">
1283              <span itemprop="aggregateRating" itemscope="" itemtype="http://schema.org/AggregateRating">
1284                  <div class="rating inline-block valign-middle rating-gold" data-rating="4.9198717948717965">
1285
1286      <i class="fontello icon-star-1"></i>
1287      <i class="fontello icon-star-1"></i>
1288      <i class="fontello icon-star-1"></i>
1289      <i class="fontello icon-star-1"></i>
1290      <span class="rating marg-l-1 marg-r-1 pos-r inline-block">
1291          <i class="marg-0 pos-a fontello icon-star-empty"></i>
1292          <i class="forground-star fontello icon-star-1"
1293              style="width: 92%"></i>
1294      </span>
1295  </div>
1296
1297              </span>
1298      <span class="et-ac-suf-bo handle fs-12 light link acts-as-a-link right-padding marg-l-5 text-bold" data-
      place="L2F0dG9ybmV5L3Byb2ZpbGUvNTRmNTk4NjM2OGY4MjYyODE2YmIxMGQzI3Jldmlld3M=">156 reviews</span>
1299              </div>
1300
1301          <div class="profile-card-bio marg-t-5">
1302              Lauri Donahue has been practicing law for more than 25 years. She advises high-tech, media, and
      entertainment companies in the U.S., Israel, and the EU on matters including technology licensing, entertainment
      law, video game law, anti-piracy, antitrust, IP litigation, and patent monetization. Ms. Donahue also trains and
      manages multi-shore teams and teaches law in the U.S. and overseas.
1303          </div>
1304
1305          <div class="meta">
1306              <span class="hidden-xs nowrap text-grey-30">
1307                  <span class="fs-12 text-grey-65">
1308                      <span class="fs-12 text-bold">30</span>
1309
```

```
         repeat hires
1310     </span>
1311     <span class="fs-20 marg-l-5 text-grey-15">|</span>
1312   </span>
1313
1314   <span class="hidden-xs nowrap text-grey-30">
1315     <span class="fs-12 text-grey-65">
1316       <span class="fs-12 text-bold">31</span>
1317     yrs experience
1318     </span>
1319     <span class="fs-20 marg-l-5 text-grey-15">|</span>
1320   </span>
1321
1322   <span class="hidden-xs nowrap text-grey-30 fs-12 text-grey-65">
1323     <span>Licensed in CA</span>
1324   </span>
1325   <span class="fs-20 marg-l-5 text-grey-15">|</span>
1326
1327   <span class="hidden-xs nowrap text-grey-30">
1328     <span class="fontello icon-ok text-green"></span> verified
1329   </span>
1330   </div>
1331
1332   <div class="recent-review hidden-xs table marg-b-0 marg-t-10">
1333     <span class="fontello icon-avatar fs-24 text-blue tc"></span>
1334     <span class="fs-13 tc valign-middle pad-l-10">&quot;Great job! Fast turnaround!&quot;</span>
1335   </div>
1336 </div>
1337
1338 <div class="profile-card-actions">
1339     <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 text-bold btn-primary track-click-paj marg-b-10" data-
       loc="sem_attorney_get_proposal" data-place="L2pvYnMvbmV3" data-
       query="aid=54f5986368f8262816bb10d3&amp;hide_op=1&amp;op=1">Get Proposal</span>
1340     <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 btn-default text-bold track-click" data-
       loc="sem_attorney_view_profile" data-place="L2F0dG9ybmV5L3Byb2ZpbGUvNTRmNTk4NjM2OGY4MjYyODE2YmIxMGQz">View
       Profile</span>
1341     </div>
1342 </div>
1343
1344   <div class="row profile-card grey-BG pad-20 marg-b-20" itemscope="" itemtype="http://schema.org/Attorney">
1345
1346   <div class="profile-card-img col-sm-2 pad-0">
1347     <span class="et-ac-suf-bo handle acts-as-a-link" data-
       place="L2F0dG9ybmV5L3Byb2ZpbGUvNTE3MWMzYzFjZTc3YTcxMzE0YzdiMjgw">
1348       <img alt="John T." onerror="this.onerror=null;this.src=&#39;https://rcdn.upcounsel.com/assets/noProfileBig-
       960eff1f6d485c56ff59255dd77db9d0e6a857c3d9d22f17da01cdde2d7c1d.png&#39;" class="img-responsive img-circle"
       itemprop="image"
       src="https://usercdn.upcounsel.com/5171c3c1ce77a71314c7b280/images/1406759228800295_5171c3c1ce77a71314c7b280.jpg"
       />
1349   </span>   </div>
1350
1351   <div class="profile-card-body light col-md-8 col-sm-7 fs-13" itemprop="name">
1352     <h3>
1353       <a class="text-bold" href="/attorney/profile/5171c3c1ce77a71314c7b280">John Tran</a>
1354     </h3>
1355
1356
1357   <div class="profile-card-bio marg-t-5">
1358       John Tan is a patent attorney for Rhema Law Group, where he manages the firm's intellectual property
       practice. His practice areas include IP, portfolio management, and IP property litigation. In IP Today magazine,
       Rhema Law was named one of the top patent firms in the country. He has also been named a Super Lawyer, as well as
       an OC Metro Top Attorney.
1359     </div>
1360
1361   <div class="meta">
1362
1363     <span class="hidden-xs nowrap text-grey-30">
1364       <span class="fs-12 text-grey-65">
1365         <span class="fs-12 text-bold">13</span>
1366       yrs experience
1367       </span>
1368       <span class="fs-20 marg-l-5 text-grey-15">|</span>
1369     </span>
1370
1371     <span class="hidden-xs nowrap text-grey-30 fs-12 text-grey-65">
1372       <span>Licensed in CA, Patent Bar</span>
1373
```

```
1374              </span>
                  <span class="fs-20 marg-l-5 text-grey-15">|</span>
1375
1376          </div>
1377
1378      </div>
1379
1380      <div class="profile-card-actions">
1381          <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 text-bold btn-primary track-click-paj marg-b-10" data-
      loc="sem_attorney_get_proposal" data-place="L2pvYnMvbmV3" data-
      query="aid=5171c3c1ce77a71314c7b280&amp;hide_op=1&amp;op=1">Get Proposal</span>
1382          <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 btn-default text-bold track-click" data-
      loc="sem_attorney_view_profile" data-place="L2F0dG9ybmV5L3Byb2ZpbGUvNTE3MWMzYzFjZTc3YTcxMzE0YzdiMjgw">View
      Profile</span>
1383      </div>
1384  </div>
1385
1386      <div class="row profile-card grey-BG pad-20 marg-b-20" itemscope="" itemtype="http://schema.org/Attorney">
1387
1388      <div class="profile-card-img col-sm-2 pad-0">
1389          <span class="et-ac-suf-bo handle acts-as-a-link" data-
      place="L2F0dG9ybmV5L3Byb2ZpbGUvNTUwZWJlNDUwYjU3MTM5MzViNmFmMjhm">
1390              <img alt="Ray L." onerror="this.onerror=null;this.src=&#39;https://rcdn.upcounsel.com/assets/noProfileBig-
      960eff1f6d485c56ff16f5295dd77db9d0e6a857c3d9d22f17da01cdde2d7c1d.png&#39;" class="img-responsive img-circle"
      itemprop="image" src="https://usercdn.upcounsel.com/550ebe450b5713935b6af28f/images/1485705580922ray_levy.jpg" />
1391  </span>  </div>
1392
1393      <div class="profile-card-body light col-md-8 col-sm-7 fs-13" itemprop="name">
1394          <h3>
1395              <a class="text-bold" href="/attorney/profile/550ebe450b5713935b6af28f">Ray Levy</a>
1396          </h3>
1397
1398
1399          <div class="profile-card-bio marg-t-5">
1400              Ray Levy is a London-based attorney with over 20 years of experience in business law. Prior to starting his
      own practice, he worked at leading firms including Ince & Co. He has served clients including technology and media
      firms, banks, national and international companies, and high-worth individuals. His areas of expertise include
      contracts, internet policy, business agreements, and intellectual property.
1401          </div>
1402
1403          <div class="meta">
1404
1405              <span class="hidden-xs nowrap text-grey-30">
1406                  <span class="fs-12 text-grey-65">
1407                      <span class="fs-12 text-bold">21</span>
1408                      yrs experience
1409                  </span>
1410                  <span class="fs-20 marg-l-5 text-grey-15">|</span>
1411              </span>
1412
1413              <span class="hidden-xs nowrap text-grey-30 fs-12 text-grey-65">
1414                  <span>Licensed in </span>
1415              </span>
1416              <span class="fs-20 marg-l-5 text-grey-15">|</span>
1417
1418          </div>
1419
1420      </div>
1421
1422      <div class="profile-card-actions">
1423          <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 text-bold btn-primary track-click-paj marg-b-10" data-
      loc="sem_attorney_get_proposal" data-place="L2pvYnMvbmV3" data-
      query="aid=550ebe450b5713935b6af28f&amp;hide_op=1&amp;op=1">Get Proposal</span>
1424          <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 btn-default text-bold track-click" data-
      loc="sem_attorney_view_profile" data-place="L2F0dG9ybmV5L3Byb2ZpbGUvNTUwZWJlNDUwYjU3MTM5MzViNmFmMjhm">View
      Profile</span>
1425      </div>
1426  </div>
1427
1428      <div class="row profile-card grey-BG pad-20 marg-b-20" itemscope="" itemtype="http://schema.org/Attorney">
1429
1430      <div class="profile-card-img col-sm-2 pad-0">
1431          <span class="et-ac-suf-bo handle acts-as-a-link" data-
      place="L2F0dG9ybmV5L3Byb2ZpbGUvNTQyYzNmN2EzNGZkY2Y0YjA4OTM3NWVi">
1432              <img alt="Amanda M." onerror="this.onerror=null;this.src=&#39;https://rcdn.upcounsel.com/assets/noProfileBig-
      960eff1f6d485c56ff16f5295dd77db9d0e6a857c3d9d22f17da01cdde2d7c1d.png&#39;" class="img-responsive img-circle"
```

