# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEGALFORCE RAPC WORLDWIDE P.C., ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**UPCOUNSEL, INC.,**<br><br>Defendant. | CASE NO. 18-cv-02573-YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS** |

On October 19, 2018, defendant filed a Reply in Support of Motion to Dismiss Plaintiffs' First Amended Complaint. (Dkt. No. 59 ("Reply").) Defendant's use of bullet-point argument therein appears to be a significant circumvention of the Civil Local Rules' limitation that a reply brief may not exceed fifteen pages of text. *See* Civ. L. R. 7.3(c) & 3-4(c)(2) (providing that written text must be double-spaced with no more than twenty-eight lines per page).

Four pages of the Reply contain bullet-point argument. (*See* Reply at 3–6.) Far from constituting merely block *quotations*, each one of the bullet points improperly includes legal argument. The effect allows defendant to congest page three of the Reply with twenty-six lines of single-spaced text, in addition to eleven lines of double-spaced text in the body. Page six similarly contains seventeen lines of single-spaced text and fifteen lines of double-spaced text in the body. Such conduct appears to disregard the limitations of the Civil Local Rules.

Defense counsel, Simona A. Agnolucci, Nicholas D. Marais, Abraham H. Fine, and Jesselyn K. Friley, are hereby **ORDERED TO SHOW CAUSE** why the Court should not impose monetary sanctions and/or strike the bullet-point argument contained in pages three through six of the Reply due to counsel's failure to follow the Local Rules. A hearing on the Order to Show Cause shall be held on **Tuesday, November 6, 2018** at **2:01 p.m.** in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 1. Defense counsel must file a written response to

this Order to Show Cause by no later than **Tuesday, November 6, 2018** at **11:00 a.m.** explaining counsel's failure to comply with the above rules, as well as certifying that each counsel has personally read and understands the Civil Local Rules regarding motion practice.

**IT IS SO ORDERED.**

Dated: November 5, 2018

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**