1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

7   LEGALFORCE RAPC WORLDWIDE P.C., et al.,

8                    Plaintiffs,

9            v.

10  UPCOUNSEL, INC.,

11                   Defendant.

Case No.  18-cv-02573-YGR  (DMR)

**ORDER SETTING TELEPHONIC HEARING ON JOINT DISCOVERY LETTER**

Re: Dkt. No. 80

12
13  TO ALL PARTIES AND COUNSEL OF RECORD:

14          The court is in receipt of the parties' December 21, 2018 joint letter regarding their

15  discovery dispute.  [Docket No. 80.]  You are hereby notified that a telephonic hearing regarding

16  the dispute is set for January 3, 2019 at 11:00 a.m.

17          Parties appearing by telephone must follow the protocol set forth in the attached **Notice re**

18  **Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu.**  Failure to comply

19  with the procedures ordered herein may result in sanctions.

20
21          **IT IS SO ORDERED.**

22  Dated: December 27, 2018



23                                                     _____
                                                       Donna M. Ryu
24                                                     United States Magistrate Judge

25
26
27
28

_United States District Court_
_Northern District of California_

**NOTICE RE TELEPHONIC APPEARANCE PROCEDURES FOR MAGISTRATE JUDGE DONNA M. RYU EFFECTIVE APRIL 11, 2012**

## I. POLICY GOVERNING TELEPHONIC APPEARANCES

A party representative (or a party if *in pro* se) generally must appear in person for a hearing or case management conference. Permission to attend by telephone may be granted, in the Court's discretion, upon written request made at least one week in advance of the hearing if the Court determines that good cause exists to excuse personal attendance, and that personal attendance is not needed in order to have an effective hearing or conference. The facts establishing good cause must be set forth in the request. All telephonic appearances must be made through **CourtCall**, an independent conference call company, pursuant to the procedures set forth in Section II. If an individual schedules a telephonic appearance and then fails to respond to the call of a matter on calendar, the Court may pass the matter or may treat the failure to respond as a failure to appear. Scheduling simultaneous telephonic appearances in multiple courts does not excuse a failure to appear. Individuals making use of the conference call service are cautioned that they do so at their own risk. Hearings generally will not be rescheduled due to missed connections.

## II. SCHEDULING A TELEPHONIC APPEARANCE.

If the Court grants a party's request for telephonic appearance, the party shall arrange for the appearance by calling **CourtCall at (866) 582-6878 at least three business days** prior to the hearing date.

## III. PROCEDURE FOR TELEPHONIC APPEARANCE.

Court Call will provide counsel with written confirmation of a telephonic appearance, and give counsel a number to call to make the telephonic appearance. It is counsel's responsibility to dial into the call not later than 10 minutes prior to the scheduled hearing.

**CourtCall does not place a call to counsel**.

The initial charge per participant for a CourtCall appearance is $30.00 for the first 45 minutes you are connected. For each additional 15 minute increment the charge is $7.00. If you do not timely call and connect with the Court Call operator, you will be billed for the call and the hearing may proceed in your absence.

Telephonic appearances are connected directly with the courtroom's public address system and electronic recording equipment so that a normal record is produced. To ensure the quality of the record, the use of car phones, cellular phones, speakerphones, public telephone booths, or phones in other public places is prohibited except in the most extreme emergencies. Participants should be able to hear all parties without difficulty or echo.

At the time of your hearing, you may initially be in the listening mode in which case you will be able to hear the case before yours just as if you were in the courtroom. After your call is connected to the courtroom, the Judge will call the case, request appearances, and direct the manner in which the hearing proceeds. Each time you speak, you should identify yourself for the record. The court's teleconferencing system allows more than one speaker to be heard, so the Judge can interrupt a speaker to ask a question or redirect the discussion. When the Judge informs the participants that the hearing is completed, you may disconnect and the next case will be called.

Telephonic appearances by multiple participants are only possible when there is compliance with every procedural requirement. Sanctions may be imposed when there is any deviation from the required procedures or the Court determines that a person's conduct makes telephonic appearances inappropriate. Sanctions may include dropping a matter from calendar, continuing the hearing, proceeding in the absence of an unavailable participant, a monetary sanction, and/or a permanent prohibition against a person appearing telephonically.

*Court Call Telephone Appearance Procedure*
3/28/2012

United States District Court
Northern District of California