# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEGALFORCE RAPC WORLDWIDE P.C., ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**UPCOUNSEL, INC.,**<br><br>Defendant. | CASE NO. 18-cv-02573-YGR<br><br>**ORDER (I) REQUIRING MANDATORY SETTLEMENT CONFERENCE; (II) GRANTING IN PART MOTION FOR STAY; AND (III) DENYING MOTION TO SHORTEN TIME AS MOOT**<br><br>Re: Dkt. Nos. 98, 99 |

The Court is in receipt of defendant's emergency motion for a 60-day stay and commensurate extensions in deadlines and its motion to shorten time to hear said motion. (Dkt. Nos. 98, 99.) While plaintiffs have not responded, the Court understands that plaintiffs object. The Court understands that the instant matter has been hotly contested and set the same on an aggressive schedule.

In light of the terminating relationship between defendant and its counsel, and in the interest of justice, the Court is inclined to grant a measure of relief, including a limited stay. That said, the Court also considers that changing financial realities and circumstances and the cost of litigation warrant another round of settlement discussions. Accordingly, the parties and counsel of record are **HEREBY ORDERED** to attend a mandatory settlement conference with Magistrate Judge Laurel Beeler as soon as her calendar allows. Within twenty-four (24) hours of receipt of this order, the parties shall contact Judge Beeler's chambers to schedule said conference by sending an email to lbcrd@cand.uscourts.gov.

Discovery in this case is **STAYED** for thirty (30) days with the following exception: To the extent that Magistrate Judge Donna M. Ryu requires clarification or follow-up with respect to the pending motion at Docket Number 97, the stay shall not apply.

Further, the Court hereby **EXTENDS** discovery cutoffs/disclosures and motion deadlines by

thirty (30) days and will reset dates at a scheduling conference on **Monday, February 25, 2019** at **1:45 p.m.** in Courtroom 1 of the United States Courthouse located at 1301 Clay Street, Oakland, California, which is more than sufficient time to obtain new counsel.

In light of the orders set forth herein, the Court does not perceive any significant prejudice to the plaintiff.[1] However, to the extent any exists with respect to a longer stay, the parties may set forth those concerns in an updated case management conference statement which shall be filed seven (7) business days in advance of the scheduling conference. The statement shall also outline the requested schedule(s), including any further requests for extensions/stays and shall identify with specificity all outstanding discovery and anticipated discovery. Trial counsel for both parties shall personally appear.

This Order terminates Docket Numbers 98 and 99.

**IT IS SO ORDERED.**

Dated: January 15, 2019

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Magistrate Judge Laurel Beeler
Magistrate Judge Donna M. Ryu

---

[1] Moreover, defendant's motion to shorten time is **DENIED AS MOOT**.