AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**Northern** District of **California**

LegalForce RAPC Worldwide P.C. et al.
          Plaintiff(s),

V.

UpCounsel, Inc.
          Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18-cv-02573

Notice is hereby given that, subject to approval by the court, **Defendant UpCounsel, Inc.** substitutes
(Party (s) Name)

**Jason Skaggs**, State Bar No. **202190** as counsel of record in
(Name of New Attorney)

place of **Simona A. Agnolucci, Nicholas D. Marais, and Abraham Fine of Keker, Van Nest & Peters LLP**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Skaggs Faucette LLP |
| Address: | 530 Lytton Avenue 2d Floor, Palo Alto CA 94301 |
| Telephone: | (650) 617-3226    Facsimile  (650) 644-0200 |
| E-Mail (Optional): | jason@skaggsfaucette.com |

I consent to the above substitution.
Date: 02 / 12 / 2019

*Matthew Faustman*
(Signature of Party (s))

I consent to being substituted.
Date: 2/11/2019

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/13/19

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]