RAJ V. ABHYANKER, California SBN 233284
Email: raj@legalforcelaw.com
WENSHENG MA, California SBN 299961
Email: vincent@legalforcelaw.com

LEGALFORCE RAPC WORLDWIDE, P.C.
1580 W. El Camino Real, Suite 10
Mountain View, CA 94040
Telephone: (650) 965-8731
Facsimile: (650) 989-2131

Attorneys for Plaintiffs,
LegalForce RAPC Worldwide, P.C. and
LegalForce, Inc.

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

3/5/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LEGALFORCE RAPC WORLDWIDE, P.C.; and LEGALFORCE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UPCOUNSEL, INC., <br><br> Defendant. | Case No.: 4:18-cv-02573-YGR <br><br> **STIPULATED DISMISSAL WITH PREJUDICE** <br><br> Date Filed: May 2, 2018 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear its own attorney's fees and costs.

IT IS FURTHER STIPULATED by and between the parties to this action, that this Court shall retain jurisdiction.

Dated: March 1, 2019                SKAGGS FAUCETTE LLP

By: _____/s/_____
    Jeffrey E. Faucette
Attorneys for Defendant UPCOUNSEL, INC.

Dated: March 1, 2019                LEGALFORCE RAPC WORLDWIDE P.C.

By: _____/s/_____
    Raj V. Abhyanker
Attorneys for Plaintiffs LEGALFORCE RAPC WORLDWIDE, P.C. and LEGALFORCE, INC.

### ATTESTATION PURSUANT TO LR 5-1(i)(3)

I, Raj V Abhyanker, am the ECF User whose identification and password are being used to file this **STIPULATED DISMISSAL WITH PREJUDICE**. I hereby attest that concurrence in the filing of this document has been obtained from the other Signatory.

_____/s/_____
Raj V. Abhyanker