```
1433    itemprop="image" src="https://usercdn.upcounsel.com/542c3f7a34fdcf4b089375eb/images/1412186047_989" />
1434    </span>  </div>
1435
1436        <div class="profile-card-body light col-md-8 col-sm-7 fs-13" itemprop="name">
1437          <h3>
1438            <a class="text-bold" href="/attorney/profile/542c3f7a34fdcf4b089375eb">Amanda Mooney</a>
1439          </h3>
1440
1441            <div class="profile-card-bio marg-t-5">
1442              Amanda is a Founding Partner of Goodman Mooney, a firm that focuses mainly on US and international
1443    intellectual property and corporate matters. Her passion for apparel and beauty products makes her an excellent fit
1444    as legal counsel for up and coming brands. Amanda is very familiar with the changing landscape of advertising and
1445    media law and has been featured in many publications.
1446            </div>
1447
1448        <div class="meta">
1449
1450            <span class="hidden-xs nowrap text-grey-30">
1451              <span class="fs-12 text-grey-65">
1452                <span class="fs-12 text-bold">15</span>
1453                yrs experience
1454              </span>
1455              <span class="fs-20 marg-l-5 text-grey-15">|</span>
1456            </span>
1457
1458        <span class="hidden-xs nowrap text-grey-30 fs-12 text-grey-65">
1459            <span>Licensed in CA</span>
1460          </span>
1461          <span class="fs-20 marg-l-5 text-grey-15">|</span>
1462
1463        </div>
1464
1465      </div>
1466
1467    <div class="profile-card-actions">
1468        <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 text-bold btn-primary track-click-paj marg-b-10" data-
1469    loc="sem_attorney_get_proposal" data-place="L2pvYnMvbmV3" data-
1470    query="aid=542c3f7a34fdcf4b089375eb&amp;hide_op=1&amp;op=1">Get Proposal</span>
1471        <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 btn-default text-bold track-click" data-
1472    loc="sem_attorney_view_profile" data-place="L2F0dG9ybmV5L3Byb2ZpbGUvNTQyYzNmN2EzNGZkY2Y0YjA4OTM3NWVi">View
1473    Profile</span>
1474      </div>
1475    </div>
1476
1477    <div class="row profile-card grey-BG pad-20 marg-b-20" itemscope="" itemtype="http://schema.org/Attorney">
1478
1479    <div class="profile-card-img col-sm-2 pad-0">
1480      <span class="et-ac-suf-bo handle acts-as-a-link" data-
1481    place="L2F0dG9ybmV5L3Byb2ZpbGUvNTRlZTYyM2NiNTRiNzJiMDJmMDIwNDc0">
1482      <img alt="Jeffrey S."
1483    onerror="this.onerror=null;this.src=&#39;https://rcdn.upcounsel.com/assets/noProfileBig-
1484    960eff1f6d485c56ff16f5295dd77db9d0e6a857c3d9d22f17da01cdde2d7c1d.png&#39;" class="img-responsive img-circle"
1485    itemprop="image" src="https://usercdn.upcounsel.com/54ee623cb54b72b02f020474/images/1424968249568IMG_0090.JPG" />
1486    </span>  </div>
1487
1488        <div class="profile-card-body light col-md-8 col-sm-7 fs-13" itemprop="name">
1489          <h3>
1490            <a class="text-bold" href="/attorney/profile/54ee623cb54b72b02f020474">Jeffrey Solomon</a>
1491          </h3>
1492
1493
1494            <div class="profile-card-bio marg-t-5">
1495              Jeffrey Solomon custom-tailors legal solutions for Entertainment, Tech, and New Media companies. He
1496    specializes in complex licensing, technology transactions, and strategic business advice.  Prior to founding
1497    Bespoke Law Group in 2011, Jeffrey spent seven years at "big law" firms including DLA Piper. He also was director
1498    of business/legal affairs for indie film company Ascendant Pictures.
1499            </div>
1500
1501        <div class="meta">
1502
1503            <span class="hidden-xs nowrap text-grey-30">
1504              <span class="fs-12 text-grey-65">
1505                <span class="fs-12 text-bold">17</span>
1506                yrs experience
1507              </span>
1508
```

```
1495              <span class="fs-20 marg-l-5 text-grey-15">|</span>
1496          </span>
1497
1498      <span class="hidden-xs nowrap text-grey-30 fs-12 text-grey-65">
1499          <span>Licensed in CA</span>
1500      </span>
1501      <span class="fs-20 marg-l-5 text-grey-15">|</span>
1502
1503    </div>
1504
1505  </div>
1506
1507  <div class="profile-card-actions">
1508      <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 text-bold btn-primary track-click-paj marg-b-10" data-
      loc="sem_attorney_get_proposal" data-place="L2pvYnMvbmV3" data-
      query="aid=54ee623cb54b72b02f020474&amp;hide_op=1&amp;op=1">Get Proposal</span>
1509      <span class="et-ac-suf-bo handle btn fs-13 pad-y-10 btn-default text-bold track-click" data-
      loc="sem_attorney_view_profile" data-place="L2F0dG9ybmV5L3Byb2ZpbGUvNTRlZTYyM2NiNTRiNzJiMDJmMDIwNDc0">View
      Profile</span>
1510      </div>
1511  </div>
1512
1513
1514      <div class="row text-center marg-t-50" id="attorneyListPagination">
1515
1516
1517          <a id="allAttorneysLink" class="btn btn-lg btn-primary-outline" href="https://www.upcounsel.com/intellectual-
      property-attorneys-cotati-ca/all">View All</a>
1518
1519          <a id="nextAttorneysLink" class="btn btn-lg btn-primary" href="https://www.upcounsel.com/intellectual-
      property-attorneys-cotati-ca/2">Next &rarr;</a>
1520      </div>
1521
1522          </div>
1523
1524          <div class="col-md-3">
1525
1526              <div class="seo-cross-linking pad-x-10 fs-13">
1527
1528                  <h5 class="marg-t-0 text-grey-65 fs-16 text-bold">Useful Resources</h5>
1529                  <ul>
1530                      <li><a class="child-article-cross-link" href="/how-to-prove-a-contract-was-signed-under-
      duress">How to Prove a Contract Was Signed Under Duress</a>
1531                      </li>
1532                      <li><a class="child-document-cross-link" href="/bill-of-sale-form">Bill of Sale Template</a>
1533                      </li>
1534                      <li><a class="child-article-cross-link" href="/difference-between-implied-and-express-
      contract">What Is the Difference Between Implied and Express Contract?</a>
1535                      </li>
1536                      <li><a class="child-document-cross-link" href="/technology-assignment-agreement">Technology
      Assignment Agreement</a>
1537                      </li>
1538                      <li><a class="child-article-cross-link" href="/performance-of-the-contract-of-
      sale">Performance of the Contract of Sale</a>
1539                      </li>
1540                      <li><a class="child-document-cross-link" href="/arbitration-agreement">Arbitration
      Agreement</a>
1541                      </li>
1542                      <li><a class="child-article-cross-link" href="/collective-mark">Collective Mark: Everything
      You Need To Know</a>
1543                      </li>
1544                      <li><a class="child-article-cross-link" href="/old-patents">Old Patents: Everything You Need
      to Know</a>
1545                      </li>
1546                      <li><a class="child-article-cross-link" href="/contract-resolution">Contract Resolution:
      Everything You Need to Know</a>
1547                      </li>
1548                      <li><a class="child-article-cross-link" href="/contributory-infringement">Contributory
      Infringement: Everything You Need to Know</a>
1549                      </li>
1550                  </ul>
1551
1552                  <h5 class="marg-t-0 text-grey-65 fs-16 text-bold">More Cotati Attorneys</h5>
1553                  <ul>
1554                      <li>
1555
```

```
                              <a class="child-topic-cross-link" href="/franchise-attorneys-cotati-ca">Cotati Franchise
Attorneys</a>
1556                              </li>
1557                          <li>
1558                              <a class="child-topic-cross-link" href="/business-attorneys-cotati-ca">Cotati Business
Attorneys</a>
1559                              </li>
1560                          <li>
1561                              <a class="child-topic-cross-link" href="/securities-attorneys-cotati-ca">Cotati Securities
Attorneys</a>
1562                              </li>
1563                          <li>
1564                              <a class="child-topic-cross-link" href="/startup-attorneys-cotati-ca">Cotati Startup
Attorneys</a>
1565                              </li>
1566                          <li>
1567                              <a class="child-topic-cross-link" href="/non-profit-attorneys-cotati-ca">Cotati Non-Profit
Attorneys</a>
1568                              </li>
1569                          </ul>
1570
1571                          <h5 class="marg-t-0 text-grey-65 fs-16 text-bold">Nearby Attorneys</h5>
1572                          <ul>
1573                          <li>
1574                              <a class="child-nearby-cross-link" href="/intellectual-property-attorneys-ukiah-ca">Ukiah
Intellectual Property Attorneys</a>
1575                              </li>
1576                          <li>
1577                              <a class="child-nearby-cross-link" href="/intellectual-property-attorneys-willits-ca">Willits
Intellectual Property Attorneys</a>
1578                              </li>
1579                          <li>
1580                              <a class="child-nearby-cross-link" href="/intellectual-property-attorneys-healdsburg-
ca">Healdsburg Intellectual Property Attorneys</a>
1581                              </li>
1582                          <li>
1583                              <a class="child-nearby-cross-link" href="/intellectual-property-attorneys-sebastopol-
ca">Sebastopol Intellectual Property Attorneys</a>
1584                              </li>
1585                          <li>
1586                              <a class="child-nearby-cross-link" href="/intellectual-property-attorneys-windsor-ca">Windsor
Intellectual Property Attorneys</a>
1587                              </li>
1588                          </ul>
1589
1590                      </div>
1591
1592                      <div class='row grey-BG marg-x-10 marg-b-20 pad-20 text-center profile-card'>
1593
1594      <div itemscope itemtype="http://schema.org/Attorney">
1595          <h3 class='text-bold fs-16 marg-t-0 marg-b-15' itemprop="name">Cotati Intellectual Property Lawyers</h3>
1596          <div itemprop="aggregateRating" itemscope itemtype="http://schema.org/AggregateRating">
1597              <span class='text-bold fs-16' itemprop="ratingValue">5.0</span> <div class="rating inline-block valign-
middle " data-rating="4.953707695071727">
1598
1599          <i class="fontello icon-star-1"></i>
1600          <i class="fontello icon-star-1"></i>
1601          <i class="fontello icon-star-1"></i>
1602          <i class="fontello icon-star-1"></i>
1603          <span class="rating marg-l-1 marg-r-1 pos-r inline-block">
1604              <i class="marg-0 pos-a fontello icon-star-empty"></i>
1605              <i class="forground-star fontello icon-star-1"
1606                  style="width: 95%"></i>
1607          </span>
1608  </div>
1609
1610      <div class="fs-11 text-grey-45">Based on <span itemprop="reviewCount">5450</span> reviews</div>
1611      </div>
1612  </div>
1613
1614  <div class='detailed-ratings marg-t-20 text-medium text-grey-45 pad-l-15'>
1615      <div class="row rating-row text-left marg-y-5">
1616          <i class='fontello icon-chat marg-r-10'></i>Clear Communication - 5.0
1617      </div>
1618
1619      <div class="row rating-row text-left marg-y-5">
1620
```

```
1621            <i class='fontello icon-time_response marg-r-10'></i>Response Time - 4.9
1622          </div>
1623
1624          <div class="row rating-row text-left marg-y-5">
1625            <i class='fontello icon-knowledge marg-r-10'></i>Knowledgeable - 5.0
1626          </div>
1627
1628          <div class="row rating-row text-left marg-y-5">
1629            <i class='fontello icon-calendar marg-r-10'></i>Meets Deadlines - 5.0
1630          </div>
1631        </div>
1632
1633      </div>
1634
1635
1636
1637              <div id="secure-section" class="grey-BG pad-10">
1638        <span class="fontello icon-shield fs-30 tc text-blue"></span>
1639        <span class="fs-13 tc text-grey-65 icon-label">UpCounsel is a secure service for your business legal needs</span>
1640      </div>
1641
1642
1643              </div>
1644            </div>
1645          </div>
1646        </div>
1647      </div>
1648
1649    </section>
1650
1651    <section id="why-upcounsel" class="tab">
1652      <div class="uc-jumbotron">
1653        <div class="container container-narrow">
1654          <h2 id="ValuePropsTitle" class="text-bold text-center fs-35 marg-t-0 marg-b-50">Why use UpCounsel to hire a
    Cotati Intellectual Property Attorney?</h2>
1655
1656
1657          <div class="row">
1658
1659            <div class="col-sm-4 text-center">
1660              <div class="sprite-seo-why sprite-image-lawyers-experience"></div>
1661              <div class="fs-35 text-bold">14 years</div>
1662              <p class="fs-24">
1663                Average experience
1664              </p>
1665              <p class="hp-text">
1666                You always get experienced professionals and high caliber work.
1667              </p>
1668            </div>
1669
1670            <div class="col-sm-4 text-center">
1671              <div class="sprite-seo-why sprite-image-faster"></div>
1672              <div class="fs-35 text-bold">3x</div>
1673              <p class="fs-24">
1674                Faster
1675              </p>
1676              <p class="hp-text">
1677                Your work gets done quickly because professionals are always available.
1678              </p>
1679            </div>
1680
1681            <div class="col-sm-4 text-center">
1682              <div class="sprite-seo-why sprite-image-cost-savings"></div>
1683              <div class="fs-35 text-bold">60%</div>
1684              <p class="fs-24">
1685                More cost effective
1686              </p>
1687              <p class="hp-text">
1688                We use technology to cut traditional overhead and save you thousands.
1689              </p>
1690            </div>
1691
1692          </div>
1693        </div>
1694      </div>
1695
1696      <div class="uc-jumbotron grey-BG">
```

```
1696        <div class="container container-narrow ar-press-img">
1697          <h3 class="text-bold text-center fs-35 marg-t-0 marg-b-50">UpCounsel has been talked about in:</h3>
1698          <div class="press-img"></div>
1699        </div>
1700      </div>

1701      <div class="uc-jumbotron">
1702        <div class="container container-narrow">

1703
1704          <div class="row">
1705            <div class="col-sm-8 col-sm-offset-2">
1706              <h3 class="text-bold text-center fs-35 marg-t-0 marg-b-50">Money-Back Guarantee on All of Your Legal
Work</h3>
1707            </div>
1708          </div>

1709
1710          <div class="row">
1711            <div class="col-sm-3 col-sm-push-8">
1712              <div class="sprite-seo-why sprite-image-guarantee-computer"></div>
1713            </div>

1714
1715            <div class="col-sm-7 col-sm-offset-1 col-sm-pull-3">
1716              <p class="large">Applies to all transactions with verified attorneys on UpCounsel</p>
1717              In the event that you are unsatisfied with the work of an attorney you hired on UpCounsel, just let us
know. We'll take care of it and refund your money up to $5,000 so you can hire another attorney to help you.
1718            </div>
1719          </div>
1720        </div>
1721      </div>
1722    </section>

1723
1724    <section id="overview" class="tab">
1725      <div class="uc-jumbotron">
1726        <div class="container container-narrow ">
1727          <h4 id="ServicesTitle" class="text-bold text-center fs-35 marg-t-0 marg-b-50">Legal Services Offered by
Our On-Demand Cotati Intellectual Property Attorneys</h4>
1728          <div id="ServicesCopy" class="hp-text"><p>Our Cotati intellectual property attorneys & lawyers can help you
secure and protect your company's intellectual property. Whether you are an entrepreneur, artist, author, engineer,
manager, or individual – the IP attorneys on UpCounsel have you covered.</p>

1729
1730  <p>There are four common areas of intellectual property, which all protect different things such as: copyrights,
trademarks, patents, and trade secrets. Additionally, licensing is a popular enough specialization of IP that
warrants mentioning. </p>

1731
1732  <p>Our Cotati IP attorneys that specialize in licensing can help you draft contracts that grant permission to
another party to do something with an otherwise protected work or product.  A license can grant the right to
reproduce the work by: distributed copy of the work to others by rental, sale, or lease, or preparing derivative
works using protected expression from the original work, and/or displaying the work.</p></div>
1733          </div>
1734        </div>

1735
1736        <div class="uc-jumbotron grey-BG">
1737          <div class="container container-narrow text-center">
1738            <div class="text-bold text-center fs-35 marg-t-0 marg-b-50">Whether You Need Ongoing Legal Counsel or Ad-
hoc Legal Work – We Can Help!</div>
1739            <p class="large-text">Improve Your Legal ROI with Affordable IP Attorneys that service Cotati, CA.</p>
1740            <div class="large-text"><strong>Want to Connect with Top Cotati Intellectual Property Attorneys &amp;
Lawyers?</strong></div>
1741          </div>
1742        </div>
1743      </section>

1744
1745      <section id="testimonials" class="tab">
1746        <div id="testimonial-section" class="uc-jumbotron ">
1747          <div class="container">
1748            <h3 class="fs-35 text-center text-bold marg-b-50">What Our Customers Have to Say</h3>
1749            <div class="row">

1750
1751              <div class="col-md-4">
1752                <div class="hp-testimonial pad-y-20  grey-BG">
1753                  <div class="hp-quote-avatar hp-scott"></div>
1754                  <p class="hp-quote text-grey-45">"UpCounsel gives me access to big-firm lawyers minus the big-firm price
tag. I work with several attorneys on the platform and there are never surprises...I always receive quality legal
work at competitive rates that larger firms simply cannot match."
1755                  </p>
1756                  <div class="hp-quote-author">
1757
```

```
1758              <div class="hp-quote-name text-component text-grey-65">Scott Woods</div>
1759              <div class="hp-quote-title text-blue">SVP &amp; General Counsel</div>
1760              <div class="hp-quote-logo charming-charlie-logo"></div>
1761            </div>
1762          </div>
1763
1764        <div class="col-md-4">
1765          <div class="hp-testimonial pad-y-20  grey-BG">
1766            <div class="hp-quote-avatar hp-sean"></div>
1767            <p class="hp-quote text-grey-45">"Every startup needs to know about UpCounsel. We found great attorneys
     at great prices and were able to focus our resources on improving our business instead of paying legal bills."
1768            </p>
1769            <div class="hp-quote-author">
1770              <div class="hp-quote-name text-component text-grey-65">Sean Conway</div>
1771              <div class="hp-quote-title text-blue">Co-founder &amp; CEO</div>
1772              <div class="hp-quote-logo pillow-homes-logo"></div>
1773            </div>
1774          </div>
1775        </div>
1776
1777        <div class="col-md-4">
1778          <div class="hp-testimonial pad-y-20  grey-BG">
1779            <div class="hp-quote-avatar hp-tristan"></div>
1780            <p class="hp-quote text-grey-45">Before UpCounsel it was hard for us to find the right lawyer with the
     right expertise for our business. UpCounsel solves those problems by being more affordable and helping us find the
     right lawyer in no time."
1781            </p>
1782            <div class="hp-quote-author">
1783              <div class="hp-quote-name text-component text-grey-65">Tristan Pollock</div>
1784              <div class="hp-quote-title text-blue">Co-founder &amp; COO</div>
1785              <div class="hp-quote-logo storefront-logo-black"></div>
1786            </div>
1787          </div>
1788        </div>
1789
1790      </div>
1791    </div>
1792  </div>
1793
1794    </section>
1795
1796
1797  <div class="text-center pad-b-100 pad-t-100">
1798      <script type="text/javascript" src="https://ws.sharethis.com/button/buttons.js"></script>
1799  <script>
1800    if (typeof stLight !== 'undefined') {
1801      stLight.options({
1802        publisher:'40ac63b2-2cf4-472f-8a79-40a7f5a08da7',
1803        doNotHash: false,
1804        doNotCopy: false,
1805        hashAddressBar: false,
1806        publisherGA: 'UA-26808682-1'
1807      });
1808    }
1809  </script>
1810
1811  <div class="share-this">
1812      <i class='st_facebook_hcount' displayText='Facebook'></i>
1813      <i class='st_twitter_hcount' displayText='Tweet'></i>
1814      <i class='st_linkedin_hcount' displayText='LinkedIn'></i>
1815      <i class='st_googleplus_hcount' displayText='Google +'></i>
1816  </div>
1817
1818    </div>
1819
1820    <div class="uc-jumbotron primary-blue-BG">
1821    <div class="container">
1822          <div class="row">
1823            <div class="col-sm-12">
1824              <h3 class="text-center text-white text-bold fs-35">Find the best lawyer for your legal needs</h3>
1825              <div class="seo-cta-box text-center">
1826                <span class="et-ac-suf-bo handle btn btn-lg btn-white-txtblue text-component track-click-paj" data-
     loc="seo-action-button" data-place="L2pvYnMvbmV3V3">Find a lawyer</span>
1827              </div>
1828            </div>
1829
```

```
1830              </div>
1831            </div>
1832          </div>
1833        </div>
1834
1835        <div class="sticky-header fill visible-xs">
1836          <div class="container">
1837            <div class="row">
1838              <div class="col-sm-12 text-center">
                     <a class="btn btn-lg text-bold btn-success pricing-cta-header-btn track-click-paj" data-loc="content_pages-
      show-sticky-header" href="/jobs/new">Request Free Proposals</a>
1839              </div>
1840            </div>
1841          </div>
1842        </div>
1843
1844      </div>
1845
1846
1847
1848        </div>
1849
1850        <footer id="footer">
1851
1852          <div class="footer ">
1853
1854            <div class="mainfooter pad-y-20">
1855              <div class="container">
1856                <div class="row">
1857
1858                  <div class="col-sm-3">
1859                    <p class="text-uppercase text-white">Navigation</p>
1860                    <ul class="nav-list">
1861                      <li><span class="et-ac-suf-bo handle obfuscate-footer" data-place="L2hvd2l0d29ya3M=">How it
      Works</span></li>
1862                      <li><span class="et-ac-suf-bo handle obfuscate-footer" data-place="L2Zvci1sYXd5ZXJz">For
      Lawyers</span></li>
1863                      <li><span class="et-ac-suf-bo handle obfuscate-footer" data-
      place="L2ZyZWUtbGVnYWwtZG9jdW1lbnRz">Free Legal Documents</span></li>
1864                      <li><span class="et-ac-suf-bo handle obfuscate-footer" data-
      place="aHR0cHM6Ly93d3cudXBjb3Vuc2VsLmNvbS9ibG9n">Blog</span></li>
1865                      <li><a href="/sitemap">Sitemap</a></li>
1866                    </ul>
1867                  </div>
1868
1869                  <div class="col-sm-3">
1870                    <p class="text-uppercase text-white">About</p>
1871                    <ul class="nav-list">
1872                      <li><span class="et-ac-suf-bo handle obfuscate-footer" data-place="L2Fib3V0">The Company</span>
      </li>
1873                      <li><span class="et-ac-suf-bo handle obfuscate-footer" data-place="L2NhcmVlcnM=">Careers</span>
      </li>
1874                      <li><span class="et-ac-suf-bo handle obfuscate-footer" data-
      place="L2N1c3RvbWVycw==">Customers</span></li>
1875                      <li><span class="et-ac-suf-bo handle obfuscate-footer" data-place="L3ByaXZhY3llb2xwcY3k=">Privacy
      Policy</span></li>
1876                      <li><span class="et-ac-suf-bo handle obfuscate-footer" data-place="L3Rlcm1zb2Z1c2U=">Terms of
      Service</span></li>
1877                    </ul>
1878                  </div>
1879
1880                  <div class="col-sm-3">
1881                    <p class="text-uppercase text-white">Contact</p>
1882                    <ul class="nav-list">
1883                      <li><span class="et-ac-suf-bo handle obfuscate-footer" data-place="L3N1cHBvcnQ=">Visit our
      Support Center</span></li>
1884                      <li><span class="et-ac-suf-bo handle obfuscate-footer" data-place="L2NvbnRhRhY3Q=">Contact</span>
      </li>
1885                      <li><span class="et-ac-suf-bo handle obfuscate-footer" data-place="L2NvbnRhRhY3Q=" data-
      query="reason=sales">Sales</span></li>
1886                      <li><span class="et-ac-suf-bo handle obfuscate-footer" data-place="L3ByZXNz">Press</span></li>
1887                    </ul>
1888                  </div>
1889
1890                  <div class="logo-link col-sm-3">
1891                    <div>
1892
```

```
      <a href="#" class="logo"><?xml version="1.0" encoding="utf-8"?>
1893  <!-- Generator: Adobe Illustrator 19.0.1, SVG Export Plug-In . SVG Version: 6.00 Build 0)  -->
1894  <svg version="1.1" id="logo-svg" xmlns="http://www.w3.org/2000/svg" xmlns:xlink="http://www.w3.org/1999/xlink"
      x="0px" y="0px"
1895       viewBox="242 7.9 403.9 87.8" style="enable-background:new 242 7.9 403.9 87.8;" xml:space="preserve">
1896  <style type="text/css">
1897      .st0{display:none;fill:#3890C3;}
1898      .st1 {fill:#;}
1899  </style>
1900  <rect x="200" y="-75" class="st0" width="500" height="250"/>
1901  <path class="st1 part1" d="M242,7.9h25.7v25.4h27.8v45.4c0,0.3-0.3,0.6-0.6,0.6h-25.4l-20.6,16.4l2.5-16.4H242c-0.3,0-
      0.6-0.3-0.6-0.6V8.5
1902       C241.4,8.2,241.7,7.9,242,7.9z"/>
1903  <g id="Layer_2">
1904      <polyline class="st1 part1" points="269.4,8.9 294.4,31.7 269.4,31.7      "/>
1905  </g>
1906  <g>
1907      <path class="st1 part2" d="M430.4,46.5c-2.9-3.3-6.4-5-10.6-5c-1.7,0-3.4,0.4-4.9,1.1s-2.8,1.7-3.9,2.8c-1.1,1.2-
      2,2.6-2.6,4.1
1908           c-0.6,1.6-0.9,3.2-
      0.9,4.9c0,1.9,0.3,3.6,0.9,5.3c0.6,1.6,1.5,3,2.6,4.1c1.1,1.2,2.5,2.1,4,2.7c1.6,0.7,3.3,1,5.2,1
1909           c2.1,0,3.9-0.4,5.6-1.3c1.7-0.9,3.2-2.1,4.5-3.6v9.1c-1.6,0.9-3.3,1.5-4.9,1.9c-1.7,0.4-3.4,0.6-5.3,0.6c-
      2.7,0-5.3-0.5-7.7-1.5
1910           c-2.4-1-4.5-2.3-6.3-4.1c-1.8-1.7-3.2-3.8-4.2c-1.1-2.4-1.6-5-1.6-7.7c0-2.8,0.5-5.5,1.5-7.9s2.4-4.6,4.3-
      6.3
1911           c1.8-1.8,4-3.1,6.4-4.1c2.5-1,5.1-1.5,8-1.5c1.7,0,3.4,0.2,5.1,0.6s3.3,1,4.7,1.9v9.1H430.4z"/>
1912      <path class="st1 part2"
      d="M455.7,34.9c2.7,0,5.3,0.5,7.7,1.5s4.5,2.4,6.3,4.1c1.8,1.8,3.2,3.8,4.2,6.2c1,2.4,1.5,5,1.5,7.8
1913           s-0.5,5.4-1.5,7.8c-1,2.4-2.4,4.5-4.2,6.2c-1.8,1.8-3.9,3.1-6.3,4.1s-5,1.5-7.7,1.5c-2.8,0-5.4-0.5-7.8-1.5s-
      4.5-2.4-6.2-4.1
1914           c-1.8-1.8-3.2-3.8-4.2-6.2s-1.5-5-1.5-7.8s0.5-5.4,1.5-7.8s2.4-4.5,4.2-6.2c1.8-1.8,3.8-3.1,6.2-
      4.1S452.9,34.9,455.7,34.9z
1915            M455.7,41.7c-1.7,0-3.4,0.3-4.9,1c-1.6,0.7-2.9,1.6-4,2.8c-1.1,1.2-2,2.5-2.7,4.1s-1,3.2-
      1,5c0,1.7,0.3,3.4,1,4.9
1916           c0.7,1.6,1.6,2.9,2.7,4.1c1.1,1.2,2.5,2.1,4,2.8c1.6,0.7,3.2,1,4.9,1c1.7,0,3.4-0.3,4.9-1c1.6-0.7,2.9-1.6,4-
      2.8s2-2.6,2.7-4.1
1917           c0.7-1.6,1-3.2,1-4.9s-0.3-3.4-1-5s-1.6-2.9-2.7-4.1s-2.5-2.1-4-2.8C459.1,42.1,457.4,41.7,455.7,41.7z"/>
1918      <path class="st1 part2"
      d="M489.9,36v20.5c0,1.5,0.1,2.9,0.4,4.2s0.7,2.5,1.3,3.6c0.6,1,1.5,1.8,2.6,2.4c1.1,0.6,2.5,0.9,4.3,0.9
1919           c1.7,0,3.2-0.3,4.3-0.9c1.1-0.6,2-1.4,2.6-2.4s1-2.2,1.3-3.6s0.4-2.8,0.4-4.2V36h7.1v21.3c0,2.5-0.3,4.8-
      0.9,6.9
1920           c-0.6,2.1-1.5,3.9-2.8,5.4s-2.9,2.7-4.9,3.5s-4.3,1.2-7.1,1.2s-5.1-0.4-7.1-1.2s-3.6-2-4.9-3.5s-2.2-3.3-2.8-
      5.4
1921           c-0.6-2.1-0.9-4.4-0.9-6.9V36H489.9z"/>
1922      <path class="st1 part2" d="M531.8,41h0.2c1.1-2.2,2.7-3.5,4.7-4.5s4.2-1.5,6.4-
      1.5c2.6,0,4.7,0.4,6.4,1.2c1.7,0.8,3.1,1.9,4,3.4
1923           c1,1.4,1.7,3.1,2,5.1c0.4,1.9,0.6,4.1,0.6,6.3v22h-7.1V51.8c0-1.6-0.1-3-0.2-4.3c-0.2-1.3-0.5-2.4-1.1-3.4
1924           c-0.6-0.9-1.4-1.7-2.5-2.2s-2.5-0.8-4.3-0.8c-2-0.4-1.5-3.1,4.5s-2.1,2.1-2.7,3.5s-0.9,3-1,4.7s-0.2,3.5-
      0.2,5.1v17h-7.1v-37
1925           h7.1V41z"/>
1926      <path class="st1 part2" d="M582.1,44.5c-0.4-0.9-1.1-1.7-1.9-2.3s-1.8-0.9-2.8-0.9s-1.9,0.3-2.7,1s-1.2,1.6-
      1.2,2.6
1927
      c0,0.8,0.2,1.5,0.8,2.1c0.5,0.6,1.1,1.2,1.9,1.7c0.8,0.5,1.7,1,2.7,1.5c1,0.4,2.1,0.9,3.2,1.4c1.1,0.5,2.2,1,3.2,1.6
1928           s1.9,1.3,2.7,2.2c0.8,0.9,1.4,1.8,1.9,2.9c0.5,1.1,0.7,2.4,0.7,3.8c0,1.7-0.3,3.4-1,4.9s-1.6,2.8-2.8,3.9c-
      1.2,1.1-2.5,2-4,2.6
1929           s-3.2,0.9-4.9,0.9c-1.4,0-2.7-0.2-4-0.6c-1.3-0.4-2.5-0.9-3.7-1.6c-1.2-0.7-2.2-1.6-3.1-2.6s-1.6-2.2-2.1-
      3.5l6.1-2.8
1930           c0.7,1.4,1.6,2.5,2.6,3.4s2.4,1.3,4.1,1.3c1.5,0,2.8-0.5,3.9-1.4c1.1-0.9,1.7-2.2,1.7-3.8c0-1-0.2-1.8-0.7-2.3
1931           c-0.4-0.6-1.1-1.1-1.9-1.7l-3.7-3.7c-1.1-0.5-2.1-1.1-2.9-1.7c-0.9-0.6-1.6-1.2-2.3-1.9c-0.6-0.7-1.1-1.5-1.5-2.4
1932           c-0.3-0.9-0.5-2-0.5-3.3c0-1.5,0.3-2.9,0.9-4.2c0.6-1.3,1.4-2.5,2.3-3.4c1-1,2.1-1.7,3.4-2.3c1.3-0.6,2.7-
      0.8,4.3-0.8
1933           c2.3,0,4.3,0.6,6,1.7c1.7,1.2,3.1,2.7,4.1,4.7L582.1,44.5z"/>
1934      <path class="st1 part2"
      d="M603,55.7c0,1.6,0.3,3.1,0.8,4.6s1.3,2.8,2.3,3.9c1,1.1,2.1,2,3.5,2.7s2.9,1,4.6,1c2.7,0,4.9-0.6,6.6-1.9
1935           c1.6-1.3,3,1-3,4.5-5.3l6,3.4c-1.7,3.2-4,5.7-7,7.5s-6.4,2.6-10,2.6c-2.8,0-5.4-0.5-7.6-1.5s-4.1-2.4-5.7-
      4.1s-2.8-3.8-3.6-6.2
1936           c-0.8-2.4-1.3-4.9-1.3-7.7s0.4-5.5,1.1-7.9c0.8-2.4,1.9-4.5,3.4-6.3s3.4-3.2,5.6-4.2s4.9-1.5,7.9-
      1.5c2.9,0,5.5,0.5,7.7,1.5
1937           c2.2,1,4,2.4,5.4,4.2c1.4,1.8,2.5,3.8,3.2,6.2c0.7,2.4,1.1,5,1.1,7.7v1.1H603V55.7z M624.1,50.3c-0.4-2.8-1.5-
      5-3.3-6.7
1938           c-1.8-1.7-4.1-2.5-6.9-2.5s-5.1,0.9-7,2.6s-3.1,4-3.5,6.6H624.1z"/>
1939      <path class="st1 part2" d="M645.9,73h-7.1V4.4h7.1V73z"/>
1940  </g>
1941  <g>
1942      <path class="st1 part2"
```

```
1943    d="M325,36v20.5c0,1.5,0.1,2.9,0.4,4.2c0.2,0.7,2.5,1.3,3.6c0.6,1,1.5,0.2,6,2.4c1.1,0.6,2.5,0.9,4.3,0.9
        c1.7,0,3.2-0.3,4.3-0.9c1.1-0.6,2-1.4,2.6-2.4c0.6-1,1.1-2.2,1.3-3.6c0.2-1.3,0.4-2.8,0.4-
        4.2V36h7.1v21.3c0,2.5-0.3,4.8-0.9,6.9
1944    c-0.6,2.1-1.5,3.9-2.8,5.4c-1.3,1.5-2.9,2.7-4.9,3.5s-4.3,1.2-7.1,1.2c-2.7,0-5.1-0.4-7.1-1.2c-2-0.8-3.6-2-
        4.9-3.5
1945    c-1.3-1.5-2.2-3.3-2.8-5.4c-0.6-2.1-0.9-4.4-0.9-6.9V36H325z"/>
1946    <path class="st1 part2" d="M364.1,42.2h0.2c1.5-2.2,3.3-4,5.5-5.3c2.2-1.3,4.6-2,7.4-
        2c2.7,0,5.1,0.5,7.2,1.6s4,2.5,5.5,4.3
1947    s2.7,3.8,3.5,6.2c0.8,2.3,1.2,4.8,1.2,7.3c0,2.6-0.4,5.2-1.2,7.6c-0.8,2.4-1.9,4.6-3.4,6.4c-1.5,1.8-3.3,3.3-
        5.5,4.4
1948    c-2.2,1.1-4.7,1.6-7.5,1.6c-2.6,0-5-0.6-7.2-1.9c-2.2-1.3-3.9-3-5.4-5.1h-0.2v26.9h-7.1V36h7.1v6.2H364.1z
        M375.3,67.9
1949    c1.9,0,3.7-0.4,5.1-1.1c1.5-0.7,2.7-1.7,3.8-2.9c1-1.2,1.8-2.7,2.3-4.3s0.8-3.3,0.8-5.2c0-1.8-0.3-3.5-0.8-
        5.1s-1.3-3-2.3-4.2
1950    s-2.3-2.2-3.8-2.9s-3.2-1.1-5.1-1.1c-1.8,0-3.5,0.4-4.9,1.1c-1.4,0.7-2.7,1.7-3.7,3c-1,1.2-1.8,2.6-2.3,4.2s-
        0.8,3.2-0.8,5
1951    s0.3,3.4,0.8,5s1.3,3,2.3,4.3s2.2,2.3,3.6,3C371.8,67.6,373.5,67.9,375.3,67.9z"/>
1952    </g>
1953    </svg>
1954    </a>
1955                <ul class="icon-social-media icons-font">
1956                    <li><a href="http://www.facebook.com/upcounsel" target="_blank" title="Like us on Facebook"><i
        class="fontello icon-facebook"></i></a></li>
1957                    <li><a href="http://twitter.com/upcounsel" target="_blank" title="Follow us on Twitter"><i
        class="fontello icon-twitter"></i></a></li>
1958                    <li><a href="http://www.linkedin.com/company/2450634?trk=tyah" target="_blank" title="Connect
        with us on LinkedIn"><i class="fontello icon-linkedin"></i></a></li>
1959                </ul>
1960            </div>
1961
1962            <div>
1963                <h6 class="text-grey-30">UpCounsel is an interactive online service that makes it faster
1964                    and easier for businesses to find and hire legal help solely based on their preferences. We are
        not a
1965                    law firm, do not provide any legal services, legal advice or "lawyer referral services" and do
        not provide
1966                    or participate in any legal representation.</h6>
1967                <h5 class="text-white marg-t-20">©  2018 UpCounsel, Inc.</h5>
1968            </div>
1969        </div>
1970    </div>
1971    </div>
1972    </div>
1973    </div>
1974
1975    </footer>
1976    </div>
1977
1978    <script src="//ajax.googleapis.com/ajax/libs/jquery/1.12.4/jquery.min.js"></script>
1979    <script src="//ajax.googleapis.com/ajax/libs/jqueryui/1.12.1/jquery-ui.min.js"></script>
1980
1981    <!--
1982        Used for drag and drop functionality on Sortable question in PAJ flow.
1983        Sortable is better than JQuery UI because it actually works out of the box on mobile.
1984    -->
1985    <script src="//cdn.jsdelivr.net/npm/sortablejs@1.6.1/Sortable.min.js"></script>
1986
1987
1988    <script>
1989    //<![CDATA[
1990    UC.controller='content_pages';UC.action='show';UC.tracking_code='da8bd2aae3c64ad3';UC.user={"status":1,"name":"R
        A","email":"rabhyanker@gmail.com","id":"57b7726445433262db721300","type":"client","is_admin":false,"impersonate":fa
        lse,"show_nps_box":false,"twilio_number":null,"collections":false,"payment_dispute":false,"marketo_hash":"72145fa47
        95d28063c76a9fc438c5706144d04e2"};UC.workspaceUser={"status":1,"name":"R
        A","email":"rabhyanker@gmail.com","id":"57b7726445433262db721300","type":"client","is_admin":false,"impersonate":fa
        lse,"show_nps_box":false,"twilio_number":null,"collections":false,"payment_dispute":false,"marketo_hash":"72145fa47
        95d28063c76a9fc438c5706144d04e2"};UC.sessionId='ab383f75854fc87f6509b80c17213afa';UC.logPerformance=true
1991    //]]>
1992    </script>
1993    <script>
1994    //<![CDATA[
1995    UC.constants = {"contentPageType":"seo_page","UserType":{"Anonymous":-1,"Attorney":0,"Client":1},"UserStatus":
        {"Suspended":-1,"Pending":0,"Active":1,"WaitList":2,"Unverified":3,"Registered":4},"QualificationStatus":
        {"NotReviewed":"not_reviewed","Undecided":"undecided","Prequalified":"prequalified","Onboarding":"onboarding","NonR
        esponsive":"non_responsive","PotentiallyBringBack":"potentially_bring_back","Qualified":"qualified","Disqualified":
        "disqualified"},"JobStatus":
```

```
      {"Removed":"removed","Abandoned":"abandoned","Draft":"draft","Open":"open","BiddingClosed":"bidding_closed","WorkIn
      Progress":"work_in_progress","PaymentRequested":"payment_requested","PaymentProcessing":"payment_processing","Compl
      etedAndPaid":"completed_and_paid"},"JobType":
      {"PublicMarketplace":0,"AttorneySourced":1,"DirectHire":2,"Enterprise":3},"BidType":
      {"FixedBid":1,"HourlyRate":2},"JobBulkInviteStatus":
      {"New":"new","PendingRemoval":"pending_removal","Recategorization":"recategorization","Ready":"ready","Scheduled":"
      scheduled","Sent":"sent","Skipped":"skipped","WontSend":"wont_send","Deleted":"deleted"},"PaymentType":
      {"None":"none","Percentage":"percentage","Fixed":"fixed"},"UserDocumentSourceType":
      {"CentralDocsNew":"central_docs_new","JobPortalNew":"job_portal_new","JobPortalCopy":"job_portal_copy","ElectronicS
      ignature":"electronic_signature","Revision":"revision","InvoiceAttachment":"invoice_attachment","MessagesService":"
      messages_service","ChatAttachment":"chat_attachment","ProposalMessageAttachment":"proposal_message_attachment","Che
      cklistResume":"checklist_resume","EditAccountResume":"edit_account_resume","ClientComplaint":"client_complaint"},"Q
      uestionableType":
      {"Select":"select","MultiSelect":"multi_select","RadioButton":"radio_button","CheckBox":"check_box","SmallText":"sm
      all_text","LargeText":"large_text","Tile":"tile","Sortable":"sortable","Info":"info"},"InvoiceItemType":
      {"TimeEntry":"time_entry","FixedFees":"fixed_fees","FilingFees":"filing_fees","Other":"other","Upfront":"upfront","
      Expenses":"expenses"},"SluggableStatus":
      {"Enabled":1,"Disabled":2,"Unlisted":3,"Draft":4,"AttorneysOnly":5},"BidStatus":
      {"Submitted":0,"Lost":1,"Declined":2,"Awarded":3,"Hidden":4,"Retracted":5,"Removed":6},"JobLeadStage":
      {"Created":"created","Address":"address","RegisterUser":"register_user","Questionnaire":"questionnaire","Descriptio
      n":"description","PackageSelection":"package_selection","Closed":"closed","UserInfo":"user_info"},"pageTags":["seo
      page","content pages"],"seoPageTag":"seo_page_city_topic_child"};
1996  //]]>
1997  </script>
1998  <script src="https://rcdn.upcounsel.com/assets/public_v9-
      c6d5a99021cd16474283a0a333772fa13d4cc48228c74bd836259778306edf46.js"></script>
1999  <script src="https://rcdn.upcounsel.com/assets/ignored-
      08331254221edebc1acc578b8282c65b678c931bc4c52aeae1a7ae904322dac4.js"></script>
2000
2001
2002
2003
2004  <script type="text/javascript">
2005    if (window.kiss_metrics_first_hit) {
2006      var times = 0, delay, interval, kiss_loaded;
2007
2008      _kmq.push(function() { kiss_loaded = true; });
2009
2010      interval = setInterval(function() {
2011        if (kiss_loaded || ++times >= 3) {
2012          clearInterval(interval);
2013
2014          if (UC && UC.utils && typeof UC.utils.sendNesEvent === 'function') {
2015            UC.utils.sendNesEvent('third_party_tracking_first_hit');
2016          }
2017        }
2018
2019        delay = 250;
2020      }, delay || 1);
2021    }
2022  </script>
2023
2024  <!-- Start of upcounsel Zendesk Widget script -->
2025  <script>/*<![CDATA[*/window.zEmbed||function(e,t){var n,o,d,i,s,a=
      [],r=document.createElement("iframe");window.zEmbed=function()
      {a.push(arguments)},window.zE=window.zE||window.zEmbed,r.src="javascript:false",r.title="",r.role="presentation",
      (r.frameElement||r).style.cssText="display: none",d=document.getElementsByTagName("script"),d=d[d.length-
      1],d.parentNode.insertBefore(r,d),i=r.contentWindow,s=i.document;try{o=s}catch(e)
      {n=document.domain,r.src='javascript:var d=document.open();d.domain="'+n+'";void(0);',o=s}o.open()._l=function()
      {var o=this.createElement("script");n&&(this.domain=n),o.id="js-iframe-async",o.src=e,this.t=+new
      Date,this.zendeskHost=t,this.zEQueue=a,this.body.appendChild(o)},o.write('<body
      onload="document._l();">'),o.close()}
      ("https://assets.zendesk.com/embeddable_framework/main.js","upcounsel.zendesk.com");
2026  /*]]>*/</script>
2027  <!-- End of upcounsel Zendesk Widget script -->
2028
2029  <script>
2030    zE(function() {
2031      zE.identify({
2032        name: 'R A',
2033        email: 'rabhyanker@gmail.com'
2034      });
2035    });
2036  </script>
2037
2038
2039
```

```html
                 <!-- Google Code for Remarketing tag -->
2040  <script type="text/javascript">
2041      /* <![CDATA[ */
2042      var google_conversion_id = 1013333353;
2043      var google_conversion_label = "X8FDCKfo9gIQ6fqY4wM";
2044      var google_custom_params = window.google_tag_params;
2045      var google_remarketing_only = true;
2046      /* ]]> */
2047  </script>
2048  <script type="text/javascript" src="//www.googleadservices.com/pagead/conversion.js">
2049  </script>
2050  <noscript>
2051      <div style="display:inline;">
2052          <img height="1" width="1" style="border-style:none;" alt=""
      src="//googleads.g.doubleclick.net/pagead/viewthroughconversion/1013333353/?
      value=0&amp;label=X8FDCKfo9gIQ6fqY4wM&amp;guid=ON&amp;script=0"/>
2053      </div>
2054  </noscript>
2055
2056    <script>
2057        if (typeof ga === 'function') {
2058            var dimensionOne = (window.devicePixelRatio && window.devicePixelRatio >= 1.5) ? "high" : "normal";
2059
2060            ga('create', 'UA-26808682-1', 'auto');
2061
2062              ga('require', 'GTM-MM5P3C8');
2063
2064            ga('set', 'userId', '57b7726445433262db721300');
2065
2066            ga('set', 'dimension1', dimensionOne);
2067            ga('set', 'dimension3', UC.constants.seoPageTag);
2068            ga('send', 'pageview');
2069        }
2070    </script>
2071
2072
2073    <script>(function(w,d,t,r,u){var f,n,i;w[u]=w[u]||[],f=function(){var o={ti:"5576778"};o.q=w[u],w[u]=new
      UET(o),w[u].push("pageLoad")},n=d.createElement(t),n.src=r,n.async=1,n.onload=n.onreadystatechange=function(){var
      s=this.readyState;s&&s!=="loaded"&&s!=="complete"||
      (f(),n.onload=n.onreadystatechange=null)},i=d.getElementsByTagName(t)[0],i.parentNode.insertBefore(n,i)})
      (window,document,"script","//bat.bing.com/bat.js","uetq")</script><noscript><img src="//bat.bing.com/action/0?
      ti=5576778&Ver=2" height="0" width="0" style="display:none; visibility: hidden;" /></noscript>
2074
2075  <script>
2076  </script>
2077
2078    <script type="text/javascript">
2079    adroll_adv_id = "JAYL2YRBKJCELNKKJQRD7O";
2080    adroll_pix_id = "NGIC2RGCNJGEXCGMGY4ZSI";
2081    (function () {
2082        var oldonload = window.onload;
2083        window.onload = function(){
2084            __adroll_loaded=true;
2085            var scr = document.createElement("script");
2086            var host = (("https:" == document.location.protocol) ? "https://s.adroll.com" : "http://a.adroll.com");
2087            scr.setAttribute('async', 'true');
2088            scr.type = "text/javascript";
2089            scr.src = host + "/j/roundtrip.js";
2090            ((document.getElementsByTagName('head') || [null])[0] ||
2091                document.getElementsByTagName('script')[0].parentNode).appendChild(scr);
2092            if(oldonload){oldonload()}};
2093    }());
2094    </script>
2095
2096
2097
2098
2099
2100
2101
2102  <div class="modal" id="modalPajConcierge">
2103    <div class='modal-dialog'>
2104      <div class='modal-content'>
2105        <div class="modal-body">
2106          <div class="noborder">
2107            <div class="modalWrapper pad-l-30-xs pad-r-30-xs marg-30 ">
2108
```

```
2109                <button type="button" class="close modal-close-btn" data-dismiss="modal" aria-label="Close">
2110                    <i class="fontello icon-cancel-circled fs-20"></i>
2111                </button>
2112
2113                <!-- MODAL INDEX -->
2114                <div class="paj-con-stage active" id="paj-con-index" data-step="1">
2115                    <h2 class="text-bold text-center pad-b-20">Meet Our Legal Concierge</h2>
2116
2117                    <p class="fs-16">Thanks for using UpCounsel! We're offering repeat customers free access to our legal
       concierge to help with your next job.</p>
2118
2119                    <p class="fs-16 pad-b-10">Our concierge can help you create the perfect job posting, find attorneys
       with specific experience and answer any questions about using UpCounsel or working with our attorneys.</p>
2120
2121                    <div class="row"><div class="col-xs-12">
2122                        <a href="" id="js-show-pc-call-options" data-time="2018-09-11 19:53:15 -0700" >
2123                            <div class="panel box-shadow text-black text-center">
2124                                <div class="pad-20">
                                        <img id="corner-free-tag" src="https://rcdn.upcounsel.com/assets/corner_tag_free@2x-
       388b1f6c1f5b19376bb159562d879200fcfc158d92f8baa796522e035fc1844b.png" alt="Corner tag free@2x" />
2125                                    <div class="row">
2126                                        <div class="col-xs-offset-1 col-xs-3">
2127                                            <i class="sprite-enterprise-v2 sprite-icon-account-mgmt" id="enterprise-icon"></i>
2128                                        </div>
2129                                        <div class="col-xs-8">
2130                                            <h3 class="text-bold text-left">Talk to Concierge</h3>
2131                                            <p class="text-left">Speak to our concierge, who will help you create your job post to
       get the best bids</p>
2132                                        </div>
2133                                    </div>
2134                                </div>
2135                            </div>
2136                        </a>
2137                    </div></div>
2138
2139                    <hr class="hr-text" data-content="Or">
2140
2141                    <a href="/jobs/new">
2142                        <div class="panel box-shadow">
2143                            <div class="pad-20 text-center text-black">
2144                                <img class="laptop-icon" src="https://rcdn.upcounsel.com/assets/illustration_laptop@2x-
       96270fd0733a4a46cce9f88142b41ec44930d58ddcb7c797b91f56d262fcd6ea.png" alt="Illustration laptop@2x" />
2145                                <p class="post-a-job text-bold fs-16 track-click-paj">Post a job online</p>
2146                            </div>
2147                        </div>
2148                    </a>
2149
2150                    <!-- OUTSIDE OF BUSINESS HOURS -->
2151                    <div class="paj-con-stage" id="paj-con-call-outside-business" data-step="2">
2152                        <h2 class="text-bold text-center pad-b-20">Meet Our Legal Concierge</h2>
2153
2154                        <p class="fs-16">Thanks for using UpCounsel! We're offering repeat customers free access to our legal
       concierge to help with your next job.</p>
2155
2156                        <p class="fs-16 pad-b-10">Our concierge can help you create the perfect job posting, find attorneys
       with specific experience and answer any questions about using UpCounsel or working with our attorneys.</p>
2157
2158                        <div class="row"><div class="col-xs-12">
2159                        <!-- Calendly link widget begin -->
2160                        <a href="" class="js-show-pc-call-calendar">
2161                            <div class="panel box-shadow text-center text-black">
2162                                <div class="pad-20">
2163                                    <img class="calendar-icon" src="https://rcdn.upcounsel.com/assets/illustration_calendar@2x-
       bc6a39c89f2ac165a83bec51b8b4613e442280285273f34863144dc9cb4e2c23.png" alt="Illustration calendar@2x" />
2164                                    <p class="fs-16 text-bold">Schedule a Call</p>
2165                                </div>
2166                            </div>
2167                        </a>
2168                        <!-- Calendly link widget end -->
2169                        </div></div>
2170
2171                        <hr class="hr-text" data-content="Or">
2172
2173                        <a href="/jobs/new">
2174                            <div class="panel box-shadow">
2175                                <div class="pad-20 text-center text-black">
2176
```

```
2177                     <img class="laptop-icon" src="https://rcdn.upcounsel.com/assets/illustration_laptop@2x-
         96270fd0733a4a46cce9f88142b41ec44930d58ddcb7c797b91f56d262fcd6ea.png" alt="Illustration laptop@2x" />
2178                     <p class="post-a-job text-bold fs-16 track-click-paj">Post a job online</p>
2179                 </div>
2180             </div>
         </a>
2181
2182         <!-- DURING BUSINESS HOURS -->
2183         <div class="paj-con-stage" id="paj-con-call-during-business" data-step="3">
2184             <h2 class="text-bold text-center pad-b-20">Meet Our Legal Concierge</h2>
2185
2186             <p class="fs-16">Thanks for using UpCounsel! We're offering repeat customers free access to our legal
         concierge to help your next job.</p>
2187
2188             <p class="fs-16 pad-b-10">Our concierge can help you create the perfect job posting, find attorneys
         with specific experience and answer any questions about using UpCounsel or working with our attorneys.</p>
2189
2190             <div class="row">
2191                 <div class="col-xs-6">
2192                     <a href="" class="js-show-pc-call-now">
2193                         <div class="panel box-shadow text-center text-black">
2194                             <div class="pad-20">
2195                                 <img id="phone-icon" src="https://rcdn.upcounsel.com/assets/illustration_phone@2x-
         2c1cea41d246ac2d209ba33c3cab4e0db656e1eaac91b4e12451950c67ded23e.png" alt="Illustration phone@2x" />
2196                                 <p class="fs-16 text-bold">Get a Call Now</p>
2197                             </div>
2198                         </div>
2199                     </a>
2200                 </div>
2201
2202                 <div class="col-xs-6">
2203                     <!-- Calendly link widget begin -->
2204                     <a href="" class="js-show-pc-call-calendar">
2205                         <div class="panel box-shadow text-center text-black">
2206                             <div class="pad-20">
2207                                 <img id="calendar-icon" src="https://rcdn.upcounsel.com/assets/illustration_calendar@2x-
         bc6a39c89f2ac165a83bec51b8b4613e442280285273f34863144dc9cb4e2c23.png" alt="Illustration calendar@2x" />
2208                                 <p class="fs-16 text-bold">Schedule a Call</p>
2209                             </div>
2210                         </div>
2211                     </a>
2212                     <!-- Calendly link widget end -->
2213                 </div>
2214             </div>
2215
2216             <hr class="hr-text" data-content="Or">
2217
2218             <a href="/jobs/new">
2219                 <div class="panel box-shadow">
2220                     <div class="pad-20 text-center text-black">
2221                         <img class="laptop-icon" src="https://rcdn.upcounsel.com/assets/illustration_laptop@2x-
         96270fd0733a4a46cce9f88142b41ec44930d58ddcb7c797b91f56d262fcd6ea.png" alt="Illustration laptop@2x" />
2222                         <p class="post-a-job text-bold fs-16">Post a job online</p>
2223                     </div>
2224                 </div>
2225             </a>
2226
2227         <!-- GET A CALL NOW FORM -->
2228         <div class="paj-con-stage" id="paj-con-call-now" data-step="4">
2229             <h2 class="text-bold text-center pad-b-20">Meet Our Legal Concierge</h2>
2230
2231             <form class="form-group" id="form-get-call-now">
2232                 <div class="row marg-b-20">
2233                     <div class="col-xs-12">
2234                         <label class="control-label">What is your preferred phone number?</label>
2235                         <input id="contact-phone-number" class="form-control">
2236                     </div>
2237                 </div>
2238
2239                 <div class="row">
2240                     <div class="col-xs-12 pad-b-10">
2241                         <button name="button" type="submit" id="send-call-request" class="btn btn-lg btn-info btn-block
         track-click" data-loc="contact_modal" data-event-name="click_modal_button_send_message">
2242                             Request Call Now
2243                         </div>
         </button>
2244
2245
```

```
2246          <div class="col-xs-offset-4 col-xs-4 text-center">
2247            <a href="" class="js-show-pc-index">Back</a>
2248          </div>
2249        </div>
2250      </form>
2251    </div>
2252
2253    <!-- CALL CONFIRM -->
2254    <div class="paj-con-stage" id="paj-con-call-confirm" data-step="6">
2255      <h2 class="text-bold text-center pad-b-20">Our Legal Concierge<br>Will Call You Soon</h2>
2256
2257      <p class="fs-16">Our legal concierge has been notified that you have requested assistance.
2258        <strong>You should receive a call within a few minutes.</strong>
2259        If we have a problem getting in contact, we will send you an email at rabhyanker@gmail.com.</p>
2260      </div>
2261
2262      </div>
2263      </div>
2264      </div>
2265    </div>
2266  </div>
2267  </div>
2268
2269
2270
2271  <script type="text/javascript">
2272    function loadSelect2Defaults() {
2273      if (window.jQuery) {
2274        $.fn.select2.defaults.set('theme', 'upcounsel');
2275        $.fn.select2.defaults.set('minimumResultsForSearch', 20);
2276      } else {
2277        setTimeout(function() { loadSelect2Defaults() }, 50);
2278      }
2279    }
2280  </script>
2281
2282    <script src="//cdnjs.cloudflare.com/ajax/libs/select2/4.0.3/js/select2.min.js" onload="loadSelect2Defaults()">
2283  </script>
2284  <link href="https://assets.calendly.com/assets/external/widget.css" rel="stylesheet">
2285  <script src="https://assets.calendly.com/assets/external/widget.js" type="text/javascript"></script>
2286
2287  </body>
2288  </html>
```